Ex. 4

ACR ... DC

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Providence Field Office, District #1
1543 Atwood Avenue
Johnston, RI 02919




Luis A. Gordillo & Lilian Calderon-Jimenez

File Number:

CC: Marcela Ordonez

Date: December 18, 2017

Please appear at the below address on the indicated date for the following interview. It is important that you keep this appointment and bring this letter with you.

| | |
|---|---|
| OFFICE LOCATION | 1543 Atwood Ave<br>Johnston, RI 02919 |
| DATE AND TIME | **Wednesday, January 17th, 2018 @ 11:00 AM** |
| REASON FOR APPOINTMENT | I-130 Interview |
| BRING WITH YOU | This Notice, photo identifications, and your passport.<br><br>Also, please bring an interpreter if applicable as this interview will be conducted in English. The interpreter must be a United States citizen or permanent resident. Photo identification and alien registration card, if applicable, must be presented by the interpreter.<br><br>An attorney or representative may not act as an interpreter if they have filed Form G-28 and are representing you in relation to this petition.<br><br>Your interview may be recorded on videotape.<br><br>Also, please bring proof of your marital relationship, to include, but not limited to:<br><br>• Documentation showing joint ownership of property;<br>• Lease showing joint tenancy of a common residence;<br>• Documentation showing commingling of financial resources;<br>• Birth certificates of children born to the applicant and his or her spouse;<br>• Affidavits of third parties having knowledge of the bona fides of the marital relationship, or<br>• Other documentation establishing that the marriage was not entered into in order to evade the immigration laws of the United States.<br><br>THIS WILL SERVE AS A FINAL NOTICE. FAILURE TO APPEAR WITHOUT GOOD CAUSE FOR YOUR INTERVIEW WILL RESULT IN THE DENIAL OF YOUR PETITION IN ACCORDANCE WITH 8 CFR § 103.2(b). |

In the event that you are unable to appear, please attach a statement and any available evidence to show good cause for your failure to appear for your interview. Any documentation submitted should be attached to this notice and returned to the address listed above.

Sincerely,

Adam Bergeron (JB)
Field Office Director