Ex. 5

**THE UNITED STATES OF AMERICA**

**I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY · U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

| Receipt Number | | Case Type |
|---|---|---|
| [redacted] | | I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** 11/28/2016 | **Priority Date** 11/28/2016 | **Petitioner** [redacted] GORDILLO, LUIS ALBERTO |
| **Notice Date** 01/17/2018 | **Page** 1 of 1 | **Beneficiary** [redacted] CALDERON JIMENEZ, LILIAN PAHOLA |

LUIS ALBERTO GORDILLO
[redacted]
[redacted]

**Notice Type:** Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved. We have sent a cable to the consulate listed above to notify them of the approval of the petition. We have sent the petition to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.**

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064
Customer Service Telephone: 800-375-5283

