UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, | ) |
| Petitioner, | ) |
| v. | ) 18-cv-10225 |
| KIRSTJEN M. NIELSEN, Secretary of Homeland Security, CHRISTOPHER CRONEN, Immigration and Customs Enforcement, Boston Field Office Director, YOLANDA SMITH, Superintendent of Suffolk County Correctional Facility, STEVEN W. TOMPKINS, Sheriff of Suffolk County, | ) |
| Respondents. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew R. Segal as counsel for the petitioner in the above-captioned matter.

Dated: February 5, 2018         Respectfully submitted,

/s/ Matthew R. Segal
Matthew R. Segal (BBO # 654489)
American Civil Liberties Union
 Foundation of Massachusetts, Inc.
211 Congress Street, Suite 301
Boston, MA 02110
(617) 482-3170
msegal@aclum.org

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed through the Electronic Court Filing system on February 5, 2018, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

/s/ Matthew R. Segal
Matthew R. Segal
