UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ,<br><br>         Petitioner,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>         Respondents. | Civil Action No. 18-10225-MLW |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Respondents.

                                                Respectfully submitted,
                                                ANDREW E. LELLING
                                                United States Attorney

                                        By:   */s/ Eve A. Piemonte*
                                              EVE A. PIEMONTE, BBO No. 628883
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA  02210
                                              (617) 748-3100
Dated:  February 8, 2018                  Eve.Piemonte@usdoj.gov

## CERTIFICATE OF SERVICE

I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Eve A. Piemonte*
                                              Eve A. Piemonte
Dated: February 8, 2018                   Assistant United States Attorney