CHAD A. READLER
Acting Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation,
District Court Section
SARAH L. VUONG
Senior Litigation Counsel
MARY L. LARAKERS
  Trial Attorney
  United States Department of Justice, Civil Division
  Office of Immigration Litigation, District Court Section
  P.O. Box 868, Ben Franklin Station
  Washington, DC 20044
  (202) 353-4419
  (202) 305-7000 (facsimile)
  mary.l.larakers@usdoj.gov

  ATTORNEYS FOR RESPONDENTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ,<br>　　　*Petitioner,*<br><br>　　　v.<br><br>KIRSTJEN M. NIELSEN, *et. al.*.<br>　　　*Respondents.* | Hon. Mark L. Wolf<br><br>*Civil Action No.* 1:18-cv-10225-MLW<br><br>**NOTICE OF APPEARANCE** |

Pursuant to L.R. 83.5.2, this is to notice the appearance Mary L. Larakers, Trial Attorney, United States Department of Justice, Office of Immigration Litigation, District Court Section, in the above captioned case. Service of all notices in this case should be made upon:

>Mary L. Larakers
>Office of Immigration Litigation, District Court Section
>P.O. Box 868, Ben Franklin Station
>Washington, D.C. 20044
>Email: mary.l.larakers@usdoj.gov

DATED:  February 8, 2018

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

SARAH L. VUONG
Senior Litigation Counsel

*/s/ Mary L. Larakers.*
MARY L. LARAKERS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

ATTORNEY FOR RESPONDENTS

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was electronically served via CM/ECF on the 8th day of February, 2018, to the following counsel of record for the Plaintiff:

Matthew R. Segal
Adriana Lafaille
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170

/s/ *Mary L. Larakers*
MARY L. LARAKERS
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice