## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  18-cv-10225-MLW |
| | ) | |
| KIRSTJEN M. NIELSEN, et al. | ) | |
| | ) | |
| Respondents. | ) | |

## JOINT STATUS REPORT

1.      Lilian Pahola Calderon Jimenez was detained by the Department of Homeland Security (DHS) on January 17, 2018 and filed a petition for writ of habeas corpus on February 5, 2018.

2.      On February 6, 2018, this Court set a briefing schedule and ordered the parties to report by February 12, 2018, "(a) whether they have reached an agreement to resolve this case; and, if not, (b) whether they request more time to continue their discussions."  ECF No. 6.[1]

3.      Also on February 6, 2018, the Court ordered the parties to report by February 12, 2018, whether they believe 28 U.S.C. § 455(a) requires judicial

---

[1] The Court also ordered that Petitioner not be moved outside the District of Massachusetts during the pendency of this case. On February 7, 2018, Petitioner was transported to New Hampshire for apparent transfer to the Strafford County House of Corrections. In New Hampshire, but before arrival at the facility, her transport was turned around and she was returned to the Suffolk County House of Correction in Boston.

disqualification in this case, whether attorney Adriana Lafaille should be disqualified from the case, or whether they waive any potential any § 455(a) ground for disqualification relating to Ms. Lafaille's role in the case under 28 U.S.C. § 455(e). ECF No. 8.

    4.    The parties have conferred and report that:

    a.    At this time they have not reached an agreement and do not seek a modification of the briefing schedule. The parties will provide further updates as necessary.

    b.    The parties agree that neither the Court's nor Ms. Lafaille's disqualification is required, and waive any potential ground for disqualification related to Ms. Lafaille's role in this case under 28 U.S.C. § 455(e).

Respectfully submitted,

| | |
|---|---|
| *Counsel for Respondents* | *Counsel for the Petitioner* |
| | |
| ANDREW E. LELLING | /s/ Adriana Lafaille |
| United States Attorney | Matthew R. Segal (BBO # 654489) |
| | Adriana Lafaille (BBO # 680210) |
| /s/ Eve A. Piemonte | American Civil Liberties Union |
| Eve A. Piemonte (BBO # 628883) | Foundation of Massachusetts, Inc. |
| Assistant United States Attorney | 211 Congress Street |
| United States Attorney's Office | Boston, MA 02110 |
| 1 Courthouse Way, Suite 920 | (617) 482-3170 |
| Boston, MA  02210 | |
| (617) 748-3100 | |
| Eve.Piemonte@usdoj.gov | |

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

## CERTIFICATE OF SERVICE

I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Eve A. Piemonte
Eve A. Piemonte
Dated: February 12, 2018                    Assistant United States Attorney