## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** OR ANY OF HIS DEPUTIES,

AND TO:     SUFFOLK COUNTY HOUSE OF CORRECTIONS

YOU ARE COMMANDED to have the body of   LILIAN PAHOLA CALDERON JIMENEZ

now in your custody, before the United States District Court for the District of Massachusetts, United

States Courthouse, 1 Courthouse Way, Courtroom No.   10           , on the 5th      floor,

Boston, Massachusetts on 2/21/2018, at 10:00 A.M.

for the purpose of    Petition Hearing

in the case of    LILIAN PAHOLA CALDERON JIMENEZ V.  CHRISTOPHER CRONEN, ET AL

CR Number    18-cv-10225-MLW

            And you are to retain the body of said    LILIAN PAHOLA CALDERON JIMENEZ

while before said Court upon said day and upon such other days thereafter as her attendance before said

Court shall be necessary, and as soon as may be thereafter to return said  LILIAN PAHOLA CALDERON

JIMENEZ  to the institution from which she was taken, under safe and secure conduct, to be there

imprisoned as if she had not been brought therefrom for the purpose aforesaid.  And have you then and

there this Writ with your doings herein.

Dated this   13th      day of February, 2018.


/s/ Mark L. Wolf, DJ
_____
UNITED STATES DISTRICT JUDGE

SEAL

ROBERT M. FARRELL
CLERK OF COURT

/s/ Christine Bono
By:    _____
Deputy Clerk