UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ,<br>    Petitioner,<br><br>    v.<br><br>KRISTJEN M. NIELSEN, ET AL,<br>    Respondents. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                                                     February 13, 2018

The court has read the parties' February 12, 2018 Joint Status Report (Docket No. 12). The court has also read the attached Boston Herald article concerning the settlement and dismissal of another case assigned to it, <u>De Oliveira v. Moniz et al.</u>, 18-cv-10150-MLW, that involved some of the issues presented in this case. The article states in part that:

> An [Immigration and Customs Enforcement ("ICE")] official said in a statement: "ICE makes custody determinations on a case-by-case basis, considering all the merits and factors of each case while adhering to current agency priorities, guidelines and legal mandates."

Antonio Planas, "Brazilian Still Set on Getting Green Card after Being Detained," <u>Boston Herald</u> (Feb. 13, 2018). The article raises, among other things, the question of whether an individualized decision was made to detain petitioner Lilian Pahola Calderon Jimenez.

It is not clear to the court whether petitioner has been informed of: (a) the official who made the decision that she should be detained; (b) the legal basis for the decision, including whether ICE considered her detention mandatory or discretionary; and, if it was a discretionary decision, (c) the procedures followed in reaching it and the individualized reasons for it, if any.

In view of the expedited briefing schedule, which requires the filing of a memorandum in support of the petition on February 14, 2018, it is hereby ORDERED that:

1. Respondents shall, by 10:00 a.m. on February 14, 2018, file and serve on petitioner an affidavit addressing the foregoing questions.

2. If necessary, the parties may request an extension of the deadline in paragraph 1 and the deadlines for briefing, which may require rescheduling the February 21, 2018 hearing.

                               /s/ Mark L. Wolf
                               UNITED STATES DISTRICT JUDGE