Home Delivery    e-Edition    Boston Herald Store                                    Newsletters    Fun & Games    Obituaries

☁ 25°F

NEWS    OPINION    SPORTS    ENTERTAINMENT    LIFESTYLE    BUSINESS    BLOGS    PHOTOS    VIDEO    RADIO    CLASSIFIEDS

Local Coverage   Local Politics   Columnists   National   U.S. Politics   International   Offbeat News   Obituaries

BOSTON HERALD RADIO))   Morning Meeting with Hillary Chabot, Jaclyn Cashman, Tom Shattuck    [LISTEN LIVE]

# Brazilian still set on getting green card after being detained

Taking a chance on America

Antonio Planas Tuesday, February 13, 2018



Credit: Christopher Evans

Fabiano de Oliveira and his wife Karah de Oliveira pose for a photograph at their home on Monday, February 12, 2018. Staff photo by Christopher Evans

COMMENTS

Brazilian national Fabiano de Oliveira — free and home after a month in immigration detention — says that being arrested as he tried to get a green card for marrying the mother of his child has not deterred his faith in America.

## HERALD COLUMNISTS


MICHAEL GRAHAM
Graham: White guys net points in black history


JESSICA HESLAM
Heslam: Dad of 'executed' teen: Son, killers 'all victims'


ADRIANA COHEN
Adriana Cohen: Hypocrites show hate does have a home with them


JACLYN CASHMAN
Cashman: Add flu shot to school vax list

## TRENDING NOW

Puerto Rico officials say power back to most after blackout

Northeastern stuns Boston University for first Beanpot title in 30 years

Northeastern stuns Boston University for first Beanpot title in 30 years | Boston Herald

Northeastern looks to capture first Beanpot title in 30 years with win over Boston University tonight

Tweets by @bostonherald

Boston Herald   @bostonherald
Lazar: Amid Patriots' change, Tom Brady gives them ultimate point of stability | Boston Herald
bhne.ws/MZAZpGk



Embed                              View on Twitter

"I still have the American dream to be successful," de Oliveira, 33, told the Herald yesterday. "We cannot have the life we have here down there (Brazil). My son is not going to have the education. His chances here are way better."

De Oliveira spoke in his Beverly home, with his American wife, Karah de Oliveira, 27, at his side. The couple have a 5-year-old son, who was born in America.

Fabiano de Oliveira was released Friday from the Plymouth County Correctional Facility, where he had been detained since Jan. 9.

On that morning, he and his wife were being interviewed for a marriage petition in Lawrence — with the federal office of Citizenship and Immigration Services — in order to prove their union was lawful. The interview is the first step in gaining a green card.

While the couple were granted the petition, de Oliveira was detained by U.S. Immigration and Customs Enforcement agents acting on a deportation order because he has been in the country illegally since 2005.

While in jail, de Oliveira shared a cell with four other men who were facing deportation.

When he lost his freedom, de Oliveira said it was difficult to be without his family while not knowing when his next court date would be. He said undocumented immigrants facing deportation need to look to a higher power.

"Pray. That's what kept me calm and very strong all this time I was in jail. ... You see how people get stressed out in there. The Bible and God. That's what helped me."

De Oliveira's attorney, Jeffrey Rubin, said his record is almost spotless, with one blemish that included a driving without a license infraction.

The Herald reported last week that under President Trump, undocumented immigrants from the Bay State without criminal records are being arrested at more than three times the prior level. ICE data shows during fiscal year 2017 — from October 2016 through September 2017 — 1,106 illegal immigrants without records were administratively arrested. At least 919 of those arrests occurred after Trump took office. During fiscal year 2016, 343 undocumented immigrants without criminal records were arrested.

Rubin said his client was released on his own recognizance and has to check in periodically with ICE. De Oliveira wears a GPS bracelet on his right ankle. Rubin negotiated de Oliveira's release by striking a deal with the U.S. attorney's office in Boston and federal immigration officials in Washington, D.C.

"We spent a month watching this family suffering in misery. But they are overjoyed and very much back to feeling like a healthy, stable family," Rubin said.

An ICE official said in a statement: "ICE makes custody determinations on a case-by-case basis, considering all the merits and factors of each case while adhering to current agency priorities, guidelines and legal mandates."

De Oliveira, a painter, said he and his wife will continue the immigration process. But he knows nothing is guaranteed.

"I'm happy to be home. I hope this nightmare ends soon," he said. "It's getting better, but we still have a long way to go. Right now, I'm not sure I can stay here."



This Week's Circulars

More On: Brazil | immigration reform | U.S. Citizenship and Immigration Services

SHARE THIS ARTICLE

JOIN THE CONVERSATION

**News**
Local Coverage
Local Politics
Columnists
National
US Politics
International
Offbeat News
Obituaries

**Opinion**
Op Ed
Letters to the Editor
Editorials
Send a Letter

**Sports**
Red Sox
Patriots
Celtics
Bruins
Columnist
College
Soccer
Golf
High School
Other

**Entertainment**
Inside Track
Celebrity News
Arts & Culture
Movies
Music
Television

**LifeStyle**
Food & Beverage
Style & Fashion
Travel
Health & Fitness

**Business**
Automotive
Real Estate
Technology
Markets

**More...**
Classifieds
Radio
Horoscope
Lottery
Crossword
Contests
Weather
RSS Feeds
Archives
Log In
Legal Notices

Advertise   Purchase Back Copies   Send a News Tip   Contact Us   Home Delivery   e-Edition   Mobile Apps   Herald Newsletters
**Send a Letter to the Editor**

©Copyright by the Boston Herald and Herald Media
No portion of BostonHerald.com or its content may be reproduced without the owner's written permission.
Privacy Commitment   Terms Of Use

[ Top ]