## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ,<br><br>   Petitioner,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>   Respondents. | Civil Action No. 18-10225-MLW |

### RESPONDENTS' MOTION FOR EXTENSION OF TIME

On February 13, 2018, this Court entered an Order (Doc. 14) requiring the Respondents, by 10:00 a.m. on February 14, 2018, to file and serve on Petitioner Lilian Pahola Calderon Jimenez ("Petitioner"), an affidavit addressing the following issues:

(a)   The official who made the decision that Petitioner should be detained;

(b)   The legal basis for the decision, including whether ICE considered Petitioner's detention mandatory or discretionary, and if it was a discretionary decision;

(c)   The procedures followed in reaching the decision and the individualized reasons for it, if any.

The Order also afforded the parties the opportunity to request an extension of the filing deadline, if necessary. *Id*.

The Respondents respectfully request an extension of time of three business days, to February 20, 2018, to respond to this Court's Order.[1] The undersigned counsel was informed that

---

[1] Presidents' Day, a federal holiday, is observed on February 19, 2018.

a decision was made to release the Petitioner prior to this Court's Order, and Petitioner has been released from custody today.  *See* Affidavit of Assistant Field Office Director Alan Greenbaum ("Greenbaum Affid.") attached hereto, at ¶ 4.  Since Petitioner has been released, the Respondents expect to file a motion to dismiss the petition, and do not anticipate requesting an extension of time to file a memorandum in opposition to the petition, which is currently due by February 16, 2018 (Doc. 6).

Accordingly, the Respondents respectfully request this Honorable Court allow this motion, and order that the Respondents file and serve the Petitioner with an affidavit addressing the above issues by close of business on February 20, 2018.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

/s/ Eve A. Piemonte
EVE A. PIEMONTE, BBO No. 628883
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 920
Boston, MA  02210
(617) 748-3100
Eve.Piemonte@usdoj.gov

/s/ Mary L. Larakers (by EAP)
MARY L. LARAKERS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

     I, Eve A. Piemonte, hereby certify that I have attempted to confer with counsel for the Petitioner in a good faith attempt to narrow or resolve the issues raised by this motion, pursuant to L.R. 7.1(a)(2), and have been unable to do so.

                                                                             */s/ Eve A. Piemonte*
                                                                             Eve A. Piemonte
Dated: February 13, 2018                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

     I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                             */s/ Eve A. Piemonte*
                                                                             Eve A. Piemonte
Dated: February 13, 2018                                  Assistant United States Attorney