DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR
ALAN GREENBAUM

Pursuant to the authority of 28 U.S.C. § 1746, I, Alan Greenbaum, an Assistant Field Office Director at the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security ("ICE"), declare as follows:

1. I am an Assistant Field Office Director at the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security.

2. Included in my official duties as an Assistant Field Office Director is the responsibility for managing and monitoring the scheduling and execution of removal orders for aliens in ICE custody.

3. I have examined the official records available to me regarding the custody status of Lilian Pahola CALDERON-Jimenez, Administrative File No. ███████.

4. Upon review of the official records available to me as an Assistant Field Office Director for ICE, I declare that CALDERON-Jimenez was released from ICE custody on February 13, 2018, and is not now in ICE custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/13/2018
              Date                       Signature

Alan Greenbaum
Assistant Field Office Director
U.S. Immigration & Customs Enforcement
Dept. Homeland Security
Burlington, Massachusetts