UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ,<br>    Petitioner,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, ET AL.,<br>    Respondents. | )<br>)<br>)<br>)<br>) C.A. No. 18-10225-MLW<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                                  February 14, 2018

    In the evening of February 13, 2018, respondents filed a motion to extend the deadline to respond to the February 13, 2018 Order from 10:00 a.m. on February 14, 2018 to February 20, 2018 (the "Motion"). The Motion was filed before respondent's counsel conferred with petitioner's counsel as required by Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts. The Motion states that the petitioner has been released from detention. The Motion indicates that respondents assume that petitioner will be required to address all of the implications of her release for her petition in the memorandum previously ordered to be filed on February 14, 2018. See Feb. 6, 2018 Order, ¶3. It would be unreasonable to do so.

    Accordingly, it is hereby ORDERED that:

    1. Respondent need not respond to the February 13, 2018 Order (Docket No. 14) on February 14, 2018.

2.   The parties need not make the submissions required by paragraph 3 of the February 6, 2018 Order (Docket No. 6) on the dates directed.

3.   A further Order identifying issues, providing the parties an opportunity to confer, and establishing a revised briefing schedule will issue.

                                                    /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE