UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ,<br>    Petitioner,<br><br>          v.<br><br>KRISTJEN M. NIELSEN, ET AL,<br>    Respondents. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                              February 27, 2018

The court has reviewed the February 23, 2018 Joint Status Report, which, among other things: proposes a schedule for briefing defendants' motion to dismiss; states that Immigration and Customs Enforcement has stayed petitioner's removal through May 12, 2018; and states that petitioner is considering filing a motion for a preliminary injunction before April 10, 2018. In view of that report, it is hereby ORDERED that:

1. The proposed schedule for briefing respondents' motion to dismiss (Docket No. 20 at ¶4) is ADOPTED. Respondents shall, by March 27, 2018, file the motion to dismiss. Petitioner shall respond by April 10, 2018. Respondents shall file any reply by April 20, 2018.

2. A hearing on the motion to dismiss shall be held on May 7, 2018, at 9:30 a.m.

3.  The parties shall, by April 3, 2018, confer and report whether the Department of Homeland Security agrees not to detain petitioner until the motion to dismiss is decided. If not, petitioner shall state whether she intends to move for a preliminary injunction and, if so, when she proposes to do so.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE