**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No.  18-cv-10225-MLW |
| KIRSTJEN M. NIELSEN, et al. | ) ) | |
| Respondents. | ) ) ) | |

## JOINT STATUS REPORT

1. On February 27, 2018, this Court entered an Order (ECF No. 21) requiring the Parties to confer and report by April 3, 2018, concerning:

   a. Whether the Department of Homeland Security ("DHS") agrees not to detain Petitioner until the motion to dismiss is decided; and

   b. If not, Petitioner shall state whether she intends to move for a preliminary injunction and, if so, when she proposes to do so.

2. The parties have conferred and report the following:

   a. At this time, DHS has no intention to re-detain Petitioner. DHS will consider and adjudicate any future discretionary administrative stay of removal request pursuant to a Form I-246 based on the entirety of the circumstances. However, DHS cannot categorically agree that it will not re-detain Petitioner during the pendency of the motion to dismiss.

   b. Petitioner intends to file an additional Form I-246, requesting an administrative stay of removal. Petitioner is considering her response to the

government's motion to dismiss this case, and anticipates that any motion for preliminary injunctive relief could be filed as soon as possible thereafter, and in any event no later than April 20, 2018.

Respectfully submitted,

| *Counsel for Respondents* | *Counsel for the Petitioner* |
|---|---|
| CHAD READLER<br>Acting Assistant Attorney General | /s/ Adriana Lafaille (by MLL)<br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>American Civil Liberties Union<br>Foundation of Massachusetts, Inc.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | |
| Elianis N. Perez<br>Assistant Director | |
| Sarah L. Vuong<br>Senior Litigation Counsel | |

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

/s/ Eve A. Piemonte  (by MLL)
Eve A. Piemonte (BBO # 628883)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 920
Boston, MA  02210
(617) 748-3100
Eve.Piemonte@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 3, 2018

/s/ Mary L. Larakers  
Mary L. Larakers  
Trial Attorney