# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KIRSTJEN M. NIELSEN, et al. ) <br> ) <br> Respondents. ) <br> ) | No. 18-cv-10225-MLW |

## JOINT STATUS REPORT

1. On February 27, 2018, this Court entered an Order (ECF No. 21) requiring the Parties to confer and report by April 3, 2018, concerning:

    a. Whether the Department of Homeland Security ("DHS") agrees not to detain Petitioner until the motion to dismiss is decided; and

    b. If not, Petitioner shall state whether she intends to move for a preliminary injunction and, if so, when she proposes to do so.

2. The parties have conferred and report the following:

    a. At this time, DHS has no intention to re-detain Petitioner. DHS will consider and adjudicate any future discretionary administrative stay of removal request pursuant to a Form I-246 based on the entirety of the circumstances. However, DHS cannot categorically agree that it will not re-detain Petitioner during the pendency of the motion to dismiss.

    b. Petitioner intends to file an additional Form I-246, requesting an administrative stay of removal. Petitioner is considering her response to the

*[Handwritten note:]* Petitioner shall, by April 13, 2018, update this report concerning whether she intends to move for a preliminary injunction and, if so, when. Wolf, D.J. April 4, 2018