UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ,       )
      Plaintiff,                      )
                                      )
            v.                        )     C.A. No. 18-10225-MLW
                                      )
CHRISTOPHER CRONEN, ET AL,            )
      Defendants.                     )


EDUARDO RALPH JUNQUEIRA,              )
      Plaintiff,                      )
                                      )
            v.                        )     C.A. No. 18-10307-MLW
                                      )
STEVEN SOUZA, ET AL,                  )
      Defendants.                     )


EDJANN HENRIQUE DOS SANTOS,           )
      Plaintiff,                      )
                                      )
            v.                        )     C.A. No. 18-10310-MLW
                                      )
KIRSTJEN NIELSEN, ET AL.              )
      Defendants.                     )


ORDER

WOLF, D.J.                                       April 5, 2018

      It is hereby ORDERED that a hearing will be held on May 8, 2018 to address the issue common to the three above-captioned cases of whether the defendants were required to follow the procedures described in 8 C.F.R. §241.4, or any procedures required by the United States Constitution, when deciding to detain the petitioners. The hearing will then address the issues unique to each case.

UNITED STATES DISTRICT JUDGE