**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, SANDRO DE SOUZA and CARMEN SANCHEZ, OSCAR RIVAS and CELINA RIVERA RIVAS, LUCIMAR DE SOUZA and SERGIO FRANCISCO, DENG GAO and AMY CHEN, Individually and on behalf of all others similarly situated, Plaintiffs-Petitioners, v. KIRSTJEN M. NIELSEN, Secretary of Homeland Security, THOMAS HOMAN, Acting Director, Immigration and Customs Enforcement, THOMAS BROPHY, Immigration and Customs Enforcement, Enforcement and Removal Office, Boston Field Office Director, YOLANDA SMITH, Superintendent of Suffolk County Correctional Facility, STEVEN W. TOMPKINS, Sheriff of Suffolk County, DONALD J. TRUMP, President of the United States, Defendants-Respondents. | Civ. No. 1:18-cv-10225-MLW  **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Petitioners in the above captioned matter.

Respectfully submitted,

Dated: April 10, 2018             /s/ Stephen Provazza
                                 WILMER CUTLER PICKERING
                                 HALE AND DORR LLP
                                 Stephen Provazza, Esq. (BBO #691159)
                                 60 State Street
                                 Boston, MA 02109
                                 Telephone: (617) 526-6000
                                 Facsimile:  (617) 526-5000
                                 E-mail:stephen.provazza@wilmerhale.com

                                 *Attorney for Petitioners*

## **CERTIFICATE OF SERVICE**

      I, Stephen Provazza, hereby certify that this notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 10, 2018.

      /s/ Stephen Provazza
      Stephen Provazza