Ex. 2
Affidavit of Oscar Rivas

## AFFIDAVIT OF OSCAR RIVAS

1. I have lived in the United States since 2006. I live with my wife, Celina Rivera Rivas, and our two children. Our daughter is seven and our son is five.

2. If I had to leave the United States for a year or years, my family would struggle to stay afloat. My wife makes very little money as a seamstress in a factory. Without my income, it would be impossible for her to rent an apartment on her own and take care of the children's other needs. I fear that she would have to rent a room in someone else's house to live in with our children, and that the kids would be moved from place to place rather than having a stable home where they have space to play and develop.

3. My wife and children would also suffer emotionally. We have only been apart once, when the three of them traveled to El Salvador for three weeks, and we missed each other terribly. By the end of the trip, I know that the kids were driving everyone crazy with how much they asked about me and with their constant questions about when they would see me. Even now, when I come home from work late, they constantly ask about me and check the window to see whether I'm about to get home. It is difficult to think about how much they would suffer if we had to be apart for years.

4. Also, I also left El Salvador because gang members beat me and tried to kill me. I lost my asylum claim, but I am still very scared that I would be killed if I had to live there again.

5. Since I was ordered to buy my plane ticket and leave the United States by May 2, I spend every day wondering what will become of us. I don't even like to talk to my wife about it, because I know how anxious the entire situation makes her. Although the children do not know what is going on, I fear that their entire world is about to fall apart. It is very hard to think about how much my family will suffer.

Signed under pains and penalties of perjury this __10__ day of April, 2018.

_Oscar A Rivas_
Oscar Rivas