Ex. 3
Affidavit of Lilian Calderon-Jimenez

# AFFIDAVIT OF LILIAN CALDERON-JIMENEZ

1. I first came to the United States in 1991 with my family when I was three years old. I live with my husband, Luis Gordillo, and our two children. Luis and our kids are U.S. Citizens.

2. I grew up in Rhode Island, where I met my high-school sweetheart: Luis. We've lived together for more than 10 years. We had our daughter in 2013 and our son in 2016.

3. Luis and I got married in September 2016, right after we had our second baby.

4. We are a very close-knit family. My husband and I are a great partnership. Luis is the primary bread winner and I take primary care of the kids. We both spend as much time with our family as possible, and we both love playing and reading with our children.

5. My kids really struggled when ICE separated us. My daughter began having nightmares three or four times a night, bursting into tears without warning, crying out for me, and becoming frightened whenever her dad had to leave for work. Her Mental Health Counselor is worried about drastic, long-term effects on her health if we are separated.

6. While I was gone, my son wasn't able to sleep alone in his crib. He also frequently cried out for his mom and only got more distressed when I wasn't there to soothe him. He was also evaluated by a Mental Health Counselor who was gravely concerned about his long-term mental health if we are separated.

7. Since I've been home, things are getting back to normal. However, my daughter is still having nightmares and panics whenever me or Luis aren't in the house together, and sometimes just when we are out of the room. We have to constantly reassure her that the other parent is coming home. My son has developed separation anxiety and needs to be held constantly.

8. Luis has also had a hard time with our separation. Our family's routine was completely disrupted and he struggled to keep up with work and caretaking. Basic things like making dinner were a struggle without his partner. Luis is

still struggling with feelings of anxiety and depression and is receiving treatment. If I don't answer his texts or calls quickly, he often panics. There is constant stress from the uncertainty that I will be detained again or deported.

9. Detention was also really tough on me. I get anxious and depressed even thinking about how I felt. Every day I think about what will happen to our family if I am separated from them again. I really have no idea what we would do if I had to leave. I have no memory of Guatemala, and no family or friends there. If we had to go back, I don't know what we do.

Signed under pains and penalties of perjury on April 10, 2018

*Lilian Calderon* (signature)
Lilian Calderon-Jimenez