Ex. 4
Affidavit of Deng Gao

# AFFIDAVIT OF DENG GAO

1. I first came to the United States in September 2008, right before my 25th birthday. I've lived in the United States since 2005. I live with my wife, Amy Chen, and our four children, including our six week old baby. Amy and our children are U.S. Citizens.

2. There has been a lot of happy change in our lives the past few years. We got married in 2016, had our first baby together a few weeks ago, and just bought a new home we can all fit in together. We have closed on the house and are in the process of moving in over the next few weeks.

3. I am scared everyday not just for myself, but even more so for Amy and our kids. We see what is going on in the news and are anxious all the time that I will be arrested or deported at our I-130 interview. I am really scared about what will happen to my family if I am not there to support them.

4. I work two jobs to pay our bills and afford the life my wife and children deserve. Right now my wife is not working because she is so busy taking care of our children, especially with a disabled child and a new baby.

5. Amy and I take care of my 13 year old son from a prior marriage. He has been diagnosed with Autism Spectrum Disorder. He also has problems with his muscular development and is in physical therapy to increase his mobility, but he still struggles to move around the house. He will need long-term care his entire life. We are lucky that Braintree Public Schools have programs for him.

6. In China, there is a complete lack of treatment or help for children with autism. My oldest son wouldn't be able to attend school and there is really nothing in China for people with his disability. When he lived with my family in China, he wasn't able to receive any treatment. I am extremely worried that he would never be able to fully integrate into life there and his physical and mental health would worsen if he returned. It would be a struggle for him to survive.

7. If I had to go back to China, I would have to make a decision about whether to leave my oldest son with Amy – who would already be struggling to care for the other children on her own – or take him with me to a country where

he would have no services and where I would not be able to take care of him. Either outcome would be heartbreaking.

8. I am also concerned for my two step-children who rely on me tremendously. I am worried that if they had to endure a period of separation from me, they would emotionally collapse.

9. Without me, I have no idea how Amy would take care of a new-born, two young children, and my son. There is no way she could pay the bills and take care of our kids. Without my income, we couldn't afford our mortgage and would likely lose our new home.

10. Amy is also incredibly scared that we will be separated. She has a hard time sleeping and I know she thinks about it every day.

11. As I wait for my I-130 interview to be scheduled, I think about being arrested or deported all the time, but it would be so bad for my family that it is hard to even think about.

Signed under pains and penalties of perjury on April 9, 2018

*DENG GAO*
Deng Gao

ActiveUS 167193543v.1