Ex. 5
Affidavit of Lucimar Gomes de Souza

## AFFIDAVIT OF LUCIMAR GOMES DE SOUZA

1. I have lived in the United States since 2002. I married my husband, Sergio dos Santos Francisco, in 2006. Our son is now 10 years old.

2. Each day that I am detained is extremely difficult because I know how much my son is suffering without me. I am so scared about what will happen to him and my husband if I continue to be detained, or if I am deported.

3. In recent years, my husband began having panic attacks. We have gone to the emergency room as a result of his panic attacks about 15 times, and he has been hospitalized a couple of times, too. Once, he left the house because he thought there were people inside trying to kill him, and I had to drive around looking for him. He spent 11 days in the hospital. Another time, he tried to kill himself by taking pills. I am very scared that if I stay detained, or if I am deported, his mental health could worsen and he could be in danger.

4. I also worry about my husband's health because of our son. It's terrifying to think of my husband having a break-down and leaving my son alone at home or somewhere where he could be in danger.

5. I am also very scared of the emotional impact that separation is having on my son. My husband is already in his 60s, and it is hard for my son to talk openly with him. But my son and I are very close. After I was detained, my son began acting up more. One day I learned that he had pushed another child at school, and then had broken down crying and explained that his mother was in jail. I also heard that he has lost interest in things and spends his time alone in his room. It breaks my heart to hear these things.

6. When my son comes to visit me here at the jail, I can see how much he is suffering. He never wants to leave and has asked to stay inside here with me. It is as if the light has gone out inside of him. I am terrified when I think about how much he will suffer if he has to continue to grow up without me. I pray for the opportunity to go home to take care of my husband and son.

Signed under pains and penalties of perjury on April 8th, 2018.

*Lucimar Gomes de Souza*
Lucimar Gomes de Souza