UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

### [PROPOSED] ORDER

WOLF, D.J.                                                                                                  April __, 2018

As requested in Petitioners' April 11, 2018 Motion for Order to Show Cause and for Emergency Relief Preserving This Court's Jurisdiction, it is hereby ORDERED that:

1.   No later than April __, 2018, Respondents shall file a memorandum and affidavit(s) responding to that part of the Amended Complaint that seeks the release of petitioner Lucimar de Souza.  Respondents' memorandum shall explaining the circumstances and justification for the January 30, 2018 arrest and continued detention of Ms. Lucimar de Souza, including but not limited to information concerning: (a) the official who made the original decision that Calderon should be detained; (b) the legal basis for the decision, including whether ICE considered Ms. Lucimar de Souza's detention mandatory or discretionary; (c) the procedures followed in reaching the decision and, if any, the individualized reasons for it; and

1

2

(d) whether Respondents assert that they had, and still have, the authority to detain Ms. Lucimar de Souza without an individualized determination of dangerousness and risk of flight.

      2.      Neither Immigration and Customs Enforcement ("ICE"), nor any other government agency, shall remove any of the named Petitioners or otherwise order the named Petitioners to leave the United States, nor shall ICE move Ms. Lucimar de Souza out of Massachusetts, until further order and pending the Court's resolution of the issues in this case. *See* 28 U.S.C. § 1651(a) ("[A]ll courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.").

 

                                                      UNITED STATES DISTRICT JUDGE