# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., ) ) ) |  |
| Individually and on behalf of all others similarly situated, ) ) ) |  |
| Plaintiffs-Petitioners, ) ) | No. 1:18-cv-10225-MLW |
| v. ) ) |  |
| KIRSTJEN M. NIELSEN, et al., ) ) |  |
| Defendants-Respondents. ) ) ) |  |

## PETITIONERS' ASSENTED-TO MOTION TO SEAL

Pursuant to Local Rule 7.2, and contemporaneous with the filing of a redacted copy of Exhibit 1 to their April 11, 2018 Motion for Order to Show Cause and for Emergency Relief Preserving This Court's Jurisdiction, Petitioners respectfully move for leave to file that Exhibit under seal.

As grounds for this motion, Petitioners state as follows:

1.      On April 11, 2018, contemporaneous with this filing, Petitioners filed a Motion for Order to Show Cause and for Emergency Relief Preserving This Court's Jurisdiction ("Motion"), including declarations from several of the individual named Petitioners.

2.      Exhibit 1 to Petitioner's Motion is the Affidavit of Sandro José de Souza, one of the named Petitioners in this case.

3.      Paragraphs 2 and 9 of Mr. Sandro de Souza's affidavit contain highly sensitive personal details concerning the health of his relatives.  Because of the sensitivity of these details, Mr. Sandro de Souza has requested that they not disclosed to the public.

4.      Petitioners are filing a redacted version of the affidavit for the public record.

5.      A court should grant a motion to seal where "compelling reasons" exist.  *National Organization for Marriage v. McKee*, 649 F.3d 34, 70 (1st Cir. 2011).  "Though the public's right of access to such materials is vibrant, it is not unfettered."  *Siedle v. Putnam Investments, Inc.*, 147 F.3d 7, 10 (1st Cir. 1998).  "Important countervailing interests can, in given instances, overwhelm the usual presumption and defeat access ….  [A] court must carefully balance the competing interests that are at stake in the particular case."  *Id.*  This court has broad discretion in deciding a motion to seal.  *Id.*

6.      After conferring with counsel for Petitioners, counsel for Respondents have confirmed that they do not oppose this Motion.

WHEREFORE, pursuant to Local Rule 7.2, Petitioners respectfully request that this Court enter an order granting it leave to file the Affidavit of Sandro José de Souza under seal.

Respectfully submitted this 11th day of April, 2018.

/s/ Kevin Prussia

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

Kevin Prussia, Esq. (BBO # 666813)
Jonathan Cox, Esq. (BBO # 687810)
Stephen Provazza, Esq. (BBO # 691159)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com

Attorneys for Petitioners

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Kevin Prussia, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for

Petitioners conferred with counsel for the Respondents.  Respondents assent to this motion.

*/s/ Kevin Prussia*
Kevin Prussia


## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2018, a true copy of the foregoing will be electronically

filed with the Clerk of Court using the CM/ECF system, which will then send a notification of

such filing (NEF).

*/s/ Kevin Prussia*
Kevin Prussia