```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON          )
JIMENEZ and LUIS GORDILLO, et   )
al., individually and on        )
behalf of all others            )
similarly situated,             )
     Plaintiffs-Petitioners,    )
                                )
v.                              )   C.A. No. 18-10225-MLW
                                )
KIRSTJEN M. NIELSEN, et al.,    )
     Defendants-Respondents.    )
                                )
```

                                ORDER

WOLF, D.J.                                          April 13, 2018

It is hereby ORDERED that:

1. In order to preserve the court's jurisdiction, to provide the parties an opportunity to attempt to resolve this case and, if necessary, to brief the issues properly, the named petitioners and Lucimar de Souza shall not be moved outside the District of Massachusetts, temporarily or permanently, during the pendency of this case. See 28 U.S.C. §1651(a)("[A]ll courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."). This requirement may be reconsidered by the court sua sponte or upon motion by either party.

2. A further order concerning a schedule for conferring and briefing shall issue.

/s/ Mark L. Wolf
_____
UNITED STATES DISTRICT JUDGE