UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**JOINT STATUS REPORT**

In accordance with the Court's April 16, 2018 Order (ECF No. 34), the parties have conferred and report:

1.  The parties (a) do not believe this Court's disqualification is required pursuant to 28 U.S.C. § 455(a); (b) do not believe Jonathan Cox's disqualification is required; and (c) waive any ground for this Court's disqualification related to Mr. Cox's role in this case, pursuant to 28 U.S.C. § 455(e).

2.  Petitioners will not move by April 20, 2018 for class certification and preliminary injunctive relief, as previously indicated. See ECF No. 30 at 3. Instead, the parties will continue to discuss an appropriate schedule for further proceedings in the case.

Date: April 19, 2018

*Counsel for the Respondents*

CHAD READLER

Acting Assistant Attorney General

ANDREW E. LELLING
United States Attorney

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

*/s/ Mary L. Larakers*
MARY L. LARAKERS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*/s/ Eve A. Piemonte*
EVE A. PIEMONTE, BBO No. 628883
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100
Eve.Piemonte@usdoj.gov

Respectfully submitted,

*Counsel for the Petitioners*

/s/ Adriana Lafaille
Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kevin Prussia, Esq. (BBO # 666813)
Jonathan Cox, Esq. (BBO # 687810)
Stephen Provazza, Esq. (BBO # 691159)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

## **CERTIFICATE OF SERVICE**

I hereby certify that this document is being electronically filed on April 19, 2018 using

the CM/ECF system, which will send a notification of the filing to all registered participants in

this case.

/s/ Adriana Lafaille
Adriana Lafaille
