# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | Civ. No. 1:18-cv-10225-MLW |

## MOTION FOR CLARIFICATION OF THIS COURT'S APRIL 13 ORDER

On April 13, 2018, this Court ordered that "the named petitioners and Lucimar de Souza shall not be moved outside the District of Massachusetts, temporarily or permanently, during the pendency of this case." ECF No. 32. Petitioner Lilian Calderon lives in Rhode Island, see ECF No. 30 Ex. 3, and other Petitioners may be required to travel outside the state for work or other obligations during the pendency of this case. Petitioners thus move for clarification of this Court's April 13 Order to ensure that it protects all noncitizen Petitioners from removal from the United States pending this Court's adjudication of their claims, regardless whether they are in Massachusetts.

Respondents have indicated that they do not assent to this motion because such clarification is, in their view, unnecessary. Although Petitioners agree that the April 13, 2018 Order already prevents the removal of all noncitizen Petitioners, clarification would nevertheless ensure that the Order could not be interpreted at any future time to provide inconsistent protection from removal based on the happenstance of a Petitioner's residence or location at a

1

given time. Because such an interpretation would threaten this Court's ability to provide a meaningful determination of Petitioners' claims, Petitioners respectfully ask this Court to clarify that Respondents may not remove any of the named noncitizen Petitioners from the United States until further order, and pending this Court's examination of the issues in this case.

Date: April 19, 2018

| | |
|---|---|
| Kevin Prussia, Esq. (BBO # 666813) <br> Jonathan Cox, Esq. (BBO # 687810) <br> Stephen Provazza, Esq. (BBO # 691159) <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile:  (617) 526-5000 <br> kevin.prussia@wilmerhale.com <br> jonathan.cox@wilmerhale.com <br> stephen.provazza@wilmerhale.com | /s/ Adriana Lafaille <br> Matthew R. Segal (BBO # 654489) <br> Adriana Lafaille (BBO # 680210) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF MASSACHUSETTS, INC. <br> 211 Congress Street <br> Boston, MA 02110 <br> (617) 482-3170 <br><br> Kathleen M. Gillespie (BBO # 661315) <br> Attorney at Law <br> 6 White Pine Lane <br> Lexington, MA 02421 <br> (339) 970-9283 <br><br> *Attorneys for Petitioners* |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents between April 17 and April 19, 2018, in an attempt to resolve the issues raised in this motion. The parties were unable to reach a resolution.

*/s/ Adriana Lafaille*
Adriana Lafaille

**CERTIFICATE OF SERVICE**

I certify that this document will be filed electronically on April 19, 2018 using the CM/ECF system, which will send a notification of the filing to all registered participants in this case.

*/s/ Adriana Lafaille*
Adriana Lafaille