# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>          Respondents. | Civil Action No. 1:18-cv-10225-MLW |

## RESPONDENTS' OPPOSITION TO MOTION FOR CLARIFICATION OF THIS COURT'S APRIL 13 ORDER

On April 13, 2018, this Court ordered that "the named petitioners and Lucimar de Souza shall not be moved outside the District of Massachusetts, temporarily or permanently, during the pendency of this case." ECF No. 32. On April 19, 2018, Petitioners moved for clarification of this order. In accordance with this Court's order, and without waiving any jurisdictional arguments, ICE Enforcement and Removal Operations has directed its officers not to remove the named alien Petitioners from the Commonwealth of Massachusetts, or, otherwise, from the United States, as long as this Court's order, ECF No. 32, remains in effect. Therefore, Petitioners' motion to clarify is moot and this Court should dismiss it.

DATED:  April 20, 2018

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

ANDREW E. LELLING
United States Attorney

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

*/s/ Mary L. Larakers*.
MARY L. LARAKERS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*/s/ Eve A. Piemonte (By MLL)*
EVE A. PIEMONTE, BBO No. 628883
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Eve.Piemonte@usdoj.gov

ATTORNEYS FOR RESPONDENTS

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Respondents' Opposition to Motion for Clarification was electronically served via CM/ECF on the 20th day of April, 2018, to the following counsel of record for the Plaintiff:

Matthew R. Segal
Adriana Lafaille
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kevin Prussia, Esq. (BBO # 666813)
Jonathan Cox, Esq. (BBO # 687810)
Stephen Provazza, Esq. (BBO # 691159)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

/s/ *Mary L. Larakers*
MARY L. LARAKERS
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice