# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:18-cv-10225-MLW |
| Petitioners, | | |
| v. | | |
| KIRSTJEN M. NIELSEN, et al., | | |
| Respondents. | | |

## RESPONDENTS' MOTION TO EXCEED 20-PAGE LIMIT

Respondents respectfully request that they be allowed to file a memorandum in support of their Opposition to Petition for Writ of Habeas Corpus, Motion to Dismiss the First Amended Complaint, and Response to Order to Show Cause that exceeds the Local Rule 7.1(B)(4) page limit of twenty pages.

Due to the number of claims and legal arguments raised by Petitioners and as identified by this Court in its orders issued on April 16, 2018 (ECF. No. 34), and April 19, 2018 (ECF No. 35), Respondents require additional pages to fully brief the issues raised. The substantive arguments set forth in Respondents' memorandum of law are contained within the 20-page limit.

Therefore, Respondents respectfully request that they be allowed to file their memorandum of law in excess of twenty pages.

DATED:  April 23, 2018                    Respectfully submitted,

                                                                     CHAD READLER
                                                                       Acting Assistant Attorney General

                                                                       ANDREW E. LELLING

United States Attorney

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

T. MONIQUE PEOPLES
Senior Litigation Counsel

*/s/ Mary L. Larakers*.
MARY L. LARAKERS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*/s/ Eve A. Piemonte (By MLL)*
EVE A. PIEMONTE, BBO No. 628883
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100
Eve.Piemonte@usdoj.gov


ATTORNEYS FOR RESPONDENTS

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I certify that I conferred with counsel for Petitioners in a good faith effort to narrow or resolve the issues presented by this motion, and counsel for Petitioners assented to this motion.

/s/ *Mary L. Larakers*
MARY L. LARAKERS
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Exceed 20-Page Limit was electronically served via CM/ECF on the 23th day of April, 2018, to the following counsel of record for the Petitioner:

Matthew R. Segal
Adriana Lafaille
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kevin Prussia, Esq. (BBO # 666813)
Jonathan Cox, Esq. (BBO # 687810)
Stephen Provazza, Esq. (BBO # 691159)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law

6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

        /s/ *Mary L. Larakers*
        MARY L. LARAKERS
        Trial Attorney
        Office of Immigration Litigation
        Civil Division
        U.S. Department of Justice