**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, SANDRO DE SOUZA and CARMEN SANCHEZ, OSCAR RIVAS and CELINA RIVERA RIVAS, LUCIMAR DE SOUZA and SERGIO FRANCISCO, DENG GAO and AMY CHEN, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, Secretary of Homeland Security, THOMAS HOMAN, Acting Director, Immigration and Customs Enforcement, THOMAS BROPHY, Immigration and Customs Enforcement, Enforcement and Removal Office, Boston Field Office Director, YOLANDA SMITH, Superintendent of Suffolk County Correctional Facility, STEVEN W. TOMPKINS, Sheriff of Suffolk County, DONALD J. TRUMP, President of the United States, <br><br> Defendants-Respondents. | Civ. No. 1:18-cv-10225-MLW <br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Plaintiffs-Petitioners in the above captioned matter.

Dated: April 24, 2018                             Respectfully submitted,

 /s/ Michaela P. Sewall
WILMER CUTLER PICKERING
HALE AND DORR LLP
Michaela P. Sewall, Esq. (BBO # 683182)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6770
Facsimile: (617) 526-5000
E-mail: michaela.sewall@wilmerhale.com

*Attorney for Petitioners*

## **CERTIFICATE OF SERVICE**

      I, Michaela Sewall, hereby certify that this notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this April 24, 2018.


                                         /s/ Michaela Sewall
                                         Michaela Sewall