UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., Individually and on behalf of all others similarly situated, Plaintiffs-Petitioners, v. KIRSTJEN M. NIELSEN, et al., Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## PETITIONERS' ASSENTED-TO MOTION TO SEAL

Pursuant to Local Rule 7.2, and contemporaneous with the filing of a redacted copy of Exhibit 1 to their April 11, 2018 Motion for Order to Show Cause and for Emergency Relief Preserving This Court's Jurisdiction, Petitioners respectfully move for leave to file that Exhibit under seal.

As grounds for this motion, Petitioners state as follows:

1. On April 11, 2018, contemporaneous with this filing, Petitioners filed a Motion for Order to Show Cause and for Emergency Relief Preserving This Court's Jurisdiction ("Motion"), including declarations from several of the individual named Petitioners.

2. Exhibit 1 to Petitioner's Motion is the Affidavit of Sandro José de Souza, one of the named Petitioners in this case.

*The affidavit shall be sealed, at least temporarily. However, if the information redacted in the public record becomes relevant and possibly material, it may be unsealed.*

*W.G.Y. D.J. April 27, 2018.*