# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **ORAL ARGUMENT REQUESTED** |

## MOTION FOR CLASS CERTIFICATION

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs-Petitioners respectfully move for an order, pursuant to Federal Rule of Procedure 23, certifying a class pursuant to Rule 23(b)(2), appointing Plaintiffs-Petitioners as class representatives, and appointing their counsel as class counsel.

Specifically, Plaintiffs-Petitioners move to certify the following class: any U.S. citizen and his or her noncitizen spouse who (1) has a final order of removal and has not departed the U.S. under that order; (2) is the beneficiary of a pending or approved I-130, Petition for Alien Relative, filed by the U.S. citizen spouse; (3) is not "ineligible" for a provisional waiver under 8 C.F.R. § 212.7(e)(4)(i) or (vi); and (4) is within the jurisdiction of Boston ICE-ERO field office (comprising Massachusetts, Rhode Island, Connecticut, Vermont, New Hampshire, and Maine).

Respectfully submitted this 30th day of April, 2018.

/s/  Kevin S. Prussia

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Jonathan A. Cox (BBO # 687810) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | WILMER CUTLER PICKERING |
| Boston, MA 02110 |    HALE AND DORR LLP |
| (617) 482-3170 | 60 State Street |
| | Boston, MA 02109 |
| Kathleen M. Gillespie (BBO # 661315) | Telephone: (617) 526-6000 |
| Attorney at Law | Facsimile:  (617) 526-5000 |
| 6 White Pine Lane | kevin.prussia@wilmerhale.com |
| Lexington, MA 02421 | michaela.sewall@wilmerhale.com |
| (339) 970-9283 | jonathan.cox@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |

*Attorneys for Petitioners*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on April 30, 2018 in an attempt to resolve the issues raised in this motion. The parties were unable to reach a resolution.

/s/ Adriana Lafaille
Adriana Lafaille

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

/s/ Kevin S. Prussia
Kevin S. Prussia