# EXHIBIT A

## AFFIDAVIT OF WILLIAM P. JOYCE

1. I am a retired Immigration Judge and have been the managing director of Joyce and Associates, P.C., since 2002.

2. Our firm is based in Boston, with an additional office in Hyannis. We represent approximately 1500 active clients in immigration matters ranging from family-based petitions and removal defense to employment-based immigration.

3. Our attorneys identified 25 cases in which the client (1) has a final order of removal and has not departed the United States under that order; and (2) is the beneficiary of a pending or approved I-130 filed by a U.S. citizen spouse. Although we have not confirmed that each of these individuals (1) is not "ineligible" for a provisional waiver under 8 C.F.R. § 212.7(e)(4)(i) for being under 17 years old, or under 8 C.F.R. § 212.7(e)(4)(vi) for having a separate application for lawful permanent resident status pending; and (2) resides in one of the six New England states, I am confident that few if any of the individuals identified would be excluded from the class in *Calderon v. Nielsen*, 18-cv-10225-MLW (D. Mass. amended complaint filed Apr. 10, 2018) on that basis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____          4/27/2018
William P. Joyce                          Date