# EXHIBIT B

## AFFIDAVIT OF STEPHEN BORN

1. I am an immigration attorney licensed to practice law in Massachusetts. I have been practicing immigration law for the last 28 years.

2. I am a partner at Mills and Born, a Providence-based law firm that also has offices in Everett, Massachusetts. Our firm represents approximately 4,000 clients in immigration matters ranging from family-based petitions to removal defense.

3. There is no easy way for me to count the number of cases at the law firm in which the client (1) has a final order of removal and has not departed the United States under that order; (2) is the beneficiary of a pending or approved I-130 filed by a U.S. citizen spouse; (3) is not "ineligible" for a provisional waiver under 8 C.F.R. § 212.7(e)(4)(i) for being under 17 years old, or under 8 C.F.R. § 212.7(e)(4)(vi) for having a separate application for lawful permanent resident status pending; and (4) resides in one of the six New England states. But the scenario is a common one. I can confidently state that we have hundreds of such cases.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Stephen Born

4/27/18
Date