# EXHIBIT C



Number of Form I-130, Petition for Alien Relative, by Category, Case Status, and USCIS Field Office or Service Center Location
July 1 - September 30, 2017

| USCIS Field Office or Service Center Location | Field Office Code | Immediate Relative[1] | | | | All Other Relative[1] | | | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] |
| Total | | 144,730 | 128,371 | 11,119 | 461,120 | 59,212 | 9,376 | 5,907 | 827,744 | 203,942 | 137,747 | 17,026 | 1,289,088 |
| *Field Office by State*[6] | *Field Office Code* | | | | | | | | | | | | |
| *Alabama* | | | | | | | | | | | | | |
| Montgomery | MGA | 395 | 189 | 19 | 593 | D | 18 | - | 189 | 397 | 207 | 19 | 623 |
| *Alaska* | | | | | | | | | | | | | |
| Anchorage | ANC | 80 | 70 | 11 | 175 | - | - | - | 70 | 80 | 70 | 11 | 181 |
| *Arizona* | | | | | | | | | | | | | |
| Phoenix | PHO | 1,018 | 506 | 41 | 3,237 | - | D | D | 506 | 1,018 | 509 | 50 | 3,252 |
| Tucson | TUC | 306 | 230 | 11 | 966 | - | D | - | 230 | 306 | 231 | 11 | 966 |
| *Arkansas* | | | | | | | | | | | | | |
| Fort Smith | FSA | 128 | 157 | D | 324 | - | D | D | 157 | 128 | 160 | D | 325 |
| *California* | | | | | | | | | | | | | |
| Chula Vista | CVC | - | - | - | - | - | - | - | - | - | - | - | - |
| Fresno | FRE | 680 | 524 | 30 | 2,051 | - | D | D | 524 | 680 | 530 | 33 | 2,082 |
| Imperial | IMP | 100 | 50 | D | 235 | - | - | - | 50 | 100 | 50 | D | 235 |
| Los Angeles | LOS | 1,815 | 1,274 | 125 | 5,945 | - | 10 | D | 1,274 | 1,815 | 1,284 | 130 | 5,952 |
| Los Angeles County | LAC | 1,739 | 1,921 | 108 | 3,113 | D | 40 | D | 1,921 | 1,742 | 1,961 | 111 | 3,163 |
| Sacramento | SAC | 633 | 526 | 25 | 1,891 | - | 13 | D | 526 | 633 | 539 | 26 | 1,896 |
| San Bernardino | SBD | 1,506 | 1,397 | 88 | 3,527 | D | 25 | D | 1,397 | 1,507 | 1,422 | 96 | 3,551 |
| San Diego | SND | 1,076 | 1,370 | 47 | 3,243 | D | 10 | D | 1,370 | 1,078 | 1,380 | 48 | 3,254 |
| San Fernando Valley | SFV | 1,115 | 1,082 | 65 | 3,801 | D | 10 | D | 1,082 | 1,117 | 1,092 | 69 | 3,806 |
| San Francisco | SFR | 1,854 | 1,430 | 67 | 6,218 | D | 17 | D | 1,430 | 1,856 | 1,447 | 68 | 6,233 |
| San Jose | SNJ | 992 | 973 | 62 | 2,606 | D | 18 | D | 973 | 993 | 991 | 64 | 2,610 |
| Santa Ana | SAA | 1,310 | 785 | 65 | 5,259 | - | D | 10 | 785 | 1,310 | 792 | 75 | 5,271 |
| *Colorado* | | | | | | | | | | | | | |
| Denver | DEN | 894 | 526 | 61 | 3,454 | - | 16 | D | 526 | 894 | 542 | 65 | 3,464 |
| *Connecticut* | | | | | | | | | | | | | |
| Hartford | HAR | 707 | 551 | 105 | 2,343 | D | 12 | D | 551 | 710 | 563 | 111 | 2,402 |
| *Delaware* | | | | | | | | | | | | | |
| Dover | DVD | - | - | - | - | - | - | - | - | - | - | - | - |



Number of Form I-130, Petition for Alien Relative, by Category, Case Status, and USCIS Field Office or Service Center Location
July 1 - September 30, 2017

| USCIS Field Office or Service Center Location | | Petitions by Category of Relatives and Case Status | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Immediate Relative[1] | | | | All Other Relative[1] | | | | Total | | | |
| | | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] |
| *District of Columbia* | | | | | | | | | | | | | |
| Washington | WAS | 1,192 | 588 | 78 | 4,701 | - | 24 | 11 | 588 | 1,192 | 612 | 89 | 4,812 |
| *Florida* | | | | | | | | | | | | | |
| Hialeah | HIA | 559 | 181 | 63 | 2,348 | D | D | D | 421 | 560 | 430 | 66 | 2,366 |
| Jacksonville | JAC | 350 | 421 | 30 | 1,109 | D | D | D | 408 | 351 | 412 | 32 | 1,123 |
| Kendall | KND | 473 | 408 | 29 | 1,867 | D | 11 | D | 477 | 474 | 488 | 31 | 1,873 |
| Miami | MIA | 983 | 477 | 72 | 5,127 | D | D | D | 236 | 988 | 239 | 73 | 5,164 |
| Fort Myers | OFM | 313 | 236 | 20 | 1,387 | D | D | - | 181 | 316 | 183 | 20 | 1,422 |
| Oakland Park | OKL | 1,258 | 513 | 84 | 6,271 | D | D | D | 513 | 1,265 | 520 | 85 | 6,288 |
| Orlando | ORL | 1,119 | 1,019 | 150 | 4,359 | D | 12 | D | 1,019 | 1,124 | 1,031 | 159 | 4,450 |
| Tampa | TAM | 769 | 638 | 86 | 2,078 | D | D | D | 638 | 772 | 641 | 88 | 2,088 |
| West Palm Beach | WPB | 866 | 507 | 94 | 2,875 | D | D | D | 507 | 867 | 514 | 97 | 2,982 |
| *Georgia* | | | | | | | | | | | | | |
| Atlanta | ATL | 1,911 | 1,782 | 116 | 6,806 | 10 | 25 | D | 1,782 | 1,921 | 1,807 | 118 | 6,823 |
| *Hawaii* | | | | | | | | | | | | | |
| Honolulu | HHW | 258 | 113 | 24 | 868 | - | D | D | 113 | 258 | 115 | 25 | 868 |
| *Idaho* | | | | | | | | | | | | | |
| Boise | BOI | 111 | 238 | D | 522 | D | - | - | 238 | 112 | 238 | D | 527 |
| *Illinois* | | | | | | | | | | | | | |
| Chicago | CHI | 2,587 | 2,243 | 187 | 9,135 | D | 41 | D | 2,243 | 2,589 | 2,284 | 192 | 9,184 |
| *Indiana* | | | | | | | | | | | | | |
| Indianapolis | INP | 461 | 324 | 39 | 1,234 | - | - | D | 324 | 461 | 324 | 41 | 1,252 |
| *Iowa* | | | | | | | | | | | | | |
| Des Moines | DSM | 138 | 157 | 15 | 514 | - | D | - | 157 | 138 | 160 | 15 | 522 |
| *Kansas* | | | | | | | | | | | | | |
| Wichita | WIC | 163 | 153 | 11 | 688 | - | - | - | 153 | 163 | 153 | 11 | 693 |
| *Kentucky* | | | | | | | | | | | | | |
| Louisville | LOU | 242 | 221 | 48 | 536 | - | D | - | 221 | 242 | 225 | 48 | 536 |
| *Louisiana* | | | | | | | | | | | | | |
| New Orleans | NOL | 363 | 236 | 20 | 1,120 | D | 12 | D | 236 | 364 | 248 | 21 | 1,127 |
| *Maine* | | | | | | | | | | | | | |
| Portland | POM | 86 | 73 | D | 225 | - | - | - | 73 | 86 | 73 | D | 226 |
| *Maryland* | | | | | | | | | | | | | |
| Baltimore | BAL | 1,426 | 1,020 | 264 | 6,817 | D | 17 | D | 1,020 | 1,428 | 1,037 | 267 | 7,073 |
| *Massachusetts* | | | | | | | | | | | | | |
| Boston | BOS | 1,640 | 1,407 | 166 | 4,115 | D | 14 | 13 | 1,407 | 1,641 | 1,421 | 179 | 4,216 |
| Lawrence | LAW | 596 | 393 | 52 | 1,477 | D | D | D | 393 | 597 | 396 | 55 | 1,513 |



**U.S. Citizenship and Immigration Services**

Number of Form I-130, Petition for Alien Relative, by Category, Case Status, and USCIS Field Office or Service Center Location
July 1 - September 30, 2017

| USCIS Field Office or Service Center Location | | Petitions by Category of Relatives and Case Status ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Immediate Relative[1] |||| All Other Relative[1] |||| Total ||||
| | | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] |
| *Michigan* | | | | | | | | | | | | | |
| Detroit | DET | 744 | 1,188 | 120 | 1,681 | D | 53 | D | 1,188 | 745 | 1,241 | 128 | 1,775 |
| *Minnesota* | | | | | | | | | | | | | |
| St. Paul | SPM | 623 | 379 | 31 | 3,373 | - | 13 | D | 379 | 623 | 392 | 33 | 3,388 |
| *Missouri* | | | | | | | | | | | | | |
| Kansas City | KAN | 359 | 422 | 29 | 924 | D | D | D | 422 | 360 | 430 | 31 | 930 |
| St. Louis | STL | 208 | 291 | 28 | 783 | - | D | - | 291 | 208 | 295 | 28 | 789 |
| *Montana* | | | | | | | | | | | | | |
| Helena | HEL | 27 | 177 | D | 147 | - | - | - | 178 | 27 | 178 | D | 147 |
| *Nebraska* | | | | | | | | | | | | | |
| Omaha | OMA | 162 | 241 | 45 | 286 | D | 11 | - | 241 | 163 | 252 | 45 | 335 |
| *Nevada* | | | | | | | | | | | | | |
| Las Vegas | LVG | 797 | 731 | 70 | 2,577 | D | D | D | 731 | 798 | 736 | 71 | 2,586 |
| Reno | REN | 112 | 119 | D | 311 | - | D | - | 119 | 112 | 121 | D | 311 |
| *New Hampshire* | | | | | | | | | | | | | |
| Manchester | MAN | 101 | 102 | 10 | 277 | - | D | - | 102 | 101 | 103 | 10 | 282 |
| *New Jersey* | | | | | | | | | | | | | |
| Mount Laurel | MTL | 562 | 579 | 36 | 1,536 | - | 11 | D | 579 | 562 | 590 | 37 | 1,569 |
| Newark | NEW | 2,778 | 2,265 | 280 | 10,981 | D | 22 | 15 | 2,265 | 2,784 | 2,287 | 295 | 11,054 |
| *New Mexico* | | | | | | | | | | | | | |
| Albuquerque | ABQ | 224 | 374 | D | 567 | D | D | - | 374 | 227 | 375 | D | 578 |
| *New York* | | | | | | | | | | | | | |
| Albany | ALB | 145 | 100 | D | 401 | - | - | - | 100 | 145 | 100 | D | 434 |
| Buffalo | BUF | 200 | 234 | 55 | 633 | - | D | D | 234 | 200 | 241 | 57 | 697 |
| Long Island | LNY | 1,642 | 1,382 | 89 | 6,645 | D | 46 | D | 1,382 | 1,644 | 1,428 | 94 | 6,695 |
| New York | NYC | 4,548 | 4,428 | 817 | 22,324 | D | 199 | 45 | 4,428 | 4,553 | 4,627 | 862 | 22,898 |
| Queens | QNS | 1,486 | 1,592 | 180 | 6,672 | D | 22 | 17 | 1,592 | 1,487 | 1,614 | 197 | 6,807 |
| *North Carolina* | | | | | | | | | | | | | |
| Charlotte | CLT | 597 | 919 | 40 | 1,547 | - | D | D | 919 | 597 | 928 | 42 | 1,554 |
| Raleigh | RAL | 593 | 558 | 26 | 1,727 | - | 22 | - | 558 | 593 | 580 | 26 | 1,729 |
| *Ohio* | | | | | | | | | | | | | |
| Cincinnati | CIN | 205 | 157 | 26 | 582 | D | D | - | 157 | 206 | 161 | 26 | 584 |
| Cleveland | CLE | 263 | 333 | 36 | 580 | - | D | D | 333 | 263 | 336 | 37 | 589 |
| Columbus | CLM | 302 | 269 | 31 | 706 | - | - | - | 269 | 302 | 269 | 31 | 713 |
| *Oklahoma* | | | | | | | | | | | | | |
| Oklahoma City | OKC | 362 | 246 | 25 | 1,212 | - | D | D | 246 | 362 | 253 | 26 | 1,218 |
| *Oregon* | | | | | | | | | | | | | |
| Portland | POO | 446 | 461 | 20 | 1,384 | - | D | D | 461 | 446 | 469 | 26 | 1,385 |



**Number of Form I-130, Petition for Alien Relative, by Category, Case Status, and USCIS Field Office or Service Center Location**
**July 1 - September 30, 2017**

| USCIS Field Office or Service Center Location | | Petitions by Category of Relatives and Case Status ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Immediate Relative[1] |||| All Other Relative[1] |||| Total ||||
| | | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] |
| *Pennsylvania* | | | | | | | | | | | | | |
| Philadelphia | PHI | 1,284 | 908 | 122 | 4,514 | - | 22 | D | 908 | 1,284 | 930 | 123 | 4,586 |
| Pittsburgh | PIT | 232 | 241 | 12 | 553 | D | - | - | 241 | 233 | 241 | 12 | 561 |
| *Rhode Island* | | | | | | | | | | | | | |
| Providence | PRO | 253 | 497 | 38 | 825 | - | - | - | 497 | 253 | 497 | 38 | 828 |
| *South Carolina* | | | | | | | | | | | | | |
| Charleston | CHL | 271 | 320 | 17 | 586 | - | D | D | 320 | 271 | 327 | 18 | 588 |
| Greer | GRR | 148 | 137 | D | 323 | - | - | D | 137 | 148 | 137 | D | 323 |
| *Tennessee* | | | | | | | | | | | | | |
| Memphis | MEM | 526 | 573 | 55 | 1,692 | - | 13 | D | 573 | 526 | 586 | 64 | 1,700 |
| *Texas* | | | | | | | | | | | | | |
| Dallas | DAL | 2,823 | 1,343 | 190 | 10,396 | D | 23 | 8 | 1,343 | 2,829 | 1,366 | 198 | 10,608 |
| El Paso | ELP | 628 | 704 | 23 | 2,174 | D | D | D | 704 | 629 | 708 | 25 | 2,200 |
| Harlingen | HLG | 677 | 490 | 21 | 2,575 | D | D | - | 490 | 678 | 493 | 21 | 2,583 |
| Houston | HOU | 2,903 | 1,684 | 162 | 13,326 | D | 36 | D | 1,684 | 2,910 | 1,720 | 168 | 13,605 |
| San Antonio | SNA | 1,471 | 1,080 | 62 | 5,188 | D | 26 | - | 1,080 | 1,473 | 1,106 | 62 | 5,218 |
| *Utah* | | | | | | | | | | | | | |
| Salt Lake City | SLC | 561 | 306 | 18 | 1,912 | - | D | - | 306 | 561 | 308 | 18 | 1,915 |
| *Vermont* | | | | | | | | | | | | | |
| St. Albans | STA | 39 | 56 | D | 74 | - | - | D | 56 | 39 | 56 | D | 74 |
| *Virginia* | | | | | | | | | | | | | |
| Norfolk | NOR | 373 | 200 | 30 | 1,165 | D | 10 | D | 200 | 376 | 210 | 31 | 1,189 |
| *Washington* | | | | | | | | | | | | | |
| Seattle | SEA | 906 | 595 | 65 | 3,362 | D | 11 | 5 | 595 | 907 | 606 | 70 | 3,388 |
| Spokane | SPO | 56 | 46 | D | 133 | D | D | - | 46 | 57 | 47 | D | 135 |
| Yakima | YAK | 118 | 364 | D | 242 | - | - | D | 364 | 118 | 364 | 10 | 242 |
| *West Virginia* | | | | | | | | | | | | | |
| Charleston | | - | - | | | | | | | | | | |
| *Wisconsin* | | | | | | | | | | | | | |
| Milwaukee | MIL | 321 | 383 | 32 | 1,050 | - | D | D | 383 | 321 | 385 | 33 | 1,069 |
| **Field Office by Territory**[6] | | | | | | | | | | | | | |
| *Guam* | | | | | | | | | | | | | |
| Agana | AGA | 133 | 94 | 27 | 322 | - | 12 | 16 | 94 | 133 | 106 | 43 | 341 |
| *U.S. Virgin Islands* | | | | | | | | | | | | | |
| Charlotte Amalie | CHA | 14 | 30 | D | 56 | - | D | - | 30 | 14 | 31 | D | 56 |
| Christiansted | CHR | D | D | - | 25 | - | - | - | D | D | D | - | 25 |



**Number of Form I-130, Petition for Alien Relative, by Category, Case Status, and USCIS Field Office or Service Center Location**
**July 1 - September 30, 2017**

| USCIS Field Office or Service Center Location | | Petitions by Category of Relatives and Case Status ||||||||||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Immediate Relative[1] |||| All Other Relative[1] |||| Total ||||
| | | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] |
| *Puerto Rico* | | | | | | | | | | | | | |
| San Juan | SAJ | 100 | 83 | D | 405 | - | D | D | 83 | 100 | 84 | D | 412 |
| *Service Center* | | | | | | | | | | | | | |
| California | WSC | 288 | 885 | 797 | 6,575 | 57,734 | 6,356 | 3,607 | 885 | 58,022 | 7,241 | 4,404 | 691,282 |
| Nebraska | NSC | 24,151 | 26,956 | 1,753 | 87,816 | 371 | 577 | 189 | 26,956 | 24,522 | 27,533 | 1,942 | 89,749 |
| Texas | SSC | 39,251 | 32,335 | 1,338 | 89,225 | 764 | 839 | 405 | 32,335 | 40,015 | 33,174 | 1,743 | 90,521 |
| Vermont | ESC | - | 257 | 925 | 4,557 | 1 | 283 | 1,403 | 257 | 1 | 540 | 2,328 | 140,841 |
| Potomac | YSC | 15,499 | 13,348 | 790 | 39,033 | 236 | 277 | 18 | 13,341 | 13,618 | 808 | - | 39,608 |

D Data withheld to protect individuals' privacy.
- Represents zero

[1] "Immediate Relatives" refers to petitions to sponsor Immediate Relatives of U.S. citizens. "All Other Relatives" refers to petitions to sponsor relatives under Family-based Preferences.
  International field offices only accept Form I-130 filings for immediate relatives of U.S. citizens residing in the country in which the field office is located.
[2] The number of new petitions received and entered into a case-tracking system during the reporting period.
[3] The number of petitions approved during the reporting period.
[4] The number of petitions that were denied, terminated, or withdrawn during the reporting period.
[5] The number of petitions awaiting a decision as of the end of the reporting period.
[6] Represents the office location. The office location does not reflect the complete area covered by the office's jurisdiction. Please refer to USCIS.gov for office jurisdictions.
NOTE: 1) Some petitions approved, denied, or pending a decision may have been received in prior reporting periods.
  2) The report reflects the most up-to-date estimate available at the time the report is generated.
Sources: Department of Homeland Security, U.S. Citizenship and Immigration Services, *Performance Reporting Tool*, October 2017; Department of Homeland Security,
U.S. Citizenship and Immigration Services, CAMINO, October 2017.



Number of Form I-130, Petition for Alien Relative, by Category, Case Status, and USCIS Field Office or Service Center Location
July 1 - September 30, 2017

| USCIS Field Office or Service Center Location | | Petitions by Category of Relatives and Case Status ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Immediate Relative[1] |||| All Other Relative[1] |||| Total ||||
| | | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] |
| Total | | 1,646 | 1,647 | 29 | 571 | N/A | N/A | N/A | N/A | 1,646 | 1,647 | 29 | 571 |
| *International Field Office by Country* | | | | | | | | | | | | | |
| China | | | | | | | | | | | | | |
| Beijing | BEI | 67 | 83 | 0 | 21 | N/A | N/A | N/A | N/A | 67 | 83 | 0 | 21 |
| Guangzhou | GZH | 56 | 36 | 0 | 29 | N/A | N/A | N/A | N/A | 56 | 36 | 0 | 29 |
| Cuba | | | | | | | | | | | | | |
| Havana | HAV | 2 | 1 | 0 | 2 | N/A | N/A | N/A | N/A | 2 | 1 | 0 | 2 |
| Dominican Republic | | | | | | | | | | | | | |
| Santo Domingo | SDM | 73 | 78 | 1 | 11 | N/A | N/A | N/A | N/A | 73 | 78 | 1 | 11 |
| El Salvador | | | | | | | | | | | | | |
| San Salvador | SNS | 15 | 11 | 3 | 15 | N/A | N/A | N/A | N/A | 15 | 11 | 3 | 15 |
| Germany | | | | | | | | | | | | | |
| Frankfurt | FKG | 262 | 239 | 6 | 134 | N/A | N/A | N/A | N/A | 262 | 239 | 6 | 134 |
| Ghana | | | | | | | | | | | | | |
| Accra | ACG | 6 | 8 | 0 | 2 | N/A | N/A | N/A | N/A | 6 | 8 | 0 | 2 |
| Greece | | | | | | | | | | | | | |
| Athens | ATH | 32 | 35 | 0 | 7 | N/A | N/A | N/A | N/A | 32 | 35 | 0 | 7 |
| Guatemala | | | | | | | | | | | | | |
| Guatemala City | GTM | 24 | 6 | 0 | 24 | N/A | N/A | N/A | N/A | 24 | 6 | 0 | 24 |
| Haiti | | | | | | | | | | | | | |
| Port-au-Prince | PAP | 21 | 27 | 0 | 3 | N/A | N/A | N/A | N/A | 21 | 27 | 0 | 3 |
| India | | | | | | | | | | | | | |
| New Delhi | NDI | 50 | 37 | 0 | 18 | N/A | N/A | N/A | N/A | 50 | 37 | 0 | 18 |
| Italy | | | | | | | | | | | | | |
| Rome | RIT | 78 | 75 | 2 | 26 | N/A | N/A | N/A | N/A | 78 | 75 | 2 | 26 |
| Jordan | | | | | | | | | | | | | |
| Amman | AMM | 82 | 146 | 5 | 39 | N/A | N/A | N/A | N/A | 82 | 146 | 5 | 39 |
| Kenya | | | | | | | | | | | | | |
| Nairobi | NBO | 10 | 6 | 1 | 4 | N/A | N/A | N/A | N/A | 10 | 6 | 1 | 4 |



**U.S. Citizenship and Immigration Services**

Number of Form I-130, Petition for Alien Relative, by Category, Case Status, and USCIS Field Office or Service Center Location
July 1 - September 30, 2017

| USCIS Field Office or Service Center Location | | Petitions by Category of Relatives and Case Status | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Immediate Relative[1] | | | | All Other Relative[1] | | | | Total | | | |
| | | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] |
| *Mexico* | | | | | | | | | | | | | |
| Ciudad Juarez | CDJ | 44 | 47 | 0 | 0 | N/A | N/A | N/A | N/A | 44 | 47 | 0 | 0 |
| Mexico City | MEX | 45 | 51 | 4 | 4 | N/A | N/A | N/A | N/A | 45 | 51 | 4 | 4 |
| Monterrey | MTR | 15 | 11 | 0 | 10 | N/A | N/A | N/A | N/A | 15 | 11 | 0 | 10 |
| *Peru* | | | | | | | | | | | | | |
| Lima | LIM | 21 | 27 | 0 | 5 | N/A | N/A | N/A | N/A | 21 | 27 | 0 | 5 |
| *Philippines* | | | | | | | | | | | | | |
| Manila | MPH | 104 | 80 | 6 | 65 | N/A | N/A | N/A | N/A | 104 | 80 | 6 | 65 |
| *Russia* | | | | | | | | | | | | | |
| Moscow | MOS | 20 | 20 | 0 | 0 | N/A | N/A | N/A | N/A | 20 | 20 | 0 | 0 |
| *South Africa* | | | | | | | | | | | | | |
| Johannesburg | JHS | 27 | 23 | 0 | 5 | N/A | N/A | N/A | N/A | 27 | 23 | 0 | 5 |
| *South Korea* | | | | | | | | | | | | | |
| Seoul | SEK | 242 | 352 | 1 | 33 | N/A | N/A | N/A | N/A | 242 | 352 | 1 | 33 |
| *Thailand* | | | | | | | | | | | | | |
| Bangkok | BKK | 56 | 62 | 0 | 11 | N/A | N/A | N/A | N/A | 56 | 62 | 0 | 11 |
| *United Kingdom* | | | | | | | | | | | | | |
| London | LDN | 294 | 186 | 0 | 103 | N/A | N/A | N/A | N/A | 294 | 186 | 0 | 103 |

D  Data withheld to protect applicants' privacy.

- Represents zero

[1] "Immediate Relatives" refers to petitions to sponsor Immediate Relatives of U.S. citizens. "All Other Relatives" refers to petitions to sponsor relatives under Family-based Preferences.
   International Field Offices only accept I-130 filings for immediate relatives of U.S. citizens residing in the country in which the Field Office is located.

[2] The number of new applications received and entered into a case-tracking system during the reporting period.

[3] The number of applications approved during the reporting period.

[4] The number of applications that were denied, terminated, or withdrawn during the reporting period.

[5] The number of applications awaiting a decision as of the end of the reporting period.

[6] Represents the office location. The office location does not reflect the complete area covered by the office's jurisdiction. Please refer to USCIS.gov for office jurisdictions.

NOTE:  1) Some applications approved, denied, or pending a decision may have been received in prior reporting periods.
       2) The report reflects the most up-to-date estimate available at the time the report is generated.

Sources:  Department of Homeland Security, U.S. Citizenship and Immigration Services, *Performance Reporting Tool (PRT)*, September 2017; Department of Homeland Security, U.S. Citizenship and Immigration Services, CAMINO, October 2017.