# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## **PETITIONERS' ASSENTED-TO MOTION TO EXCEED 20-PAGE LIMIT**

Petitioners respectfully request that they be allowed to file a memorandum of law in support of their Motion for a Temporary Restraining Order and/or Preliminary Injunctive Relief that exceeds the Local Rule 7.1(B)(4) page limit of twenty pages.

Due to the complexity of this case, the number of Petitioners, and the multiple proposed grounds for relief preliminary injunctive relief, Petitioners require additional pages to fully brief the issues relevant to their motion. Respondents have assented to this motion.

Therefore, Respondents respectfully request that they be allowed to file their memorandum of law in excess of twenty pages.

DATE: April 30, 2018

/s/ Kevin Prussia

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Jonathan A. Cox (BBO # 687810) |
| AMERICAN CIVIL LIBERTIES UNION | Stephen Provazza (BBO # 691159) |
| FOUNDATION OF MASSACHUSETTS, INC. | WILMER CUTLER PICKERING |
| 211 Congress Street |   HALE AND DORR LLP |
| Boston, MA 02110 | 60 State Street |
| (617) 482-3170 | Boston, MA 02109 |
| | Telephone: (617) 526-6000 |
| Kathleen M. Gillespie (BBO # 661315) | Facsimile:  (617) 526-5000 |
| Attorney at Law | kevin.prussia@wilmerhale.com |
| 6 White Pine Lane | jonathan.cox@wilmerhale.com |
| Lexington, MA 02421 | stephen.provazza@wilmerhale.com |
| (339) 970-9283 | |
| | *Attorneys for Petitioners* |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Kevin Prussia, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents met and conferred in good faith to resolve the issues presented by this motion on April 30, 2018, and counsel for Respondents assented to this motion.

*/s/ Kevin Prussia*
Kevin S. Prussia

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Kevin Prussia*
Kevin S. Prussia
