# EXHIBIT H
# Affidavit of Elizabeth Cannon

**AFFIDAVIT OF ELIZABETH CANNON**

1. I am an immigration attorney licensed to practice law in Massachusetts since 2009. Nearly all of my work is dedicated to consular processing, which means assisting people immigrating to the United States through a U.S. embassy or consulate outside of the U.S.

2. In my time as an immigration attorney, I have filed over 500 applications for Form I-601 waivers of inadmissibility and Form I-212 applications for permission to reapply for admission to the United States after deportation or removal.

3. Before the institution of the provisional waiver program in 2013 and its expansion in 2016, noncitizens within the United States with close U.S. citizen or lawful permanent resident family members in need of a waiver of inadmissibility for unlawful presence or permission to reapply for admission to the United States after deportation or removal all had to face a long separation from their family members in the U.S. in order to seek lawful status in this country. This continues to be the case for any intending immigrant who is ineligible to adjust their status in the United States and unable to use the I-212/I-601A provisional waiver process, typically requiring the intending immigrant to remain in the home country for approximately two years, and sometimes longer.

4. This is a summary of the current process and approximate timeline for seeking consular processing with waivers of inadmissibility and permission to reapply for admission to the United States after deportation or removal from outside of the United States, based on my knowledge and experience:

    a. First the U.S. citizen relative must file an I-130 visa petition for the alien relative with the United States Citizenship and Immigration Services (USCIS). It can take between five to ten months for USCIS to even review the application, depending

      on which Service Center it has been assigned to for adjudication and how overburdened that Service Center is.

b. Once the I-130 has been reviewed, the Service Center might issue a Request for Evidence in support of the application. USCIS gives the applicant 33 days to respond with additional evidence in support of the application if the applicant is inside the United States, or 84 days to respond if the applicant is outside. Once the response has been filed, it can take anywhere between two weeks to seven months or more for USCIS to make a final decision on the I-130 visa petition.

c. Once the I-130 is approved, the USCIS adjudicator sends it on to the National Visa Center—a New Hampshire office of the Department of State which is involved in the processing of all immigrant visa applications filed within the United States. The National Visa Center is supposed to promptly issue an invoice for Immigration Visa fees. The intending immigrant and their family petitioner can do nothing further until they receive this invoice. While the National Visa Center used to move quickly to issue these invoices, in recent years they have become woefully understaffed, so it now can take three months or more just to have an I-130 recorded in their system and an invoice issued for the Immigrant Visa fees.

d. Once the invoice is issued and the Immigrant Visa fees are paid, the National Visa Center requires submission of proof of the Petitioner's ability to financially support the immigrant in the form of an Affidavit of Support. Sometimes the U.S. citizen Petitioner cannot prove sufficient financial support and will need a co-

sponsor. Seeking and finding a person willing to take on this responsibility can further delay the process.

e. Once the Affidavit of Support and other required documentation is submitted to the National Visa Center, it can take anywhere from two to three months to get an initial review of these documents. If the National Visa Center feels the documentation is not sufficient, it will issue a Request for Evidence, and the response can take another one to two months for them to review.

f. Once the National Visa Center is satisfied that they have all of the documentation they require, they forward the case on to the consular post in the intending immigrant's home country, for consular processing. A minimum of about two months will pass between the date of invoice issuance and the referral to a consular post, but it often takes three to four months.

g. Once the case is forwarded to the consular post, the National Visa Center will schedule an interview at the consulate and send that date to the intending immigrant. The date is normally set for one-and-a-half to two months in the future.

h. A noncitizen who is outside the United States and is subject to inadmissibility grounds and eligible for waivers cannot apply for these waivers ahead of time. Instead, he or she must attend a consular interview first. Only after a finding of inadmissibility at the consular interview abroad will the applicant be able to file the required I-601 and I-212 waiver applications. Trying to file them early generally results in a denial for filing without an official finding of inadmissibility

    by a consular officer, and then the waivers have to be re-filed, further delaying the process.

i. After denial for inadmissibility at the consular interview, the intending immigrant files Forms I-601 and I-212 with supporting documentation with the Nebraska Service Center, a USCIS processing center. Note that although individuals with final orders of removal who are pursuing provisional waivers in the United States must have an approved I-212 *before* filing an I-601A application for a provisional unlawful presence waiver, see 8 C.F.R. § 212.7(e)(4)(iv), applicants filing the I-212 and I-601 waiver applications abroad may pursue both waivers simultaneously.

j. The Nebraska Service Center adjudicates the I-601 waiver application. When I first started practicing law, the processing of I-601 waivers took approximately six months. But over the past three years, the adjudication timeframe has expanded exponentially. Attached as exhibit A is USCIS's processing times for I-601 applications at the Nebraska Service Center, which reports that it is taking 13.5 to 18 months to decide 601 applications or issue a Request for Evidence. If a Request for Evidence issues, then there is further delay after the applicant provides additional evidence.

k. Only once the I-601 waiver is finally approved will the Nebraska Service Center forward the I-212 to a USCIS local field office for adjudication. It is generally sent to the field office where the removal order was issued. With luck, the field office could adjudicate the application quickly, in two weeks or so. But I have been seeing increasingly frequent delays at the field office stage; it can take four

        months or more just for a decision on the I-212. The field office notifies the National Visa Center once they have made this decision.

    l. Finally, once both the I-601 and I-212 have been approved, the National Visa Center must forward the approvals to the consular post, where another consular interview will be required. Such interviews can generally be scheduled within one to two months of receipt of the waiver approvals by the consular post.

5. Given all of the steps in the process, *after* the approval of the I-130, consular processing with an immigrant visa requiring waivers generally takes between 20-31 months to complete, but can sometimes take even longer. The process will take longer if a noncitizen departs or is removed while the I-130 is still pending.

6. Moreover, the estimates above do not allot for any delay that might be associated with the preparation of provisional waiver applications and other materials by a noncitizen or his attorney, or for delay associated with a family's effort to save money for the filing fees of $930 for each waiver, or legal fees. The I-212 and 601 applications should be accompanied by extensive supporting documentation of the noncitizen's equities and the hardship to the U.S. citizen spouse, requiring such records as affidavits from the U.S. citizen and noncitizen spouses and others, psychological evaluations and other medical records, school records, and significant financial documentation. While an applicant and attorney may be working to assemble these materials before a noncitizen is eligible to file his waiver applications, it is not possible to fully prepare an application ahead of time because of the need for all documentation of hardship to be generally up to date.

7. There are also cases where a file gets lost or additional delay is experienced at the Nebraska Service Center, field office, or the National Visa Center. Sometimes only a

mandamus action in federal court can get the process moving again when such delays occur.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*[signature]*

04/28/2018

_____   _____
Elizabeth Cannon                                          Date

# EXHIBIT A

# Check Case Processing Times

## Select your form number and the office that is processing your case

For more information about case processing times and reading your receipt notice, click here (./more-info).

**Form**

| I-601 | Application for Waiver of Grounds of Inadmissibility ▼ |

**Field Office or Service Center**

| Nebraska Service Center ▼ |

Get processing time

## Processing time for Application for Waiver of Grounds of Inadmissibility (I-601) at Nebraska Service Center

| Estimated time range |
|---|
| See table below |

Sign in or create a new account to see your personalized case completion time (https://egov.uscis.gov/casestatus/landing.do)

### ℹ How we process cases

This time range is how long it is taking your office to process your case from the date we received it. We generally process cases in the order we receive them, and we will update this page around the 15th of each month. Please note that times may change without prior notice.

We have posted a Case Inquiry Date in the table below to show when you can inquire about your case. If your receipt date is before the Case Inquiry Date, you can submit an "outside normal processing time" service request online (https://egov.uscis.gov/e-request).

| Estimated time range | Form type | Case inquiry date |
|---|---|---|
| 13.5 Months to 18 Months | Waiver of Grounds of Inadmissibility | November 17, 2016 |

## Other case processing times resources

When to expect to receive your Green Card (./expect-green-card)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)

International Offices (./international-operations-office)

Historical Average Processing Times (./historic-pt)

## Case management tools

Inquire about a case outside normal processing time (https://egov.uscis.gov/e-request/displayONPTForm.do?entryPoint=init&sroPageType=onpt)

Check your case status (https://egov.uscis.gov/casestatus/landing.do)

Update your mailing address (https://egov.uscis.gov/crisgwi/go?action=coa&localeLang=en_US)

Ask about missing mail (https://egov.uscis.gov/e-Request/Intro.do)

Correct a typographical error (https://egov.uscis.gov/e-request/displayTypoForm.do?entryPoint=init&sroPageType=typoError)

Request appointment accommodations (https://egov.uscis.gov/e-request/displayAccomForm.do?entryPoint=init&sroPageType=accommodations)