**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 18-cv-10225-MLW |
| KIRSTJEN M. NIELSEN, et al. | ) ) ) | |
| Respondents. | ) ) | |

## JOINT STATUS REPORT

1. On May 2, 2018, this Court ordered the Parties to confer (ECF No. 52) and report by May 3, 2018 on the following issues:

    a. The custody status of Petitioner Lucimar de Souza, including whether she has been released and, if not, the status of any custody review.

    b. The parties' respective positions concerning the implications of any release or pending custody review for Ms. de Souza's claims concerning her detention.

    c. Whether the parties request that the Petitioners be allowed to attend the May 8, 2018 hearing, and will provide the necessary interpreters.

2. The parties have conferred and report the following:

    a. The detention status of Ms. de Souza and the status of her pending custody review is explained in the Declaration of Thomas P. Brophy, attached hereto as Exhibit A.

  b. The parties report that the information contained in Exhibit A does not materially impact Ms. de Souza's claims.

  c. With regard to the Petitioners attending the May 8, 2018, hearing, Petitioners request that Lucimar de Souza be allowed to attend the May 8, 2018 hearing, and will provide the necessary interpreter.

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

Elianis N. Perez
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

*/s/ Adriana Lafaille*
Matthew R. Segal
Adriana Lafaille
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kevin Prussia, Esq. (BBO # 666813)
Jonathan Cox, Esq. (BBO # 687810)
Stephen Provazza, Esq. (BBO # 691159)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

*Counsel for Petitioners*

## **CERTIFICATE OF SERVICE**

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 3, 2018

/s/ Mary L. Larakers  
Mary L. Larakers  
Trial Attorney