DECLARATION OF ACTING FIELD OFFICE DIRECTOR
THOMAS P. BROPHY

Pursuant to the authority of 28 U.S.C. § 1746, I, Thomas P. Brophy, an Acting Field Office Director at the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security ("ICE"), declare as follows:

1. I am an Acting Field Office Director at the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security.

2. Included in my official duties as an Acting Field Office Director is the responsibility for oversight of the operations of the Boston, Massachusetts, Area of Responsibility ("AOR") Enforcement and Removal Operations ("ERO") component of ICE.

3. I am responding to the Court's Order dated May 2, 2018 (Doc. No. 52), issued in Calderon-Jimenez v. Nielsen, et al., 18cv10225-MLW (D. Mass. filed Feb. 5, 2018) directing responses. After inquiry, discussion and verification of pertinent DHS records I report the following:

4. Responding to the Court's question at ¶ 4, concerning "the [custody] status of Lucimar De Souza, including whether she has been released and, if not, the status of any custody review": DE SOUZA remains detained by

ICE. DE SOUZA applied to ICE for a stay of removal on Form I-246, Application for Stay of Deportation or Removal, and the application was denied. The notice of Post Order Custody Review (POCR) was served upon DE SOUZA on April 23, 2018, seven days prior the occurrence of the custody review. The POCR notice was not sent to counsel for DE SOUZA. The result of the custody review was that detention was continued, and DE SOUZA was served with that decision on May 2, 2018.

5. On May 3, 2018, due to the irregularities in the timing of DE SOUZA's POCR notice, ICE provided DE SOUZA and her attorney, with a new POCR notice with the required 30 days' advance notice of a renewed POCR to be conducted. Thus, ICE will conduct a new POCR for De SOUZA on or about June 3, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: MAY 0 3 2018
            Date                Signature

Thomas P. Brophy
Acting Field Office Director
U.S. Immigration & Customs Enforcement
Dept. Homeland Security
Burlington, Massachusetts

2