UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS**, OR ANY OF HIS DEPUTIES,

AND TO:  SUFFOLK COUNTY HOUSE OF CORRECTIONS, 20 Bradston St., Boston, MA 02118

YOU ARE COMMANDED to have the body of  LUCIMAR DE SOUZA  now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.  10 , on the 5th  floor, Boston, Massachusetts on 5/8/2018, at 10:00 A.M.

for the purpose of   Motion Hearing

in the case of   CALDERON JIMENEZ et als  V.  KIRSTJEN M. NIELSEN et als

CR Number   18-cv-10225-MLW

And you are to retain the body of said  LUCIMAR DE SOUZA  while before said Court upon said day and upon such other days thereafter as his/her attendance before said Court shall be necessary, and as soon as may be thereafter to return said  LUCIMAR DE SOUZA  to the institution from which s/he was taken, under safe and secure conduct, to be there imprisoned as if s/he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   4th    day of May.


/s/ Mark L. Wolf, DJ
_____
UNITED STATES DISTRICT JUDGE

SEAL

                                                ROBERT M. FARRELL
                                                CLERK OF COURT

                                                /s/ Christine Bono
                                        By:     _____
                                                Deputy Clerk