**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**MOTION FOR LEAVE FOR COLLEEN M. MCCULLOUGH TO APPEAR**
*PRO HAC VICE*

Pursuant to Civil Local Rule 83.5.3, I, Kevin Prussia, a member of this court, move that Colleen M. McCullough be granted leave to appear *pro hac vice* as counsel for Petitioners in the above-titled action.

Respectfully submitted,

Dated: May 4, 2018

/s/ Kevin S. Prussia
Kevin S. Prussia (BBO # 666813)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
E-mail: kevin.prussia@wilmerhale.com

*Attorney for Petitioners*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Kevin S. Prussia, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for respondents met and conferred in good faith on May 4, 2018, and counsel for Respondents assent to this motion.

/s/  *Kevin S. Prussia*
Kevin S. Prussia


**CERTIFICATE OF SERVICE**

I, Kevin S. Prussia, hereby certify that this notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 4, 2018.

/s/  *Kevin S. Prussia*
Kevin S. Prussia