# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., Individually and on behalf of all others similarly situated, Plaintiffs-Petitioners, v. KIRSTJEN M. NIELSEN, et al., Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## CERTIFICATE OF COLLEEN M. MCCULLOUGH IN SUPPORT OF HER MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Colleen M. McCullough, hereby certify that:

1. I am a member of the bar of Massachusetts in good standing. I have not been admitted to practice in any other jurisdictions.

2. There are no disciplinary proceedings pending against me in that or any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: May 4, 2018

*/s/ Colleen M. McCullough*
Colleen M. McCullough (BBO # 696455)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
E-mail: colleen.mccullough@wilmerhale.com