UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, et al.<br><br>Petitioners,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.<br><br>Respondents. | No. 18-cv-10225-MLW |

# AMENDED[1] JOINT STATEMENT

1. On May 1, 2018, this Court ordered the parties to confer and file by May 4, 2018 a report regarding any issues to which the Court may give priority. ECF No. 52.

2. The parties have conferred and agree that the issues raised in the Respondents' motion to dismiss and Petitioners' motion for preliminary injunctive relief are intertwined, and should be considered together. The parties also agree that issues of class-wide injunctive relief and issues of class certification are closely related.

3. Accordingly, the parties propose that an initial hearing be held on the motions to dismiss and for preliminary injunctive relief. The parties could be

---

[1] This joint statement, originally filed May 4, 2018, is being amended because Petitioners' counsel are unavailable on June 4 and 5, 2018, two dates in which the parties previously indicated that they were available for a hearing. See ECF No. 60 at ¶ 3. The parties have revised paragraph 3 of this statement to indicate their availability for hearings in this case on June 6-12 and 18-20, 2018.

available for such a hearing between June 6 and 12, 2018. The parties propose a subsequent hearing, on class-wide preliminary injunctive relief and class certification (and, if it is still unresolved, on the motion to dismiss), to take place after the completion of class certification briefing. The parties could be available for such a hearing between June 18 and 20, 2018. If the Court has granted the motion to dismiss by the second hearing, the hearing will not take place.

4. The parties further propose a modification of the briefing schedule, as follows:

   a. Motion to dismiss: Petitioners' shall file their opposition by May 21, 2018 (30 pages), and Respondents shall file any reply by May 31, 2018 (15 pages).

   b. Motion for preliminary injunctive relief: As previously ordered, Respondents shall file their opposition by May 21, 2018 (30 pages), and Petitioners shall file any reply by May 31, 2018 (15 pages).

   c. Motion for class certification: Respondents shall file their opposition by June 5, 2018 (30 pages), and Petitioners shall file any reply by June 12, 2018 (15 pages).

Respectfully submitted on May 7, 2018.

| *Counsel for Respondents* | *Counsel for the Petitioners* |
|---|---|
| CHAD READLER<br>Acting Assistant Attorney General | /s/ Adriana Lafaille<br>Matthew R. Segal<br>Adriana Lafaille |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | American Civil Liberties Union<br>Foundation of Massachusetts, Inc.<br>211 Congress Street<br>Boston, MA 02110 |
| Elianis N. Perez<br>Assistant Director | (617) 482-3170<br>alafaille@aclum.org |
| /s/ Mary L. Larakers<br>MARY L. LARAKERS (Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation, District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Kevin Prussia, Esq. (BBO # 666813)<br>Jonathan Cox, Esq. (BBO # 687810)<br>Stephen Provazza, Esq. (BBO # 691159)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com |
| /s/ Eve A. Piemonte  (by MLL)<br>Eve A. Piemonte (BBO # 628883)<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 920<br>Boston, MA  02210<br>(617) 748-3100<br>Eve.Piemonte@usdoj.gov | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |

## **CERTIFICATE OF SERVICE**

     I, Adriana Lafaille, certify that this document is being filed electronically on May 7, 2018, through the CM/ECF system, and that a notice will be immediately sent to all registered participants in this case.

                                        /s/ Adriana Lafaille
                                        Adriana Lafaille