UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, et al.<br><br>Petitioners,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.<br><br>Respondents. | No. 18-cv-10225-MLW |

## AMENDED[1] JOINT STATEMENT

1. On May 1, 2018, this Court ordered the parties to confer and file by May 4, 2018 a report regarding any issues to which the Court may give priority. ECF No. 52.

2. The parties have conferred and agree that the issues raised in the Respondents' motion to dismiss and Petitioners' motion for preliminary injunctive relief are intertwined, and should be considered together. The parties also agree that issues of class-wide injunctive relief and issues of class certification are closely related.

3. Accordingly, the parties propose that an initial hearing be held on the motions to dismiss and for preliminary injunctive relief. The parties could be

---

[1] This joint statement, originally filed May 4, 2018, is being amended because Petitioners' counsel are unavailable on June 4 and 5, 2018, two dates in which the parties previously indicated that they were available for a hearing. See ECF No. 60 at ¶ 3. The parties have revised paragraph 3 of this statement to indicate their availability for hearings in this case on June 6-12 and 18-20, 2018.

*The proposed briefing schedule is hereby ADOPTED. Hearing date(s) will be set after briefing is complete. /s/ Wolf DJ 5/8/17*