# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 18-cv-10225-MLW |
| | ) | |
| KIRSTJEN M. NIELSEN, et al. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| EDUARDO RALPH JUNQUEIRA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 18-cv-10307-MLW |
| | ) | |
| STEVEN SOUZA, ET AL, | ) | |
| | ) | |
| Respondents. | ) | |

## AFFIDAVITS FROM ICE REPRESENTATIVE

Pursuant to this Court's order on May 8, 2018 (ECF No 66), ordering Respondents, by May 11, 2018, to file affidavits from ICE representatives, Respondents submit the following affidavits from Acting Field Office Director, Thomas P. Brophy.

DECLARATION OF ACTING FIELD OFFICE DIRECTOR
THOMAS P. BROPHY

Pursuant to the authority of 28 U.S.C. § 1746, I, Thomas P. Brophy, an Acting Field Office Director at the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security ("ICE"), declare as follows:

1. I am an Acting Field Office Director at the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security ("ICE").

2. Included in my official duties as an Acting Field Office Director is the responsibility for oversight of the operations of the Boston, Massachusetts, Area of Responsibility ("AOR") Enforcement and Removal Operations ("ERO") component of ICE.

3. I am responding to the Court's Order dated May 8, 2018 (Doc. No. 66), issued in <u>Calderon-Jimenez v. Nielsen, et al.</u>, 18cv10225-MLW (D. Mass. filed Feb. 5, 2018) directing responses. The Court's Order at ¶ 6 requests factual responses concerning two respective Petitioner-Plaintiffs: Lucimar DE SOUZA, and Eduardo Ralph JUNQUEIRA. This declaration responds to the Court's request relating to Lucimar DE SOUZA; a separate declaration responds to the Order's request relating to Eduardo Ralph JUNQUEIRA. After

inquiry, discussion, and review of pertinent DHS records I report the following:

4. In respect to the Court's question at ¶ 6(a) regarding who "decided that De Souza . . . should be detained at offices of the United States Citizenship and Immigration Services." Supervisory Deportation and Detention Officer ("SDDO") Stephen Wells made the decision.

5. In respect to the Court's question at ¶ 6(b) regarding who "decided that [De Souza] should not be immediately released, and that [her] detention should continue." ICE Supervisory Deportation and Detention Officer ("SDDO") Stephen Wells made the decision.

6. In respect to the Court's question at ¶ 6(c) regarding who "decided that De Souza should be detained beyond April 30, 2018." Deputy Field Office Director ("DFOD") James Rutherford made that decision.

7. In respect to the Court's question at ¶ 6(d) regarding who "decided to schedule a new review of De Souza's custody to occur on or about June 3, 2018." Deputy Field Office Director ("DFOD") James Rutherford made that decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

Date MAY 1 1 2018   Signature *[signature]*

Thomas P. Brophy
Acting Field Office Director
U.S. Immigration & Customs Enforcement
Dept. Homeland Security
Burlington, Massachusetts

DECLARATION OF ACTING FIELD OFFICE DIRECTOR
THOMAS P. BROPHY

Pursuant to the authority of 28 U.S.C. § 1746, I, Thomas P. Brophy, an Acting Field Office Director at the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security ("ICE"), declare as follows:

1. I am an Acting Field Office Director at the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security.

2. Included in my official duties as an Acting Field Office Director is the responsibility for oversight of the operations of the Boston, Massachusetts, Area of Responsibility ("AOR") Enforcement and Removal Operations ("ERO") component of ICE.

3. I am responding to the Court's Order dated May 8, 2018 (Doc. No. 66), issued in Calderon-Jimenez v. Nielsen, et al., 18cv10225-MLW (D. Mass. filed Feb. 5, 2018) directing responses. The Court's Order at ¶ 6 requested factual responses concerning two respective Petitioner-Plaintiffs: Lucimar DE SOUZA, and Eduardo Ralph JUNQUEIRA. This declaration responds to the Court's Order relating to Eduardo Ralph JUNQUEIRA a separate declaration responds to the Order relating to Lucimar DE SOUZA. After inquiry, discussion, and review of pertinent DHS records I report the

following:

4. In respect to the Court's question at ¶ 6(a) regarding who "decided that . . . Junqueira should be detained at offices of the United States Citizenship and Immigration Services." ICE Supervisory Deportation and Detention Officer ("SDDO") Michael Loser made the decision.

5. In respect to the Court's question at ¶ 6(b) regarding who "decided that [Junquiera] should not be immediately released, and that [his] detention should continue." ICE Supervisory Deportation and Detention Officer ("SDDO") Michael Loser made the decision.

6. In respect to the Court's question at ¶ 6(e) regarding who "decided that Junqueira should be released or brought to the ICE office in Burlington, Massachusetts on May 3 and 4, 2018." The Deputy Field Office Director ("DFOD") James Rutherford made the decision regarding the May 3, 2018, transportation for intended release. The May 4, 2018, transportation of Junquiera appears to be an inadvertent result, due to his name having been left on the administrative transportation orders from the previous (May 3, 2018) day.

7. In respect to the Court's question at ¶ 6(f) regarding who "reversed any decision to release Junqueira on May 3 or 4, 2018." Acting Field Office Director ("FOD") Thomas Brophy made the decision.

8. In respect to the Court's question at ¶ 6(g) regarding who "decided to schedule a review of Junqueira's custody to occur on or about June 3, 2018." Acting Field Office Director Thomas Brophy made that decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:
        Date MAY 1 1 2018 Signature

Thomas P. Brophy
Acting Field Office
Director
U.S. Immigration & Customs
Enforcement
Dept. Homeland Security
Burlington, Massachusetts

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

Elianis N. Perez
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

/s/ Eve A. Piemonte (by MLL)
Eve A. Piemonte (BBO # 628883)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 920
Boston, MA 02210
(617) 748-3100
Eve.Piemonte@usdoj.gov

*Counsel for Respondents*

## **CERTIFICATE OF SERVICE**

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 11, 2018

/s/ Mary L. Larakers  
Mary L. Larakers  
Trial Attorney