UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUCIMAR DE SOUZA, ET AL. <br>     Petitioner-Plaintiffs, <br><br> v. <br><br> CHRISTOPHER CRONEN, ET AL., <br>     Defendant-Respondents. | C.A. No. 18-10225-MLW |
| EDJANN HENRIQUE DOS SANTOS, <br>     Petitioner, <br><br> v. <br><br> KIRSTJEN NIELSEN, ET AL. <br>     Respondents. | C.A. No. 18-10310-MLW |

ORDER

WOLF, D.J.                                                                                                          May 14, 2018

Petitioner Eduardo Ralph Junqueira has been released from detention and, by agreement of the parties, his case has been dismissed. Petitioners Lilian Calderon Jimenez and Lucimer de Souza have also been released. However, they seek additional relief individually and as representatives of a putative class. Therefore, their cases are not complete. The Affidavits from ICE Representatives (Docket Nos. 19 and 67 in Calderon) indicate that the Immigration and Custom Enforcement ("ICE") officials identified as having made decisions have information relevant at least to the Motions for Class Certification and Preliminary Injunction in Calderon.

Therefore, it is hereby ORDERED that:

1. The hearing originally scheduled for May 15, 2018, and postponed to accommodate the schedule of counsel for respondents in Calderon, shall be held on May 22, 2018, at 10:00 a.m. and, if necessary, continue on May 23, 2018.

2. Each ICE official identified in the Affidavits from ICE Representatives filed on February 21, 2018 and May 11, 2018 shall appear at the May 22, 2018 hearing to testify, if necessary.

3. Each potential witness shall comply with the Sequestration Order being issued with this Order.

                                           /s/ Charles P. Wolf
                                           UNITED STATES DISTRICT JUDGE