UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ<br>AND LUCIMAR DE SOUZA, ET AL.<br>    Petitioner-Plaintiffs,<br><br>v.<br><br>CHRISTOPHER CRONEN, ET AL.<br>    Defendant-Respondents.<br><br><br>EDJANN HENRIQUE DOS SANTOS,<br>    Petitioner,<br><br>v.<br><br>KIRSTJEN NIELSEN, ET AL.<br>    Respondents. | C.A. No. 18-10225-MLW<br><br><br><br><br><br><br><br><br><br>C.A. No. 18-10310-MLW |

## SEQUESTRATION ORDER

WOLF, D.J.                                           May 14, 2018

It is hereby ORDERED pursuant to Federal Rule of Evidence 615 that, except for petitioners and respondents or respondents' designated representative(s), each potential witness in this case, including but not limited to each Immigration and Customs Enforcement ("ICE") official identified in the Affidavits from ICE Representatives filed on February 21, 2018 and May 11, 2018 (Docket Nos. 19 and 67) in <u>Calderon</u>:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom when other witnesses are testifying; and

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a potential witness individually, rather than together with any other potential witness(es), prior to his or her testimony. However, unless protected by the attorney-client privilege or some other applicable privilege, such communications may be explored on direct and/or cross-examination of the witness.

 

_____
UNITED STATES DISTRICT JUDGE