UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUCIMAR DE SOUZA, ET AL. Petitioner-Plaintiffs, v. CHRISTOPHER CRONEN, ET AL, Respondent-Defendants. | C.A. No. 18-10225-MLW |
| EDUARDO RALPH JUNQUEIRA, Petitioner, v. STEVEN SOUZA, ET AL, Respondents. | C.A. No. 18-10307-MLW |
| EDJANN HENRIQUE DOS SANTOS, Petitioner, v. KIRSTJEN NIELSEN, ET AL. Respondents. | C.A. No. 18-10310-MLW |

ORDER

WOLF, D.J.                                                        May 14, 2018

The May 15, 2018 hearing is hereby CANCELLED and will be rescheduled.

UNITED STATES DISTRICT JUDGE