CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
COLIN A. KISOR
Deputy Director
MARY L. LARAKERS
Trial Attorney
J. MAX WEINTRAUB (VA Bar No. 36188)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044-0868
Telephone: (202) 305-7551
Facsimile: (202) 305-7000
jacob.weintraub@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lilian Pahola Calderon JIMENEZ and Lucimar DE SOUZA, *et al.*, <br>     Petitioner-Plaintiffs, <br><br>          v. <br><br> CHRISTOPHER CRONEN, *et al.*, <br>     Defendant-Respondents. <br><br><br> EDJANN HENRIQUE DOS SANTOS, <br>     Petitioner, <br>          v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br>     Respondents. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-10225-MLW <br> ) <br> ) Notice of Appearance <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-10310-MLW <br> ) <br> ) <br> ) |

PLEASE TAKE NOTICE that representation of Defendant-Respondents as co-counsel in the above-entitled proceeding will be by J. Max Weintraub, Senior Litigation Counsel, United

States Department of Justice, Civil Division, Office of Immigration Litigation - District Court Section.

Dated:    May 16, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director

MARY L. LARAKERS
Trial Attorney

*/s/ J. Max Weintraub*
J. MAX WEINTRAUB
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Telephone: (202) 305-7551
Facsimile: (202) 305-7000
E-mail: jacob.weintraub@usdoj.gov

Attorneys for Defendant-Respondents

CERTIFICATE OF SERVICE
1:18-cv-10225-MLW

The undersigned hereby certifies that on May 16, 2018, the undersigned served this Notice of Appearance, pursuant to the district court's ECF system as to ECF filers.

>  */s/ J. Max Weintraub*
> J. MAX WEINTRAUB
> Senior Litigation Counsel
> United States Department of Justice
> Civil Division
> Office of Immigration Litigation
> District Court Section
> P.O. Box 868, Ben Franklin Station
> Washington, DC  20044
> Telephone: (202) 305-7551
> Facsimile: (202) 305-7000
> E-mail: jacob.weintraub@usdoj.gov
>
> Attorney for Defendant-Respondents