FILED
IN CLERKS OFFICE

2018 MAY 22  PM 1: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

John A. Hawkinson, freelance news reporter
Box 397103
Cambridge, MA 02139-7103
617-797-0250, *jhawk@MIT.EDU*

May 22, 2018

Christine Bono
Courtroom Clerk to The Honorable Mark L. Wolf
One Courthouse Way, Suite 2300
Boston, MA 02210

<u>BY HAND DELIVERY</u>

**Docketing of exhibits in *Calderon Jiminez v. Cronen*, 18-cv-10225-MLW**

Dear Ms. Bono:

   Would you please publicly docket in PACER the paper exhibits used in this morning's hearing, to the extent that they are not already docketed?

   And to the extent an advance request is appropriate, I would ask that future paper exhibits, if there are any, also be docketed. Thank you.

   Thank you very much.

Very truly yours,

John A. Hawkinson