✏AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CALDERON JIMENEZ, et al

V.

CRONEN, et al

## EXHIBIT AND WITNESS LIST

Case Number: 18-CV-10225-MLW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Mark L. Wolf | Lafaille, et als | Larakers, Weintraub, Sady |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/22/2018, 5/23/2018 | Mortellite | Bono |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/22/2018 | | | Witness, Thomas P. Brophy, Acting Deputy Field Office Director, U.S. ICE |
| | | 5/22/2018 | 1 | | Docket Entry No. 56-1, Declaration of Acting Field Office Diector Thomas P. Brophy, 5/3/2018 |
| | | 5/22/2018 | 2 | | "Decision to Continue Detention" 4/27/2018 letter to Lucimar de Souza Gomes |
| | | | | | (previously marked as Exhibit 1 at 5/8/2018 hearing) |
| | | 5/22/2018 | 3 | | Docket Entry No. 19, "Affidavits from ICE Representative", Todd Lyons |
| | | 5/22/2018 | 4 | | Video Clip depicting reunion between Lucimar de Souza Gomes and child |
| | | 5/22/2018 | 5 | | Docket Entry No. 67, "Affidavits from ICE Representative", Thomas P. Brophy |
| | | 5/22/2018 | 6 | | 5/2/2018 U.S. ICE Letter to Lucimar De Souza Gomes |
| | | 5/22/2018 | | | Witness, James L. Rutherford, Deputy Field Office Director, U.S. ICE |
| | | 5/22/2018 | 7 | | Docket Entry No. 50-5, Affidavit of Tiffany Andrade |
| | | 5/22/2018 | 8 | | Docket Entry No. 40-1, Declaration of Deputy Field Office Director, James L. Rutherford |
| | | 5/23/2018 | | | Witness, Thomas P. Brophy, Acting Deputy Field Office Director, U.S. ICE |
| | | 5/23/2018 | | | Witness, James L. Rutherford, Deputy Field Office Director, U.S. ICE |
| x | | 5/23/2018 | 9 | | 3/11/2018 Boston Globe Article, " 'I was blindisded': How a routine immigration interview turned |
| | | | | | into an arrest" |
| | | 5/23/2018 | A | | SEALED, In Camera, 5/16/2018 Memorandum |
| | | 5/23/2018 | B | | SEALED, 5/16/2018 Memorandum (Redacted Version) |
| x | | 5/23/2018 | 10 | | 5/3/2018 "Notice to Alien of File Custody Review" directed to Lucimar de Souza Gomes |
| | | 5/23/2018 | | | Witness, Todd Lyons, Deputy Field Office Director, U.S. ICE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages