*Enforcement and Removal Operations*
*Boston Field Office*

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803



Lucimar De Souza Gomes
C/o Suffolk County House of Correction
20 Bradston Street
Boston, MA

A 

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined as a matter of administrative discretion that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a citizen and national of Brazil who entered the United States on February 22, 2002, at Rio Grande City, TX without being admitted or paroled by an immigration officer.

You are subject to a Final Order of Removal issued on June 11, 2002.

Upon review of the facts of your case, you have failed to demonstrate significant equities within the United States. I have determined that you would pose a significant risk of flight if you were to be released from ICE custody.

Based upon the above in the exercise of administrative discretion, you will remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been removed or released from custody by July 30, 2018, jurisdiction of the custody decision in your case will be transferred to the Headquarters Removal and International Operations Unit (HQ RIO), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ RIO will make a final determination regarding your custody.

_/s/ DFOD #658_    4/27/18

Thomas Brophy, Acting Field Office Director     Date



Decision of Post Order Custody Review – Detain
A078 974 256 Lucimar De Souza Gomez
Page 2

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I _William Chambers_, _DO_,
    Name of ICE Officer                      Title
certify that I served _Lucimar De Souza Gomez_ with a copy of
                      Name of detainee
this document at _Suffolk County HDC_ on _5-2-2018_, at _13:40_.
                  Institution              Date            Time

(b) I certify that I served the custodian _____,
                                            Name of Official
_____, at _____, on
      Title                   Institution
_____ with a copy of this document.
      Date

## OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
    Name of ICE Officer                Title
that I served _____ and the custodian _____,
              Name of detainee                             Name of Official
with a copy of this document by certified mail at _____ on _____.
                                                   Institution                Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File