*Enforcement and Removal Operations*
*Boston Field Office*

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803



**U.S. Immigration and Customs Enforcement**

May 2, 2018

Lucimar De Souza Gomes
C/o Tiffany Andrade
Joyce & Associates, P.C.
205 Portland Street
Boston, MA 02114

Re: Application for a Stay of Deportation or Removal
    Lucimar De Souza Gomes, A█████████

Dear Ms. Gomes:

This letter is in response to your Application for a Stay of Deportation or Removal, which was filed with U.S. Immigration and Customs Enforcement (ICE) on April 30, 2018.

I have carefully reviewed your file, as well as the factors addressed in the stay request, and have determined that the granting of such discretionary relief is not sufficiently warranted. The Application for a Stay of Deportation or Removal is hereby denied. There is no appeal from this decision.

Sincerely,

Thomas P. Brophy
Acting Field Office Director

www.ice.gov

