UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ<br>AND LUCIMAR DE SOUZA, ET AL.<br>    Petitioner-Plaintiffs,<br><br>v.<br><br>CHRISTOPHER CRONEN, ET AL.<br>    Defendant-Respondents. | C.A. No. 18-10225-MLW |
| EDJANN HENRIQUE DOS SANTOS,<br>    Petitioner,<br><br>v.<br><br>KIRSTJEN NIELSEN, ET AL.<br>    Respondents. | C.A. No. 18-10310-MLW |

ORDER

WOLF, D.J.                                                                                                  May 23, 2018

As stated in court on May 23, 2018, it is hereby ORDERED that:

1. Unless otherwise ordered, the hearing that began on May 22, 2018 shall resume on May 30, 2018, at 9:30 a.m.

2. The parties in <u>Calderon v. Cronen</u>, C.A. No. 18-10225, shall confer and, by May 25, 2018 at 12:00 noon, report whether they have reached an agreement to resolve the case or any issues in it and, if not, how the case should proceed, including: whether the schedules for briefing the motions to dismiss, for a preliminary injunction, and/or for class certification should be modified; whether they request more time to confer; and whether the hearing on May 30, 2018 should be continued. If the parties do

not request that the May 30, 2018 hearing be continued, they shall propose an agenda for it.

3. The parties in Dos Santos v. Nielsen, C.A. No. 10310, shall, by May 29, 2018, report the status of the case or file a stipulation of dismissal.

4. The parties in Calderon shall order the transcript of the May 22 and 23, 2018 hearings.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE