UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUCIMAR DE SOUZA, ET AL.<br>　　Petitioner-Plaintiffs,<br><br>　　　　v.<br><br>CHRISTOPHER CRONEN, ET AL.<br>　　Defendant-Respondents. | C.A. No. 18-10225-MLW |
| EDJANN HENRIQUE DOS SANTOS,<br>　　Petitioner,<br><br>　　　　v.<br><br>KIRSTJEN NIELSEN, ET AL.<br>　　Respondents. | C.A. No. 18-10310-MLW |

ORDER

WOLF, D.J.                                                                   May 23, 2018

    At the May 22 and 23, 2018 hearings the Acting Field Office Director of the Burlington, Massachusetts Office of Immigration and Customs Enforcement ("ICE") Thomas Brophy and his Deputy Directors James Rutherford and Todd Lyons stated that they were interpreting the May 14, 2018 Sequestration Order (Docket No. 69-1) to preclude them from communicating about reforms and improvements to address the operations of ICE that the court, on May 8, 2018, found to have violated the rights of petitioners Lucimar De Souza and Eduardo Junqueira, and about related issues. As stated at the conference following the May 23, 2018 hearing,

which is scheduled to continue on May 30, 2018, it is hereby ORDERED that:

1. Brophy, Rutherford, and Lyons shall not discuss with each other or any other prospective witness: (a) what each was asked or answered at the May 22 and 23 hearings; and (b) the facts concerning the cases of De Souza, Junqueira, and Lilian Calderon.

2. Brophy, Rutherford, and Lyons may discuss, among themselves and with other employees of ICE, the general issues raised by the De Souza, Junqueira, and Calderon cases, and any related cases, in discharging their duties as ICE officials, including in making the transition to Lyons as Acting Field Office Director on June 1, 2018.

3. The May 14, 2018 Sequestration Order otherwise remains in effect.

UNITED STATES DISTRICT JUDGE