# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT STATEMENT

1. This Court has ordered the parties to confer and, by May 25, 2018 at 12:00 noon, report whether they have agreed to resolve the case or any issues in it and, if not, how the case should proceed.  ECF No. 84.

2. The parties met and conferred on May 24, 2018 to discuss the possibility of resolving the case or any issues therein.  The parties met and conferred on May 24, 2018, to discuss the possibility of resolving the case or any issues therein. Counsel for Respondents proffered certain potential points of resolution relating to the named Petitioners and other individuals who were arrested under similar circumstances, which the parties are discussing.  The parties are continuing to negotiate in good faith, but have not yet reached any agreement.  The parties are continuing to negotiate in good faith, but have not yet reached any agreement.

3. With regard to the hearing scheduled for May 30, 2018 at 9:30am:

ActiveUS 167887057

    a. Petitioners recommend that the hearing go forward as scheduled. The parties can and will continue their good-faith negotiations. The hearing will not disrupt those negotiations, and should proceed as scheduled in the interest of time—particularly in light of the Court's schedule—to focus the issues and help the case proceed expeditiously and on the basis of accurate information. Completing the hearing will be beneficial to the witnesses as well because it will permit the Court to lift the sequestration order. As an agenda for the hearing, Petitioners propose questioning the following witnesses in this order:

        i. Acting Field Office Director Thomas Brophy, whom Petitioners wish to ask a short number of follow-up questions regarding the February 16, 2018 directive and the May 2018 POCR audit.

        ii. Deputy Field Office Director Todd Lyons, who, according to his affidavit (ECF No. 19), oversees ICE's enforcement and removal operations in the Boston area, and who anticipates becoming the Acting Field Office Director in June 2018.

        iii. Supervisory Deportation and Detention Officer Stephen Wells, who, according to the affidavit submitted by Acting Field Office Director Brophy (ECF No. 67), decided that Ms. de Souza should be detained at her USCIS office interview, and that her detention should continue, and

      iv. Supervisory Detention and Deportation Officer Todd Falvey, who, according to the affidavit submitted by Deputy Director Lyons, (ECF No. 19), decided that Ms. Calderon should be detained.

  b. Respondents recommend that the hearing be held in recess so that the parties may use that time, instead, to continue discussions toward resolving this matter including discussions Respondents' counsel must have with ICE. This would also allow Acting Field Office Director Brophy and Deputy Field Office Director Lyons to use Director Brophy's last week in the Boston Field Office to effect a smooth transition of leadership and continue to effect the changes in their office in accordance with their testimony. Respondents further recommend that the parties submit a joint report to the Court by June 1, 2018, at 12:00 noon, to advise the Court whether they have agreed to resolve the case or any issues in it and, if not, how the case should proceed.

4. Regarding the schedules for briefing the motions to dismiss, for a preliminary injunction, and for class certification, the parties jointly propose that each remaining deadline (as ordered in ECF Nos. 65, 63) be extended by two weeks. The new schedule would be as follows:

  a. Respondents' shall file any reply in support of their motion to dismiss by June 14, 2018 (15 pages).

  b. Petitioners shall file any reply in support of their motion for preliminary injunctive relief by June 14, 2018 (15 pages).

  c. The parties propose a hearing on the motions to dismiss and for preliminary injunctive relief during the week of June 18, 2018.

  d. Respondents shall file their opposition to Petitioners' motion for class certification by June 19, 2018 (30 pages), and Petitioners shall file any reply by June 26, 2018 (15 pages).

Respectfully submitted this 25 day of May, 2018.

| | |
|---|---|
| | */s/  Kevin S. Prussia* |
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Jonathan A. Cox (BBO # 687810) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | WILMER CUTLER PICKERING |
| (617) 482-3170 |  HALE AND DORR LLP |
| | 60 State Street |
| Kathleen M. Gillespie (BBO # 661315) | Boston, MA 02109 |
| Attorney at Law | Telephone: (617) 526-6000 |
| 6 White Pine Lane | Facsimile:  (617) 526-5000 |
| Lexington, MA 02421 | kevin.prussia@wilmerhale.com |
| (339) 970-9283 | michaela.sewall@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |
| | |
| | *Counsel for Petitioners* |

/s/ *Mary L. Larakers*

| | |
|---|---|
| MARY L. LARAKERS (Texas Bar # 24093943) | EVE A. PIEMONTE, BBO No. 628883 |
| Trial Attorney | Assistant United States Attorney |
| U.S. Department of Justice, Civil Division | United States Attorney's Office |
| Office of Immigration Litigation, | 1 Courthouse Way, Suite 9200 |
| District Court Section | Boston, MA 02210 |
| P.O. Box 868, Ben Franklin Station | (617) 748-3100 |
| Washington, DC 20044 | Eve.Piemonte@usdoj.gov |
| (202) 353-4419 | |

4

(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

*Counsel for Respondents*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

                                                                  */s/   Kevin S. Prussia*
                                                                  Kevin S. Prussia