UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
AND LUCIMAR DE SOUZA, ET AL. )
                               )
                               )
Individually and on behalf of all )
others similarly situated,     )
     Petitioner-Plaintiffs,    )
          v.                   )   C.A. No. 18-10225-MLW
                               )
                               )
KIRSTJEN NIELSEN, ET AL.       )
     Respondents.              )

ORDER

WOLF, D.J.                                          May 25, 2018

With regard to the parties' May 25, 2018 Joint Statement (Docket No. 86), it is hereby ORDERED that:

1. The May 30, 2018 hearing is CANCELLED and, if necessary, will be rescheduled.

2. The parties shall continue to confer and, by 12:00 noon on June 1, 2018, report whether any or all of the remaining issues in this case have been resolved. If all issues have not been resolved, they shall report whether the evidence at the May 22 and 23, 2018 hearings requires additional submissions concerning the motions to dismiss, for preliminary injunction, and/or for class certification. If so, the parties shall propose a schedule for additional briefing.

3.  Although it may be altered following the June 1, 2018 report, the briefing schedule proposed in paragraph 4 of the Joint Statement is adopted.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE