# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

## JOINT REPORT

1. This Court has ordered the parties to confer and, by June 1, 2018 at 12:00 noon, report whether any or all of the remaining issues in this case have been resolved and if not, whether the evidence at the May 22 and 23, 2018, hearings requires additional submissions concerning the motions to dismiss, for preliminary injunction, and/or for class certification.  ECF No. 87.

2. The parties met and conferred on May 24, 2018, to discuss the possibility of resolving the case or any issues therein.  Petitioners responded to Respondents' potential points of resolution on May 25, 2018, and Respondents have continued to discuss Petitioners' proposals internally.  The parties will continue to negotiate in good faith, but have not yet reached any agreement.

3. To this end, the Petitioners note that continuing the evidentiary hearing is unlikely to hinder the negotiation process, and may in fact help refine the issues for potential resolution. Respondents recommend that the hearing continued to be held in recess so

that the parties, which include those who would be required to testify, can use that time to continue discussions toward resolving this matter.

4.  Regarding the schedules for briefing the motions to dismiss, for a preliminary injunction, and for class certification, and whether additional submissions are required, the parties propose that no additional changes be made to the briefing schedule at this time.

Respectfully submitted this 1st day of June, 2018.

*Counsel for the Respondents*

CHAD READLER
Acting Assistant Attorney
General

WILLIAM C. PEACHEY
Director
Office of Immigration
Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ *Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice,
Civil Division
Office of Immigration
Litigation,
District Court Section
P.O. Box 868, Ben Franklin
Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

/s/ *Eve A. Piemonte (by MLL)*
EVE A. PIEMONTE, BBO
No. 628883
Assistant United States
Attorney
United States Attorney's
Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Eve.Piemonte@usdoj.gov

*Counsel for the Petitioners*

/s/ Kevin S. Prussia
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Mary L. Larakers*
Mary L. Larakers