**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., ) ) ) |  |
| Individually and on behalf of all others similarly situated, ) ) ) | No. 1:18-cv-10225-MLW |
| Plaintiffs-Petitioners, ) ) | **DECLARATION OF STEPHEN N.** |
| v. ) ) ) | **PROVAZZA IN SUPPORT OF PETITIONER'S REPLY BRIEF** |
| KIRSTJEN M. NIELSEN, et al., ) ) |  |
| Defendants-Respondents. ) ) |  |

---

I, Stephen N. Provazza, declare as follows:

**1.**     I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP,

counsel for the Petitioners in the above-captioned matter.  I am an attorney licensed to practice in

the Commonwealth of Massachusetts.  I am over the age of eighteen and I have personal

knowledge of the facts set forth in this declaration.  If called as a witness, I could and would

competently testify thereto.  I submit this Declaration in support of Petitioners' Reply Brief in

support of their Motion for Preliminary Injunctive Relief.

**2.**     Attached hereto as Exhibit A is a true and correct redacted copy of an email

exchange between Petitioners' counsel and Respondents' counsel on June 12, 2018.

**3.**     Attached hereto as Exhibit B is a true and correct redacted copy of a letter that

Respondents' counsel sent as an attachment in their email in Exhibit A.

**4.**     Attached hereto as Exhibit C is a true and correct redacted copy of an email that

Respondents' counsel provided to Petitioners' counsel at the May 23, 2018 hearing in response

to this Court's order that information about people arrested at CIS offices in January 2018 be produced.  Hearing Tr. (May 22, 2018) at 44:15-48:4.

    5.       Attached hereto as Exhibit D is a true and correct redacted copy of the May 16, 2018 decision of the Board of Immigration Appeals regarding Lilian Calderon Jimenez's motion to reopen.

    6.       Attached hereto as Exhibit E is a true and correct redacted copy of the July 31, 2013 decision of the Board of Immigration Appeals regarding Sandro de Souza's motion to reopen.

    7.       Attached hereto as Exhibit F is a true and correct redacted copy of the May 10, 2018 decision of the Board of Immigration Appeals regarding Deng Gao's motion to reopen.

    8.       Attached hereto as Exhibit G is a true and correct excerpted copy of section 17.4, "Field Procedures," of Chapter 17, "Removal Process: Post Order Custody Reviews (POCR)," which Respondents' counsel provided to Petitioners' counsel at the May 23, 2018 hearing in response to this Court's order that POCR guidance reviewed by Mr. Rutherford be produced. Hearing Tr. (May 22, 2018) at 169:4-14.

    I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

    Executed this 14th day of June, 2018, in Boston, Massachusetts.

/s/  *Stephen N. Provazza*
Stephen N. Provazza (BBO # 691159)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  stephen.provazza@wilmerhale.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2018, a true copy of the foregoing and accompanying exhibits will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

<u>/s/  Stephen N. Provazza</u>
Stephen N. Provazza
