EXHIBIT A

# Provazza, Stephen

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> |
| **Sent:** | Tuesday, June 12, 2018 6:02 PM |
| **To:** | Prussia, Kevin S; Piemonte, Eve (USAMA); Sewall, Michaela P.; Adriana Lafaille; McCullough, Colleen; Cox, Jonathan; kathleen.m.gillespie@outlook.com; MSegal@aclum.org; Provazza, Stephen |
| **Cc:** | Weintraub, J. Max (CIV); Perez, Elianis (CIV) |
| **Subject:** | RE: Calderon Discussions |
| **Attachments:** | De Souza Gomes Correspondence.pdf |

Kevin,

Please see attached a letter regarding the erroneous instructions this morning. A hard copy will be sent as well. Thank you for bringing this to my attention.

Best,
Mary

---

**From:** Prussia, Kevin S [mailto:Kevin.Prussia@wilmerhale.com]
**Sent:** Tuesday, June 12, 2018 10:32 AM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Sewall, Michaela P. <Michaela.Sewall@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; McCullough, Colleen <Colleen.McCullough@wilmerhale.com>; Cox, Jonathan <Jonathan.Cox@wilmerhale.com>; kathleen.m.gillespie@outlook.com; MSegal@aclum.org; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Cc:** Weintraub, J. Max (CIV) <jaweintr@CIV.USDOJ.GOV>; Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>
**Subject:** RE: Calderon Discussions

Mary,

This morning Lucimar de Souza appeared at ICE for a check-in and was told to return on July 12 with tickets leaving the country on August 12.  Given the Court order, and Respondents' repeated assurances that ICE has been instructed not to remove any of the noncitizen Petitioners, I assume that this was a mistake.  Could you please straighten that out and confirm that she does not need to depart?  The family is quite alarmed—as am I.  Please let me know by the end of the day tomorrow.  I hope to avoid involving Judge Wolf on this, but will do so immediately if we do not get a response.



Kind regards,
Kevin

1

**Kevin S. Prussia | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6243 (t)
+1 617 526 5000 (f)
kevin.prussia@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

4

7