# EXHIBIT B

*Enforcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
1000 District Avenue
Burlington, MA 01803



**U.S. Immigration
and Customs
Enforcement**

June 12, 2018

Lucimar De Souza Gomes
C/o Kevin S. Prussia
WilmerHale
60 State St.
Boston, MA. 02109

Re: Lucimar De Souza Gomes, ███████████

Dear Mr. Prussia:

Lucimar De Souza Gomes is not required to produce tickets to depart the United States at her next report-in date, or at any time while the judicial stay issued by the U.S. District Court for the District of Massachusetts remains in place. Erroneous instructions were provided to her on June 12, 2018, when she was told to report on July 12, 2018, with tickets to depart the United States on or before August 12, 2018.

Sincerely,

*DF00#658*

James L. Rutherford
Deputy Field Office Director