# EXHIBIT C



Information on CIS arrests
Larakers, Mary L. (CIV)
to:
christine_bono@mad.uscourts.gov
05/23/2018 12:00 PM
Hide Details
From: "Larakers, Mary L. (CIV)" <Mary.L.Larakers@usdoj.gov>
To: "christine_bono@mad.uscourts.gov" <christine_bono@mad.uscourts.gov>

Mateus-De Oliveira, Fabiano ▮▮▮▮▮▮   Released - Order of supervision 02/19/2018 detained on 1/9/18 released before the POCR had to be done.

    Martinez Martinez, Faviola ▮▮▮▮▮▮   Removed on 03/06/2018 to the D.R. detained on 1/19/18, POCR not completed before removal.

    Calderon Morales, Jovel ▮▮▮▮▮▮   Transferred to ERO in Louisiana on 05/21/18 via ICE charter flight. Detained on 1/23/17, POCR completed on 5/22/18.

    Mchilloh, Mkazilakwa Omary ▮▮▮▮▮▮   Released - Order of supervision 05/01/2018 (Country declined to issue a travel document for his removal) Detained on 1/30/18, released on POCR on 4/27/18.

    Da Silva, Jose Felicio ▮▮▮▮▮▮   Released - Bonded Out 03/27/2018, after having filed a Motion To Reopen his removal proceedings Detained on 1/31/18, granted a stay by the IJ on 2/16/18, MTR granted on 3/15/18 so not an administrative final order so POCR conducted.

    Serafim Fontoura, Joelson ▮▮▮▮▮▮   Released – Removed 02/21/2018 Detained on 1/31/18, removed before the POCR was due to be completed.