UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>Plaintiffs-Petitioners, <br><br>v. <br><br>KIRSTJEN M. NIELSEN, et al., <br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF CLASS CERTIFICATION**

Pursuant to Fed. R. Civ. P. 7, and Local Rule 7.1, Petitioners hereby move for a ten-day extension of time to file their Reply Brief in Support of Petitioners' Motion for Class Certification, to and including July 6, 2018.  Petitioners require additional time to respond to the issues raised by Respondents.

Counsel for Respondents have assented to the relief sought in this Motion.

WHEREFORE, Petitioners respectfully request that the court grant this motion and enter an order extending the deadline by which they must file their Reply Brief to and including July 6, 2018.

1

Respectfully submitted this 22nd day of June, 2018.

/s/ Kevin S. Prussia

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Jonathan A. Cox (BBO # 687810) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | WILMER CUTLER PICKERING |
| (617) 482-3170 | HALE AND DORR LLP |
| | 60 State Street |
| Kathleen M. Gillespie (BBO # 661315) | Boston, MA 02109 |
| Attorney at Law | Telephone: (617) 526-6000 |
| 6 White Pine Lane | Facsimile: (617) 526-5000 |
| Lexington, MA 02421 | kevin.prussia@wilmerhale.com |
| (339) 970-9283 | michaela.sewall@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |

*Attorneys for Petitioners*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents, who has assented to the relief sought in this motion.

/s/  *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on June 22, 2018.

/s/  *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)