## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ et al., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 18-cv-10225-MLW |
| ) | |
| KIRSTJEN M. NIELSEN, et al. ) | |
| ) | |
| Respondents. ) | |

### RESPONDENTS' ASSENTED-TO MOTION FOR LEAVE TO FILE SUR-REPLY

Respondents move this Court for leave to file a sur-reply in further support of their Opposition to Petitioners' Motion for Preliminary Injunction. *See* ECF No. 49, 78. Petitioners, for the first time in their Reply Brief, cite to the evidence taken at the May 22-23, 2018, hearings to support their motion. ECF No. 97. Respondents now request leave to file a sur-reply, by July 6, 2018, so that they may incorporate the evidence taken at the May 22-23, 2018, hearings into their legal arguments opposing Petitioners' Motion for Preliminary Injunctive Relief.

Respondents respectfully request this Court grant this motion and enter an order allowing Respondents to file a sur-reply by July 6, 2018.

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, counsel for Respondents conferred with counsel for Petitioners who assented to the relief sought in this Motion.

/s/Mary L. Larakers
Mary L. Larakers
Trial Attorney

## **CERTIFICATE OF SERVICE**

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ Mary L. Larakers |
|  | Mary L. Larakers |
| Dated: June 22, 2018 | Trial Attorney |