# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
and LUIS GORDILLO, et al., )
)
Individually and on behalf of all others ) No. 1:18-cv-10225-MLW
similarly situated, )
)
Plaintiffs-Petitioners, )
)
v. )
)
KIRSTJEN M. NIELSEN, et al., )
)
Defendants-Respondents. )

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF CLASS CERTIFICATION

Pursuant to Fed. R. Civ. P. 7, and Local Rule 7.1, Petitioners hereby move for a ten-day extension of time to file their Reply Brief in Support of Petitioners' Motion for Class Certification, to and including July 6, 2018. Petitioners require additional time to respond to the issues raised by Respondents.

Counsel for Respondents have assented to the relief sought in this Motion.

WHEREFORE, Petitioners respectfully request that the court grant this motion and enter an order extending the deadline by which they must file their Reply Brief to and including July 6, 2018.

*Allowed*

*W6U. DJ*

*June 25, 2018*