## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ et al., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  18-cv-10225-MLW |
| | ) | |
| KIRSTJEN M. NIELSEN, et al. | ) | |
| | ) | |
| Respondents. | ) | |

## RESPONDENTS' ASSENTED-TO MOTION FOR LEAVE TO FILE SUR-REPLY

Respondents move this Court for leave to file a sur-reply in further support of their Opposition to Petitioners' Motion for Preliminary Injunction. *See* ECF No. 49, 78. Petitioners, for the first time in their Reply Brief, cite to the evidence taken at the May 22-23, 2018, hearings to support their motion. ECF No. 97. Respondents now request leave to file a sur-reply, by July 6, 2018, so that they may incorporate the evidence taken at the May 22-23, 2018, hearings into their legal arguments opposing Petitioners' Motion for Preliminary Injunctive Relief.

Respondents respectfully request this Court grant this motion and enter an order allowing Respondents to file a sur-reply by July 6, 2018.

ALLOWED
WGU, D. J.
June 25, 2018