```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

LILIAN PAHOLA CALDERON JIMENEZ         )
AND LUCIMAR DE SOUZA, ET AL.           )
    Petitioner-Plaintiffs,             )
                                       )
            v.                         )   C.A. No. 18-10225-MLW
                                       )
CHRISTOPHER CRONEN, ET AL,             )
    Respondent-Defendants.             )
                                       )


## MEMORANDUM AND ORDER

WOLF, D.J.                                          June 26, 2018

On June 22, 2018, respondents filed a Notice of Substituted Party Under Rule 25(d), stating that on June 7, 2018, Rebecca Adducci became the Interim Field Office Director of the Boston Field Office of the Bureau of Immigration and Customs Enforcement ("ICE") and should be named in place of Thomas Brophy as a respondent in this case. See Docket No. 100. The Notice states in part that Ms. "Adducci has been made aware that this Court found that the Boston Field Office violated the law in its implementation of the post-order custody regulations (POCR) under 8 C.F.R. §241.4." Id. at 1 of 7. In a June 19, 2018 Declaration filed with the Notice, Ms. Adducci states that she has "been made aware of the Court's concerns regarding the implementation of the relevant [Post-Order Custody Review] regulations in ensuring timely reviews conducted with proper notice to the parties" and

1

states that she "plan[s] to include those issues among [her] priorities to address." Id. at 6 of 7.

The Notice lists the seven documents in this case that Ms. Adducci has been given to review. Id. at 2 of 7. Those documents do not include the June 11, 2018, 62-page Memorandum and Order, which describes the repeated violations of Department of Homeland Security regulations, and the Due Process Clause of the Fifth Amendment of the United States Constitution, in the detention of aliens by the Boston Field Office that Ms. Adducci now directs. See Docket No. 95; Jimenez v. Cronen, 2018 WL 2899733 (D. Mass. 2018). The fact that Ms. Adducci has evidently not read the June 11, 2018 Memorandum and Order causes the court to be concerned that violations of the Constitution and laws of the United States by the Boston Field Office may be continuing.

This concern is magnified by the June 21, 2018 decision by Magistrate Judge Page Kelley ordering the release of petitioner Cleiton Alexander Matias because of the recent failure of the Boston Field Office to obey the law in detaining him. In explaining that decision, Magistrate Judge Kelley wrote that:

> At the hearing regarding detention today, for the first time the government stated that petitioner previously was given a detention review, which apparently took place on June 12, 2018. Although the court does not have all the facts concerning that review, one thing is clear: the petitioner's attorney was not given fair notice of the hearing as 8 C.F.R. §241.4 requires.

2

Matias v. Tomkins, C.A. No. 18-11056-MPK, Docket No. 26 at 1. This notice requirement was addressed in this court's May 8, 2018 oral decision, see Docket No. 73 at 96-108, which ICE represents was given to Ms. Adducci, and was discussed in greater detail in the June 11, 2018 Memorandum and Order, see Docket No. 95 at 21-22, 38-39; Jimenez, 2018 WL 2899733, at 8, 14-15.

The issue of whether the Boston Field Office is likely to continue to violate the Constitution and laws of the United States in detaining aliens is relevant to petitioners' pending motions for preliminary injunction and class certification. It is, therefore, hereby ORDERED that, by 12:00 noon on June 28, 2018, Ms. Adducci shall read the complete June 11, 2018 Memorandum and Order, Docket No. 95, and file an affidavit stating that she has done so.

                                                UNITED STATES DISTRICT JUDGE