# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Respondents. | No. 1:18-cv-10225-MLW |

## DECLARATION OF INTERIM FIELD OFFICE DIRECTOR REBECCA ADDUCCI

On June 26, 2018, in response to the filing of Respondents' Notice of Substituted Party Under Rule 25(d) (Doc. 100), this Court issued a Memorandum and Order directing that Interim Field Office Director of the Bureau of Immigration and Customs Enforcement ("ICE"), Rebecca Adducci, "read the complete June 11, 2018 Memorandum and Order, Docket No. 95, and file an affidavit stating that she has done so" by 12:00 noon on June 28, 2018. *See* Doc. 106.

1

Accordingly, Respondents submit the attached declaration from Interim Field Office Director Adducci.

                        Respectfully submitted,

                        CHAD READLER
                        Acting Assistant Attorney General

                        WILLIAM C. PEACHEY
                        Director
                        Office of Immigration Litigation

                        */s/ J. Max Weintraub (by EAP)*
                        J. MAX WEINTRAUB
                        Senior Litigation Counsel

                        MARY L. LARAKERS
                        Trial Attorney
                        U.S. Department of Justice, Civil Division
                        Office of Immigration Litigation,
                        District Court Section
                        P.O. Box 868, Ben Franklin Station
                        Washington, DC 20044
                        (202) 353-4419
                        (202) 305-7000 (facsimile)
                        mary.l.larakers@usdoj.gov

                        ANDREW E. LELLING
                        United States Attorney


                    By:   */s/ Eve A. Piemonte*
                        Eve A. Piemonte (BBO #628883)
                        Assistant United States Attorney
                        United States Attorney's Office
                        John J. Moakley U.S. Courthouse
                        1 Courthouse Way, Suite 9200
                        Boston, MA  02210
                        (617) 748-3369
Dated: June 28, 2018        Eve.Piemonte@usdoj.gov


                        ATTORNEYS FOR RESPONDENTS

**CERTIFICATE OF SERVICE**

      I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                */s/ Eve A. Piemonte*
                                                                Eve A. Piemonte
Dated: June 28, 2018                                     Assistant United States Attorney