UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ et al., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KIRSTJEN M. NIELSEN, et al. )<br>)<br>Respondents. )<br>_____) | No. 18-cv-10225-MLW |

## DECLARATION OF REBECCA J. ADDUCCI

Pursuant to 28 U.S.C. § 1746, I, Rebecca J. Adducci, declare as follows:

1. I am currently serving as the Interim Field Office Director (FOD) for the Boston Area of Responsibility of the Office of Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security. I have been serving in this position since Thursday, June 7, 2018. I replaced Deputy FOD Todd Lyons, who was acting as FOD following Thomas Brophy. I am on detail from the ERO Detroit, Michigan Field Office, where I am the FOD. As the FOD in Detroit, I am responsible for all ICE ERO operations in the states of Michigan and Ohio. I have served in this position since August 2009.

2. I have read the complete June 11, 2018, Memorandum and Order, Docket No. 95, in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 28, 2018

_____
Rebecca Adducci
Interim Field Office Director
ICE Boston Field Office
Burlington, Massachusetts