UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, ET AL., <br>     Petitioner-Plaintiffs, <br><br> v. <br><br> CHRISTOPHER CRONEN, ET AL, <br>     Respondent-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                    June 29, 2018

Petitioners' Motion for Leave to Depose ICE Directors Adducci, Brophy, and Lyons was filed on June 28, 2018. See Docket No. 108 (the "Motion"). The Certificate of Service states that: "Counsel for Respondents were unable to agree at this time to provide any discovery. Petitioners file this motion in awareness of this Court's imminent departure for the month of July." Id. at 5. The Motion was not accompanied by the affidavit(s) and memorandum required by Rule 7.1(b)(1) of the Local Rules of the United States District Court for the District of Massachusetts.

In view of the foregoing, it is hereby ORDERED that:

1. The parties shall continue to confer and, by 12:00 noon on July 6, 2018, report whether they have reached an agreement to resolve the Motion. If so, they shall propose a schedule to complete discovery and briefing by August 7, 2018, and for an August 14, 2018 hearing on the pending motions.

1

2. If the parties have not reached an agreement to resolve the Motion:

(a) Petitioners shall, by July 9, 2018, file a memorandum and affidavit(s) in support of the Motion.

(b) Respondents shall, by July 13, 2018, file any opposition.

3. If the Motion is allowed:

(a) Respondents shall, by July 17, 2018, produce the requested discovery;

(b) The depositions shall be taken by July 27, 2018;

(c) Petitioners shall by, August 1, 2018, supplement their submissions on the pending motions; and

(d) Respondents shall, by August 7, 2018, supplement their submissions on the pending motions.

4. In any event, a hearing on the pending motions shall be held on August 14, 2018, at 10:00 a.m.

                                                /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE