UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## STATUS REPORT

1. This Court has ordered the parties to confer and, by July 6, 2018 at 12:00 noon, report whether they have agreed to resolve Petitioners' Motion for Leave to Depose ICE Directors Adducci, Brophy, and Lyons (the "Motion"). ECF No. 109.

2. The parties met and conferred on July 5, 2018, to discuss the possibility of resolving the Motion. The parties have not come to an agreement to resolve the Motion.

3. Respondents oppose Petitioners' request for discovery as unnecessary to resolve the purely legal issues presented in the motions to dismiss and for preliminary injunctive relief. However, during its conference with Petitioners, Respondents' counsel offered to ask whether Respondents would provide the requested written discovery if Petitioners would agree to withdraw their request for depositions. Before Respondents' counsel could confer with Respondents, Petitioners communicated that they would not consider such a compromise.

4. Beginning on July 5, 2018, during the parties' telephonic conference, and continuing by email on July 5-6, 2018, Respondents' counsel attempted to confer on the language included in this status report. However, Respondents' counsel did not receive an answer from Petitioners' counsel in time to file a joint report.

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

ELIANIS N. PEREZ
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

Case 1:18-cv-10225-MLW   Document 110   Filed 07/06/18   Page 3 of 3

3

## **CERTIFICATE OF SERVICE**

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 6, 2018

/s/ Mary L. Larakers  
Mary L. Larakers  
Trial Attorney