**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br>         Plaintiffs-Petitioners, <br><br>         v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br>         Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**PETITIONERS' MOTION FOR**
**LEAVE TO DEPOSE ICE DIRECTORS ADDUCCI, BROPHY, AND LYONS**

Pursuant to Rule 30(a)(2)(A) of the Federal Rules of Civil Procedure, and for the reasons stated in the accompanying Memorandum, Petitioners seek leave to depose Interim Field Office Director ("FOD") Rebecca Adducci, former Acting FOD Thomas Brophy, and Deputy FOD Todd Lyons.[1]  Petitioners request an order directing that, in accordance with the contingent schedule laid out in this Court's June 29, 2018 Order (Dkt. No. 109), Respondents:

1. On or before July 27, 2018, produce Ms. Adducci, Mr. Brophy, and Mr. Lyons for deposition, and

2. On or before July 17, produce all documents regarding:

   a. Ms. Adducci's appointment as Interim FOD at ERO Boston,

---

[1] As Petitioners and Respondents were unable to come to an agreement, Petitioners resubmit this motion in light of this Court's June 29, 2018 Order.  Dkt. No. 109.

b. Enforcement activities against persons presenting for I-130 interviews at CIS and/or otherwise pursuing the provisional waiver process, including documents sufficient to identify any such persons who have been arrested, detained, and/or deported, and

c. The June 12, 2018 decision to give Ms. De Souza a notice to depart the United States.

Respectfully submitted this 9th day of July, 2018.

/s/      Kevin S. Prussia

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com

*Attorneys for Petitioners*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Kevin S. Prussia, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for the Respondents in a good faith attempt to narrow or resolve the issues in this motion.

*/s/ Kevin S. Prussia*
Kevin S. Prussia

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Kevin S. Prussia*
Kevin S. Prussia