DECLARATION OF INTERIM FIELD OFFICE DIRECTOR
REBECCA J. ADDUCCI

Pursuant to the authority of 28 U.S.C. § 1746, I, Rebecca J. Adducci, an Interim Field Office Director presently detailed to the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security ("ICE"), declare as follows:

1. I am an Interim Field Office Director at the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security.

2. I have been provided a copy of a Motion for Leave to Depose ICE Directors Adducci, Brophy, and Lyons, dated July 9, 2018, as filed in the litigation of Calderon-Jimenez et al., v. Nielsen, et al., 18-cv-10225-MLW (D. Mass. filed Feb. 5, 2018), Doc. No. 114.

3. I am making this declaration in response to questions concerning what if any burden would be associated with the production on or before July 17, 2018, of "all documents regarding" the requested items in that Motion denominated as subparagraph 2.a, - c.

4. I have informed myself as to that issue through discussions with my subordinates in the Burlington, Massachusetts, Enforcement and Removal Operations ("ERO") component of ICE.

5.    Based upon the discussions with my staff at ERO
Burlington, because the scope of the documents requested in
subparagraph 2.b. is without any temporal or geographic
limits and requests "all documents regarding" all DHS
enforcement activities concerning aliens who have ever been
the beneficiary of an approved or pending I-130 Petition for
Alien Relative ("I-130"), my understanding is that
compliance with the expansive documents production request
would be impracticably burdensome to the extent that it
could even be accomplished.

6.    In the Boston ERO Field Office alone there are
estimated tens of thousands of open active cases with some
history of enforcement action.  Closed cases for aliens who
have been removed or who have been granted relief could be
well in excess of that number.

7.    For all these instances of any record of
enforcement activity, each case would need to be reviewed by
an ICE officer to attempt to ascertain any record of the
existence or non-existence of a pending or approved I-130.
However, inasmuch as an alien beneficiary of an I-130 is
never also the petitioner-filer of that same I-130, a
separate cross-referenced records check by name of
beneficiary would need to be searched in each case.

8.    Were it even possible to identify every case of
enforcement action within the expansive scope of the

subparagraph 2.b. request, the requested production of "all documents regarding" the "[e]nforcement activities" in all these cases would be impracticably burdensome.  These estimates and assessments concern only those enforcement activities in the Boston Field Office, of course, and not the nation-wide universe of requested cases.

9.   I have been informed additionally that Deputy Field Office Director Todd Lyons has plans to be away from July 20 to July 29, 2018, and that Deputy Field Office Director Thomas Brophy has plans to be away from July 26 to July 30, 2018.

10.   Since my detail began as the Interim Field Office Director at the Boston ERO Field Office, in addition to my day-to-day leadership responsibilities over ICE ERO operations in the Boston Field Office area of operations -- which comprises Massachusetts, Connecticut, Rhode Island, New Hampshire, Maine, and Vermont -- I have been responding to matters relating to numerous habeas corpus and other litigation issues that have required a great deal of time and attention, as well as attending to the challenges of training and evaluating some newer staff. Accordingly, the proposed deposition of me will detract from available time to continue those important efforts.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 7.13.18
             Date                    Signature

                                     Rebecca J. Adducci
                                     Interim Field Office
                                     Director
                                     U.S. Immigration & Customs
                                     Enforcement
                                     Dept. Homeland Security
                                     Burlington, Massachusetts