# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, *et al.*, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' ASSENTED-TO MOTION FOR CONTINUANCE OF HEARING

On June 29, 2018, this Court scheduled a hearing on the pending motions for August 14, 2018, at 10:00 a.m. ECF No. 109. Respondents now move this Court to continue the hearing because undersigned counsel has previously scheduled leave, which conflicts with the hearing date. The parties have conferred and are available for a hearing any day after August 14, 2018, and propose August 22-24 for a hearing on the pending motions.[1] Respondents have not sought any other continuances in this case.

---

[1] Respondents' local counsel, AUSA Eve Piemonte, is unavailable on August 15-17 and August 24, 2018. However, undersigned Respondents' counsel, who will be arguing the motions, is available.

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

T. MONIQUE PEOPLES
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, counsel for Respondents conferred with counsel for Petitioners, who assent to the relief sought in this motion.

> */s/ Mary L. Larakers*
> Mary L. Larakers
> Trial Attorney

**CERTIFICATE OF SERVICE**

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 16, 2018

/s/ Mary L. Larakers
Mary L. Larakers
Trial Attorney