**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' STATUS REPORT REGARDING DISCOVERY

On July 16, 2018, this Court ordered Respondents to produce "all documents concerning: (a) the 2018 policies and general practices of the ICE Boston Field Office concerning the arrest, detention and removal of aliens presenting for I-130 interviews at CIS offices or otherwise pursuing the provisional waiver process; (b) the identity and status of all aliens arrested while at a CIS office in 2018 within the jurisdiction of the ICE Boston Field Office while appearing for an I-130 interview, including: whether and for how long they have been detained; whether and when they received or will receive notices of custody reviews and custody reviews; whether and when ICE intends to deport them; whether they have received stays of removal; and whether ICE considered their applications for provisional waivers when deciding whether to deport them; and (c) the reasons for the decision to give De Souza a June 12, 2018 notice to depart the United States and to withdraw it, and the identity of the official(s) who made those decisions."

Following this Court's June 29, 2018 order, ICE immediately started identifying arrests that occurred at USCIS. Declaration of Immaculata Guarna-Armstrong, attached hereto as Exhibit A, at ¶ 4. On July 19, 2018, Respondents and Petitioners agreed on a stipulated proposed protective order and Respondents produced 834 documents to Petitioners. On July 20, 2018, Respondents produced a further 2,016 documents to Petitioners.

However, despite Respondents' diligent and continued efforts to produce all responsive documents, there are two alien files Respondents have not yet produced because those files were not located at the ICE Enforcement and Removal Operations ("ERO") office in Burlington. *Id.* at ¶ 12. Once Respondents receive electronic copies of those alien files and review them, Respondents will produce them to Petitioners. *See id.* at ¶¶ 12-13. Respondents also identified responsive documents belonging to USCIS, which must be reviewed by USCIS counsel before they are produced.

Respondents have communicated these efforts to Petitioners and provided a document with the names, alien numbers, and detention status of each individual's alien file which has not yet been produced. Respondents will provide this Court with status reports as necessary regarding Respondents' production of the remaining responsive documents.

Respectfully submitted,


CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: July 21, 2018

/s/ Mary L. Larakers
Mary L. Larakers
Trial Attorney