DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR
IMMACULATA GUARNA-ARMSTRONG

Pursuant to the authority of 28 U.S.C. § 1746, I, Immaculata Guarna-Armstorng, declare as follows:

1. I am an Assistant Field Office Director (AFOD) for the Boston Field Office (Boston), Office of Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE).  I am stationed in Burlington, Massachusetts.

2. Included in my official duties as an AFOD is the responsibility for the Fugitive Operations and Secure Communities Units in Burlington, Massachusetts.  These units respond to leads generated by a variety of sources, including but not limited to local law enforcement and federal entities such as referrals generated by U.S. Citizenship and Immigration Services (USCIS).

3. This declaration is based upon my personal and professional knowledge, information obtained from other individuals employed by ICE, and information obtained from my review of DHS records sources officially available to me.  I am aware of the facts and circumstances of *Calderon-Jimenez, et al. v. Nielsen, et al.*, No. 18-cv-10225-MLW, in the U.S. District Court for the District of Massachusetts.  I also have knowledge of the ERO Boston Field Office's efforts to produce responsive documents in compliance with Judge Wolf's July 16, 2018, order, Doc. No. 117.

4. In the ordinary course of business, ERO does not track lead referrals in a searchable automated system.  Lead referrals are submitted to the ERO Boston Field Office in a variety of methods, including but not limited to phone calls and emails, and may be taken by any ERO personnel.  Following Judge Wolf's June 29, 2018, order, Doc. No. 109, several ERO Boston managers and I conducted electronic searches in an effort to identify arrests that occurred at USCIS

locations within the jurisdiction of USCIS's District 1, which encompasses New Hampshire, Maine, Massachusetts, and Rhode Island. Vermont and Connecticut fall within USCIS's District 2. As a result of my searches related to District 1 cases, as well as similar searches by other ERO personnel over 100 cases were identified for the time period from July 1, 2017, through July 10, 2018.

5. ERO also does not record arrest locations in a manner that is readily searchable electronically in the ordinary course of business. Rather, the arrest location is generally recorded in a Form I-213, Record of Investigation which is accessible electronically through the entry of an individual alien registration number. A hard-copy Form I-213 is also typically retained in the alien file (A-file). Seven ERO Boston managers spent at least 15 hours during the course of one week to research the over 100 identified cases to determine the location of any arrest, custody status following arrest, and additional information that might be responsive to the ordered discovery.

6. USCIS is the custodian of records for all DHS A-files; however, these files are used by and accessible to the three DHS entities primarily charged with immigration-related matters, *i.e.*, ICE, USCIS, and U.S. Customs and Border Protection (CBP). At any time, an A-file may be in the possession of one of those entities. A-file locations are tracked through a database that is accessible by all three entities.

7. Upon receipt of Judge Wolf's July 16, 2018, order, Doc. No. 117, several other ERO Boston managers and I again reviewed the over 100 cases to identify which cases might be responsive to the document production ordered and the location of those A-files. As of July 17, 2018, ERO Boston identified 16 cases within the jurisdiction of the Boston Field Office in which ERO arrested the alien at a USCIS office in 2018. At least four of those 16 A-files were no longer located within the jurisdiction of the Boston Field Office and several others were at locations other than the ERO office in Burlington.

8. On July 17, 2018, numerous ICE personnel scanned documents deemed responsive from 13 of the 16 A-files.  One of the 13 files (A070942246) was a temporary (T-file); the corresponding A-file was among the four outstanding A-files confirmed to be in transit at, to, or within at USCIS locations outside of the jurisdiction of the Boston Field Office.  The size of each A-file varies from approximately 1-inch in height to 6 or more inches.

9. On July 18, 2018, ERO Boston identified an additional case (A096000947) within its jurisdiction in which ERO arrested an alien at a USCIS office in 2018, making a total of 17 such cases.  This A-file was located at a USCIS office within the jurisdiction and responsive documents were scanned on July 19, 2018.

10. On July 18, 2018, I requested other ERO Boston managers query their employees for email documentation responsive to the discovery production related to the 17 identified cases. Approximately 35 ERO personnel spent over 35 hours in total to conduct the requested search and produce any responsive documents.

11.  In the afternoon of July 18, 2018, I received an electronic copy of one of the four outstanding A-files located at a USCIS office outside of the jurisdiction of the Boston Field Office – A098720742.

12. On July 19, 2018, I received an electronic copy of another one of the four outstanding A-files located at a USCIS office outside of the jurisdiction of the Boston Field Office – A075999274.  The electronic database used for tracking A-file movement reflected that the two remaining A-files were in transit between two USCIS locations.  On July 20, 2018, USCIS's Nebraska Service Center received in one of those A-files (A070942246) and I have requested an electronic copy.  The remaining A-file (A087614989) is still in transit between two USCIS locations.  Once that file is received at the National Records Center, which I expect could take up to three weeks, efforts to obtain an electronic copy will be renewed.

3

13.  It is my understanding that prior to the production of any documents, agency counsel must review and redact the materials as they deem necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:
    Date: _July 20, 2018_    Signature: _____

Immaculata Guarna-Armstrong
Assistant Field Office Director
Department of Homeland Security
Immigration and Customs Enforcement
Burlington, Massachusetts

4