# EXHIBIT A

**Provazza, Stephen**

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> |
| **Sent:** | Friday, July 20, 2018 9:51 PM |
| **To:** | Sewall, Michaela P.; Adriana Lafaille; Provazza, Stephen; WH ACLU MA Calderon Class Action; gilleska@hotmail.com; MSegal@aclum.org |
| **Cc:** | Weintraub, J. Max (CIV); Perez, Elianis (CIV); Piemonte, Eve (USAMA); Weiland, William H. (CIV) |
| **Subject:** | [Not Virus Scanned] [Not Virus Scanned] RE: Calderon Document Production |
| **Attachments:** | Calderon Privilege Log for Docs 7.19.18.xlsx |

This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.
This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.

Michaela,

Below is the link for the second round of documents and attached is the privilege log for the previous set of documents. I will keep you updated regarding the three remaining a-files coming from the records center and the remaining emails. The remaining emails involve USCIS employees and therefore must be reviewed by USCIS before production.

██████████████████████████████████████

Password: ████████████

Best,
Mary

---

**From:** Sewall, Michaela P. [mailto:Michaela.Sewall@wilmerhale.com]
**Sent:** Friday, July 20, 2018 7:40 PM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; Adriana Lafaille <ALafaille@aclum.org>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; gilleska@hotmail.com; MSegal@aclum.org
**Cc:** Weintraub, J. Max (CIV) <jaweintr@CIV.USDOJ.GOV>; Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>
**Subject:** RE: Calderon Document Production

Mary,

Understood. However, the court-ordered deadline for production has now well-passed. We object to the untimeliness of the production and reserve the right to continue the depositions based on what is produced.

Thanks,
Michaela

1

**Michaela P. Sewall | WilmerHale**
+1 617 526 6770 (t)
michaela.sewall@wilmerhale.com

---

**From:** Larakers, Mary L. (CIV) [mailto:Mary.L.Larakers@usdoj.gov]
**Sent:** Friday, July 20, 2018 5:57 PM
**To:** Sewall, Michaela P. <Michaela.Sewall@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; gilleska@hotmail.com; MSegal@aclum.org
**Cc:** Weintraub, J. Max (CIV) <Jacob.Weintraub@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Subject:** RE: Calderon Document Production

Michaela,

I was trying to get the latest and most specific information from ICE. I have been informed by ICE that two of the remaining five A-files will be produced today and most of the emails concerning "the 2018 policies and general practices of the ICE Boston Field Office concerning the arrest, detention, and removal of aliens presenting for 1-130 interviews at CIS offices or otherwise pursuing the provisional waiver process" will be produced today. However, there are still three a-files, which I have been informed, had to be transported from the national records center and some emails which still have to be reviewed for privilege. I have also been informed that ICE will be producing a privilege log today as well.

As for the notes, I have just inquired whether they exist as Mr. Lyons only stated he "usually" keeps notes during his May 23rd testimony. If so, I have asked whether we have them ready to be produced. I have not seen the documents to be produced so all I can do is wait on an answer from ICE. I will let you know as soon as I get an answer. Respondents will produce any responsive documents including the notes, if they exist.

Of course, we have no objection to your summer associate attending the deposition as well. Right now it is still just AUSA Eve Piemonte, her intern Katherine Jones, ICE Counsel Jo Ellen Ardinger, and myself who will accompany the witness. I have confirmed that 9:30 is an acceptable start time for each witness.

Best,
Mary

**From:** Sewall, Michaela P. [mailto:Michaela.Sewall@wilmerhale.com]
**Sent:** Friday, July 20, 2018 5:19 PM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; Adriana Lafaille <ALafaille@aclum.org>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; gilleska@hotmail.com; MSegal@aclum.org
**Cc:** Weintraub, J. Max (CIV) <jaweintr@CIV.USDOJ.GOV>; Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>
**Subject:** RE: Calderon Document Production

Mary,

Please respond to my question below.

Additionally, Respondents have not produced any documents concerning "the 2018 policies and general practices of the ICE Boston Field Office concerning the arrest, detention, and removal of aliens presenting for 1-130 interviews at CIS offices or otherwise pursuing the provisional waiver process." Do such documents exist? It seems that, at the least, Respondents are obligated to produce any notes Mr. Lyons took during his meeting with Mr. Brophy on this issue. Please confirm that Respondents will produce such notes and any other responsive documents.

For the depositions, we have no objection to Eve Piemonte's intern, Katherine Jones, attending the deposition.  We would also like to have a summer associate attend Ms. Adducci's deposition as an observation opportunity.

Thanks,
Michaela

**Michaela P. Sewall | WilmerHale**
+1 617 526 6770 (t)
michaela.sewall@wilmerhale.com

---

**From:** Sewall, Michaela P.
**Sent:** Friday, July 20, 2018 3:25 PM
**To:** 'Larakers, Mary L. (CIV)' <Mary.L.Larakers@usdoj.gov>; Adriana Lafaille <ALafaille@aclum.org>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; gilleska@hotmail.com; MSegal@aclum.org
**Cc:** Weintraub, J. Max (CIV) <Jacob.Weintraub@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Subject:** RE: Calderon Document Production

Mary,

When can we expect to receive the documents?

Thanks,
Michaela

**Michaela P. Sewall | WilmerHale**
+1 617 526 6770 (t)
michaela.sewall@wilmerhale.com

---

**From:** Larakers, Mary L. (CIV) [mailto:Mary.L.Larakers@usdoj.gov]
**Sent:** Friday, July 20, 2018 3:21 PM
**To:** Adriana Lafaille <ALafaille@aclum.org>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; gilleska@hotmail.com; MSegal@aclum.org
**Cc:** Weintraub, J. Max (CIV) <Jacob.Weintraub@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Subject:** RE: Calderon Document Production

Counsel,

Please see attached the following document identifying the remaining individuals' A-files that have not yet been produced and the individual's status.

Best,
Mary

**From:** Larakers, Mary L. (CIV)
**Sent:** Thursday, July 19, 2018 5:42 PM
**To:** 'Adriana Lafaille' <ALafaille@aclum.org>; Stephen.Provazza@wilmerhale.com; WHACLUMACalderonClassAction@wilmerhale.com; gilleska@hotmail.com; Matthew Segal <MSegal@aclum.org>

**Cc:** Weintraub, J. Max (CIV) <jaweintr@CIV.USDOJ.GOV>; Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>
**Subject:** RE: Calderon Document Production

Counsel,

ICE is not going to be able to produce the rest of the documents tonight. However, they are working diligently and estimate that they will have the rest of the documents to you tomorrow. I know you need time to review the documents before the depositions. Therefore we are flexible with the deposition dates next week and would be happy to discuss other options to give you sufficient time to review the documents. If you would like to have a call about this tomorrow morning, please let me know and I will send around a conference line.

Thank you,
Mary

**Mary L. Larakers**
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 353 4419
F: (202) 305-7000
mary.l.larakers@usdoj.gov

**From:** Adriana Lafaille [mailto:ALafaille@aclum.org]
**Sent:** Thursday, July 19, 2018 11:50 AM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; Stephen.Provazza@wilmerhale.com; WHACLUMACalderonClassAction@wilmerhale.com; gilleska@hotmail.com; Matthew Segal <MSegal@aclum.org>
**Cc:** Weintraub, J. Max (CIV) <jaweintr@CIV.USDOJ.GOV>; Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>
**Subject:** RE: Calderon Document Production

Hi Mary, We don't seem to be able to get documents. Could you check on the password?
Adriana

**From:** Larakers, Mary L. (CIV) [mailto:Mary.L.Larakers@usdoj.gov]
**Sent:** Thursday, July 19, 2018 11:37 AM
**To:** Stephen.Provazza@wilmerhale.com; WHACLUMACalderonClassAction@wilmerhale.com; gilleska@hotmail.com; Matthew Segal <MSegal@aclum.org>; Adriana Lafaille <ALafaille@aclum.org>
**Cc:** Weintraub, J. Max (CIV) <Jacob.Weintraub@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>
**Subject:** Calderon Document Production

Counsel,

Please see below a maxdrive link where you can download the documents. I can also send over a physical CD if you would like.

Password: ███████

As I mentioned earlier there are a few documents missing. Two a-files and the remaining emails will be produced sometime today. The remaining three a-files had to be ordered from the national records center in Kansas City and we will produce them as soon as we receive them. Regardless, we have provided a document which identifies these individuals whose a-files we have not yet produced.

Best,
Mary


**Mary L. Larakers**
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 353 4419
F: (202) 305-7000
mary.l.larakers@usdoj.gov