AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. No. 1:18-cv-10225-MLW |
| KIRSTJEN M. NIELSEN, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Respondents in their official capacities.

Date: 07/24/2018

/s/William H. Weiland
*Attorney's signature*

William H. Weiland, MA BBO # 661433
*Printed name and bar number*

U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
*Address*

william.h.weiland@usdoj.gov
*E-mail address*

(202) 305-0770
*Telephone number*

(202) 305-7000
*FAX number*