**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| LILIAN PAHOLA CALDERON JIMENEZ | ) | |
| and LUIS GORDILLO, et al., | ) | |
| | ) | |
| Individually and on behalf of all others | ) | No. 1:18-cv-10225-MLW |
| similarly situated, | ) | |
| | ) | |
| Plaintiffs-Petitioners, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KIRSTJEN M. NIELSEN, et al., | ) | |
| | ) | |
| Defendants-Respondents. | ) | |
| | ) | |

## JOINT MOTION TO EXTEND DEADLINE FOR DEPOSITIONS

On July 16, 2018, this Court ordered that petitioners may depose Mr. Brophy and Mr. Lyons by July 27, 2018 if their depositions remain necessary after deposing Ms. Adducci.  ECF No. 117.  The parties attempted to complete the depositions by the July 27, 2018 deadline but, due to delays in document production, may be unable to do so.  The parties therefore move for leave to take the deposition of Mr. Brophy on July 30, 2018, if his deposition remains necessary after the deposition of Ms. Adducci on July 26, 2018.

Respectfully submitted this 25th day of July, 2018.

*/s/  Kevin S. Prussia*

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Jonathan A. Cox (BBO # 687810) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | WILMER CUTLER PICKERING |
| (617) 482-3170 | HALE AND DORR LLP |
| | 60 State Street |
| Kathleen M. Gillespie (BBO # 661315) | Boston, MA 02109 |
| Attorney at Law | Telephone: (617) 526-6000 |
| 6 White Pine Lane | Facsimile:  (617) 526-5000 |
| Lexington, MA 02421 | kevin.prussia@wilmerhale.com |
| (339) 970-9283 | michaela.sewall@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |

*Attorneys for Petitioners*

| | |
|---|---|
| CHAD READLER | /s/ Mary L. Larakers |
| Acting Assistant Attorney General | MARY L. LARAKERS (Texas Bar # 24093943) |
| | Trial Attorney |
| WILLIAM C. PEACHEY | U.S. Department of Justice, Civil Division |
| Director | Office of Immigration Litigation, |
| Office of Immigration Litigation | District Court Section |
| | P.O. Box 868, Ben Franklin Station |
| ELIANIS N. PEREZ | Washington, DC 20044 |
| Assistant Director | (202) 353-4419 |
| | (202) 305-7000 (facsimile) |
| | mary.l.larakers@usdoj.gov |
| | *Counsel for Respondents* |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

/s/   *Kevin S. Prussia*

Kevin S. Prussia