## DECLARATION OF DEPUTY FIELD OFFICE DIRECTOR
## TODD M. LYONS

Pursuant to the authority of 28 U.S.C. § 1746, I, Todd M. Lyons, declare as follows:

1. I am a Deputy Field Office Director (DFOD) for the Boston Field Office (Boston), Office of Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE). I am stationed in Burlington, Massachusetts.

2. Included among my official duties as the DFOD for Enforcement is the responsibility for oversight of the Criminal Alien Program, Fugitive Operations, Non-Detained, and Secure Communities.

3. I am further responding to the Court's Order dated February 15, 2018, issued in Calderon-Jimenez v. Nielsen, et al., 18cv10225-MLW (D. Mass. filed Feb. 5, 2018) directing a sworn statement responding to eleven questions. Upon further review of the information subject to discovery in this case, I wish to amend and supplement my February 21, 2018 declaration as follows:

4. In response to the Court's question at ¶ 1(i) regarding "whether any individuals other than Calderon and de Oliveira were arrested while taking steps to seek permanent residency at a Massachusetts or Rhode Island CIS office in January 2018," the answer is yes, that an additional ten aliens subject to final orders of removal were so apprehended during January 2018.

5. In response to the Court's follow-up at ¶ 1(j) regarding any positive response to the Court's question as posed in paragraph 4 above -- "if so, whether any of those

individuals have received individualized determinations of dangerousness of flight without filing petitions under §2241." A Supervisory Detention and Deportation Officer (SDDO) made an individualized determination of dangerousness and flight risk prior to any detention decision in each case.

6. In response to the Court's follow-up at ¶ 1(k) regarding any positive responses to the Court's questions posed in paragraphs 4 and 5 above — "whether any of them have also been released," – yes, as of July 27, 2018, two of the additional ten final order aliens referred to in paragraph 4 have been removed from the United States and eight have been released from ICE custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of July 2018 in Boston, Massachusetts.

_____
Todd M. Lyons
Deputy Field Office Director
ICE Boston Field Office