UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>　　　　　Plaintiffs-Petitioners, <br><br>　　　　　v. <br><br>KIRSTJEN M. NIELSEN, et al., <br><br>　　　　　Defendants-Respondents. | Civ. No. 1:18-cv-10225-MLW |

## PETITIONERS' ASSENTED-TO MOTION TO SEAL

Pursuant to Local Rule 7.2 and the July 19, 2018 Stipulated Protective Order (Dkt. No. 119), and contemporaneous with the filing of Petitioners' Supplemental Memorandum in Support of Their Motions for Preliminary Injunctive Relief and Class Certification ("Supplemental Memorandum") and Exhibits A, B, C, E, F, G, H, I, and J to the August 1, 2018 Declaration of Stephen N. Provazza ("Exhibits"), Petitioners respectfully move for leave to file the Supplemental Memorandum and Exhibits (together, the "Confidential Material") under seal.

As grounds for this motion, Petitioners state as follows:

1.　　On August 1, 2018, contemporaneous with this filing, Petitioners filed the Supplemental Memorandum, the supporting August 1, 2018 Declaration of Stephen N. Provazza, and the Exhibits thereto.

2.　　The Confidential Material includes deposition testimony and documents that have been designated as confidential by Respondents' counsel pursuant to the Stipulated Protective Order, as well as detailed descriptions of and citations to such materials.

1

3.      Petitioners conferred with Respondents' counsel, who assented to this motion to seal the entire submission until Respondents have time to review and redact the Confidential Information for filing on the public docket.

4.      Once Petitioners receive Respondents' redactions, Respondents will promptly file a redacted version of the Confidential Material on the public docket.

WHEREFORE, pursuant to Local Rule 7.2 and the July 19, 2018 Stipulated Protective Order, Petitioners respectfully request that this Court enter an order granting it leave to file the Confidential Material under seal.

Respectfully submitted this 1st day of August, 2018.

|  |  |
|---|---|
|  | */s/* Kevin S. Prussia |
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Jonathan A. Cox (BBO # 687810) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | WILMER CUTLER PICKERING |
| (617) 482-3170 |    HALE AND DORR LLP |
|  | 60 State Street |
| Kathleen M. Gillespie (BBO # 661315) | Boston, MA 02109 |
| Attorney at Law | Telephone: (617) 526-6000 |
| 6 White Pine Lane | Facsimile:  (617) 526-5000 |
| Lexington, MA 02421 | kevin.prussia@wilmerhale.com |
| (339) 970-9283 | michaela.sewall@wilmerhale.com |
|  | jonathan.cox@wilmerhale.com |
|  | stephen.provazza@wilmerhale.com |
|  | colleen.mccullough@wilmerhale.com |
|  | *Attorneys for Petitioners* |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Kevin Prussia, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for respondents met and conferred in good faith on August 1, 2018, regarding resolution of this motion. Counsel for Respondents indicated that they do not oppose Petitioners' motion.

*/s/ Kevin S. Prussia*
Kevin S. Prussia

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Kevin S. Prussia*
Kevin S. Prussia