**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>   Plaintiffs-Petitioners, <br><br>   v. <br><br>KIRSTJEN M. NIELSEN, et al., <br><br>   Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br><br>**ORAL ARGUMENT REQUESTED** |

**PETITIONERS' SUPPLEMENTAL MEMORANDUM**
**IN SUPPORT OF THEIR MOTIONS FOR**
**PRELIMINARY INJUNCTIVE RELIEF AND CLASS CERTIFICATION**

# (Filed Under Seal)

Respectfully submitted this 1st day of August, 2018.

/s/   Kevin S. Prussia

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) <br> Adriana Lafaille (BBO # 680210) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF MASSACHUSETTS, INC. <br> 211 Congress Street <br> Boston, MA 02110 <br> (617) 482-3170 <br><br> Kathleen M. Gillespie (BBO # 661315) <br> Attorney at Law <br> 6 White Pine Lane <br> Lexington, MA 02421 <br> (339) 970-9283 | Kevin S. Prussia (BBO # 666813) <br> Michaela P. Sewall (BBO # 683182) <br> Jonathan A. Cox (BBO # 687810) <br> Stephen Provazza (BBO # 691159) <br> Colleen M. McCullough (BBO # 696455) <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile:  (617) 526-5000 <br> kevin.prussia@wilmerhale.com <br> michaela.sewall@wilmerhale.com <br> jonathan.cox@wilmerhale.com <br> stephen.provazza@wilmerhale.com <br> colleen.mccullough@wilmerhale.com <br><br> *Attorneys for Petitioners* |

14

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, a true, unredacted copy of the foregoing will be hand delivered to the Chambers of the Honorable Mark L. Wolf and transmitted by e-mail to counsel for Respondents.

/s/ Kevin S. Prussia
Kevin S. Prussia