**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | ) ) ) ) ) |
| Plaintiffs-Petitioners, | ) ) No. 1:18-cv-10225-MLW ) |
| v. | ) ) |
| KIRSTJEN M. NIELSEN, et al., | ) ) |
| Defendants-Respondents. | ) ) ) ) |

**RESPONDENTS' ASSENTED TO MOTION TO FILE UNDER SEAL**

Respondents hereby move the Court, pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 7.2, and the July 19, 2018 Protective Order entered by the Court (ECF No. 119), for an Order permitting Respondents to file their Supplemental Memorandum in Further Support of their Opposition to Petitioners' Motions for Preliminary Injunctive Relief and Class Certification and accompanying exhibits (the "Supplemental Memorandum") under seal. Pursuant to Local Rule 7.1, Counsel for Respondents have consulted with Counsel for Petitioners who has consented to the relief requested herein..

Respondents seek leave requesting to file the Supplemental Memorandum under seal because it includes and makes reference to deposition transcripts that are currently marked by Respondents as Confidential Information under the Protective Order (ECF No. 119).[1] Thus, such

---

[1] At the beginning of each deposition, the parties agreed to mark the entire deposition transcript as confidential.

confidential material must be filed under seal. Accordingly, Respondents requests that the Court enter an Order granting them the right to file under seal the Supplemental Memorandum and accompanying exhibits.

Respectfully submitted,


CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, counsel for Respondents conferred with counsel for Petitioners, who assent to the relief sought in this motion.

*/s/ Mary L. Larakers*
Mary L. Larakers
Trial Attorney


## **CERTIFICATE OF SERVICE**

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Mary L. Larakers
Mary L. Larakers
Dated: August 7, 2018                    Trial Attorney