UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ          )
AND LUCIMAR DE SOUZA, ET AL.            )
                                        )
                                        )
                v.                      )      C.A. No. 18-10225-MLW
                                        )
                                        )
KIRSTJEN NIELSEN, ET AL.                )
        Respondents.                    )

ORDER

WOLF, D.J.                                        August 10, 2018

     It is hereby ORDERED that the hearing previously scheduled to

begin on August 15, 2018 and continue on August 20 and 21, 2018,

shall begin instead on August 20, 2018, at 10:30 a.m., and continue

from day to day until concluded. Interim Field Office Director

Rebecca Adducci shall be available to testify if necessary.

                                   UNITED STATES DISTRICT JUDGE