# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | ) ) ) ) | |
| Individually and on behalf of all others similarly situated, | ) ) ) | No. 1:18-cv-10225-MLW |
| Plaintiffs-Petitioners, | ) ) ) | |
| v. | ) ) | |
| KIRSTJEN M. NIELSEN, et al., | ) ) | |
| Defendants-Respondents. | ) ) | |

## PETITIONERS' NOTICE OF FILING

To: The Clerk of the Court and all parties of record

Please take notice that Petitioners are filing on the public docket a redacted version of their August 1, 2018 Supplemental Memorandum in Support of their Motions for Preliminary Injunctive Relief and Class Certification and accompanying exhibits.  Dkt. Nos. 127, 128. Respondents reviewed the memorandum and exhibits and proposed redactions for Confidential Information.  Accordingly, Petitioners now file redacted versions of the Supplemental Memorandum, attached as Exhibit 1, the Declaration of Stephen N. Provazza, attached as Exhibit 2, and accompanying exhibits, attached as Exhibits A through J.

Respectfully submitted this 13th day of August, 2018.

/s/  Kevin S. Prussia

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Jonathan A. Cox (BBO # 687810) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | WILMER CUTLER PICKERING |
| (617) 482-3170 |   HALE AND DORR LLP |
| | 60 State Street |
| Kathleen M. Gillespie (BBO # 661315) | Boston, MA 02109 |
| Attorney at Law | Telephone: (617) 526-6000 |
| 6 White Pine Lane | Facsimile:  (617) 526-5000 |
| Lexington, MA 02421 | kevin.prussia@wilmerhale.com |
| (339) 970-9283 | michaela.sewall@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |

*Attorneys for Petitioners*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2018, a true copy of the foregoing and the accompanying exhibits will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/    Kevin S. Prussia*
Kevin S. Prussia