# EXHIBIT 2

## REDACTED

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **DECLARATION OF STEPHEN N. PROVAZZA IN SUPPORT OF PETITIONER'S SUPPLEMENTAL MEMORANDUM** |

I, Stephen N. Provazza, declare as follows:

**1.** I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' August 1, 2018 Supplemental Memorandum in Support of Their Motions for Preliminary Injunctive Relief and Class Certification.

**2.** Attached hereto as Exhibit A is a true and correct copy of the transcript of the deposition of Rebecca Adducci, taken on July 26, 2018 in Boston, Massachusetts and is designated "Confidential" pursuant to the Stipulated Protective Order (Dkt. No. 119) ("Protective Order").

3. Attached hereto as Exhibit B is a true and correct copy of the transcript of the deposition of Todd Lyons, taken on July 27, 2018 in Boston, Massachusetts and is designated "Confidential" pursuant to the Protective Order.

4. Attached hereto as Exhibit C is a true and correct copy of the transcript of the deposition of Thomas Brophy, taken on July 30, 2018 in Boston, Massachusetts and is designated "Confidential" pursuant to the Protective Order.

5. Attached hereto as Exhibit D is a true and correct copy of Judge Paul A. Crotty's July 24, 2018 Order in *Villavicencio Calderon v. Sessions*, No. 18-cv-5222 (PAC) (S.D.N.Y.).

6. Attached hereto as Exhibit E is a true and correct copy of a July 18, 2018 e-mail chain produced by Respondents at ICE-0002125 through ICE-0002135 and designated "Confidential" by Respondents' counsel pursuant to the Protective Order. Exhibit E was entered as Exhibit 6 to the deposition of Todd Lyons, taken on July 27, 2018 in Boston, Massachusetts.

7. Attached hereto as Exhibit F is a true and correct copy of a January 30, 2018 e-mail chain produced by Respondents at ICE-0001641 through ICE-0001644 and designated "Confidential" by Respondents' counsel pursuant to the Protective Order. Exhibit F was entered as Exhibit 3 to the deposition of Todd Lyons, taken on July 27, 2018 in Boston, Massachusetts.

8. Attached hereto as Exhibit G is a true and correct copy of the Excel spreadsheet titled "Copy of I-130 Ordered Removed – Current AR-11 Address" produced by Respondents at ICE-0001648 and designated "Confidential" by Respondents' counsel pursuant to the Protective Order. Exhibit G was entered as Exhibit 4 to the deposition of Todd Lyons, taken on July 27, 2018 in Boston, Massachusetts.

9. Attached hereto as Exhibit H is a true and correct copy of a May 24, 2018 e-mail chain produced by Respondents at GOV-003046 through GOV-003048 and designated

"Confidential" by Respondents' counsel pursuant to the Protective Order.  Exhibit H was entered as Exhibit 1 to the deposition of Todd Lyons, taken on July 27, 2018 in Boston, Massachusetts.

10. Attached hereto as Exhibit I is a true and correct copy of a December 5, 2017 e-mail chain produced by Respondents at GOV-003033 through GOV-003036 and designated "Confidential" by Respondents' counsel pursuant to the Protective Order.

11. Attached hereto as Exhibit J is a true and correct copy of a July 16, 2018 e-mail chain produced by Respondents at ICE-0001996 through ICE-0002021 and designated "Confidential" by Respondents' counsel pursuant to the Protective Order.  Exhibit J was entered as Exhibit 5 to the deposition of Todd Lyons, taken on July 27, 2018 in Boston, Massachusetts

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 1st day of August, 2018, in Boston, Massachusetts.

/s/  Stephen N. Provazza
Stephen N. Provazza (BBO # 691159)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  stephen.provazza@wilmerhale.com