# EXHIBIT E

## REDACTED

Message

| | |
|---|---|
| **From:** | Guarna-Armstrong, Tina Confidential/PII<br>Confidential/PII |
| **Sent:** | 7/18/2018 2:20:04 PM |
| **To:** | Confidential/PII    Confidential/PII<br>Confidential/PII |
| **CC:** | |

**Subject:** Calderon Discovery Emails
**Attachments:** 2018 ERO Arrests at CIS.xlsx; Blank FOIA Search Form.pdf

All,

As discussed in this morning's supervisory meeting, we are looking for any emails related to arrest, custody determinations or POCR decisions for the sixteen cases on the attached spreadsheet. This request should go out to all employees who may have responsive information related to this discovery. If employees are working outside of the office today, they should return to the office and complete a search, saving responsive material no later than 3:00 pm today. This tasking should take priority above all others for today.

I recommend that each search be documented on the attached blank FOIA search form and saved to the BDR Global O: drive within the OOC-ERO Share Folder located in the Wolf Litigation folder. Each employee should create their own file within the Wolf Litigation folder to save responsive material. The file should be named "Employee Last Name_Calderon Discovery Emails". For example, my file would be titled "Guarna-Armstrong_Calderon Discovery Emails". The completed search form should be saved, as well. To limit the number of items returned in the search, Confidential/PII uggested that we put quotation marks around the terms entered in to the Outlook search box.

Please forward to any employee who you think may have responsive documents and ask that this tasking be completed no later than 3:00 pm today.

Thanks,

Tina Guarna-Armstrong
Assistant Field Office Director
Boston Field Office
Desk: Confidential/PII
Mobile: Confidential/PII

| Date of Referral | Name | A-number |
|---|---|---|
| October 7, 2017 | Confidential/PII | Confidential/PII |
| October 9, 2017 | | |
| October 10, 2017 | | |
| October 28, 2017 | | |
| December 11, 2017 | | |
| January 9, 2018 | | |
| January 10, 2018 | | |
| January 16, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| | | |
| February 14, 2018 | | |
| February 14, 2018 | | |

| Country of Birth | A-FILE LOCATION |
|---|---|
| El Salvador | HAVE THE A-FILE |
| Dominican Republic | T-FILE IN LAW |
| China | HAVE THE A-FILE |
| Brazil | AAO |
| El Salvador | BOS-LIG |
| Turkey | NRC  (transit?) |
| El Salvador | BOS-LI |
| Guatemala | NSC |
| Brazil | BOS-REC |
| Tanzania | BOS-OO63 SUP DRAWER |
| Guatemala | HAVE THE A-FILE |
| Brazil | HAVE THE A-FILE |
| Brazil | HAVE THE A-FILE |
| Brazil | HAVE THE A-FILE |
| Ecuador | HAR ERO file room |
| India | NRC |

GOV002127

| Location of Arrest (CIS Office, Residence, Traffic Stop) |
|---|
| CIS Office |
| CIS Office |
| CIS Office |
| CIS Office |
| CIS Office Lawrence |
| Lobby of Federal Building |
| CIS Office Lawrence |
| CIS Office |
| JFK Fed Bldg, Outside of CIS |
| JFK Fed Bldg, Outside of CIS |
| JFK FED BLD, Outside of CIS |
| JFK Fed Bldg, Outside of CIS |
| JFK Fed Bldg, Outside of CIS |
| Outisde CIS office - Hartford, CT |
| Lobby of Federal Building |
| outside CIS office |

| Action Taken and Date |
|---|
| Arrest 1/23/18 |
| Arrest 1/18/18 |
| Arrest 1/30/18 |
| Arrest 1/9/18 |
| Arrested 1/23/18 |
| Arrested 1/9/2018 |
| Arrested 1/11/18 |
| Arrest, 1/17/2018 |
| Arrested 1/30/18 |
| Arrested 1/30/18 |
| Arrested 1/31/18 |
| Arrrested 1/31/18 |
| Arrested 1/31/18 |
| Arrested 2/1/2018 |
| Arrested 2/14/2018. Released same day on OSUP-ATD |
| Arrested 02/14/18 |

| Criminal/Non-Criminal Status |
| --- |
| Non-criminal with pending criminal cases |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-crimnal |
| Non-criminal |
| non-crimial |

| Immigration Status (WD, ER, Re-entry, etc.) |
| --- |
| WD |
| WD |
| WD |
| WD |
| MTR granted- case re-opened |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| Re-entry but CIS processing I-130 |
| WD |
| Final order |

| Custody Status at Time of Arrest  (Detained, OREC, OSUP, Bond) |
| --- |
| Detained |
| Detained |
| OSUP |
| Detained |
| Detained |
| Detained |
| Detained |
| Detained |
| Detained |
| Detained |
| Detained |
| Detained |
| Detained |
| Detained |
| OSUP-ATD |
| Detained |

GOV002132

| Current Custody Status  (Detained, OREC, OSUP, Bond) | Removed (Y/N) |
| --- | --- |
| OSUP | N |
| Removed | Y |
| OSUP | N |
| ATD-GPS | N |
| Bond | N |
| Removed on 1/31/2018 | Y |
| Bond | N |
| OSUP | N |
| ATD | N |
| ATD | Scheduled self-deport 6/28/18 |
| Prosecuted for 1326, released by Judge Dein at Detention Hearing | Y |
| Removed | N |
| Bond | N |
| OSUP - Stay | N |
| OSUP-ATD (MTR granted by IJ--Auto Stay in effect) | N |
| osup | n |

**Case No.** _____

**Directions for Conducting a Search for Records Requested Under FOIA**
In responding to this request for information made pursuant to the Freedom of Information Act, 5 USC 552, you must undertake a search that is *reasonably calculated to uncover all relevant documents* described in the request. You must search in all places where responsive records may be found.

"Records" include: paper records, electronic records, email correspondence, pictures, DVDs, video tapes, audio tapes, microfiche, or any other material recorded in any manner.

Please complete the following and return to the FOIA regardless of whether you locate any responsive records:

Name: _____

Position/Title: _____

Date search for records commenced: _____ Date search records ended: _____

Time spent conducting your search: _____

### Databases
Did you search any Systems of Records (i.e., DACS, TECS, aCRIME, A-file, GSA, COSI, GEMS, etc.)? _____
    Which Systems of Records did you search? _____
    What search terms did you use?

| | | |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

    Why did you choose those terms? (i.e., name of case, name of operation, name of alien, etc.) _____

### Paper Files
Did you search any paper files? _____
    Were the paper files your personal files? _____
    Were the paper files your office's central file system? _____
    How are your paper files organized and maintained? (i.e., file cabinet, bookshelf, alphabetical by Alien name, operation name, etc.) _____
    How did you conduct your search? (i.e., manual hand search) _____

### Desktop/Laptop Computer
Did you search your computer (i.e., Desktop, hard drive, share drive)? _____
    How did you search your computer (i.e., manual review of each folder individually, use Search engine in the Start Menu, or some other electronic search command)?
    _____
    What search terms did you use?

| | | |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

    Why did you choose those terms? (i.e., name of case, name of operation, name of alien, etc.) _____

### Email (Outlook)

Did you search Outlook? _____

   How did you search Outlook? (i.e., manual review of every email in sent, deleted, incoming, outgoing, archived folders, use the find function in the tools function; "Find" function in the Tools pull-down menu)

_____

   What search terms did you use?

   _____          _____          _____
   _____          _____          _____
   _____          _____          _____
   _____          _____          _____

   Why did you choose those terms? (i.e., name of case, name of operation, name of alien, commonly used acronym or nickname, etc.)

   _____

### Other records

Did you search any other records not listed above? (i.e., video, audio, microfiche, etc.) _____

   Where did you search? _____
   How did you search? _____
   What search terms, if any, did you use?

   _____          _____          _____
   _____          _____          _____
   _____          _____          _____

   Why did you choose those terms? (i.e., name of case, name of operation, name of alien, commonly used acronym or nickname, etc.)

   _____

### Sensitivity

Are any of the records you have located sensitive? (i.e., classified[1], LES, Attorney-Client Privilege) _____

   Why? (i.e., operation ongoing, confidential informant information, techniques and procedures, etc.)

   _____
   _____

### Other offices

Other offices or persons you believe may have responsive records: _____

I certify that I have searched all locations reasonably calculated to locate records that are responsive to this request.

_____          _____
Name                                       Date

_____

[1] With respect to records that are classified under criteria established by Executive Order, notify the FOIA office of the existence of such documents. The processing of these documents will be handled on a case-by-case basis.