# EXHIBIT G

## REDACTED

