# EXHIBIT H

REDACTED

To: Lyons, Todd M [Confidential/PII]
From: Graham, Andrew
Sent: Thu 5/24/2018 4:29:01 PM
Subject: FW: stand alone I-130 Visa petitions pending at USCIS LAW Field office

Copy of I-130-Ordered Removed - Current AR-11 Address.xlsx

Todd,

This is the earlies organized effort that I had any involvement with since the end of the enforcement priorities policy.

Andy

---

From: Graham, Andrew
Sent: Monday, October 23, 2017 1:22 PM
To: [Confidential/PII]   [Confidential/PII]
Cc: Guarna-Armstrong, Tina <[Confidential/PII]>
Subject: RE: stand alone I-130 Visa petitions pending at USCIS LAW Field office

Hi Mirella,

I have reviewed each of the cases for criminality and updated the spreadsheet with a column titled "ERO Response" which indicates our level of interest in each case. The cases with criminal convictions have the highest priority, followed by the cases with a criminal nexus, and then the non-criminal final orders after that. Those cases highlighted in yellow are of no enforcement interest at this time. The others appear to be actionable barring any significant mitigating factors such as serious health problems, childcare issues, etc...

As far as scheduling goes, I would prefer not to do them all at one time as it is not only a strain on our ability to transport and process several arrests at once, but it also has the potential to be a trigger for negative media interest, as we have seen in the past. If you have the ability to schedule one or two at a time and spread them apart, that would work best for us. Also, I have copied AFOD Guarna-Armstrong; Tina is overseeing the Field Enforcement Division as of today.

Please keep me posted.
Andy

Andrew P. Graham
SDDO-Fugitive Operations
DHS/ICE/ERO-Boston Field Office
[Confidential/PII]

---

From: [Confidential/PII]
Sent: Wednesday, October 18, 2017 2:23 PM
To: Graham, Andrew; [Confidential/PII]
Cc: [Confidential/PII]
Subject: FW: stand alone I-130 Visa petitions pending at USCIS LAW Field office
Importance: High

Hi sorry to bug you both again with this...

[Confidential/PII] was up in our office today and my Field office Director printed this spreadsheet and handed it to him. [Confid] had said he would speak to you about this.

We need to know if any interest exist in any of these cases. As we will need to plan out the scheduling. If no interest exist the issue of scheduling them all in one day will not be an issue for us... but if we know that you might be interested in any of them we will spread out the scheduling. Please let us know that way we can proceed with interview scheduling.

identical                                                                                             GOV003046

These cases are all 204g and will need interview of the I-130 visa petitions as proof of clear and convincing evidence of the

relationship is needed. Our plan would be we conduct the interview and determine if relationship is established hand over the A file. If you prefer that my FOD reach out to someone else in your office, I can have her do that. I would need a name of someone she needs to reach out to? Should we be reaching out to Tina Guarna- Armstrong or Alan Greenbaum instead…? Please let us know. Thanks so much!

Confidential/PII | Acting Section Chief | DHS | USCIS | Lawrence Field Office | 2 Mill Street , Lawrence MA ,01840 |Office phone Confidential/PII | Mobile phone Confidential/PII |Fax Confidential/PII |

This communication, along with any attachments, may contain confidential information and is covered by federal laws governing electronic communications. Electronic communications may also be monitored by the Department of Homeland Security, U.S. Citizenship and Immigration Services. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message is strictly prohibited. If you have received this in error, please delete this message and all attachments and immediately notify the sender.

**From:** Confidential/PII
**Sent:** Wednesday, October 11, 2017 2:27 PM
**To:** Confidential/PII
**Subject:** RE: stand alone I-130 Visa petitions pending at USCIS LAW Field office

Hi Confidential, I added the 3 additional I-130's to the spreadsheet and charged them to the Ordered Removed shelf. Is there a way for me to tell if they are "expedited" or will you just write that on the yellow/orange cover sheet? Please find the spreadsheet attached.

Thanks,
Tom

**From:** Confidential/PII
**Sent:** Friday, October 06, 2017 11:38 AM
**To:** Confidential/PII
**Subject:** FW: stand alone I-130 Visa petitions pending at USCIS LAW Field office

What is this one with the Missouri address can I look at it ? Is it an expedite again that I missed…?

**From:** Tiberi, Mirella
**Sent:** Friday, October 06, 2017 11:34 AM
**To:** Graham, Andrew; Wells, Confidential/PII
**Cc:** Smith, Kristen
**Subject:** stand alone I-130 Visa petitions pending at USCIS LAW Field office

Good morning attached is a list of stand- alone I-130 pending visa petitions at the USCIS Field office in Lawrence that appear to have final orders of removal. My FOD asked that I reach out to you with this information and if need be coordinate the interview scheduling so they are not all scheduled at once.

If you could let us know if any are of interest that would be most appreciated.

Thank you

**Mirella Tiberi** | Acting Section Chief | DHS | USCIS | Lawrence Field Office | 2 Mill Street , Lawrence MA ,01840 |Office phone Confidential/PII

GOV003047

This communication, along with any attachments, may contain confidential information and is covered by federal laws governing electronic communications. Electronic communications may also be monitored by the Department of Homeland Security, U.S. Citizenship and Immigration Services.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message is strictly proh bited.  If you have received this in error, please delete this message and all attachments and immediately notify the sender.