# EXHIBIT I

## REDACTED

| | |
|---|---|
| To: | Guarna-Armstrong, Tina Confidential/PII  Confidential/PII |
| Cc: | Confidential/PII  Confidential/PII |
| From: | Confidential/PII |
| Sent: | Tue 12/5/2017 8:04:06 AM |
| Subject: | RE: Ordered Removed - ERO Interest - Scheduled Cases |

They are here Tina. It appears we will be approving the I-130. I just spoke to officer she has not started interview believes the case is approvable.

---

From: Guarna-Armstrong, Tina
Sent: Tuesday, December 05, 2017 7:44:43 AM
To: Confidential/PII
Cc: Confidential/PII
Subject: RE: Ordered Removed - ERO Interest - Scheduled Cases

Good morning Joe,

If not already there, two ERO officers should be arriving shortly.

Thanks,

Tina Guarna-Armstrong
Assistant Field Office Director
Boston Field Office

---

From: Confidential/PII
Date: Tuesday, Dec 05, 2017, 7:12 AM
To: Confidential/PII   Guarna-Armstrong, Tina Confidential/PII
Cc: Smith, Kristen Confidential/PII
Subject: RE: Ordered Removed - ERO Interest - Scheduled Cases

Good Morning Tina,

Confidential/PII has appeared for his interview.

Joe

Confidential/PII
Supervisory Immigration Service Officer
US Citizenship and Immigration Services
Lawrence Field Office
2 Mill Street
Lawrence, MA 01840

Phone: Confidential/PII

This communication, along with any attachments, may contain confidential information and is covered by federal laws governing electronic communications. communications may also be monitored by the Department of Homeland Security, U.S. Citizenship and Immigration Services. If the reader of this message is not recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message is strictly prohibited. If you have received this in error, please message and all attachments and immediately notify the sender

---

From: Confidential/PII
Sent: Tuesday, December 05, 2017 6:46 AM
To: Guarna-Armstrong, Tina
Cc: Confidential/PII
Subject: RE: Ordered Removed - ERO Interest - Scheduled Cases

Confidential                                         GOV003033

Hi Tina I am not in office yet. SISO Torre who is copied on this email is in office. His office number is Confidential/PII we do not know if they will show, remember last Friday the did not show... we will email you if they show... so no

---

**From:** Guarna-Armstrong, Tina
**Sent:** Tuesday, December 05, 2017 6:42:43 AM
**To:** Tiberi, Mirella
**Cc:** Confidential/PII
**Subject:** RE: Ordered Removed - ERO Interest - Scheduled Cases

Good morning Mirella,

Thanks for the reminder. We are hoping to have two officers at your office but are getting a late start. Would it be possible to delay the interview by about fifteen minutes?

Thanks,

Tina Guarna-Armstrong
Assistant Field Office Director
Boston Field Office

---

**From:** Confidential/PII
**Date:** Tuesday, Dec 05, 2017, 6:03 AM
**To:** Guarna-Armstrong, Tina Confidential/PII
**Cc:** Confidential/PII
**Subject:** FW: Ordered Removed - ERO Interest - Scheduled Cases

Good morning Tina, we have one scheduled at 715 am today-that was originally of interest. Confidential/PII

---

**From:** Confidential/PII
**Sent:** Wednesday, November 22, 2017 7:42:14 AM
**To:** Confidential/
**Cc:** Confidential/PII
**Subject:** RE: Ordered Removed - ERO Interest - Scheduled Cases

Hi Kristen and Mirella,

Below are the ERO interest I-130s that have already been scheduled and notices mailed.

| Confidential/PII | Confidential/PII | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Confidential    GOV003034

We also have the 2 ERO interest I-130s below scheduled for today.

| Confidential/PII | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I will update the bundle calendar and remove the I-130s scheduled for the days that we pulled notices for. I will return these files to the ordered remove – to be scheduled shelf.

Please let me know if there is anything else that I can do.

Thank you,
Christie

**From:** Confidential/PII
**Sent:** Wednesday, November 22, 2017 7:07 AM
**To:** Confidential/PII
**Cc:** Confidential/PII
**Subject:** RE: Ordered Removed - ERO Interest - Scheduled Cases

Sorry, Mirella, I was not in the office when you called. I just listened to your voice message and Jim told me to pull the notices as soon as I came in this morning. I pulled all of the notices below except for the two cases scheduled on 12/5 and 12/8, notices went out yesterday for those two.

**From:** Confidential/PII
**Sent:** Tuesday, November 21, 2017 7:08 PM
**To:** Confidential/PII
**Subject:** FW: Ordered Removed - ERO Interest - Scheduled Cases

Left you a voicemail

**From:** Confidential/PII
**Sent:** Tuesday, November 21, 2017 7:03:06 PM
**To:** Confidential/PII
**Subject:** RE: Ordered Removed - ERO Interest - Scheduled Cases

Are you still in the office?

---

**From:** Confidential/PII
**Sent:** Tuesday, November 21, 2017 5:52:36 PM
**To:** Confidential/PII
**Cc:** Confidential/PII
**Subject:** Ordered Removed - ERO Interest - Scheduled Cases

Hi Confidential/PII

I scheduled 6 more I-130 "of interest" cases on ERO's list. Below please find the 6 scheduled cases and the dates and times of the interviews. Also, attached please find the ERO excel sheet marked with the dates that the "of interest" cases have been scheduled for.

| Confidential/PII | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | ) | | |

Please let me know if you need any additional information.

Thank you,
Confidential/
Confidential/PII
Immigration Services Assistant
U.S. Citizenship & Immigration Services
Lawrence Field Office
2 Mill Street, Lawrence, MA 01840
Confidential/PII
Confidential/PII



This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privile information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strict prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.