# EXHIBIT J

## REDACTED

Message

**From:** Lyons, Todd M Confidential/PII
Confidential/PII

**Sent:** 7/16/2018 10:45:33 PM
**To:** Guarna-Armstrong, Tina Confidential/PII
Confidential/PII

**Subject:** FW: URGENT - CIS Enforcement Actions
**Attachments:** CIS Referrals to ERO 7-17 to 7-18 (Consolidated).xlsx

Here you go

Todd M. Lyons
Deputy Field Office Director
DHS ICE-ERO
Boston Field Office
Confidential/PII

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Guarna-Armstrong, Tina Confidential/PII
**Date:** Wednesday, Jul 11, 2018, 12:52 PM
**To:** Masters, Todd A Confidential/PII
**Cc:** Lyons, Todd M Confidential/PII , Rutherford, James L Confidential/PII Downey, Keith
M Confidential/PII
**Subject:** FW: URGENT - CIS Enforcement Actions

Good afternoon Todd,

In accordance with the instructions of DFOD Lyons, I am forwarding a spreadsheet containing information related to CIS case referrals to ERO from July 2017 to date. I consolidated the spreadsheet. If you have any questions, please let me know.

Thanks,

Tina Guarna-Armstrong
Assistant Field Office Director
Boston Field Office
Desk: Confidential/PII
Mobile

**From:** Lyons, Todd M
**Sent:** Thursday, July 5, 2018 1:30 PM
**To:** Guarna-Armstrong, Tina Confidential/PII Wells, Stephen w Confidential/PII
Confidential/ onfidential/PII Confidential/PII
**Cc:** Confidential/PII Rutherford, James L Confidential/PII
Confidential/PII Graham, Andrew Confidential/PII
**Subject:** URGENT - CIS Enforcement Actions
**Importance:** High

All

**By noon on July 11, 2018** – I need one combined excel spreadsheet with *every* CIS referral which was sent to ERO Boston for Lawrence (Tina), Boston (Steve) and Providence (Vance). This is for federal discovery and has been requested by Judge Wolf

The following information needs to be on the combined sheet in separate columns:

- The A# and Name of each subject (along with Country of Birth)
- The location of the CIS office
- Location of Arrest or Enforcement Action (CIS Office, Residence, Traffic Stop)
- The date of the referral
- Any action taken and/or not taken
- Either crim or non-crim
- Immigration status – WD, 1326, ER, etc
- What the custody status is or was (either still in detention or OREC/OSUP/Bond)
- If the subject was removed from the US

Again I need this by Wed 7/11/18. Please work together and come up with one final product to be presented. Tina – since you are local and in close proximity, can you please take the lead on the final product.

I cannot stress enough to all of you that this must be an accurate document. There is no room or any errors or any guesses on cases. We need a complete, accurate, and transparent excel sheet.

Todd Michael Lyons
*Deputy Field Office Director*
ICE – Enforcement and Removal Operations
Department of Homeland Security
Boston Field Office
Confidential/PII  Desk
Mobile

| Date of Referral | Name | A-number |
|---|---|---|
| July 21, 2017 | Confidential/PII | |
| July 13, 2017 | | |
| July 31, 2017 | | |
| July 31, 2017 | | |
| August 4, 2017 | | |
| August 25, 2017 | | |
| August 28, 2017 | | |
| September 26, 2017 | | |
| October 2, 2017 | | |
| October 6, 2017 | | |
| October 7, 2017 | | |
| October 8, 2017 | | |
| October 9, 2017 | | |
| October 10, 2017 | | |
| October 11, 2017 | | |
| October 12, 2017 | | |
| October 14, 2017 | | |
| October 15, 2017 | | |
| October 16, 2017 | | |
| October 17, 2017 | | |
| October 18, 2017 | | |
| October 19, 2017 | | |
| October 20, 2017 | | |
| October 21, 2017 | | |
| October 22, 2017 | | |
| October 23, 2017 | Confidential/PII | |
| October 24, 2017 | | |
| October 25, 2017 | | |
| October 26, 2017 | | |
| October 27, 2017 | | |
| October 28, 2017 | | |
| October 29, 2017 | | |
| October 30, 2017 | | |
| October 31, 2017 | | |
| November 8, 2017 | | |
| November 13, 2017 | | |
| November 13, 2017 | | |
| November 13, 2017 | | |
| November 20, 2017 | | |
| November 22, 2017 | | |
| November 22, 2017 | | |
| December 5, 2017 | | |
| December 5, 2017 | | |
| December 5, 2017 | | |
| December 5, 2017 | | |
| December 5, 2017 | | |

| | Confidential/PII | |
|---|---|---|
| December 7, 2017 | | |
| December 7, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 12, 2017 | | |
| December 12, 2017 | | |
| December 15, 2017 | | |
| December 15, 2017 | | |
| January 10, 2018 | | |
| January 10, 2018 | | |
| January 16, 2018 | | |
| January 16, 2018 | | |
| January 16, 2018 | | |
| January 16, 2018 | | |
| January 24, 2018 | | |
| January 24, 2018 | | |
| January 24, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| February 12, 2018 | | |
| February 21, 2018 | | |
| February 21, 2018 | Confidential/PII | |
| February 21, 2018 | | |
| February 21, 2018 | | |
| February 21, 2018 | | |
| February 28, 2018 | | |
| March 1, 2018 | | |
| March 1, 2018 | | |
| April 9, 2018 | | |
| May 10, 2018 | | |
| May 21, 2018 | | |
| May 31, 2018 | | |

| | Confidential/PII | | Confidential/PII | |
|---|---|---|---|---|
| June 6, 2018 | | | | |
| June 6, 2018 | | | | |
| June 12, 2018 | | | | |
| June 12, 2018 | | | | |
| June 18, 2018 | | | | |
| June 22, 2018 | | | | |
| June 22, 2018 | | | | |
| June 22, 2018 | | | | |
| June 25, 2018 | | | | |
| June 27, 2018 | | | | |
| July 2, 2018 | | | | |
| July 6, 2018 | | | | |
| July 10, 2018 | | | | |

| Country of Birth | CIS Location |
|---|---|
| Jamaica | Confidential/PII |
| Liberia | Johnston, RI |
| Dominican Republic | Johnston, RI |
| Cape Verde | Johnston, RI |
| Guatemala | Boston, MA |
| Dominican Republic | Boston, MA |
| Guatemala | Confidential/PII |
| Ghana | Lawrence, MA |
| Dominican Republic | Johnston, RI |
| Brazil | Lawrence, MA |
| El Salvador | Lawrence, MA |
| Colombia | Lawrence, MA |
| Dominican Republic | Lawrence, MA |
| China | Lawrence, MA |
| Uganda | Lawrence, MA |
| Uganda | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| Kenya | Lawrence, MA |
| Cambodia | Lawrence, MA |
| Brazil | Lawrence, MA |
| El Salvador | Lawrence, MA |
| El Salvador | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| El Salvador | Lawrence, MA |
| Brazil | Lawrence, MA |
| Dominican Republic | Lawrence, MA |
| Dominican Republic | Lawrence, MA |
| Ivory Coast | Lawrence, MA |
| Brazil | Lawrence, MA |
| El Salvador | Lawrence, MA |
| Dominican Republic | Lawrence, MA |
| Cambodia | Lawrence, MA |
| Dominican Republic | Johnston, RI |
| Guatemala | Confidential/PII |
| Germany | Lawrence, MA |
| Guatemala | Johnston, RI |
| El Salvador | Lawrence, MA |
| El Salvador | Lawrence, MA |
| Uganda | Lawrence, MA |
| El Salvador | Lawrence, MA |
| Kenya | Lawrence, MA |
| Colombia | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |

GOV002001

ICE - 0002001

| | |
|---|---|
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| El Salvador | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| Dominican Republic | Lawrence, MA |
| Mexico | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| Brazil | Lawrence, MA |
| China | Lawrence, MA |
| El Salvador | Lawrence, MA |
| Brazil | Lawrence, MA |
| El Salvador | Johnston, RI |
| Guatemala | Johnston, RI |
| Mexico | Johnston, RI |
| Liberia | Johnston, RI |
| Brazil | Boston, MA |
| Guatemala | Boston, MA |
| Mexico | Boston, MA |
| Brazil | Boston, MA |
| El Salvador | Boston, MA |
| Tanzania | Boston, MA |
| Dominican Republic | Boston, MA |
| El Salvador | Boston, MA |
| Guatemala | Boston, MA |
| Brazil | Boston, MA |
| Brazil | Boston, MA |
| Brazil | Boston, MA |
| Brazil | Boston, MA |
| Mexico | Confidential/PII |
| Guatemala | |
| Mexico | |
| Guatemala | |
| Guatemala | |
| Morocco | Johnston, RI |
| Brazil | Johnston, RI |
| Guatemala | Johnston, RI |
| Guatemala | Confidential/PII |
| Russia | Johnston, RI |
| Democratic Republic of Congo | Johnston, RI |
| Brazil | Confidential/PII |

| | Confidential/PII |
|---|---|
| El Salvador | |
| Liberia | Johnston, RI |
| Dominican Republic | Johnston, RI |
| Dominican Republic | Johnston, RI |
| Brazil | Boston, MA |
| United Kingdom & Nigeria | Johnston, RI |
| United Kingdom | Johnston, RI |
| United Kingdom | Johnston, RI |
| El Salvador | Boston, MA |
| Brazil | Lawrence, MA |
| China | Boston, MA |
| Brazil | Confidential/PII |
| Vietnam | Boston, MA |

| Location of Arrest (CIS Office, Residence, Traffic Stop) |
| --- |
| Place of employment |
| CIS Office |
| N/A |
| N/A |
| N/A |
| N/A |
| NA |
| N/A |
| N/A |
| N/A |
| CIS Office |
| CIS Office |
| CIS Office |
| CIS Office |
| CIS Office |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| CIS Office |
| N/A |
| CIS Office |
| CIS Office |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| CIS Office |
| N/A |
| N/A |
| N/A |
| Residence |
| NA |
| CIS Office |
| ERO Office, subject called-in. |
| CIS Office |
| CIS Office Lawrence |
| CIS Office Lawrence |
| NA |
| NA |
| CIS Office Lawrence |
| CIS Office Lawrence |
| CIS Office Lawrence |

| |
|---|
| NA |
| CIS Office Lawrence |
| CIS Office Lawrence |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| CIS Office Lawrence |
| CIS Office Lawrence |
| CIS Office Lawrence |
| NA |
| NA |
| CIS Office |
| CIS Office |
| NA |
| N/A |
| N/A |
| N/A |
| JFK Fed Bldg, Outside of CIS |
| N/A |
| JFK Fed Bldg, Outside of CIS |
| N/A |
| N/A |
| JFK FED BLD, Outside of CIS |
| JFK Fed Bldg, Outside of CIS |
| JFK Fed Bldg, Outside of CIS |
| N/A |
| N/A |
| NA |
| NA |
| NA |
| NA |
| NA |
| Residence |
| N/A |
| ERO Office, subject called-in. |
| NA |
| N/A |
| N/A |
| NA |

| |
|---|
| NA |
| NA |
| N/A |
| NA |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| NA |
| N/A |
| NA |
| N/A |

| Action Taken and Date |
|---|
| Arrested 1/24/18 |
| Arrest, 07/31/2017 |
| None |
| None by ERO. LES |
| None |
| None |
| None Confidential/PII |
| None |
| None |
| Fugitive Operation Worksheet prepared 3/30/18 |
| Arrest 1/23/18 |
| Arrest 12/5/17 |
| Arrest 1/18/18 |
| Arrest 1/30/18 |
| Arrest 11/22/17 |
| None |
| None |
| None |
| None |
| None |
| Arrest 12/8/17 |
| None |
| Arrest 11/22/17 |
| Arrest 12/21/17 |
| None |
| None |
| None |
| None |
| None |
| None |
| Arrest 1/9/18 |
| None |
| None |
| None |
| Arrest, 11/16/2017 |
| Arrested 4/20/18 |
| Arrest 11/13/17 |
| Arrested 4/27/18, I-871 issued |
| Arrest 11/20/17 |
| Arrested 11/22/17 |
| Arrested 11/22/17 |
| None |
| None PFR pending |
| Arrested 12/5/17 |
| Arrested 12/8/17 |
| Arrested 12/8/17 |

| |
|---|
| None-No show |
| Arrested 12/21/17 |
| Arrested 1/23/18 |
| No action taken at CIS interview but later arrested 1/8/18 in Seabrook, NH |
| None |
| None |
| None |
| None |
| None |
| None |
| None |
| None |
| None |
| None |
| Arrested 1/9/18 |
| Arrested 1/30/18 |
| Arrested 1/11/18 |
| None |
| Reported to ERO, 1/17/2018 |
| Arrest, 1/17/2018 |
| OSUP, 1/17/2018 |
| None |
| None |
| None |
| None |
| Arrested 1/30/18 |
| None |
| Arrested 1/30/18 |
| None |
| None |
| Arrested 1/31/18 |
| Arrrested 1/31/18 |
| Arrested 1/31/18 |
| None |
| None |
| None-Confidential/PII Confidential/PII |
| None-Confidential/PII |
| CIS issued NTA 4/3/18-no ICE action |
| None-Confidential/PII |
| Arrest, 2/8/2018 |
| No further action |
| Arrested 6/6/18, I-871 issued. |
| CIS issued NTA 4/13/18-no ICE action |
| No Action/unable to obtain Travel document |
| No action-Confidential/PII |
| None-Confidential/PII |

GOV002008

| | |
|---|---|
| None- Confidential/PII | |
| None | |
| None | |
| None | |
| None | |
| None | |
| None | |
| None | |
| None | |
| None-Alien no show for interview | |
| None | |
| None Confidential/PII | |
| None | |

| Criminal/Non-Criminal Status |
| --- |
| Criminal |
| Criminal |
| Criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Possible criminal alien |
| Non-criminal |
| Non-criminal with pending criminal cases |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Non-Criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non0criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |

| |
|---|
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-Criminal |
| Non-Criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-Criminal |
| Non-Criminal |
| Non-Criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Non crim |
| Non-Criminal |
| Non-criminal |
| Criminal |
| Pending Murder 1 |
| Non-criminal |

| |
| --- |
| Non-criminal |
| Criminal |
| Criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Criminal |

CONFIDENTIAL

| Immigration Status (WD, ER, Re-entry, etc.) |
|---|
| Confidential/PII       onfidential/PII |
| WD |
| LPR |
| Overstay, I-485 pending. |
| WD |
| WD |
| Confidential/PII |
| WD |
| LPR |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| In proceedings-relief granted 6/19/18 |
| WD |
| WD |
| WD |
| WD |
| WD |
| Admin closed by IJ on 10/21/16 |
| WD |
| WD |
| Re-entry |
| Admin closed by IJ 6/7/17 |
| WD |
| In proceedings-next hearing 7/18/18 |
| Re-entry |
| WD |
| WD |
| WD |
| WD |
| WD |
| NTA |
| In proceedings-re-entry |
| WD |
| WD, re-entry |
| WD |
| WD |
| VD |
| WD |
| WD |
| MTR granted- case re-opened |
| MTR granted- case re-opened |
| WD |

GOV002013

| |
|---|
| Re-entry |
| MTR granted- case re-opened |
| MTR granted- case re-opened |
| WD |
| WD |
| Re-entry |
| WD |
| WD |
| Re-entry |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| Expedited Removal |
| WD |
| WD |
| WD |
| WD |
| Re-entry |
| Re-entry |
| WD |
| WD |
| WD |
| WD |
| Re-entry |
| WD |
| WD |
| WD |
| WD |
| WD |
| Confidential/PII |
| |
| |
| In proceedings-re-entry |
| Confidential/PII |
| NTA |
| EWI |
| WD, re-entry. |
| In proceedings -re-entry |
| WD |
| Refugee |
| Confidential/PII |

| Confidential/PII | |
|---|---|
| Confidential/PII | |
| LPR | |
| LPR | |
| WD | |
| Visitor overstay/Petition withdrawn | |
| Visa waiver overstay/Petition withdrawn | |
| Visa waiver overstay/Petition withdrawn | |
| WD | |
| In proceedings | |
| WD | |
| Confidential/PII | |
| WD | |

| Custody Status at Time of Arrest (Detained, OREC, OSUP, Bond) |
| --- |
| Detained |
| Detained |
| N/A |
| N/A |
| N/A |
| N/A |
| Non-detained |
| N/A |
| N/A |
| N/A |
| Detained |
| Detained |
| Detained |
| OSUP |
| Detained |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| Detained |
| N/A |
| Detained |
| Detained |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| Detained |
| N/A |
| N/A |
| N/A |
| Detained |
| OREC |
| OSUP |
| OSUP |
| Detained |
| Detained |
| Detained |
| NA |
| NA |
| Detained |
| Detained |
| Detained |

| |
|---|
| NA |
| Detained |
| Detained |
| Detained |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| WD |
| OSUP |
| Detained |
| NA |
| Call in |
| Detained |

Confidential/PII

| |
|---|
| N/A |
| N/A |
| N/A |
| N/A |
| Detained |
| N/A |
| Detained |
| N/A |
| N/A |
| Detained |
| Detained |
| Detained |
| N/A |
| N/A |
| NA |
| NA |
| NA |
| NA |
| NA |
| Detained |
| N/A |
| OSUP |
| Not arrested by ERO |
| N/A |
| N/A |
| Non-detained |

| Non-detained |  |
| --- | --- |
| LES ███████████████████████ |  |
| N/A |  |
| LES ███████████████████████ |  |
| N/A |  |
| N/A |  |
| N/A |  |
| N/A |  |
| N/A |  |
| NA |  |
| N/A |  |
| NA |  |
| N/A |  |

| Current Custody Status  (Detained, OREC, OSUP, Bond) | Removed (Y/N) |
|---|---|
| Detained | N |
| Removed 3/12/18 | Y |
| Non-detained | N |
| Non-detained | N |
| N/A | N |
| N/A | N |
| Non-detained | N |
| N/A | N |
| Non-detained | N |
| N/A | N |
| OSUP | N |
| Bond | N |
| Removed | Y |
| OSUP | N |
| Removed | Y |
| N/A | N |
| N/A | N |
| N/A | N |
| OSUP | N |
| OSUP | N |
| Bond | N |
| N/A | N |
| Removed | Y |
| Bond | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| ATD-GPS | N |
| N/A | N |
| N/A | N |
| OSUP | N |
| Removed | Y |
| OREC | N |
| OSUP | N |
| Non-detained | N |
| OSUP | N |
| Removed | N |
| Removed | Y |
| Non-detained | N |
| OUSP | N |
| Bond | N |
| Bond | N |
| Bond | Y |

| | |
|---|---|
| Non-detained | N |
| Bond | N |
| Bond | N |
| OSUP | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| OSUP | N |
| OSUP | N |
| Bond | N |
| Non-detained | N |
| OSUP | N |
| OSUP | N |
| OSUP | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| ATD | N |
| N/A | N |
| ATD | N |
| OSUP | Scheduled self-deport 6/28/18 |
| N/A | N |
| Prosecuted for 1326, released by Judge Dein at Detention Hearing | N |
| Removed | Y |
| Bond | N |
| N/A | N |
| N/A | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Removed | Y |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |

GOV002020

| | |
|---|---|
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| Non-detained | N |
| N/A | N |
| Non-detained | N |
| OSUP | N |