UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ et al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> KIRSTJEN M. NIELSEN, et al. ) <br> ) <br> Respondents. ) <br> ) | No. 18-cv-10225-MLW |

### NOTICE OF FUTURE PARTY SUBSTITUTION AND UNOPPOSED REQUEST FOR CLARIFICATION

On August 10, 2018, this Court ordered that the hearing previously scheduled to begin on August 15, 2018, would begin instead on August 20, 2018, and that Interim Field Office Director Rebecca Adducci must be available to testify if necessary. ECF No. 135. Respondents hereby notify the Court of the following:

1. On June 7, 2018, Rebecca Adducci assumed the position of Interim Field Office Director for the Boston Area of Responsibility of the Office of Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE). ECF No. 100. Her detail to the Boston ERO was expected to last 60 days. Adducci Dep. 12:6 – 12:11.

2. On August 18, 2018, Rebecca Adducci's tenure as Interim Field Office Director will end, and Todd Lyons will succeed her as Acting Field Office Director on August 19, 2018.

In light of this change of leadership at the Boston ERO, Respondents request clarification regarding the witness(es) that the Court requires be available to testify at the August 20, 2018 hearing.  Specifically, Respondents ask the Court whether then-former Interim Field Officer

Adducci must still be available, whether only then-Acting Field Office Director Lyons must appear, or whether the Court expects both individuals to be available on that date.

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, counsel for Respondents conferred with counsel for Petitioners, who do not oppose the request for clarification.

*/s/ Mary L. Larakers*
Mary L. Larakers
Trial Attorney

## CERTIFICATE OF SERVICE

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Mary L. Larakers
Mary L. Larakers
Dated: August 17, 2018                     Trial Attorney