✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CALDERON JIMENEZ

V.

CRONEN ET AL

**EXHIBIT AND WITNESS LIST**

Case Number: 18-CV-10225-MLW

| PRESIDING JUDGE<br>Honorable Mark L. Wolf | | | PLAINTIFF'S ATTORNEY<br>Piemonte, Larakers, Weiland | | DEFENDANT'S ATTORNEY<br>Prussia, Lafaille, et als |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>8/21/2018 | | | COURT REPORTER<br>Mortellite | | COURTROOM DEPUTY<br>Bono |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| - | | 8/21/2018 | | | Lucimar de Souza |
| - | | 8/21/2018 | | | Luis Gordillo |
| - | | 8/21/2018 | | | Lillian Calderon |
| - | | 8/21/2018 | | | Rebecca Adducci |
| - | | 8/21/2018 | 1 | | Stipulation of Settlement, Rutkowski v. Nielsen, et als. 18-CV-10953 |
| - | | 8/21/2018 | 2 | | Order of Supervision (P. Rutkowski) |
| - | | 8/21/2018 | 3 | | DHS Memorandum by Secretary John Kelly, 2/20/2017 |
| - | | 8/21/2018 | | | Todd Lyons |
| - | | 8/21/2018 | 4 | | Email communication dated 7/17/2018 |
| - | | 8/21/2018 | 5 | | Email communication dated 1/30/2018 |
| - | | 8/21/2018 | 6 | | Email communication dated 1/30/2018 |
| - | | 8/21/2018 | 7 | | Email communication dated 2/14/2018 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages