# Exhibit 4

Message

| | |
|---|---|
| **From**: | Lyons, Todd M [/ |
| | ( |
| on behalf of | Lyons, Todd M |
| **Sent**: | 7/17/2018 4:04:31 PM |
| **To**: | Adducci, Rebecca J [ |
| | |
| **Subject**: | FW: A-FILE LOCATIONS FOR THE ARRESTED ALIENS |
| **Attachments**: | Copy of CIS Referrals to ERO 7-17 to 7-18 (Consolidated).xlsx |

Todd Michael Lyons
*Deputy Field Office Director*
ICE – Enforcement and Removal Operations
Department of Homeland Security
Boston Field Office
(781) ████ Desk
(214) ████ Mobile

**From:** ████████
**Sent:** Tuesday, July 17, 2018 10:55 AM
**To:** Lyons, Todd M < ████████ ce.dhs.gov>
**Cc:** ████████
**Subject:** FW: A-FILE LOCATIONS FOR THE ARRESTED ALIENS

Todd,
I added five cases to the spreadsheet. We do not usually track these cases as the CIS office usually calls up to a Supervisor who assign as appropriate. I would say on average we receive maybe 4-6 per year.

**1.** ████████████ **– referred by USCIS on 10/11/17, arrested by HAR FOT2 same day in lobby of AA Ribicoff Federal Building, removed on 11/8/17.**

**2.** ████████████ *(final order)* **/ 10/31/2017, Apprehended and Released – Order of Supervision**

**3.** ████████████ *(final order)* **/ 10/31/2017, Apprehended and Released – Order of Supervision**

**4.** ████████████ *(reinstatement)* **/ 02/01/2018, Apprehended and Detained – 05/09/2018 Released – Order of Supervision**

**5.** ████████████ **released on OSUP**

**Thanks**

**A**

**From:** Lyons, Todd M
**Sent:** Tuesday, July 17, 2018 9:49 AM
**To:** ████████

**Subject:** FW: A-FILE LOCATIONS FOR THE ARRESTED ALIENS

Sorry for the last minute stack but we need any and all information on any CIS arrests in 2018 from CIS.

More specifically – any and all information on arrests which occurred in any CT CIS office. In addition, we need all CIS referrals that T received in 2018 and what action was taken. Look at the spreadsheet attached

Todd Michael Lyons
*Deputy Field Office Director*
ICE – Enforcement and Removal Operations
Department of Homeland Security
Boston Field Office
(781)        Desk
(214)        Mobile





CONFIDENTIAL

| Date of Referral | Name | A-number |
|---|---|---|
| July 21, 2017 | | |
| July 13, 2017 | | |
| July 31, 2017 | | |
| July 31, 2017 | | |
| August 4, 2017 | | |
| August 25, 2017 | | |
| August 28, 2017 | | |
| September 26, 2017 | | |
| October 2, 2017 | | |
| October 6, 2017 | | |
| October 7, 2017 | | |
| October 8, 2017 | | |
| October 9, 2017 | | |
| October 10, 2017 | | |
| October 11, 2017 | | |
| October 11, 2017 | | |
| October 12, 2017 | | |
| October 14, 2017 | | |
| October 15, 2017 | | |
| October 16, 2017 | | |
| October 17, 2017 | | |
| October 18, 2017 | | |
| October 19, 2017 | | |
| October 20, 2017 | | |
| October 21, 2017 | | |
| October 22, 2017 | | |
| October 23, 2017 | | |
| October 24, 2017 | | |
| October 25, 2017 | | |
| October 26, 2017 | | |
| October 27, 2017 | | |
| October 28, 2017 | | |
| October 29, 2017 | | |
| October 30, 2017 | | |
| October 30, 2017 | | |
| October 31, 2017 | | |
| October 31, 2017 | | |
| November 8, 2017 | | |
| November 13, 2017 | | |
| November 13, 2017 | | |
| November 13, 2017 | | |
| November 20, 2017 | | |
| November 22, 2017 | | |
| November 22, 2017 | | |
| December 5, 2017 | | |
| December 5, 2017 | | |
| December 5, 2017 | | |
| December 5, 2017 | | |

| December 5, 2017 | | |
|---|---|---|
| December 7, 2017 | | |
| December 7, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 11, 2017 | | |
| December 12, 2017 | | |
| December 12, 2017 | | |
| December 15, 2017 | | |
| December 15, 2017 | | |
| January 10, 2018 | | |
| January 10, 2018 | | |
| January 16, 2018 | | |
| January 16, 2018 | | |
| January 16, 2018 | | |
| January 16, 2018 | | |
| January 24, 2018 | | |
| January 24, 2018 | | |
| January 24, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| January 30, 2018 | | |
| February 1, 2018 | | |
| February 12, 2018 | | |
| February 14, 2018 | | |
| February 21, 2018 | | |
| February 21, 2018 | | |
| February 21, 2018 | | |
| February 21, 2018 | | |
| February 21, 2018 | | |
| February 28, 2018 | | |
| March 1, 2018 | | |
| March 1, 2018 | | |

| | | |
|---|---|---|
| April 9, 2018 | | |
| May 10, 2018 | | |
| May 21, 2018 | | |
| May 31, 2018 | | |
| June 6, 2018 | | |
| June 6, 2018 | | |
| June 12, 2018 | | |
| June 12, 2018 | | |
| June 18, 2018 | | |
| June 22, 2018 | | |
| June 22, 2018 | | |
| June 22, 2018 | | |
| June 25, 2018 | | |
| June 27, 2018 | | |
| July 2, 2018 | | |
| July 6, 2018 | | |
| July 10, 2018 | | |

| Country of Birth | A-FILE LOCATION |
|---|---|
| Jamaica | BOS-LI |
| Liberia | |
| Dominican Republic | |
| Cape Verde | |
| Guatemala | |
| Dominican Republic | |
| Guatemala | |
| Ghana | |
| Dominican Republic | |
| Brazil | |
| El Salvador | HAVE THE A-FILE |
| Colombia | |
| Dominican Republic | T-FILE IN LAW |
| China | HAVE THE A-FILE |
| Jordan | NRC |
| Uganda | |
| Uganda | |
| Brazil | |
| Brazil | |
| Kenya | |
| Cambodia | |
| Brazil | |
| El Salvador | |
| El Salvador | |
| Brazil | |
| Brazil | |
| El Salvador | |
| Brazil | |
| Dominican Republic | |
| Dominican Republic | |
| Ivory Coast | |
| Brazil | AAO |
| El Salvador | |
| Dominican Republic | |
| Brazil | |
| Brazil | HAR- Non-Detained |
| Cambodia | |
| Dominican Republic | |
| Guatemala | |
| Germany | |
| Guatemala | ZNK |
| El Salvador | |
| El Salvador | |
| Uganda | |
| El Salvador | |
| Kenya | |
| Colombia | |
| Brazil | |

| Brazil | |
| --- | --- |
| Brazil | |
| Brazil | |
| El Salvador | BOS-LIG |
| Brazil | MANCHESTER |
| Brazil | |
| Brazil | |
| Brazil | |
| Dominican Republic | |
| Mexico | |
| Brazil | |
| Brazil | |
| Brazil | |
| Brazil | |
| Brazil | |
| Brazil | |
| China | HAVE THE A-FILE |
| El Salvador | BOS-LI |
| Brazil | |
| El Salvador | PRO-DD |
| Guatemala | NSC |
| Mexico | NRC |
| Liberia | |
| Brazil | |
| Guatemala | |
| BR | |
| Brazil | NON-Detained |
| Brazil | BOS-REC |
| El Salvador | |
| Tanzania | BOS-OO63 SUP DRAWER |
| Dominican Republic | |
| El Salvador | |
| Guatemala | HAVE THE A-FILE |
| Brazil | HAVE THE A-FILE |
| Brazil | HAVE THE A-FILE |
| Brazil | |
| Brazil | HAR |
| Brazil | |
| India | HAR- ATD |
| Mexico | |
| Guatemala | |
| Mexico | |
| Guatemala | |
| Guatemala | |
| Morocco | NRC |
| Brazil | |
| Guatemala | ZNK |

GOV002075

| | |
|---|---|
| Guatemala | |
| Russia | |
| Democratic Republic of Congo | |
| Brazil | |
| El Salvador | |
| Liberia | |
| Dominican Republic | |
| Dominican Republic | |
| Brazil | |
| United Kingdom & Nigeria | |
| United Kingdom | |
| United Kingdom | |
| El Salvador | |
| Brazil | |
| China | |
| Brazil | |
| Vietnam | |

| Location of Arrest (CIS Office, Residence, Traffic Stop) |
| --- |
| Place of employment |
| CIS Office |
| N/A |
| N/A |
| N/A |
| N/A |
| NA |
| N/A |
| N/A |
| N/A |
| CIS Office |
| CIS Office |
| CIS Office |
| CIS Office |
| outside CIS office |
| CIS Office |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| CIS Office |
| N/A |
| CIS Office |
| CIS Office |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| CIS Office |
| N/A |
| N/A |
| outside CIS office |
| outside CIS office |
| N/A |
| Residence |
| NA |
| CIS Office |
| ERO Office, subject called-in. |
| CIS Office |
| CIS Office Lawrence |
| CIS Office Lawrence |
| NA |
| NA |
| CIS Office Lawrence |
| CIS Office Lawrence |

| |
|---|
| CIS Office Lawrence |
| NA |
| CIS Office Lawrence |
| CIS Office Lawrence |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| CIS Office Lawrence |
| CIS Office Lawrence |
| CIS Office Lawrence |
| NA |
| NA |
| CIS Office |
| CIS Office |
| NA |
| N/A |
| N/A |
| N/A |
| outside CIS office |
| JFK Fed Bldg, Outside of CIS |
| N/A |
| JFK Fed Bldg, Outside of CIS |
| N/A |
| N/A |
| JFK FED BLD, Outside of CIS |
| JFK Fed Bldg, Outside of CIS |
| JFK Fed Bldg, Outside of CIS |
| N/A |
| outside CIS office |
| N/A |
| outside CIS office |
| NA |
| NA |
| NA |
| NA |
| NA |
| Residence |
| N/A |
| ERO Office, subject called-in. |

| |
|---|
| NA |
| N/A |
| N/A |
| NA |
| NA |
| NA |
| N/A |
| NA |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| NA |
| N/A |
| NA |
| N/A |

CONFIDENTIAL
GOV002079

ICE - 0002079

| Action Taken and Date |
|---|
| Arrested 1/24/18 |
| Arrest, 07/31/2017 |
| None |
| None by ERO. |
| None |
| None |
| None- |
| None |
| None |
| Fugitive Operation Worksheet prepared 3/30/18 |
| Arrest 1/23/18 |
| Arrest 12/5/17 |
| Arrest 1/18/18 |
| Arrest 1/30/18 |
| Arested |
| Arrest 11/22/17 |
| None |
| None |
| None |
| None |
| None |
| Arrest 12/8/17 |
| None |
| Arrest 11/22/17 |
| Arrest 12/21/17 |
| None |
| None |
| None |
| None |
| None |
| None |
| Arrest 1/9/18 |
| None |
| None |
| 10/31/2017 ARRESTED |
| arrested |
| None |
| Arrest, 11/16/2017 |
| Arrested 4/20/18 |
| Arrest 11/13/17 |
| Arrested 4/27/18, I-871 issued |
| Arrest 11/20/17 |
| Arrested 11/22/17 |
| Arrested 11/22/17 |
| None |
| None PFR pending |
| Arrested 12/5/17 |
| Arrested 12/8/17 |

| |
|---|
| Arrested 12/8/17 |
| None-No show |
| Arrested 12/21/17 |
| Arrested 1/23/18 |
| No action taken at CIS interview but later arrested 1/8/18 in Seabrook, NH |
| None |
| None |
| None |
| None |
| None |
| None |
| None |
| None |
| None |
| None |
| Arrested 1/9/18 |
| Arrested 1/30/18 |
| Arrested 1/11/18 |
| None |
| Reported to ERO, 1/17/2018 |
| Arrest, 1/17/2018 |
| OSUP, 1/17/2018 |
| None |
| None |
| None |
| None |
| arrested 01/30/18 |
| Arrested 1/30/18 |
| None |
| Arrested 1/30/18 |
| None |
| None |
| Arrested 1/31/18 |
| Arrrested 1/31/18 |
| Arrested 1/31/18 |
| None |
| arrested |
| None |
| Arrested 02/14/18 |
| None- |
| Awaiting file |
| None-Asylum application pending with USCIS |
| CIS issued NTA 4/3/18-no ICE action |
| None-Asylum application pending with USCIS |
| Arrest, 2/8/2018 |
| No further action |
| Arrested 6/6/18, I-871 issued. |

| |
|---|
| CIS issued NTA 4/13/18-no ICE action |
| No Action/unable to obtain Travel document |
| No action- |
| None- |
| None- |
| None |
| None |
| None |
| None |
| None |
| None |
| None |
| None |
| None-Alien no show for interview |
| None |
| None- |
| None |

| Criminal/Non-Criminal Status |
|---|
| Criminal |
| Criminal |
| Criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Possible criminal alien |
| Non-criminal |
| Non-criminal with pending criminal cases |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Non-Criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non0criminal |
| NONE |
| none |
| Non-criminal |
| Criminal |
| Non-criminal |
| Criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |

| |
|---|
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-Criminal |
| Non-Criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-Criminal |
| Non-Criminal |
| Non-Criminal |
| Non-Criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| non-criminal |
| Non-criminal |
| non-crimial |
| Non-criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Non crim |
| Non-Criminal |

| |
|---|
| Non-criminal |
| Criminal |
| Pending Murder 1 |
| Non-criminal |
| Non-criminal |
| Criminal |
| Criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Non-criminal |
| Criminal |
| Non-criminal |
| Non-criminal |
| Criminal |

| Immigration Status (WD, ER, Re-entry, etc.) |
|---|
| In proceedings; |
| WD |
| LPR |
| Overstay, I-485 pending. |
| WD |
| WD |
| Final order |
| WD |
| LPR |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| In proceedings-relief granted 6/19/18 |
| WD |
| WD |
| WD |
| WD |
| WD |
| Admin closed by IJ on 10/21/16 |
| WD |
| WD |
| Re-entry |
| Admin closed by IJ 6/7/17 |
| WD |
| In proceedings-next hearing 7/18/18 |
| Re-entry |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| NTA |
| In proceedings-re-entry |
| WD |
| WD, re-entry |
| WD |
| WD |
| VD |
| WD |
| WD |
| MTR granted- case re-opened |
| MTR granted- case re-opened |

GOV002086

| |
|---|
| WD |
| Re-entry |
| MTR granted- case re-opened |
| MTR granted- case re-opened |
| WD |
| WD |
| Re-entry |
| WD |
| WD |
| Re-entry |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| WD |
| Expedited Removal |
| WD |
| WD |
| WD |
| WD |
| Re-entry |
| Re-entry |
| MTR granted- case re-opened |
| WD |
| WD |
| WD |
| WD |
| Re-entry |
| WD |
| WD |
| WD |
| WD |
| reinstatement |
| WD |
| Final order |

| | |
|---|---|
| █ | |
| █ | |
| █ | |

| |
|---|
| In proceedings-re-entry |

| |
|---|
| █ |

| |
|---|
| NTA |
| EWI |
| WD, re-entry. |

GOV002087

| |
|---|
| In proceedings -re-entry |
| WD |
| |
| |
| |
| |
| |
| LPR |
| LPR |
| WD |
| Visitor overstay/Petition withdrawn |
| Visa waiver overstay/Petition withdrawn |
| Visa waiver overstay/Petition withdrawn |
| WD |
| In proceedings |
| WD |
| |
| WD |

| Custody Status at Time of Arrest  (Detained, OREC, OSUP, Bond) |
| --- |
| Detained |
| Detained |
| N/A |
| N/A |
| N/A |
| N/A |
| Non-detained |
| N/A |
| N/A |
| N/A |
| Detained |
| Detained |
| Detained |
| OSUP |
| Detained |
| Detained |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| Detained |
| N/A |
| Detained |
| Detained |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| Detained |
| N/A |
| N/A |
| Detained |
| Detained |
| N/A |
| Detained |
| OREC |
| OSUP |
| OSUP |
| Detained |
| Detained |
| Detained |
| NA |
| NA |
| Detained |
| Detained |

| |
|---|
| Detained |
| NA |
| Detained |
| Detained |
| Detained |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| WD |
| OSUP |
| Detained |
| NA |
| Call in |
| Detained |
| OSUP Further investigate pending DACA claim |
| N/A |
| N/A |
| N/A |
| N/A |
| Detained |
| Detained |
| N/A |
| Detained |
| N/A |
| N/A |
| Detained |
| Detained |
| Detained |
| N/A |
| Detained |
| N/A |
| Detained |
| NA |
| NA |
| NA |
| NA |
| NA |
| Detained |
| N/A |
| OSUP |

GOV002090

| |
|---|
| Not arrested by ERO |
| N/A |
| N/A |
| Non-detained |
| Non-detained |
| CIS referral has not resulted in an arrest - investigation ongoing |
| N/A |
| CIS referral has not resulted in an arrest - investigation ongoing |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| NA |
| N/A |
| NA |
| N/A |

GOV002091

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 1:18-cv-10225-MLW   Document 148   Filed 08/22/18   Page 26 of 43

| Current Custody Status  (Detained, OREC, OSUP, Bond) | Removed (Y/N) |
| --- | --- |
| Detained | N |
| Removed 3/12/18 | Y |
| Non-detained | N |
| Non-detained | N |
| N/A | N |
| N/A | N |
| Non-detained | N |
| N/A | N |
| Non-detained | N |
| N/A | N |
| OSUP | N |
| Bond | N |
| Removed | Y |
| OSUP | N |
| removed11/7/2017 | y |
| Removed | Y |
| N/A | N |
| N/A | N |
| N/A | N |
| OSUP | N |
| OSUP | N |
| Bond | N |
| N/A | N |
| Removed | Y |
| Bond | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| ATD-GPS | N |
| N/A | N |
| N/A | N |
| OSUP | N |
| OSUP | N |
| OSUP | N |
| Removed | Y |
| OREC | N |
| OSUP | N |
| Non-detained | N |
| OSUP | N |
| Removed | N |
| Removed | Y |
| Non-detained | N |
| OUSP | N |
| Bond | N |
| Bond | N |

CONFIDENTIAL                                    GOV002092
ICE - 0002092

| | |
|---|---|
| Bond | Y |
| Non-detained | N |
| Bond | N |
| Bond | N |
| OSUP | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| OSUP | N |
| OSUP | N |
| Bond | N |
| Non-detained | N |
| OSUP | N |
| OSUP | N |
| OSUP | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| Released on Bond | N |
| ATD | N |
| N/A | N |
| ATD | N |
| OSUP | Scheduled self-deport 6/28/18 |
| N/A | N |
| Prosecuted for 1326, released by Judge Dein at Detention Hearing | N |
| Removed | Y |
| Bond | N |
| N/A | N |
| Released on OSUP | N |
| N/A | N |
| osup | n |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Removed | Y |
| Non-detained | N |
| Non-detained | N |

| | |
|---|---|
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| Non-detained | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| N/A | N |
| Non-detained | N |
| N/A | N |
| Non-detained | N |
| OSUP | N |

Exhibit 5

| | |
|---|---|
| **From:** | Cronen, C M |
| **To:** | Lyons, Todd M |
| **Subject:** | RE: stand alone I-130 Visa petitions pending at USCIS LAW Field office |
| **Date:** | Tuesday, January 30, 2018 9:26:00 AM |

Thanks.

cmc

**From:** Lyons, Todd M
**Sent:** Tuesday, January 30, 2018 9:22 AM
**To:** ▮▮▮▮▮▮▮▮▮ W; Cronen, C M
**Cc:** Rutherford, James L
**Subject:** FW: stand alone I-130 Visa petitions pending at USCIS LAW Field office

Good Morning Sir

More background on the Herald story that the EAD inquired about for Mr. Homan. These arrests have been at the requested of the New FOD for CIS Boston. ERO Boston only targets subject that are Final Orders and those with criminal histories. Subject with pending court cases or those who have properly adjusted (or about to) are of no interest to ERO.

Thanks and the update PAO bullet pints will be in your inboxes shortly

Todd Michael Lyons
*Deputy Field Office Director*
ICE – Enforcement and Removal Operations
Department of Homeland Security
Boston Field Office
(781) ▮▮▮▮▮▮    Desk
(214) ▮▮▮▮▮▮    Mobile

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, October 25, 2017 3:48 PM
**To:** Lyons, Todd M
**Subject:** FW: stand alone I-130 Visa petitions pending at USCIS LAW Field office

Todd,

I just spoke with CIS Acting Section Chief ▮▮▮▮▮▮▮ about the email below. The attachment contains the names of CIS benefits applicants who will be scheduled for interviews at the Lawrence, MA office. Fug Ops SDDO ▮▮▮▮▮▮ has replied with which cases would be of ERO interest. We were hoping to schedule one or two per week for arrest but the new CIS FOD has asked to schedule one per day beginning in December.

LES

LES ████████████████████████████████████████████████

██

**From:** ████████████
**Sent:** Monday, October 23, 2017 1:50 PM
**To:** ████████████
**Cc:** ████████████████████████
**Subject:** FW: stand alone I-130 Visa petitions pending at USCIS LAW Field office

LES ████████████████████████████████████████████████

████ The appointments will not be until December because we have already booked up November. I will keep you posted with the dates and times of the appointments once the notices go out, plus of course I will be in touch with you if and when the applicant actually shows up at our office. Thank you again this was very helpful.

████████████ | Acting Section Chief | DHS | USCIS | Lawrence Field Office | 2 Mill Street , Lawrence  MA ,01840 |Office phone 978 ████████ | Mobile phone 978 ██████ |Fax  978.3 ████████ |

This communication, along with any attachments, may contain confidential information and is covered by federal laws governing electronic communications.  Electronic communications may also be monitored by the Department of Homeland Security, U.S. Citizenship and Immigration Services.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distr bution, use, or copying of this message is strictly prohibited.  If you have received this in error, please delete this message and all attachments and immediately notify the sender.

**From:** ████████████
**Sent:** Monday, October 23, 2017 1:22 PM
**To:** ████████████
**Cc:** ████████████████
**Subject:** RE: stand alone I-130 Visa petitions pending at USCIS LAW Field office

Hi ██████ ,

I have reviewed each of the cases for criminality and updated the spreadsheet with a column titled "ERO Response" which indicates our level of interest in each case.  The cases with criminal convictions have the highest priority, followed by the cases with a criminal nexus, and then the non-criminal final orders after that.  Those cases highlighted in yellow are of no enforcement interest at this time.  The others appear to be actionable barring any significant mitigating factors such as

serious health problems, childcare issues, etc...

As far as scheduling goes, <span style="color:red">LES</span> ██████████████████████████████
███████████████████████████████████████ it also has the potential to be a
trigger for negative media interest, as we have seen in the past.  If you have the ability to schedule
one or two at a time and spread them apart, that would work best for us.  Also, I have copied AFOD
████████████████████ is overseeing the Field Enforcement Division as of today.

Please keep me posted.



██████████████████████

SDDO-Fugitive Operations
DHS/ICE/ERO-Boston Field Office
781████████ (C)
781████████ (O)

**From:** ████████████
**Sent:** Wednesday, October 18, 2017 2:23 PM
**To:** ████████████
**Cc:** ████████████████████████
**Subject:** FW: stand alone I-130 Visa petitions pending at USCIS LAW Field office
**Importance:** High

Hi sorry to bug you both again with this...

████████████ was up in our office today and my Field office Director printed this spreadsheet and
handed it to him. ███ had said he would speak to you about this.

We need to know if any interest exist in any of these cases.  As we will need to plan out the
scheduling.  If no interest exist the issue of scheduling them all in one day will not be an issue for
us... but if we know that you might be interested in any of them we will spread out the scheduling.
Please let us know that way we can proceed with interview scheduling.

These cases are all 204g and will need interview of the I-130 visa petitions as proof of clear and
convincing evidence of the relationship is needed.  Our plan would be we conduct the interview and
determine if relationship is established hand over the A file.   If you prefer that my FOD reach out to
someone else in your office. I can have her do that. I would need a name of someone she needs to
reach out to?  Should we be reaching out to ████████████████████ or ████████████ instead...?
 Please let us know. Thanks so much!

████████████ | Acting Section Chief | DHS | USCIS | Lawrence Field Office | 2 Mill Street ,

**Confidential**                                    **GOV002919**

Lawrence  MA ,01840 |Office phone 978 █████████ | Mobile phone 978 █████████ |Fax  978 █████████
|

This communication, along with any attachments, may contain confidential information and is covered by federal laws governing electronic communications.  Electronic communications may also be monitored by the Department of Homeland Security, U.S. Citizenship and Immigration Services.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distr bution, use, or copying of this message is strictly prohibited.  If you have received this in error, please delete this message and all attachments and immediately notify the sender.

**From:** █████████
**Sent:** Wednesday, October 11, 2017 2:27 PM
**To:** █████████
**Subject:** RE: stand alone I-130 Visa petitions pending at USCIS LAW Field office

Hi  I added the 3 additional I-130's to the spreadsheet and charged them to the Ordered Removed shelf. Is there a way for me to tell if they are "expedited" or will you just write that on the yellow/orange cover sheet? Please find the spreadsheet attached.

Thanks,

██████

**From:** █████████
**Sent:** Friday, October 06, 2017 11:38 AM
**To:** █████████
**Subject:** FW: stand alone I-130 Visa petitions pending at USCIS LAW Field office

What is this one with the Missouri address can I look at it ? Is it an expedite again that I missed...?

**From:** █████████
**Sent:** Friday, October 06, 2017 11:34 AM
**To:** ████████████████████
**Cc:** █████████
**Subject:** stand alone I-130 Visa petitions pending at USCIS LAW Field office

Good morning attached is a list of stand- alone I-130 pending visa petitions at the USCIS Field office in Lawrence that appear to have final orders of removal.  My FOD asked that I reach out to you with this information and if need be coordinate the interview scheduling so they are not all scheduled at once.

If you could let us know if any are of interest that would be most appreciated.

Thank you

 | Acting Section Chief | DHS | USCIS | Lawrence Field Office | 2 Mill Street , Lawrence  MA ,01840 |Office phone 978.█████████ | Mobile phone 978.█████████ |Fax  978.█████████ |

This communication, along with any attachments, may contain confidential information and is covered by federal laws governing electronic communications.  Electronic communications may also be monitored by the Department of Homeland Security, U.S. Citizenship and Immigration Services.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distr bution, use, or copying of this message is strictly prohibited.  If you have received this in error, please delete this message and all attachments and immediately notify the sender.

Exhibit 6

Message
_____

**From:** ████████████████████                                    ████████████████████████████████████████████ ]
on behalf of   ████████████
**Sent:** 1/30/2018 3:40:37 PM
**To:** Rutherford, James L [████████████████████████████████████████; Lyons, Todd M
████████████████████████████████████████████ ]
**Subject:** RE: Media Inquiry: ████████████████████████████

Also,  FYSA, the Suffolk team arrested two at CIS in Boston this morning and the Essex team arrested one at Lawrence
CIS.

Andy

.......................................................................................................

**From:** Rutherford, James L
**Sent:** Tuesday, January 30, 2018 10:10 AM
**To:** ████████████ Lyons, Todd M
**Subject:** RE: Media Inquiry: ████████████████████

Thanks Andy.

Regards,

*James L. Rutherford*
*Deputy Field Office Director*
*ICE/ERO – Boston Field Office*
*(781)* ████████ *– Desk*

*"A leader is one who knows the way, goes the way, and shows the way." ~ John C. Maxwell*

.......................................................................................................

**From:** ████████████
**Sent:** Tuesday, January 30, 2018 10:06 AM
**To:** Lyons, Todd M; Rutherford, James L
**Subject:** RE: Media Inquiry: ████████████████████████

James/Todd:

Just to help you guys answer any questions on this CIS arrest topic, here is a brief overview of how we handle these
cases.

- CIS typically sends us a list of pending I-130s that they need to adjudicate where the beneficiary is subject to a
final order of removal, a re-entry, or an egregious criminal alien.
- When we receive the list of potential arrest targets, we vet each one for criminality, medical issues, likelihood of
receiving an immigration benefit, likelihood of removal, and any other significant factor that would influence our
decision to take the subject into custody.
- After vetting the cases, we reply to CIS with a list of which aliens we have interest in arresting.
- CIS schedules the interviews and spreads them out over a period of time so as not to overburden our ability to
handle the workload.
- When the alien arrives for his/her interview, CIS notifies us that the subject has arrived and we send two officers
from the Fugitive unit to the CIS office for the arrest.
- CIS completes the interview while our officers are enroute.
- At the completion of the interview, the DOs question the alien to determine if any other prosecutorial discretion
issues exist and then take them into custody, if appropriate.

Some additional information that should be noted:

- The alien's attorneys are often present and aware of their clients' outstanding removal orders and that they are typically ineligible to adjust status.
- CIS is our sister agency and has an internal policy that allows them to notify ICE when removable aliens are encountered.

In my opinion, it makes sense for us to arrest aliens with final removal orders as they represent the end of the line in the removal process. They are typically the easiest to remove, they have the shortest average length of stay, and at the end of the day we are in the removal business and it's our job to locate and arrest them.

███

███████████

(a)AFOD – Field Enforcement
DHS/ICE/ERO-Boston Field Office
781-████████(C)
781-████████(O)

**From:** Lyons, Todd M
**Sent:** Tuesday, January 30, 2018 8:55 AM
**To:** Rutherford, James L; ███████████ Mohan, John; ███████████
**Subject:** FW: Media Inquiry: ███████████████████

Guys

See below – the subject had an active deportation order which was acted upon. We did not target this subject because he was illegally. He was ordered by an immigration judge to be removed from the US. for sure – this type of story will keep away those who may be truly trying to adjust (that have an actual path to a benefit). This subject's attorney should have never advised him to attend this meeting.  He has no path unless he leaves the country

Below is the PAO synopsis from the officer.

Thanks

Todd Michael Lyons
*Deputy Field Office Director*
ICE – Enforcement and Removal Operations
Department of Homeland Security
Boston Field Office
(781)        Desk
(214)        Mobile

**From:** ███████████
**Sent:** Tuesday, January 30, 2018 8:50 AM
**To:** Lyons, Todd M
**Subject:** FW: Media Inquiry: ███████████████████

Sent with BlackBerry Work
(www.blackberry.com)

Media inquiry – ██████████████████

- Correct name of alien (as known to ICE): █████████████████

- Known aliases- █████████

- A# ██████████

- DOB : ████████

- COB: ███

- COC: ███

- Date of last entry: January 28, 2005

- Manner of last entry to US: Without Inspection

- Prior immigration encounters: Entered Without Inspection.  Subject was arrested by the United States Border Patrol on January 28, 2005 and served a Warrant of Arrest and Notice to Appear under 212a6Ai, Alien Present Without Admission or Parole, under the INA.

- Current immigration status: Inadmissible. ICE Fugitive. Subject was ordered removed from the United States in absentia by a Baltimore Immigration Judge on March 15, 2005. Subject is the beneficiary of an approved I-130, Petition for an Alien Relative, filed with the service on January 4, 2017 and approved on January 9, 2018. No other pending applications for a benefit under the INA.

- Criminal History: No known criminal history

- Level of criminality for pending charges & convictions; felony or misdemeanor: n/a

- If subject is an LPR, provide the # of CIMTs and the timeframe associated  n/a

- I-213 arrest narrative *(cut & paste into the PAO email response)* or a brief description of the current/most recent encounter:

## I-213 Narrative
## Narrative 1 : Created Date: 01/09/2018 10:51 AM

- ARREST:

On January 9, 2018 I along with Deportation Officer ███████ and Deportation Officer ██████████ went to the Citizenship and Immigration Services Office in Lawrence, MA and arrested ICE fugitive ████████████ ██████ ███████████████████ was at the office for an I-130 interview.

At approximately 8:45 AM we met with ████████████ in the CIS office. I identified us as ICE Officers and informed him of his outstanding warrant. We placed ████████████ into custody without incident. DO ████ transported ████████ to the ICE office in Burlington, MA to be booked into ICE custody.

ALIENAGE:

Subject is a native, national and citizen of ████ Subject stated that both of his parents are citizens of ████ who never entered the United States.

ENTRY DATA:

Complete entry information is located on the initial event I-213.

IMMIGRATION HISTORY:

01/28/2005- Subject made illegal entry into the U.S. at Hidalgo, TX as EWI.

01/29/2005- Subject was served NTA for violation of Section 212(a)(6)(A)(i) of the Act.
03/15/2005- IJ issued Removal Order in Absentia to Brazil.
01/09/2018- I-130 approved.

CRIMINAL RECORD:

None located.

GANG/TERRORIST AFFILIATION:
None claimed/none found.

CONSENT TO ENTER AND SEARCH:
Not applicable.

CREDIBLE/REASONABLE FEAR:
None claimed/none found.

MILITARY SERVICE:
No.

CHILD CARE/CUSTODY ISSUES:
Subject has one USC child who is in the care his mother

MEDICAL HISTORY:
Subject claims to be in good health.

- You must state "Yes" or "No" to information indicating they are a Victim/Witness.  If yes, provide specifics: No

- You must state "Yes" or "No" to information indicating they have pending applications for relief; particularly U, T, VAWA.  If yes, provide specifics: No

- Any oddities in the case, such as if the subject is a high visibility/public interest matter for ICE or federal/state/local law enforcement: Media interest.

# Exhibit 7

| | |
|---|---|
| **To:** | ████████████@uscis.dhs.gov]; ██████████@ice.dhs.gov]; ████████, ████████@ice.dhs.gov]; |
| **Cc:** | ██████████@uscis.dhs.gov]; ██████████@uscis.dhs.gov]; uscis.dhs.gov]; ██████████@uscis.dhs.gov]; ██████████@uscis.dhs.gov]; ██████████.Pecevich@uscis.dhs.gov] |
| **From:** | |
| **Sent:** | Wed 2/14/2018 1:40:03 PM |
| **Subject:** | RE: Final, Final #3 Spreadsheet - ordered removed |

Copy of #3 - Ordered Removed I-130.xlsx

S e e   a t t a c h e d .   W e   a r e   i n t e r e s t e d   i n   a l l   b u t   t w o   ( 2 )   c a s e s .

---

**From:** ████████████
**Sent:** Wednesday, February 14, 2018 11:56 AM
**To:** ████████████████████
**Cc:** ████████████████████████████████████
**Subject:** Final, Final #3 Spreadsheet - ordered removed

Hello ERO!!!

LAW keeps  getting more I-130's that have final orders... attached  are the newest we have received and have added them to spreadsheet named #3.  The ISA put them in order by oldest case and we will schedule them sometime in April.

If you could please go over the spreadsheet as you have done in the past and let us know which of the cases you will have interest in.  We will get back in touch with you once you let us know the ones that are of interest.

Please reply back to everyone on the CC list here. I will be starting my new position at the Boston Field Office and will no longer be the POC as of March 1st.  We will get back to you on who the POC will be for the  LAW Field Office.


████████████ | DHS | USCIS | Lawrence Field Office | 2 Mill Street , Lawrence  MA ,01840 |Office phone 978 ████████ | Mobile phone 978 ████████ |Fax  978.327████ |


This communication, along with any attachments, may contain confidential information and is covered by federal laws governing electronic communications. Electronic communications may also be monitored by the Department of Homeland Security, U.S. Citizenship and Immigration Services.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message is strictly proh bited.  If you have received this in error, please delete this message and all attachments and immediately notify the sender.


---

**From:** ████████████
**Sent:** Wednesday, February 14, 2018 11:03 AM
**To:** ████████████
**Subject:** Final, Final #3 Spreadsheet - ordered removed

Hi ████ So 2 more cases were added to the spreadsheet making a total of 23. Please find the #3 spreadsheet attached.

Thanks,

████

**Confidential**                    **GOV002883**

██████████████ mmigration Services Assistant
**DHS| USCIS| LAW Field Office**
2 Mill Street | Lawrence, MA 01840
Telephone: 978-██████████
t█████████████ uscis.dhs.gov



This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privile
information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strict
prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.  Thank you

**Confidential**                    **GOV002884**

| Receipt Number | Related A - Number | Beneficiary's Name | Beneficiary's Address | I-130 filed on: | AR-11 Newest Filing Date | AR-11 Address | Expedited Removal | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | 9/29/2014 | n/a | n/a | | There is a different address on PCQS printout |
| | | | | 8/22/2016 | n/a | n/a | | |
| | | | | 10/6/2016 | n/a | n/a | | SF Cambodian |
| | | | | 11/1/2016 | n/a | n/a | | |
| | | | | 11/3/2016 | 10/9/2010 | | | |
| | | | | 11/7/2016 | n/a | n/a | | ordered removed on 12/12/17 |
| | | | | 12/28/2016 | n/a | n/a | | |
| | | | | 3/6/2017 | n/a | n/a | | |
| | | | | 3/14/2017 | n/a | n/a | | |
| | | | | 3/20/2017 | n/a | n/a | | |
| | | | | 3/27/2017 | n/a | n/a | | |
| | | | | 3/28/2017 | n/a | n/a | | |
| | | | | 4/3/2017 | n/a | n/a | | |
| | | | | 4/3/2017 | 7/14/2016 | | Yes | Sticker on A file says Credible Fear/ Expidited Removal |
| | | | | | n/a | n/a | | |
| | | | | 5/17/2017 | n/a | n/a | | Motion to reopen granted 6.27.2017 |
| | | | | 6/5/2017 | 10/19/2009 | | | |
| | | | | 6/26/2017 | n/a | n/a | | |
| | | | | 6/28/2017 | n/a | n/a | | I-130 address is El Salvador, Other contacts section, Mass. |
| | | | | 6/28/2017 | n/a | n/a | | |
| | | | | 6/29/2017 | 9/8/2011 | | | |
| | | | | 6/29/2017 | n/a | n/a | | |
| | | | | 7/5/2017 | 9/15/2017 | | | |

**GOV002885**