UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, ET AL., <br> Petitioners, <br><br> v. <br><br> KRISTJEN M. NIELSEN, ET AL, <br> Respondents. | ) <br> ) <br> ) <br> ) C.A. No. 18-10225-MLW <br> ) <br> ) <br> ) <br> ) |

ORDER

WOLF, D.J.                                                August 27, 2018

For the reasons stated in court on August 23, 2018 and in the lobby conference that followed it, it is hereby ORDERED that:

1.  Respondents' Motion to Dismiss (Docket Nos. 40 & 44) the petitioners' First Amended Complaint is DENIED.[1]

2.  The parties shall confer and, by September 12, 2018, jointly if possible, but separately if necessary, report concerning: (a) the actions respondents have taken and/or will take to ensure compliance with the legal obligations defined in the August 23, 2018 decision denying the Motion to Dismiss; (b) whether petitioners will seek to amend their complaint to add United States Citizenship and Immigration Services to this case; (c) how the parties propose this case should proceed; and (d) whether they request more time to continue their discussions.

---

[1] Respondents' Motion to Dismiss (Docket No. 22) the petitioners' original complaint is MOOT.

3. Representatives of petitioners and respondents with full settlement authority shall attend each future hearing or conference.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE