# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>        Plaintiffs-Petitioners, <br><br>        v. <br><br>KIRSTJEN M. NIELSEN, et al., <br><br>        Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RULE 16.l (D) (3) DECLARATION OF ADRIANA LAFAILLE

I, Adriana Lafaille, declare as follows:

1. I am an attorney for the petitioners in this case.

2. I have conferred with petitioners Lilian Calderon-Jimenez and Luis Gordillo, Lucimar de Souza and Sergio Francisco, Oscar Rivas and Celina Rivera Rivas, and Amy Chen and Deng Gao (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

3. The signed attestations of these petitioners with regard to Local Rule 16.1(d)(3) are attached herein.

4. I have not yet conferred with petitioners Sandro de Souza and Carmen Sanchez about these matters.

1

5. I intend to supplement this declaration once I have conferred with the remaining petitioners.

Executed this 9th day of October in Boston, Massachusetts.

/s/ Adriana Lafaille
Adriana Lafaille (BBO # 680210)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170

**CERTIFICATE OF SERVICE**

I certify that this document is being electronically filed on October 9, 2018 via the CM/ECF system, and a notice of electronic filing will be sent to all registered participants.

/s/ Adriana Lafaille
Adriana Lafaille

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
and LUIS GORDILLO, et al., )
)
Individually and on behalf of all others )
similarly situated, )
) No. 1:18-cv-10225-MLW
Plaintiffs-Petitioners, )
)
v. )
)
KIRSTJEN M. NIELSEN, et al., )
)
Defendants-Respondents. )

## RULE 16.1 (D) (3) CERTIFICATE OF LILIAN CALDERON-JIMENEZ AND LUIS GORDILLO

The undersigned, Lilian Calderon-Jimenez and Luis Gordillo, affirm that they have conferred with their counsel (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____      10/8/18
Lilian Calderon-Jimenez             Date

_____      10-8-18
Luis Gordillo                       Date

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
and LUIS GORDILLO, et al., )
)
Individually and on behalf of all others )
similarly situated, )
) No. 1:18-cv-10225-MLW
Plaintiffs-Petitioners, )
)
v. )
)
KIRSTJEN M. NIELSEN, et al., )
)
Defendants-Respondents. )

## RULE 16.1 (D) (3) CERTIFICATE OF DENG GAO AND AMY CHEN

The undersigned, Deng Gao and Amy Chen, affirm that they have conferred with their counsel (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_DENG GAO_            _10-08-18_
Deng Gao                                        Date

_/s/ Amy Chen_            _10-08-18_
Amy Chen                                       Date

I, Amy Chen, am fluent in Chinese and English, and read this document to Deng Gao in Chinese.

_/s/ Amy Chen_            _10-08-18_
Amy Chen                                       Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RULE 16.1 (D) (3) CERTIFICATE OF OSCAR RIVAS AND CELINA RIVERA RIVAS

The undersigned, Oscar Rivas and Celina Rivera Rivas, affirm that they have conferred with their counsel (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____        10/5/18
Oscar Rivas                              Date

_____        10-05-18
Celina Rivera Rivas                      Date

I, Adriana Lafaille, am fluent in Spanish and English, and read this document to Oscar Rivas and Celina Rivera Rivas in Spanish.

_____        10/8/18
Adriana Lafaille                         Date

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
and LUIS GORDILLO, et al., )
)
Individually and on behalf of all others )
similarly situated, )
) No. 1:18-cv-10225-MLW
Plaintiffs-Petitioners, )
)
v. )
)
KIRSTJEN M. NIELSEN, et al., )
)
Defendants-Respondents. )

### RULE 16.1 (D) (3) CERTIFICATE OF LUCIMAR DE SOUZA AND SERGIO FRANCISCO

The undersigned, Lucimar de Souza and Sergio Francisco, affirm that they have conferred with their counsel (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____     10/07/2018
Lucimar de Souza                    Date

_____     10-7-2018
Sergio Francisco                    Date

I, Adriana Lafaille, am fluent in Portuguese and English, and read this document to Lucimar de Souza and Sergio Francisco in Portuguese.

_____     10/8/18
Adriana Lafaille                    Date