UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, et al., )<br>)<br>Petitioner, )<br>)<br>v. )<br>KIRSTJEN M. NIELSEN, et al., )<br>)<br>Respondents. ) | No. 18-cv-10225-MLW |

## RESPONDENTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(d)(3), Respondents hereby certify that Respondents' counsel and an agency representative have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

T. MONIQUE PEOPLES
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

IMMIGRATION AND CUSTOMS ENFORCEMENT

_____
Ronald Seely
Deputy Chief Counsel

Dated: 10/9/18

## CERTIFICATE OF SERVICE

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 9, 2018

*/s/ Mary L. Larakers*
Mary L. Larakers
Trial Attorney