**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>　　　　　Plaintiffs-Petitioners, <br><br>　　v. <br><br>KIRSTJEN M. NIELSEN, et al., <br><br>　　　　　Defendants-Respondents. | ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW ) ) ) ) ) ) ) ) |

## **SUPPLEMENTAL RULE 16.l (D) (3) DECLARATION OF ADRIANA LAFAILLE**

I, Adriana Lafaille, declare as follows:

1. I am an attorney for the petitioners in this case.

2. I have conferred with petitioners Sandro de Souza and Carmen Sanchez (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

3. The signed attestation of these petitioners with regard to Local Rule 16.1(d)(3) is attached.

Executed this 12th day of October in Boston, Massachusetts.

　　　　　　　　　　　　　　　　　　/s/ Adriana Lafaille
　　　　　　　　　　　　　　　　　　Adriana Lafaille (BBO # 680210)
　　　　　　　　　　　　　　　　　　American Civil Liberties Union
　　　　　　　　　　　　　　　　　　Foundation of Massachusetts, Inc.
　　　　　　　　　　　　　　　　　　211 Congress Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 482-3170

## CERTIFICATE OF SERVICE

    I certify that this document is being electronically filed on October 12, 2018 via the CM/ECF system, and a notice of electronic filing will be sent to all registered participants.

                                    <u>/s/ Adriana Lafaille</u>
                                    Adriana Lafaille

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

### RULE 16.1 (D) (3) CERTIFICATE OF SANDRO DE SOUZA AND CARMEN SANCHEZ

The undersigned, Sandro de Souza and Carmen Sanchez, affirm that they have conferred with their counsel (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____     10/10/18
Sandro de Souza                     Date

_____     10/10/18
Carmen Sanchez                      Date

I, Adriana Lafaille, am fluent in Spanish, Portuguese and English, and read this document to Carmen Sanchez in Spanish and to Sandro de Souza in Portuguese.

_____     10/12/18
Adriana Lafaille                    Date