UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated, <br><br> Petitioner-Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, ET AL., <br><br> Respondent-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                  October 18, 2018

It is hereby ORDERED that:

1. The briefing schedule proposed in the parties' Joint Report (Docket No. 172) is ADOPTED.

2. The parties shall continue to confer and, by November 7, 2018, report whether they have agreed to settle this case or to jointly request that it be stayed.

                                                         /s/ Mark L. Wolf
                                                         UNITED STATES DISTRICT JUDGE