# Exhibit 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **DECLARATION OF STEPHEN N. PROVAZZA IN SUPPORT OF PETITIONERS' MEMORANDUM** |

I, Stephen N. Provazza, declare as follows:

**1.** I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of the October 24, 2018 Updated Memorandum in Support of Petitioners' Motion for Class Certification.

**2.** Attached hereto as Exhibit A is a true and correct redacted photograph of Form I-797C, Notice of Action, for Petitioner Lilian P. Calderon Jimenez, notice date June 26, 2018.

**3.** Attached hereto as Exhibit B is a true and correct redacted copy of Form I-272, Letter of Action for Permission to Reapply for Admission into the United States for Petitioner Sandro de Souza, notice date August 10, 2018.

**4.** Attached hereto as Exhibit C is a true and correct copy of *Number of Form I-130, Petitioner for Alien Relative, by Category, Case Status, and USCIS Field Office or Service*

*Center Location January 1 – March 31, 2018*, USCIS (Dec. 7, 2017), *at* https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20Data/Family-Based/I130_performancedata_fy2018_qtr2.pdf (last accessed October 24, 2018).

    I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

    Executed this 24th day of October, 2018, in Boston, Massachusetts.

    /s/  *Stephen N. Provazza*
    Stephen N. Provazza (BBO # 691159)
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street Boston, MA 02109
    Tel.:  (617) 526-6000
    Fax:  (617) 526-5000
    Email:  stephen.provazza@wilmerhale.com

# Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | June 26, 2018 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-601A, Application for Provisional Unlawful Presence Waiver | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| | June 21, 2018 | 1 of 1 |
| | | **DATE OF BIRTH** |

LILIAN P. CALDERON JIMENEZ
C/O LILIAN CALDERON

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $630.00 |
|---|---|
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $715.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Customer Service Number:**
(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 07/11/14 Y

# Exhibit B



# Application for Permission to Reapply for Admission Into the United States After Deportation or Removal

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form I-212
OMB No. 1615-0018
Expires 06/30/2017

## For DHS Use Only

| Alien Registration Number | Fee Stamp | DHS |
|---|---|---|
| A- ▉ | BOS18-100390 | APPROVED AUG 10 2018  26 12502  USCIS |

| Initial Receipt | Transferred In | | |
|---|---|---|---|

| Approved | Relocated Returned | Remarks | |
|---|---|---|---|
| ☒ INA 212(a)(9)(A) for Advance Approval | | | |
| ☐ INA 212(a)(9)(A) | | | DHS Office Name/Location |
| ☐ INA 212(a)(9)(C) | Transferred Out | | BosBarfield |
| Denied | | | |

▶ **Start Here. Type or print in black ink.**

## Part 1. Information About You

1. Alien Registration Number (A-Number) (if any)
   ▶ A- ▉

### Your Full Name

2.a. Family Name (Last Name): **DESOUZA**
2.b. Given Name (First Name): **Sandro**
2.c. Middle Name: **Jose**

### Other Names Used

List all other names you have ever used, including maiden names, aliases, and nicknames. If you need extra space to complete this section, use the space provided in **Part 8. Additional Information.**

3.a. Family Name (Last Name): [blank]
3.b. Given Name (First Name): [blank]
3.c. Middle Name: .

### Mailing Address

**NOTE:** If you are outside the United States, provide a U.S. mailing address, if available. **If a U.S. mailing address is not available, provide your mailing address abroad.**

4.a. In Care Of Name: [blank]
4.b. Street Number and Name: ▉
4.c. ☒ Apt. ☐ Ste. ☐ Flr. ▉
4.d. City or Town: ▉
4.e. State: **MA**
4.f. ZIP Code: [blank]
4.g. Province: [blank]
4.h. Postal Code: [blank]
4.i. Country: [blank]

5. Is your mailing address the same address where you currently live (physical address)? ☒ Yes ☐ No

If you answered "No" to **Item Number 5.**, provide your current physical address in **Item Numbers 6.a. - 6.h.**

Form I-212 12/23/16 N

Page 1 of 8

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-272, Letter of Action For Permission to Reapply for Admission Into the United States**

A - ███

*Please show this file number on all future correspondence or documents you submit to this USCIS office.*

**Date:** August 10, 2018

- Sandro Jose DESOUZA
  ███

DECISION

The action indicated in the paragraph below has been taken on your application for consent to reapply for admission to the United States after removal at government expense.

[X] Your application has been granted and the following American Consul has been notified:

**RIO DE JANIERO, BRAZIL**

[ ] The record in your case establishes that you do not require consent to reapply for admission into the United States, and the American Consul has been so notified.

[ ] Your application has been granted. A copy of the approved application is attached for presentation to the American Counsul or at the port of entry at the time you apply for a nonresident alien border crossing card.

Very truly yours,

*[signature]*

Michael J. McCleary
Field Office Director

CC: John J. Loscocco, Esq.

# Exhibit C

**U.S. Citizenship and Immigration Services**

Number of Form I-130, Petition for Alien Relative, by Category, Case Status, and USCIS Field Office or Service Center Location
January 1 - March 31, 2018

Petitions by Category of Relatives and Case Status

| USCIS Field Office or Service Center Location | Field Office Code | Immediate Relative[1] | | | | All Other Relative[1] | | | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] |
| Total | | 148,089 | 149,365 | 10,460 | 474,101 | 65,977 | 14,501 | 2,329 | 920,765 | 214,066 | 163,866 | 12,789 | 1,394,866 |
| *Field Office by State*[6] | *Field Office Code* | | | | | | | | | | | | |
| Alabama | | | | | | | | | | | | | |
| Montgomery | MGA | 377 | 188 | 65 | 2,019 | D | D | D | 71 | 379 | 194 | 66 | 2,090 |
| Alaska | | | | | | | | | | | | | |
| Anchorage | ANC | 61 | 23 | D | 224 | D | - | - | 14 | 63 | 23 | D | 238 |
| Arizona | | | | | | | | | | | | | |
| Phoenix | PHO | 913 | 507 | 36 | 4,165 | D | D | D | 40 | 919 | 511 | 37 | 4,205 |
| Tucson | TUC | 302 | 348 | D | 869 | - | - | - | D | 302 | 348 | D | 870 |
| Arkansas | | | | | | | | | | | | | |
| Fort Smith | FSA | 103 | 90 | 10 | 341 | D | D | - | 18 | 106 | 95 | 10 | 359 |
| California | | | | | | | | | | | | | |
| Chula Vista | CVC | - | - | - | - | - | - | - | - | - | - | - | - |
| Fresno | FRE | 520 | 638 | 53 | 1,804 | D | 25 | D | 75 | 525 | 663 | 56 | 1,879 |
| Imperial | IMP | 78 | 103 | D | 178 | D | D | - | D | 79 | 104 | D | 186 |
| Los Angeles | LOS | 1,597 | 726 | 77 | 7,230 | D | 33 | D | 28 | 1,605 | 759 | 84 | 7,258 |
| Los Angeles County | LAC | 1,497 | 677 | 145 | 5,200 | D | D | D | 45 | 1,502 | 686 | 150 | 5,245 |
| Sacramento | SAC | 632 | 590 | 40 | 2,229 | D | D | D | 53 | 638 | 593 | 46 | 2,282 |
| San Bernardino | SBD | 1,258 | 1,702 | 95 | 2,982 | D | 16 | 12 | 36 | 1,262 | 1,718 | 107 | 3,018 |
| San Diego | SND | 881 | 1,242 | 67 | 2,200 | D | 19 | D | 36 | 888 | 1,261 | 70 | 2,236 |
| San Fernando Valley | SFV | 981 | 845 | 64 | 4,389 | D | D | D | 38 | 984 | 850 | 70 | 4,427 |
| San Francisco | SFR | 1,698 | 1,545 | 81 | 7,031 | D | 33 | D | 55 | 1,707 | 1,578 | 83 | 7,086 |
| San Jose | SNJ | 825 | 1,312 | 58 | 2,462 | D | D | D | 69 | 830 | 1,318 | 63 | 2,531 |
| Santa Ana | SAA | 1,035 | 1,201 | 98 | 4,507 | D | 22 | 21 | 42 | 1,039 | 1,223 | 119 | 4,549 |
| Colorado | | | | | | | | | | | | | |
| Denver | DEN | 768 | 428 | 58 | 3,955 | D | D | D | 33 | 777 | 431 | 59 | 3,988 |
| Connecticut | | | | | | | | | | | | | |
| Hartford | HAR | 670 | 373 | 77 | 2,888 | D | D | D | 74 | 671 | 375 | 79 | 2,962 |
| Delaware | | | | | | | | | | | | | |
| Dover | DVD | D | - | - | D | - | - | - | - | D | - | - | D |
| District of Columbia | | | | | | | | | | | | | |
| Washington | WAS | 1,135 | 1,153 | 110 | 4,578 | 18 | 23 | D | 105 | 1,153 | 1,176 | 117 | 4,683 |
| Florida | | | | | | | | | | | | | |
| Hialeah | HIA | 587 | 481 | 72 | 2,522 | D | D | D | 44 | 593 | 485 | 73 | 2,566 |
| Jacksonville | JAC | 333 | 357 | 24 | 986 | D | D | D | 21 | 334 | 358 | 26 | 1,007 |
| Kendall | KND | 514 | 473 | 37 | 1,958 | D | D | - | 45 | 515 | 479 | 37 | 2,003 |
| Miami | MIA | 919 | 467 | 114 | 6,293 | D | D | - | 123 | 923 | 473 | 114 | 6,416 |
| Fort Myers | OFM | 288 | 269 | 22 | 1,583 | D | D | D | 43 | 290 | 275 | 23 | 1,626 |
| Oakland Park | OKL | 1,186 | 848 | 109 | 7,006 | D | D | D | 74 | 1,189 | 854 | 114 | 7,080 |
| Orlando | ORL | 1,053 | 703 | 110 | 5,292 | D | 19 | D | 73 | 1,059 | 722 | 115 | 5,365 |
| Tampa | TAM | 734 | 846 | 99 | 2,218 | D | D | D | 35 | 742 | 854 | 106 | 2,253 |
| West Palm Beach | WPB | 786 | 638 | 83 | 3,543 | - | D | - | 72 | 786 | 645 | 83 | 3,615 |
| Georgia | | | | | | | | | | | | | |
| Atlanta | ATL | 1,742 | 1,099 | 149 | 8,469 | 13 | 26 | D | 136 | 1,755 | 1,125 | 155 | 8,605 |
| Hawaii | | | | | | | | | | | | | |
| Honolulu | HHW | 214 | 219 | 16 | 1,022 | D | D | - | D | 215 | 226 | 16 | 1,029 |
| Idaho | | | | | | | | | | | | | |
| Boise | BOI | 118 | 392 | D | 418 | D | - | - | D | 119 | 392 | D | 423 |
| Illinois | | | | | | | | | | | | | |
| Chicago | CHI | 2,294 | 1,768 | 270 | 9,576 | D | 24 | D | 65 | 2,300 | 1,792 | 279 | 9,641 |
| Indiana | | | | | | | | | | | | | |
| Indianapolis | INP | 506 | 374 | 48 | 1,380 | D | D | D | 40 | 509 | 375 | 49 | 1,420 |
| Iowa | | | | | | | | | | | | | |
| Des Moines | DSM | 138 | 138 | 11 | 533 | - | D | - | 11 | 138 | 139 | 11 | 544 |
| Kansas | | | | | | | | | | | | | |
| Wichita | WIC | 113 | 199 | D | 467 | - | - | - | D | 113 | 199 | D | 472 |
| Kentucky | | | | | | | | | | | | | |
| Louisville | LOU | 206 | 186 | 33 | 691 | - | D | D | D | 206 | 194 | 35 | 699 |
| Louisiana | | | | | | | | | | | | | |
| New Orleans | NOL | 314 | 224 | 64 | 1,680 | - | D | D | 43 | 314 | 232 | 67 | 1,723 |
| Maine | | | | | | | | | | | | | |
| Portland | POM | 59 | 98 | D | 157 | - | - | - | D | 59 | 98 | D | 158 |
| Maryland | | | | | | | | | | | | | |
| Baltimore | BAL | 1,298 | 1,106 | 81 | 6,749 | D | 22 | D | 280 | 1,305 | 1,128 | 86 | 7,029 |
| Massachusetts | | | | | | | | | | | | | |
| Boston | BOS | 1,402 | 1,075 | 161 | 5,102 | 11 | 13 | D | 115 | 1,413 | 1,088 | 163 | 5,217 |
| Lawrence | LAW | 521 | 360 | 93 | 1,587 | D | D | D | 28 | 522 | 364 | 98 | 1,615 |
| Michigan | | | | | | | | | | | | | |
| Detroit | DET | 684 | 923 | 143 | 1,738 | D | 93 | D | 62 | 690 | 1,016 | 149 | 1,800 |
| Minnesota | | | | | | | | | | | | | |
| St. Paul | SPM | 592 | 838 | 45 | 3,198 | 12 | D | D | 73 | 604 | 844 | 46 | 3,271 |
| Missouri | | | | | | | | | | | | | |
| Kansas City | KAN | 351 | 357 | 25 | 869 | D | 13 | D | 13 | 353 | 370 | 27 | 882 |
| St. Louis | STL | 177 | 198 | 15 | 847 | - | D | - | 34 | 177 | 200 | 15 | 881 |
| Montana | | | | | | | | | | | | | |
| Helena | HEL | 26 | 111 | D | 184 | - | - | - | - | 26 | 111 | D | 184 |
| Nebraska | | | | | | | | | | | | | |
| Omaha | OMA | 156 | 237 | 35 | 435 | - | - | D | 14 | 156 | 237 | 37 | 449 |
| Nevada | | | | | | | | | | | | | |
| Las Vegas | LVG | 703 | 410 | 55 | 3,045 | - | D | D | 25 | 703 | 415 | 56 | 3,070 |
| Reno | REN | 101 | 200 | 11 | 445 | - | D | D | D | 101 | 201 | 12 | 449 |
| New Hampshire | | | | | | | | | | | | | |
| Manchester | MAN | 113 | 95 | 10 | 295 | - | D | D | D | 113 | 96 | 11 | 297 |
| New Jersey | | | | | | | | | | | | | |
| Mount Laurel | MTL | 533 | 486 | 55 | 1,698 | - | D | 15 | 30 | 533 | 490 | 70 | 1,728 |
| Newark | NEW | 2,588 | 2,518 | 305 | 10,968 | D | 25 | D | 95 | 2,597 | 2,543 | 313 | 11,063 |
| New Mexico | | | | | | | | | | | | | |
| Albuquerque | ABQ | 181 | 227 | D | 480 | D | D | - | D | 182 | 233 | D | 486 |
| New York | | | | | | | | | | | | | |
| Albany | ALB | 130 | 142 | D | 457 | - | - | - | 22 | 130 | 142 | D | 479 |
| Brooklyn | BNY | 1,845 | 1,764 | 278 | 10,793 | D | 40 | 11 | 362 | 1,854 | 1,804 | 289 | 11,155 |
| Buffalo | BUF | 190 | 251 | 56 | 657 | D | 10 | D | 84 | 194 | 261 | 58 | 741 |
| Long Island | LNY | 778 | 1,210 | 83 | 3,404 | D | 10 | D | 51 | 779 | 1,220 | 84 | 3,455 |
| New York | NYC | 2,434 | 2,729 | 224 | 15,124 | 17 | 47 | 15 | 558 | 2,451 | 2,776 | 239 | 15,682 |
| Queens | QNS | 1,804 | 1,452 | 123 | 9,328 | 17 | 35 | D | 196 | 1,821 | 1,487 | 125 | 9,524 |

**U.S. Citizenship and Immigration Services**

Number of Form I-130, Petition for Alien Relative, by Category, Case Status, and USCIS Field Office or Service Center Location
January 1 - March 31, 2018

Petitions by Category of Relatives and Case Status

| USCIS Field Office or Service Center Location | | Immediate Relative[1] | | | | All Other Relative[1] | | | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] |
| *North Carolina* | | | | | | | | | | | | | |
| Charlotte | CLT | 549 | 377 | 57 | 1,604 | D | D | D | 18 | 552 | 385 | 58 | 1,622 |
| Raleigh | RAL | 541 | 354 | 26 | 1,429 | D | D | - | 36 | 546 | 359 | 26 | 1,465 |
| *Ohio* | | | | | | | | | | | | | |
| Cincinnati | CIN | 199 | 120 | 31 | 478 | D | D | D | D | 200 | 121 | 32 | 481 |
| Cleveland | CLE | 247 | 250 | 31 | 649 | D | D | D | 15 | 249 | 252 | 32 | 664 |
| Columbus | CLM | 283 | 260 | 40 | 779 | D | D | D | 12 | 285 | 263 | 42 | 791 |
| *Oklahoma* | | | | | | | | | | | | | |
| Oklahoma City | OKC | 406 | 413 | 25 | 1,136 | D | 11 | D | 13 | 408 | 424 | 27 | 1,149 |
| *Oregon* | | | | | | | | | | | | | |
| Portland | POO | 429 | 475 | 32 | 1,314 | - | D | D | D | 429 | 480 | 36 | 1,322 |
| *Pennsylvania* | | | | | | | | | | | | | |
| Philadelphia | PHI | 1,228 | 889 | 218 | 5,389 | D | 30 | D | 105 | 1,235 | 919 | 221 | 5,494 |
| Pittsburgh | PIT | 202 | 138 | D | 640 | D | D | D | D | 205 | 139 | D | 648 |
| *Rhode Island* | | | | | | | | | | | | | |
| Providence | PRO | 210 | 388 | 66 | 813 | - | D | D | D | 210 | 389 | 67 | 817 |
| *South Carolina* | | | | | | | | | | | | | |
| Charleston | CHL | 245 | 269 | 37 | 692 | D | D | - | 10 | 246 | 270 | 37 | 702 |
| Greer | GRR | 126 | 133 | D | 356 | - | D | - | D | 126 | 134 | D | 362 |
| *Tennessee* | | | | | | | | | | | | | |
| Memphis | MEM | 561 | 483 | 42 | 2,279 | D | D | D | 91 | 565 | 489 | 43 | 2,370 |
| Nashville | NTN | | | | | | | | | | | | |
| *Texas* | | | | | | | | | | | | | |
| Dallas | DAL | 2,292 | 1,124 | 228 | 12,717 | 11 | 11 | - | 279 | 2,303 | 1,135 | 228 | 12,996 |
| El Paso | ELP | 524 | 116 | D | 2,337 | D | D | D | 12 | 530 | 117 | 11 | 2,349 |
| Harlingen | HLG | 480 | 726 | 29 | 2,255 | D | D | D | 26 | 481 | 731 | 30 | 2,281 |
| Houston | HOU | 2,436 | 1,186 | 257 | 16,034 | 14 | 27 | D | 75 | 2,450 | 1,213 | 264 | 16,109 |
| San Antonio | SNA | 1,191 | 1,844 | 62 | 4,673 | D | 42 | D | 29 | 1,197 | 1,886 | 66 | 4,702 |
| *Utah* | | | | | | | | | | | | | |
| Salt Lake City | SLC | 557 | 230 | 34 | 2,228 | D | D | D | 15 | 559 | 232 | 35 | 2,243 |
| *Vermont* | | | | | | | | | | | | | |
| St. Albans | STA | 45 | 121 | 18 | 118 | - | D | - | D | 45 | 122 | 18 | 119 |
| *Virginia* | | | | | | | | | | | | | |
| Norfolk | NOR | 328 | 262 | 31 | 1,205 | D | D | - | 29 | 330 | 268 | 31 | 1,234 |
| *Washington* | | | | | | | | | | | | | |
| Seattle | SEA | 844 | 842 | 82 | 3,379 | 10 | D | D | 42 | 854 | 848 | 85 | 3,421 |
| Spokane | SPO | 48 | 84 | D | 91 | D | D | D | D | 49 | 86 | 13 | 92 |
| Yakima | YAK | 119 | 240 | D | 207 | - | D | D | D | 119 | 244 | D | 208 |
| *West Virginia* | | | | | | | | | | | | | |
| Charleston | | | | | | | | | | | | | |
| *Wisconsin* | | | | | | | | | | | | | |
| Milwaukee | MIL | 270 | 612 | 34 | 1,164 | - | 20 | D | 12 | 270 | 632 | 35 | 1,176 |
| **Field Office by Territory[6]** | | | | | | | | | | | | | |
| *Guam* | | | | | | | | | | | | | |
| Agana | AGA | 112 | 106 | 10 | 341 | D | - | - | D | 113 | 106 | 10 | 346 |
| *U.S. Virgin Islands* | | | | | | | | | | | | | |
| Charlotte Amalie | CHA | 22 | D | D | 109 | D | - | D | D | 23 | D | D | 112 |
| Christiansted | CHR | D | - | - | 29 | - | - | - | - | D | - | - | 29 |
| *Puerto Rico* | | | | | | | | | | | | | |
| San Juan | SAJ | 112 | 64 | D | 528 | - | D | - | 20 | 112 | 65 | D | 548 |
| **Service Center** | | | | | | | | | | | | | |
| California | WSC | 352 | 1,285 | 350 | 6,707 | 63,933 | 9,598 | 1,072 | 779,730 | 64,285 | 10,883 | 1,422 | 786,437 |
| Nebraska | NSC | 26,712 | 42,495 | 1,976 | 64,323 | 432 | 675 | 193 | 1,750 | 27,144 | 43,170 | 2,169 | 66,073 |
| Texas | SSC | 44,496 | 40,705 | 1,029 | 94,158 | 957 | 1,000 | 67 | 1,296 | 45,453 | 41,705 | 1,096 | 95,454 |
| Vermont | ESC | D | 226 | 796 | 2,969 | 11 | 2,140 | 735 | 132,644 | 13 | 2,366 | 1,531 | 135,613 |
| Potomac | YSC | 17,871 | 12,385 | 644 | 48,519 | 309 | 195 | 14 | 720 | 18,180 | 12,580 | 658 | 49,239 |

D  Data withheld to protect individuals' privacy.
-  Represents zero

[1] "Immediate Relatives" refers to petitions to sponsor Immediate Relatives of U.S. citizens. "All Other Relatives" refers to petitions to sponsor relatives under Family-based Preferences. International field offices only accept Form I-130 filings for immediate relatives of U.S. citizens residing in the country in which the field office is located.
[2] The number of new petitions received and entered into a case-tracking system during the reporting period.
[3] The number of petitions approved during the reporting period.
[4] The number of petitions that were denied, terminated, or withdrawn during the reporting period.
[5] The number of petitions awaiting a decision as of the end of the reporting period.
[6] Represents the office location. The office location does not reflect the complete area covered by the office's jurisdiction. Please refer to USCIS.gov for office jurisdictions.
NOTE:  1) Some petitions approved, denied, or pending a decision may have been received in prior reporting periods.
          2) The report reflects the most up-to-date estimate available at the time the report is generated.
Sources:  Department of Homeland Security, U.S. Citizenship and Immigration Services, *Performance Reporting Tool*, March 2018.

**U.S. Citizenship and Immigration Services**

Number of Form I-130, Petition for Alien Relative, by Category, Case Status, and USCIS Field Office or Service Center Location
January 1 - March 31, 2018

| USCIS Field Office or Service Center Location | | Petitions by Category of Relatives and Case Status | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Immediate Relative[1] | | | | All Other Relative[1] | | | | Total | | | |
| | | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] | Petitions Received[2] | Approved[3] | Denied[4] | Pending[5] |
| **Total** | | 1,855 | 1,448 | 18 | 860 | N/A | N/A | N/A | N/A | 1,855 | 1,448 | 18 | 860 |
| *International Field Office by Country* | | | | | | | | | | | | | |
| *China* | | | | | | | | | | | | | |
| Beijing | BEI | 54 | 67 | - | D | N/A | N/A | N/A | N/A | 54 | 67 | - | D |
| Guangzhou | GZH | 61 | 67 | - | D | N/A | N/A | N/A | N/A | 61 | 67 | - | D |
| *Cuba* | | | | | | | | | | | | | |
| Havana | HAV | - | D | - | - | N/A | N/A | N/A | N/A | - | D | - | - |
| *Dominican Republic* | | | | | | | | | | | | | |
| Santo Domingo | SDM | 82 | 67 | D | 37 | N/A | N/A | N/A | N/A | 82 | 67 | D | 37 |
| *El Salvador* | | | | | | | | | | | | | |
| San Salvador | SNS | D | 14 | - | D | N/A | N/A | N/A | N/A | D | 14 | - | D |
| *Germany* | | | | | | | | | | | | | |
| Frankfurt | FKG | 287 | 183 | - | 159 | N/A | N/A | N/A | N/A | 287 | 183 | - | 159 |
| *Ghana* | | | | | | | | | | | | | |
| Accra | ACG | D | D | - | D | N/A | N/A | N/A | N/A | D | D | - | D |
| *Greece* | | | | | | | | | | | | | |
| Athens | ATH | 24 | 24 | D | D | N/A | N/A | N/A | N/A | 24 | 24 | D | D |
| *Guatemala* | | | | | | | | | | | | | |
| Guatemala City | GTM | 24 | 30 | - | 11 | N/A | N/A | N/A | N/A | 24 | 30 | - | 11 |
| *Haiti* | | | | | | | | | | | | | |
| Port-au-Prince | PAP | 13 | D | - | D | N/A | N/A | N/A | N/A | 13 | D | - | D |
| *India* | | | | | | | | | | | | | |
| New Delhi | NDI | 43 | 41 | - | 15 | N/A | N/A | N/A | N/A | 43 | 41 | - | 15 |
| *Italy* | | | | | | | | | | | | | |
| Rome | RIT | 99 | 113 | - | 44 | N/A | N/A | N/A | N/A | 99 | 113 | - | 44 |
| *Jordan* | | | | | | | | | | | | | |
| Amman | AMM | 128 | 130 | D | 54 | N/A | N/A | N/A | N/A | 128 | 130 | D | 54 |
| *Kenya* | | | | | | | | | | | | | |
| Nairobi | NBO | 10 | D | - | D | N/A | N/A | N/A | N/A | 10 | D | - | D |
| *Mexico* | | | | | | | | | | | | | |
| Ciudad Juarez | CDJ | 62 | 53 | - | D | N/A | N/A | N/A | N/A | 62 | 53 | - | D |
| Mexico City | MEX | 64 | 66 | D | D | N/A | N/A | N/A | N/A | 64 | 66 | D | D |
| Monterrey | MTR | 11 | 10 | - | D | N/A | N/A | N/A | N/A | 11 | 10 | - | D |
| *Peru* | | | | | | | | | | | | | |
| Lima | LIM | 26 | 24 | - | D | N/A | N/A | N/A | N/A | 26 | 24 | - | D |
| *Philippines* | | | | | | | | | | | | | |
| Manila | MPH | 110 | 99 | D | 55 | N/A | N/A | N/A | N/A | 110 | 99 | D | 55 |
| *Russia* | | | | | | | | | | | | | |
| Moscow | MOS | 19 | 22 | - | - | N/A | N/A | N/A | N/A | 19 | 22 | - | - |
| *South Africa* | | | | | | | | | | | | | |
| Johannesburg | JHS | 16 | 14 | - | D | N/A | N/A | N/A | N/A | 16 | 14 | - | D |
| *South Korea* | | | | | | | | | | | | | |
| Seoul | SEK | 284 | 224 | D | 119 | N/A | N/A | N/A | N/A | 284 | 224 | D | 119 |
| *Thailand* | | | | | | | | | | | | | |
| Bangkok | BKK | 76 | 61 | D | 39 | N/A | N/A | N/A | N/A | 76 | 61 | D | 39 |
| *United Kingdom* | | | | | | | | | | | | | |
| London | LDN | 350 | 123 | - | 269 | N/A | N/A | N/A | N/A | 350 | 123 | - | 269 |

D  Data withheld to protect applicants' privacy.
-  Represents zero
1  "Immediate Relatives" refers to petitions to sponsor Immediate Relatives of U.S. citizens. "All Other Relatives" refers to petitions to sponsor relatives under Family-based Preferences. International Field Offices only accept I-130 filings for immediate relatives of U.S. citizens 21 years or older residing in the country in which the Field Office is located.
2  The number of new applications petitions received and entered into a case-tracking system during the reporting period.
3  The number of applications petitions approved during the reporting period.
4  The number of applications petitions that were denied, terminated, or withdrawn during the reporting period.
5  The number of applications petitions awaiting a decision as of the end of the reporting period.
6  Represents the office location. The office location does not reflect the complete area covered by the office's jurisdiction. Please refer to USCIS.gov for office jurisdictions.
NOTE:  1) Some applications petitions approved, denied, or pending a decision may have been received in prior reporting periods.
2) The report reflects the most up-to-date estimate available at the time the report is generated.
Sources:  Department of Homeland Security, U.S. Citizenship and Immigration Services, Performance Reporting Tool (PRT), March 2018; Department of Homeland Security, U.S. Citizenship and Immigration Services, CAMINO, March 2018.