# Exhibit 2

## AFFIDAVIT OF CHRISTINA A. CORBACI

1. My name is Christina Angelena Corbaci. I am an immigration attorney representing Deng Gao.

2. I previously prepared an affidavit in connection with *Calderon v. Nielsen*, No. 18-cv-10225-MLW, which was submitted as ECF No. 50-7 on April 30, 2018. I now write to provide a brief update on Mr. Gao's case.

3. On May 10, 2018, the Board of Immigration Appeals dismissed Mr. Gao's appeal of the immigration judge's denial of his motion to reopen.

4. The I-130 filed on Mr. Gao's behalf on June 23, 2016 remains pending. I was informed in January 2018 that the case was in the queue for an interview in Boston. That interview has still not been scheduled. I subsequently followed up on the status of the case and I was informed on May 31, 2018 that the U.S. Citizenship and Immigration Services customer service unit would forward my inquiry to the Boston office. I have received no further information from USCIS since then.

5. I also prepared and submitted to United States Citizenship and Immigration Services (USCIS) an I-212, Application for Permission to Reapply for Admission, on Mr. Gao's behalf. I previously intended to wait for the approval of Mr. Gao's I-130, because having an approved I-130 would strengthen the I-212. However, given the lack of movement on their I-130, Mr. Gao and his wife have opted to proceed with the I-212 to avoid further delay.

6. Mr. Gao's I-212 packet was received by USCIS on August 7, 2018 but has apparently still not been processed. No receipt notice has issued and the check for the application fee has not been processed. However, I do have confirmation from the mail carrier that the filing was delivered.

I declare under pain and penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Christina A. Corbaci

10/23/2018
Date