# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>        Plaintiffs-Petitioners, <br><br>        v. <br><br>KIRSTJEN M. NIELSEN, et al., <br><br>        Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT REPORT

This Court has ordered the parties to confer and report, by November 7, 2018, whether they have agreed to settle this case or to jointly request that it be stayed.

The parties met and conferred on November 6, 2018 and continue to discuss potential settlement. The parties have exchanged proposals and continue to discuss those proposals. The parties have not yet reached an agreement to settle this case or to jointly request that it be stayed. The parties will continue to meet and confer regarding settlement and will update this Court as required.

Respectfully submitted this 7th day of November, 2018.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director | /s/ *Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159) |

Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

EVE A. PIEMONTE, BBO No. 628883
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Eve.Piemonte@usdoj.gov

Colleen M. McCullough (BBO # 696455)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Mary L. Larakers*
Trial Attorney
