UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT REPORT

This Court has ordered the parties to confer and report, by November 7, 2018, whether they have agreed to settle this case or to jointly request that it be stayed.

The parties met and conferred on November 6, 2018 and continue to discuss potential settlement. The parties have exchanged proposals and continue to discuss those proposals. The parties have not yet reached an agreement to settle this case or to jointly request that it be stayed. The parties will continue to meet and confer regarding settlement and will update this Court as required.

Respectfully submitted this 7th day of November, 2018.

*Counsel for the Respondents*

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

*Counsel for the Petitioners*

/s/ *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Stephen Provazza (BBO # 691159)

[Handwritten annotation: The parties shall, by November 19, 2018, confer and report further concerning whether they have agreed to settle or would [?] this case. /s/ MLW DJ 11/8/18]