UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., Individually and on behalf of all others similarly situated, Plaintiffs-Petitioners, v. KIRSTJEN M. NIELSEN, et al., Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT REPORT

This Court has ordered the parties to confer and report, by November 19, 2018, whether they have agreed to settle this case or to jointly request that it be stayed. ECF No. 180.

Respondents have stated that they will provide Petitioners a written settlement proposal, which the parties will discuss. The parties have not yet reached an agreement to settle this case or to jointly request that it be stayed. They will continue to meet and confer regarding settlement and will update this Court as required.

Respectfully submitted this 19th day of November, 2018.

It is hereby ORDERED that the parties shall continue to confer and report on the status of their discussions by December 3, 2018.

/s/ Wolf, DJ
Nov. 21, 2018