# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., </br></br>Individually and on behalf of all others similarly situated, </br></br>          Plaintiffs-Petitioners, </br></br>v. </br></br>KIRSTJEN M. NIELSEN, et al., </br></br>          Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT REPORT

This Court has ordered the parties to confer and report, by December 3, 2018, whether they have agreed to settle this case or to jointly request that it be stayed. ECF No. 180.

Both parties have discussed a framework for settlement. In connection with the October 9, 2018 scheduling conference, Petitioners provided Respondents with a written settlement offer. Petitioners subsequently informed Respondents of key items Petitioners would be interested in seeing from any settlement offer. In connection with the November 7, 2018 joint report, Respondents during a telephonic meet and confer provided a summary of certain terms that they stated they would include in a proposed written settlement agreement, to be provided following the meet and confer. In discussions on November 30, 2018, Respondents stated that they would not provide a proposed written settlement agreement until after a decision on class certification. It is Respondents' position that this

is due to the fact that the decision on class certification will dictate whether a formal settlement agreement must comply with Federal Rule of Civil Procedure 23(e).

Respectfully submitted this 3rd day of December, 2018.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| J. MAX WEINTRAUB<br>Senior Litigation Counsel | 60 State Street<br>Boston, MA 02109 |
| /s/*Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br><br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*Mary L. Larakers*
Trial Attorney
