# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | ) ) ) |
| Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs-Petitioners, | ) No. 1:18-cv-10225-MLW ) ) |
| v. | ) ) |
| KIRSTJEN M. NIELSEN, et al., | ) ) |
| Defendants-Respondents. | ) ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Petitioners in the above captioned matter.

Respectfully submitted,

Dated: December 20, 2018

*/s/ Shirley X. Li Cantin*
WILMER CUTLER PICKERING
HALE AND DORR LLP
Shirley X. Li Cantin, Esq. (BBO # 675377)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
E-mail: shirley.cantin@wilmerhale.com

*Attorney for Petitioners*