# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW ) ) ) ) ) ) ) ) ) |

## STATUS REPORT AND MOTION FOR EXTENSION OF TIME AND CONTINUANCE OF HEARING

This Court has ordered the parties to confer by December 20, 2018, and:

(a) Report whether they have agreed to settle this case or to request jointly that it be stayed; and

(b) Present any request they may have for discovery.

Dec. 7, 2018 Order (Dkt. No. 193) at 3. The parties address the status of each issue below.

Additionally, Petitioners respectfully move for (1) a continuance of the February 14-15, 2018 hearing; and (2) an extension of time to file the additional briefing the Court requested in its December 7, 2018 Order. *Id*. at 3-4. Respondents do not oppose.

### (a) Whether the parties have agreed to settle or stay this case

Petitioners' Statement: After several inquiries from Petitioners, Respondents provided what they characterize as a settlement offer today. Petitioners do not regard the document as a settlement offer, but are committed to continuing discussions using the document Respondents provided.

Respondent's Statement: On December 20, 2018, Respondents sent Petitioners a proposed written settlement offer, which, if approved by Petitioners, could form the basis of a formal settlement agreement.

**(b)** **Requests for discovery**

Petitioners sent initial requests for production to Respondents for discussion on December 20, 2018 and intend to send additional written discovery related to the individual Petitioners' claims. See Am. Compl. ¶¶ 112-146. Petitioners and Respondents will meet and confer to discuss any discovery requests and the parties will report to the Court as appropriate. The parties understand that any discovery will be produced pursuant to agreement or court order. See ECF No. 168 ("The parties shall not serve any additional requests for discovery unless a motion to do so is allowed."); ECF No. 193 (requiring the parties to "present any request they may have for discovery.").

**(c)** **Motion for an extension of time and a continuance of the February 14, 2018 hearing**

Pursuant to Local Rule 7.2, Petitioners respectfully move this Court to: (1) extend the deadline for the filing of the parties' supplemental briefing regarding "vesting" and Petitioners' Administrative Procedure Act and Equal Protection Clause claims until January 25, 2018; (2) extend the deadline for the filing of the parties' replies until February 8, 2018; and (3) continue the February 14-15 hearing until March 4-6 2018, subject to the Court's availability. The requested extension of time is necessary because the existing hearing date conflicts with professional obligations of Petitioners' lead counsel, including a trial in this district, and to allow Petitioners and their counsel to fully prepare the supplemental briefing. Petitioners have conferred with Respondents' counsel, who do not oppose.

Respectfully submitted this 20th day of December, 2018.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | */s/ Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| MONIQUE T. PEOPLES<br>Senior Litigation Counsel | 60 State Street<br>Boston, MA 02109 |
| */s/ Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br><br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 |
| EVE A. PIEMONTE, BBO No. 628883<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Eve.Piemonte@usdoj.gov | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |

ActiveUS 170962733v.1