UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, ET AL., <br>     Petitioners, <br><br> v. <br><br> KRISTJEN M. NIELSEN, ET AL, <br>     Respondents. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                         December 26, 2018

In view of the December 20, 2018 joint status report (Docket No. 200), it is hereby ORDERED that:

1. Petitioner's request for a revised briefing schedule is ALLOWED, the proposed revised schedule is ADOPTED, and the February 14-15, 2019 hearing is CANCELLED. The hearing will be rescheduled after briefing is complete.

2. The parties shall continue to confer and, by January 18, 2019, report whether they have reached an agreement to settle this case or to request jointly that it be stayed.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE