UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ<br>AND LUIS GORDILLO, ET AL.,<br>individually and on behalf of all<br>others similarly situated,<br><br>    Petitioner-Plaintiffs,<br><br>    v.<br><br>KIRSTJEN M. NIELSEN, ET AL.,<br><br>    Respondent-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                              January 4, 2019

It is hereby ORDERED that:

1. The petitioners' Motion for Clarification of this Court's April 13, 2018 Order (Docket No. 37) is MOOT.

2. The petitioners' Assented to Motion for Leave to File Excess Pages (Docket No. 48) is MOOT.

3. The petitioners' Assented to Motion to Seal their Supplemental Memorandum in Support of their Motions for Preliminary Injunctive Relief and Class Certification and their Exhibits associated with the August 1, 2018 Declaration of Stephen N. Provazza (Docket No. 126) ("Petitioners' Motion to Seal") is ALLOWED.

4. The petitioners shall file redacted versions of the material referenced in petitioners' Motion to Seal (Docket No. 126).

5. The respondents' Assented to Motion to File Under Seal their Supplemental Memorandum in Further Support of their Opposition to Petitioners' Motions for Preliminary Injunctive Relief and Class Certification and accompanying exhibits (Docket No. 133) is ALLOWED.

                                                  /s/ Mark L. Wolf
                                            UNITED STATES DISTRICT JUDGE