# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

## MOTION FOR A STAY
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the parties': (1) Joint Report due on January 18, 2019, and; (2) briefing on the issues identified by this Court including the merits of Petitioners claims' concerning the Administrative Procedure Act, 5 U.S.C. §§553, 706(2)(A), and the Equal Protection Clause of the Fifth Amendment – and the relevance of those claims for certification of the proposed class, which is due on January 25, 2019. ECF Nos. 193, 201.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress. Currently, the parties must submit a Joint Report on January 18, 2019, and a brief addressing the issues identified by this Court on January 25, 2019. ECF Nos. 193, 201.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the Joint Report due on January 18, 2019, and the brief addressing Petitioner's APA and Equal Protection claims due on January 25, 2019, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Counsel for the Petitioners have indicated that they oppose the relief sought in this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of these deadlines until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: January 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

*/s/ Mary L. Larakers.*
MARY L. LARAKERS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

ATTORNEYS FOR RESPONDENTS

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, counsel for Respondents conferred with counsel for Petitioners, who oppose the relief sought in this motion.

*/s/ Mary L. Larakers*
Mary L. Larakers
Trial Attorney

## CERTIFICATE OF SERVICE

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Mary L. Larakers
Mary L. Larakers
Trial Attorney

Dated: January 10, 2019