**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | ) ) ) | |
| | ) | |
| Plaintiffs-Petitioners, | ) ) | No. 1:18-cv-10225-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| KIRSTJEN M. NIELSEN, et al., | ) | |
| | ) | |
| Defendants-Respondents. | ) | |
| | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER**

Having considered Respondents' motion for a stay in light of the lapse in appropriations, the Court GRANTS Respondents' motion. Respondents shall inform the court when Department of Justice attorneys are permitted to resume their usual civil litigation functions.

IT IS SO ORDERED.


DATED: _____                           _____
                                                                            Hon. Mark L. Wolf
                                                                            United States District Judge