UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ      )
AND LUIS GORDILLO, ET AL.,          )
individually and on behalf of all   )
others similarly situated,          )
                                    )
        Petitioner-Plaintiffs,      )
                                    )
             v.                     )      C.A. No. 18-10225-MLW
                                    )
KIRSTJEN M. NIELSEN, ET AL.,        )
                                    )
        Respondent-Defendants.      )
                                    )

ORDER

WOLF, D.J.                                    January 11, 2019

     The court has read Respondents' Motion for a Stay in Light of
Lapse of Appropriations (Docket No. 204) (the "Motion") and
Petitioners' Response to the Motion (Docket No. 205). Petitioners
offer to consent to the requested stay if three reporting
conditions are also ordered. They state that "[t]he reporting
Petitioners seek is an extension of reporting that the government
has already been providing - including as recently as January 9,
2019 - during the pendency of the present shutdown." Docket No.
205 at 2. However, it appears to the court that the proposed second
and third conditions may be new, additional conditions. Moreover,
the Response does not indicate whether the parties have discussed
the conditions for a stay that Petitioners propose or whether the
Respondents oppose their imposition.

Accordingly, it is hereby ORDERED that:

1.    Counsel for the parties shall confer and, by January 14, 2019, report whether they have reached agreement on conditions to be imposed on the requested stay and, if not, their respective positions on the three conditions the Petitioners propose. If jointly requested, the court will extend this deadline.

2.    Respondents shall continue to provide to Petitioners the monthly report(s) on which the agreed-upon stay of Petitioners' Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Docket No. 49) has been conditioned.

UNITED STATES DISTRICT JUDGE

2