UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT REPORT

This Court has ordered the parties to confer and report, by January 14, 2019, whether they have reached an agreement on conditions to be imposed on the requested stay and, if not, their respective positions. The parties request an extension, until January 15, 2019, to file their joint report so that they can continue to confer regarding the conditions. *See* ECF No. 206 (allowing for the parties to jointly request an extension of this deadline).

Respectfully submitted this 14th day of January, 2019.

ALLOWED.

W0U, DJ

Jan. 15, 2019

1