# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **DECLARATION OF STEPHEN N. PROVAZZA IN SUPPORT OF JANUARY 15, 2019 JOINT REPORT** |

I, Stephen N. Provazza, declare as follows:

**1.** I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of the parties' January 15, 2019 Joint Report.

**2.** Attached hereto as Exhibit A is a true and correct redacted copy of an email received by Stephen N. Provazza from Mary.L.Larakers@usdoj.gov dated May 25, 2018.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

2

Executed this 15th day of January, 2019, in Boston, Massachusetts.

/s/  *Stephen N. Provazza*
Stephen N. Provazza (BBO # 691159)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  stephen.provazza@wilmerhale.com