# EXHIBIT A

# Provazza, Stephen

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> |
| **Sent:** | Friday, May 25, 2018 11:06 AM |
| **To:** | Adriana Lafaille; McCullough, Colleen; Cox, Jonathan; kathleen.m.gillespie@outlook.com; Prussia, Kevin S; MSegal@aclum.org; Sewall, Michaela P.; Provazza, Stephen |
| **Cc:** | Weintraub, J. Max (CIV); Piemonte, Eve (USAMA) |
| **Subject:** | RE: Calderon Discussions |
| **Attachments:** | [redacted]_Redacted.pdf; G-28 Calderon Morales Jovel [redacted]_Redacted.pdf; G-28 Da Silva Jose Felicio [redacted]_Redacted.pdf; G-28 Martinez Martinez Faviola [redacted]_Redacted.pdf; G-28 Mateus-De Oliveira Fabiano [redacted]_Redacted.pdf; G-28 Mchilloh Mkazilakwa Omary [redacted]_Redacted.pdf |

Everyone,

Please see attached the copies of the G-28's you requested.

Best,
Mary

**Mary L. Larakers**
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 353 4419
F: (202) 305-7000
mary.l.larakers@usdoj.gov

1