UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LILIAN PAHOLA CALDERON JIMENEZ      )
AND LUIS GORDILLO, ET AL.,          )
individually and on behalf of all   )
others similarly situated,          )
                                    )
        Petitioner-Plaintiffs,      )
                                    )
            v.                      )     C.A. No. 18-10225-MLW
                                    )
KIRSTJEN M. NIELSEN, ET AL.,        )
                                    )
        Respondent-Defendants.      )
                                    )
```

ORDER

WOLF, D.J.                                              January 17, 2019

The court has considered the parties' Joint Report (Docket No. 209) concerning respondents' Motion for a Stay in Light of Government Shutdown (Docket No. 204). As it uncertain when the government shutdown will end, it is uncertain whether any of the additional reporting requirements that petitioners propose as conditions for any stay are necessary or appropriate. Accordingly, the court is ordering a brief stay of the litigation in this case and imposing no new reporting requirements now.

More specifically, it is hereby ORDERED that:

1. Respondents' Motion for Stay in Light of Lapse of Appropriations (Docket No. 204) is ALLOWED to the extent that further litigation of this case is STAYED until February 5, 2019.

Therefore, the parties are excused from making the submissions on January 18 and 25, 2019 previously ordered.

2. Respondents shall continue to provide petitioners the monthly reports they have been providing by agreement.

3. The parties shall continue to confer and attempt to agree on the conditions, if any, that should be imposed if the stay is extended beyond February 5, 2019.

4. Any motion to extend the stay shall be filed by January 29, 2019, and state the conditions, if any, the respondents propose concerning the stay. Petitioners shall, by January 31, 2019, respond to any such motion and state the conditions for any further stay they propose.

5. If the government shutdown ends before February 5, 2019, the parties shall confer and promptly file a motion to lift the stay with a proposed schedule for making the submissions delayed because of the stay.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE