## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION TO LIFT STAY

On January 17, 2019, this Court ordered that upon the restoration of appropriations, the parties shall confer and file a motion to lift the stay with a proposed schedule for the submissions delayed by the stay. ECF No. 211. On January 25, 2019, funding was restored to the U.S. Department of Justice. Accordingly, the parties propose the following schedule with regard to the memoranda ordered by this Court on December 7, 2018 (ECF No. 193):

1. Petitioners' Memorandum: February 21, 2019

2. Respondents' Memorandum: March 7, 2019

3. Petitioners' Reply Memorandum: March 21, 2019

4. Respondents' Reply Memorandum: March 28, 2019

5. Hearing to be held at the Court's convenience between April 22-23 or 25-26, 2019.

The parties further propose that they confer and by February 14, 2019, report (a) whether they have agreed to settle this case or to request jointly that it be stayed and (b) whether

Respondents have agreed to produce any discovery or whether Petitioners will seek a court order regarding discovery.

Respectfully submitted this 29th day of January, 2018.

*Counsel for the Respondents*

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ *Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for the Petitioners*

/s/ *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
Shirley X. Li Cantin (BBO # 675377)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

ActiveUS 171486983v.1