UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
and LUIS GORDILLO, et al., )
)
Individually and on behalf of all others )
similarly situated, )
) No. 1:18-cv-10225-MLW
Plaintiffs-Petitioners, )
)
v. )
)
KIRSTJEN M. NIELSEN, et al., )
)
Defendants-Respondents. )

## JOINT MOTION TO LIFT STAY

On January 17, 2019, this Court ordered that upon the restoration of appropriations, the parties shall confer and file a motion to lift the stay with a proposed schedule for the submissions delayed by the stay. ECF No. 211. On January 25, 2019, funding was restored to the U.S. Department of Justice. Accordingly, the parties propose the following schedule with regard to the memoranda ordered by this Court on December 7, 2018 (ECF No. 193):

1. Petitioners' Memorandum: February 21, 2019
2. Respondents' Memorandum: March 7, 2019
3. Petitioners' Reply Memorandum: March 21, 2019
4. Respondents' Reply Memorandum: March 28, 2019
5. Hearing to be held at the Court's convenience between April 22-23 or 25-26, 2019.

The parties further propose that they confer and by February 14, 2019, report (a) whether they have agreed to settle this case or to request jointly that it be stayed and (b) whether

[Handwritten margin note, right side:] WOU, D.J. Feb 1, 2019 Criminal trial scheduled to begin on April 29, 2019 commence then.

[Handwritten note at bottom:] This motion is hereby allowed, except with regard to the proposed hearing dates, which will be determined after the motions are fully briefed and/or the court determines whether a