**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Petitioners in the above captioned matter.

Respectfully submitted,

Dated: February 14, 2019        */s/ Matthew W. Costello*
WILMER CUTLER PICKERING
HALE AND DORR LLP
Matthew W. Costello, Esq. (BBO # 696384)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6313
Facsimile: (617) 526-5000
E-mail: matthew.costello@wilmerhale.com

*Attorney for Petitioners*