UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT REPORT

This Court has ordered the parties to confer and report, by February 14, 2019, (a) whether they have agreed to settle this case or to jointly request that it be stayed and (b) whether Respondents have agreed to produce any discovery or whether Petitioners will seek a court order regarding discovery. ECF No. 213.

   a. On December 20, 2019, Respondents sent Petitioners, in writing, a number of potential settlement terms. On February 12, 2019, Petitioners made edits to those potential settlement terms. Respondents are currently considering Petitioners' edits to the potential settlement terms. The parties are also discussing whether to jointly request that the case be stayed.

   b. The parties met and conferred regarding potential discovery concerning the named Petitioners. The parties have not yet reached an agreement, but will confer again within approximately seven days regarding Petitioners' pending requests.

c. The parties propose that they confer and by March 7, 2019, report (a) whether they have agreed to settle this case or to jointly request that it be stayed and (b) whether Respondents have agreed to produce any discovery or whether Petitioners will seek a court order regarding discovery.

Respectfully submitted this 14th day of February, 2019.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Shirley X. Li Cantin (BBO # 675377) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Michaela P. Sewall (BBO # 683182)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384) |
| J. MAX WEINTRAUB<br>Senior Litigation Counsel | WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>60 State Street |
| /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation, District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br><br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |