UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT REPORT

This Court has ordered the parties to confer and report, by February 14, 2019, (a) whether they have agreed to settle this case or to jointly request that it be stayed and (b) whether Respondents have agreed to produce any discovery or whether Petitioners will seek a court order regarding discovery. ECF No. 213.

a. On December 20, 2019, Respondents sent Petitioners, in writing, a number of potential settlement terms. On February 12, 2019, Petitioners made edits to those potential settlement terms. Respondents are currently considering Petitioners' edits to the potential settlement terms. The parties are also discussing whether to jointly request that the case be stayed.

b. The parties met and conferred regarding potential discovery concerning the named Petitioners. The parties have not yet reached an agreement, but will confer again within approximately seven days regarding Petitioners' pending requests.

The parties shall, by March 7, 2019, confer and update this Report.

W6y. D.J.    Feb. 15, 2019