# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | ) ) ) ) | |
| Individually and on behalf of all others similarly situated, | ) ) ) ) | No. 1:18-cv-10225-MLW |
| Plaintiffs-Petitioners, | ) ) ) | |
| v. | ) ) ) | |
| KIRSTJEN M. NIELSEN, et al., | ) ) ) | |
| Defendants-Respondents. | ) ) ) | |

## JOINT MOTION TO EXCEED 20-PAGE LIMIT

Petitioners and Respondents jointly request that they be permitted to exceed the twenty-page limit set forth in Local Rule 7.1(B)(4) for the memoranda ordered by this Court on December 7, 2018, Dkt. 193, and pursuant to which Petitioners will submit a memorandum to the Court today, February 21. Dkt. 213. Based on the breadth of the topics this Court identified in its December 7 Order, the parties require additional pages to fully address the relevant issues. Therefore, they respectfully seek leave to file memoranda on February 21 and March 7 that do not exceed thirty pages.

Respectfully submitted this 21st day of February, 2019.

| | |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | /s/ *Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Shirley X. Li Cantin (BBO # 675377)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br><br>*Counsel for Petitioners* |

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director,  Office of Immigration Litigation<br><br>J. MAX WEINTRAUB<br>Senior Litigation Counsel<br><br>/s/  *Mary L. Larakers*<br>MARY L. LARAKERS (Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov<br><br>*Counsel for Respondents* | EVE A. PIEMONTE, BBO No. 628883<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Eve.Piemonte@usdoj.gov |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Kevin Prussia, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents met and conferred in good faith to resolve the issues presented by this motion on February 21, 2019, and have agreed to file this motion jointly.

*/s/ Kevin S. Prussia*
Kevin S. Prussia
