UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT REPORT

This Court has ordered the parties to confer and, by March 7, 2019, update their report regarding (a) whether they have agreed to settle this case or to jointly request that it be stayed and (b) whether Respondents have agreed to produce any discovery or whether Petitioners will seek a court order regarding discovery. Dkt. 216.

**a) Whether the parties have agreed to settle or stay this case**

The parties have engaged in discussion regarding settlement, including exchanging potential settlement terms. The parties are presently unable to agree to settle or otherwise stay this case at this time. However, the parties will revisit their respective positions on potential settlement terms after this Court rules on the issues currently being briefed by the parties. *See* Dkt. 193.

**b) Discovery regarding the claims of named Petitioners**

**Petitioners' Statement:**

1

Following discussions regarding limited requests for documents related to named Petitioners' Due Process claims, Respondents have refused to provide any discovery at this time. Petitioners intend to move the Court to open discovery regarding the named Petitioners' claims pursuant to Fed. R. Civ. P. 26(b).

**Respondents' Statement:**

On December 20, 2019, Petitioners sent Respondents requests for production of documents. The parties met and conferred on these discovery requests several times but were unable to come to an agreement. Respondents will oppose Petitioners' motion to open discovery regarding the named Petitioners' claims as Respondents do not believe their discovery requests are relevant to the issues before this Court or proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b)(1).

Respectfully submitted this 7th day of March, 2019.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Shirley X. Li Cantin (BBO # 675377) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384) |
| WILLIAM H. WEILAND<br>Trial Attorney<br>Office of Immigration Litigation | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000 |
| /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br><br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 |
| EVE A. PIEMONTE, BBO No. 628883<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Eve.Piemonte@usdoj.gov | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |