## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | ) ) ) ) | |
| Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs-Petitioners, | ) ) | No. 1:18-cv-10225-MLW |
| v. | ) ) | |
| KIRSTJEN M. NIELSEN, et al., | ) ) | |
| Defendants-Respondents. | ) ) | |

## PETITIONERS' ASSENTED-TO MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Petitioners respectfully move this Court to: (1) extend the deadline for filing Petitioners' Supplemental Reply Memorandum in Support of the Motion for Class Certification until March 22, 2019; and (2) extend the deadline for filing Respondents' Supplemental Sur-Reply in Opposition to the Motion for Class Certification until March 29, 2019.

As grounds for this motion, Petitioners state as follows:

1.     To address the issues raised in Respondents' Supplemental Opposition, Petitioners request a one-day extension of time, until March 22, 2019, to file their Reply.  To avoid prejudice to Respondents, Petitioners also request a one-day extension of time, until March 29, 2019, for Respondents to file their Sur-Reply.

2.     Petitioners have conferred with Respondents' counsel, who assent to this motion.

WHEREFORE, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Petitioners respectfully move this Court to: (1) extend the deadline for filing Petitioners' Supplemental Reply

Memorandum in Support of Motion for Class Certification until March 22, 2019; and (2) extend

the deadline for filing Respondents' Supplemental Sur-Reply in Opposition to the Motion for Class

Certification until March 29, 2019.

      Respectfully submitted this 21st day of March, 2019.

                                          *s/ Kevin S. Prussia*

Matthew R. Segal (BBO # 654489)          Kevin S. Prussia (BBO # 666813)
Adriana Lafaille (BBO # 680210)           Shirley X. Li Cantin (BBO # 675377)
AMERICAN CIVIL LIBERTIES UNION       Stephen Provazza (BBO # 691159)
FOUNDATION OF MASSACHUSETTS, INC.   Colleen M. McCullough (BBO # 696455)
211 Congress Street                       Matthew W. Costello (BBO # 696384)
Boston, MA 02110                      WILMER CUTLER PICKERING
(617) 482-3170                         HALE AND DORR LLP
                                60 State Street
Kathleen M. Gillespie (BBO # 661315)   Boston, MA 02109
Attorney at Law                        Telephone: (617) 526-6000
6 White Pine Lane                     Facsimile:  (617) 526-5000
Lexington, MA 02421                kevin.prussia@wilmerhale.com
(339) 970-9283                        shirley.cantin@wilmerhale.com
                                  stephen.provazza@wilmerhale.com

                                *Attorneys for Petitioners*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, Kevin S. Prussia, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents conferred in good faith on March 20, 2019, regarding resolution of this motion.  Counsel for Respondents indicated that they assent to this motion.

*/s/ Kevin S. Prussia*