UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**PETITIONERS' MOTION TO
OPEN DISCOVERY FOR THE NAMED PETITIONERS**

Pursuant to Rules 16(b), 26(b), and 26(f) of the Federal Rules of Civil Procedure, and for the reasons stated in the accompanying Memorandum, Petitioners seek leave to open discovery on behalf of named Petitioners' claims. Petitioners respectfully request that the Court issue an order:

1. Opening discovery with respect to named Petitioners' claims;

2. Compelling Respondents to produce documents responsive to Petitioners' proposed Requests for Production (attached to the contemporaneously filed April 18, 2019 Declaration of Shirley X. Li Cantin as Exhibit A); and

3. Set a scheduling conference and issue a scheduling order pursuant to Fed. R. Civ P. 16(b) and 26(f).

Respectfully submitted this day of April 18, 2019.

/s/   Kevin S. Prussia

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

Kevin S. Prussia (BBO # 666813)
Shirley X. Li Cantin (BBO # 675377)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com
*Attorneys for Petitioners*

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Kevin S. Prussia, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for the Respondents in a good faith attempt to narrow or resolve the issues in this motion.

*/s/ Kevin S. Prussia*
Kevin S. Prussia
