UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br>　　　　Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br>　　　　Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **DECLARATION OF SHIRLEY X. LI CANTIN IN SUPPORT OF PETITIONERS' MEMORANDUM IN SUPPORT OF PETITIONERS' MOTION TO OPEN DISCOVERY FOR THE NAMED PETITIONERS** |

I, Shirley X. Li. Cantin, declare as follows:

**1.** I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Memorandum in support of Petitioners' Motion to Open Discovery for the Named Petitioners.

**2.** Attached hereto as Exhibit A is a true and correct copy of a proposed set of Requests for Production that Petitioners' counsel presented to Respondents on December 20, 2019.

**3.** Attached hereto as Exhibit B is a true and correct redacted copy of an email exchange between Petitioners' counsel and Respondents' counsel between February 12, 2019 and March 6, 2019.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts

set forth above are true and correct.

Executed this 18 day of April, 2019, in Boston, Massachusetts.

*/s/   Shirley X. Li Cantin*

Shirley X. Li Cantin (BBO # 675377)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email  shirley.cantin@wilmerhale.com
*Attorney for Petitioners*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2019, a true copy of the foregoing and accompanying exhibits will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

                                                      */s/   Shirley X. Li Cantin*
                                                      Shirley X. Li Cantin