# Exhibit B

# Cantin, Shirley

| | |
|---|---|
| **From:** | Provazza, Stephen |
| **Sent:** | Wednesday, March 6, 2019 6:32 PM |
| **To:** | Larakers, Mary L. (CIV); Weiland, William H. (CIV) |
| **Cc:** | WH ACLU MA Calderon Class Action; MSegal@aclum.org; Kathleen Gillespie; Adriana Lafaille |
| **Subject:** | RE: Calderon - February 14 Status Report |

Hi Mary,

As you know, it is not possible for us to know in advance what specific relevant documents are in the A-file. In Response to the government's statement that it would not provide documents responsive to Petitioners' narrow requests for production, but might provide documents from our client's A-files, Petitioners have endeavored several times to make A-file requests that the government might be willing to comply with. Respondents have now refused to provide: 1) only those documents from the A-files that are responsive to our specific requests for production; 2) entire A-files; or 3) documents from A-files that have not already been previously produced and were not applications submitted by the Petitioners themselves. It is not possible for Petitioners to keep guessing at possible documents within their A-files that the government might be willing to provide. Petitioners are obligated to interpret your clients' position as a refusal to provide any discovery related to the named Petitioners' claims.

-Steve

**Stephen Provazza | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6212 (t)
+1 617 526 5000 (f)
stephen.provazza@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Monday, March 4, 2019 3:50 PM
**To:** McCullough, Colleen <Colleen.McCullough@wilmerhale.com>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>; Adriana Lafaille <ALafaille@aclum.org>
**Subject:** RE: Calderon - February 14 Status Report

Counsel,

Respondents also decline to produce the documents requested from Petitioners' a-files at this time. Many of the documents in Petitioners' a-files were created in connection with their removal proceedings, which seem unrelated to the claims presented but would still need to be reviewed for privileged information. Should you wish to further narrow your request regarding the a-files, I would be happy to pass that along to Respondents.

Thank you,
Mary

---

**From:** Larakers, Mary L. (CIV)
**Sent:** Monday, March 04, 2019 1:36 PM
**To:** 'McCullough, Colleen' <Colleen.McCullough@wilmerhale.com>; Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>; Adriana Lafaille <ALafaille@aclum.org>
**Subject:** RE: Calderon - February 14 Status Report

Colleen,

Respondents do not assent to your motion seeking discovery regarding the named petitioners. However, Respondents are still considering your offer regarding the documents from the named petitioners' a-files. I hope to have an answer regarding the latter today.

Best,
Mary

---

**From:** McCullough, Colleen <Colleen.McCullough@wilmerhale.com>
**Sent:** Friday, March 01, 2019 9:20 AM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>; Adriana Lafaille <ALafaille@aclum.org>
**Subject:** RE: Calderon - February 14 Status Report

Mary,

At this stage in the case we believe discovery related to Petitioners' individual claims, such as the proposed Requests for Production, is appropriate.  It has now been six months since your Motion to Dismiss was denied and it is indisputable that the named Petitioners can proceed with their claims.  It was our understanding that Respondents would be willing to meaningfully consider discovery requests related to the individual Petitioners.

On our February 14, 2019 call, we discussed our proposed Requests for Production.  During that call, you stated that Respondents' objection to Petitioners' discovery request was that it was, in Respondents' view, duplicative of materials previously produced.  You thus indicated that Respondents might be willing to produce documents that they had not previously produced. In response, we pointed out several categories of responsive materials that were entirely non-duplicative of what has been previously produced and are highly relevant to the individual claims of Petitioners, including any documents regarding Petitioners who were not detained (Deng Gao, Sandro De Souza, and Oscar Rivas), USCIS internal communications, any responsive documents from before January 1, 2018, and RCA work-ups for the Petitioners. Your response now indicates that, despite having told us that the government's primary objection was that the Requests were duplicative, Respondents are not, in fact, willing to produce discovery.

In light of this, we plan to move the Court to open discovery on Petitioners' individual claims.  Do you assent to our motion?

Regarding Respondents' offer to consider producing documents from the named Petitioners' A-files, can you confirm that Respondents are unwilling to produce the entire A-files?  If that is correct, would they be willing to produce any documents in the Petitioners' A-files that 1) have not already been produced, and 2) were not submitted by the noncitizens or their spouses, or, if submitted by the noncitizens or their spouses, contain notations (other than receipt stamps) made by government officials? In other words, we recognize that much of the A-file consists of applications submitted by our clients. We are thus willing for present purposes to limit this part of our request to documents that originated with government agencies (or third parties, if applicable) or have notations on them made by government employees.

Please let us know,

Colleen

**Colleen McCullough | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6348 (t)
+1 617 526 5000 (f)
colleen.mccullough@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Adriana Lafaille <ALafaille@aclum.org>
**Sent:** Tuesday, February 26, 2019 10:32 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; McCullough, Colleen <Colleen.McCullough@wilmerhale.com>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Subject:** RE: Calderon - February 14 Status Report

Best,
Adriana

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Monday, February 25, 2019 5:06 PM
**To:** Adriana Lafaille <ALafaille@aclum.org>; McCullough, Colleen <Colleen.McCullough@wilmerhale.com>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Matthew Segal <MSegal@aclum.org>; Kathleen Gillespie <gilleska@hotmail.com>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Subject:** RE: Calderon - February 14 Status Report

Adriana,

3



Best,
Mary

**From:** Adriana Lafaille <ALafaille@aclum.org>
**Sent:** Monday, February 25, 2019 4:52 PM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; McCullough, Colleen <Colleen.McCullough@wilmerhale.com>; Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Matthew Segal <MSegal@aclum.org>; Kathleen Gillespie <gilleska@hotmail.com>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Subject:** RE: Calderon - February 14 Status Report

Adriana

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Monday, February 25, 2019 4:19 PM
**To:** McCullough, Colleen <Colleen.McCullough@wilmerhale.com>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; Matthew Segal <MSegal@aclum.org>; Kathleen Gillespie <gilleska@hotmail.com>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Subject:** RE: Calderon - February 14 Status Report

Good Afternoon,

I was able to speak with all of the agencies regarding discovery. Generally, they will not agree to produce the documents responsive to your discovery requests as they are drafted currently. Nor will they agree to produce the categories of documents we spoke about over the phone (i.e. USCIS Boston emails regarding the named petitioners, documents from petitioners' a-files that are dated prior to 2018 etc.). However, if there are specific documents from the named petitioners' a-files you would like produced, they are willing to consider such specific requests.



Best,
Mary

**From:** McCullough, Colleen <Colleen.McCullough@wilmerhale.com>
**Sent:** Thursday, February 14, 2019 2:50 PM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Subject:** RE: Calderon - February 14 Status Report

█████████████████

Colleen

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Thursday, February 14, 2019 2:49 PM
**To:** McCullough, Colleen <Colleen.McCullough@wilmerhale.com>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Subject:** RE: Calderon - February 14 Status Report

Hi Colleen,

█████████████████

Thanks,
Mary

---

**From:** McCullough, Colleen <Colleen.McCullough@wilmerhale.com>
**Sent:** Thursday, February 14, 2019 2:43 PM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>; Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Subject:** RE: Calderon - February 14 Status Report

Hi Mary,

█████████████████

Thanks,
Colleen

**Colleen McCullough | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6348 (t)
+1 617 526 5000 (f)
colleen.mccullough@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Thursday, February 14, 2019 12:35 PM
**To:** Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Cc:** Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>
**Subject:** RE: Calderon - February 14 Status Report

All,

It was good talking to you today. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Best,
Mary

**From:** Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Sent:** Tuesday, February 12, 2019 8:34 PM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>
**Cc:** Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>
**Subject:** Calderon - February 14 Status Report

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

-Steve

**Stephen Provazza | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6212 (t)
+1 617 526 5000 (f)
stephen.provazza@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.