UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW |

PETITIONERS' MOTION TO
OPEN DISCOVERY FOR THE NAMED PETITIONERS

Pursuant to Rules 16(b), 26(b), and 26(f) of the Federal Rules of Civil Procedure, and for the reasons stated in the accompanying Memorandum, Petitioners seek leave to open discovery on behalf of named Petitioners' claims. Petitioners respectfully request that the Court issue an order:

1. Opening discovery with respect to named Petitioners' claims;

2. Compelling Respondents to produce documents responsive to Petitioners' proposed Requests for Production (attached to the contemporaneously filed April 18, 2019 Declaration of Shirley X. Li Cantin as Exhibit A); and

3. Set a scheduling conference and issue a scheduling order pursuant to Fed. R. Civ P. 16(b) and 26(f).

It is hereby ordered that defendants shall, by April 29, 2019, respond to this motion. It may be addressed at the hearing that will begin on May 2, 2019.

Wolf, D.J    4/19/19