UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION TO CONTINUE

On April 17, 2019, this Court scheduled a hearing for May 2, 2019, to May 3, 2019, if necessary. ECF No. 227. Due to previously scheduled professional obligations for Petitioners' counsel, the parties respectfully ask the Court to continue the hearing. The parties have conferred and propose May 22-24 for a hearing, or another date at the Court's convenience.

If the hearing date is continued, Respondents request an extension of time to respond to Petitioners' Motion to Open Discovery until May 2, 2019, which is consistent with L.R. 7.1(b)(2). *See* ECF No. 232.

Respectfully submitted this 25th day of April, 2019.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT <br> Assistant Attorney General <br><br> WILLIAM C. PEACHEY <br> Director <br> Office of Immigration Litigation | /s/ *Shirley X. Li Cantin* <br> Kevin S. Prussia (BBO # 666813) <br> Shirley X. Li Cantin (BBO # 675377) <br> Stephen Provazza (BBO # 691159) <br> Colleen M. McCullough (BBO # 696455) <br> Matthew W. Costello (BBO # 696384) <br> WILMER CUTLER PICKERING |

J. MAX WEINTRAUB  
Senior Litigation Counsel

/s/ *Mary L. Larakers*  
MARY L. LARAKERS  
(Texas Bar # 24093943)  
Trial Attorney  
U.S. Department of Justice, Civil Division  
Office of Immigration Litigation,  
District Court Section  
P.O. Box 868, Ben Franklin Station  
Washington, DC 20044  
(202) 353-4419  
(202) 305-7000 (facsimile)  
mary.l.larakers@usdoj.gov

HALE AND DORR LLP  
60 State Street  
Boston, MA 02109  
Telephone: (617) 526-6000  
Facsimile:  (617) 526-5000  
kevin.prussia@wilmerhale.com  
shirley.cantin@wilmerhale.com  
stephen.provazza@wilmerhale.com

Matthew R. Segal (BBO # 654489)  
Adriana Lafaille (BBO # 680210)  
AMERICAN CIVIL LIBERTIES UNION  
FOUNDATION OF MASSACHUSETTS, INC.  
211 Congress Street  
Boston, MA 02110  
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)  
Attorney at Law  
6 White Pine Lane  
Lexington, MA 02421  
(339) 970-9283

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Shirley X. Li Cantin, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents conferred in good faith to resolve the issues presented by this motion on April 25, 2019, and counsel for Respondents assented to this motion.

*/s/ Shirley X. Li Cantin*
Shirley X. Li Cantin