UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>    Petitioner-Plaintiffs,<br><br>    v.<br><br>KIRSTJEN M. NIELSEN, ET AL.,<br><br>    Respondent-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                                                     April 26, 2019

On April 17, 2019, the court scheduled a hearing on the pending motions in this case for May 2 and 3, 2019. On April 25, 2019, the parties filed a Joint Motion to Continue the hearing until May 22 to 24, 2019, or later "[d]ue to previously scheduled professional obligations for Petitioners' counsel." Docket No. 234 (the "Motion"). The Motion is not, as required by Local Rule 7.1(b)(1), supported by an affidavit. Nor does it identify which of petitioners' at least eight counsel has a conflicting professional obligation or the nature of that obligation.

The court has arranged its schedule to prepare for the May 2-3, 2019 hearing with a view to following its practice of deciding the pending motions orally after argument. The court is not available on May 22-24, 2019, and granting the requested

continuance could require postponement of the hearing until late June or August 2019.

In view of the foregoing, it is hereby ORDERED that:

1. The Motion (Docket No. 234) is DENIED.

2. If, by April 26, 2019, plaintiffs' counsel file an affidavit demonstrating good cause to begin the hearing on May 3, 2019 and continue it, if necessary, on May 6, 2019, the court may do so.

 

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE