UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>Plaintiffs-Petitioners, <br><br>v. <br><br>KIRSTJEN M. NIELSEN, et al., <br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## PETITIONERS' RESPONSE TO COURT ORDER ON MOTION TO CONTINUE

Petitioners submit this response to the Court's order (Dkt. 235) denying the parties' joint motion to continue the hearing set for May 2-3, 2019. The parties agreed to move the Court to continue the hearing due to previously scheduled professional obligations of several counsel for Petitioners, including Petitioners' lead counsel, Kevin Prussia, who is unavailable on May 2 and May 3. In view of the Court's order, Petitioners are prepared to move forward on either May 2 or May 3, as the Court prefers. Petitioners and Respondents do not anticipate the hearing to last longer than one day. If the Court is available on both days, Petitioners respectfully request that the hearing take place on Friday, May 3, to allow additional time to prepare, in light of the many issues before the Court.

Respectfully submitted this 26 day of April, 2019.

/s/ Shirley Cantin_____

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) <br> Adriana Lafaille (BBO # 680210) <br> AMERICAN CIVIL LIBERTIES UNION | Kevin S. Prussia (BBO # 666813) <br> Shirley X. Li Cantin (BBO # 675377) <br> Stephen Provazza (BBO # 691159) |

| | |
|---|---|
| FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br><br>*Attorneys for Petitioners* |