```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

LILIAN PAHOLA CALDERON JIMENEZ     )
AND LUIS GORDILLO, ET AL.,         )
individually and on behalf of all  )
others similarly situated,         )
                                   )
     Petitioner-Plaintiffs,        )
                                   )
          v.                       )    C.A. No. 18-10225-MLW
                                   )
KIRSTJEN M. NIELSEN, ET AL.,       )
                                   )
     Respondent-Defendants.        )
                                   )

## ORDER

WOLF, D.J.                                          April 29, 2019

It is hereby ORDERED that:

1. As requested by the parties, the hearing previously scheduled to begin on May 2, 2019, will begin instead on May 3, 2019, at 9:30 a.m., and continue on May 6, 2019, if necessary.

2. Respondents' response to Petitioners' Motion to Open Discovery shall be filed by April 30, 2019.

3. At present, the court intends to hear argument on the issues presented in the following order, recognizing that to some extent several of the issues, including the question of when a due process right vests, are interwoven with other issues:

   (a) Petitioners' claim under the Administrative Procedure
       Act, 5 U.S.C. §§553, 706(2)(A);

(b) Petitioners' claim under the Immigration and Nationality Act and Applicable Regulations;

(c) Whether there is a Due Process right to apply for and receive a decision regarding a Form I-130 "Petition for an Alien Relative" and/or a Form I-212 "Application for Permission to Reapply for Admission into the United States After Deportation or Removal" while in the United States;

(d) Petitioners' claim that the United States citizen members of the putative class have a liberty interest in living in the United States with their spouses that entitles them to Due Process;

(e) Petitioners' Equal Protection claim under the Fifth Amendment;

(f) Class certification.

                                                            */s/ Mark L. Wolf*
                                        UNITED STATES DISTRICT JUDGE