# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | No. 18-cv-10225-MLW |
| ) | |
| Kevin McAleenan[1], et al. ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF PARTY SUBSTITUTION

Respondents hereby notify the Court that on April 30, 2019, Todd Lyons' term as Acting Field Office Director ("FOD") of Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO") for the Boston Field Office ended as required by 5 C.F.R. § 317.903. Declaration of Marcos D. Charles, attached hereto as Exhibit A at ¶¶ 1, 4. Former Deputy Field Office Director ("DFOD") Marcos Charles is now the Acting FOD of ICE ERO Boston Field Office. *Id.* at ¶ 1. Todd Lyons will continue to serve the Boston Field Office as a DFOD. *Id.* at ¶ 2, 4. Accordingly, pursuant to Federal Rule of Civil Procedure 25(d), Acting FOD Marcos D. Charles is automatically substituted as a defendant in this action in place of former Acting FOD Todd Lyons. A declaration describing Acting FOD Charles' familiarity with this action and the continuity of ICE ERO Boston's current practices is attached to this notice. *See id.*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kevin McAleenan, Acting Secretary of the Department of Homeland Security, is automatically substituted as a defendant in this action in place of former Secretary Kirstjen Nielsen.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

Fred C. Sheffield
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

## **CERTIFICATE OF SERVICE**

  I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ Mary L. Larakers |
|  | Mary L. Larakers |
| Dated: May 2, 2019 | Trial Attorney |