## DECLARATION OF MARCOS D. CHARLES

Pursuant to 28 U.S.C. § 1746, I, Marcos D. Charles, declare as follows:

1. I am currently serving as the Acting Field Office Director (FOD) for the Boston Field Office of the Office of Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS). I have been serving in this position since May 1, 2019. I am stationed in Burlington, Massachusetts.

2. Prior to my current role, I was a Deputy Field Office Director (DFOD) in the Boston Field Office from February 3, 2019. My duties in that position included assisting in the oversight of the operations in the Boston Field Office.

3. Prior to serving as the DFOD in the Boston Field Office, I served as the Acting Chief of Staff and Deputy Chief of Staff for the ERO Executive Associate Director, and prior to that I served as the Assistant Field Office Director overseeing ERO operations in the state of Oklahoma for the Dallas Field Office.

4. Todd Lyons was formerly the Acting FOD in the Boston Field Office, serving in such position from August 19, 2018 to April 30, 2019. Todd Lyons' term as Acting FOD was required to terminate on April 30, 2019 because per 5 C.F.R. § 317.903, the temporary assignment of a non-SES member to an SES position cannot exceed 240 days.

5. Todd Lyons has returned to his position as DFOD in the Boston Field Office and remains responsible for assisting in the oversight of the operations of the Boston Field Office.

6. Among my official duties as the Acting FOD is the responsibility for managing and monitoring the scheduling and execution of removal orders for aliens detained in ICE custody or otherwise encountered within the Boston Field Office's area of responsibility.

1

7.      This declaration is based on personal knowledge and information made known to me in the course of my professional duties. I am writing this declaration to ensure that the Court is aware of my transition from serving as DFOD to Acting FOD in the Boston Field Office, and the reasons for such transition. Further, I am writing this declaration to ensure the Court that I am aware of the ongoing litigation in this matter, including the following filings/documents:

    a. ECF No. 27, Amended Complaint

    b. ECF No. 30, Petitioners' Motion for Order to Show Cause

    c. ECF No. 34, Memorandum and Order to Show Cause

    d. Transcript of Oral Decision, May 8, 2018

    e. ECF No. 69, Sequestration Order

    f. Transcript of Lobby Conference, May 23, 2018

    g. ECF No. 85, Revised Sequestration Order

    h. ECF No. 95, Memorandum and Order, June 11, 2018

    i. ECF No. 158-1, Declaration of Todd Lyons

    j. ECF No. 159, Memorandum and Order, September 21, 2018.

I am also aware of the current policies and practices of the Boston Field Office.

8.      Additionally, I write this declaration to state that, consistent with DFOD Lyons' September 12, 2018 declaration (ECF No. 158-1), and with this Court's September 21, 2018 Order (ECF No. 159), ERO's Boston Field Office will continue to consider the equities of an alien's case when determining whether to arrest, detain, or effectuate the removal of aliens with final orders of removal, including considering whether an alien has any pending petitions or applications for immigration benefits such as a Form I-130, Petition for Alien Relative, Form I-212, Application

for Permission to Reapply for Admission, and Form I-601A, Application for Provisional Unlawful Presence Waiver.

9.     I have reviewed the measures DFOD Lyons took to ensure officers are given the tools and guidance they need to make these informed discretionary determinations and have no plans at this time to discontinue or alter any of the procedures DFOD Lyons implemented as detailed in his September 12, 2018 declaration to this Court (ECF No. 158-1).

Executed this Second day of May, 2019 in Burlington, Massachusetts.

_____
Marcos D. Charles
Acting Field Office Director
ICE Boston Field Office