## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | ) ) ) ) | |
| Individually and on behalf of all others similarly situated, | ) ) ) ) | No. 1:18-cv-10225-MLW |
| Plaintiffs-Petitioners, | ) ) ) | |
| v. | ) ) ) | |
| KEVIN McALEENAN, et al., | ) ) ) | |
| Defendants-Respondents. | ) ) | |

## **PETITIONERS' NOTICE OF SUBSEQUENT AUTHORITY**

Petitioners submit this Notice of Subsequent Authority to alert the Court to a decision issued today in *Wanrong Lin, et al. v. Nielsen*, No. 8:18-cv-03548-GJH (Dkt. 26) (D. Md. May 2, 2019) (attached as Exhibit A).  The Court in *Lin* granted the petitioners' motion for a preliminary injunction to prevent Mr. Lin's removal, finding that the petitioners had shown a likelihood of success on the merits of their claim that arresting Mr. Lin at his I-130 interview and removing him to China while he attempted to avail himself of the provisional waiver regulations violated the Administrative Procedures Act.

Respectfully submitted this 2nd day of May, 2019.

/s/   *Kevin S. Prussia*

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

Kevin S. Prussia (BBO # 666813)
Shirley X. Li Cantin (BBO # 675377)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorneys for Petitioners*