UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>  Petitioner-Plaintiffs,<br><br>v.<br><br>KEVIN McALEENAN, ET AL.,<br><br>  Respondent-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                                         May 6, 2019

For the reasons stated in the lobby following court on May 3, 2019, it is hereby ORDERED that:

1. The parties shall, by May 8, 2019, confer and report on their respective positions concerning discovery in view of the rulings rendered orally on May 3, 2019. The parties shall also identify the motions and parts of motions that remain to be decided, and propose a schedule for any requested briefing.

2. The hearing on the pending motions will continue on May 16, 2019, at 9:30 a.m.

                                                      /s/ Mark L. Wolf
                                                      UNITED STATES DISTRICT JUDGE