UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
AND LUIS GORDILLO, ET AL., )
individually and on behalf of all )
others similarly situated, )
)
    Petitioners-Plaintiffs, )
)
v. ) C.A. No. 18-10225-MLW
)
KEVIN McALEENAN, ET AL., )
)
    Respondents-Defendants. )

ORDER

WOLF, D.J.                                            May 15, 2019

At the May 16, 2019 hearing, the court expects to:

1. Decide orally the motion to dismiss concerning Petitioners' Equal Protection and Due Process-vesting claims.

2. Reserve judgment on the contention that citizen spouses have a liberty interest in remaining in the United States with their alien spouses and, therefore, a right to Due Process before their alien spouses are removed.

3. Possibly hear argument on respondents' contention concerning subject matter jurisdiction over the claims of individuals ordered removed after August 29, 2016.

4. Hear argument on any discovery issues.

5. Address scheduling.

                                                                 /s/ Mark L. Wolf
                                                             UNITED STATES DISTRICT JUDGE