# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT REPORT

Petitioners and Respondents jointly move for an extension of time to file the joint report due on May 31, 2019. *See* ECF No. 257. This Court has ordered the parties to confer and report on: (1) whether they have agreed to settle this case or to request jointly that it be stayed; (2) whether the parties request more time to confer; (3) whether notice should be directed to class members under Federal Rule of civil Procedure 23(c)(2)(A) and, if so, how; and (4) the nature of the limited discovery to be conducted by July 31, 2019. ECF No. 253.  Respondents are still conferring internally about Petitioner's proposed settlement framework.  In the meantime, the parties are engaged in discussions about the scope of discovery and respectfully request until June 5, 2019 to narrow the issues and report on their respective positions.  The parties have agreed that they will begin working to produce any agreed-upon discovery without further order and will begin working to schedule any agreed-upon depositions without further order.

ActiveUS 173967224v.1

Respectfully submitted this 31st day of May, 2019.

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) <br> Adriana Lafaille (BBO # 680210) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF MASSACHUSETTS, INC. <br> 211 Congress Street <br> Boston, MA 02110 <br> (617) 482-3170 <br><br> Kathleen M. Gillespie (BBO # 661315) <br> Attorney at Law <br> 6 White Pine Lane <br> Lexington, MA 02421 <br> (339) 970-9283 | /s/ *Kevin S. Prussia* <br> Kevin S. Prussia (BBO # 666813) <br> Shirley X. Li Cantin (BBO # 675377) <br> Stephen Provazza (BBO # 691159) <br> Colleen M. McCullough (BBO # 696455) <br> Matthew W. Costello (BBO # 696384) <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile:  (617) 526-5000 <br> kevin.prussia@wilmerhale.com <br> shirley.cantin@wilmerhale.com <br> stephen.provazza@wilmerhale.com <br><br> *Counsel for Petitioners* |
| JOSEPH H. HUNT <br> Assistant Attorney General <br><br> WILLIAM C. PEACHEY <br> Director,  Office of Immigration Litigation <br><br> J. MAX WEINTRAUB <br> Senior Litigation Counsel <br><br> /s/  *Mary L. Larakers* <br> MARY L. LARAKERS (Texas Bar # 24093943) <br> Trial Attorney <br> U.S. Department of Justice, Civil Division <br> Office of Immigration Litigation, <br> District Court Section <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC 20044 <br> (202) 353-4419 <br> (202) 305-7000 (facsimile) <br> mary.l.larakers@usdoj.gov <br><br> *Counsel for Respondents* | EVE A. PIEMONTE, BBO No. 628883 <br> Assistant United States Attorney <br> United States Attorney's Office <br> 1 Courthouse Way, Suite 9200 <br> Boston, MA 02210 <br> (617) 748-3100 <br> Eve.Piemonte@usdoj.gov |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Mary Larakers, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents met and conferred in good faith to resolve the issues presented by this motion on May 31, 2019, and have agreed to file this motion jointly.

*/s/     Mary L. Larakers*
Mary L. Larakers
