## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>   Plaintiffs-Petitioners,<br><br>v.<br><br>KEVIN McALEENAN, et al.,<br><br>   Defendants-Respondents. | No. 1:18-cv-10225-MLW<br><br>**DECLARATION OF STEPHEN N. PROVAZZA IN SUPPORT OF PETITIONERS' JUNE 5, 2019 STATUS REPORT** |

I, Stephen N. Provazza, declare as follows:

**1.** I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' June 5, 2019 Status Report.

**2.** Attached hereto as Exhibit A is a true and correct redacted copy of a January 30, 2018 e-mail chain produced by Respondents at ICE-0001645 through ICE-0001647, which has been designated as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 119. Pursuant to Section 4.3 of the Stipulated Protective Order, Petitioners have redacted certain names and other sensitive personal information at Respondents' request.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 5th day of June, 2019, in Boston, Massachusetts.

/s/ *Stephen N. Provazza*
Stephen N. Provazza (BBO # 691159)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: stephen.provazza@wilmerhale.com