# Exhibit A

Message

**From:** ▮▮▮▮ [/o=IRMMAIL/ou=MBX Servers - BUF/cn=Recipients/cn=▮▮▮]
on behalf of ▮▮▮▮
**Sent:** 1/30/2018 2:27:45 PM
**To:** ▮▮▮▮ [/o=IRMMAIL/ou=MBX Servers - DAL/cn=Recipients/cn=▮▮▮]; Cronen, C M [/o=IRMMAIL/ou=MBX Servers - DAL/cn=Recipients/cn=▮▮▮]; ▮▮▮▮ [/o=IRMMAIL/ou=MBX Servers - SEA/cn=Recipients/cn=▮▮▮]
**Subject:** RE: Need info

- ERO Boston arrested the subject on January 9, 2018 at CIS office in Lawrence, MA
- Subject is in ICE custody at Plymouth, MA HOC
- ERO arrested subject based on a referral from CIS Lawrence triggered by his final order of removal dated in 2005
- Subject was at CIS for an I-130 interview; ineligible to adjust status because of his illegal entry.
- On 1/17/18 subject's attorney filed a motion to reopen his removal case in Baltimore, MD claiming lack of notice (absentia order); auto stay is in effect

▮▮▮▮
(a)AFOD – Field Enforcement
DHS/ICE/ERO-Boston Field Office
▮▮▮▮

---

**From:** ▮▮▮▮
**Sent:** Tuesday, January 30, 2018 9:06 AM
**To:** Cronen, C M; ▮▮▮▮
**Subject:** RE: Need info

▮▮

Please update ASAP

▮▮▮▮
Deputy Field Office Director
DHS ICE-ERO
Boston Field Office
▮▮▮▮

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Cronen, C M ▮▮▮▮
**Date:** Tuesday, Jan 30, 2018, 9:05 AM
**To:** ▮▮▮▮
**Cc:** ▮▮▮▮
**Subject:** RE: Need info

So did we arrest him, is he in custody, when??? Please update bullets below.

cmc

**From:** ▮
**Sent:** Tuesday, January 30, 2018 9:02 AM
**To:** Cronen, C M
**Cc:** ▮ Jennings, David W
**Subject:** RE: Need info

Sir,

Here were the PAO bullets we put together earlier:

- Correct name of alien (as known to ICE): Fabiano MATEUS DE OLIVEIRA

- Known aliases - None

- A# ▮

- DOB : ▮

- COB: ▮

- COC: ▮

- Date of last entry: January 28, 2005

- Manner of last entry to US: Without Inspection

- Prior immigration encounters: Entered Without Inspection. Subject was arrested by the United States Border Patrol on January 28, 2005 and served a Warrant of Arrest and Notice to Appear under 212a6Ai, Alien Present Without Admission or Parole, under the INA.

- Current immigration status: Inadmissible. ICE Fugitive. Subject was ordered removed from the United States in absentia by a Baltimore Immigration Judge on March 15, 2005. Subject is the beneficiary of an approved I-130, Petition for an Alien Relative, filed with the service on January 4, 2017 and approved on January 9, 2018. No other pending applications for a benefit under the INA.

- Criminal History: No known criminal history

Please advise if there's anything further you may need.

Regards,

▮

*Deputy Field Office Director*
*ICE/ERO – Boston Field Office*
▮

*"A leader is one who knows the way, goes the way, and shows the way." ~ John C. Maxwell*

---

**From:** Cronen, C M
**Sent:** Tuesday, January 30, 2018 8:58 AM
**To:** ▮
**Cc:** ▮ Jennings, David W
**Subject:** FW: Need info

See below for Matt. Bullet points only. Thanks, Chris

cmc

---

**From:** Albence, Matthew
**Sent:** Tuesday, January 30, 2018 8:01 AM
**To:** Jennings, David W; Cronen, C M
**Cc:** Asher, Nathalie R; Miller, Philip T
**Subject:** FW: Need info

Can you guys get me some info please (assuming this was us and not some HSI marriage fraud case)? Thanks!

---

**From:** Homan, Thomas
**Sent:** Tuesday, January 30, 2018 6:23 AM
**To:** Albence, Matthew
**Subject:** Need info

**IMMIGRATION ATTORNEYS ALLEGE ICE TARGETING SPOUSES SEEKING RESIDENCY.** The Boston Herald (1/30, 434K) reports, "Illegal immigrants married to U.S. citizens are being swept up by ICE agents on their first attempts to gain residency in a ramp-up of the crackdown on migrants, according to Bay State lawyers." Immigration attorney Jeffrey B. Rubin said the arrest of his client, Brazilian-national Fabiano de Oliveira, was "cold," "callous," "heartless," and "un-American." The Herald says Oliveira was arrested by ICE "as he and his American spouse were interviewing at the U.S. Citizenship and Immigration Services office in Lawrence." The couple was starting the process of "determining whether their marriage was lawful," in order to obtain citizenship. Immigration attorney Zoila Gomez "said two female clients with American husbands were also arrested by ICE at Lawrence's immigration office earlier this month."

Sent with BlackBerry Work
(www.blackberry.com)