UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>   Plaintiffs-Petitioners, <br><br>   v. <br><br>KEVIN McALEENAN, et al., <br><br>   Defendants-Respondents. | Civ. No. 1:18-cv-10225-MLW |

**PETITIONERS' ASSENTED-TO MOTION TO SEAL**

Pursuant to Local Rule 7.2 and the July 19, 2018 Stipulated Protective Order (Dkt. 119), and contemporaneous with the filing of Petitioners' Emergency Motion for a Temporary Restraining Order and Stay of Removal of Class Member Mr. V, and their Memorandum in Support, Petitioners respectfully move for leave to file Exhibit A under seal.

As grounds for this motion, Petitioners state as follows:

1. On June 17, 2019, contemporaneous with this filing, Petitioners filed the Motion for a Temporary Restraining Order and Stay of Removal of Class Member Mr. V, their Memorandum in Support, the supporting June 17, 2019 Declaration of Shirley X. Li Cantin, and Exhibit A thereto.

2. Exhibit A is an email containing a class member's name and alien registration number, which are confidential pursuant to the Stipulated Protective Order.

3.       Petitioners conferred with Respondents' counsel, who assented to this motion to file an unredacted sealed copy with the court.

WHEREFORE, pursuant to Local Rule 7.2 and the July 19, 201 Stipulated Protective Order, Petitioners respectfully request that this Court enter an order granting it leave to file Exhibit A under seal.

Respectfully submitted this 17th day of June, 2019.

/s/ Shirley Cantin

| | |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | Kevin S. Prussia (BBO # 666813)<br>Shirley X. Li Cantin (BBO # 675377)<br>Michaela Sewall (BBO# 683182)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br><br>*Attorneys for Petitioners* |

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Shirley Cantin, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for respondents met and conferred in good faith on June 17, 2019, regarding resolution of this motion. Counsel for Respondents indicated that they do not oppose Petitioners' motion to seal.

/s/ Shirley Cantin  
Shirley X. Li Cantin