# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>KEVIN McALEENAN, et al.,<br><br>    Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## PETITIONERS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND STAY OF REMOVAL OF CLASS MEMBER MR. V

Under Rule 65 of the Federal Rules of Civil Procedure, Petitioners respectfully request that this Court:

1. Issue an order today barring ICE from removing Mr. V from the jurisdiction of ICE Boston Enforcement and Removal Operations until further order, and pending an examination of the issues by class counsel and, if necessary, the Court;

2. Issue an order compelling the government to provide an explanation that permits class counsel to understand the reasons for Mr. V's detention and intended removal. Specifically, Respondents should be ordered to describe the circumstances and basis of Mr. V's detention and removal, including who made that decision, and the reasons for the decision. If the reasons were contemporaneously recorded, Respondents should be compelled to produce the

document(s) where they were recorded.  Finally, Respondents should be ordered to provide the EARM printout and I-130 application for Mr. V.

Respectfully submitted this 17th day of June, 2019.

/s/ Shirley Cantin

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Shirley X. Li Cantin (BBO # 675377) |
| AMERICAN CIVIL LIBERTIES UNION | Michaela Sewall (BBO# 683182) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |
| Attorney at Law | Boston, MA 02109 |
| 6 White Pine Lane | Telephone: (617) 526-6000 |
| Lexington, MA 02421 | Facsimile:  (617) 526-5000 |
| (339) 970-9283 | kevin.prussia@wilmerhale.com |
| | shirley.cantin@wilmerhale.com |
| | michaela.sewall@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |
| | matthew.costello@wilmerhale.com |

*Attorneys for Petitioners*

**FEDERAL RULE OF CIVIL PROCEDURE 37 AND LOCAL RULE 7.1 CERTIFICATE**

      I hereby certify that in accordance with Federal Rule of Civil Procedure 37(a) and Local Rule 7.1(a)(2), prior to the filing of the above motion counsel for Petitioners and counsel for Respondents met and conferred in good faith to narrow or resolve the issues in this motion.

                                        */s/ Shirley Cantin*
                                        Shirley X. Li Cantin (BBO #675377)