# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | ) ) ) ) | |
| Individually and on behalf of all others similarly situated, | ) ) ) ) | No. 1:18-cv-10225-MLW |
| Plaintiffs-Petitioners, | ) ) | **DECLARATION OF SHIRLEY X. LI CANTIN IN SUPPORT OF** |
| v. | ) ) | **PETITIONERS' EMERGENCY MOTION FOR TEMPORARY** |
| KEVIN McALEENAN, et al., | ) ) ) | **RESTRAINING ORDER** |
| Defendants-Respondents. | ) ) | |

I, Shirley X. Li. Cantin, declare as follows:

1. I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Emergency Motion For Temporary Restraining Order And Stay Of Removal Of Class Member Mr. V.

2. Attached hereto as Exhibit A is a true and correct copy of an email exchange between Petitioners' counsel and Respondents' counsel between June 13, 2019 and June 15, 2019.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 17th day of June, 2019, in Boston, Massachusetts.

*/s/   Shirley X. Li Cantin*

Shirley X. Li Cantin (BBO # 675377)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email  shirley.cantin@wilmerhale.com
*Attorney for Petitioners*
