# Exhibit A

[Redacted]

**Provazza, Stephen**

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> |
| **Sent:** | Saturday, June 15, 2019 12:20 PM |
| **To:** | Sewall, Michaela P. |
| **Cc:** | WH ACLU MA Calderon Class Action; Adriana Lafaille; MSegal@aclum.org; Kathleen Gillespie; Weiland, William H. (CIV); Piemonte, Eve (USAMA) |
| **Subject:** | Re: Calderon Class Member - ▇▇▇▇ |

**EXTERNAL SENDER**

Michaela,

I understand your position. As we have stated, the fact that Respondents notified you that they intend to remove Mr.▇▇▇▇, based on factors other than Mr. ▇▇▇▇ final order of removal, is more than sufficient to show compliance with the Court's order. To the extent you believe you are entitled to more information about Mr.▇▇▇▇ and each class member Respondents intend to remove in the future, you can raise that with the Court.

Mary Larakers
Trial Attorney
Office of Immigration Litigation
District Court Section
202-353-4419

On Jun 14, 2019, at 5:05 PM, Sewall, Michaela P. <Michaela.Sewall@wilmerhale.com> wrote:

> Mary,

1

This explanation is far from sufficient. Notification of class counsel about a class member's intended removal is meaningless if the government does not intend to allow for a back-and-forth that will inform class counsel about the reasons for the intended enforcement action. We cannot simply rely on counsel for the government's assertion that a class member's effort to obtain lawful status has been "considered," without any information about *how* it has been considered, and what it has been weighed against. That is why we made a tailored request, not for the individual's entire file, but for key pieces of information. At this point, Petitioners have no way to meaningfully understand the government's action against Mr. ▮▮▮ and assess whether it complies with the government's obligation toward class members.  If the government continues to refuse to provide us more information, we will need to raise this with the Court, both as to this class member, and as to notification going forward.

Thanks,
Michaela

**Michaela P. Sewall | WilmerHale**
+1 617 526 6770 (t)
michaela.sewall@wilmerhale.com

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Friday, June 14, 2019 4:31 PM
**To:** Sewall, Michaela P. <Michaela.Sewall@wilmerhale.com>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <kathleen.m.gillespie@outlook.com>
**Cc:** Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>
**Subject:** RE: Calderon Class Member - ▮▮▮▮▮

**EXTERNAL SENDER**

Michaela,

The Court has held that ICE must "consider an eligible alien's application for a provisional unlawful presence waiver before deciding to remove him or her from the United States." ECF No. 159 at 31. ICE fully complied with the Court's order in Mr. ▮▮▮ case. ICE considered the fact that Mr. ▮▮▮ is a Calderon class member because has an approved Form I-130, has an enforceable final order of removal, and has recent criminal history prior to seeking to effectuate his removal. Given that ICE has complied with the Court's order, illustrated at least in part by this notification, and the fact that the information you seek is beyond what we agreed to provide in ECF No. 260, we decline to provide the information requested below.

Best,
Mary

---

**From:** Sewall, Michaela P. <Michaela.Sewall@wilmerhale.com>
**Sent:** Friday, June 14, 2019 9:49 AM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <kathleen.m.gillespie@outlook.com>

**Cc:** Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>; Piemonte, Eve (USAMA) <epiemonte@usa.doj.gov>
**Subject:** RE: Calderon Class Member - ▇

Mary,

Please send us today the detainee's EARM printout and I-130 application, as well as a record of the decision to remove him despite his being a Calderon class member, who made that decision, and the reasons. If the reasons were contemporaneously recorded, please send the document(s) where they were recorded; if not, please provide an explanation that permits us to understand the reasons for his intended removal.

Thanks,
Michaela

**Michaela P. Sewall | WilmerHale**
+1 617 526 6770 (t)
michaela.sewall@wilmerhale.com

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Thursday, June 13, 2019 4:38 PM
**To:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <kathleen.m.gillespie@outlook.com>
**Cc:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>
**Subject:** Calderon Class Member - ▇

> **EXTERNAL SENDER**

Counsel,

Pursuant to our agreement in ECF No. 260, Respondents notify you of a class member who they have scheduled for removal before his inclusion on the monthly detention report.

▇, ▇
Detained: 6/2/19
Scheduled to be removed outside the AOR to stage removal: 6/18/19
Final Order of Removal entered: 10/31/18

| A-Number | Last Name | First Name | U.S.C. Spouse | Final Order | I-130 | I-212 | I-601A | Attorney (G-28) | Stay of Removal | Criminal | Instructions to Alien | Additional Comments (if any) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

3

| | | | | | Approved 1/28/16 | No | No | No (previously had attorney that withdrew representation during removal proceedings) | No. Has not applied. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | Yes | Yes | | | | | | Yes | n/a |

Best,
Mary

**Mary L. Larakers**
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 353 4419
F: (202) 305-7000
mary.l.larakers@usdoj.gov