UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ )<br>AND LUIS GORDILLO, ET AL., )<br>individually and on behalf of all )<br>others similarly situated, )<br>           )<br>     Petitioners-Plaintiffs, )<br>           )<br>     v.        )<br>           )<br>KEVIN McALEENAN, ET AL., )<br>           )<br>     Respondents-Defendants. ) | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                            June 17, 2019

It is hereby ORDERED that:

1. Petitioner's Assented to Motion to Seal (Docket No. 267) is ALLOWED. Unredacted versions of the relevant submissions shall be filed forthwith under seal.

2. Defendants-Respondents shall, by 4:00 p.m. on June 17, 2019, either: (a) file a memorandum and affidavit(s) in response to Petitioner(s) Emergency Motion (Docket No. 268); or (b) request until 9:00 a.m. on June 19, 2019, to respond to it.

3. If an extension of time to respond is not requested, a hearing on the Emergency Motion will be held on June 18, 2019 at 11:00 a.m.

4.   "Mr. V." shall not be removed before the Emergency Motion is decided.  See 28 U.S.C. §1651(a).


                                      /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT JUDGE