## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>　　　　Plaintiffs-Petitioners, <br><br>　　v. <br><br>KEVIN McALEENAN, et al., <br><br>　　　　Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## **PETITIONERS' NOTICE AND DECLARATION OF MR. V**

Class counsel for Petitioners had the opportunity to meet with Mr. V today at the Strafford County House of Corrections in New Hampshire.  A declaration from Mr. V is attached to this notice as Exhibit 1.  In light of this meeting with Mr. V and the attached declaration, Petitioners are no longer seeking a stay of Mr. V's removal, and accordingly, anticipate filing a motion to withdraw the pending TRO motion within the next 24 hours.

Respectfully submitted this 19th day of June, 2019.

|  |  |
|---|---|
|  | */s/ Shirley Cantin* |
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Shirley X. Li Cantin (BBO # 675377) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING |
|  |   HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |
| Attorney at Law | Boston, MA 02109 |
| 6 White Pine Lane | Telephone: (617) 526-6000 |
| Lexington, MA 02421 | Facsimile:  (617) 526-5000 |
| (339) 970-9283 | kevin.prussia@wilmerhale.com |
|  | michaela.sewall@wilmerhale.com |
|  | shirley.cantin@wilmerhale.com |
|  | stephen.provazza@wilmerhale.com |
|  | colleen.mccullough@wilmerhale.com |
|  | matthew.costello@wilmerhale.com |
|  | *Attorneys for Petitioners* |