# EXHIBIT 1

## DECLARATION OF MR. ██████████

I, ██████████, declare under penalty of perjury:

1. I have been with my wife, ██████████, for 9 years, and married for almost 7 years. We have three kids: an eight-year-old step-son whom I raised since he was three months old, a seven-year-old daughter, and a four-year-old daughter.

2. My wife and I separated about a year ago. I speak to my wife approximately every day, and she wants me to continue to be involved with our kids. My wife would like to get an attorney to help me, but she does not have the money.

3. I am close to my kids. Every other Friday, I pick them up after work and they stay with me for the weekend. They also stay with me on birthdays, and for vacations or holidays. I love taking them out to Chuck-E-Cheese, skating, to the park, or other fun things.

4. My house is also a home for my kids. They have their own room where they keep their clothes, and they have toys and bikes at my house.

5. I work in construction to support my family. I work five days a week and every other Saturday, when I don't have the kids. I give my wife money every week, and am my family's only support besides public assistance.

6. On Saturday, June 1, 2019, I was arrested five minutes away from my house in Woonsocket, Rhode Island. As I was being arrested, the Woonsocket police officer told me "you immigrant, you are done" because he was going to call ICE. When I got to the station I took a breathalyzer test and I passed. My brother came to the station that day to bail me out, but they told him that ICE was coming and they wouldn't let me out.

7. The next day at the station they handed me over to an ICE officer who drove me about 30 to 45 minutes to an office. There, I was fingerprinted and had a brief conversation with an officer in English. He asked me a couple questions about my wife and kids, and I asked him if I could go to court or pay a bond so I didn't have to stay in jail, and whether I had any chances of staying with my family. He told me I would have to get a lawyer if I wanted to find out about my case. I was permitted to make one phone call, and called

1

my wife to tell her I had been arrested. She connected the call to my brother, who lives in Rhode Island. I don't recall telling the ICE officer about being separated from my wife.

8. After that conversation, the officers brought me to a jail in Bristol County. I have had no other conversation with any officers about my situation since that time.

9. While at Bristol I told staff that I was having a problem with my throat. It took about three days to get medical attention. I was finally taken to a hospital, where I spent four days treating an infection.

10. At about 2 a.m. on Monday, June 17, 2019, I was taken out of my cell at Bristol and moved to a cell in the facility. After many hours, two officials who I believe worked for Bristol County drove me in a van dropped me off an ICE office in Burlington, Massachusetts after driving around to pick up another detainee.

11. In Burlington, I was locked in a cell for approximately two hours, but no one spoke to me about my case. ICE officers then brought me to Strafford County House of Corrections in New Hampshire. They did not speak to me about my case. I asked them what was happening and they told me they did not have information.

12. My wife and our kids were planning to visit me in Bristol, but have not been able to see me. My daughter made me a card for Father's Day, but she couldn't give it to me.

13. At this point, as difficult as it is, I would rather be removed to Honduras than remain in jail.

Signed this 19th day of June, 2019 in Dover, New Hampshire.



2

I, Adriana Lafaille, swear that I am fluent in Spanish and English and read this affidavit in Spanish to ███████████████.

_____  DATE: 6/19/19
Adriana Lafaille