# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>         Plaintiffs-Petitioners, <br><br>v. <br><br>KEVIN McALEENAN, et al., <br><br>         Defendants-Respondents. | Civ. No. 1:18-cv-10225-MLW |

## PETITIONERS' ASSENTED-TO MOTION TO SEAL

Pursuant to Local Rule 7.2 and the July 19, 2018 Stipulated Protective Order (Dkt. 119), and contemporaneous with the filing of Petitioners' Notice and Declaration of Mr. V, Petitioners respectfully move for leave to file Exhibit 1 under seal.

As grounds for this motion, Petitioners state as follows:

1. On June 19, 2019, contemporaneous with this filing, Petitioners filed their Notice and Declaration of Mr. V, and Exhibit 1 thereto.

2. Exhibit 1 is a declaration containing a class member's name and his spouse's name, which are confidential pursuant to the Stipulated Protective Order.

3. Petitioners conferred with Respondents' counsel, who assented to this motion to file an unredacted sealed copy with the court.

WHEREFORE, pursuant to Local Rule 7.2 and the July 19, 2018 Stipulated Protective

Order, Petitioners respectfully request that this Court enter an order granting it leave to file Exhibit 1 under seal.

Respectfully submitted this 19th day of June, 2019.

/s/ Shirley Cantin

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Shirley X. Li Cantin (BBO # 675377) |
| AMERICAN CIVIL LIBERTIES UNION | Michaela Sewall (BBO# 683182) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |
| Attorney at Law | Boston, MA 02109 |
| 6 White Pine Lane | Telephone: (617) 526-6000 |
| Lexington, MA 02421 | Facsimile: (617) 526-5000 |
| (339) 970-9283 | kevin.prussia@wilmerhale.com |
| | shirley.cantin@wilmerhale.com |
| | michaela.sewall@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |
| | matthew.costello@wilmerhale.com |
| | *Attorneys for Petitioners* |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Shirley Cantin, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for respondents met and conferred in good faith on June 19, 2019, regarding resolution of this motion. Counsel for Respondents indicated that they do not oppose Petitioners' motion to seal.

*/s/ Shirley Cantin* _____
Shirley X. Li Cantin
