UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>Kevin McAleenan, et al. )<br>)<br>Respondents. )<br>) | No. 18-cv-10225-MLW |

DECLARATION OF ACTING FIELD OFFICE DIRECTOR
<u>MARCOS CHARLES</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Marcos Charles, the Acting Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am currently serving as the Acting Field Office Director (FOD) for the Boston Field Office of the Office of Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS). I have been serving in this position since May 1, 2019. I am stationed in Burlington, Massachusetts.

2. This declaration supplements my previous sworn declaration submitted to this Court on June 17, 2019, in this case. The facts set forth in my previous declaration remain true and accurate.

3. I made the determination to effectuate Mr. ███ final order of removal. In doing so, I considered numerous factors beyond the existence of Mr. ███ final order of removal. Specifically, I considered that Mr. ███ is the beneficiary of a Form I-130, Petition for Alien Relative, which his U.S. Citizen wife, from whom, he stated, he is now separated, filed with United States Citizenship and Immigration Services ("USCIS") on

9

August 10, 2015, and that it was approved on January 28, 2016. Additionally, I considered that Mr. ▇ has not filed a Form I-212, Application for Permission to Reapply for Admission into the United States After Deportation or Removal, or Form I-601A, Application for Provisional Unlawful Presence Waiver, per USCIS databases. I further considered Mr. ▇ criminal record, which I described in paragraphs 14-21 of the declaration that I provided for this matter and signed on June 17, 2019 (ECF No. 272).

4. In light of the considerations set forth in paragraph 3 above, and those set forth in my declaration submitted to this Court on June 17, 2019, I decided that ICE should enforce Mr. ▇ final order of removal.

5. Based upon the foregoing, ICE intends to effectuate Mr. ▇ removal order to Honduras as soon as possible.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the Nineteenth day of June, 2019

_____
Marcos Charles
Acting Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts