```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

```
LILIAN PAHOLA CALDERON JIMENEZ    )
AND LUIS GORDILLO, ET AL.,        )
individually and on behalf of all )
others similarly situated,        )
                                  )
     Petitioners-Plaintiffs,      )
                                  )
          v.                      )   C.A. No. 18-10225-MLW
                                  )
KEVIN McALEENAN, ET AL.,          )
                                  )
     Respondents-Defendants.      )
```

ORDER

WOLF, D.J.                                          June 20, 2019

As orally ordered in court on June 18, 2019, it is hereby ORDERED that:

1. Respondents shall, by June 19, 2019, at 6:00 p.m., file two affidavits of Marcos Charles, Acting Field Office Director for the Boston Field Office of the Office of Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement ("Boston ICE-ERO"). The first affidavit shall address: how Boston ICE-ERO considered the factors mentioned in Charles's June 17, 2019 declaration (Docket No. 272 at ¶34), or any other factors included in the monthly detention report (Docket No. 268-3 at 5), before deciding to effectuate Mr. V.'s order of removal; and who made the decision to effectuate Mr. V's removal, or state why respondents should not be required to provide that information. The second affidavit shall address: why a requirement that respondents

provide petitioners with at least five business days' notice prior to the removal of any class member would be burdensome or inappropriate; why a requirement that when respondents order a class member removed, they provide petitioners with a representation that Boston ICE-ERO considered more than the outstanding removal order would be burdensome or inappropriate; why a requirement that when respondents order a class member removed, they provide petitioners with the reasons for the removal decision would be burdensome or inappropriate; why respondents should not be required to provide a record of communications associated with each decision to remove a class member. Respondents may request an extension until June 20, 2019, at 12:00 noon, if necessary.

2.  Petitioners may, by June 19, 2019, at 6:00 p.m., file a memorandum supplementing their Motion for Temporary Restraining Order (Docket No. 268), which addresses, among other things, the implications of petitioners' Administrative Procedure Act, Immigration and Nationality Act, and Equal Protection claims on their argument for a temporary restraining order.

3.  Respondents shall provide the name of Mr. V's last counsel to petitioners forthwith.

                                                      /s/ *signature*
                                           UNITED STATES DISTRICT JUDGE