# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ et al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> Kevin McAleenan, et al. ) <br> ) <br> Respondents. ) <br> ) | No. 18-cv-10225-MLW |

## DECLARATION OF ACTING FIELD OFFICE DIRECTOR
## <u>MARCOS CHARLES</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Marcos Charles, the Acting Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am currently serving as the Acting Field Office Director (FOD) for the Boston Field Office of the Office of Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS). I have been serving in this position since May 1, 2019. I am stationed in Burlington, Massachusetts.

2. I submit this declaration in response to this Court's order that Respondents submit a declaration explaining why it would be burdensome of inappropriate for ICE to provide Petitioners with the following information: (1) at least five business days' notice prior to the removal of any class member; (2) a representation that Boston ICE-ERO considered more than the outstanding removal when Respondents seek to remove a class member (3) the reasons for ICE's removal decision; and (4) a record of communications associated

with each decision to remove a class member.

3. Requiring that Respondents provide Petitioners with at least five business days' notice prior to the removal of any class member would be burdensome or inappropriate because such notice would compromise operational and security concerns. From an operational standpoint, ICE has the ability to effectuate removal in less than five business days. Thus, if such advanced notice is given, it is not uncommon for individuals to take proactive steps to counter ICE operations in an attempt to prevent an individual's removal. Therefore, providing five business days' notification would, in some cases, require ICE to stay the removal of aliens with administratively final orders of removal and necessarily affect ICE Boston's limited detention capacity and enforcement operations.

4. ICE will provide Petitioners with a representation that Boston ICE-ERO considered more than the outstanding removal order when Respondents seek to remove a class member. ICE will provide this information by adding two columns to the detention spreadsheet ICE has agreed to provide Petitioners in ECF No. 260. First, ICE will include a column that specifies who made the decision to take an enforcement action against a class member (either the Field Office Director or a Deputy Field Office Director). Second, ICE will also include a column that states whether, in deciding to effectuate the removal of a class member, the deciding official considered the class member's potential eligibility to apply for a Form I-601A, Application for Provisional Unlawful Presence Waiver. Please note, that this spreadsheet will not be relied upon when deciding to take an enforcement action. Rather, it will be created by ICE Boston at the direction of the Field Office Director or Deputy Field Office director who made the decision to effectuate the removal of the class member.

5. ICE also agrees to provide Petitioner with the reasons for the removal decision when Respondents seek to remove class member. ICE Boston will provide this information through the addition of the columns indicated in paragraph four.

06/20/2019 12:12PM FAX 6175654921  OCC BOSTON  @0003/0003
Case 1:18-cv-10225-MLW   Document 284-1   Filed 06/20/19   Page 3 of 3

6. However, ICE Boston does not agree to provide a record of communications associated with each decision to remove a class member, as these documents are highly sensitive and may be privileged information. It is also worth noting that these documents may not exist in all cases. However, if the Court orders ICE Boston to produce such a record, ICE reserves the right to redact certain information that is unrelated to the decision-making process outlined above or certain law enforcement privileged comments.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the Twentieth day of June, 2019

*[signature]*

Marcos Charles

Acting Field Office Director

U.S. Department of Homeland Security

United States Immigration and Customs Enforcement

Burlington, Massachusetts