**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN McALEENAN, et al., <br><br> Defendants-Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:18-cv-10225-MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PETITIONERS' MOTION TO WITHDRAW THEIR EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND STAY OF REMOVAL OF CLASS MEMBER MR. V

In light of Mr. V's statements in his declaration, Dkt. 279-1, Petitioners move to lift any stay of Mr. V's removal and to withdraw their Emergency Motion for a Temporary Restraining Order and Stay of Removal of Class Member Mr. V, Dkt. 268.  Respondents assent to the relief sought in this motion.

Petitioners filed their motion on June 17, 2019 to preserve this Court's jurisdiction over Mr. V and permit an examination of his case by class counsel, to whom Respondents refused to give information.  *See* Dkt. No. 268.  That examination has now occurred, at least in part.  In response to Petitioner's Motion and this Court's Order (Dkt. No. 282), Respondents have provided additional information about Mr. V's case.  Petitioners' counsel also had the opportunity to meet with Mr. V. on June 19, 2019.  Although their examination of this case confirms Petitioners' serious concern that Respondents are not adequately and contemporaneously considering the provisional waiver process and its important purposes—and

underscores the need for the discovery Petitioners seek (Dkt. No. 261)—it has also revealed that Mr. V does not presently wish to delay his removal. Accordingly, Petitioners withdraw the Motion for a Temporary Restraining Order and Stay of Removal of Class Member Mr. V and move this Court to lift any stay of Mr. V's removal.

Respectfully submitted this 20th day of June, 2019.

|  |  |
|---|---|
|  | /s/   Kevin S. Prussia |
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Shirley X. Li Cantin (BBO # 675377) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |
| Attorney at Law | Boston, MA 02109 |
| 6 White Pine Lane | Telephone: (617) 526-6000 |
| Lexington, MA 02421 | Facsimile:  (617) 526-5000 |
| (339) 970-9283 | kevin.prussia@wilmerhale.com |
|  | michaela.sewall@wilmerhale.com |
|  | shirley.cantin@wilmerhale.com |
|  | stephen.provazza@wilmerhale.com |
|  | colleen.mccullough@wilmerhale.com |
|  | matthew.costello@wilmerhale.com |
|  | *Attorneys for Petitioners* |

**<u>FEDERAL RULE OF CIVIL PROCEDURE 37 AND LOCAL RULE 7.1 CERTIFICATE</u>**

   I hereby certify that in accordance with Federal Rule of Civil Procedure 37(a) and Local Rule 7.1(a)(2), prior to the filing of the above motion counsel for Petitioners and counsel for Respondents met and conferred in good faith to narrow or resolve the issues in this motion, and counsel for Respondents stated that they assent to Petitioners' motion to withdraw their Motion for a Temporary Restraining Order and Stay of Removal of Class Member Mr. V and to lift any stay of Mr. V's removal.

              */s/   Kevin S. Prussia*
              Kevin S. Prussia