UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., Individually and on behalf of all others similarly situated, Plaintiffs-Petitioners, v. KEVIN McALEENAN, et al., Defendants-Respondents. | No. 1:18-cv-10225-MLW |

### PETITIONERS' MOTION TO WITHDRAW THEIR EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND STAY OF REMOVAL OF CLASS MEMBER MR. V

In light of Mr. V's statements in his declaration, Dkt. 279-1, Petitioners move to lift any stay of Mr. V's removal and to withdraw their Emergency Motion for a Temporary Restraining Order and Stay of Removal of Class Member Mr. V, Dkt. 268. Respondents assent to the relief sought in this motion.

Petitioners filed their motion on June 17, 2019 to preserve this Court's jurisdiction over Mr. V and permit an examination of his case by class counsel, to whom Respondents refused to give information. *See* Dkt. No. 268. That examination has now occurred, at least in part. In response to Petitioner's Motion and this Court's Order (Dkt. No. 282), Respondents have provided additional information about Mr. V's case. Petitioners' counsel also had the opportunity to meet with Mr. V. on June 19, 2019. Although their examination of this case confirms Petitioners' serious concern that Respondents are not adequately and contemporaneously considering the provisional waiver process and its important purposes—and

ALLOWED. Therefore, the prohibition on Mr. V's removal in the June 17, 2019 Order (Docket No. 270) is VACATED and he may be removed.

/s/ MDJ June 21, 2019