```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ<br>AND LUIS GORDILLO, ET AL.,<br>individually and on behalf of all<br>others similarly situated,<br><br>    Petitioners-Plaintiffs,<br><br>    v.<br><br>KEVIN McALEENAN, ET AL.,<br><br>    Respondents-Defendants. | C.A. No. 18-10225-MLW |

## ORDER

WOLF, D.J.                                              June 21, 2019

The court has reviewed the June 20, 2019 Declaration of Acting Field Office Director Marcos Charles concerning whether the court should order Immigration and Customs Enforcement to provide five business days' notice to class counsel before the removal of any class member, and provide class counsel certain information concerning the reasons for removal.

It is hereby ORDERED that:

1. Counsel for the parties shall confer and, by June 25, 2019, report, jointly if possible:

(a) Whether their disputes concerning such notice has been resolved or narrowed; and

(b) Whether their discovery disputes have been resolved or narrowed.

2

    2.   If necessary, a hearing on the foregoing issues shall be held on June 27, 2019 at 2:00 p.m.

                                        /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE