# Exhibit A

*Petitioners' Proposed Class Notice – June 25, 2019*

# **NOTICE OF POTENTIAL LEGAL RIGHTS**

### *Calderon Jimenez v. McAleenan,* **No. 18-10225 (D. Mass.)**

- You are receiving this notice because you may have **LEGAL RIGHTS** due to an ongoing lawsuit on behalf of certain noncitizens. The lawsuit is called *Calderon Jimenez v. McAleenan*.

- If you are receiving this notice, a government official has determined that you are a "class member" in the *Calderon Jimenez v. McAleeenan* because you:

    - you have a final order of removal;

    - you are married to a United States citizen;

    - you are the beneficiary of a pending or approved I-130 Petition for Alien Relative, filed by your spouse;

    - you are at least 17 years old;

    - you do not have a pending application with USCIS for adjustment of status; and

    - you live in Massachusetts, Rhode Island, Connecticut, Vermont, New Hampshire, or Maine.

- If you are a "class member," this case may affect whether you can be **detained or removed from the United States** at this time.

- Please contact the American Civil Liberties Union of Massachusetts at [Phone Number] or [Email Address] to learn more, especially if ICE has arrested or detained you, or if you are facing imminent removal from the United States.

*Petitioners' Proposed Class Notice – June 25, 2019*

# **WHAT IS THIS NOTICE ABOUT?**

*Calderon Jimenez v. McAleenan* is a class action lawsuit in Massachusetts. It was brought to protect immigrants with final orders of removal from being improperly arrested, detained or removed while they pursue something called the "Provisional Waiver Process." The Provisional Waiver Process allows certain immigrants with final orders of removal to seek lawful status through their United States citizen spouses. The Provisional Waiver Process has five steps:

1. The U.S. citizen spouse files a Form I-130, Petition for Alien Relative, for the noncitizen's benefit.

2. The noncitizen files a Form I-212, a "waiver" relating to the prior removal order.

3. If the Form I-130 and Form I-212 are approved, the noncitizen files a Form I-601A, a "waiver" relating to any prior unlawful presence.

4. If the noncitizen obtains approval of both waivers, he or she leaves the United States and appears for an immigrant visa interview at a United States consulate. There he or she may be issued a visa if no other inadmissibility ground applies.

5. The noncitizen returns to the United States with the immigrant visa, and becomes a lawful permanent resident of the United States upon admission.

As part of processing your applications, United States Citizen and Immigration Services (USCIS) may require the noncitizen to attend interviews or other appointments.

***People who have legal rights as part of this lawsuit are called "class members."*** To be a class member, you do not need to have completed the entire Provisional Waiver Process. You may be a class member if your spouse took the first step by filing a Form I-130 for your benefit.

***If you are a class member, you have certain legal rights***. ICE may have violated your rights by detaining you or forcing you to depart the United States.

***If you are a class member, you can speak for free about your rights with a lawyer for the class members.*** If you believe ICE has violated your legal rights, or if you have questions about this lawsuit, you may contact lawyers who represent the class members, as follows:

> American Civil Liberties Union of Massachusetts
> Phone: (___) ___-____
> Email: _____

***You can also contact your immigration attorney, if you have one***. Your payment obligation will depend on your arrangement with your attorney.

***Please do not call the Judge or the Court about this matter.***