# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>Plaintiffs-Petitioners, <br><br>v. <br><br>KEVIN McALEENAN, et al., <br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **DECLARATION OF COLLEEN M. MCCULLOUGH IN SUPPORT OF PETITIONERS' JUNE 25, 2019 STATUS REPORT** |

I, Colleen M. McCullough, declare as follows:

**1.** I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' June 25, 2019 Status Report Regarding Class Notice and Discovery.

**2.** Attached hereto as Exhibit 1 is a true and correct redacted copy of a June 21, 2019 e-mail sent by Respondents' counsel to Petitioners' counsel, parts of which have been designated as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 119. Pursuant to Section 4.3 of the Stipulated Protective Order, Petitioners have redacted certain names and other sensitive personal information from the email for public filing.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 25th day of June, 2019, in Boston, Massachusetts.

/s/ *Colleen M. McCullough*
Colleen M. McCullough (BBO # 696455)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email:colleen.mccullough@wilmerhale.com
