# Exhibit 1

**McCullough, Colleen**

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> |
| **Sent:** | Friday, June 21, 2019 12:04 PM |
| **To:** | Piemonte, Eve (USAMA); WH ACLU MA Calderon Class Action; MSegal@aclum.org; Kathleen Gillespie; Adriana Lafaille |
| **Cc:** | Weiland, William H. (CIV); Piemonte, Eve (USAMA); Perez, Elianis (CIV) |
| **Subject:** | Class Member Notice of Removal |

EXTERNAL SENDER

Counsel,

Please see below two class members ICE has scheduled for removal as early as next week. As you will see, we have added the two columns Mr. Charles referred to in his declaration. ECF No. 284. Because Judge Wolf has not yet decided whether Respondents will be required to provide you with a statement describing "the reasons for removal" (ECF No. 282), we have provided a paragraph on each class member below the spreadsheet with those reasons. Respondents do not agree to provide a paragraph summarizing the "reasons for removal" on class members moving forward absent a court order.

| A-Number | Last Name | First Name | U.S.C. Spouse | Final Order | I-130 | I-212 | I-601A | Attorney (G-28) | Stay of Removal | Criminal | Consideration of Potential Eligibility for a Form I-601A, Application for Provisional Unlawful Presence Waiver | ERO Decision Maker FOD/DFOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | Yes | Yes | Approved | No | No | Yes. ▮ | No. Has not applied | Yes | Yes | FOD |
| ▮ | ▮ | ▮ | Yes | Yes | Pending | No | No | Yes. ▮ | No. Has not applied | Yes | Yes | FOD |

The Field Office Director has considered the ███████ potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver.  The Field Office Director has further considered the alien's criminal history, including recent criminal charges for OUI, sexual assault, and criminal threatening.  Based upon such considerations, the Field Office Director determined to effectuate the alien's order of removal from the United States.

The Field Office Director has considered the █████████████ potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver.  The Field Office Director has further considered the alien's criminal history and any other negative factors of the alien's case, including recent criminal charges for possession with intent to distribute controlled substance.  Based upon such considerations, the Field Office Director determined to effectuate the alien's order of removal from the United States.

Best,
Mary


**Mary L. Larakers**
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 353 4419
F: (202) 305-7000
mary.l.larakers@usdoj.gov