UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>KEVIN McALEENAN, et al.,<br><br>    Defendants-Respondents. | Civ. No. 1:18-cv-10225-MLW |

## PETITIONERS' ASSENTED-TO MOTION TO SEAL

Pursuant to Local Rule 7.2 and the July 19, 2018 Stipulated Protective Order (Dkt. 119), and contemporaneous with the filing of Petitioners' June 25, 2019 Status Report Regarding Class Notice and Discovery, Petitioners respectfully move for leave to file Exhibit 1 under seal.

As grounds for this motion, Petitioners state as follows:

1. On June 25, 2019, contemporaneous with this filing, Petitioners filed their June 25, 2019 Status Report Regarding Class Notice and Discovery, the accompanying Declaration of Colleen M. McCullough, and Exhibit 1 thereto.

2. Exhibit 1 is a June 21, 2019 email from Respondents' counsel to Petitioners' counsel containing the name, alien registration number, and attorney name and email for two class members.  This information is confidential pursuant to the Stipulated Protective Order.

3. Petitioners conferred with Respondents' counsel, who assented to this motion

to seal the redacted information.

WHEREFORE, pursuant to Local Rule 7.2 and the July 19, 2018 Stipulated Protective Order, Petitioners respectfully request that this Court enter an order granting it leave to file Exhibit 1 under seal.

Respectfully submitted this 25th day of June, 2019.

                                                          */s/ Shirley Cantin*

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

Kevin S. Prussia (BBO # 666813)
Shirley X. Li Cantin (BBO # 675377)
Michaela Sewall (BBO# 683182)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com
michaela.sewall@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorneys for Petitioners*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Shirley Cantin, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents met and conferred in good faith on June 25, 2019, regarding resolution of this motion. Counsel for Respondents indicated that they do not oppose Petitioners' motion to seal.

>  */s/ Shirley Cantin*
> Shirley X. Li Cantin