UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
AND LUIS GORDILLO, ET AL., )
individually and on behalf of all )
others similarly situated, )
)
    Petitioners-Plaintiffs, )
)
    v. )  C.A. No. 18-10225-MLW
)
KEVIN McALEENAN, ET AL., )
)
    Respondents-Defendants. )

ORDER

WOLF, D.J.                                                June 28, 2019

For the reasons stated in court on June 27, 2019, it is hereby ORDERED that:

1. Vance Ely, Aldean Beaumont, and Todd Thurlow, Deputy Field Office Directors for the Boston Field Office of the Office of Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement ("Boston ICE-ERO") who may make final removal decisions concerning members of the class in this case, shall read the court's orders concerning detention and removal, and discuss them with Marcos Charles, Acting Field Office Director for Boston ICE-ERO, and respondents' counsel. Deputy Field Office Directors Ely, Beaumont, and Thurlow shall, by July 10, 2019, each file an affidavit stating that they have read such orders, conferred as directed, and understand that any violation of such orders could constitute civil and/or criminal contempt.

2. Respondents shall immediately inform the court if a new acting or permanent Field Office Director of Boston ICE-ERO is appointed. In addition, if any individual other than Todd Lyons, Aldean Beaumont, and Todd Thurlow becomes an acting or permanent Deputy Field Office Director of Boston ICE-ERO, respondents shall inform the court of such appointment. Any new acting or permanent Field Office Director or Deputy Field Office Director shall comply with the requirements of paragraph 1 hereinabove.

3. The parties shall confer and, by July 10, 2019, file jointly a statement memorializing the court's June 27, 2019 oral orders concerning notice to class members and the information concerning class members respondents must provide to class counsel.

4. Respondents shall provide five business days' notice to class counsel that a class member will be removed, unless respondents cannot reasonably provide five business days' notice, in which case they shall provide such notice as promptly as reasonably possible. Respondents have suggested that this requirement may constitute an unjustified preliminary injunction prohibiting removal of class members. If they wish to litigate this issue, they shall, by July 19, 2019, file a motion for reconsideration and a supporting memorandum addressing why the notice ordered constitutes a preliminary injunction and, if so, why a preliminary injunction should not be issued. Petitioners

shall respond to any such motion by August 2, 2019. Any reply shall be filed by August 9, 2019.

5. Petitioners' request to depose Marcos Charles is ALLOWED. The deposition of Mr. Charles shall be conducted on a day between July 8 and July 24, 2019. The parties are encouraged to agree on documents to be produced before Mr. Charles's deposition. However, the court is not ordering that documents be produced now.

6. Within 10 business days following the deposition, the parties shall confer concerning settlement and discovery, report jointly whether they have agreed to settle this case or request that it be stayed, and state their positions concerning further discovery if the case is not settled or stayed.

7. Petitioners' requests to depose Christopher Cronen and a representative of U.S. Customs and Immigration Services are DENIED WITHOUT PREJUDICE. They may, if necessary, be renewed by motion after the report required by paragraph 5 hereinabove has been filed.

8. The parties shall order the transcript of the June 27, 2019 hearing on an expedited basis.

/s/ _____
UNITED STATES DISTRICT JUDGE