## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 1:18-cv-10225-MLW

## **RESPONSE TO COURT ORDER**

On June 27, 2019, the Court ordered Vancy Ely, Aldean Beaumont, and Todd Thurlow, Deputy Field Office Directors for ICE Boston to (1) read the court's orders concerning detention and removal; (2) discuss them with Marcos Charles, Acting Field Office Director for ICE Boston, and Respondents' counsel; and (3) file a declaration stating that they have read such orders, conferred as directed, and understand that any violation of such orders could constitute civil and/or criminal contempt. ECF No. 295. The declarations responsive to the Court's order are attached hereto.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

District Court Section

ELIANIS N. PEREZ
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Mary L. Larakers
Mary L. Larakers
Dated: July 10, 2019                           Trial Attorney