DECLARATION OF ACTING DEPUTY FIELD OFFICE DIRECTOR

<u>VANCE ELY</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Vance Ely, the Acting Deputy Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am an Acting Deputy Field Office Director ("DFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE"). I am stationed in Warwick, Rhode Island.

2. I have served as an Acting DFOD for approximately eight days. Prior to holding my current position, I served as an Assistant Field Office Director for eleven years.

3. Included in my official duties as the Acting DFOD is the responsibility for managing and monitoring the scheduling and execution of removal orders for aliens in ICE custody. I am familiar with ICE policies and procedures for detaining individuals in order to initiate removal proceedings or to effectuate removal orders as well as releasing individuals from ICE custody.

4. This declaration is based on personal knowledge and information made known to me in the course of my professional duties. I am writing this declaration in response to the Court's June 28, 2019 order (ECF No. 295). Further, I am writing this declaration to ensure the Court that I am aware of the ongoing litigation in this matter and have read the following orders, as directed by the Court:

    a. ECF No. 95, Memorandum and Order, June 11, 2018
    b. ECF No. 159, Memorandum and Order, September 21, 2018.

5. Additionally, I write this declaration to state that, consistent with the Court's June 28, 2019 order, after reading the above orders concerning detention and removal, I discussed each with Marcos Charles, Acting Field Office Director for the Boston Field Office and with counsel representing the government in this case.

6. Finally, I write this declaration to convey my understanding of the possible consequences of any violation of the above orders, as conveyed in this Court's June 28, 2019 order.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the Tenth day of July, 2019

Vance Ely
Acting Deputy Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Warwick, Rhode Island