UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs-Petitioners,<br><br>        v.<br><br>KEVIN McALEENAN, et al.,<br><br>        Defendants-Respondents. | Civ. No. 1:18-cv-10225-MLW |

### PETITIONERS' ASSENTED-TO MOTION TO SEAL

Pursuant to Local Rule 7.2 and the July 19, 2018 Stipulated Protective Order (Dkt. No. 119), and contemporaneous with the filing of Petitioners' Motion for Order to Show Cause, Petitioners respectfully move for leave to file the below Exhibits under seal.

As grounds for this motion, Petitioners state as follows:

1. On July 25, 2019, contemporaneous with this filing, Petitioners filed the Motion for Order to Show Cause, Memorandum in Support of Motion for Order to Show Cause ("Memorandum"), the supporting July 25, 2019 Declaration of Matthew W. Costello, and Exhibits A–S thereto.

2. Exhibit A is a document that identifies class members currently held in detention by ICE (the "July 12, 2019 Detention Report"), which provides the dates on which detained class members received POCR notices, POCR reviews and decisions, and 180-day PCR reviews.

3. Exhibit B is a July 12, 2019 email from Mary L. Larakers to Calderon class

1

counsel, with the subject line "Calderon June Detention Spreadsheet & Notices of Removal."

4. Exhibit C is a copy of the transcript of the July 16, 2019 deposition of Marcos Charles.

5. Exhibit D is a copy of a Notice to Alien of File Custody Review for Mr. BF., dated November 29, 2018.

6. Exhibit E is a copy of a Decision to Continue Detention for Mr. BF., dated January 28, 2019.

7. Exhibit F is a copy of a Notice to Alien of File Custody Review for Mr. F., dated February 14, 2019.

8. Exhibit G is a copy of a Decision to Continue Detention for Mr. F., dated May 7, 2019.

9. Exhibit H is a copy of a Notice to Alien of File Custody Review for Mr. M, dated March 26, 2019.

10. Exhibit I is a copy of a Decision to Continue Detention for Mr. M., dated June 4, 2019.

11. Exhibit J is a Notice to Alien of File Custody Review for Mr. L., dated December 18, 2018.

12. Exhibit K is a copy of a Decision to Continue Detention for Mr. L., dated March 8, 2019.

13. Exhibit L is a copy of Decision to Continue Detention for Mr. P., dated April 1, 2019, and Notice to Alien of File Custody Review, dated January 24, 2019.

14. Exhibit M is a copy of Notice to Alien to File Custody Review for Mr. S., dated August 22, 2018.

15. Exhibit N is a copy of a Decision to Continue Detention for Mr. S., dated November 14, 2018.

16. Exhibit O is a copy of a Decision to Continue Detention for Mr. S., dated June 6, 2019.

17. Exhibit P is a copy of a Notice to Alien of File Custody Review for Mr. SS., dated November 2, 2018.

18. Exhibit Q is a Decision to Continue Detention for Mr. SS., dated February 4, 2019.

19. Exhibit R is a copy of a Decision to Continue Detention for Mr. SS., dated May 29, 2019.

20. Exhibit S is a July 25, 2019 email from Mary L. Larakers to Michaela Sewall, with the subject line "RE: Calderon litigation."

21. Exhibits A–S, as well as Petitioners' Memorandum, each contain Confidential Information as that term is defined under Section 2 of the July 19, 2018 Stipulated Protective Order. This information includes at least: (1) class members' names, addresses, alien registration numbers ("A numbers"), and any other personally identifiable information covered by the Privacy Act, 5 U.S.C. § 552a and Federal Rule of Civil Procedure 5.2; and (3) federal law-enforcement-sensitive information, including but not limited to, investigative files and techniques.

22. To preserve the rights of the public, Petitioners shall file public versions of the Memorandum and Exhibits A and D–R, redacting any Confidential Information. However, because Exhibits B, C, and S are suffused with Confidential Information to an extent that would render redactions impractical, Petitioners seek leave to file those exhibits under seal

only.

23. Petitioners conferred with Respondents' counsel, who assented to this motion to file an unredacted sealed copy with the Court and provide redacted copies for public filing.

WHEREFORE, pursuant to Local Rule 7.2 and the July 19, 2018 Stipulated Protective Order, Petitioners respectfully request that this Court enter an order granting it leave to file Exhibits A–S under seal.

Respectfully submitted this 25th day of July, 2019.

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170
Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

*/s/ Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Shirley X. Li Cantin (BBO # 675377)
Jonathan Cox (BBO # 687810)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorneys for Petitioners*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Matthew W. Costello, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for respondents conferred in good faith on July 25, 2019, regarding resolution of this motion. Counsel for Respondents indicated that they do not oppose Petitioners' motion.

/s/ *Matthew W. Costello*
Matthew W. Costello

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2019, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Kevin S. Prussia*
Kevin S. Prussia