# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | |
| Individually and on behalf of all others similarly situated, | No. 1:18-cv-10225-MLW |
| Plaintiff-Petitioners, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| KEVIN K. McALEENAN, et al., | |
| Defendants-Respondents. | |

## MOTION FOR ORDER TO SHOW CAUSE

As a consequence of the continued violations of the post-order custody regulations described in the accompanying Memorandum, Petitioners respectfully move for an order requiring Respondents to show cause why the Court should not order the release of detainees appearing on Respondents' July 12 detention report. Petitioners also respectfully request that the Court preserve its jurisdiction over these matters by requiring the government to either release the individuals in question or detain them within the jurisdiction of the Boston Enforcement and Removal Operations (Boston ERO) until the issues in this motion are resolved.

Respectfully submitted this 25th day of July, 2019.

/s/ Kevin S. Prussia

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Shirley X. Li Cantin (BBO # 675377) |
| FOUNDATION OF MASSACHUSETTS, INC. | Jonathan Cox (BBO # 687810) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING |
|  |   HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |
| Attorney at Law | Boston, MA 02109 |
| 6 White Pine Lane | Telephone: (617) 526-6000 |
| Lexington, MA 02421 | Facsimile:  (617) 526-5000 |
| (339) 970-9283 | kevin.prussia@wilmerhale.com |
|  | michaela.sewall@wilmerhale.com |
|  | shirley.cantin@wilmerhale.com |
|  | jonathan.cox@wilmerhale.com |
|  | colleen.mccullough@wilmerhale.com |
|  | matthew.costello@wilmerhale.com |

*Attorneys for Petitioners*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on July 25, 2019 in an attempt to resolve the issues raised in this motion. The parties were unable to reach a resolution.

>  */s/ Michaela P. Sewall*
>  Michaela P. Sewall

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2019, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

>  */s/ Kevin S. Prussia*
>  Kevin S. Prussia