# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## [PROPOSED] ORDER

WOLF, D.J.                                                                                                          _____, 2019

As requested in Petitioners' July 25, 2019 Motion for Order to Show Cause, it is hereby ORDERED that: No later than _____, 2019, Respondents shall show cause why this Court should not order the release of the individuals identified in Respondents' July 12 detention report and discussed in Petitioners' July 25 memorandum of law. If the noncitizens in question are not released prior to the adjudication of this matter, Respondents shall detain them within the jurisdiction of the Boston Enforcement and Removal Operations ("Boston ERO").

_____
UNITED STATES DISTRICT JUDGE