UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>KEVIN McALEENAN, et al.,<br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW<br><br>**DECLARATION OF MATTHEW W. COSTELLO IN SUPPORT OF PETITIONERS' MOTION FOR ORDER TO SHOW CAUSE AND FOR EMERGENCY RELIEF PRESERVING THIS COURT'S JURISDICTION**<br><br>**PUBLIC VERSION** |

I, Matthew W. Costello, declare as follows:

1. I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Motion for Order to Show Cause and for Emergency Relief Preserving this Court's Jurisdiction.

2. Attached hereto as Exhibit A is a true and correct copy of the July 12, 2019 Detention Report provided by Respondents.

3. Attached hereto as Exhibit B is a true and correct copy of a July 12, 2019 email from Mary L. Larakers to Calderon class counsel, with the subject line "Calderon June Detention Spreadsheet & Notices of Removal."

4. Attached hereto as Exhibit C is a true and correct copy of the transcript of the July 16, 2019 deposition of Marcos Charles.

5. Attached hereto as Exhibit D is a true and correct copy of a Notice to Alien of File Custody Review for Mr. BF., dated November 29, 2018.

6. Attached hereto as Exhibit E is a true and correct copy of a Decision to Continue Detention for Mr. BF., dated January 28, 2019.

7. Attached hereto as Exhibit F is a true and correct copy of a Notice to Alien of File Custody Review for Mr. F., dated February 14, 2019.

8. Attached hereto as Exhibit G is a true and correct copy of a Decision to Continue Detention for Mr. F., dated May 8, 2019.

9. Attached hereto as Exhibit H is a true and correct copy of a Notice to Alien of File Custody Review for Mr. M., dated March 26, 2019.

10. Attached hereto as Exhibit I is a true and correct copy of a Decision to Continue Detention for Mr. M., dated June 4, 2019.

11. Attached hereto as Exhibit J is a true and correct copy of a Notice to Alien of File Custody Review for Mr. L., dated December 18, 2018.

12. Attached hereto as Exhibit K is a true and correct copy of a Decision to Continue Detention for Mr. L., dated March 8, 2019.

13. Attached hereto as Exhibit L is a true and correct copy of a Decision to Continue Detention for Mr. P. dated April 1, 2019, and Notice to Alien of File Custody Review, dated January 24, 2019.

14. Attached hereto as Exhibit M is a true and correct copy of a Notice to Alien to File Custody Review for Mr. S., dated August 22, 2018.

15. Attached hereto as Exhibit N is a true and correct copy of a Decision to Continue Detention for Mr. S., dated November 15, 2018.

16. Attached hereto as Exhibit O is a true and correct copy of a Decision to Continue Detention for Mr. S., dated June 6, 2019.

17. Attached hereto as Exhibit P is a true and correct copy of a Notice to Alien of File Custody Review for Mr. SS., dated November 2, 2018.

18. Attached hereto as Exhibit Q is a true and correct copy of a Decision to Continue Detention for Mr. SS., dated February 4, 2019.

19. Attached hereto as Exhibit R is a true and correct copy of a Decision to Continue Detention for Mr. SS., dated May 29, 2019.

20. Attached hereto as Exhibit S is a true and correct copy of a July 25, 2019 email from Mary L. Larakers to Michaela Sewall, with the subject line "RE: Calderon litigation."

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 25th day of July, 2019, in Boston, Massachusetts.

/s/ *Matthew W. Costello*
Matthew W. Costello (BBO # 696384)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: matthew.costello@wilmerhale.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2019, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

                                                    */s/ Kevin S. Prussia*
                                                    Kevin S. Prussia