# EXHIBIT B

Filed Under Seal
CONFIDENTIAL