# EXHIBIT J

*Office of Enforcement and Removal Operations*

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803



**U.S. Immigration and Customs Enforcement**

c/o Immigration and Customs Enforcement
Boston Field Office

## Notice to Alien of File Custody Review

You are detained in the custody of U.S. Immigration and Customs Enforcement (ICE) and you are required to cooperate with ICE in effecting your removal from the United States. If ICE has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days of either: 1) your entering ICE custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in ICE custody), ICE's Deciding Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you will not pose a danger to the community and will not present a flight risk.

Your custody status will be reviewed on or about ▮▮▮▮▮. The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The deciding official will notify you of the decision in your case. Attached to this notice is a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

www.ice.gov

**Notice to Alien of File Custody Review**

Name ███████████████  A Number ████████████
Page 2

---

### PROOF OF SERVICE

(1)   **Personal Service (Officer to complete both (a) and (b) below.)**

(a)   I ___████████████████___, ___████___████___,
             Name of ICE Officer                                    Title

certify that I served ___████████___████████___ with a copy of
                              Name of detainee

this document at ___████████___ on ___████___, at ___████████___.
                        Institution                  Date              Time

(b)   I certify that I served the custodian _____,
                                                       Name of Official

_____, at _____, on
         Title                         Institution

_____ with a copy of this document.
       Date

### OR

(2)   **Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
         Name of ICE Officer                  Title

that I served _____ and the custodian _____,
                 Name of detainee                                Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                         Institution                     Date

Detainee Signature: ███████████████   Date: ███████████

( )   cc:   Attorney of Record or Designated Representative
(X)   cc:   A-File