# EXHIBIT L

*forcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
1000 District Avenue
Burlington, MA 01803



# U.S. Immigration and Customs Enforcement

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined as a matter of administrative discretion that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a citizen and national of ███████ who entered the United States at ███████ ███████ as a lawful permanent resident.

You are subject to a Final Order of Removal issued on ███████

███████

Based upon the above in the exercise of administrative discretion, you will remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been removed or released from custody by ███████ jurisdiction of the custody decision in your case will be transferred to the Headquarters Removal and International Operations Unit (HQ RIO), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ RIO will make a final determination regarding your custody.

**Decision to Continue Detention**

Page 2

---

## PROOF OF SERVICE

(1)   **Personal Service (Officer to complete both (a) and (b) below.)**

(a)   I ████████████████████, ████████████████████,

certify that I served _____ with a copy of
Name of ICE Officer        Title

this document at ██████████████ on ██████████, at ██████████.
Institution     Date     Time

(b)   I certify that I served the custodian _____,
Name of Official

_____, at _____, on
Title        Institution

_____ with a copy of this document.
Date

## OR

(2)   **Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
Name of ICE Officer        Title

that I served _____and the custodian _____
Name of detainee        Name of Official

with a copy of this document by certified mail at _____ on _____.
Institution        Date

( )  cc:  Attorney of Record or Designated Representative
( )  cc:  A-File



**U.S. Immigration and Customs Enforcement**

*Office of Detention and Removal Operations*

**U.S. Department of Homeland Security**
10 New England Executive Park
Burlington, MA 01803

*402*

ne: ▆▆▆▆▆▆▆▆▆▆
▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆

## Notice to Alien of File Custody Review

are detained in the custody of the Immigration and Naturalization Service (INS) and you are required to cooperate with the INS in effecting your removal from ited States. If the INS has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your g INS custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in INS custody, the INS ng Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the ction of the Attorney General that you will not pose a danger to the community and will not present a flight risk.

ustody status will be reviewed on or about: ▆▆▆▆▆▆▆   The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel documents;
10. Any available mental health reports.

nay submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The district director ify you of the decision in your case. Attached to this notice is a list of free or low cost legal representatives who may be able to provide assistance to you in ng your case.

**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement
Attn: POCR Unit

▆▆▆▆▆▆▆▆▆▆▆▆

### METHOD OF SERVICE

that this form was provided to the alien by:   (Hand)   (Institution Mail)
Attorney of Record or Designated Representative
A-File

▆▆▆▆▆▆▆▆   ▆▆▆▆▆▆▆▆▆▆▆

Signature of Officer   ~~Print Name of Officer~~   ~~Date~~

1/16/2019

**U.S. Department of Homeland Security**
**Immigration and Customs Enforcement**

**I-229 (a)**
**Warning for Failure to Depart**

| Name: | District Office: | File #: |
|---|---|---|

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237 (a) who:

> (A) willfully fails or refuses to depart from the United States within a period of 90 days from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

> (B) willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

> (C) connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

> (D) willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237 (a)), or both.

Nothing in this section shall make a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action Immigration Custom Enforcement may take to obtain a travel document for your departure or to remove you will NOT relieve you off the liability for compliance with the provisions of law referred to in the first paragraph above.

Section 241 (a) (1) (C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final: | Ordered Removed under Section: 237a2Eii |
|---|---|

**Record of Service (check method used)**
**Record of Personal Service**

| Serv | |
|---|---|
| | Location of Service: **NEW ENGLAND FIELD OFFICE** |
| | Da |

| Warning administered in Court (copy of order attached) | Record of Personal Service (Cont.) |
|---|---|
| **Certified Mail Service** | Fingerprint of Alien (Specify finger used) |
| Attach certified mail reciepts here. | Right Index Finger |

1/16/2019

## INSTRUCTION SHEET TO DETAINEE REGARDING REQUIREMENT TO ASSIST IN REMOVAL

The following is a list of things you are required to complete within thirty days of receiving this form, in order to comply with your obligation to assist in obtaining a travel document:

Mandatory requirements will be checked off by the ICE Officers depending on the facts of each case. Failure to comply or provide sufficient evidence of your inability to comply may result in the extension of the removal and subject you to further detention.

- Submit passports (current and expired) to ICE. If you have a copy of your passport, you are to submit.

- Apply for a travel document/passport from your embassy or consulate, or directly from your government in your native country, or any other embassy or consulate of your native country in another country.

- Comply with all instructions from all embassies or consulates requiring completion of documentation for issuance of a travel document.

- Submit to ICE birth certificates, national identification cards, and any other document issued by foreign government indicating your citizenship, nationality, place of birth, and place of residence prior to entering United States.

- Provide names and addresses of family and friends residing in the United States and request that they contact your embassy or consulate in the United States, in order to facilitate the issuance of a travel document.

- Provide names and addresses of family and friends residing in your country of citizenship and request family and friends residing abroad contact your government in reference to issuing a travel document.

- You are required to take measures to request reinstatement of your previous nationality, register as required, or take any other action that will ensure the issuance of a travel document and your removal from United States.

- Provide ICE with written copies of request to embassies or consulates requesting issuance of a travel documents.

- Provide INS with written copies of requests to embassies or consulates requesting issuance of a travel document.

- Provide INS with written copies of responses from embassies or consulates regarding your requests.

- Solicit permission from another country, which may be able to accept you, to enter that country to effect your removal from the United States.

- Other:

Served by Officer's Name                    Date                                    Location

**To be served with I-229 (a) no later than 30 days after the final order**

1/18/2019