# EXHIBIT N

*Enforcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
100 District Avenue
Burlington, MA 01803



U.S. Immigration
and Customs
Enforcement

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined as a matter of administrative discretion that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You are a native and citizen of ▉▉▉▉ who was admitted to the United States through ▉▉▉▉ on ▉▉▉▉, with a B-2 non-immigrant visa.

You are subject to a Final Order of Removal issued on ▉▉▉▉

Based upon the above in the exercise of administrative discretion, you will remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been removed or released from custody by ▉▉▉▉ jurisdiction of the custody decision in your case will be transferred to the Headquarters Removal and International Operations Unit (HQ RIO), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ RIO will make a final determination regarding your custody.

www.ice.gov

**Notice to Alien of File Custody Review**

Page 2

---

### PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I _____ [Name of ICE Officer] _____, _____ Title _____,
certify that I served _____ with a copy of
this document at _____ on _____, at _____
Institution                              Name of detainee        Date        Time

(b) I certify that I served the custodian _____,
                                          Name of Official
_____, at _____, on
Title                              Institution
_____ with a copy of this document.
Date

**OR**

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
   Name of ICE Officer              Title
that I served _____ and the custodian _____,
              Name of detainee                          Name of Official
with a copy of this document by certified mail at _____ on _____.
                                                  Institution              Date

Detainee Signature: _____     Date: _____

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File