# EXHIBIT O

*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536



**U.S. Immigration
and Customs
Enforcement**

## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE) has
reviewed your custody status and determined that you will not be released from custody at this
time. This decision was based on a review of your file record and/or personal interview and
consideration of any information you submitted to ICE reviewing officials.

You are a native and a citizen of ███████ who last entered the United States on or about
███████████████████ You have several
███████████████ █ ▌ █ you were issued a Final Order of Removal in
absentia by an Immigration Judge███████████ On █ ███████
███████████████ The case is currently
pending a decision.

ICE is currently in possession of a valid travel document for your removal from the United
States. You will remain in custody until ICE can effectuate your removal.

This decision, however, does not preclude you from bringing forth evidence in the future to
demonstrate a good reason why your removal is unlikely. You are advised that pursuant to
Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that
you are making reasonable efforts to comply with the order of removal, and that you are
cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect
your removal.

You are also advised that any willful failure or refusal on your part to make timely application in
good faith for travel or other documents necessary for your departure, or any conspiracy or
actions to prevent your removal or obstruct the issuance of a travel document, may subject you to
criminal prosecution under 8 USC § 1253(a).



Decision to Continue Detention

████████████████████████

Page 2

---

## PROOF OF SERVICE

**(1)   Personal Service (Officer to complete both (a) and (b) below.)**

    (a)   I ____████_____, ████████████
               Name of ICE Officer          Title

certify that I served ████████████_____ with a copy of
                Name of detainee

this document at ____████████____ on ___████__, at ___████████
           Institution        Date      Time

    (b)   I certify that I served the custodian _____,
                        Name of Official

_____, at _____, on
      Title            Institution
_____ with a copy of this document.
    Date

## OR

**(2)   Service by certified mail, return receipt.  (Attach copy of receipt)**

    I _____, _____, certify
        Name of ICE Officer      Title
that I served _____ and the custodian _____.
        Name of detainee       Name of Official
with a copy of this document by certified mail at _____ on _____.
                  Institution    Date

Detainee Signature: ████████████_____   Date: ___████___

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File