# EXHIBIT R



Office of Enforcement and Removal Operations

U.S. Department of Homeland Security
500 12th Street, SW
Washington, D.C. 20536

**U.S. Immigration and Customs Enforcement**



## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE) has reviewed your custody status and determined that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a native and citizen of the ▮▮▮ who last entered the United States on ▮▮▮, as a Non-Immigrant. You have been convicted of the crime of ▮▮▮. On ▮▮▮, you were issued a Final Order of Removal by an Immigration Official. ICE is currently working with the Government of the ▮▮▮ to secure a travel document for your removal from the United States. A travel document from the Government of the ▮▮▮ is expected, therefore you are to remain in ICE custody at this time.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

Date

**Decision to Continue Detention**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Page 2

---

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
                            Name of ICE Officer                    Title

certify that I served ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with a copy of
                                  Name of detainee

this document at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on ▓▓▓▓▓▓, at ▓▓▓▓▓▓▓▓.
                    Institution                         Date         Time

(b) I certify that I served the custodian _____,
                                                    Name of Official

_____, at _____, on
        Title                                  Institution

_____ with a copy of this document.
      Date

### OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
      Name of ICE Officer                Title

that I served _____ and the custodian _____,
            Name of detainee                        Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                Institution          Date

Detainee Signature: ▓▓▓▓▓▓▓▓▓▓▓▓    Date: ▓▓▓▓▓▓▓▓▓▓▓▓

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File