# EXHIBIT S

## Filed Under Seal
## CONFIDENTIAL