# EXHIBIT A

| | | | | | YES/NO | | Approved, Pending, Denied. | | | YES/NO | | | | | | | YES/NO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Detention Date** | **A-Number** | **Last Name** | **First Name** | **Country of Origin** | **U.S.C. Spouse** | **Final Order & Date** | **I-130** | **I-212** | **I-601A** | **Attorney (G-28)** | **Criminal** | **Stay of Removal (I-246)** | **Attorney Name, Phone and Email** | **OSUP Revocation Date** | **Date POCR Notice Issued** | **Date POCR Conducted and Decisions** | **Consideration of Potential Eligibility for a Form I-601A, Application for Provisional Unlawful Presence Waiver** | **ERO Decision Maker FOD/DFOD** |
| 1/25/2019 | [redacted] | Rodriguez | Ana Gabriela | Honduras | Yes | Yes-5/11/19 | Pending | Unknown | Unknown | Yes | Yes | No | Enrique Mesa, 603-296-2222, info@mesalaw.com | N/A | 6/4/2019 | N/A | Yes | FOD |
| 3/8/2019 | [redacted] | Justo Madeira | Ramon | Brazil | Yes | Yes-9/1/04 | Approved | Unknown | Unknown | Yes | Yes | No | Flavia Marinho Martins, 201-259-6812, flavia.martins@aol.com | N/A | 3/26/2019 | 6/4/2019; continued detention | Yes | FOD |
| 5/3/2019 | [redacted] | Barnes | Chevon Dewean | Jamaica | Yes | Yes-1/14/19 | Approved | Unknown | Unknown | Yes | Yes | No | Mohamed Musani, 860-938-1850, riaz@musanilaw.com | N/A | 5/3/2019 | N/A | Yes | FOD |
| 12/14/2018 | [redacted] | Moniz | Elton Djanini | Cape Verde | Yes | Yes-7/21/17 | Approved | Pending | Unknown | Yes | Yes | No | Kimberly Williams, Rubin Pomerleau PC, (617) 367-0077, jbr@rubinpom.com | N/A | 12/14/2018 | 3/14/2019, continue detention; 6/20/19, 180 day review continued detention | Yes | FOD |
| 6/8/2018 | [redacted] | De Los Santos-Lara | Mario | Dominican Republic | Yes | Yes-4/16/19 | Pending | Unknown | Unknown | Yes | No | No | Molly M McGee, 617-871-6030, mmcgee@rachelradolaw.com | N/A | 4/25/2019 | N/A | Yes | FOD |
| 2/6/2019 | [redacted] | Lima | Moises | El Salvador | Yes | Yes-9/25/14 | Pending | Pending | Unknown | Yes | Yes | No-rejected 3/7/19 | Jeffrey Rubin, 6173670077, law@rubinpom.com | N/A | 2/26/2019 | 5/1/2019, continue detention | Yes | FOD |
| 1/23/2018 | [redacted] | Pontes | Danielson Mendes Goncalves | Cape Verde | Yes | Yes-12/28/18 | Approved | Unknown | Unknown | Yes | Yes | No | Karol Canals, 508-535-5555, kcanals@joegrimaldilaw.com | N/A | 1/25/2019 | 3/27/2019, continue detention | Yes | FOD |
| 2/23/2018 | [redacted] | Ferreira | Romilson Batista | Brazil | Yes | Yes-11/13/18 | Pending | Pending | Unknown | Yes | Yes | No - rejected 2/19/19 | EOIR: Vazquez, Jose Antonio, 508-477-500, jose423276@msn.com; BIA: Jeffrey Rubin, 617-367-0077, jbr@rubinpom.com; FED: Jeffrey Rubin, 617-367-0077, jbr@rubinpom.com | N/A | 11/29/2018 | POCR Conducted: 01/25/2019; POCR Decision 01/28/2019; FTC decision issued 5/24/2019 | Yes | FOD |
| 10/29/2018 | [redacted] | Sisse | Sambu | Guinea Bissau | Yes | Yes-10/18/07 | Approved | Unknown | Unknown | Yes | Yes | No | EOIR: Tanz, Jared, 617-481-1726; BIA: Silverman, Howard A., 617-542-5111, hs@rsllp.net; FED: Susan Church, 617-354-3944, sbc@demissiechurch.com | 10/26/2018 | 11/2/2018 | Post 180: Field Office Decision 02/04/2019 based on a 1st Cir Ct stay that was issued; Stay denied on 4/29/19; HQ Post 180 decision: 5/29/2019 | Yes | FOD |
| 8/21/2018 | [redacted] | Semedo | Amadeu Mendes | Cape Verde | Yes | Yes-7/9/12 | Pending | Unknown | Unknown | Yes | Yes | No | Susan Pires, 401-273-4900, susanpires@pireslaw.com | 8/22/2018 | 8/22/2018 | POCR conducted: 11/01/2018; POCR Decision 11/14/2018; Post 180 POCR Decisions: 03/05/2019, 06/06/2019 | Yes | FOD |
| 2/12/2019 | [redacted] | Gomes De Faria | Francescolli | Brazil | Yes | Yes- 8/29/06 | Approved | Unknown | Unknown | Yes | Yes | No | Anthony Drago Jr. Esq., 617-357-0400, anthony@adragopc.com | N/A | 2/14/2019 | POCR conducted: 05/3/2019; POCR Decision 05/7/2019 | Yes | FOD |
| 10/24/2018 | [redacted] | Leon | Kendel | St. Lucia | Yes | Yes-12/12/18 | Approved | unknown | Unknown | Yes | Yes | No | Daniel Marcus, 860-525-5500, daniel.marcus@sdbglobal.net | N/A | 12/19/2018 | 90 day POCR conducted 3/8/19 continued detention; Imminent Removal Notice issued 5/28/19 | Yes | FOD |
| 5/21/2019 | [redacted] | Kalinowski | Tadeusz | Poland | Yes | Yes-5/11/17 | Approved | Unknown | Unknown | Yes | Yes | No | Abdul Abdurahman, 860-231-8380, aabdurahman@batmlaw.com | N/A | 5/21/2019 | N/A | Yes | FOD |