UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>    Petitioners-Plaintiffs,<br><br>    v.<br><br>KEVIN McALEENAN, ET AL.,<br><br>    Respondents-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                            July 29, 2019

On July 10, 2019, the parties filed a proposed order summarizing the orders the court made orally at the hearing on June 27, 2019. See Docket No. 301. In the proposed order, the parties indicated that they were continuing to confer regarding revisions to the proposed Class Notice form and would "submit a joint proposed Class Notice shortly." Id. at 3, n.1.

It is hereby ORDERED that the parties shall, by July 31, 2019, jointly if possible, but separately if necessary, file the proposed Class Notice.

                                                       /s/ Mark L. Wolf
                                                       UNITED STATES DISTRICT JUDGE