UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
AND LUIS GORDILLO, ET AL., )
individually and on behalf of all )
others similarly situated, )
)
    Petitioners-Plaintiffs, )
)
         v. )   C.A. No. 18-10225-MLW
)
KEVIN McALEENAN, ET AL., )
)
    Respondents-Defendants. )

ORDER

WOLF, D.J.                                                   July 29, 2019

    It is hereby ORDERED that the July 26, 2019 Order (Docket No. 307) shall be SEALED and the attached amended version of it, with the names of the aliens listed on Exhibit A redacted, shall be filed for the public record.

                                                             /s/ Mark L. Wolf
                                                 UNITED STATES DISTRICT JUDGE