EXHIBIT A

| Detention Date | A-Number | Last Name | First Name | Country of Origin | U.S.C. Spouse | Final Order & Date | I-130 | I-212 | I-601A | Attorney (C-28) | Criminal | Stay of Removal (C-246) | Attorney Name, Phone and Email | OSUP Revocation Date | Date POCR Notice Issued | Date POCR Conducted and Decisions | Consideration of Potential Eligibility for a Form I-601A, Application for Provisional Unlawful Presence Waiver | ERO Decision Maker FOD/DFOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/25/2019 | | | | Honduras | Yes | Yes-5/11/19 | Pending | Unknown | Unknown | Yes | Yes | No | Enrique Mesa, 401-270-2222, enfor@mesalaw.com | N/A | 6/4/2019 | N/A | Yes | FOD |
| 3/8/2019 | | | | Brazil | Yes | Yes-9/1/04 | Approved | Unknown | Unknown | Yes | Yes | No | Flavia Martins Martins, 201-250-6312, flavia.martins@aol.com | N/A | 3/26/2019 | 6/4/2019, continued detention | Yes | FOD |
| 5/3/2019 | | | | Jamaica | Yes | Yes-1/14/19 | Approved | Unknown | Unknown | Yes | Yes | No | Mohamed Musim, 860-693-1850, nazel.musim@law.com | N/A | 5/3/2019 | N/A | Yes | FOD |
| 12/14/2018 | | | | Cape Verde | Yes | Yes-7/21/17 | Approved | Pending | Unknown | Yes | Yes | No | Kimberly Williams, Rubin Pomerleau PC, (617) 367-0077, jbr@rubinpsm.com | N/A | 12/14/2018 | 3/14/2019, continue detention; 6/20/19, 180 day review continued detention | Yes | FOD |
| 6/8/2018 | | | | Dominican Republic | Yes | Yes-4/16/19 | Pending | Unknown | Unknown | Yes | No | No | Molly M McGee, 617-871-6030, mmcgee@rachelradalaw.com | N/A | 4/25/2019 | N/A | Yes | FOD |
| 2/6/2019 | | | | El Salvador | Yes | Yes-9/25/14 | Pending | Unknown | Unknown | Yes | Yes | No-reissued 3/7/19 | Jeffrey Rubin, 6173670077, law@rubinpsm.com | N/A | 2/26/2019 | 5/1/2019, continue detention | Yes | FOD |
| 12/3/2018 | | | | Cape Verde | Yes | Yes-12/28/18 | Approved | Unknown | Unknown | Yes | Yes | No | Karolai Canch, 508-535-5555; EHR Vazquez, Jose Abbama, 508-472-5490, jose 43127@hotmsn.com; BIA: Jeffrey Rubin, 617-367-0077, jbr@rubinpsm.com; FED: Jeffrey Rubin, 617-367-0077, jbr@rubinpsm.com | N/A | 1/25/2019 | 3/27/2019, continue detention | Yes | FOD |
| 2/23/2018 | | | | Brazil | Yes | Yes-11/13/18 | Pending | Pending | Unknown | Yes | Yes | No - reissued 2/19/19 | Jeffrey Rubin, 617-367-0077, jbr@rubinpsm.com | N/A | 11/29/2018 5/24/2019 | POCR Conducted: 01/25/2019; POCR Decision 01/25/2019, FTC decision issued | Yes | FOD |
| 10/29/2018 | | | | Guinea Bissau | Yes | Yes-10/18/07 | Approved | Unknown | Unknown | Yes | Yes | No | EOIR: Tanz, Jared, 617-481-1726; BIA: Silverman, Howard A., 617-542-5111, hs@silly.net; FED: Susan Church, 617-354-3944, sc@demissarchurch.com | 10/26/2018 | 11/27/2018 5/29/2019 | POCR conducted 11/01/2018; POCR Decision 11/14/2018; Post 180 POCR Decision: 03/05/2019 | Yes | FOD |
| 8/21/2018 | | | | Cape Verde | Yes | Yes-7/9/12 | Pending | Unknown | Unknown | Yes | Yes | No | Susan Paez, 401-271-4900, susanpaez@pacelaw.com | 8/22/2018 | 8/22/2018 06/06/2019 | Post 180: Field Officer Decision: 02/04/2019 based on a 1st Cir Ct stay that was issued. Stay denied on 4/29/19. 180 Post 180 decision. | Yes | FOD |
| 2/12/2019 | | | | Brazil | Yes | Yes-8/29/06 | Approved | Unknown | Unknown | Yes | Yes | No | Anthony Drago Jr. Esq., 617-357-4900, anthony@adropys.com | N/A | 2/14/2019 | Decision 05/7/2019 | Yes | FOD |
| 10/24/2018 | | | | St. Lucia | Yes | Yes-12/12/18 | Approved | unknown | Unknown | Yes | Yes | No | Daniel Marcus, 860-525-5500, daniel.marcus@sdrglobal.net | N/A | 12/19/2018 | 90 day POCR conducted 1/8/19 continued detention; Imminent Removal Notice issued 5/28/19 | Yes | FOD |
| 5/21/2019 | | | | Poland | Yes | Yes-5/11/17 | Approved | Unknown | Unknown | Yes | Yes | No | Abdul Abdurahman, 860-231-8380, aabdurahman@ssrmlw.com | N/A | 5/21/2019 | N/A | Yes | FOD |