UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
AND LUIS GORDILLO, ET AL., )
individually and on behalf of all )
others similarly situated, )
 )
    Petitioners-Plaintiffs, )
 )
    v. )  C.A. No. 18-10225-MLW
 )
KEVIN McALEENAN, ET AL., )
 )
    Respondents-Defendants. )

ORDER

WOLF, D.J.                                                      July 30, 2019

    It is hereby ORDERED that, if necessary, a hearing on petitioners' Motion for Order to Show Cause (Docket No. 304) and other pending matters shall be held on August 2, 2019, at 10:30 a.m.

                                                  /s/ Mark L. Wolf
                                                  UNITED STATES DISTRICT JUDGE