UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br>    Plaintiff-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, et al., <br><br>    Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## PETITIONERS' ASSENTED-TO MOTION TO SEAL (RENEWED)

Pursuant to Local Rule 7.2, the July 19, 2018 Stipulated Protective Order (Dkt. No. 119), and the Court's July 26, 2019 Electronic Order (Dkt. No. 308), Petitioners respectfully move for leave to file the following documents under seal: (1) Petitioners' Memorandum in Support of Motion for Order to Show Cause; and (2) Exhibits A–S to the Declaration of Matthew W. Costello in Support of Petitioners' Motion for Order to Show Cause (Dkt. No. 306).  In support of this motion, Petitioners have also filed a Supplemental Affidavit of Matthew W. Costello, enclosing revised public versions the materials to be sealed, as well as a memorandum explaining the grounds for the proposed redactions.

Petitioners conferred with Respondents' counsel, who assented to this motion and have assented to the specific redactions included in the proposed public exhibits.

WHEREFORE, Petitioners respectfully request that this Court enter an order granting it leave to file the Memorandum in Support of Motion for Order to Show Cause and Exhibits A–S under seal.

Respectfully submitted this 30th day of July, 2019.

| | |
|---|---|
| | */s/ Kevin S. Prussia* |
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC. | Shirley X. Li Cantin (BBO # 675377) |
| | Jonathan Cox (BBO # 687810) |
| | Colleen M. McCullough (BBO # 696455) |
| 211 Congress Street | |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | |
| Attorney at Law | 60 State Street |
| 6 White Pine Lane | Boston, MA 02109 |
| Lexington, MA 02421 | Telephone: (617) 526-6000 |
| (339) 970-9283 | Facsimile:  (617) 526-5000 |
| | kevin.prussia@wilmerhale.com |
| | michaela.sewall@wilmerhale.com |
| | shirley.cantin@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |
| | matthew.costello@wilmerhale.com |
| | |
| | *Attorneys for Petitioners* |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Matthew W. Costello, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for respondents conferred in good faith on July 25, 2019, regarding resolution of this motion. Counsel for Respondents indicated that they do not oppose Petitioners' motion.

/s/ *Matthew W. Costello*
Matthew W. Costello

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Kevin S. Prussia*
Kevin S. Prussia