# EXHIBIT A

EXHIBIT A

| Detention Date | A-Number | Last Name | First Name | Country of Origin | U.S.C. Spouse YES/NO | Final Order & Date | I-130 Approved, Pending, Denied | I-212 | I-601A | Attorney (CC-28) YES/NO | Criminal YES/NO | Stay of Removal (8 C.F.R. 241.6) | Attorney Name, Phone and Email | OSUP Revocation Date | Date POCR Notice Issued | Date POCR Conducted and Decisions | Consideration of Potential Eligibility for a Form I-601A, Application for Provisional Unlawful Presence Waiver YES/NO | ERO Decision Maker FOD/DFOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/25/2019 | | | | Honduras | Yes | Yes-5/11/19 | Pending | Unknown | Unknown | Yes | Yes | No | Enrique Mesa, 401-276-2222, enfor@mesalaw.com | N/A | 6/4/2019 | 6/4/2019, continued detention | Yes | FOD |
| 3/8/2019 | | | | Brazil | Yes | Yes-9/1/04 | Approved | Unknown | Unknown | Yes | Yes | No | Flavia Martinho Martins, 201-294-8312, flavia.martins@aol.com | N/A | 3/26/2019 | 3/26/2019, continued detention | Yes | FOD |
| 5/3/2019 | | | | Jamaica | Yes | Yes-1/14/19 | Approved | Unknown | Unknown | Yes | Yes | No | Mohamed Musini, 860-693-1850, nazal-musini@law.com | N/A | 5/3/2019 | 5/3/2019 N/A | Yes | FOD |
| 12/14/2018 | | | | Cape Verde | Yes | Yes-7/21/17 | Approved | Pending | Unknown | Yes | Yes | No | Kimberly Williams, Rubin Pomerleau PC, (617) 367-0077, jbr@rubinpsm.com | N/A | 12/14/2018 | 12/14/2018, continued detention | Yes | FOD |
| 6/8/2018 | | | | Dominican Republic | Yes | Yes-4/16/19 | Pending | Unknown | Unknown | Yes | No | No | Molly M McGee, 617-871-6030, mmcgee@rachelradalaw.com | N/A | 4/25/2019 | 4/25/2019 N/A | Yes | FOD |
| 2/6/2019 | | | | El Salvador | Yes | Yes-9/25/14 | Pending | Pending | Unknown | Yes | Yes | No-revoked 3/7/19 | Jeffrey Rubin, 617-367-0077, law@rubinpsm.com | N/A | 2/26/2019 | 5/2/2019, continue detention | Yes | FOD |
| 12/3/2018 | | | | Cape Verde | Yes | Yes-12/28/18 | Approved | Unknown | Unknown | Yes | Yes | No | Kamala Canals, 508-535-5555, EHR Vazquez, Jose Albanna, 508-272-5500, jose43237@comcast.net, BIA: Jeffrey Rubin, 617-367-0077, jbr@rubinpsm.com, FED: Jeffrey Rubin, 617-367-0077, jbr@rubinpsm.com | N/A | 1/25/2019 | 1/25/2019, continue detention | Yes | FOD |
| 2/23/2018 | | | | Brazil | Yes | Yes-11/13/18 | Pending | Pending | Unknown | Yes | Yes | No-revoked 2/19/19 | Jeffrey Rubin, 617-367-0077, jbr@rubinpsm.com | N/A | 11/29/2018, 5/24/2019 | POCR Conducted: 01/25/2019; POCR Decision 01/25/2019; FTC decision issued 5/24/2019 | Yes | FOD |
| 10/29/2018 | | | | Guinea Bissau | Yes | Yes-10/18/07 | Approved | Unknown | Unknown | Yes | Yes | No | EOIR: Tanz, Jared, 617-481-1726; BIA: Silverman, Howard A, 617-542-5111, hsilverlly.net; FED: Susan Church, 617-354-3944, sls@demissochurch.com | 10/26/2018 | 11/2/2018, 5/29/2019 | Post 180: Field Officer Decision 02/04/2019 based on a 1st Cir Ct stay that was issued. Stay denied on 4/29/19, HQ Post 180 detention. | Yes | FOD |
| 8/21/2018 | | | | Cape Verde | Yes | Yes-7/9/12 | Approved | Unknown | Unknown | Yes | Yes | No | Susan Pires, 401-273-4900, susanpires@pireslaw.com Anthony Drago Jr. Esq, 617-357-4900, anthony@adrgpc.com | 8/22/2018 | 8/22/2018, 03/05/2019 | POCR conducted: 11/01/2018; POCR Decision 11/14/2018; Post 180 POCR Decision: 03/05/2019; POCR conducted: 05/03/2019; POCR Decision: 05/07/2019 | Yes | FOD |
| 2/12/2019 | | | | Brazil | Yes | Yes-8/29/06 | Approved | Unknown | Unknown | Yes | Yes | No | Anthony Drago Jr. Esq, 617-357-4900, anthony@adrgpc.com | N/A | 2/14/2019 | Decision 05/7/2019 | Yes | FOD |
| 10/24/2018 | | | | St. Lucia | Yes | Yes-12/12/18 | Approved | unknown | Unknown | Yes | Yes | No | Daniel Marcus, 860-525-5500, daniel.marcus@dglobal.net | N/A | 12/19/2018 | 90-day POCR conducted 1/8/19, continued detention; Imminent Removal Notice issued 5/28/19 | Yes | FOD |
| 5/21/2019 | | | | Poland | Yes | Yes-5/11/17 | Approved | Unknown | Unknown | Yes | Yes | No | Abdul Abdurahman, 860-231-8380, aabdurahman.hotmlaw.com | N/A | 5/21/2019 N/A | Yes | FOD |