# EXHIBIT B

# Sewall, Michaela P.

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) <​███​> |
| **Sent:** | Friday, July 12, 2019 5:48 PM |
| **To:** | WH ACLU MA Calderon Class Action; Adriana Lafaille; MSegal@aclum.org; Kathleen Gillespie |
| **Cc:** | Weiland, William H. (CIV); Piemonte, Eve (USAMA) |
| **Subject:** | Calderon June Detention Spreadsheet & Notices of Removal |
| **Attachments:** | ███ CD Leter 180 day.pdf; ATT00001.htm; ███ CD Letter 90 day.pdf; ATT00002.htm; ███ NOR.pdf; ATT00003.htm; NOR-███.pdf; ATT00004.htm; ███ NOR and CD.pdf; ATT00005.htm; ███ NOR.pdf; ATT00006.htm; ███, 90 day CD letter.pdf; ATT00007.htm; ███, 180 CD letter.pdf; ATT00008.htm; ███, NOR.pdf; ATT00009.htm; SEMEDO, A200 809 789, OSUP Revocation.pdf; ATT00010.htm; SERVED Updated CD Letter - ███.pdf; ATT00011.htm; ███, 90 day CD letter.pdf; ATT00012.htm; ███, 180 day CD letter.pdf; ATT00013.htm; ███, NOR.pdf; ATT00014.htm; ███, OSUP revocation.pdf; ATT00015.htm; ███ NOR.pdf; ATT00016.htm; CD Letter - ███.pdf; ATT00017.htm; Detained Class List 71219.pdf; ATT00018.htm; ███ FTC Notice.pdf; ATT00019.htm; ███, CD letter.pdf; ATT00020.htm; ███, NOR.pdf; ATT00021.htm; ███, 90 CD letter.pdf; ATT00022.htm; ███, June review letter.pdf; ATT00023.htm; ███, May review letter.pdf; ATT00024.htm; ███, NOR.pdf; ATT00025.htm; ███.pdf; ATT00026.htm |

**EXTERNAL SENDER**

Counsel,

Respondents hereby provide notice that ICE ERO intends to proceed with removal of such aliens no sooner than July 22, 2019 (5 business days from Monday 7/15). Please also find attached the applicable POCR documents to include: Notice of Revocations of Release documents, Notice to Alien of File Custody Review documents, Continued Detention documents, Failure to Comply notices, and Notice of Imminent Removal documents for the aliens below and for the aliens for whom ERO previously provided justification for removal, but was not required to provide the POCR documents at that time – ███. Please also see attached the first detention reporting spreadsheet.

Please note, ERO does not currently have a copy of the Notice to Alien of File Custody Review for: ███

ERO served the original of this document on ███ attorney of record on or about May 3, 2019, but did not make a copy for the Alien File. ERO contacted ███ attorney on July 10 to request a copy of the Notice and has yet to receive such copy. Upon receipt, ERO will provide a copy of the Notice. Alternatively, class counsel can contact ███ attorney directly to request a copy of the Notice as well.

███

The Field Office Director has considered Ms. ███ potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver and is aware that Ms. ███ has a pending I-130 application filed by her U.S. citizen spouse. The Field Office Director has considered the alien's criminal history including a conviction for controlled

drugs: acts prohibited. Based upon such consideration, the Field Office Director determined to effectuate the alien's order of removal from the United States.

███████████████████

The Field Office Director has considered Mr. ████'s potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver and is aware that Mr. ████ has a pending I-130 application filed by his U.S. citizen spouse and a pending I-212 application filed with USCIS. The Field Office Director has considered the alien's criminal history including convictions for assault with a dangerous weapon, firearms without firearms ID card and firearm carry without license loaded. Based upon such consideration, the Field Office Director determined to effectuate the alien's order of removal from the United States.

███████████████████████████

The Field Office Director has considered Mr. ████s potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver and is aware that Mr ████ has a pending I-130 application filed by his U.S. citizen spouse and a pending I-212 application filed with USCIS. The Field Office Director has considered the alien's criminal history including convictions for assault and battery, threatening to commit a crime, assault and battery with a dangerous weapon, disturbing the peace and motor vehicle offenses. Based upon such consideration, the Field Office Director determined to effectuate the alien's order of removal from the United States.

█████████████████████

The Field Office Director has considered Mr. ████' potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver and is aware that Mr. ████ has an approved I-130. The Field Office Director has further considered the alien's criminal history, including a conviction for violation of the Abuse Prevention Act. Based upon such consideration, the Field Office Director determined to effectuate the alien's order of removal from the United States.

███████████████████████

The Field Office Director has considered Mr. ████'s potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver and is aware that Mr. ████ has a pending I-130 application filed by his U.S. citizen spouse and a pending I-212 application filed with USCIS. The Field Office Director has considered the alien's criminal history including convictions for assault and battery on police officer, resisting arrest, disorderly conduct and nine motor vehicle violations. Based upon such consideration, the Field Office Director determined to effectuate the alien's order of removal from the United States.

████████████

The Field Office Director has considered Mr. ████s potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver and is aware that Mr. ████ has an approved I-130 filed by his U.S. Citizen spouse. The Field Office Director has further considered the alien's criminal history including a conviction for assault and battery. Based upon such consideration, the Field Office Director determined to effectuate the alien's order of removal from the United States.

█████████████████

The Field Office Director has considered Mr. ████'s potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver and is aware that Mr. ████ has a pending I-130 application filed by his U.S. citizen spouse. The Field Office Director has considered the alien's criminal history including a conviction for obstructing police officer and seven motor vehicle violations. Based upon such consideration, the Field Office Director determined to effectuate the alien's order of removal from the United States.

The Field Office Director has considered Mr. ▇'s potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver and is aware that Mr. ▇ has an approved I-130 application filed by his U.S. citizen spouse. The Field Office Director has considered the alien's criminal history including convictions for interfere/resisting arrest and failure to appear. Based upon such consideration, the Field Office Director determined to effectuate the alien's order of removal from the United States.

The Field Office Director has considered Mr. ▇'s potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver is aware that Mr. ▇ has an approved I-130 application filed by his U.S. citizen spouse. The Field Office Director has considered the alien's criminal history including three convictions for operating under the influence of alcohol. Based upon such consideration, the Field Office Director determined to effectuate the alien's order of removal from the United States.

Regards,
Mary

**Mary L. Larakers**
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – District Court Section