# EXHIBIT G

Enforcement and Removal Operations
Boston Field Office

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803



**U.S. Immigration and Customs Enforcement**

C/o Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined as a matter of administrative discretion that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a citizen and national of Brazil, who entered the United States at Laredo, TX on July 10, 2004, without being admitted or paroled by an immigration officer.

You are subject to Final Order of Removal issued on August 29, 2006.

Upon review of the facts of your case, you have failed to demonstrate significant equities within the United Sates and thus I have determined that you would pose a significant risk of flight if you were to be released from ICE custody.

Based upon the above in the exercise of administrative discretion, you will remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been removed or released from custody by August 11, 2019, jurisdiction of the custody decision in your case will be transferred to the Headquarters Removal and International Operations Unit (HQ RIO), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ RIO will make a final determination regarding your custody.

5/7/249.
Date

**Decision to Continue Detention**

Page 2

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I _____, D.O. ,
    Name of ICE Officer                Title

certify that I served _____ with a copy of
                              Name of detainee

this document at  Plymouth County HoC  on  5/8/19 , at  900  .
                        Institution                   Date         Time

(b) I certify that I served the custodian _____,
                                              Name of Official

_____, at _____, on
         Title                        Institution

_____ with a copy of this document.
     Date

## OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
     Name of ICE Officer              Title

that I served _____ and the custodian _____,
                 Name of detainee                         Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                        Institution              Date

Detainee Signature ████████████

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File