# EXHIBIT K



Enforcement and Removal Operations
Boston Field Office

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803

**U.S. Immigration and Customs Enforcement**

C/o Franklin County House of Correction
160 Elm Street
Greenfield, MA 01301

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined as a matter of administrative discretion that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a citizen and national of St. Lucia who entered the United States on November 1, 2003, at JFK International Airport, New York, NY as a V-2, child of a conditional lawful permanent resident.

You are subject to a Final Order of Removal issued on December 12, 2018.

Upon review of the facts of your case, including your criminal convictions for interfering with an officer/resisting arrest and failure to appear. I have determined that you would pose a safety risk to the community if you were to be released from ICE custody.

Based upon the above in the exercise of administrative discretion, you will remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been removed or released from custody by June 10, 2019, jurisdiction of the custody decision in your case will be transferred to the Headquarters Removal and International Operations Unit (HQ RIO), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ RIO will make a final determination regarding your custody.

3/8/19
Date

Decision of Post Order Custody Review – Detain

Page 2

---

## PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

(a) I _____, _____,
         Name of ICE Officer                    Title

certify that I served _____ with a copy of
                              Name of detainee

this document at _____ on _____, at _____.
                        Institution                    Date          Time

(b) I certify that I served the custodian _____.
                                                    Name of Official

__Lieutenant_____, at __Franklin County Sheriff's Office__, on
   Title                            Institution

__3/11/19__ with a copy of this document.
   Date

### OR

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
        Name of ICE Officer                    Title

that I served _____ and the custodian _____
                 Name of detainee                                       Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                         Institution                    Date

Detainee Signature: X ███████████████      Date: __3/11/19__

( ) cc: Attorney of Record or Designated Representative
(X) cc: A-File