# EXHIBIT N

*Enforcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
100 District Avenue
Burlington, MA 01803



U.S. Immigration
and Customs
Enforcement

▉▉▉▉▉▉▉▉▉▉▉▉▉

c/o Bristol County House of Corrections
400 Faunce Corner Road
North Dartmouth, MA 02747

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined as a matter of administrative discretion that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You are a native and citizen of Cape Verde who was admitted to the United States through Boston, MA on December 9, 1988, with a B-2 non-immigrant visa.

You are subject to a Final Order of Removal issued on July 9, 2012.

Upon review of the facts of your case, including your final order of removal issued by an immigration judge, successful removal/tampering with your ICE GPS monitoring device and your lack of substantial equities, I have determined that you would pose a flight risk if you were to be released from ICE custody.

Based upon the above in the exercise of administrative discretion, you will remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been removed or released from custody by February 17, 2019, jurisdiction of the custody decision in your case will be transferred to the Headquarters Removal and International Operations Unit (HQ RIO), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ RIO will make a final determination regarding your custody.

Date

www.ice.gov

Notice to Alien of File Custody Review

Page 2

---

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I ▮▮▮▮ ,Name of ICE Officer, Deportation Officer, Title

certify that I served ▮▮▮▮ Name of detainee with a copy of

this document at Bristol Hoc on 11/15/18, at 1:38 P.M.
Institution                Date                Time

(b) I certify that I served the custodian _____,
Name of Official

_____, at _____, on ____
Title                    Institution

_____ with a copy of this document.
Date

OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
Name of ICE Officer           Title

that I served _____ and the custodian _____,
Name of detainee                Name of Official

with a copy of this document by certified mail at _____ on ____.
Institution        Date

Detainee Signature: _____     Date: _____

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File