# EXHIBIT O

*Office of Enforcement and Removal Operations*

U.S. Department of Homeland Security
500 12th Street, SW
Washington, D.C. 20536



**U.S. Immigration and Customs Enforcement**

C/O Immigration and Customs Enforcement
Boston Field Office

## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE) has reviewed your custody status and determined that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a native and a citizen of Cape Verde who last entered the United States on or about December 9, 1988, at Boston, Massachusetts as B-2 non-immgrant vistor. You have several misdemeanor traffic offenses. On July 9, 2012, you were issued a Final Order of Removal in absentia by an Immigration Judge in Boston, Massachusetts. On March 4, 2019, you filed a Motion to Reopen before the Board of Immigration Appeals (BIA). The case is currently pending a decision.

ICE is currently in possession of a valid travel document for your removal from the United States. You will remain in custody until ICE can effectuate your removal.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

6/6/19
Date

www.ice.gov

Decision to Continue Detention

Page 2

## PROOF OF SERVICE

(1)  **Personal Service (Officer to complete both (a) and (b) below.)**

(a)  I _____, Deportation Officer,
Name of ICE Officer                              Title

certify that I served _____ with a copy of
Name of detainee

this document at __Bristol HoC__ on __6/10/19__, at __12:20 P.m.__.
Institution              Date          Time

(b)  I certify that I served the custodian _____,
Name of Official

_____, at _____, on
Title                    Institution

_____ with a copy of this document.
Date

### OR

(2)  **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
Name of ICE Officer              Title

that I served _____ and the custodian _____.
Name of detainee                         Name of Official

with a copy of this document by certified mail at _____ on _____.
Institution                    Date

Detainee Signature: _____   Date: __6/10/19__

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File