# EXHIBIT A

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>          Plaintiffs-Petitioners,<br><br>    v.<br><br>KEVIN K. McALEENAN, *et al.*,<br><br>          Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## CERTIFICATION

1. My name is_____.

2. I have read the Protective Order that has been entered in this case, and a copy of it has been given to me. I understand the provisions of the Protective Order, and agree to comply with and to be bound by its provisions. I also consent to the jurisdiction of this Court for purposes of enforcement of the Protective Order.

3. I declare under penalty of perjury that the foregoing is true and correct.


Executed this ___ day of _____ by _____
                                                               (Print Name)


Signed_____