# EXHIBIT B

| Name | 90-Day Review | 180-Day Review |
|---|---|---|
| ▉ | Review conducted prior to day 90. ECF No. 305 at 5. Notified his review would occur "on or about" November 20, 2018. *Id.* ICE served detention decision on November 14, 2018. *Id.* | Review materials sent to ICE HQ on day 178. Ex. A at ¶ 18. ICE HQ conducted review "as soon as practicable" 18 days later pursuant to 8 C.F.R. § 241.4(k)(2)(ii). *Id.* |
| ▉ | Review conducted prior to day 90. ECF No 305 at 5. Notified that his review would occur "on or about" June 6, 2019. *Id.* ICE conducted review and served decision on June 4, 2019. *Id.* | No applicable allegations. |
| ▉ | Review conducted prior to day 90. ECF No. 305 at 5. Notified that his review would occur "on or about" March 12, 2019. *Id.* ICE conducted review and served decision on March 8, 2019. *Id.* | ICE suspended POCR because it notified Mr. ▉ that it was "ready to execute an order of removal" pursuant to 8 C.F.R. § 241.4(g)(4). Ex. A at ¶ 25, 26. POCR pending at ICE HQ because this Court required ICE to cancel his removal. Ex. A at ¶ 36. |
| ▉ | Review conducted prior to day 90. ECF No. 305 at 5. Notified that his review would occur "on or about" February 11, 2019. *Id.* ICE served him with decision on January 28, 2019. *Id.* | No applicable allegations. |
| ▉ | Review conducted prior to day 90. ECF No. 305 at 5. Notified that his review would occur "on or about" March 28, 2019. *Id.* ICE conducted the review and served him with decision on March 27, 2019. *Id.* | Suspended POCR because Mr. ▉ failed to comply with removal pursuant to 8 C.F.R. § 241.4(g)(5). Ex. A at ¶ 45. Mr. ▉ was removed on July 22, 2019. *Id.* at ¶ 47. |

| | | |
|---|---|---|
| ███ | Review conducted prior to day 90. ECF No. 305 at 4. Notified that his review would occur "on or about" May 13, 2019. *Id.* ICE served him with decision on May 7, 2019. *Id.* | No applicable allegations. Mr. ███ was removed at approximately 7:00 am on July 26, 2019. |
| ███ | Review suspended due to stay of removal pursuant to 8 C.F.R. § 241.4(g)(1)(i)(B). Ex. A at ¶¶ 52-53. Review conducted as a matter of discretion on day 95. Ex. A at ¶ 54. | Review originally suspended due to stay of removal pursuant to 8 C.F.R. § 241.4(g)(1)(i)(B). Ex. A at ¶ 52-53. Stay was lifted on April 29, 2019, and ICE HQ issued decision on May 29, 2019, which was as soon as practicable. Ex. A at ¶¶ 55-56. |