# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> Kevin McAleenan, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' ASSENTED TO MOTION TO FILE UNDER SEAL

Respondents hereby move the Court, pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 7.2, and the July 19, 2018 Protective Order entered by the Court (ECF No. 119), for an Order permitting Respondents to file the Respondents' Response to Petitioners' Motion for Order to Show Cause, the chart included in Exhibit B, and the Declaration of Deputy Field Office Director Todd Lyons (collectively, the "Response") under seal. Pursuant to Local Rule 7.1, Counsel for Respondents have consulted with Counsel for Petitioners who has consented to the relief requested herein.

Respondents seek leave requesting to file the Response under seal because it includes and makes reference to the names and alien numbers of class members that are currently marked by Respondents as Confidential Information under the Protective Order (ECF No. 119).[1] Thus, such

---

[1] Respondents will file a copy for the public record with the names and alien numbers of class members redacted.

*[Handwritten margin notes:]* Shall be done before the deadline for the submission. WGY, D.J. July 31, 2019

*[Handwritten at bottom:]* ALLOWED. The submissions shall be made by 11:00 a.m. on July 31, 2019. In the future, any motion to seal that does not include the materials to be sealed