UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
AND LUIS GORDILLO, ET AL., )
individually and on behalf of all )
others similarly situated, )
)
    Petitioners-Plaintiffs, )
)
            v. )    C.A. No. 18-10225-MLW
)
KEVIN McALEENAN, ET AL., )
)
    Respondents-Defendants. )

ORDER

WOLF, D.J.                                                                    July 31, 2019

It is hereby ORDERED that a hearing on petitioners' Motion for Order to Show Cause (Docket No. 304) and other pending matters shall be held on August 2, 2019. The hearing shall begin at 1:30 p.m., rather than 10:30 a.m., as previously indicated.

                                              /s/ Mark L. Wolf
                                             UNITED STATES DISTRICT JUDGE