**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br>         Plaintiff-Petitioners, <br><br>   v. <br><br> KEVIN K. McALEENAN, et al., <br><br>         Defendants-Respondents. | No. 18-10225-MLW |

**JOINT PROPOSED CLASS NOTICE**

    Pursuant to this Court's order dated July 29, 2019, Dkt. No. 309, the parties jointly submit as Exhibit A a proposed Notice of Potential Legal Rights.

1

Respectfully submitted this 31st day of July, 2019.

|  | /s/ Kevin S. Prussia |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Shirley X. Li Cantin (BBO # 675377)<br>Jonathan Cox (BBO # 687810)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br><br>*Attorneys for Petitioners* |

| /s/ *Mary L. Larakers* |  |
|---|---|
| MARY L. LARAKERS (Texas Bar # 24093943)<br>Trial Attorney<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov<br><br>CHAD READLER<br>Acting Assistant Attorney General | EVE A. PIEMONTE, BBO No. 628883<br>Assistant United States Attorney<br>UNITED STATES ATTORNEY'S OFFICE<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Eve.Piemonte@usdoj.gov |

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel


*Counsel for Respondents*