# EXHIBIT A

Produced by the ACLU of Massachusetts and Wilmer Cutler Pickering Hale and Dorr, LLP for Distribution Pursuant to Court Order in *Calderon Jimenez v. McAleenan,* Case No. 1:18-cv-10225 (D. Mass. 2018)

# NOTICE OF POTENTIAL LEGAL RIGHTS

## *Calderon Jimenez v. McAleenan,* No. 18-10225 (D. Mass.)

- You are receiving this notice because you may have **LEGAL RIGHTS** due to an ongoing lawsuit on behalf of certain noncitizens. The lawsuit is called *Calderon Jimenez v. McAleenan.*

- If you are receiving this notice, a government official has determined that you are likely a "class member" in the *Calderon Jimenez v. McAleenan* lawsuit because it appears that:

  - you have a final order of removal;

  - you have not left the United States since receiving that final order of removal;

  - you are married to a United States citizen;

  - you are the beneficiary of a pending or approved I-130 Petition for Alien Relative, filed by your spouse;

  - you are at least 17 years old;

  - you do not have a pending application with United States Citizenship and Immigration Services (USCIS) for adjustment of status; and

  - you live in Massachusetts, Rhode Island, Connecticut, Vermont, New Hampshire, or Maine.

- If you are a "class member," this case may affect whether you can be **detained or removed from the United States** at this time.

- Please contact the American Civil Liberties Union of Massachusetts at **857-347-5511** or **calderonclass@aclum.org** to learn more, especially if ICE has arrested or detained you, or if you are facing imminent removal from the United States.

Produced by the ACLU of Massachusetts and Wilmer Cutler Pickering Hale and Dorr, LLP for Distribution Pursuant to Court Order in *Calderon Jimenez v. McAleenan,* Case No. 1:18-cv-10225 (D. Mass. 2018)

## **WHAT IS THIS NOTICE ABOUT?**

*Calderon Jimenez v. McAleenan* is a class action lawsuit in Massachusetts. The Court in this case has found that certain noncitizens with final orders of removal may be able to remain in the United States to seek lawful status through their United States citizen spouses, by completing the following steps (which the Court has called the "provisional waiver process"):

1. The U.S. citizen spouse submits to USCIS a Form I-130, Petition for Alien Relative, for the noncitizen's benefit.

2. The noncitizen submits to USCIS a Form I-212, Application for Permission to Reapply for Admission, which acts as a "waiver" relating to the prior removal order.

3. If the Form I-130 and Form I-212 are approved by USCIS, the noncitizen files a Form I- 601A, Application for Provisional Unlawful Presence Waiver, a "waiver" relating to any prior unlawful presence.

4. If the noncitizen obtains approval of the petition and both waivers, he or she leaves the United States and appears for an immigrant visa interview at a United States consulate with the U.S. Department of State. There he or she may be issued a visa by a consular officer.

5. The noncitizen returns to the United States with the immigrant visa, and becomes a lawful permanent resident of the United States upon admission.

As part of processing your applications, USCIS may require the noncitizen to attend interviews or other appointments.

***People who have legal rights as part of this lawsuit are called "class members."*** To be a class member, you do not need to have completed all of the steps outlined above. You may be a class member if your spouse took the first step by filing a Form I-130 with USCIS.

***If you are a class member, you have certain legal rights***. These legal rights impact any decision to detain or remove you from the United States.

***If you are a class member, you can speak for free about your rights with a lawyer for the class members.*** If you believe that Immigration and Customs Enforcement (ICE) has violated your legal rights, or if you have questions about this lawsuit, you may contact lawyers who represent the class members, as follows:

> American Civil Liberties Union of Massachusetts
> Phone: (857) 347-5511
> Email: calderonclass@aclum.org

***You can also contact your immigration attorney, if you have one****. Please do not call the Judge or the Court about this matter.*