UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff-Petitioners,<br><br>　　v.<br><br>KEVIN K. McALEENAN, et al.,<br><br>　　　　Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## DECLARATION OF CLASS MEMBER REGARDING MOTION FOR ORDER TO SHOW CAUSE

Petitioners submit the attached Declaration in response to Respondents' contention that conducting Post Order Custody Reviews prior to the deadline provided for submission of documents is consistent with 8 C.F.R. 241.4(h)(2). Dkt. No. 305.[1]

Respectfully submitted this 2nd day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　/s/ Shirley Cantin

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Shirley X. Li Cantin (BBO # 675377) |
| FOUNDATION OF MASSACHUSETTS, INC. | Jonathan A. Cox (BBO # 687810) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING |
| | 　HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |

---

[1] Petitioners do not intend to file a sealed declaration; however, if the Court would prefer a sealed copy to be included in the record, Petitioners will provide the Court with such a copy at the hearing scheduled for August 2, 2019.

1

| | |
|---|---|
| Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com |

*Counsel for Petitioners*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Shirley Cantin*
Shirley Cantin