### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>        Plaintiff-Petitioners,<br><br>      v.<br><br>KEVIN K. McALEENAN, et al.,<br><br>        Defendants-Respondents. | No. 1:18-cv-10225-MLW |

### DECLARATION OF ███████████



I, ████████████, declare as follows:

1. My name is ████████████. I work full time as a prevention specialist and am a counselor for children and families. I am a U.S. citizen.

2. I am married to ████████████. ████ and I met in 2011, and we were married in 2013. We had our daughter in 2015 and our son in 2016.

3. In July 2018, my husband was attempting to address outstanding criminal charges from more than a decade ago when he was taken into custody on July 5, 2018. In March 2019, he was transferred to ICE custody. He is still in ICE custody in Strafford, New Hampshire.

4. In April 2019, ████ forwarded me a Notice to Alien of File Custody Review that he had received in detention, notifying him that a custody review hearing would occur "on or about" June 6, 2019. Based on the notice, I understood we could submit documents in support of ████'s release any time before June 6, 2019.

5. In the meantime, I had submitted a Form I-130 application with ████ as the intended beneficiary. Along with my son and daughter, I attended the I-130 interview on May 8, 2019, to demonstrate that my marriage to ████ was bona fide. We received approval of our I-130 application from USCIS within a few days.

6. Before the June 6, 2019 custody review date, I began collecting documents in support of ████'s release. In addition to the I-130 approval letter, I also compiled approximately 80 pages of documents detailing the hardship our family is suffering because of ████'s detention, including documents about our family's health concerns and financial hardship.

7. We hired an attorney, Stephen Bandar, to help us submit this paperwork. I sent Mr. Bandar the documents on June 3, 2019 and ICE received the papers on June 6, 2019. Attached as Exhibit 1 is the cover sheet of the paperwork we submitted.

8. However, before turned in our paperwork, ████ informed me that ICE had already conducted his custody review and made the determination to continue his detention for three more months.

9. I was shocked to learn that a decision had been made before we had the chance to submit our paperwork. We had been working so hard to compile all the necessary materials to support ████'s release and I was devastated that our paperwork had not been considered before ICE made the determination to continue custody. I had personally tried to call the immigration

officer listed with ██████'s case, but could not reach anyone, even after several attempts.

10. Even though I understood the determination to continue custody had been made, I nevertheless submitted the paperwork, hoping that ICE would consider the documents.

11. In the course of preparing this declaration, I learned that ICE has represented to this Court that it has not received any paperwork from us in support of ██████'s release. Two months have passed since we submitted this paperwork and I am disheartened that ICE is not aware that we submitted this paperwork, much less considered it.

12. Even though ██████ is still in custody, we are still filing applications to help him gain lawful permanent resident status. In addition to getting the approved I-130, ██████ and I also submitted a Form I-212 application on July 23, 2019. We also filed a motion for stay of removal, which was denied.

13. ██████'s detention has been extremely difficult for our family. ██████ is a dedicated husband and an awesome father. He provided financially for our family and was very attentive to our children's needs.

14. Without income from ██████'s work as a house cleaner, my income alone is not enough to support our family. Since ██████ was detained, I have had to search for other jobs to provide for our family. We have exhausted all of our savings to deal with these legal issues.

15. The time since ██████ was detained has been especially challenging because of my children's health problems. Our son has had pneumonia multiple times this year, and he was recently diagnosed with asthma. Our daughter suffers from chronic gastrointestinal problems, and experiences constant stomach pain. Without ██████'s presence at home, I have had to use all of my leave to care for my children, and I have also had to hire babysitters to help out.

16. ██████'s detention has also been very tough on me. I suffer from acute stress disorder as well as PTSD symptoms as a result of ██████'s detention, and I am currently in therapy.

Executed this **2** day of August, 2019.

1