# EXHIBIT 1

## Law Offices of Stephen E. Bandar
2000 Massachusetts Ave Suite #2
Cambridge, MA 02140
Sbandarlaw@yahoo.com

Bus: (617) 354-3434
Fax: (617) 864-8382

June 5, 2019

HAND DELIVERED

TO DISTRICT DIRECTOR
DEPARTMENT OF HOMELAND SECURITY
1000 District Ave
Burlington, MA 01803

RE RESPONDENT: 

Request to be released under an order of supervision

Dear District Director

The Respondent ███████████████████████████ is a very hard-working person. His wife ███████████████ has filed I-130 relative Petition on his behalf. It was approved. He has US Children suffering greatly in his absence see medical records and his wife's letter.

If given the opportunity ███████████████ would fully comply with the Department of Homeland Security recommendations.

Sincerely,

*Bandar*

Stephen Bandar