UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ
and LUIS GORDILLO, et al.,

Individually and on behalf of all others
similarly situated,

    Plaintiff-Petitioners,

v.

KEVIN K. McALEENAN, et al.,

    Defendants-Respondents.

No. 1:18-cv-10225-MLW

## DECLARATION OF CLASS MEMBER REGARDING MOTION FOR ORDER TO SHOW CAUSE

Petitioners submit the attached Declaration in response to Respondents' contention that conducting Post Order Custody Reviews prior to the deadline provided for submission of documents is consistent with 8 C.F.R. 241.4(h)(2). Dkt. No. 305.[1]

Respectfully submitted this 2nd day of August, 2019.

/s/ Shirley Cantin

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Shirley X. Li Cantin (BBO # 675377) |
| FOUNDATION OF MASSACHUSETTS, INC. | Jonathan A. Cox (BBO # 687810) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |

---

[1] Petitioners do not intend to file a sealed declaration; however, if the Court would prefer a sealed copy to be included in the record, Petitioners will provide the Court with such a copy at the hearing scheduled for August 2, 2019.

*[Handwritten note:]* An unredacted version of this submission should be filed forthwith and brought to the August 2, 2019 hearing as I will. WoU. DJ 8/2/19