UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br>　　　　　Plaintiff-Petitioners, <br><br>　　v. <br><br> KEVIN K. McALEENAN, et al., <br><br>　　　　　Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**PETITIONERS' UNOPPOSED MOTION TO SEAL**
**CLASS MEMBER'S DECLARATIONS**

Pursuant to Local Rule 7.2, in response to this Court's August 2, 2019 oral order, *see* Aug. 2, 2019 Tr. at 3-10, and consistent with the July 19, 2018 Stipulated Protective Order (Dkt. 119) and the July 30, 2019 Joint Proposed Protective Order (Dkt. 316), Petitioners respectfully request that this Court enter an order granting it leave to file under seal (1) the class members' August 2, 2019 Declaration, Dkt. 327-1 (redacted), 327-3 (unredacted, filed under seal), and (2) the class member's August 5th, 2019 Supplemental Declaration, filed contemporaneously with this motion. Petitioners have also filed a Memorandum in Support of this Motion.

1

Respectfully submitted this 6th day of August, 2019.

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

*/s/ Shirley X. Li Cantin*

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Shirley X. Li Cantin (BBO # 675377)
Jonathan Cox (BBO # 687810)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorneys for Petitioners*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on August 6, 2019 in an attempt to resolve the issues raised in this motion. Respondents do not oppose this motion.

>                              */s/ Shirley X. Li Cantin*
>                              Shirley X. Li Cantin

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2019, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

>                              */s/   Shirley X. Li Cantin*
>                              Shirley X. Li Cantin