# Exhibit A

Redacted

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ
and LUIS GORDILLO, et al.,

Individually and on behalf of all others
similarly situated,

    Plaintiff-Petitioners,

v.

KEVIN K. McALEENAN, et al.,

    Defendants-Respondents.

No. 1:18-cv-10225-MLW

**SUPPLEMENTAL DECLARATION OF** ▮

I, ▮, declare as follows:

1. My name is ▮. My husband is ▮. I live in ▮ with our two children.

2. On August 2, 2019, I provided a Declaration to the Court, explaining the difficulties I faced in providing paperwork to ICE in support of my husband's release from ICE custody in New Hampshire. Under the penalty of perjury, I declare that, to the best of my knowledge and belief, the facts set out in that Declaration are true and correct.

3. I understand that, at a hearing on August 2, 2019, the Court expressed concern about our names being kept confidential and ordered counsel for the Petitioners to file an unredacted version by August 6, 2019, or to explain why they believe the names should be kept under seal.

4. My request is that my name and my husband's name remain confidential.

1

5. My concerns are primarily based on the sensitive nature of my work. I am a public employee, working for the ███████████████████████████. My work responsibilities include working in public schools, and I have assisted students who are addressing immigration-related problems in their lives. My job also involves working with local law enforcement, including the county Sheriff's Office, to help local youths.

6. Particularly given the sensitive political environment in ███████████████ ██████████████████, as well as the fact that this case also relates to law-enforcement issues, I am concerned that the publication of my name and my husband's could create unwanted publicity and affect my ability to be an effective youth counselor.

7. Furthermore, my Declaration on August 2 contained sensitive information about our family's financial issues, as well as information about my health problems and our children's health problems. If our names were to become public, it would reveal that information to the public as well. I am concerned that release of that information might exacerbate my health problems, as well as my children's, and it could place undue stress on family relationships.

8. For these reasons, I ask that the Court please allow my name and my husband's name to remain confidential. If this information is critical to the Court's ability to make a legal ruling, I would agree to make it public, but I hope that the Court does not require that.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 5th day of August, 2019.



2