```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

LILIAN PAHOLA CALDERON JIMENEZ   )
AND LUIS GORDILLO, ET AL.,       )
individually and on behalf of all)
others similarly situated,       )
                                 )
        Petitioners-Plaintiffs,  )
                                 )
             v.                  )   C.A. No. 18-10225-MLW
                                 )
KEVIN McALEENAN, ET AL.,         )
                                 )
        Respondents-Defendants.  )

## ORDER

WOLF, D.J.                                           August 7, 2019

For the reasons stated in court on August 2, 2019, and in the lobby conference that followed it, it is hereby ORDERED that:

1. Petitioners shall, By August 6, 2019, file a memorandum that either states that they do not continue to object to the unsealing of the unredacted version of the Declaration of Class Member Regarding Motion for Order to Show Cause (Docket No. 327) (the "August 2 Declaration") or explains why the redactions are justified.

2. The parties shall, by August 8, 2019, confer and report regarding any agreement they have reached concerning: (a) changes the Boston office of Immigration and Customs Enforcement ("ICE-Boston") will make to the Notice to Alien of File Custody Review

provided to individuals in custody and related issues; (b) the result of ICE-Boston's custody review of the individual who is the subject of the August 2 Declaration, based ICE-Boston's review of the information filed by that individual's spouse in connection with the custody review; and (c) what, if anything, ICE-Boston intends to do concerning the individuals in custody identified in respondents' July 12, 2019 detention report (Docket No. 315-1). If the parties have not reached an agreement concerning issue (c), they shall propose dates by which petitioners shall file a memorandum supplementing their Motion to Show Cause and replying to defendants' response to that motion, and by which respondents shall file a sur-reply.

3. The parties' Joint Motion for Protective Order (Docket No. 316) is ALLOWED with the following modifications. The court may modify the Protective Order sua sponte after giving the parties notice and an opportunity to be heard. With any motion to seal, a party shall file under seal the document sought to be sealed and a redacted version of it for the public record. The Protective Order shall govern only pre-trial proceedings.

4. Respondents' Unopposed Request to Extend Deadline for Production of Discovery to August 14, 2019 (Docket No. 320) is ALLOWED.

5. A Federal Rule of Civil Procedure 16(b) conference shall be held on August 27, 2019, at 2:00 p.m. The parties shall confer and, by August 20, 2019, file a joint statement in which they (a) identify their remaining discovery disputes and explain their respective positions concerning each; (b) propose a schedule for this case addressing the issues in the attached blank Scheduling Order; and (c) indicate whether they have reached an agreement regarding when ICE-Boston will provide a custody review notice to detained individuals and the number of days after detention that ICE-Boston will conduct a custody review, for both class members within and outside the removal period, or if the parties propose to litigate that issue further. See Aug. 2, 2019 Tr. (Docket No. 330) at 80-81; Jimenez v. Cronen, 317 F. Supp. 3d 626, 652-53 (D. Mass. 2018).

                                                            /s/ Mark L. Wolf
                                                  UNITED STATES DISTRICT JUDGE