# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., ) ) ) ) ) Plaintiffs-Petitioners, ) ) v. ) ) KEVIN McALEENAN, et al., ) ) Defendants-Respondents. ) ) ) ) | No. 1:18-cv-10225-MLW |

## RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Respondents respectfully request an extension of seven days – until August 16, 2019 – to file their reply in support of their motion for reconsideration (ECF No. 302). The current deadline for Respondents' reply is August 9, 2019. ECF No. 295. This is Respondents' first request for an extension of time to file their reply. As grounds for this motion, Respondents state as follows:

1. Undersigned counsel appeared for oral argument in the Fifth Circuit Court of Appeals on August 5, 2019, in *Flores v. Pompeo,* No. 18-40699..

2. Undersigned counsel has been working to comply with this Court's order requiring the parties to meet and confer regarding Petitioners' motion for order to show cause and report by August 8, 2019. *See* August 2, 2019 Hr'g Tr. 78:9.

3. Undersigned counsel previously scheduled leave for August 8-9, 2019.

4. Counsel for Petitioners indicated via email on August 7, 2019, that they do not oppose the relief requested herein.

Having shown good cause, Respondents respectfully request until August 16, 2019, to file their reply in support of their motion for reconsideration.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Mary Larakers, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents met and conferred in good faith to resolve the issues presented by this motion on August 7, 2019, and Petitioners do not oppose the relief requested herein.

>　　　　　　　　　　　　　　　　　　*/s/Mary L. Larakers*
>　　　　　　　　　　　　　　　　　　Mary L. Larakers
>　　　　　　　　　　　　　　　　　　Trial Attorney

## CERTIFICATE OF SERVICE

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

>　　　　　　　　　　　　　　　　　　/s/ Mary L. Larakers
>　　　　　　　　　　　　　　　　　　Mary L. Larakers

Dated: August 7, 2019　　　　　　　　　　Trial Attorney