UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**STATUS UPDATE IN RESPONSE TO AUGUST 7, 2019 ORDER
AND MOTION FOR EXTENSION OF TIME TO MEET AND CONFER**

On August 2, 2019, and August 7, 2019, this Court ordered the parties to meet and confer and report regarding any agreement they have reached concerning: (a) changes ICE Boston will make to the Notice to Alien of File Custody Review ("Notice") provided to individauls in custody and related issues; (b) the result of ICE Boston's custody review of the individual who is the subject of the August 2, 2019 declaration, based on ICE Boston's review of the information filed by that individual's spouse in connection with the custody; and (c) what, if anything, ICE Boston intends to do concerning the individuals in custody identified in Respondents' July 12, 2019, detention report. ECF No. 338; Transcript of August 2, 2019 Hearing.

The parties have started to meet and confer on these issues, and expect to continue to do so over the next week. Accordingly, the parties respectfully request an extension of time to meet and confer and to report to the Court by August 14, 2019. In the meantime, the parties report as follows:

a. ICE Boston is in the process of updating the language of the Notice of Alien of File Custody Review utilized by ICE Boston("Notice") to address the concerns raised by Petitioners in their motion for order to show cause. *See generally* ECF No. 305.  The parties intend to meet and confer next week regarding changes to the Notice in order to resolve or narrow the issues raised by Petitioners' motion.

b. ICE Boston reviewed documents submitted by the subject of the August 2, 2019 declaration (ECF No. 327) and released this individual on August 6, 2019 pursuant to an Order of Supervision as authorized by 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5(a), requiring that he report in person to ICE on August 13, 2019. His Release Notification informs him that "ICE has determined that [he] may be released while [his] removal is stayed by the court." Petitioners have requested clarification about the terms of his release.

c. The parties have not yet reached an agreement regarding the remaining individuals in custody but will confer in an attempt to resolve or narrow the issues presented in Petitioners' motion.

d. If the parties are unable to resolve the issues raised by Petitioners' motion (ECF No. 305), the parties propose the following briefing schedule:

   1. Petitioners' Reply: August 16, 2019;

   2. Respondents' Surreply: August 23, 2019.

Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | */s/ Shirley Cantin*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director | Shirley X. Li Cantin (BBO # 675377)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455) |
| ELIANIS N. PEREZ<br>Assistant Director | Matthew W. Costello (BBO # 696384) |

*/s/ William H. Weiland*
WILLIAM H. WEILAND
(BBO #661433)
Trial Attorney
United States Department of Justice,
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-0770
(202) 305-7000 (facsimile)
william.h.weiland@usdoj.gov

*Counsel for Respondents*

WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

      I, William H. Weiland, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ *William H. Weiland* |
|  | WILLIAM H. WEILAND |
| Dated: August 8, 2019 | Trial Attorney |