UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Petitioners-Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-10225-MLW |
| KEVIN McALEENAN, ET AL., | ) ) | |
| Respondents-Defendants. | ) | |

ORDER

WOLF, D.J.                                                      August 8, 2019

It is hereby ORDERED that Respondents' Unopposed Motion for Extension of Time to File Reply until August 16, 2019 (Docket No. 341) is ALLOWED. Petitioners shall file any sur-reply by August 23, 2019. No further extensions will be granted.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE