UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, Plaintiffs-Petitioners, v. KEVIN K. McALEENAN, *et al.*, Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## STATUS UPDATE IN RESPONSE TO AUGUST 7, 2019 ORDER AND MOTION FOR EXTENSION OF TIME TO MEET AND CONFER

On August 2, 2019, and August 7, 2019, this Court ordered the parties to meet and confer and report regarding any agreement they have reached concerning: (a) changes ICE Boston will make to the Notice to Alien of File Custody Review ("Notice") provided to individauls in custody and related issues; (b) the result of ICE Boston's custody review of the individual who is the subject of the August 2, 2019 declaration, based on ICE Boston's review of the information filed by that individual's spouse in connection with the custody; and (c) what, if anything, ICE Boston intends to do concerning the individuals in custody identified in Respondents' July 12, 2019, detention report. ECF No. 338; Transcript of August 2, 2019 Hearing.

The parties have started to meet and confer on these issues, and expect to continue to do so over the next week. Accordingly, the parties respectfully request an extension of time to meet and confer and to report to the Court by August 14, 2019. In the meantime, the parties report as follows:

ALLOWED
/s/ MLW, DJ
August 9, 2019