**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, | ) ) ) ) | |
| Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs-Petitioners, | ) ) ) | No. 1:18-cv-10225-MLW |
| v. | ) ) | |
| KEVIN K. McALEENAN, *et al.*, | ) ) | |
| Defendants-Respondents. | ) ) | |

## JOINT REPORT IN RESPONSE TO AUGUST 7, 2019 ORDER

On August 2, 2019, and August 7, 2019, this Court ordered the parties to confer and report regarding any agreement they have reached concerning: (a) changes ICE Boston will make to the Notice to Alien of File Custody Review ("Notice") provided to individuals in custody and related issues; (b) the result of ICE Boston's custody review of the individual who is the subject of the August 2, 2019 declaration, based on ICE Boston's review of the information filed by that individual's spouse in connection with the custody; and (c) what, if anything, ICE Boston intends to do concerning the individuals in custody identified in Respondents' July 12, 2019, detention report. ECF No. 338; Transcript of August 2, 2019 Hearing.

On August 8, 2019, the parties requested an extension of time until August 14, 2019 to continue to meet and confer on these issues. ECF No. 342. The Court granted that request on August 9, 2019. ECF No. 345.

The parties report as follows:

(a)      **Revised POCR Notice.**  On August 13, 2019, Respondents sent Petitioners a summary of revisions ICE Boston intends to make to the Notice of Alien of File Custody Review utilized by ICE Boston ("Notice").  On August 14, 2019, Respondents sent Petitioners a template of the Notice incorporating those changes, which the parties will discuss.

(b)      **The result of ICE Boston's custody review of the individual who is the subject of the August 2, 2019 Declaration.**  Based on documentation submitted by this individual, ICE Boston released this individual on August 6, 2019 pursuant to an Order of Supervision as authorized by 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5(a), requiring that he report in person to ICE Pittsburgh on August 13, 2019.  His Release Notification informs him that "ICE has determined that [he] may be released while [his] removal is stayed by the court."

(c)      **The parties have not reached an agreement regarding the remaining individuals in custody.**  The parties have not reached an agreement to resolve Petitioners' motion for order to show cause.  ECF No. 305.  Accordingly, the parties intend to submit briefs per the schedule previously proposed to the Court.  ECF No. 342.  Petitioners' Reply would be due August 16, 2019, and Respondents' Surreply would be due August 23, 2019.

ActiveUS 175339819

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

ELIANIS N. PEREZ
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar #
24093943)
Trial Attorney
United States Department of Justice, Civil
Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Shirley X. Li Cantin (BBO # 675377)
Jonathan A. Cox (BBO # 687810)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

*Counsel for Petitioners*

ActiveUS 175339819

## CERTIFICATE OF SERVICE

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Mary L. Larakers
Mary L. Larakers

Dated: August 14, 2019                       Trial Attorney

ActiveUS 175339819