UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME AND PAGE LIMITS
FOR REPLY AND SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF PETITIONERS' MOTION FOR ORDER TO SHOW CAUSE**

Pursuant to Fed. R. Civ. P. 7, and Local Rule 7.1, Petitioners hereby move for a six-hour extension of time to file their Reply and Supplemental Memorandum in Support of Motion for Order to Show Cause, until 11:59 p.m. ET on August 16, 2019, as well as for leave to file a memorandum no longer than 25 pages. Under the parties' agreed-upon schedule, and consistent with Local Rule 5.4(d), Petitioner's reply brief is currently due on August 16, 2019 at 6:00 p.m. *See* Joint Report in Response to August 7, 2019 Order at 2 (Aug. 14, 2019) (Dkt. No. 348).

As grounds for this request, Petitioners note that they require additional time to prepare the materials in support of this filing, as well as additional pages to present the factual issues concerning the detained class members. Specifically, on Tuesday, August 15, counsel for Respondents confirmed that they are not releasing any detained class members other than the subject of the August 2, 2019 declaration. Accordingly, counsel for Petitioners are compiling documentary evidence in support of their Reply, including declarations from detained class

members and their relatives, as well as documents relating to ICE custody determinations under the POCR regulations. Many of these documents have been provided by Respondents for the first time since the August 2, 2019 hearing, up to and including on August 16. Additionally, consistent with the Protective Order, Petitioners require additional time to prepare redacted versions of these filings for the public docket.

Furthermore, pursuant to the parties' agreement, Respondents' Sur-Reply is currently due on August 23, 2019, at 6:00 p.m. ET. Petitioners further request that, if the extension of time is granted for Petitioner's Reply, Respondents similarly be given until 11:59 p.m. ET to file their Sur-Reply on August 23, 2019, as well as a corresponding extension of the page limit.

Counsel for Respondents have assented to the relief sought in this Motion.

WHEREFORE, Petitioners respectfully request that the court grant this motion and enter an order: (1) extending the deadline by which they must file their Reply to and including 11:59 p.m. ET on August 16, 2019; (2) permitting Petitioners to file a Reply up to 25 pages in length; and (3) granting Respondents a corresponding extension of time and page limits for their Sur-Reply, namely granting leave to file a 25-page Sur-Reply by 11:59 p.m. ET on August 23, 2019.

Respectfully submitted this 16th day of August, 2019.

/s/ Shirley X. Li Cantin

| | |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br><br>*Counsel for Petitioners* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2019, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

/s/ Shirley X. Li Cantin
Shirley X. Li Cantin