# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br>         Plaintiff-Petitioners, <br><br>         v. <br><br> KEVIN K. McALEENAN, et al., <br><br>         Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## PETITIONERS' ASSENTED-TO MOTION TO SEAL

On July 30, 2019, the parties submitted a Joint Proposed Protective Order to this Court. Dkt. 316 (*See* Section A(2)).  On August 6, 2019, Petitioners requested leave to file under seal a declaration containing the name of a class member and his spouse because the declaration contained sensitive personal information.  Dkt. 336.  Petitioners set out the basis for their request in an accompanying memorandum.  Dkt. 337.  This Court has not yet ruled on Petitioners' motion.

Petitioners now request leave to file the following documents under seal:  Petitioners' Reply and Supplemental Memorandum in Support of Petitioners' Motion for Order to Show Cause; the supporting August 16, 2019 Declaration of Colleen M. McCullough and exhibits attached thereto, and Petitioners' Assented-to Motion to Withdraw the Motion to Show Cause and Lift the Stay Removal of Class Member Mr. K.  These documents contain class members' names and their personal and sensitive information, including information about criminal histories, marriages, children, medical conditions, and the medical conditions of their family

1

members.  As explained in Petitioners' previously filed memorandum, Dkt. 337, Petitioners propose redacting individuals' names rather than the substantive information to give the public sufficient information to evaluate the merits of Petitioners' motion.

Petitioners request that if the Court denies the motion, they be given an opportunity to withdraw the declarations of any declarants who would rather not submit the declaration than submit it publicly.

Respectfully submitted this 16th day of August, 2019.

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

*/s/ Shirley S. Cantin*

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Shirley X. Li Cantin (BBO # 675377)
Jonathan Cox (BBO # 687810)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorneys for Petitioners*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on August 16, 2019 in an attempt to resolve the issues raised in this motion. Respondents assent to this motion.

*/s/ Shirley X. Li Cantin*
Shirley X. Li Cantin

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2019, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Shirley X. Li Cantin*
Shirley X. Li Cantin