**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>Plaintiff-Petitioners, <br><br>v. <br><br>KEVIN K. McALEENAN, et al., <br><br>Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW <br><br>**REDACTED PUBLIC VERSION** |

**PETITIONERS' ASSENTED-TO MOTION
TO WITHDRAW MOTION TO SHOW CAUSE AND LIFT THE
STAY OF REMOVAL OF CLASS MEMBER MR. K**

On July 25, 2019, Petitioners filed a Motion for Order to Show Cause in which Petitioners asked this Court to preserve its jurisdiction over the matters by requiring the government to either release the individuals in question or detain them within the jurisdiction of the Boston Enforcement and Removal Operations (Boston ERO) until the issues in this motion are resolved. Dkt. 304. On July 26, 2018, this Court stayed the removal of the individuals identified in Exhibit A to Petitioners' motion. Dkt. 307. This Court held a hearing on these issues on August 2, and ordered the parties to confer regarding the necessity of subsequent briefing. Dkts. 330, 338. On August 14, the parties reported that they had not reached an agreement regarding the remaining individuals in custody and stated their intention to submit briefs on August 16 and August 23. Dkt. 348.

Since the August 2 hearing, Petitioners' counsel has had the opportunity to communicate with one of the individuals identified in Petitioners Motion to Show Cause, Mr. ▮▮▮▮▮▮▮. Although their examination of this case confirms that Respondents have violated the

post-order custody review regulations with respect to Mr. ████████ 8 C.F.R. § 241.4, Mr. ████████ does not presently wish to delay his removal. Accordingly, Petitioners withdraw their motion to show cause with respect to Mr. ████████ and respectfully request that this Court lift the stay of Mr. ████████ removal.

Respectfully submitted this 16th day of August, 2019.

|  | /s/ Shirley X. Li Cantin |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Shirley X. Li Cantin (BBO # 675377) |
| FOUNDATION OF MASSACHUSETTS, INC. | Jonathan Cox (BBO # 687810) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |
| Attorney at Law | Boston, MA 02109 |
| 6 White Pine Lane | Telephone: (617) 526-6000 |
| Lexington, MA 02421 | Facsimile: (617) 526-5000 |
| (339) 970-9283 | kevin.prussia@wilmerhale.com |
|  | michaela.sewall@wilmerhale.com |
|  | shirley.cantin@wilmerhale.com |
|  | jonathan.cox@wilmerhale.com |
|  | colleen.mccullough@wilmerhale.com |
|  | matthew.costello@wilmerhale.com |
|  | *Attorneys for Petitioners* |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on August 16, 2019 in an attempt to resolve the issues raised in this motion. Respondents assent to this motion.

*/s/  Shirley X. Li Cantin*
Shirley X. Li Cantin

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 16, 2019, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/  Shirley X. Li Cantin*
Shirley X. Li Cantin
