# EXHIBIT 2

*Enforcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
1000 District Avenue
Burlington, MA 01803



U.S. Immigration
and Customs
Enforcement

▆▆▆▆▆▆▆

c/o Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

▆▆▆▆▆▆▆

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined as a matter of administrative discretion that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You are a native and citizen of Guinea-Bissau who entered the United States through New York, NY on December 9, 2002, as a non-immigrant.

You are subject to a Final Order of Removal issued on October 18, 2007.

Upon review of the facts of your case, including your criminal conviction for Assault and Battery, I have determined that you would pose a threat to the community if you were to be released from ICE custody.

Based upon the above in the exercise of administrative discretion, you will remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

You were granted a stay of removal by the United States Court of Appeals for the First Circuit. Jurisdiction of your case will remain with ICE Enforcement and Removal Operations Boston Field Office, 1000 District Avenue, Burlington, MA 01803, while the stay of removal remains active.

_____
Todd M. Lyons, Acting Field Office Director

2-4-19
Date

www.ice.gov

**Notice to Alien of File Custody Review**

Page 2

---

## PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

(a) I ▓▓▓▓▓▓▓▓▓▓▓, Deportation Officer,
       Name of ICE Officer                   Title

certify that I served ▓▓▓▓▓▓▓▓ _____ with a copy of
                 Name of detainee

this document at Plymouth _____ on 2/5/19, at 11:19 am.
              Institution             Date            Time

(b) I certify that I served the custodian _____,
                                            Name of Official

_____, at _____, on
     Title                           Institution

_____ with a copy of this document.
     Date

### OR

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
      Name of ICE Officer            Title

that I served _____ and the custodian _____,
           Name of detainee              Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                  Institution     Date

Detainee Signature: Refused to Sign     Date: 2/5/19

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File