# EXHIBIT 3

*Enforcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
1000 District Avenue
Burlington, MA 01803

U.S. Immigration and Customs Enforcement

[redacted] [redacted]
c/o Bristol House of Corrections
Boston Field Office

## Notice to Alien of Interview for Review of Custody Status

U.S. Immigration and Customs Enforcement (ICE) periodically reviews the custody status of detained aliens who have final orders of removal. As required by statute and regulation, you must cooperate with ICE in effecting your removal from the United States.

Release from ICE custody is dependent on your demonstrating to the satisfaction of ICE that you **will not** pose a danger to the community and **will not** present a flight risk. If ICE has determined that travel documents to effectuate your removal can be obtained or are forthcoming, you will not be released unless removal is not practicable or is in the public interest.

In determining whether you should be released at this time, ICE may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal history and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document
10. Any available mental health reports; and
11. The availability of travel documents to effectuate your removal.

As part of this custody review, ICE is notifying you of its intent to schedule an interview with you in approximately 30 days.

You may be accompanied during the interview by a person of your choice, subject to security concerns at the detention facility, as long as such person is able to attend the interview at the scheduled time.

**Notice to Alien of Interview for Review of Custody Status**
[redacted]
Page 2

You may submit any additional documentation you wish to be considered in support of your release in person or via mail service prior to the time of your interview to the following address.

**US. Department of Homeland Security**
**1000 District Ave.**
**Burlington, MA 01803**
**ATTN: Detained Unit**

Such documentation should contain a cover letter indicating that the material is submitted in support of your Post Order Custody Review personal interview. English translations of such documentation must be provided pursuant to 8 C.F.R. § 103.2(b)(3). An attorney or other person may submit materials on your behalf.

You are required to complete the below information.

**I do ✓ do not ______ want a personal interview.**

**If you do want an interview, please check the appropriate box(es) below:**

☑ I wish to have ICE conduct my interview as soon as possible and waive the 30-day time period provided before such interview.

☐ Check this box if you need an interpreter for your interview.
Language/Dialect: ______________________

☑ I will be assisted at this interview by a representative of my own choosing.

Name of representative: Susan Pires, Esq.
I understand I must notify this person of the time and place of my interview. The representative must be at least 18 years of age.

☐ I waive any representation.

You will be interviewed for this purpose and you are scheduled to appear for this interview on: 08/28/19 (Date) at: 10:00 am (Time), at Bristol County HOC Burlington, MA (Location) to discuss whether or not you will be recommended for release.

You will be notified of the decision in your case when the custody review has been concluded.

Detainee Signature: [redacted] Date: 8/15/2019

---

## PROOF OF SERVICE

**(1) Personal Service (Officer to complete both (a) and (b) below.)**

(a) I [redacted], DO,
Nam[redacted]E Officer — Title

certify that I served [redacted] with a copy of
Name of detainee

this document at Bristol HOC, Dartmouth 8/15/2019 at 10:42 AM.
Institution — Date — Time

(b) I certify that I served the custodian ______________________,
Name of Official

______________________, at ______________________, on
Title — Institution

______________ with a copy of this document.
Date

**OR**

**(2) Service by certified mail, return receipt. (Attach copy of receipt)**

I ______________________, ______________________, certify
Name of ICE Officer — Title

that I served ______________________ and the custodian ______________________,
Name of detainee — Name of Official

with a copy of this document by certified mail at ______________________ on ________.
Institution — Date

Detainee Signature: [redacted] Date: 8/15/2019

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File