# EXHIBIT 4

DECLARATION OF ███████

1. I am a high school computer teacher in Providence, RI.

2. I have asked that this declaration be redacted of my identifying information prior to being filed in a public court record. That is because this affidavit contains sensitive details about my family and I am afraid that I could suffer consequences at work if the information in it is publicly linked to me.

3. I married ███████ in 1995.

4. My husband is a kind, caring, and hardworking person.

5. When we began living together, my daughters were 7 and 10 years old. My husband is the only father figure they have ever had. My daughters look up to him and respect him as their father.

6. My husband was a good provider and was the primary breadwinner for our family. Most recently, he worked as a store manager at Save-A-Lot.

7. My daughter has significant health issues. Because of those issues, I take care of and have custody of my grandson, who is now 10 years old.

8. We also had many financial struggles over the years, and never felt like we had enough extra money for lawyers and immigration applications. Unfortunately, we let the years go by, occupied by other things, and never took care of my husband's immigration situation. He was late for a court date once, and we later found out that he had been ordered deported. For years after that, he checked in regularly with ICE.

9. My husband has been detained for almost one year. I love him, I miss him, and I just want him home. I visit my husband as often as I can—up to three times a week, when I have gas money and nothing else prevents me from going.

10. My husband's detention has also been hard on me financially. Although our daughters are grown, we still support my daughter and grandson.

11. But the hardest thing has been seeing my grandson suffer without my husband around.

12. My husband was there on the day my grandson was born and is the only man he has ever had in his life. He is my grandson's best friend, and cared for him on a daily basis. My husband never missed one of my grandson's basketball, soccer, or football games. He would sit with him every night to do his homework. He

taught my grandson to do his work and be respectful. I remember him always telling my grandson, "Be good," "Get good grades," and "Don't get into trouble."

13. My grandson asks about his Grandpa every day. I haven't had the heart to tell him where my husband is, so I tell him that he is away working in New York. I have not taken my grandson to visit him because I am too worried about the impact that it might have on him to see his Grandpa locked up.

14. My grandson cries whenever we talk about his Grandpa. After my husband was detained, my grandson began having issues at school. I have been called to the school several times because my grandson got into fights. It is devastating to see the pain that this child is experiencing.

15. Had I had the opportunity to submit materials in support of my husband's release from detention, I would have gladly submitted what I could in order to help immigration officials better understand the kind of person that he is.

Signed under pains and penalties of perjury.

███████████████████

Date 8/14/19