# EXHIBIT 6

## DECLARATION OF ███████████████

1. My name is ███████████████.

2. I have asked that this declaration be redacted of my identifying information prior to being filed in a public court record. That is because this affidavit contains sensitive details about my life and my family.

3. I am currently detained by immigration authorities in Strafford County, New Hampshire. I have been detained since January 2019, and have had a final order since May 2019.

4. I came to the United States in February 2015. I was detained near the border, and asked for asylum. I fled to the United States because of my sexual orientation. In Honduras, I suffered years of violence because my family and the society at large did not accept me.

5. After I was released from detention, I continued to attend immigration court when required to.

6. In the fall of 2015, I met my wife, ███████████████, and we began living together. It was the first time I had been able to have an open relationship with another woman without fear. After so many years in Honduras, it felt so wonderful to be able to hold hands in the street, and express our love for each other without fear. ██████ understood all the issues I had faced in Honduras and supported me. I was so happy. We married in 2017. We plan to buy a house one day, bring my son from Honduras, and have another child.

7. I was detained by immigration authorities in January 2019 after I had been arrested on drug charges.

8. In immigration court, I continued to seek asylum. However, because I was married to my wife, I believed that it would be better for me to accept voluntary departure, and seek to come back through my marriage. After the Judge told me that I would lose the ability to obtain voluntary departure if I moved forward to a hearing on my asylum claim and my asylum was denied, I requested and was granted voluntary departure.

9. After I took voluntary departure, ICE continued to detain me. My wife went to the ICE office in Burlington Massachusetts to turn in a small bag of clothes for my trip, and was told that I would be put on a flight. I filled out several Detainee Request slips, asking for information about my departure.

10. In May, I learned that because I had not departed the United States, my voluntary departure order had become an order of removal. I still do not understand this.

11. After that, I received several sheets of paper from ICE. I do not speak English and do not understand the pages that I received. I now understand that one of these pieces of paper told me that I would have a review of my custody around August 19, 2019.

12. On August 7, 2019, I received another piece of paper, and an ICE officer told me that I was a danger to society. I now understood that my custody had been reviewed, and that ICE had decided not to release me.

13. If I had understood that I could provide information so that ICE could consider releasing me, I would have done so.

14. My detention has been very hard for me and my wife. My wife had to move out of our apartment in order to pay my legal bills and send money to Honduras to support my son. She has lost weight and has trouble sleeping. She cries every time she visits me. It is very difficult for me to see her this way, and to be powerless to do anything about it.

15. If released, I will not pose a danger or flight risk. Although I have made serious mistakes in the past, I have learned from that mistakes and will not be involved in any crime. All I want is to be by my wife's side and to continue working with her to build our life together.

Signed under pains and penalties of perjury.

_____                                    8/16/19
                                                           Date

I, Adriana Lafaille, certify that I am fluent in Spanish and English and have read this affidavit to ███████████████ in Spanish.

_____                                    8/16/19
Adriana Lafaille                                           Date