# EXHIBIT 11



Office of Detention and Removal Operations
U.S. Department of Homeland Security
1705 East Hanna Road
Eloy, AZ 85231

**U.S. Immigration and Customs Enforcement**

May 24, 2019

C/O Franklin County House of Corrections
160 Elm Street.
Greenfield, MA 01301

## Ineligibility for Custody Review Under 8 CFR 241.4(g)4

A review of your case indicates that ICE is ready to enforce the removal order in your case. Under 8 Code of Federal Regulations section 241.4, ICE must conduct a custody review before the end of the removal period. However, for an alien whose removal order is ready to be executed and is notified as such, no custody review would be conducted. This letter is to inform you that your case has been reviewed and it has been determined that you do not qualify for a custody review under 8 CFR 241.4(g)4.

Your case will be reviewed on a regular basis to determine if any changes in circumstances pertaining to your removal have occurred. Should your removal be delayed or cancelled for any reason, you will be provided with a 30-day notice prior to any custody review. At that time, you may submit information in writing in support of your case.

You may ask to speak with your local case officer, if you any questions concerning this notice.

_____       5/24/19
Deportation Officer                   Date

## PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

(a) I ▆▆▆▆ DO ▆ ,
certify that I served ▆▆▆▆ with a copy of
Name of detainee
this document at ____FCHC____ on __5/29/19__ , at __1030 hrs__
Institution        Date        Time

(b) I certify that I served the custodian _____ ,
Name of Official
_____ , at _____ , on
Title      Institution
_____ with a copy of this document.
Date

**OR**

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____ , _____ , certify
Name of INS Officer      Title
that I served _____ and the custodian _____ .
Name of detainee      Name of Official
with a copy of this document by certified mail at _____ on _____ .
Institution      Date

X __Refuse to Sign__ Date: __5/28/19__

( ) cc: Attorney of Record or Designated Representative
(X) cc: A-File

(10/02)