# EXHIBIT 12

Office of Detention and Removal Operations

U.S. Department of Homeland Security
1705 East Hanna Road
Eloy, AZ 85231



U.S. Immigration
and Customs
Enforcement

June 25, 2019

C/O Suffolk County House of Correction
20 Bradston Street
Boston, MA 02118

## Ineligibility for Custody Review Under 8 CFR 241.4(g)4

A review of your case indicates that ICE is ready to enforce the removal order in your case. Under 8 Code of Federal Regulations section 241.4, ICE must conduct a custody review before the end of the removal period. However, for an alien whose removal order is ready to be executed and is notified as such, no custody review would be conducted. This letter is to inform you that your case has been reviewed and it has been determined that you do not qualify for a custody review under 8 CFR 241.4(g)4.

Your case will be reviewed on a regular basis to determine if any changes in circumstances pertaining to your removal have occurred. Should your removal be delayed or cancelled for any reason, you will be provided with a 30-day notice prior to any custody review. At that time, you may submit information in writing in support of your case.

You may ask to speak with your local case officer, if you any questions concerning this notice.

_____             6/25/19
Deportation Officer                          Date

## PROOF OF SERVICE

**(1)     Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I _____, _____,
              Name of ICE Officer                              Title

certify that I served _____ with a copy of
                          Name of detainee

this document at _____ on _____, at _____.
                       Institution                    Date              Time

(b)    I certify that I served the custodian _____,
                                                    Name of Official

_____, at _____, on
        Title                              Institution

_____ with a copy of this document.
   Date

## OR

**(2)     Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
       Name of ICE Officer                        Title

that I served _____ and the custodian _____,
                 Name of detainee                                    Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                        Institution              Date

( ) cc: Attorney of Record or Designated Representative
(X) cc: A-File

(10/02)