# EXHIBIT 13

*Enforcement and Removal Operations*

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803



U.S. Immigration
and Customs
Enforcement

███████████████████
c/o Immigration and Customs Enforcement
Boston Field Office

## Notice to Alien of File Custody Review

You are detained in the custody of U.S. Immigration and Customs Enforcement (ICE) and you are required to cooperate with ICE in effecting your removal from the United States. On June 25, 2019, ICE informed you that your removal order was ready to be executed and that therefore your pending custody review would not be conducted. Your removal was scheduled for July 12, 2019 but was cancelled on July 9, 2019. As such, ICE is informing you that your custody status will be reviewed unless ICE notifies you prior to such review that your removal is imminent.

Release, however, is dependent on your demonstrating to the satisfaction of the ICE that you will not pose a danger to the community and will not present a flight risk.

Your custody status will be reviewed on or about August 16, 2019. The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The deciding official will notify you of the decision in your case. Attached to this notice is a list of free or low-cost legal representatives who may be able to provide assistance to you in preparing your case.

**Notice to Alien of File Custody Review**

▉

Page 2

## PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)   I ▉, DO ,
           Name of ICE Officer                     Title

certify that I served ▉ with a copy of
                              Name of detainee

this document at __Burlington Holding Room__ on __7/17/2019__, at __11:22__.
                            Institution                              Date                    Time

(b)   I certify that I served the custodian ▉
                                                                       Name of Official

__Deportation officer__, at __Burlington Holding__, on
           Title                                    Institution

__7/17/2019__ with a copy of this document.
     Date

## OR

**(2)    Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
         Name of ICE Officer                              Title

that I served _____ and the custodian _____,
                    Name of detainee                                           Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                                   Institution                              Date

Detainee Signature: __Refused to sign__       Date: __7/7/19__

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File