# EXHIBIT 14

DECLARATION OF ███████████

1. ███████ and I have been together since 2010, the summer after I graduated from high school. We got married on December 31, 2016.

2. I would prefer our names be kept confidential, or that paragraph 8 be kept out of the public record.

3. We have a six-year-old daughter. My husband also has two other children, an eleven-year-old daughter and a five-year-old son.

4. My husband is a devoted father. He has been the primary caregiver for our daughter since she was six weeks old. He would stay home with her during the day while I was at work, and they are very close.

5. He was also very involved with his older daughter and son. He would visit his son often, and take the children to the park, out to get ice cream, or to his mother's house. His older daughter now lives out of state, but she would call and visit him regularly.

6. My husband helps care for his mother, who lives nearby. He would visit her, help her around the house, and have dinner with her on Fridays.

7. In October 2017, my husband obtained his work permit and began working full-time at a temp agency. He worked nights and continued to stay at home with our daughter and to spend time with his son during the day. During that time, I was able to work one job instead of two, and we were able to share living expenses. I also pursued a nursing degree. My husband was also helping to support his other children financially.

8. My husband has matured since we have been together. He had criminal convictions before 2015 for resisting arrest and failure to appear, but he has become a more responsible husband and father since that time.

9. We have also had our difficulties, in part because we have been together since we were young. But we have worked through our challenges and our relationship has grown over time.

10. My husband's absence from our family since his arrest in October 2018 has been very hard. It is difficult to explain to our daughter where he has been and why he can't come home. She often asks if we can save dinner for him, and she misses him very much.

11. I have had to rely on other friends and family for childcare since he was arrested. Starting next month, I do not have anyone who can provide regular childcare for her, as my husband used to do.

12. His absence has also been hard on us financially. I have returned to working two jobs. I work as a resident instructor at a mental health program during the day, and as a customer care agent at Jefferson Radiology at night. I had planned to return to school in December

2018 to finish my last year of nursing school, but have been unable to go back to school since his arrest because of my second job.

13. My husband has received documents from ICE while in jail, but he is unable to read and write. When he can, he has had other inmates help him read the documents and explained them to me.

14. I did not know about the opportunity to submit documents for his release. If I had known, I would have submitted documents.

15. I am doing what I can to help my husband get legal status. I intend to help him submit a Form I-212 if we can secure the funds to do so.

16. My husband has been told he would be removed at least three times. Each time, he has been awaked at 3 or 4 a.m. and taken out of his cell. He has waited for several hours, and then been returned to his cell.

17. If my husband is removed, it will be very hard for me, our daughter, and his mother.

Signed under pains and penalties of perjury.

▇▇▇▇▇▇▇▇

3/15/19
Date