# EXHIBIT 17

*Enforcement and Removal Operations*
*Boston Field Office*

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803



**U.S. Immigration and Customs Enforcement**

C/o Strafford County Correctional Facility
266 County Farm Road
Dover, NH 03820

## Release Notification

This letter is to inform you that your custody status has again been reviewed and it has been determined as a matter of administrative discretion that you will be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and consideration of the information you submitted to ICE reviewing officials.

On June 4, 2019, ICE issued to you a decision to continue your detention pursuant to a Post Order Custody Review. On July 19, 2019, you submitted additional documents in support of your release. These documents have been reviewed and ICE has also considered the favorable factors you present including your U.S. citizen family members and approved I-130 along with a current Stay of Removal issued by the U.S. District Court. Upon full review of your case, ICE has determined that you may be released while your removal is stayed by the court.

Your release will be subject to certain written conditions that will be provided to you with the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. You may be required to participate in an Alternatives to Detention (ATD) Program which may include the use of Active/Passive GPS monitoring, monthly reporting and telephonic reporting.

A violation of one of these conditions, or of any local, state or federal law may result in you being taken back into custody and any bond that you may have posted being forfeited. At any time, you may be taken back into ICE custody should your removal become practicable.

It is particularly important that you keep ICE advised of your address at all times. ICE is in possession of a Certificate of Nationality and will continue to carry out your removal pursuant to your order of deportation, exclusion, or removal upon the lifting of the Stay of Removal.

_____          8/6/2019
Marcos Charles, Acting Field Office Director          Date