# EXHIBIT 18



**U.S. Immigration and Customs Enforcement**

*Office of Detention and Removal Operations*

**U.S. Department of Homeland Security**
10 New England Executive Park
Burlington, MA 01803

**Name:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**A#:** ▉▉▉▉▉▉▉▉

C/O: Suffolk County HOC; 20 Bradston St, Boston, MA 02118

## Notice to Alien of File Custody Review

You are detained in the custody of the Immigration and Naturalization Service (INS) and you are required to cooperate with the INS in effecting your removal from the United States. If the INS has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering INS custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in INS custody, the INS Deciding Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you **will not** pose a danger to the community and **will not** present a flight risk.

Your custody status will be reviewed on or about:     **2/11/2019**     The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel documents;
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The district director will notify you of the decision in your case. Attached to this notice is a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement
Attn: POCR Unit
10 New England Executive Park
Burlington, MA 01803

METHOD OF SERVICE

I Certify that this form was provided to the alien by:                    (Hand)                    (Institution Mail)
( ) CC: Attorney of Record or Designated Representative
( ) CC: A-File

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉    11-29-2018
Signature of Officer                Print Name of Officer              Date

11/28/2018