# EXHIBIT 19

Notice of Failure to Comply Pursuant to 8 CFR 241.4(g)
███████████████████████████████
Page 3

---

## PROOF OF SERVICE

**(1)** **Personal Service (Officer to complete both (a) and (b) below.)**

    (a)    I ███████████████████████, _____DO_____,
Name of ICE Officer               Title

certify that I served ██████████████████████████ with a copy of
Name of detainee

this document at __Suffolk County HOC__ on __5-24-2019__ at __14:32__.
        Institution           Date        Time

    (b)    I certify that I served the custodian _____,
                                     Name of Official

_____, at _____, on
      Title                     Institution

_____ with a copy of this document.
    Date

## OR

**(2)** **Service by certified mail, return receipt.  (Attach copy of receipt)**

    I _____, _____, certify
       Name of ICE Officer          Title

that I served _____and the custodian _____,
        Name of detainee           Name of Official

with a copy of this document by certified mail at _____ on ____.
                               Institution    Date

( ) cc:  Attorney of Record or Designated Representative
( ) cc:  A-File

Enforcement and Removal Operations
Boston Field Office

**U.S. Department of Homeland Security**
1000 District Avenue
Burlington, MA 01803

 **U.S. Immigration and Customs Enforcement**

██████████████

C/o Suffolk House of Correction
20 Bradston Street
Boston, MA 02118

## Notice of Failure to Comply Pursuant to 8 CFR 241.4(g)

This letter is to inform you that your custody status has been reviewed, and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and in consideration of discussions ICE has had with Brazilian government officials regarding issuance of a travel document in your case.

On 11/29/2018, you were advised, via form I-229(a), Warning for Failure to Depart and Instruction Sheet to Detainee, of specific requirements to complete and were given 30 days to comply with your obligation to assist in obtaining a travel document.

The burden to obtain a travel document for your removal does not solely rest with ICE. Pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) and 8 C.F.R. § 241.4(g), you are required to make timely and good faith efforts to obtain travel or other documents necessary for your removal from the United States. If you fail to make these efforts, Section 241(a)(1)(C) and 8 C.F.R. § 241.4(g) allows for your continued detention. Further Section 241.4(g) directs that ICE is not obligated to complete its scheduled custody reviews until you demonstrate compliance with your obligation to assist in obtaining travel documents.

On 05/21/2019, the consular official from Brazil in Boston, MA, informed ICE that you were not authorizing the re-issuance of a travel document for your return to Brazil. As such, you have made an overt act to hinder your removal, and you failed to comply with your obligation to make timely and good faith efforts to obtain necessary travel documents. Therefore, ICE HQ Removal and International Operations (HQ-RIO) has determined that you are in violation of your statutory and regulatory obligations to assist in obtaining travel documents. HQ-RIO is therefore not conducting your next scheduled custody review at this time.

Boston ERO has, in an exercise of its discretion, decided to conduct its own additional custody review at this time. Upon review of the positive and negative equities of your case, including your membership in the Calderon class, I have determined that you would pose a danger to the community if you were to be released from ICE custody. ICE has reviewed your criminal

**Notice of Failure to Comply Pursuant to 8 CFR 241.4(g)**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**Page 2**

convictions for Assault and Battery on a Police Officer, Resisting Arrest, Disorderly Conduct, and Operating After Suspended/Revoked-habitual offender in reaching this determination.  Additionally, I have determined that you pose a significant flight risk or may abscond to avoid removal based upon the Board of Immigration Appeal's dismissal of your appeal and denial of your motion to reconsider such dismissal as well as the First Circuit's denial of your motion to stay removal pending its review of your Petition for Review.

You are to remain in ICE custody until you demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you.

You are also advised that continued willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

Marcos Charles, Acting Field Office Director   T. Lyons /For          5/24/2019

                                                                                      Date