# EXHIBIT 21

DECLARATION OF ▮▮▮▮

1. I am ▮▮▮▮. I am married to ▮▮▮▮.

2. I have asked that all personally identifying information be redacted because of the sensitive nature of the information in this declaration.

3. My husband and I met about seven years ago. I became the foster parent for ▮▮▮'s son, ▮▮. When ▮▮ got custody of his son, I helped as a babysitter with doctor appointments, which kept me in their lives. Towards the end of this, we started talking and getting closer and became friends.

4. Around the same time, I was going through issues of my own involving my then-husband of 16 years. My ex-husband was bipolar, and I endured an abusive relationship. During the final years of our relationship, I was emotionally detached from my husband and I tried to get divorced. He threatened that if I ever left him, he would kill me and whoever I was with and told me I would never be with another man. In September 2017, my ex-husband committed suicide by shooting himself. This suicide was and is very difficult and my children are still grieving.

5. My ex-husband's unfortunate passing allowed ▮▮▮ and me to act on feelings we had for each other when I was still with my ex-husband. After my ex-husband's suicide, my relationship with ▮▮▮ grew closer. He was there throughout the grieving process, providing positive support for me and my children.

6. We began officially seeing each other right after my ex-husband's passing and married December 18, 2017.

7. I live in ▮▮▮▮ Massachusetts, with my four children, ages 10 (adopted niece), 13, 16, and 18, and my one-week-old newborn granddaughter. ▮▮▮'s son, ▮, age 7, also lives with me. I also have a 21-year-old son who lives on his own.

8. The youngest, ▮, is ▮▮'s child, who I am in the process of adopting. Before we were legally married, I obtained custody of ▮, who was born drug-addicted and in DCF custody. ▮'s mother was using drugs and is out of the picture. The Barnstable Family Court determined ▮'s mother was unstable to care for the child and they gave custody back to ▮ once he completed parenting classes, when ▮ was 11 months old. ▮ came to me as a newborn straight from Boston Children's Hospital.

9. Since ▮▮ has been absent (since his arrest in December 2017) ▮ has started wetting his bed, crying at night, and acting out. In Kindergarten, ▮ has not excelled. He stayed back and had to complete Kindergarten twice and is now on to First Grade. He is on an Individualized Education Plan and sees a therapist regularly. ▮ has experienced great loss, first with my grandmother who he saw daily (she made him a snack every day for school), six months later when my ex-husband committed suicide, and then his father's incarceration.

10. ▇▇▇ wants to know why his dad can't come home. I try to visit ▇▇▇ weekly, mostly with ▇▇▇, but sometimes the other children visit. ▇▇▇ misses ▇▇▇ dearly. For instance, ▇▇▇ has told people in the grocery store that he doesn't have a dad and explains that he needs one; he says that he had two dads, but one went to heaven and the other one is being held in jail because he needs to get papers.

11. ▇▇▇'s absence is a great (including financial and emotional) hardship on me, my children, and my grandchild.

12. After their father passed, my kids took it very hard. ▇▇▇ stepped up to fill the role of father for my children. We would go over ▇▇▇'s house, where he would offer support. ▇▇▇ also helped me and my children get involved in church, where the kids attended every Friday. The church offered refuge for me and my children—a place of support, comfort, and guidance.

13. Following the suicide, I put all my children into therapy, and I have sought treatment for depression and anxiety. During this entire process, ▇▇▇ stepped in and helped me and my children, talking to them for support and being a big positive support factor. It has been very difficult without him by our sides.

14. All of my children view ▇▇▇ as a great caring person, friend, and father figure. They compare him to a big teddy bear. With everything the kids have been through, including their biological father's suicide and the absence of ▇▇▇'s biological mother, it has been a tremendous hardship without ▇▇▇.

15. I also need ▇▇▇ by my side to help with my anxiety and health issues. Among other health issues, I need surgery for my gall bladder as well as dental work, and without ▇▇▇ by my side to look after the children, I can't attend to myself and my medical needs. I feel like I haven't followed through with my own health needs because I don't have someone at home to care for my family. No one else in my family is there for comfort or support. My 10-year-old struggles with behavioral issues and cannot be left alone with the other children, which makes it difficult when I have no other support.

16. ▇▇▇'s absence has also had a significant financial toll on me and my family. With a small business, ▇▇▇ was the family breadwinner. Without him, our only income is the death benefits that three of my children get from their father. My benefits from my ex-husband stopped when I married ▇▇▇, so I don't have enough coming in every month to cover our living expenses, never mind everything else that's needed. I tried keeping ▇▇▇'s business going when he was taken away, but it was too much for me to handle with everything else I have been juggling.

17. In December 2017, ▇▇▇ was arrested at court in Barnstable. He has been in jail, away from his family, ever since.

18. If my husband were forced to return to Brazil, it would be devastating for me and our children. It would be very difficult not having a male model in the household, and to also

lose the love and support. And I would not be able to go to Brazil with ▮▮▮▮. Because of my health issues, I can't even take a short plane ride to Florida or make it through a grocery store, never mind try to go on a plane trip to Brazil. I could not do that myself with my children. Also, my children and I have medical needs that are managed by specialists here. Besides, I also understand that Brazil has become very dangerous, with an increase in crime. ▮▮▮▮ has not gone back to Brazil since he left at 18 years old, and it's a very different country than the one he left.

19. I have been involved with his attorneys to help submit information to get my husband released. If I had any chance to submit documents to support his release, I would do so.

20. I feel that my husband has shown an ability to rehabilitate and good moral character by, for example, showing clean drug tests for over a year, hiring a driver for him to work, and managing good behavior during incarceration at Barnstable County Jail.

21. My husband has been living here for almost 15 years. His life is here in the United States with our family.

Signed under pains and penalties of perjury.

8/10/19

Date