# EXHIBIT 22

DECLARATION OF ███████████

1. I am ███████████. I am married to ███████.

2. I have asked my and my husband's personally identifying information to be redacted because of the sensitive nature of the information in this declaration, and because we have children.

3. I live in ███████, Massachusetts with my husband and our two children, ages 7 and almost 2.

4. My husband and I first met in 2008 at the Dollar Tree in Taunton, MA. We began dating in 2010.

5. We moved in together in August of 2011, and got married on November 15, 2011.

6. I learned that I was pregnant that year. My husband was very supportive and caring. When he realized that working was taking a toll on me, he suggested I stop working and he would work overtime so they could make ends meet.

7. My husband is a wonderful, loving, and caring husband and father.

8. He worked close to 80 hours per week at a Stop-and-Shop warehouse to support me and our children and to allow me to pursue my nursing degree. He paid for my tuition and took care of all of the household expenses. Because of his hard work, I was able to become a certified nurse. My goal is to obtain my master's degree and become a registered nurse.

9. During this time, I worked two or three days per week. He watched our sons when I worked.

10. Our relationship is a partnership. We both took care of cooking and cleaning. I feel happy and secure in my relationship with ███████. I am aware that, more than a decade ago, ███████ had an incident with his ex-girlfriend that led to a criminal conviction. I know that ███████ regrets his conduct and would never act violently toward me or our children.

11. My husband has been attending regular check-ins with ICE for more than ten years without any incident. In October 2018, he was arrested at his check-in. He has been in jail since then.

12. Since his arrest and detention, I have been forced to work two jobs to support our family. I now work six to seven days per week, and our children stay with a babysitter. It has been difficult to afford our mortgage and to pay for childcare, and I will have to start paying back student loans this year.

13. My children miss him. Our youngest son has not had much chance to bond with his father, since his father has been in jail since our son was 13 months old. But he will hold onto pictures of my husband and say "Dad." Our older son used to cry after his father

        was arrested.  I take them to visit him as often as I can given my work schedule.  We usually visit once or twice a week.

14. If my husband were forced to return to Guinea Bissau, it would be devastating for me. It is difficult for me to even think about living her life and raising our sons without him by my side to help me. I want to be with him until the end.

15. Guinea Bissau is very dangerous.  The last time my husband visited Guinea Bissau ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  The U.S. government warns people not to travel there because of the crime and instability.

16. I cannot move to Guinea-Bissau with my husband.  In addition to being dangerous, Guinea-Bissau is one of the poorest countries in the world.  People do not have the same opportunities in West Africa as do people here in the U.S.  I would not be able to finish my education and would have to find another career, if that is even possible.

17. I have been involved with his attorneys to help submit information to get my husband released.  If I had any chance to submit documents to support his release, I would do so.

18. My husband has been living here for over 16 years. His life is here in the United States with our family.

Signed under pains and penalties of perjury.

_[signature redacted]_                                            8-16-2019
                                                                                Date