# EXHIBIT 24

*Office of Enforcement and Removal Operations*

U.S. Department of Homeland Security
500 12th Street, SW
Washington, D.C. 20536



**U.S. Immigration and Customs Enforcement**

C/O Immigration and Customs Enforcement
Boston Field Office

## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE) has reviewed your custody status and determined that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a native and citizen of the Republic of Guinea-Bissau who last entered the United States on December 9, 2002, as a Non-Immigrant. You have been convicted of the crime of Assault and Battery. On October 18, 2007, you were issued a Final Order of Removal by an Immigration Official. ICE is currently working with the Government of the Republic of Guinea-Bissau to secure a travel document for your removal from the United States. A travel document from the Government of the Republic of Guinea-Bissau is expected, therefore you are to remain in ICE custody at this time.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

Heath Simon
HQ RIO Chief

MAY 2 9 2019
Date

**Decision to Continue Detention**

████████████

Page 2

---

### PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I ████████████, D.O. ,
           Name of ICE Officer       Title

certify that I served ████████████ with a copy of
                Name of detainee

this document at Plymouth County HoC on 6/3/19, at 10 00.
               Institution           Date       Time

(b) I certify that I served the custodian _____,
                                                   Name of Official

_____, at _____, on
     Title                               Institution

_____ with a copy of this document.
  Date

## OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
    Name of ICE Officer            Title

that I served _____ and the custodian _____,
            Name of detainee                  Name of Official

with a copy of this document by certified mail at _____ on _____.
                                           Institution     Date

Detainee Signature: REFUSED      Date: 6/3/19

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File