# EXHIBIT 25

## DECLARATION OF JEFFREY B. RUBIN

1. I am the immigration attorney for ███████.
2. Mr. ███ has a pending I-130 through his U.S. citizen wife.
3. Mr. ███ has strong ties to the community, which includes his U.S. citizen wife and young stepdaughter. He also has a large extended family who are lawful permanent residents and U.S. citizens, including siblings, aunts and uncles, and cousins. He has taken strides while he has been incarcerated and detained to rehabilitate and improve himself.
4. Mr. ███ was detained by ICE on or about December 14, 2018.
5. On or about December 15, 2018, Mr. ███ was given a Notice to Alien of File Custody Review informing him that he could submit documentation in support of his release before March 14, 2019. My office prepared a package in support of his release and submitted it to ICE in advance of March 14, 2019.
6. To the best of my knowledge and belief, ICE did not send Mr. ███ a separate Notice of his 180-day post-order custody review, nor did ICE interview Mr. ███ in connection with his 180-day review.
7. If my client had been adequately notified of his 180-day review, it is my understanding and belief that he would have wanted to present evidence in support of his release and to be interviewed in support of his release.
8. My office also represents ███████. Mr. ███'s 90-day review was conducted early and deprived us of the opportunity to submit documents in support of his release.

Signed under pains and penalties of perjury.

_____  8/16/19

Jeffrey B. Rubin                        Date