UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> Kevin McAleenan, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

### RESPONDENTS' OPPOSED MOTION TO EXTEND TIME TO FILE SUR-REPLY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Respondents move this Court for an extension of time of seven (7) days, up to and including August 30, 2019 to file a sur-reply in response to Petitioners' motion for order to show cause (ECF Nos. 305, 353). *See* L.R. 7.1. The current deadline for Respondents' sur-reply is August 23, 2019. ECF No. 343. This is Respondents' first request for an extension of time to file their sur-reply. Petitioners oppose this motion. In support of this motion, Respondents state as follows:

On July 25, 2019, Petitioners filed a 10-page motion to show cause (ECF No. 305), alleging that Respondents violated the Court's *prior* order (ECF No. 95) regarding the Post Order Custody Reviews ("POCR"). *See generally* ECF No. 305. On July 30, 2019, Respondents filed their 10-page opposition to Petitioners' motion (ECF No. 318). On August 16, 2019, Petitioners filed their reply (ECF No. 353). However, Petitioners' 25-page reply requests substantive relief not previously ordered by this Court, the resolution of which will affect the entire class. *Id.* Although

[Handwritten margin note, right side:] and to continue motion to show cause, August 21, 2019. Would A.J. supplement their submission before deciding the hearing do so will the August 30. it

[Handwritten at bottom:] This motion is hereby DENIED. Respondents shall, by August 23, 2019, before 11:59 pm, file their sur-reply. However, if at the August 27, 2019 hearing the court finds it would be fair and helpful to ~~have~~ allow respondents to