# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, *et al.*, <br><br>Individually and on behalf of all others similarly situated, <br><br>    Plaintiffs-Petitioners, <br><br>v. <br><br>Kevin McAleenan, *et al.*, <br><br>    Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' ASSENTED TO MOTION TO FILE UNDER SEAL

Respondents hereby move the Court, pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 7.2, and the July 30, 2019 Proposed Protective Order (ECF No. 316), for an Order permitting Respondents to file the Respondents' sur-reply to Petitioners' Motion for Order to Show Cause, and Exhibits B, C, D, E, F, and G (collectively, the "Sur-reply") under seal. Pursuant to Local Rule 7.1, Counsel for Respondents have consulted with Counsel for Petitioners who has consented to the relief requested herein.

Respondents seek leave requesting to file the Response under seal because it includes and makes reference to the names and alien numbers of class members that are currently marked by Respondents as Confidential Information under the Proposed Protective Order (ECF No. 316).[1]

---

[1] Respondents will file a copy for the public record with the names and alien numbers of class members redacted.

Accordingly, Respondents request that the Court enter an order granting them the right to file the Sur-reply under seal.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## **LOCAL RULE 7.1 CERTIFICATION**

    Pursuant to Local Rule 7.1, counsel for Respondents conferred with counsel for Petitioners, who assent to the relief sought in this motion.

*/s/ Mary L. Larakers*  
Mary L. Larakers  
Trial Attorney

## **CERTIFICATE OF SERVICE**

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 23, 2019

/s/ Mary L. Larakers  
Mary L. Larakers  
Trial Attorney
