# EXHIBIT A



*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
Field Office Address
City, State, Zip Code

LAST NAME, First Name                                                                 AXXX-XXX-XXX
c/o Immigration and Customs Enforcement
XXXXX Field Office

## Notice to Alien of File Custody Review

You are detained in the custody of U.S. Immigration and Customs Enforcement (ICE) and you are required to cooperate with ICE in effecting your removal from the United States.  If ICE has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days of either: 1) your entering ICE custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in ICE custody), ICE's Deciding Official will review your case for consideration of release on an Order of Supervision.  Release, however, is dependent on your demonstrating to the satisfaction of ICE that you will not pose a danger to the community and will not present a flight risk.

Your custody status will be reviewed on or about **(DAY 75).**

You may submit any documentation you wish to be reviewed in support of your release, prior to **(DAY 60)**, (in person, or via mail service) to the following address:

>  **US. Department of Homeland Security
>  1000 District Ave.
>  Burlington, MA 01803
>  ATTN: POCR Unit,**

Such documentation must contain a cover letter indicating that the material is submitted in support of your Post Order Custody Review.  English translations of such documentation must be provided pursuant to 8 C.F.R. § 103.2(b)(3).  An attorney or other person may submit materials on your behalf.

The deciding official will notify you of the decision in your case on or about **(DAY 90).**

Attached to this notice is a list of free or low-cost legal representatives who may be able to provide assistance to you in preparing your case.

*www.ice.gov*

**Notice to Alien of File Custody Review**
LAST NAME, First Name AXXX-XXX-XXX
Page 2

The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

---

## PROOF OF SERVICE

**(1) Personal Service (Officer to complete both (a) and (b) below.)**

(a) I _____, _____,
         Name of ICE Officer              Title
certify that I served _____ with a copy of
                        Name of detainee
this document at _____ on _____, at _____.
                     Institution              Date            Time

(b) I certify that I served the custodian _____,
                                              Name of Official
_____, at _____, on
   Title                      Institution
_____ with a copy of this document.
      Date

## OR

**(2) Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
    Name of ICE Officer              Title
that I served _____ and the custodian _____,
                Name of detainee                          Name of Official
with a copy of this document by certified mail at _____ on _____.
                                                     Institution            Date

**Notice to Alien of File Custody Review**
LAST NAME, First Name AXXX-XXX-XXX
Page 3

Detainee Signature:_____   Date: _____

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File