# EXHIBIT B

*Enforcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
1000 District Avenue
Burlington, MA 01803

U.S. Immigration
and Customs
Enforcement

M[redacted], E[redacted]D[redacted]　　　A[redacted]
C/o Plymouth County Correction Facility
26 Long Pond Road
Plymouth, MA. 02360

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined as a matter of administrative discretion that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a citizen and national of Cape Verde who entered the United States as a non-immigrant visitor on May 19, 2000, at Boston, Massachusetts.

You are subject to a Final Order of Removal issued on July 21, 2017.

Upon review of the facts of your case, including your criminal convictions for armed assault, assault and battery with a dangerous weapon, and possession of a firearm, I have determined that you would pose a safety risk to public safety if you were to be released from ICE custody.

Based upon the above in the exercise of administrative discretion, you will remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been removed or released from custody by June 13, 2019, jurisdiction of the custody decision in your case will be transferred to the Headquarters Removal and International Operations Unit (HQ RIO), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ RIO will make a final determination regarding your custody.

Todd M. Lyons, Acting Field Office Director　　　3/14/19
Date

## PROOF OF SERVICE

**(1) Personal Service (Officer to complete both (a) and (b) below.)**

(a) I [redacted], DEPORTATION OFFICER,
Title

certify that I served [redacted] with a copy of
Name of detainee

this document at PLYMOUTH on 03-21-19, at 0838.
Institution Date Time

(b) I certify that I served the custodian ____________________,
Name of Official

____________________, at ____________________, on
Title Institution

____________ with a copy of this document.
Date

**OR**

**(2) Service by certified mail, return receipt. (Attach copy of receipt)**

I ____________________, ____________________, certify
Name of ICE Officer Title

that I served ____________________ and the custodian ____________________,
Name of detainee Name of Official

with a copy of this document by certified mail at ____________________ on ________.
Institution Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File