# EXHIBIT E

# EXHIBIT G

Chapter 17 Removal Process: Post Order Custody Reviews (POCR)

References:

INA: Sections 212, 241

Regulations: 8 CFR Part 241

Other: HQCDU Intranet Web Site; Federal Register notices: Continued Detention of Aliens Subject to Final Orders of Removal, 66 FR 56967 (November 14, 2001) and Notice of Memorandum, 66 FR 38433 (July 24, 2001).

*17.1 Post Order Custody Regulation.* ____ *2*

*17.2 Final Order Definition* ____ *3*

*17.3 Removal Period* ____ *4*

*17.4 Field Procedures.* ____ *6*

*17.5 Other Factors for Consideration During Post Order Custody Review.* ____ *8*

*17.6 Penalties for Failure to Cooperate in Obtaining a Travel Document.* ____ *9*

*17.7 Likelihood of Removal.* ____ *10*

*17.8 Possible Decisions of Deciding Officials At Field Level (Up to Day 180).* ____ *11*

*17.9 Serving Notice of Final Decision.* ____ *12*

*17.10 Postponement of Review.* ____ *13*

*17.11 Headquarters Custody Determination Unit (HQCDU).* ____ *14*

*17.12 Orders of Supervision* ____ *16*

*17.13 Future Reviews.* ____ *18*

*17.14 Sanctions Against Countries That Fail to Issue Travel Documents.* ____ *20*

*17.15 Failure to Cooperate.* ____ *21*

**Appendix 17-1 Zadvydas v. Davis** ____ **25**

**Appendix 17-2 Sample G-166C** ____ **44**

**Appendix 17-3 Sample Declaration** ____ **45**

**Appendix 17-4 Sample Affidavit** ____ **46**

## 17.4 Field Procedures.

These procedures apply to all detained aliens except Mariel Cubans whose parole is governed by 8 CFR 212.12.

(a)     Travel Documents. Field offices will work to obtain a travel document for all aliens in custody with a final order. For countries where history shows that obtaining a travel document takes longer than 30 days, requests for assistance must be forwarded to the HQ Travel Document Liaison Unit at the same time as a request is sent to the local consulate. For all cases, the field should immediately forward a timely request for assistance to HQ Travel Document Liaison Unit upon determination that a problem exists in obtaining a document within the statutory removal period. The Information for Travel Document or Passport, Form I-217, is to be filled out accurately and completely, following an interview with the alien. The field office is responsible for making the appropriate follow up with the HQ Travel Document Unit regarding the status of the travel document and in making the appropriate annotations in the A-file and in DACS.

(b)     Warning for Failure to Depart, Form I-229(a). Every alien in custody shall be served an I-229(a) and Instruction Sheet to Detainee. These forms can be obtained from the Intranet at: https://dhsonline.dhs.gohttps//dhsonline.dhs.gov/portal/jhtml/community.jhtml?index=43&community=ICE&id=2011880003. The forms must be served no later than 30 days after receipt of a final order. The alien must be served either via personal service or certified mail, return receipt. The Instruction Sheet to Detainee gives the alien notice of what he or she is required to do in order to assist in the removal process and gives the alien the opportunity to comply with the request.

(c)     Notice of Review (File or Interview). Every alien in custody must be served a Notice of Review (File or Interview, at the discretion of the deciding official) no later than 60 days after issuance of a final order (even on cases that the removal period has not yet begun or has been suspended). This notice will provide instructions to the alien on evidence or documentation that may be submitted by the alien for consideration during the file review. If the alien or his or her representative requests additional time to prepare materials beyond the time when the deciding official expects to conduct the records review, such a request will constitute a waiver of the requirement that the review occur prior to the expiration of the removal period. The deciding official must determine if the review will be based solely on a file review or if it will include a telephonic, video teleconference, or personal interview.

(d)     POCR Review (File or Interview). For every alien in custody with a final order, a POCR Worksheet package shall be completed, pursuant to criteria and factors found in 8 CFR 241.4 (threat/flight risk) no later than 90 days after the issuance of a final order (if in custody when final order issued) or no later than 90 days after coming into custody with an outstanding final order. The package will be forwarded expeditiously to the deciding official for review and signature. A POCR is not to be completed without the aliens A-

file. If, under extenuating circumstances, an A-file is not obtainable and a temporary file has to be created, the temporary file is to have copies of all immigration history documents, as well as other pertinent supporting documentation, investigative reports, and other pertinent memoranda, before a review is done.