# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br>     Plaintiff-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, et al., <br><br>     Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## PETITIONERS' ASSENTED-TO MOTION TO SEAL

Pursuant to Local Rule 7.2, the July 30, 2019 Stipulated Protective Order (Dkt. No. 316), and the Court's August 7, 2019 Order (Dkt. No. 338), Petitioners respectfully move for leave to file under seal Exhibit 1 to the Declaration of Jonathan A. Cox in Support of Petitioners' Motion for Order to Show Cause ("Cox Declaration").

In support of this motion, Petitioners state that Exhibit 1 is an Affidavit of Kimberly Williams, Esq., dated August 26, 2019. Attorney Williams represents at least two *Calderon* class members, who are discussed in the Affidavit. Cox Decl. ¶ 2. Pursuant to Section A(2)(b) of the Stipulated Protective Order, Petitioners seek to seal only the names of the two class members identified in the Affidavit. If those names were made available to the public, it would enable the public to connect those identities to sensitive personal information that has been provided in the unredacted version of the Affidavit, as well as elsewhere on the public docket in connection with the Motion for Order to Show Cause.

Petitioners conferred with counsel for Respondents, who have assented to this motion.

WHEREFORE, Petitioners respectfully request that this Court enter an order granting it leave to file the Exhibit 1 to the Cox Declaration under seal.

Respectfully submitted this 27th day of August, 2019.

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) <br> Adriana Lafaille (BBO # 680210) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF MASSACHUSETTS, <br> INC. <br> 211 Congress Street <br> Boston, MA 02110 <br> (617) 482-3170 <br> Kathleen M. Gillespie (BBO # 661315) <br> Attorney at Law <br> 6 White Pine Lane <br> Lexington, MA 02421 <br> (339) 970-9283 | */s/ Jonathan A. Cox* <br> Kevin S. Prussia (BBO # 666813) <br> Michaela P. Sewall (BBO # 683182) <br> Shirley X. Li Cantin (BBO # 675377) <br> Jonathan Cox (BBO # 687810) <br> Colleen M. McCullough (BBO # 96455) <br> Matthew W. Costello (BBO # 696384) <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile:  (617) 526-5000 <br> kevin.prussia@wilmerhale.com <br> michaela.sewall@wilmerhale.com <br> shirley.cantin@wilmerhale.com <br> jonathan.cox@wilmerhale.com <br> colleen.mccullough@wilmerhale.com <br> matthew.costello@wilmerhale.com <br> <br> *Attorneys for Petitioners* |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Jonathan A. Cox, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents conferred in good faith on August 27, 2019, regarding resolution of this motion.  Counsel for Respondents indicated that they do not oppose Petitioners' motion.

/s/ *Jonathan A. Cox*
Jonathan A. Cox