UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>KEVIN McALEENAN, et al.,<br><br>　　　　　Defendants-Respondents. | No. 1:18-cv-10225-MLW<br><br>**DECLARATION OF JONATHAN A. COX IN FURTHER SUPPORT OF PETITIONERS' MOTION FOR ORDER TO SHOW CAUSE** |

　　　　I, Jonathan A. Cox, declare as follows:

　　　　**1.**　　I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in further support of Petitioners' Motion for Order to Show Cause.

　　　　**2.**　　Attached hereto as Exhibit 1 is a true and correct copy of an affidavit of Kimberly Williams, Esq. Attorney Williams represents at least two *Calderon* class members in their immigration proceedings. Ms. Williams has requested that the Court seal the names of the class members she represents. Consistent with the Protective Order entered in this case and with Ms. Williams' request, those names have been redacted from the version of Exhibit 1 placed on the public docket.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 27th day of August, 2019, in Boston, Massachusetts.

    /s/ *Jonathan A. Cox*
Jonathan A. Cox (BBO # 687810)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: jonathan.cox@wilmerhale.com