**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**PETITIONERS' NOTICE OF REVISED EXHIBIT C**
**TO THEIR MOTION FOR ORDER TO SHOW CAUSE**

On July 25, 2019, Petitioners filed a Motion for Order to Show Cause, Dkt. 306, and an assented-to motion to file certain exhibits under seal, including Exhibit C, the transcript of the July 16, 2019 deposition of Marcos Charles. Dkt. 303. On July 30, 2019, Petitioners filed a public version of Exhibit C, including only the pages cited in Petitioners' Memorandum in Support of Motion for Order to Show Cause. Dkt. 315 ¶ 4 & 315-3. Pursuant to the Stipulated Protective Order, the parties have 30 days to designate confidential information in a deposition transcript. *See* Dkt. 316 ¶ C.5. Petitioners received Respondents' designations on September 11, 2019, and revised designations on September 24, 2019. Petitioners now file this revised and expanded supplemental redacted version of Exhibit C, Dkt. 315-3, redacting confidential information identified by the parties across the full transcript of that deposition.

Respectfully submitted this 25th day of September, 2019.

|  |  |
|---|---|
|  | /s/   *Kevin S. Prussia* |
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Shirley X. Li Cantin (BBO # 675377) |
| FOUNDATION OF MASSACHUSETTS, INC. | Jonathan Cox (BBO # 687810) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING |
|  |   HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |
| Attorney at Law | Boston, MA 02109 |
| 6 White Pine Lane | Telephone: (617) 526-6000 |
| Lexington, MA 02421 | Facsimile:  (617) 526-5000 |
| (339) 970-9283 | kevin.prussia@wilmerhale.com |
|  | michaela.sewall@wilmerhale.com |
|  | shirley.cantin@wilmerhale.com |
|  | jonathan.cox@wilmerhale.com |
|  | colleen.mccullough@wilmerhale.com |
|  | matthew.costello@wilmerhale.com |
|  |  |
|  | *Attorneys for Petitioners* |