# EXHIBIT A

*Enforcement and Removal Operations*
*Boston Field Office*

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803



U.S. Immigration
and Customs
Enforcement



## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file, your immigration and criminal record, consideration of the information you submitted to ICE reviewing officials, and upon review of the factors for consideration set forth at 8 C.F.R. §§ 241.4(e), (f), and (g).

As explained below, after such review, ICE has determined that you have not demonstrated that, if released, you will not:

- Pose a significant risk of flight and pose a danger to community or to the safety of other persons pending your removal from the United States.

ICE acknowledges the favorable factors you present regarding your ties to the United States, especially your relationships with your United States citizen wife, child, and step-children.

However, ICE has nonetheless determined that you pose a significant risk to the community if released and also pose a risk of flight based upon:

First, your criminal record indicates you pose a significant risk to the community and to the safety of others if released. On December 20, 2017, you were convicted of Assault and Battery on a Police Officer and for Resisting Arrest. The police report associated with this arrest indicates that you grabbed a police officer, threw a punch at the officer, and tried to grab the officer's gun from his belt.

Second, ICE has determined that you pose a significant flight risk if released despite your equities in the United States. Such determination was based upon the fact that you have a final order of removal which the U.S. Court of Appeals for the First Circuit recently affirmed.

## Decision to Continue Detention

Page 2

Additionally, while acknowledging you have appealed such decision, United States Citizenship and Immigration Services has recently denied your I-212 Waiver Application, thus reducing your chances of lawful re-admission to the United States further.

Finally, while you were previously noncompliant with assisting ICE in obtaining travel documents on your behalf, you have now provided a valid passport. Therefore, there is significant likelihood of removal in the reasonably foreseeable future once the U.S. District Court for the District of Massachusetts lifts the current stay of removal issued in your case. Therefore, pursuant to 8 C.F.R. § 241.4(g)(2)-(3) and 8 C.F.R. § 241.4(e), you are to remain in ICE custody at this time.

Based on the above, you are to remain in ICE custody pending your removal from the United States as ICE is unable to conclude that the factors set forth at 8 C.F.R. § 241.4(e) have been satisfied. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 U.S.C. Section 1253(a).

_____          _____
Marcos Charles, Acting Field Office Director          Date

**Decision to Continue Detention**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Page 3

---

## PROOF OF SERVICE

(1)   **Personal Service (Officer to complete both (a) and (b) below.)**

(a)   I _____, _____,
                 Name of ICE Officer                                 Title

certify that I served _____ with a copy of
                               Name of detainee

this document at _____ on _____, at _____.
                   Institution                 Date            Time

(b)   I certify that I served the custodian _____,
                                                  Name of Official

_____, at _____, on
       Title                           Institution

_____ with a copy of this document.
    Date

## OR

(2)   **Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
   Name of ICE Officer               Title

that I served _____ and the custodian _____,
          Name of detainee                       Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                              Institution        Date

Detainee Signature: _____   Date: _____

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File