# EXHIBIT B

*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536



**U.S. Immigration
and Customs
Enforcement**



## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE) has
reviewed your custody status and determined that you will not be released from custody at this
time. This decision was based on a review of your immigration record, your personal interview,
consideration of the information you submitted to ICE reviewing officials, and upon review of
the factors for consideration set forth at 8 C.F.R. §§ 241.4(e), (f), and (g).
You are a native and citizen of Saint Lucia who last entered the United States on or about
November 1, 2003, as a nonimmigrant visitor. On December 12, 2018, you were issued a Final
Order of Removal by an Immigration Official. Pursuant to 8 CFR 241.4(i)(6), a 180 day
interview was conducted on September 9, 2019. A thorough review was conducted of the
documents and evidence provided to ICE, your interview, your criminal history, and the factors
for consideration set forth at 8 C.F.R. §§ 241.4(e), (f), and (g).

ICE acknowledges the favorable factors you present regarding your ties to the United States,
especially your relationships with your United States citizen family members. ICE also notes,
however, as a negative factor that you have been convicted for the crimes of Resisting Arrest and
Failure to Appear.

ICE has determined, however, as explained below, that you are not suitable for release because
ICE anticipates that it will receive a travel document upon the lifting of the current stay of
removal issued by the U.S. District Court for the District of Massachusetts. The Government of
Saint Lucia has previously issued a travel document to ICE on two occasions and the
Government of Saint Lucia has committed to re-issuing a travel document to facilitate your
return to Saint Lucia upon the lifting of your stay of removal. As such, ICE anticipates
effectuating your removal to Saint Lucia within a short time period upon receipt of such travel
document. Therefore, pursuant to 8 C.F.R. § 241.4(g)(2)-(3) and 8 C.F.R. § 241.4(c), release is
not warranted, and the continuation of your detention is appropriate.

This decision, however, does not preclude you from bringing forth evidence in the future to
demonstrate a good reason why your removal is unlikely. You are advised that pursuant to
Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that
you are making reasonable efforts to comply with the order of removal, and that you are
cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect
your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

Alan Greenbaum
HQ RIO Unit Chief (A)

9-24-19
Date

**Decision to Continue Detention**

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Page 3

## PROOF OF SERVICE

**(1)      Personal Service (Officer to complete both (a) and (b) below.)**

(a)      I _____, _____,
          Name of ICE Officer                                            Title

certify that I served _____ with a copy of
                                          Name of detainee

this document at _____ on _____, at _____.
                              Institution                                    Date                Time

(b)      I certify that I served the custodian _____,
                                                                        Name of Official

_____, at _____, on
              Title                                              Institution

_____ with a copy of this document.
          Date

## OR

**(2)      Service by certified mail, return receipt.  (Attach copy of receipt)**

          I _____, _____, certify
                        Name of ICE Officer                                  Title

that I served _____and the custodian _____,
                              Name of detainee                                              Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                                        Institution                        Date

Detainee Signature:_____          Date: _____

( )  cc:  Attorney of Record or Designated Representative
( )  cc:  A-File