# EXHIBIT D



*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536



**U.S. Immigration and Customs Enforcement**

## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE) has reviewed your custody status and determined that you will not be released from custody at this time. This decision was based on a review of your immigration and criminal record, your personal interview, consideration of the information you submitted to ICE reviewing officials in support of release, and upon review of the factors for consideration set forth at 8 C.F.R. §§ 241.4(e), (f), and (g).

You are a native and a citizen of Cape Verde who last entered the United States on or about May 19, 2000, as a nonimmigrant visitor (B-2). On July 21, 2017, you were served a Final Administrative Removal Order. On May 22, 2019, your application for Withholding of Removal and Convention Against Torture (CAT) was denied by an immigration judge and you were ordered removal to Cape Verde. Your appeal is currently pending with the Board of Immigration Appeals.

Pursuant to 8 C.F.R. § 241.4(i)(6), a 180 day interview was conducted on September 9, 2019. A thorough review was conducted of the documents and evidence provided to ICE, your interview, your criminal history, and the factors for consideration set forth at 8 C.F.R. §§ 241.4(e), (f), and (g).

ICE acknowledges the favorable factors you present in favor of release including your ties to the United States as set forth in your relationships to your U.S. citizen family, your church, and your employment history.

However, ICE also notes the serious negative factors that weigh in favor of continued detention and demonstrate that your release would pose a danger to the community and to the safety of others. Specifically, your recent criminal record includes convictions for Armed Assault with Intent to Murder, Assault with a Dangerous Weapon (two counts), Possession of a Firearm without a FID Card, and Malicious Destruction of Property.

In addition to determining that your release would post a danger to the community and the safety of others, ICE has determined that you are not suitable for release because ICE is currently working with the government of Cape Verde to secure a travel document for your removal from the United States. ICE routinely receives travel documents from Cape Verde and therefore

www.ice.gov

anticipates that it will be able to effectuate your final order of removal upon the lifting of the current stay of removal issued by the U.S. District Court for the District of Massachusetts and upon the resolution of your appeal before the BIA. Therefore, pursuant to 8 C.F.R. § 241.4(g)(2)-(3) and 8 C.F.R. § 241.4(e), you are to remain in ICE custody at this time.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

_____
Michael V. Bernacke
HQ RIO Chief

9/24/19
Date

---

## PROOF OF SERVICE

**(1) Personal Service (Officer to complete both (a) and (b) below.)**

(a) I _____, _____,
     Name of ICE Officer                Title
certify that I served _____ with a copy of
                      Name of detainee
this document at _____ on _____, at _____.
                       Institution              Date           Time

(b) I certify that I served the custodian _____,
                                              Name of Official
_____, at _____, on
       Title                       Institution
_____ with a copy of this document.
    Date

## OR

**(2) Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
   Name of ICE Officer              Title
that I served _____ and the custodian _____,
               Name of detainee                          Name of Official
with a copy of this document by certified mail at _____ on _____.
                                                    Institution        Date



Detainee Signature: _____   Date: _____




( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File