# EXHIBIT E

*Enforcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
1000 District Avenue
Burlington, MA 01803



**U.S. Immigration
and Customs
Enforcement**



## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file, consideration of the information you submitted to ICE's reviewing officials on September 12, 2019, and upon review of the factors for consideration set forth at 8 C.F.R. §§ 241.4(e), (f), and (g).

As explained below, after such review, ICE has determined that you have not demonstrated that, if released, you will not:

- Pose a danger to the community and to the safety of other persons.

ICE acknowledges the supporting documents you provided on September 12, 2019, and has considered the letters of support from your spouse and friends. Although you have demonstrated that you have ties to your community, this was weighed against your criminal history and the likelihood of removal should the stay be lifted.

ICE has made a determination that you pose a danger to the community and to the safety of others based upon your April 10, 2019, conviction in the Hillsborough District Court of New Hampshire for acts prohibited by the Controlled Drug Act. This conviction stemmed from a January 2019 arrest for Sale/Manufacture of Controlled Drug (Heroin) and Possession of a Controlled Drug (Heroin).

Additionally, you are not suitable for release because ICE would otherwise be able to effectuate your removal from the United States if not for the current stay of removal issued by the U.S. District Court of the District of Massachusetts. On August 2, 2019, the Consulate of Honduras issued ICE a travel document for your removal, which has since expired. The Consulate of Honduras issued a second travel document for you on September 20, 2019, which is currently valid. Should the stay in your case be lifted, there are no other impediments to your removal and ICE will be able to effectuate your removal thereafter. Therefore, pursuant to 8 C.F.R. §

## Decision to Continue Detention

▮▮▮▮▮▮▮▮▮▮▮

Page 2

241.4(g)(2)-(3) and 8 C.F.R. § 241.4(e), release is not warranted and the continuation of your detention is appropriate.

Based on the above, you are to remain in ICE custody pending your removal from the United States as ICE is unable to conclude that the factors set forth at 8 C.F.R. § 241.4(e) have been satisfied.  You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal.  You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 U.S.C. Section 1253(a).

If you have not been released or removed from the United States by November 7, 2019, jurisdiction of the custody decision in your case will be transferred to the Headquarters Post Order Review Unit (HQ POCRU), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ POCRU will thereafter conduct a custody review and will make a determination regarding your custody.

_____
Marcos Charles, Acting Field Office Director

9/22/2019
Date

**Decision to Continue Detention**

████████████████████████

Page 3

## PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)     I _____, _____,
Name of ICE Officer                                       Title

certify that I served _____ with a copy of
Name of detainee

this document at _____ on _____, at _____.
Institution                                       Date                        Time

(b)     I certify that I served the custodian _____,
Name of Official

_____, at _____, on
Title                                       Institution

_____ with a copy of this document.
Date

## OR

**(2)    Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
Name of ICE Officer                                       Title

that I served _____and the custodian _____,
Name of detainee                                       Name of Official

with a copy of this document by certified mail at _____ on _____.
Institution                                       Date

Detainee Signature:_____        Date: _____.

(x ) cc: Attorney of Record or Designated Representative

x ) cc: A-File