# EXHIBIT F

*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536



## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE) has reviewed your custody status and determined that you will not be released from custody at this time. This decision was based on a review of your immigration and criminal record, your personal interview, consideration of the information you submitted to ICE reviewing officials, and upon review of the factors for consideration set forth at 8 C.F.R. §§ 241.4(e), (f), and (g).

You are a native and citizen of the Republic of Guinea-Bissau who last entered the United States on December 9, 2002, as a Non-Immigrant. On October 18, 2007, you were issued a Final Order of Removal by an Immigration Official. Pursuant to 8 § C.F.R. 241.4(i)(6), a 180 day interview was conducted on September 9, 2019. A thorough review was conducted of the documents and evidence provided to ICE, your interview, your criminal history, and the factors for consideration set forth at 8 C.F.R. §§ 241.4(e), (f), and (g).

ICE acknowledges the favorable factors you present regarding your ties to the United States, especially your relationships with your United States citizen family members, your home-ownership, and employment history. ICE also notes, however, as a negative factor that you have been convicted of the crime of Assault and Battery.

ICE has determined, however, as explained below, that you are not suitable for release because a travel document from the Government of the Republic of Guinea-Bissau has been issued and is valid. ICE has previously scheduled your removal from the United States and ICE therefore anticipates that it will be able to effectuate your final order of removal upon the lifting of the current stay of removal issued by the U.S. District Court for the District of Massachusetts. Therefore, pursuant to 8 C.F.R. § 241.4(g)(2)-(3) and 8 C.F.R. § 241.4(e), you are to remain in ICE custody at this time.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

| | | |
|---|---|---|
| Heath Simon   *Heath Simon* | | 09/23/2019 |
| Unit Chief | | Date |

**Decision to Continue Detention**

Page 3

---

## PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I _____, _____,
           Name of ICE Officer                     Title

certify that I served _____ with a copy of
                              Name of detainee

this document at _____ on _____, at _____.
                         Institution                       Date            Time

(b)    I certify that I served the custodian _____,
                                                          Name of Official

_____, at _____, on
          Title                                        Institution

_____ with a copy of this document.
    Date

## OR

**(2)    Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
      Name of ICE Officer                     Title

that I served _____ and the custodian _____,
                    Name of detainee                                          Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                                  Institution                         Date

Detainee Signature:_____    Date: _____

( )  cc: Attorney of Record or Designated Representative
( )  cc: A-File