UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>  Petitioner-Plaintiffs,<br><br>  v.<br><br>KIRSTJEN M. NIELSEN, ET AL.,<br><br>  Respondent-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                                        October 2, 2019

In view of the parties' Joint Supplement to September 10, 2019 (Docket No. 374) and the fact that, on October 1, 2019, respondents filed their Updated Response to Petitioners' Motion for Order to Show Cause (Docket No. 377), it is hereby ORDERED that:

1. Petitioners shall, by October 8, 2019, respond to the Updated Response.

2. A hearing on pending matters shall be held on November 4, 2019, at 10:00 a.m., and continue on November 5, 2019, if necessary.

                                                                    /s/ Mark L. Wolf
                                                              UNITED STATES DISTRICT JUDGE