**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**PETITIONERS' CONSENTED-TO MOTION TO SEAL**

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 7.2, the July 30, 2019 Stipulated Protective Order, Dkt. 316, and the Court's August 7, 2019 Order, Dkt. 338, Petitioners respectfully move for leave to file the following unredacted motion and memorandum under seal: (1) Petitioners' Motion for Immediate Interim Release; and (2) Petitioners' Second Supplemental Memorandum in Support of their Motions for Order to Show Cause and for Interim Relief.

These documents contain class members' sensitive personal information, including information about criminal histories, as well as class members' names, which can be connected to personally sensitive information in other filings on the docket, including about criminal histories, marriages, children, and the medical conditions of their family members. This information is designated as confidential under the Protective Order. Petitioners' memorandum also quotes a statement made during a sealed lobby conference.

Respectfully submitted this 3rd day of October, 2019.

|  |  |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS,<br>INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | */s/ Kevin S. Prussia*<br><br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Shirley X. Li Cantin (BBO # 675377)<br>Jonathan Cox (BBO # 687810)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br><br>*Attorneys for Petitioners* |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on October 3, 2019 in an attempt to resolve the issues raised in this motion.  Respondents consent to this motion.

>   */s/   Colleen M. McCullough*
>   Colleen M. McCullough