# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br>  Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br>  Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **ORAL ARGUMENT REQUESTED** |

## PETITIONERS' MOTION FOR IMMEDIATE INTERIM RELEASE

This Court has scheduled a hearing on Petitioners' Motion for Order to Show Cause, Dkt. 304, on November 4 and 5, 2019. Dkt. 380. Without an interim release order, therefore, the detained class members, including those who have not been found to pose any danger or flight risk, will remained needlessly detained for at least another month. For the reasons stated in Petitioners' accompanying Second Supplemental Memorandum in Support of Their Motions for Order to Show Cause and for Interim Release—including the class members' prolonged detention, the government's unfulfilled promise to consider their release, and the irreparable harm being suffered by the class members and their families—Petitioners now respectfully request that the Court order the immediate interim release of some or all of the six detained class members at issue, including any appropriate conditions of release to apply while the Petitioners' show-cause motion is pending.

Respectfully submitted this 3rd day of October, 2019.

*Counsel for the Petitioners*

| | |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | /s/ *Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Shirley X. Li Cantin (BBO # 675377)<br>Michaela P. Sewall (BBO # 683182)<br>Jonathan A. Cox (BBO # 687810)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on October 3, 2019 in an attempt to resolve the issues raised in this motion. Respondents did not consent to this motion.

                                                      */s/ Colleen M. McCullough*
                                                     Colleen M. McCullough