UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ<br>AND LUIS GORDILLO, ET AL.,<br>individually and on behalf of all<br>others similarly situated,<br><br>    Petitioner-Plaintiffs,<br><br>    v.<br><br>KEVIN K. MCALEENAN, ET AL.,<br><br>    Respondent-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                           October 4, 2019

It is hereby ORDERED that Defendant-Respondents shall, by October 7, 2019, respond to the Petitioners' Motion for Interim Release (Docket No. 382) (the "Motion"). A hearing on the Motion, but not the other matters to be addressed at the hearing scheduled for November 4 and 5, 2019, shall be held on October 10, 2019, at 1:30 p.m.

                                              /s/ Mark L. Wolf
                                            UNITED STATES DISTRICT JUDGE