## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## NOTICE OF INDIVIDUAL WITH SETTLEMENT AUTHORITY FOR OCTOBER 10, 2019 HEARING

On August 27, 2018, this Court ordered the parties to ensure that an individual with full settlement authority be present for all future hearings of the Court. ECF No. 152. On October 4, 2019, the Court set a hearing on Petitioners' motion for immediate interim release (ECF No. 383) for October 10, 2019. ECF No. 384. Prior to this order, Acting Field Office Director for Boston ICE ERO, Marcos Charles, who is ordinarily vested with full settlement authority for this case, scheduled out-of-state leave for October 8-15, 2019. Accordingly, to comply with the Court's order (ECF No. 152), Respondents hereby notify the Court that Acting Deputy Field Office Director for Boston ICE ERO, Todd Lyons, will be vested with full settlement authority and present at the October 10, 2019 hearing.

Respectfully submitted,


JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

## **CERTIFICATE OF SERVICE**

      I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ Mary L. Larakers |
|  | Mary L. Larakers |
| Dated: October 4, 2019 | Trial Attorney |