UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ
and LUIS GORDILLO, et al.,

Individually and on behalf of all others
similarly situated,

    Plaintiff-Petitioners,

v.

KEVIN K. McALEENAN, et al.,

    Defendants-Respondents.

No. 1:18-cv-10225-MLW

## PETITIONERS' CONSENTED-TO MOTION TO SEAL

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 7.2, the July 30, 2019 Stipulated Protective Order, Dkt. 316, and the Court's August 7, 2019 Order, Dkt. 338, Petitioners respectfully move for leave to file the following unredacted motion and memorandum under seal: (1) Petitioners' Motion for Immediate Interim Release; and (2) Petitioners' Second Supplemental Memorandum in Support of their Motions for Order to Show Cause and for Interim Relief.

These documents contain class members' sensitive personal information, including information about criminal histories, as well as class members' names, which can be connected to personally sensitive information in other filings on the docket, including about criminal histories, marriages, children, and the medical conditions of their family members. This information is designated as confidential under the Protective Order. Petitioners' memorandum also quotes a statement made during a sealed lobby conference.

[Handwritten annotation in right margin: Standard Financial Management? 10/2/19 Wed. @ See FTC v. Standard Financial Management, 830 F. 2d 404, (1st Cir. 1987).]

[Handwritten annotation at bottom: The documents may be filed under seal at least temporarily. However it is foreseeable that some of the redacted information may be relied upon by the court and, therefore, later made public.]