UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>    Petitioner-Plaintiffs,<br><br>    v.<br><br>KEVIN K. MCALEENAN, ET AL.,<br><br>    Respondent-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-10225-MLW<br>)<br>)<br>)<br>)<br>) |

## SEQUESTRATION ORDER

WOLF, D.J.                                                             October 7, 2019

    It is hereby ORDERED, pursuant to Fed. R. Evid. 615, that each prospective witness at the October 10, 2019 hearing:

    1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

    2. Shall, except for a designated representative of Respondents, be excluded from the courtroom when other witnesses are testifying; and

    3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

    This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege or some other

applicable privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                                       /s/ Mark L. Wolf
                                             UNITED STATES DISTRICT COURT