UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated, )<br><br>Petitioner-Plaintiffs, )<br><br>v. )<br><br>KEVIN K. McALEENAN, ET AL. )<br><br>Respondent-Defendants. ) | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                                                   October 7, 2019

It is hereby ORDERED that:

1. The Immigration and Customs Enforcement ("ICE") officials who decided to continue the detention of Romilson Ferreira (Marcos Charles), Kendal Leon (Alan Greenbaum), Sambu Sisse (Heath Simon), Ana Rodriguez (Marcos Charles), Amadeu Semedo (Michael Bernacke), and Elton Moniz (Michael Bernacke) shall be present for the October 10, 2019 hearing and prepared to testify if necessary.[1]

---

[1] The ICE official listed for each detainee is the person whose signature is on the Decision to Continue Detention of that detainee. If another ICE official actually made the decision to detain, he or she should also be present for the October 10, 2019 hearing.

2. Each of the potential ICE witnesses shall obey the October 7, 2019 Sequestration Order.

3. ICE shall be prepared to transport petitioners Ferreira, Leon, Sisse, Rodriguez, Semedo, and Moniz to a possible continuation of the October 10, 2019 hearing on October 11, 2019, at 9:00 a.m., if ordered to do so.

 

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE