AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Lilian Pahola Calderon Jimenez, et al

V.

Kevin McAleenan, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 1:18-cv-10225-MLW

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|
| J. Wolf | | Lafaille, Cantin, Segal, McCullough, Gillespie | | Larakers, Weintraub | |
| TRIAL DATE(S) | | COURT REPORTER | | COURTROOM DEPUTY | |
| 10/10/2019 | | K. Mortellite | | M. Loret | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 10/10/2019 | | | Witness, Marcos Charles, Acting Field Office Director, ICE |
| 1 | | 10/10/2019 | | x | Decision to Continue Detention/Ferreira, 9/22/19 |
| 2 | | 10/10/2019 | | x | Notice to Alien of File Custody Review/Ferreira, 11/29/18 |
| 3 | | 10/10/2019 | | x | Decision to Continue Detention/Ferreira, 1/28/19 |
| 4 | | 10/10/2019 | | x | Decision to Continue Detention/Rodriguez, 9/22/19 |
| 5 | | 10/10/2019 | | x | Decision to Continue Detention/Rodriguez, 8/5/19 |
| 6 | | 10/10/2019 | | x | Notice to Alien of File Custody Review/Rodriguez, 6/3/19 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages