UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ ) <br> AND LUIS GORDILLO, ET AL., ) <br> individually and on behalf of all ) <br> others similarly situated, ) <br>     Petitioners-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KEVIN McALEENAN, ET AL., ) <br>     Respondents-Defendants. ) | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                                                               October 11, 2019

As stated in court on October 11, 2019, it is hereby ORDERED that the parties shall, by October 16, 2019, confer and report concerning:

1. Whether Immigration and Customs Enforcement ("ICE") is or should be allowed to remove from the United States any detained class members subject to the July 26, 2019 Order (Docket No. 310-1) who have been or are later released by ICE.

2. Whether Respondents agree to the interim release of detainees Ana Rodriguez, Romilson Ferreira, and/or Elton Moniz on conditions pending the hearing on the Motion for Order to Show Cause (Docket No. 304) on November 4-5, 2019.

3. The particular conditions of interim release proposed by petitioners for Rodriguez, for Ferreira, and for Moniz.

4. Whether the parties have reached an agreement regarding the production of documents relating to the detention of the six remaining class members that are the subject of the Motion for Order to Show Cause (Docket No. 304).

5. A proposed agenda for the November 4, 2019 hearing on the Motion for Order to Show Cause, describing with particularity the issues to be addressed and identifying the section of each submission relevant to each issue.

                                                                      /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE