```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND )<br>LUIS GORDILLA, ET AL., individually )<br>and on behalf of all others )<br>similarly situated, )<br>    Petitioner-Plaintiffs, )<br>)<br>    v. )<br>)<br>KEVIN K. McALEENAN, ET AL., )<br>    Respondent-Defendants. ) | C.A. No. 18-10225-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                      October 12, 2019

     As stated in court on October 11, 2019, it is hereby ORDERED that Respondents shall, by October 16, 2019, file any Immigration and Customs Enforcement manual or guidance on 8 C.F.R. §241.4, including but not limited to subsection (i)(3) regarding the 180-day review personal interview requirement.

                                        /s/ Mark L. Wolf
                                        _____
                                        UNITED STATES DISTRICT JUDGE