AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Lilian Pahola Calderon Jimenez, et al

V.

Kevin K. McAleenan, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 1-18-cv-10225-MLW

| PRESIDING JUDGE<br>J. Wolf | | | PLAINTIFF'S ATTORNEY<br>Lafaille, McCullough, Segal, Cantin | | DEFENDANT'S ATTORNEY<br>Larakers, Weintraub |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>10/11/2019 | | | COURT REPORTER<br>K. Mortellite | | COURTROOM DEPUTY<br>M. Loret |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/11/2019 | | | Witness: Michael Bernacke, HQIRO Chief |
| 7 | | 10/11/2019 | | X | Decision to Continue Detention/Moniz 9/24/19 |
| | | 10/11/2019 | | | Witness: Elton Moniz |
| | | 10/11/2019 | | | Witness: Taylor Moniz |
| | | 10/11/2019 | | | Witness: Romilson Ferreira |
| 8 | | 10/11/2019 | | X | Decision to deny I-212/Ferreira 7/29/19 |
| | | 10/11/2019 | | | Witness: Rachel Jane Gregoire |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages