AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Jimenez et al
*Plaintiff*
v.
McAleenan
*Defendant*

Case No. 1:18-cv-10225-MLW

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elton Moniz, Romilson Fereirra.

Date: 10-11-19

*Attorney's signature*

Todd C. Pomerleau 664974
*Printed name and bar number*

1 Center Plaza #400 Boston, MA 02108
*Address*

TCP@rubinpom.com
*E-mail address*

617 367-0077
*Telephone number*

617 367-0071
*FAX number*