# UNITED STATES DISTRICT COURT
for the

_____

Jimenez, et al
Plaintiff

v.

McAleenan
Defendant

Case No. 1:18-cv-10225-MLW

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elton moniz Romilson Ferreira.

Date: 10-11-19

_Attorney's Signature_

Jeffrey B. Rubin
Printed name and bar number 640964

Rubin Pomerleau, PC
One Center Plaza, Suite 400
Boston, MA 02108
Address

JBR @ RubinPom.com
E-mail address

617-367-0077
Telephone number

617-367-0071
FAX number