UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW ) ) ) ) ) ) ) ) ) |

## JOINT OCTOBER 16, 2019 REPORT

On October 11, 2019, the Court ordered the parties to confer and report on: (1) whether ICE is or should be allowed to remove from the United States any detained class members subject to the July 26, 2019 Order (ECF No. 310-1) who have been or are later released by ICE; (2) whether Respondents agree to the interim release of Ana Rodriguez, Romilson Ferreira, and/or Elton Moniz on conditions pending the hearing on the Motion for Order to Show Cause ("Show Cause Motion") (ECF No. 304) on November 4-5, 2019; (3) Petitioners' proposed interim-release conditions for the above-mentioned detainees; (4) whether the parties agree to the production of documents related to the detention of the six remaining class members subject of the Show Cause Motion; and (5) a proposed agenda for the November 4, 2019 hearing.

Given the number of items that require discussion, and to allow the parties ample time to attempt resolving the issues on their own, the parties seek a one-week extension, until October 23, 2019, to confer and report with respect to the first and fifth items above. *See* Fed. R. Civ. P. 6(b); L.R. 7.1.

With respect to items two, three, and four, the parties have met and conferred and report as follows:

1. <u>Interim Release of Ana Rodriguez, Romilson Ferreira, and/or Elton Moniz:</u>

    a. <u>Petitioners' Position:</u>  Petitioners' position remains that these families should not have to wait another day and immediate interim release is warranted.

    b. <u>Respondents' Position:</u> Respondents are still discussing internally whether they will agree to the interim release of the remaining detainees and request until October 17, 2019, to inform the Court of its decision.

2. <u>Proposed Conditions of Interim Release</u>

    a. <u>Petitioners' Position:</u>  Petitioners propose release on GPS tracking and reporting.  Petitioners are also willing, however, to discuss additional requirements, particularly with respect to Mr. Moniz.  These could include requirements to participate in programs, a curfew and/or house arrest for an initial period.

    b. <u>Respondents' Position:</u> Respondents are still considering what conditions to propose on any interim release of the remaining detainees, including taking Petitioners' proposal into consideration, and request until October 17, 2019, to inform the Court of its proposed conditions.

3. <u>Production of Documents Regarding Six Remaining Class Members:</u>

    a. <u>Petitioners' Position:</u> In anticipation of the November hearing, Petitioners request from both the Boston ERO and ICE Headquarters: communications relating to the seven individuals who are the subject of Petitioners' Motion to Show Cause; any ICE records relating to these individuals, including EARM

    files; any other records related to the September/October custody reviews and interviews conducted for these individuals; communications about ICE policies regarding compliance with the Post Order Custody Review ("POCR") regulations since July 25, 2019, the date Petitioners filed the Motion to Show Cause; and any ICE policies or guidance regarding compliance with the POCR regulations. To prepare for the hearing, Petitioners request these documents by October 28, 2019.

b. <u>Respondents' Position:</u> Petitioners sent Respondents their request for documents the evening of October 15, 2019. Therefore, Respondents are still considering whether to agree to provide any documents in advance of the November 4, 2019 hearing and request until October 17, 2019 to report to the Court whether they have agreed to produce any of the requested documents.

Respectfully submitted this 16th day of October, 2019.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384) |
| J. MAX WEINTRAUB<br>Senior Litigation Counsel | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street |
| /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br><br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |