UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

**RESPONDENTS' RESPONSE TO OCTOBER 12, 2019 ORDER**

On October 12, 2019, the Court ordered Respondents, by October 16, 2019, to "file any Immigration and Customs Enforcement manual or guidance on 8 C.F.R. § 241.4, including but not limited to subsection (i)(3) regarding the 180-day review personal interview requirement." ECF No. 398. In response to this Court's order, Respondents submit the following documents attached hereto:

1. Chapter 17 of the Detention and Removal Operations Policy and Procedure Manual. Immigration and Customs Enforcement ("ICE") informs the undersigned that ICE personnel no longer relies on this manual and that it is no longer available on ICE's intranet.

ICE has additional documents in its possession that are responsive to the Court's order including:

1. Interim Guidance Regarding Post-Order Custody reviews (POCR) After the Supreme Court Decision in *Clark v. Martinez*, January 21, 2005.

2. Orders of Supervision and Requirements for Revocation of Release, September 20, 2018.

3. Removal Training for Supervisors – power point presentation.

4. Post Order Custody Review & Removal Process Training - power point presentation

5. Guidance relating to 8 CFR § 241.4, Continued Detention of Aliens Beyond the Removal Period and New Procedures Relating to Case Transfers to the Custody Determination Unit (CDU), November 14, 2007.

6. Post Order Custody Reviews Responsibilities and Guidance, February 9, 2004.

7. POCR Timeline power point presentation - power point presentation.

8. Delegation of Authority for Post-Order Custody Review Decisions, February 22, 2006.

9. Post-Order Custody Review Reminder, September 20, 2018.

However, ICE requests a one-week extension, until October 23, 2019, to review the documents and determine whether they wish to assert a privilege. ICE has informed the undersigned that nothing in these additional documents concerns the interview requirement in 8 C.F.R. § 241.4(i)(3).

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 16, 2019

/s/ Mary L. Larakers
Mary L. Larakers
Trial Attorney