UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br>Individually and on behalf of all others similarly situated, <br><br>      Plaintiffs-Petitioners, <br><br>v. <br><br>KEVIN K. McALEENAN, *et al.*, <br><br>      Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

**RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO OCTOBER 12, 2019 ORDER**

On October 12, 2019, the Court ordered Respondents to "file any Immigration and Customs Enforcement manual or guidance on 8 C.F.R. § 241.4, including but not limited to subsection (i)(3) regarding the 180-day review personal interview requirement" by October 16, 2019. ECF No. 398. On October 16, 2019, Respondents filed one document responsive to the Court's order and requested additional time to submit the remaining responsive documents in order to review and consider whether to assert any privilege over those documents. ECF No. 404. In accordance with Local Rule 7.1, Respondents now formally move for an extension of time, until October 23, 2019, to submit the remaining documents responsive to the Court's order. In support thereof, Respondents state the following:

1. ICE has additional documents in its possession that are responsive to the Court's order including:

a. Interim Guidance Regarding Post-Order Custody Reviews (POCR) After the Supreme Court Decision in *Clark v. Martinez*, January 21, 2005.

b. Orders of Supervision and Requirements for Revocation of Release, September 20, 2018.

c. Removal Training for Supervisors – power point presentation.

d. Post Order Custody Review & Removal Process Training - power point presentation

e. Guidance relating to 8 CFR § 241.4, Continued Detention of Aliens Beyond the Removal Period and New Procedures Relating to Case Transfers to the Custody Determination Unit (CDU), November 14, 2007.

f. Post Order Custody Reviews Responsibilities and Guidance, February 9, 2004.

g. POCR Timeline - power point presentation.

h. Delegation of Authority for Post-Order Custody Review Decisions, February 22, 2006.

i. Post-Order Custody Review Reminder, September 20, 2018.

2. ICE has informed the undersigned that nothing in these additional documents concerns the interview requirement in 8 C.F.R. § 241.4(i)(3).

3. ICE requires additional time to review the above documents to determine whether it wishes to assert any privilege over them and, if necessary, submit a declaration in support of any asserted privilege.

4. Counsel for Respondents has conferred with counsel for Petitioners who do not oppose the relief sought in this motion.

Therefore, Respondents request a one-week extension of time, until October 23, 2019, to submit the remaining documents responsive to the Court's order.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## LOCAL RULE 7.1 CERTIFICATION

    Pursuant to Local Rule 7.1, counsel for Respondents conferred with counsel for Petitioners, who do not oppose the relief sought in this motion.

                                             */s/ Mary L. Larakers*
                                             Mary L. Larakers
                                             Trial Attorney

## CERTIFICATE OF SERVICE

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                             /s/ Mary L. Larakers
                                             Mary L. Larakers

Dated: October 17, 2019                           Trial Attorney