UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ<br>AND LUIS GORDILLO, ET AL.,<br>individually and on behalf of all<br>others similarly situated,<br><br>    Petitioner-Plaintiffs,<br><br>    v.<br><br>KEVIN K. MCALEENAN, ET AL.,<br><br>    Respondent-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                              October 17, 2019

The court has considered the parties' Joint October 16, 2019 Report (Docket No. 403) and Respondents' Response to the October 12, 2019 Order (Docket No. 404). With regard to the issues that they raise, it is hereby ORDERED that:

1. The parties shall continue to confer and, by October 22, 2019, report on: (a) whether Immigration and Customs Enforcement ("ICE") is or should be allowed to remove from the United States any detained class members subject to the July 26, 2019 Order (Docket No. 310-1) who have been or are later released by ICE; and (b) a proposed agenda for the November 4, 2019 hearing on the Motion for an Order to Show Cause, (Docket No. 304), describing with particularity the issues to be addressed and identifying the section of each submission relevant to each issue.

2. Respondents shall, by October 17, 2019:

(a) State whether they have agreed to the interim release of detainees Ana Rodriguez, Romilson Ferreria, and/or Elton Moniz pending the November 4, 2019 hearing and, if so, the conditions ICE intends to impose on each released detainee.

(b) State whether they will produce any or all of the documents petitioners have requested be produced prior to the November 4, 2019 hearing and, if so, when.

3. Respondents shall, by 12:00 noon on October 21, 2019, report whether they assert a privilege that would protect from production any document responsive to the October 12, 2019 Memorandum and Order (Docket No. 398), and, if so, file an affidavit and memorandum in support of the assertion of privilege. In addition, respondents shall submit an affidavit addressing when and why ICE stopped relying on Chapter 17 of the Detention and Removal Policy and Procedure Manual, which is attached to Docket No. 404, and submit whatever guidance, if any, replaced it and any successor to that guidance.

4. If Rodriguez, Ferreira, and/or Moniz have not been released pending the November 4, 2019 hearing, or if otherwise necessary, a hearing will be held on October 23, 2019, at 1:30 p.m.. HQ RIO Chief Michael V. Bernacke, any superior who participated in a decision to continue detention of any of them,

and Acting Field Office Director Marcos Charles shall attend and be prepared to testify if ordered to do so.

                                             /s/ Mark L. Wolf
                                             UNITED STATES DISTRICT JUDGE