UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' STATUS REPORT

On October 17, 2019, the Court ordered Respondents to (a) state whether they have agreed to the interim release of detainees Ana Rodriguez, Romilson Ferreira, and/or Elton Moniz pending the November 4, 2019 hearing and, if so, the conditions ICE intends to impose on each released detainee; (b) state whether they will produce any or all of the documents Petitioners have requested be produced prior to the November 4, 2019 hearing and, if so, when such production will occur. ECF No. 406. Respondents report as follows:[1]

  a. Interim Release:

   i. In response to the Court's order regarding whether Respondents will agree to the interim release of Ms. Rodriguez, ICE will agree to release Ms. Rodriguez and not re-detain her if she (1) withdraws her portion of the pending motion for order to show cause; (2) stipulates to lift the stay of removal this Court currently

---

[1] The undersigned counsel apologizes for the untimeliness of this submission as she did not receive ICE's positions relevant to this filing until 6:00 pm on October 17, 2019.

has in place; and (3) agrees to depart the United States on or before December 10, 2019. ICE would reserve the right to detain Ms. Rodriguez if she violated the terms of her order of supervision or did not comply with the above.

ii. In response to the Court's order regarding whether Repsondents will agree to the interim release of Mr. Ferreira, ICE will agree to release Mr. Ferreira and not re-detain him if he (1) withdraws his portion of the pending motion for order to show cause and pending habeas petition in the District of Massachusetts; (2) stipulates to lift the stay of removal this Court currently has in place; (3) agrees to depart the United States on or before December 10, 2019; and (4) agrees not to move for a stay of removal in connection with any claims currently pending with the First Circuit Court of Appeals. ICE would reserve the right to detain Mr. Ferreira if he violated the terms of his order of supervision or did not comply with the above.

iii. In response to the Court's order regarding whether Respondents will agree to release to the interim release of Mr. Moniz, ICE will agree to release Mr. Moniz and not re-detain him if he (1) withdraws his portion of the pending motion for order to show cause; (2) stipulates to lift the stay of removal this Court currently has in place; (3) agrees to depart the United States on or before December 10, 2019; (4) agrees not to move for a stay of removal in connection with any claims currently pending with the First Circuit Court of Appeals; and (5) agrees to dismiss his appeal currently pending with the Board of Immigration Appeals. ICE would reserve the right to detain Mr. Moniz if he violated the terms of his order of supervision or did not comply with the above.

b. <u>Conditions of release:</u> If ICE releases any of the remaining detainees, ICE will release them pursuant to a standard order of supervision and alternatives to detention including, but not limited to, an ankle monitor and check-in requirements.

c. <u>Document Requests:</u>

  i. In response to Petitioners' request for communications relating to the seven individuals who are the subject of the motion, ICE does not agree to produce these documents because many, if not all, of these communications are privileged.

  ii. In response to Petitioners' request for ICE records relating to these individuals, including EARM files, ICE does not agree to produce these documents. This request is beyond the scope of the pending motion. Further, the time spent reviewing and redacting these documents would be disproportional to the needs of resolving the pending motion.

  iii. In response to Petitioners' request for records related to the September/October custody reviews and interviews conducted for the individuals subject to the motion for order to show cause, ICE will produce, subject to the protective order, any non-privileged documents relevant to the September/October 2019 POCR reviews and September/October 2019 interviews conducted for the detainees who still have active claims associated with this motion to show cause. ICE does not agree to produce documents related to detainees who have agreed to dismiss their claims. This production will be limited to the physical files utilized during the POCR process currently in dispute and does not include the entire alien file

3

        (A-file) or electronic records pertaining to the alien, such as EARM records. ICE does not agree to produce any documentation related to the alien who no longer resides in the jurisdiction of ICE Boston. ICE will produce the relevant, non-privileged documents by October 28, 2019.

    iv.    In response to Petitioners' request for communications about ICE policies regarding compliance with the POCR regulations since July 25, 2019, ICE does not agree to produce these doucments because many, if not all, of the responsive documents would be privileged.

    v.    In response to Petitioners' request for any ICE policies or guidance regarding compliance with the POCR regulations, ICE will not agree to separately produce documents related to this request because ICE is already producing documents responsive to this request in accordance with this Court's October 12, 2019 order (ECF No. 398).

Respectfully submitted this 17th day of October, 2019.

*Counsel for the Respondents*
JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ *Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division

Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Mary Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Mary L. Larakers*
Mary L. Larakers
Dated: October 17, 2019          Trial Attorney