UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>    Petitioner-Plaintiffs,<br><br>v.<br><br>KEVIN K. MCALEENAN, ET AL.,<br><br>    Respondent-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                                                          October 18, 2019

With regard to Respondent's [October 17, 2019] Status Report (Docket No. 408), it is hereby ORDERED that:

1. Counsel for the parties in this class action, and any counsel for petitioners Ana Rodriguez, Romilson Ferreira, or Elton Moniz individually,[1] shall confer and, by October 22, 2019, at 12:00 noon, report whether agreement has been reached concerning the release of Rodriguez, Ferreira, and/or Moniz pending removal. If not, they shall identify the issue(s) concerning each on which there is disagreement and state their reasons for their respective positions.

---

[1] At the October 11, 2019 hearing Todd C. Pomerleau represented Ferreira and Jeffrey B. Rubin represented Moniz.

2. Counsel for petitioners shall provide this Order forthwith to any counsel for Rodriguez, Ferreira, and Moniz individually. Such individual counsel shall attend the hearing on October 23, 2019, at 1:30 p.m. See Oct. 17, 2019 Order (Docket No. 406), ¶4.

                                                         /s/ Mark L. Wolf
                                                        UNITED STATES DISTRICT JUDGE