Exhibit 1



U.S. Immigration
and Customs
Enforcement



# Removal Training

# for Supervisors

For Official Use Only



# Post Order Custody Review (POCR) Guidance

# POCR Governed By



U.S. Immigration
and Customs
Enforcement

**Statute, Regulation and Case Law:**

➢ Statute:
  ➢ INA 241
➢ Regulation:
  ➢ 8 C.F.R. 241.13
  ➢ 8 C.F.R. 241.4
➢ Defining Case Law:
  ➢ *Zadvydas v. Davis,* 533 U.S. 678 (2001);
  ➢ *Clark v. Martinez,* 543 U.S. 371 (2005)

❖ *Reviews ensure continued detention is justified and in compliance with governing statutes, regulations, and policies.*

# Zadvydas v. Davis Case, 533 U.S. 678 (2001)

U.S. Immigration
and Customs
Enforcement

Zadvydas is a case of statutory interpretation of INA 241(a)(6) – the statute does not authorize indefinite or prolonged detention, rather:

➢ It authorizes detention of an administratively final order of removal, for a period reasonably necessary to accomplish removal.  The Court recognized six months as a presumptively reasonable period of time to effect removal.

➢ As a general rule, after the presumptively reasonable 180-day post-order period, ICE must release an alien where there is no SLRRFF. Flight risk and danger to community are irrelevant considerations.

# Clark v. Martinez Case, 543 U.S. 371 (2005)

U.S. Immigration
and Customs
Enforcement

Expands application of *Zadvydas* to all classes of aliens covered by INA 241(a)(6) --

➢ An alien ordered removed who is inadmissible under INA 212; removable under sections 237(a)(1)(c), (a)(2), (a)(4) or who has been determined by the [Sec.] to be a risk to the community or unlikely to comply with the order of removal may be detained beyond the removal period..

# POCR Guidance Charts



U.S. Immigration
and Customs
Enforcement

## COMPLIANT REMOVAL CASES

| | |
|---|---|
| **Within 7 Days of POCR Control Date (PCD)** | Submit travel application package in eTD and send travel package request to appropriate consulate;  UPDATE EARM |
| **Within 30 Days** | Serve I-229(a) & Instruction Sheet (specifically indicating what subject needs to do to assist with obtaining TD); UPDATE EARM |
| **No later than Day 45** | Send HQ TD Assistance Request via eTD; UPDATE EARM |
| **Within 50 Days** | Serve Notice to Alien of File Custody Review; UPDATE EARM |
| **DAY 80** | Complete 90-Day POCR; UPDATE EARM |
| **DAY 90** | Serve 90-Day POCR Decision; UPDATE EARM |
| **DAY 180** | Send signed POCR transfer checklist, signed 90-Day POCR worksheet and signed 90-Day Field Office Decision Letter with Proof of Service; UPDATE EARM |
| **FUTURE** | Send a new transfer checklist, continue detention letter and the initial 90-day POCR to HQ when circumstances change (i.e. Habeas filed), or at a minimum every 90 days for future reviews until subject is removed or released from custody; UPDATE EARM |

**Detained Cases**: POCR control date = Usually the date the Removal Order becomes administratively final; however check commencement date of removal period, see INA 241(a)(1)(B) & FTC cases (suspension of removal period)

**Non-Detained Cases**: POCR control date = Date alien enters ICE custody subject to an administratively final order

# POCR Guidance Charts


U.S. Immigration
and Customs
Enforcement

## FAILURE TO COMPLY CASES

| | |
|---|---|
| **Within 30 Days of PCD** | Serve I-229(a) & Instruction Sheet (specifically indicating what subject needs to do to assist with obtaining TD);  UPDATE EARM |
| **Within 30 Days** | Notice of Failure to Comply letter reviewed and Signed by the FOD (if alien is still non-compliant); Serve Notice of Failure to Comply letter within 7 calendar days after FOD decision; UPDATE EARM |
| **No later than Day 45** | Send HQ TD Assistance Request; UPDATE EARM |
| **Within 50 Days** | Serve Notice to Alien of File Custody Review; UPDATE EARM |
| **DAY 60** | Serve I-229(a)  & Instruction Sheet; UPDATE EARM |
| **DAY 80** | Complete 90-Day POCR and Notice of Failure to Comply Letter; UPDATE EARM |
| **DAY 90** | Serve 90-Day POCR Decision and Notice of Failure to Comply; also serve I-229(a)  & Instruction Sheet; UPDATE EARM |
| **FUTURE (270/360/450)** | No further reviews are due until subject becomes compliant; case should be presented for prosecution as soon as possible; as long as subject remains non-compliant, a new I-229(a) and Instruction Sheet, along with a new Notice of Failure to Comply letter should be signed and served every 30 days; UPDATE EARM |

➢*Initial 90 day POCRs apply to Judicial and Field Office Stays of Removal requests, as well as documented Failure To Comply (FTC) cases.  Jurisdiction remains with the field office.*
➢*For Administrative Stay of Removal Requests, annual POCR reviews should be conducted and served at the field level until the stay is lifted.*
➢*Officers should conduct travel document follow-ups at a minimum of every 30 days and update HQ RIO with travel document status*

# Failure to Comply (FTC)


U.S. Immigration
and Customs
Enforcement

➢ FTC is defined in INA § 241(a)(1)(C); 8 C.F.R. 241.4(g)(5); and 8 C.F.R. 241.13(d) – alien's failure/refusal to make timely, good faith effort to secure TD, or alien otherwise acts to prevent/hinder removal.

➢ Timely document all actions demonstrating FTC.
  - Alien must willfully/intentionally block efforts to obtain a TD or to be removed.
    o Refusal to sign the I-229(a) is not considered a FTC
  - Aliens who fail to comply may remain in detention, and the removal period is extended beyond 90 days pending compliance.

➢ Submit notification of FTC cases to ████████████@ice.dhs.gov Information is used by RIO in preparation for Special High Risk Charter Missions to effect the removal of aliens who resist removal efforts

➢ It is imperative for ERO Field Offices to report FTC cases monthly and document the A-File.

# Failure to Comply (FTC)



## FTC – TIMING IS EVERYTHING

➢ At the moment that the alien appears to or actually fails to comply or assist in acquiring his TD: START the FTC process immediately!

➢ Generally, FTC is something you should pursue early in the removal period.

➢ Remember:  An alien can start off compliant and later in the process, fail to comply.

## FTC DOCUMENTATION

➢ Document overt acts of failure to comply that include:
  ➢ Failure to communicate with consular officials
  ➢ Failure to complete requisite forms for travel document
  ➢ Failure to board aircraft
  ➢ Renunciation of citizenship
  ➢ Inconsistent statements regarding identity

# FTC Notice





Office of Enforcement and Removal Operations

U.S. Department of Homeland Security
Field Office Address
City, State, Zip Code

U.S. Immigration
and Customs
Enforcement

LAST NAME, First Name
c/o Immigration and Customs Enforcement
XXXXX Field Office

AXXX-XXX-XXX

### Notice of Failure to Comply Pursuant to 8 CFR 241.4(g)

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

On XXXXX, you were advised, via form I-229(a) and Instruction Sheet to Detainee, of specific requirements to complete and were given 30 days to comply with your obligation to assist in obtaining a travel document. The burden to obtain a travel document for your removal does not solely rest with ICE. Pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA), you are required to make timely and good faith efforts to obtain travel or other documents necessary for your removal from the United States. If you fail to make these efforts, Section 241(a)(1)(C) allows for the extension of the removal period. As you have failed to comply with your obligation and are acting to prevent your removal from the United States. The removal period is therefore extended in your case.

As you are still within the removal period, you are to remain in ICE custody until you demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE's efforts to remove you.

You are also advised that continued willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

FOD Name _____

XXXXX Field Office Director                    Date

www.ice.gov

---

Notice to Alien of File Custody Review
LAST NAME, First Name AXXX-XXX-XXX
Page 2

### PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I _____
            Name of ICE Officer                    Title

certify that I served _____    with a copy of
                              Name of detainee

this document at _____  on _____, at _____
                        Institution                    Date         Time

(b)    I certify that I served the custodian _____
                                                    Name of Official

_____, at _____, on
            Title                              Institution

_____ with a copy of this document.
            Date

### ORI

**(2)    Service by certified mail, return receipt. (Attach copy of receipt)**

I _____ , certify
      Name of ICE Officer                    Title

that I served _____ and the custodian _____
                  Name of detainee                    Name of Official

with a copy of this document by certified mail at _____ on _____
                                                        Institution      Date

Detainee Signature: _____    Date: _____

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

---

## Suspension of POCR clock


U.S. Immigration
and Customs
Enforcement

➢ POCR clock may be suspended when the Notice of Failure to Comply is served
  ➢ Serve the Notice of Failure to Comply, along with the Instruction Sheet, every 30 days until alien is compliant
  ➢ Upon compliance, in most circumstances, ICE is entitled to a full 90 days to remove the alien.
    ➢ Depending on the length of time the alien is non-compliant, the clock may not reset to day 1 (reasonableness standard).

➢ Clock may also be suspended when an alien is transferred out of ICE custody, e.g., alien is transferred to criminal custody.
  ➢ Depending on the length of time the alien is out of ICE custody, the removal period may not reset back to day 1

# Transfer of Custody Jurisdiction to HQ

U.S. Immigration
and Customs
Enforcement

➢ If the alien has not been released or removed by day 90, the FOD has the authority to make a custody determination or transfer the case to HQ RIO for custody determination.

➢ **On day 180,** the custody jurisdiction automatically transfers to HQ RIO. The field office is responsible for forwarding the 180 day POCR and the HQ Transfer Checklist to the HQ RIO mailbox ▮▮▮▮▮▮@ice.dhs.gov).



Reminders:

➢Transfer Exceptions: FTC, Administrative Stay of Removal Requests and Judicial Stay cases.

➢The field office maintains responsibility for case management, which includes continuing efforts to secure a travel document and sending timely updates to HQ RIO every 90 days.

# HQ 241.13 Reviews


U.S. Immigration
and Customs
Enforcement

➢ Zadvydas Standard for Continued Detention:

  ➢ 241.13 Reviews: (SLRRFF)
  ➢ **S**ignificant
  ➢ **L**ikelihood of
  ➢ **R**emoval in the
  ➢ **R**easonably
  ➢ **F**oreseeable
  ➢ **F**uture



# Transfer to HQ for 8 CFR § 241.13 Custody Determination



U.S. Immigration and Customs Enforcement

➢ Required documents:

- 90-Day **SIGNED** POCR worksheet.

- Complete and sign HQ POCR transfer checklist.

- **SIGNED** 90-day Field Office Decision Letter and Proof of service.

➢ If the alien files a habeas, it is construed as a request for a review. Therefore, forward a new HQ checklist, continue detention letter, and the initial 90-day POCR to HQ RIO.

# 8 CFR § 241.4(I)
# Aliens Revocation of Release Part 1



U.S. Immigration
and Customs
Enforcement

➤ RIO Function *unless* FOD determines public interest and circumstances do not permit referral to RIO.

➤ Specific grounds for revocation of release:

- To impose additional conditions of release -- (alien has violated conditions of release);
- To remove the alien or commence removal proceedings;
- Purposes of release have been served;
- In the presence of special circumstances under 241.14

# 8 CFR § 241.4(l)
# Aliens Revocation of Release Part 2



U.S. Immigration
and Customs
Enforcement

The regulations for revocation of an Order of Supervision (OSUP) require:

- ➢ Written notification to the alien stating the reason for revocation/send to attorney of record as well;
- ➢ An informal interview conducted promptly upon taking the alien into custody, and the opportunity for the alien to respond to the reasons of revocation;
- ➢ FOD shall maintain contact with RIO throughout the revocation process;
- ➢ DOCUMENT THE A-FILE;
- ➢ If the alien is not released after the informal interview, advise RIO as they will conduct a further custody review within three months of the revocation.

# Common Mistakes



Common Mistakes Made by Field Offices in Case Management

- Failure to submit timely 90 day POCR reviews
- Re-arresting individuals previously released under 241.13 without first contacting RIO
- Failure to designate individuals as Failures to Comply (FTC) when applicable

# Detention Pending Reasonable Fear Claim 

➢ Administrative removal under INA 238(b) is governed by 241 detention rules once the order is issued/served and is administratively final.

➢ In reinstatement cases, INA 241(a)(5), pending adjudication of reasonable fear, basis for detention authority is also under INA 241 detention rules.

➢ The POCR process should be conducted every 90 days until final adjudication of the fear claim.

# Reasonable Fear



Common Mistakes Made by Field Offices in Reasonable Fear Cases

- Failure to update EARM to reflect current case status
- Failure to submit reasonable fear cases for review
- Failure to complete POCR checklist correctly
- File often lacks documentation to reflect current status and what has been done by the DO which results in additional work by HQ staff while adjudicating the POCR.

## Detention Pending Credible Fear Claim

 U.S. Immigration
and Customs
Enforcement

➢ When an alien is issued an Expedited Removal (ER) Order and makes a claim of fear (Credible Fear), detention authority is derived from INA 235.

➢ Pending the credible fear (CF) determination by an asylum officer and any review of that determination by an immigration judge, the alien shall be detained.

➢ After USCIS makes a positive CF finding, USCIS issues an NTA and the alien is now in INA 240 proceedings.  Thus, INA 241 detention rules apply and ER proceedings are no longer applicable.  Alien is subject to POCR process.

➢ Alien is also subject to POCR rules if USCIS makes a negative CF finding but the IJ on appeal makes a positive CF determination.

➢ If USCIS makes a negative credible fear finding and on appeal, the IJ makes a negative CF finding, detention is still governed by ER.  No POCR is required as INA 241 detention rules do not apply.  The sole mechanism for release of an alien in ER proceedings is parole under INA 212(d)(5).

# Visa Waiver Cases



- The authority of the Secretary for DHS to detain Visa Waiver program applicants is implicit in INA 217(b)(2) which prohibits the alien from contesting any action taken by the Secretary for DHS to remove him other than on the basis of an application for asylum.

- In Matter of A-W-,25 I. & N. Dec. 45, 45 (BIA 2009), the Board of Immigration Appeals (BIA) decided that "the statutory authority for the applicant's detention is contained in section 217(c)(2)(E) of the Act, 8 U.S.C. § 1187(c)(2)(E), not section 236 of the Act, 8 U.S.C. § 1226 (2006)." 25 I. & N. Dec. at 47.

- Post order, detention is governed by INA 217, not INA 241.

# Arrest of Aliens Not Previously Under ICE Supervision

U.S. Immigration and Customs Enforcement

- In absentia cases are also subject to INA 241 post order detention rules.

- Follow procedures of 8 CFR § 241.4 to notify alien in writing of reason for arrest – e.g., to effectuate the removal order;

- Provide informal interview;

- Document A-File;

- Refer to RIO as appropriate.

# Post Order Custody Review Guidance



U.S. Immigration
and Customs
Enforcement

https://

Removal

## Post Order Custody Review Guidance

RIO provides nationwide POCR guidance, implements policy and procedures, and is responsible for providing case management support for aliens subject to a final order of removal. Oversight of the POCR process includes custody determinations pursuant to 8 C.F.R. 241 relating to aliens pending removal from the United States and those designated as national security threats or specifically dangerous. RIO also adjudicates official requests for deferred action relating to aliens identified as cooperating witnesses and confidential informants.

| RIO Contact List |
| Policies and Procedures |
| Forms |
| Relevant Court Decisions |
| Deferred Action |
| 241.14(f) Cases |
| POCR Timeline |

For Official Use Only