# Exhibit 3

*Office of Detention and Removal Operations*

U.S. Department of Homeland Security
425 I Street, NW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

FEB 2 2 2006

| | |
|---|---|
| MEMORANDUM FOR: | All Field Office Directors |
| FROM: | John P. Torres<br>Acting Director |
| SUBJECT: | Delegation of Authority for Post-Order Custody Review Decisions |

Effective immediately the Field Office Director (FOD) may, at his or her discretion, delegate signatory authority for making custody determination decisions on 8 CFR § 241.4 Post-Order Custody Review (POCR) cases within the field's jurisdiction to no lower than the Deputy FOD (DFOD) or the person acting in that capacity. Delegation orders shall be in writing. This authority is not to be delegated to any other levels of management or supervision by the FOD and DFOD.

In order to ensure continued efficient case management, the FOD or DFOD is to thoroughly review POCR worksheets and written decisions prior to signing. All POCR case reviews must be completed within the timeframes specified in regulations. Information contained in the POCR worksheet must be accurate and complete, and all written decisions must be legally sufficient and in compliance with current regulations and policy.

Any questions regarding POCR issues should be forwarded via e-mail to the HQCDU mailbox at ▓▓▓▓@dhs.gov or by contacting ▓▓▓▓▓▓▓, Chief, Custody Determination Unit, at (202) ▓▓▓▓.