Exhibit 7



# POCR TIMELINE





# DAY 1

➢ When the alien enters into ICE custody – Do a **NEW** I-213 to document the detention period.

➢ Serve final order alien with a <u>I-229(a) and Instruction Sheet</u>. Instruction sheet must be specific on what the alien <u>needs to do</u> to assist in obtaining a Travel Document and Update EARM and eTD.

**MUST be served no later than 30 days post final order and in custody**



U.S. Immigration and Customs Enforcement



# DAY 1

> Review TD website below for specific country requirements. Ensure you obtain and/or complete all relevant identity documents/applications, that are needed to obtain a TD:

[REDACTED]

> Complete a new Form I-217 (Information for Travel Document or Passport). Form I-217 must be complete and accurate. This form is **crucial** with many countries to issue a Travel Document.



U.S. Immigration and Customs Enforcement



# No later than DAY 7

➢ From information collected: submit TD package to Embassy/Consulate and document tracking number in A-File. Ensure you make copies of **ALL** documents submitted. Call Embassy every **15** days to track TD issuance.

➢ Prior to submitting package to Consulate, upload ALL documents in eTD.

➢ If additional documentation is acquired, scan the documents into eTD under the **EXISTING** case.

➢ Update EARM.



U.S. Immigration and Customs Enforcement



# No later than DAY 50

- ➢ Serve alien with **NOTICE OF CUSTODY REVIEW/INTERVIEW**.
  - ➢ Allow alien 30 Days to provide documentation.
- ➢ Update EARM.



U.S. Immigration
and Customs
Enforcement



# DAY 75

**If TD has <u>NOT</u> been received, please request assistance from HQ TDU and update EARM and eTD.**

To obtain the Officers Area of Responsibility (AOR):

[REDACTED]

➢ Take every effort to personally contact, via email, the HQ TDU officer assigned to the respective country.

   ➢ Do NOT rely solely on the eTD request for HQ assistance.

➢ Update EARM.



U.S. Immigration and Customs Enforcement



# DAY 80

➢ Complete 90-Day POCR and submit for FOD review and signature through SDDO.

   ➢ The FOD and DFOD only have the authority to sign a decision letter.

➢ Update EARM.



U.S. Immigration
and Customs
Enforcement



# DAY 90

➤ Serve 90-Day POCR decision to the alien.
➤ Update EARM.



U.S. Immigration
and Customs
Enforcement



# DAY 91-180

➢ If a TD has been denied, past day 90, or removal is not imminent, the FOD has the authority to make a custody determination *or* transfer the case to HQ POCRU for custody determination.

➢ If the TD is still pending, it is important to continue efforts to acquire a TD.



U.S. Immigration and Customs Enforcement



# DAY 180

➢ Send scanned copies of the 90-POCR Worksheet, the Continued Detention Letter, Proof of Service, and the HQ POCRU transfer checklist to ██████████████████

➢ Update EARM.


U.S. Immigration
and Customs
Enforcement



# DAY 180

➢ Upon receipt of the 180-day POCR by HQ POCRU an automatic reply will generate:

   ➢ Your Case Transfer Documents (90-day POCR Worksheet/HQ POCRU Transfer Checklist/90-day field office decision letter) have been received in HQ POCRU. If the transfer package is accepted as complete and correct, <u>please allow 10 business days for HQ POCRU processing</u>

   ➢ If after 10 business days, you have not received a custody determination notification, please contact your designated HQ POCRU Point-of-Contact (POC).

   ➢ POC contact information can be found at



**U.S. Immigration and Customs Enforcement**



# DAY 180

➢ If the transfer package to HQ POCRU is incomplete or incorrect, it will be returned to you for correction and resubmission.

    ➢ Upon receipt of the corrected submission in HQ POCRU a custody determination notification will be forwarded to your designated Field Office POCs <u>within 10 business days of receipt of the corrected transfer documents</u>



U.S. Immigration and Customs Enforcement



# Future follow-up

➢ Send HQ POCR checklist to HQ POCRU mailbox

  ➢ every 90 days,

  ➢ upon filing of a habeas,

  ➢ a TD is received, or

  ➢ until subject is removed or released from ICE custody.

  ➢ The field should notify HQ POCRU of any circumstances that affect SLRRFF.

➢ Update EARM.



U.S. Immigration
and Customs
Enforcement



# 241.13 case management

➢ Most cases detained 180 days or more post final order must be referred to HQ POCRU.

➢ Only exception is FTC and Judicial Stay cases.

➢ The field office is ultimately responsible for case management, which includes continuing efforts to secure a travel document and sending timely updates to HQ POCRU every 90 days.

➢ Remember only the custody determination transfers NOT the case management.



U.S. Immigration and Customs Enforcement



# 241.13 POCRUs role

➢ Nationwide Program Oversight;

➢ 241.13 Reviews: (SLRRFF) – usually 180 days

 ➢ **S**ignificant

 ➢ **L**ikelihood of

 ➢ **R**emoval in the

 ➢ **R**easonably

 ➢ **F**oreseeable

 ➢ **F**uture

➢ If there is not SLRRFF, alien must be released unless he/she meets "Special Circumstances" criteria under 241.14 (i.e. if alien poses a special danger to the public, has a highly contagious disease, or if the Service determines that an alien presents a threat to public safety).



U.S. Immigration and Customs Enforcement



# 241.13 case management

➢ The field has custody jurisdiction over an alien **up to day 180;**

➢ **On day 180,** the custody jurisdiction automatically transfers to HQ POCRU;

➢ If a TD has been denied past day 90, or removal is not likely in the foreseeable future, the FOD has the authority to make a custody determination or transfer the case to HQ POCRU for custody determination.

➢ All required documents are to be scanned and sent to ███████████████████gov.



U.S. Immigration and Customs Enforcement



# 241.13 case management

➢ Required documents:
  ➢ 90 Day **SIGNED** POCR worksheet.
  ➢ Complete and sign HQ POCRU transfer checklist.
  ➢ **SIGNED** 90 day Field Office Decision Letter and Proof of service.
➢ If  the alien files a habeas, it is construed as a request for a review.  Therefore, forward a new HQ checklist, continue detention letter, and the initial 90 day POCR to HQ POCRU.



U.S. Immigration and Customs Enforcement



# ICE

# 241.13 aliens previously released

➢ POCRU understands that many aliens released under 241.13 often violate State or Federal laws, and are arrested by other Law Enforcement Agencies (LEA).

➢ Current regulations regarding the interview process required for revocation of an Order of Supervision (OSUP) must be followed, in that the alien must be afforded the opportunity to respond to the reasons for revocation.

➢ The authority to determine custody under 241.13 rests with HQ POCRU and is directly and solely related to SLRRFF.



U.S. Immigration and Customs Enforcement



# **241.13 aliens previously released**

➢ Coordination with HQ POCRU provides guidance that affords field offices a mechanism to quickly reevaluate repeat offenders, adjust their conditions of release, and effect the alien's re-release pursuant to those conditions without mandating prolonged detention in the absence of SLRRFF.

➢ Aliens released by HQ POCRU under 241.13 who are later encountered by ICE may only be returned to custody by the field for a <u>brief</u> period to allow the field sufficient time to remove or to establish new conditions of release on a new OSUP or in the presence of special circumstances under 241.14.



U.S. Immigration and Customs Enforcement



# ICE

# 241.13 aliens previously released

➢ Cases where field offices believe there is a change in SLRRFF should be referred to HQ POCRU for approval to return the alien to custody for removal purposes.

   ➢ HQ POCRU, in conjunction with the Office of the Principal Legal Advisor (OPLA) and HQ TDU, will consider evidence produced by the field that SLRRFF now exists.

   ➢ Where HQ POCRU authorizes continued detention for rearrested aliens, HQ POCRU will issue a superseding custody letter.

➢ There is only ONE removal period.

   ➢ *The removal period is the initial 90 days after an alien is a final order and comes into ICE custody.*



U.S. Immigration and Customs Enforcement