# Exhibit 8

**From:** ERO Taskings
**Sent:** Thursday, September 20, 2018 2:54 PM
**Subject:** Orders of Supervision and Requirements for Revocation of Release

*The following message is being sent on behalf of Marlen Piñeiro, Assistant Director for Removal, with the concurrence of David W. Jennings, Acting Assistant Director for Field Operations:*

**To:** **Field Office Directors and Deputy Field Office Directors**

**Subject:** **Orders of Supervision and Requirements for Revocation of Release**

Upon commencement of the removal period, U.S. Immigration and Customs Enforcement (ICE) has a presumptively reasonable period of 180 days to effectuate the alien's removal. After 180 days of post-order custody, absent very narrow circumstances, the alien must be released from ICE custody pursuant to an order of supervision (OSUP) with reasonable conditions of release when there is no significant likelihood of removal in the reasonably foreseeable future. With the exception of certain categories of criminal and terrorist aliens who are subject to mandatory detention during the 90-day removal period, INA § 241(a)(2), ICE may also release an alien subject to a final order of removal in its discretion if it first determines that the alien's release would not present a danger or risk of flight.

Aliens released on an OSUP after less than 180 days of post-order detention may subsequently be returned to custody pursuant to the provisions of 8 C.F.R. §§ 241.4(l) and 241.13(i) if the regulatory criteria are met. Section 241.4(l) provides for revocation of release upon violation of conditions of release, when the purposes of release have been served, it is appropriate to enforce the removal order or to commence removal proceedings, the conduct of the alien, or any other circumstance indicating that release would no longer be appropriate. Generally, such release decisions are made by Headquarters (HQ) Removal Management Division (RMD), unless the Field Office Director finds that revocation is in the public interest and circumstances do not reasonably permit referral of the case to HQ RMD. 8 C.F.R. § 241.4(l)(2). Under 8 C.F.R. § 241.13(i), ICE may revoke release for any alien who has violated any of the release conditions or when, based on changed circumstances, ICE determines that there is a significant likelihood of removal in the reasonably foreseeable future. Either HQ Removal and International Operations (RIO) or the Field Office Director may revoke release under § 241.13(i). For aliens released on an OSUP after the presumptively reasonable 180-day period, whose release was authorized and directed by the HQ RMD, Field Office Directors must obtain RMD pre-approval before taking such aliens into ICE custody.

Aliens may only be returned to custody by the field for a brief period to allow sufficient time to address the grounds for revocation stated above. Section 241.13(i)(1) provides that the alien may be continued in detention for an additional six months to effect removal, if possible, and to effect the release conditions. In contrast, section 241.4(l) provides that if the alien has not been released from detention after three months, then ICE must conduct a custody review.

The regulations governing revocation of release on an OSUP provide substantial processes to the alien, and ICE must be careful to comply with such requirements in every case.

- Upon revocation, ICE must serve written notification of revocation on the alien and counsel of record and conduct an informal interview **promptly** after return to custody to afford the alien an opportunity to respond to the reasons for revocation included in the notice.

- If the alien is not released after the informal interview, ICE must conduct a custody review, including a records review and an interview with the alien. The alien may submit evidence or information that he or she believes shows there is no significant likelihood of removal in the reasonably foreseeable future, or that he or she has not violated the terms of his or her OSUP. ICE must then evaluate this information and documentation and make a determination about whether the facts warrant revocation and denial of release. *See* 8 C.F.R. § 241.4(l).

Informal interviews must be documented in the alien's official A-file along with any information the alien presents in support of his or her release. HQ RMD frequently authorizes continued detention for rearrested aliens when a travel document has been secured, or when conditions have been established demonstrating a significant likelihood that an alien will be removed in the reasonably foreseeable future. Further, HQ RMD must be contacted for all cases where RMD previously approved release. RMD must formally direct or approve such revocations before an alien reenters ICE custody.

The Notice of Revocation of Release and Revocation of OSUP Alien Statement Form can be located on insight at the following link: █████████████████████████████████████████.

**Contact:**

For any additional questions or concerns, please reach out to Deputy Assistant Director John A. Schultz Jr, at ███████████ or ██████████████████.

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.