# Exhibit 10

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ,
and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others
similarly situated,

          Plaintiffs-Petitioners,

v.

KEVIN K. McALEENAN, *et al.*,

          Defendants-Respondents.

CASE NO. 1:18-cv-10225-MLW

**DECLARATION OF HEATH SIMON**

I, Heath Simon, hereby declare as follows:

1. I am a Supervisory Detention and Deportation Officer assigned to the Headquarters Office of Enforcement and Removal Operations (ERO) of U.S. Immigration and Customs Enforcement ("ICE"), U.S. Department of Homeland Security, in Washington, D.C. I have been employed with the former Immigration and Naturalization Service and now ICE since 1994 as an Immigration Examiner, Special Agent and Detention and Deportation Officer. Since April 2015, I have been a Unit Chief assigned to ERO's Removal Management Division, Removal and International Operations ("RIO") within ERO. As a Unit Chief, my duties include post order custody decisions on Post Order Custody Reviews (POCRs) sent to ICE Headquarters.

2. The statements contained in this declaration are based upon my personal knowledge, my review of documents kept by ICE in the ordinary course of business, and information provided to me by other ICE employees in the course of my official duties.

3. Chapter 17 of the Detention and Removal Operations Policy and Procedure Manual (DROPPM) is no longer used for training ERO officers. Chapter 17 of the DROPPM has not been updated since 2001. Chapter 17 of the DROPPM has not been formally repealed or revoked. POCR training is done using various Power Point materials and policy memorandum, e.g., those submitted to the court. Other than subsequently issued guidance memorandum, which has already been provided to the court, there have been no updates to Chapter 17 of the DROPPM.

I declare, under penalty of perjury, that the foregoing is true and correct based upon reasonable inquiry, knowledge, information, and belief.

Executed this 21st day of October 2019.

*[signature]*

Heath Simon
Unit Chief
Removal Management Division