## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

## JOINT STATUS REPORT

On October 17, 2019, the Court scheduled a hearing to be held on October 23, 2019, if Ms. Rodriguez, Mr. Ferreira, and/or Mr. Moniz had not been released pending the November 4, 2019 hearing. ECF No. 406. On October 18, 2019, the Court ordered the parties to confer and report on October 22, 2019, as to whether the parties had reached an agreement for the release of Ms. Rodriguez, Mr. Ferreira, and/or Mr. Moniz pending removal. ECF No. 409. The parties have conferred and report as follows:

1. The parties have come to an agreement regarding the release of Ms. Rodriguez, Mr. Ferreira, and Mr. Moniz, and Ms. Rodriguez, Mr. Ferreira, and Mr. Moniz have agreed to withdraw their portion of Petitioners' Motion for Order to Show Cause (ECF No. 304). Therefore, the parties respectfully request that the October 23, 2019 hearing be vacated.

2. The parties are continuing to confer in an attempt to resolve the claims presented by the other individuals who are the subjects of Petitioners' motion (ECF No. 304).

Therefore, the parties respectfully request until October 25, 2019, to comply with the Court's October 17, 2019 order (ECF No. 406) and report on: (a) whether ICE is or should be allowed to remove from the United States any detained class members subject to the July 26, 2019 Order (ECF No. 310-1) who have been or are later released by ICE and (b) a proposed agenda for the November 4, 2019 hearing on Petitioners' motion (ECF No. 304). *See* ECF No. 406.

Respectfully submitted this 21st day of October, 2019.

| | |
|---|---|
| Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br><br><br>WILLIAM C. PEACHEY<br>Director<br><br><br><br>ELIANIS N. PEREZ<br>Assistant Director<br><br><br><br><br>/s/ Mary L. Larakers<br>MARY L. LARAKERS (Texas Bar # 24093943)<br>Trial Attorney<br>United States Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov<br><br>*Counsel for Respondents* | /s/ Shirley X. Li Cantin<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br><br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283<br><br>*Counsel for Petitioners* |

4

## **CERTIFICATE OF SERVICE**

I, Mary Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | <u>/s/ *Mary L. Larakers*</u> |
|  | Mary L. Larakers |
| Dated: October 21, 2019 | Trial Attorney |