UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>　　Petitioner-Plaintiffs,<br><br>　　v.<br><br>KEVIN K. MCALEENAN, ET AL.,<br><br>　　Respondent-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                               November 1, 2019

　　In view of the October 25, 2019 Joint Status Report (Docket No. 419), it is hereby ORDERED that:

　　1.　The November 4, 2019 hearing is CANCELLED.

　　2.　The November 4, 2019 hearing is RESCHEDULED for December 3, 2019 at 9:00 a.m., and will continue on December 4, 2019 if necessary.

　　3.　The parties shall further report on the matters identified in the October 25, 2019 Joint Status Report by November 7, 2019, at 2:00 p.m. See Docket No. 419 at 2.

　　4.　The stay of removal (Docket No. 310-1) as to petitioners Ana Rodriguez, Romilson Ferreira, and Elton Moniz is LIFTED.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE