# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br>             Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br>             Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## NOVEMBER 7, 2019 JOINT REPORT

On October 25, 2019, the Parties proposed that they report to the Court by November 8, 2019 regarding whether any other individuals have withdrawn their portions of the Motion for Order to Show Cause and whether any discovery disputes relating to the Motion for Order to Show Cause remain outstanding. The Parties further stated that they will report on the following issues two weeks before any hearing: (1) a proposed agenda for the hearing on Petitioners' Motion for Order to Show Cause, (2) whether ICE may remove individuals who are at issue in Petitioners' show-cause motion, and (3) any mootness issues. ECF No. 419.

On November 1, 2019, the Court rescheduled the November hearing for December 3, 2019. ECF No. 420. The Parties therefore intend to submit their positions on issues one through three on November 19, 2019.

The Court further ordered that the Parties report on the matters identified in the October 25, 2019 Joint Status Report by November 7, 2019, at 2:00 p.m. The Parties report as follows

regarding whether any individuals have withdrawn their portions of the Motion for Order to Show Cause and their outstanding discovery disputes:

1. None of the individuals (Mr. Leon, Mr. Madeira, Mr. Semedo, and Mr. Sisse) have withdrawn their portions of the Motion for Order to Show Cause. The Parties are conferring regarding a mutually agreeable settlement of their claims in their portion of the Motion for Order to Show Cause.

2. The Parties have agreed that Respondents will respond to Petitioners' discovery requests relating to the Motion for Order to Show Cause on November 8, 2019. The Parties will meet and confer thereafter regarding the sufficiency of those responses and the timeline for producing responsive documents. For purposes of scheduling, Petitioners wish to alert the Court that they anticipate that motion practice to resolve outstanding disputes may be necessary. Respondents' position is that any anticipation of discovery motion practice is premature as Petitioners have not yet received Respondents' response to Petitioners Requests for Production. However, if any issue arises, the Parties will make every effort to resolve any dispute as efficiently as possible and will otherwise follow the local and federal rules and practices to address such matters.

Respectfully submitted this 7th day of November, 2019.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/  *Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384) |
| J. MAX WEINTRAUB<br>Senior Litigation Counsel | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street |

/s/ *William H. Weiland*
WILLIAM H. WEILAND
(BBO # 661433)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-0770
(202) 305-7000 (facsimile)
William.h.weiland@usdoj.gov

Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

3