# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br> Defendants-Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:18-cv-10225-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOVEMBER 7, 2019 JOINT REPORT

On October 25, 2019, the Parties proposed that they report to the Court by November 8, 2019 regarding whether any other individuals have withdrawn their portions of the Motion for Order to Show Cause and whether any discovery disputes relating to the Motion for Order to Show Cause remain outstanding. The Parties further stated that they will report on the following issues two weeks before any hearing: (1) a proposed agenda for the hearing on Petitioners' Motion for Order to Show Cause, (2) whether ICE may remove individuals who are at issue in Petitioners' show-cause motion, and (3) any mootness issues. ECF No. 419.

On November 1, 2019, the Court rescheduled the November hearing for December 3, 2019. ECF No. 420. The Parties therefore intend to submit their positions on issues one through three on November 19, 2019.

The Court further ordered that the Parties report on the matters identified in the October 25, 2019 Joint Status Report by November 7, 2019, at 2:00 p.m. The Parties report as follows

*Handwritten annotation (right margin, vertical):* and the parties' respective Thum's have be described Nov. 6, 2019. WOU. AT 3 remaining disputes concerning positions with 3 specificity

*Handwritten annotation (bottom):* It is hereby ORDERED that by November 19, 2019, the parties shall continue to confer and, by November 19, 2019, report whether any of the individuals have withdrawn the portion of the Motion for an Order to Show Cause. If not, the