## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ
and LUIS GORDILLO, et al.,

Individually and on behalf of all others
similarly situated,

        Plaintiff-Petitioners,

    v.

KEVIN K. McALEENAN, et al.,

        Defendants-Respondents.

No. 1:18-cv-10225-MLW

## PETITIONERS' UNOPPOSED MOTION
## FOR ADDITIONAL REDACTIONS

Pursuant to this Court's October 18, 2019 Order regarding redaction requests for the

Transcript of Motion Hearing held on October 10, 2019, Dkt. 410, and in accordance with

Federal Rule of Civil Procedure 5.2, the July 30, 2019 Stipulated Protective Order, Dkt. 316, and

the Court's August 7, 2019 Order, Dkt. 338, Petitioners submit the following request for

additional redactions regarding the Transcript of Motion Hearing held on October 10, 2019 that

will be made available on PACER, move to seal the below identified information to the extent it

is in the transcript available at the Court's public terminal, and request leave to file under seal the

accompanying memorandum describing the reasons for their proposed redactions, and Exhibit A

attached thereto.

For the reasons explained in the accompanying memorandum filed under seal, Petitioners

request additional redactions from the public transcript of the October 10, 2019 hearing at the

following lines:

| Transcript Cite |
| --- |
| 124:11 |
| 133:25-134:5 |
| 135:22-136:10 |
| 137:4-6 |
| 137:11-13 |

Respectfully submitted this 8th day of November, 2019.


Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

*/s/ Colleen M. McCullough*

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Shirley X. Li Cantin (BBO # 675377)
Jonathan Cox (BBO # 687810)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorneys for Petitioners*

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)</u>

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on November 7 and 8, 2019 in an attempt to resolve the issues raised in this motion.  Respondents do not oppose this motion.

*/s/  Colleen M. McCullough*
Colleen M. McCullough
