**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br>Individually and on behalf of all others similarly situated, <br><br>    Plaintiffs-Petitioners, <br><br>  v. <br><br>KEVIN K. McALEENAN, *et al.*, <br><br>    Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## NOVEMBER 19, 2019 JOINT REPORT

On November 8, 2019, the Court ordered that the parties continue to confer and by November 19, 2019 report whether any other individuals have withdrawn their portions of the Motion for Order to Show Cause and if not, describe with specificity any remaining disputes. ECF No. 423.

The parties met and conferred on these issues on November 18, 2019, and report as follows regarding whether any individuals have withdrawn their portions of the Motion for Order to Show Cause and their outstanding disputes:

1. None of the individuals (Mr. Leon, Mr. Madeira, Mr. Semedo, and Mr. Sisse) have withdrawn their portions of the Motion for Order to Show Cause, but the parties continue to confer regarding a mutually agreeable settlement of these individuals' claims in their portion of the Motion for Order to Show Cause. The parties are also conferring over the potential release of a detained class member whom Respondents had not previously identified to Petitioners. She

has been detained since March 2019 and Petitioners contend that she was not provided with a 180-day review consistent with the requirements of 8 C.F.R. § 241.4, including because she was not interviewed in connection with that review.

2. The parties jointly request that the Court postpone the hearing scheduled for December 3, to a later date agreeable to the Court. Petitioners have served discovery requests related to the remaining issues presented by the Motion for Order to Show Cause, and the parties are conferring over potential depositions in connection with this discovery. Petitioners anticipate that the results of this discovery may be useful to any hearing on the motion for order to show cause. Respondents have agreed to prioritize production of documents related to the issues presented in the Motion for Order to Show Cause but have not yet provided an anticipated timeline for production of documents. Accordingly, the parties agree that it would be appropriate to postpone the December 3, 2019 hearing.

Respectfully submitted this 19th day of November, 2019.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455) |
| J. MAX WEINTRAUB<br>Senior Litigation Counsel | Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation | 60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com |

District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

shirley.cantin@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283