UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
LILIAN PAHOLA CALDERON JIMENEZ, )
and LUIS GORDILLO, et al., )
 )
Individually and on behalf of all others )
similarly situated, )
 ) No. 1:18-cv-10225-MLW
      Plaintiffs-Petitioners, )
 )
v. )
 )
KEVIN K. McALEENAN, et al., )
 )
      Defendants-Respondents. )
)

## NOVEMBER 19, 2019 JOINT REPORT

On November 8, 2019, the Court ordered that the parties continue to confer and by November 19, 2019 report whether any other individuals have withdrawn their portions of the Motion for Order to Show Cause and if not, describe with specificity any remaining disputes. ECF No. 423.

The parties met and conferred on these issues on November 18, 2019, and report as follows regarding whether any individuals have withdrawn their portions of the Motion for Order to Show Cause and their outstanding disputes:

    1.    None of the individuals (Mr. Leon, Mr. Madeira, Mr. Semedo, and Mr. Sisse) have withdrawn their portions of the Motion for Order to Show Cause, but the parties continue to confer regarding a mutually agreeable settlement of these individuals' claims in their portion of the Motion for Order to Show Cause. The parties are also conferring over the potential release of a detained class member whom Respondents had not previously identified to Petitioners. She

*In view of this report, it is hereby ORDERED that: (1.) The December 3, 2019 hearing is CANCELLED; and (2) the parties shall continue to confer and, by December 6, 2019, further respond to the November 8, 2019 Order (Docket No. 423). WGY. D.J. 11/29/19*