UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## REDACTION REQUEST

Now come Petitioners, by counsel, and submit this Redaction Request. The transcript for proceedings on October 11, 2019 was transcribed by Kelly Mortellite, Official Court Reporter. Relevant to this Request, the Transcript Redaction Policy requires redaction of names of minor children to the initials.

It is requested that consistent with the Court's Transcript Redaction Policy, the following information be redacted prior to the transcript being made remotely electronically available:

All information is from October 11, 2019 Hearing Transcript, Document # 412, court reporter Kelly Mortellite.

*Allowed. Redact l*
*Versions should*
*be filed forthwith.*
*WCU. D.J.*
*Nov. 20, 2019*

1

| Page | Line(s) | Identifier | Redaction Requested |
|---|---|---|---|
| 86 | 21 | ■ | Z |
| 86 | 22 | ■ | Z |
| 86 | 24 | ■ | Z |
| 129 | 1 | ■ | R |
| 131 | 23 | ■ | R |

The undersigned understands that redactions other than the personal identifiers listed in the Transcript Redaction policy require a separate Motion for Additional Redactions be filed within 21 days of the filing of the transcript and requires court approval.

Respectfully submitted this 8th day of November, 2019.

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

/s/ Colleen M. McCullough

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Shirley X. Li Cantin (BBO # 675377)
Jonathan Cox (BBO # 687810)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorneys for Petitioners*