UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ
and LUIS GORDILLO, et al.,

Individually and on behalf of all others
similarly situated,

    Plaintiff-Petitioners,

v.

KEVIN K. McALEENAN, et al.,

    Defendants-Respondents.

No. 1:18-cv-10225-MLW

## PETITIONERS' UNOPPOSED MOTION
## FOR ADDITIONAL REDACTIONS

Pursuant to this Court's October 18, 2019 Order regarding redaction requests for the Transcript of Motion Hearing held on October 11, 2019, Dkt. 412, and in accordance with Federal Rule of Civil Procedure 5.2, the July 30, 2019 Stipulated Protective Order, Dkt. 316, and the Court's August 7, 2019 Order, Dkt. 338, Petitioners submit the following request for additional redactions regarding the Transcript of Motion Hearing held on October 11, 2019 that will be made available on PACER, move to seal the below identified information to the extent it is in the transcript available at the Court's public terminal, and request leave to file under seal the accompanying memorandum describing the reasons for their proposed redactions, and Exhibit A attached thereto.

For the reasons explained in the accompanying memorandum filed under seal, Petitioners request additional redactions from the public transcript of the October 11, 2019 hearing at the following lines:

*Allowed. Redacted versions shall be filed forthwith.*
*WSU, DJ.*
*Nov. 20, 2019*

| Transcript Cite |
|---|
| 124:11 |
| 133:25-134:5 |
| 135:22-136:10 |
| 137:4-6 |
| 137:11-13 |

Respectfully submitted this 8th day of November, 2019.

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

/s/ Colleen M. McCullough

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Shirley X. Li Cantin (BBO # 675377)
Jonathan Cox (BBO # 687810)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorneys for Petitioners*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on November 7 and 8, 2019 in an attempt to resolve the issues raised in this motion. Respondents do not oppose this motion.

/s/ *Colleen M. McCullough*
Colleen M. McCullough