# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>CHAD WOLF,[1] Acting Secretary of Homeland Security, *et al.*,<br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## DECEMBER 6, 2019 JOINT REPORT

On November 20, 2019, the Court ordered that the parties continue to confer and by December 3, 2019 further respond to the November 8, 2019 Order. Dkt. 429. The Court's November 8, 2019 Order instructed the parties to report whether any other individuals have withdrawn their portions of the Motion for Order to Show Cause and if not, describe with specificity any remaining disputes. Dkt. 423.

The parties met and conferred on these issues on December 6, 2019, and report as follows regarding whether any individuals have withdrawn their portions of the Motion for Order to Show Cause and their outstanding disputes:

1.  None of the individuals (Mr. Leon, Mr. Madeira, Mr. Semedo, and Mr. Sisse) have withdrawn their portions of the Motion for Order to Show Cause but the parties continue to

---

[1] Acting Secretary of Homeland Security Chad Wolf is automatically substituted for the former office holder, Kevin K. McAleenan (resigned on October 11, 2019) after he was sworn into office on November 13, 2019, and sued in his official capacity. Fed. R. App. P. 43(c)(2).

2

confer regarding a mutually agreeable resolution of these individuals' claims in their portion of the Motion for Order to Show Cause.

2.   The parties continue to confer over potential depositions in connection with the Motion for Order to Show Cause.

3.   Respondents have agreed to prioritize production of documents related to the issues presented in the Show Cause Motion.  Petitioners anticipate that the results of this inquiry may be useful to any hearing on the Motion for Order to Show Cause and anticipate that it may narrow their remaining disputes.

4.   Accordingly, the parties jointly request that the Court continue to postpone any hearing on Petitioners' Motion for Order to Show Cause and reporting on the remaining disputes relating to the Show Cause Motion to allow the parties to continue to confer on the above issues.

Respectfully submitted this 6th day of December, 2019.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455) |
| LAUREN E. FASCETT<br>Senior Litigation Counsel | Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| /s/*Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | 60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br><br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |