# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br>  Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br>  Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:18-cv-10225-MLW |

## ASSENTED-TO MOTION TO EXTEND THE DEADLINE
## TO FILE ANY AMENDED COMPLAINT

Petitioners respectfully request that the Court extend the deadline for filing any amended complaint or any motion to file additional pleadings from December 6, 2019, to January 3, 2020, and the date to file any answer to the complaint from December 20, 2019, to January 17, 2020. In support of this motion, Petitioners state as follows:

On September 25, 2019, Petitioners served a set of requests for production pursuant to Rule 33 of the Federal Rules of Civil Procedure. Respondents have not yet produced any documents responsive to those requests. Therefore, Petitioners request an extension until January, such that Petitioners can determine whether to file any amended complaint or additional pleadings after assessing any documents and responses provided by Respondents. Petitioners propose the following deadlines:

|  | **Scheduling Order, Dkt. 366-1 ¶ 3** | **Proposed Deadline** |
|---|---|---|
| Deadline to file any amended complaint or any motion to file additional pleadings | December 6, 2010 | January 3, 2020 |
| Deadline to file the answer to the complaint | December 20, 2019 | January 17, 2020 |

Respectfully submitted this 6th day of December, 2019.

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

*/s/ Kevin S. Prussia*

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Shirley X. Li Cantin (BBO # 675377)
Jonathan Cox (BBO # 687810)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorneys for Petitioners*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on December 6, 2019 in an attempt to resolve the issues raised in this motion. Respondents assent to this motion.

*/s/  Colleen M. McCullough*
Colleen M. McCullough
