UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs-Petitioners,<br><br>v.<br><br>CHAD WOLF,[1] Acting Secretary of Homeland Security, *et al.*,<br><br>        Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## DECEMBER 6, 2019 JOINT REPORT

On November 20, 2019, the Court ordered that the parties continue to confer and by December 3, 2019 further respond to the November 8, 2019 Order. Dkt. 429. The Court's November 8, 2019 Order instructed the parties to report whether any other individuals have withdrawn their portions of the Motion for Order to Show Cause and if not, describe with specificity any remaining disputes. Dkt. 423.

The parties met and conferred on these issues on December 6, 2019, and report as follows regarding whether any individuals have withdrawn their portions of the Motion for Order to Show Cause and their outstanding disputes:

1.     None of the individuals (Mr. Leon, Mr. Madeira, Mr. Semedo, and Mr. Sisse) have withdrawn their portions of the Motion for Order to Show Cause but the parties continue to

---

[1] Acting Secretary of Homeland Security Chad Wolf is automatically substituted for the former office holder, Kevin K. McAleenan (resigned on October 11, 2019) after he was sworn into office on November 13, 2019, and sued in his official capacity. Fed. R. App. P. 43(c)(2).

*In view of this report, it is hereby ORDERED that the parties shall continue to confer and, by January 10, 2020, further respond to the November 8, 2019 Order. W'ou, D.J. 12/11/19*