**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LILIAN PAHOLA CALDERON JIMENEZ
and LUIS GORDILLO, et al.,

Individually and on behalf of all others
similarly situated,

        Plaintiff-Petitioners,

   v.

CHAD WOLF, et al.,

        Defendants-Respondents.

No. 1:18-cv-10225-MLW

**EMERGENCY RELIEF REQUESTED**

**MOTION FOR IMMEDIATE INTERIM RELEASE OF CLASS MEMBER**

As a consequence of the continued violations of the post-order custody regulations and due process described in the accompanying Memorandum supplementing Petitioners' Motion for Order to Show Cause (Dkt. No. 305), Petitioners respectfully move for Seoun Kim's immediate release and to stay his removal pending resolution of the issues in Petitioners' Motion for Order to Show Cause.  Additionally, Petitioners request that Court order Respondents to respond by 6:00 PM on Monday, December 23, 2019, with any reason why the Court should not immediately order Mr. Kim's release.

Respectfully submitted this 20th day of December, 2019.

/s/  Jonathan A. Cox

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Shirley X. Li Cantin (BBO # 675377)
Jonathan A. Cox (BBO # 687810)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Counsel for Petitioners*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on December 17, 19, and 20, 2019 in an attempt to resolve the issues raised in this motion.  Respondents did not consent to this motion.

/s/  Jonathan A. Cox
Jonathan A. Cox