UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> CHAD WOLF, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **DECLARATION OF JONATHAN A. COX IN SUPPORT OF PETITIONERS' MOTION FOR IMMEDIATE INTERIM RELEASE OF CLASS MEMBER** |

I, Jonathan A. Cox, declare as follows:

1. I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Motion for Immediate Interim Release of Class Member.

2. Attached hereto as Exhibit A is a true and correct copy of the March 18, 2019 Notice of Revocation of Release for the affected class member.[1]

3. Attached hereto as Exhibit B is a true and correct copy of the March 20, 2019 Notice to Alien of File Custody Review for the affected class member.

---

[1] Consistent with the Protective Order in this case, the class member's alien registration number ("A number") and the names of non-"publicly facing" ICE employees are redacted from these exhibits.

1

4. Attached hereto as Exhibit C is a true and correct copy of the April 17, 2019 Notice to Alien of File Custody Review for the affected class member.

5. Attached hereto as Exhibit D is a true and correct copy of the April 17, 2019 Form I-229(a), Warning for Failure to Depart for the affected class member.

6. Attached hereto as Exhibit E is a true and correct copy of the May 21, 2019 Decision to Continue Detention for the affected class member.

7. Attached hereto as Exhibit F is a true and correct copy of the August 15, 2019 Decision to Continue Detention for the affected class member.

8. Attached hereto as Exhibit G is a true and correct copy of the November 14, 2019 Decision to Continue Detention for the affected class member.

9. Attached hereto as Exhibit H is a true and correct copy of an affidavit of Theresa St. Pierre-Kim, signed under the pains and penalties of perjury on December 20, 2019.

10. On December 20, 2019, in response to a request for all Post-Order Custody Review documents for Mr. Kim, counsel for Respondents provided copies of the March 18, 2019 Notice of Revocation of Release; the March 20, 2019 Notice to Alien of File Custody Review; the May 21, 2019 Decision to Continue Detention; the August 15, 2019 Decision to Continue Detention; and the November 14, 2019 Decision to Continue Detention.  However, counsel for Respondents did not provide any notices provided to Mr. Kim in advance of the August 15, 2019 or November 14, 2019 custody reviews, nor were there any notices or records of any interviews.

3

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 20th day of December, 2019, in Boston, Massachusetts.

/s/ *Jonathan A. Cox*
Jonathan A. Cox (BBO # 687810)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
jonathan.cox@wilmerhale.com