# EXHIBIT A

*Enforcement and Removal Operations*
*Boston Field Office*

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803



## U.S. Immigration and Customs Enforcement

Kim, Soeun
C/o U.S. Immigration and Customs Enforcement
1000 District Avenue
Burlington, MA 01803

### Notice of Revocation of Release

This letter is to inform you that your case has been reviewed, and it has been determined that you will be kept in the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and on account of changed circumstances in your case. ICE has determined revocation of your release is in the public interest and that there is a significant likelihood of removal in the reasonably foreseeable future in your case.

On June 26, 2014 an Immigration Judge ordered your removal to Cambodia.

On November 18, 2014 you were released from ICE custody on an Order of Supervision.

ICE is revoking your Order of Supervision because ICE Headquarters Removal and International Operations (HQRIO) indicated that there is significant likelihood of your removal in the reasonably foreseeable future. HQRIO has scheduled you for identification verification interviews with the Cambodian government between March 25, 2019-April 5, 2019. Upon completion of these interviews, ICE intends to effectuate your final order of removal to Cambodia upon issuance of the necessary travel documents.

Based on the above, and pursuant to 8 CFR 241.4, you are to remain in ICE custody at this time. You will promptly be afforded an informal interview at which you will be given an opportunity to respond to the reasons for the revocation. If you are not released after the informal interview, you will receive notification of a new review, which will occur within approximately three months of the date of this notice.

You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with the ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

Notification of Revocation of Release
Kim, Soeun ███████  Page 2

_____(s) for:_____     3/18/19
Todd Michael Lyons                          Date
Field Office Director (Acting), Boston Field Office

Notification of Revocation of Release
Kim, Soeun ▮▮▮▮                                                                    Page 2

## PROOF OF SERVICE

(1)   **Personal Service (Officer to complete both (a) and (b) below.)**

(a)   I ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Deportation Officer,
Name of ICE Officer                                Title
certify that I served Kim, Soeun _____ with a copy of
Name of detainee
this document at 176 Gannett Dr. S. Portland, ME on 3-20-19, at 10:48 AM.
Institution                                   Date                  Time

(b)   I certify that I served the custodian _____N/A_____,
Name of Official
_____, at _____, on
Title                          Institution
_____ with a copy of this document.
Date

## OR

(2)   **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
Name of ICE Officer                Title
that I served _____ and the custodian _____,
Name of detainee                            Name of Official
with a copy of this document by certified mail at _____ on _____.
Institution                      Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File