# EXHIBIT D

# U.S. Department of Homeland Security
## Immigration and Customs Enforcement

**I-229 (a)**
**Warning for Failure to Depart**

| Name: | District Office: | File #: |
|---|---|---|
| Kim, Soeun | NEW ENGLAND FIELD OFFICE | [redacted] |

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237 (a) who:

(A) willfully fails or refuses to depart from the United States within a period of 90 days from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

(B) willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

(C) connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

(D) willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237 (a)), or both.

Nothing in this section shall make a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action Immigration Custom Enforcement may take to obtain a travel document for your departure or to remove you will NOT relieve you off the liability for compliance with the provisions of law referred to in the first paragraph above.

Section 241 (a) (1) (C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final: | Ordered Removed under Section: 237(a)(2)(A)(iii) |
|---|---|
| 7/27/2014 | |

**Record of Service (check method used)**
**Record of Personal Service**

| Served by: (Print Name and Title of Officer) | | Date: 4/17/19 |
|---|---|---|
| Office: [redacted] | Location of Service: NEW ENGLAND FIELD OFFICE | |
| Served on: (Alien's Signature) [signature] | | Date: 4/17/19 |

| Warning administered in Court (copy of order attached) | Record of Personal Service (Cont.) |
|---|---|
| Certified Mail Service | Fingerprint of Alien (Specify finger used) |
| | Right Index Finger |

Attach certified mail reciepts here.

4/17/2019