# EXHIBIT E

*Office of Enforcement and Removal Operations*

U.S. Department of Homeland Security
500 12th Street, SW
Washington, D.C. 20536



**U.S. Immigration and Customs Enforcement**

KIM, Soeun
c/o Immigration and Customs Enforcement
Boston Field Office

## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE) has reviewed your custody status and determined that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a native and a citizen of Cambodia who last entered the United States at Portland, ME on September 26, 2014, as a Refugee. You were issued a Notice to Appear (NTA) charging you under Section 237(a)(2)(A)(iii) of the INA. You were ordered removed by an Immigration Official. You were interviewed by Cambodian officials in Conroe, Texas and a travel document has been issued.

Your criminal history includes convictions for Aggravated Assault, robbery, and Burglary. You will remain in ICE custody.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

Nicole D. Wright
HQ RIO Unit Chief

5-21-19
Date

www.ice.gov

Decision to Continue Detention
KIM, Soeun
Page 2

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I ▬▬▬▬▬▬▬▬▬▬, Do (3599),
        Name of ICE Officer         Title

certify that I served __Kim, Soeun__ with a copy of
        Name of detainee

this document at __STRAFFORD__ on _5/02/19_, at _1300_.
      Institution       Date       Time

(b) I certify that I served the custodian _____,
        Name of Official

_____, at _____, on
   Title        Institution

_____ with a copy of this document.
   Date

## OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
   Name of ICE Officer        Title

that I served _____ and the custodian _____
   Name of detainee        Name of Official

with a copy of this document by certified mail at _____ on _____.
        Institution       Date

Detainee Signature: _[signature]_   Date: _May 22, 19_

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File