# EXHIBIT G

Office of Enforcement and Removal Operations

U.S. Department of Homeland Security
500 12th Street, SW
Washington, D.C. 20536



U.S. Immigration
and Customs
Enforcement

KIM, Soeun
C/O Immigration and Customs Enforcement
Boston Field Office

## Decision to Continue Detention

This letter is to inform you that U.S. Immigration and Customs Enforcement (ICE) has reviewed your custody status and determined that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a native and citizen of Cambodia who entered the United States on or about September 26, 1984 at Portland, Maine as a refugee. On June 26, 2014, you were ordered removed from the United States to Cambodia by an Immigration Judge.

A review of your case indicates that you have been convicted of the criminal offenses of Robbery, Burglary, and Aggravated Assault. A request for a travel document is currently pending with the Government of Cambodia. A travel document is expected; therefore, you are to remain in ICE custody.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

Annette Joseph
Acting HQ RIO Chief

11/14/2019
Date

**Decision to Continue Detention**
KIM, Soeun ▮
Page 2

## PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

(a) I ▮▮▮▮▮▮▮▮▮▮ , D.O. ,
        Name of ICE Officer        Title

certify that I served ___Soeun KIM___ with a copy of
             Name of detainee

this document at ___FCHC___ on __11/19/19__, at __1100 hrs__.
         Institution            Date        Time

(b) I certify that I served the custodian _____ ,
                                           Name of Official

_____, at _____, on
   Title                          Institution

_____ with a copy of this document.
Date

## OR

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
   Name of ICE Officer            Title

that I served _____ and the custodian _____ ,
      Name of detainee                      Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                   Institution         Date

Detainee Signature: ___Refuse to Sign___ Date: __11/19/2019__

( ) cc: Attorney of Record or Designated Representative
(X) cc: A-File