# EXHIBIT H

# AFFIDAVIT OF THERESA ST. PIERRE-KIM

1. My name is Theresa St. Pierre-Kim. Until March of this year, I lived in Saco, Maine with my husband, Soeun, and our kids. Soeun and I have been blessed with a daughter who is almost two and a five-month-old baby boy. We also live with my 10-year-old and 21-year-old sons. My children and I are all U.S. citizens, and I filed an I-130 for my husband on December 12, 2019.

2. Soeun is an amazing husband, father, and step-father. We got married in 2013 and have lived together since the end of his sentence and release from ICE detention in 2014. Soeun worked two jobs to support us, and, when he wasn't working, we enjoyed eating breakfast in the morning as a family, going to Church, spending our weekends outside playing with our kids, going sledding, watching football together, and going to barbecues with friends.

3. Since his detention by ICE, our life has fallen apart. We could no longer afford our home, and I had to sell almost everything we own, including our car. I had to leave Maine, where I have lived most of my life, uproot my children, and move in with my parents in Florida.

4. Soeun's detention has been almost impossible to endure. I cry myself to sleep every night and hide it from my children. The other day I even broke down in front of my manager after work. I am an emotional wreck. I feel totally lost without Soeun. He is the love of my life, and I don't know when I will see him again or hug him. I smile and put on a brave face for the kids, but I hurt constantly.

5. Soeun and I have been friends since we were young. Soeun was born in a refugee camp in Thailand and came to the U.S. with his family when he was 6 years old. He grew up in Portland, Maine, where we met when we were in school. He played a lot of sports growing up and dreamed of being a professional soccer player. But in 1995 his world collapsed when his grandfather, who he lived with and was very close to, passed away.

6. I met Soeun in 1997 and we had an instant, magnetic connection. Since then, no matter what happens, we have always faced it together.

7. As teenagers, we hung out almost every weekend. At that time, he had a tough guy attitude, but I could see through it and calm him down.

8. Unfortunately, Soeun was in a lot of pain back then and got in with the wrong crowd. It was painful for me to watch it, but I was always there to pick up the pieces because we cared about each other so deeply and I believed that he could pull out of what he was facing.

9. When he was only about 22 years old, Soeun was sentenced to prison for robbery and burglary. He spent about 15 years there.

10. During his time there, we talked constantly and I visited him regularly. As the years passed, I watched him grow.

11. Ultimately, I watched Soeun totally turn himself around. He took the initiative to start educating himself and taking advantage of every program available to him. He took more than 50 educational courses, completed his high school education, and voluntarily participated in the 12-step program of Alcoholics Anonymous even though he had never had alcohol or drug issues.

12. Soeun also became a Catholic while imprisoned, and threw himself into his faith. He was baptized in 2010 by Cardinal O'Malley and considers that a defining moment in his life. I often think he has the Bible pretty much memorized, and he is determined to live his life according to his faith.

13. His transition has been amazing. From a kid that was often rebellious, Soeun became a thoughtful, caring, patient, and empathetic adult. To this day, he is constantly aware of other people's feelings. Watching Soeun mature melted my heart because I knew that he had done it for us.

14. In 2013, we got married. In 2014, when Soeun was released from ICE custody, we finally got to start our life together.

15. Soeun had trouble finding a job because of his felony record and immigration situation, so I worked overtime to support us and our children. Soon Soeun found work at a packaging company. As the years passed, he proved himself and moved his way up, becoming a machine operator. On the weekends, he worked for a security company. He regularly checked in with ICE and complied with his conditions of release as well as his probation.

16. We had our daughter in January 2018 and by November, we found out I was expecting again.

17. In March 2019, our world came crashing down. Soeun was getting a haircut and I was home when we got a letter from ICE saying that Soeun's release was being revoked and he had to report to ICE on March 20. I started hysterically crying. When Soeun saw the letter, he went to cry in the other room so that the kids would not see him. He was in a state of shock. Later, he just kept hugging me and my daughter and telling us how sorry he was. He had promised he would never leave me, and he felt like he was breaking that promise.

18. Even our daughter knew what was going on, and wouldn't leave his side. He had to sleep with her and she only wanted to be held in his arms; he could barely get away to shower.

19. On March 20, 2019, Soeun went over to say goodbye to his mother and father early. He hugged them and told them that he loved them. He was shaking as we drove over to his probation office, where ICE had told him to meet them.

20. Several times, Soeun got notices saying that ICE had decided not to release him. ICE has reviewed Soeun's detention a few times, but he was never interviewed. If we had known that we could submit documents in support of his release, we would have done so.

21. Since Soeun has been detained, we have been financially and emotionally devastated.

22. Since he has been in detention he has been subject to abuse by a correctional officer which has left him visibly scarred and with difficulty lifting one of his shoulders. An ICE officer wrote a report about the incident and it was corroborated by detainees and inmates.

23. Our 23-month-old daughter wakes up in the middle of night crying for her daddy almost every night. Even though he has been detained for so much of her life, she still yearns for him as if he had been taken away yesterday. Because he is in custody, they are only able to speak for 15 minutes at a time. When the calls end she cries and screams "daddy" into the phone. I have a video of him singing twinkle twinkle to her before he was detained that she constantly asks me to play. You can just see the sadness in her face every day, and it tears me apart.

24. My 10-year-old son also misses Soeun so much. Soeun used to go to his soccer practices and games. They went to Faith Formation class together at church, and just loved spending time together. Since Soeun has been gone his grades have dropped in school and he is a completely different person. He has so much sadness and anger in him, and it hurts me deeply that I cannot take away his pain.

25. My 21-year-old is struggling, too. He is such a good kid and has been helping me out with his younger siblings. Soeun tells him to be strong, but sometimes he breaks down and cries, too.

26. Right before Soeun reported to ICE for his re-detention, we found out we were having a baby boy. He missed the birth in July and hasn't been able to see his son in person or hold him. Every time we talk, Soeun talks about how much he wants to hold the baby, and it makes us so sad each day that he is missing these moments of our baby's life. With our daughter, Soeun never missed a doctor's appointment; now, I have to do everything alone.

27. Before Soeun was detained, he worked two jobs to financially support us but still found time to spend time with the kids, do the laundry, clean around the house, and cook dinner for us. Since March, I've had to go back to work and handle everything on my own.

28. Soeun also has a serious medical condition in his spine which, if left untreated, could leave him paralyzed. He currently requires regular injections to prevent any further deterioration and has to see the doctor every few months.

29. Similarly, when he was initially detained in New Hampshire, the jail failed to provide him with his medication for his spinal condition. It was only after a month, at which point he ended up in a wheelchair, and a transfer to a new facility that they resumed giving him his medication, and he started being able to walk again.

30. Soeun's Catholicism plays a huge role in our family's life. We go to church every week, and he is very involved with my 10-year old son's church classes. Our family talks about our faith at home all the time. One of Soeun's proudest moments was when we baptized our daughter. We are waiting to

baptize our 5-month old son until Soeun is released so that we can baptize him together as a family.

31. Christmas is also a particularly special time of the year for Soeun and our family. It's our family's tradition to attend midnight mass together on Christmas Eve. Having Soeun home so that we can celebrate Christmas together, able to hold his baby boy for the first time, would be a miracle.

Signed under pains and penalties of perjury on December 20, 2019

_____
Theresa St. Pierre Kim