```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

LILIAN PAHOLA CALDERON JIMENEZ )
AND LUIS GORDILLO, ET AL., )
individually and on behalf of all )
others similarly situated, )
)
     Petitioners-Plaintiffs, )
)
     v. ) C.A. No. 18-10225-MLW
)
CHAD WOLF, ET AL., )
)
     Respondents-Defendants. )

## ORDER

WOLF, D.J.                                      December 23, 2019

It is hereby ORDERED that:

1. Respondents shall, by December 24, 2019, at 9:00 a.m.: (a) report that petitioner Seoun Kim has been released from detention pending the resolution of the issues in Petitioners' Motion for Order to Show Cause; or (b) respond to petitioners' Motion for Immediate Interim Release (Docket No. 437) (the "Motion") and seek to show cause why the court should not order Kim's release.

2. If necessary, a hearing on the Motion will be held on December 27, 2019, at 9:30 a.m. Kim shall be present and, therefore, respondents shall transport him to the hearing.

3. In order to preserve the court's jurisdiction and to provide the parties an opportunity to brief the issues properly,

Kim shall not be moved outside the District of Massachusetts until the Motion has been resolved, and he shall remain detained within the jurisdiction of the Boston Enforcement and Removal Operations ("Boston ERO") unless the court orders otherwise. <u>See</u> 28 U.S.C. §1651(a).

_____
UNITED STATES DISTRICT JUDGE