UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br>    Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br>    Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**RESPONDENTS' MOTION TO VACATE THE DECEMBER 27, 2019 HEARING OR ALTERNATIVELY EXTEND THE HEARING DATE**

Respondents respectfully request that the Court vacate the December 27, 2019 hearing on Petitioners' motion for interim immediate release of a class member and decide Petitioners' motion on the pleadings. Undersigned counsel is currently out of the state on previously scheduled leave and is not scheduled to return to Washington, D.C. until after the scheduled hearing. Additionally, it is Respondents' position that the parties' pleadings provide the information and legal arguments required to decide this motion. Therefore, Respondents respectfully request that the Court vacate the December 27, 2019 hearing and decide Petitioners' motion on the pleadings. Alternatively, Respondents request the Court reschedule the hearing for December 30, 2019.

Counsel for Respondents has conferred with counsel for Petitioners regarding this motion. Petitioners have indicated that they agree that it may be possible to resolve the motion on the pleadings. Petitioners' position is that the government's briefing confirms that it willingly violated the law and that Mr. Kim poses no danger or flight risk, such that no government interest is harmed

by his immediate interim release to spend Christmas with his family. However, Petitioners wish to be heard on the motion to the extent the Court does not order Mr. Kim's release based on the papers. Petitioners do not consent to extending the hearing date to December 30, 2019.

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

T. MONIQUE PEOPLES
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## L.R. 7.1 CERTIFICATION

    I certify that, in accordance with L.R. 7.1(a)(2), counsel for Respondents conferred with counsel for Petitioners on December 23, 2019 in an attempt to resolve the issues raised in this motion. Petitioners' position is set forth above.

                                                                                   /s/ Mary L. Larakers
                                                                                    Mary L. Larakers
Dated: December 24, 2019                               Trial Attorney

**CERTIFICATE OF SERVICE**

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: December 24, 2019

/s/ Mary L. Larakers  
Mary L. Larakers  
Trial Attorney