# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br>Individually and on behalf of all others similarly situated, <br><br>   Plaintiffs-Petitioners, <br><br>  v. <br><br>CHAD WOLF, *et al.*, <br><br>   Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' REPORT REGARDING DECEMBER 24, 2019 ORDER

On December 24, 2019, the Court entered a temporary restraining order requiring that Respondents: (1) release Mr. Kim from custody; and (2) report by 10:00 am on December 26, 2019, whether they consent to an extension of this temporary restraining order to at least January 17, 2020. Respondents report as follows:

1. Without waiving any arguments set forth in Respondents' opposition to Petitioners' motion for interim release (ECF No. 442), and in Respondents' filings related to Petitioners' motion for order to show cause (ECF Nos. 318, 360, 377), Respondents agree to an extension of the temporary restraining order (ECF No. 443) until January 17, 2020.

2. Respondents will reschedule Mr. Kim's removal for a date after January 17, 2020.

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

T. MONIQUE PEOPLES
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*


## CERTIFICATE OF SERVICE

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                   /s/ Mary L. Larakers
                                                   Mary L. Larakers
Dated: December 26, 2019                      Trial Attorney