UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ )
AND LUIS GORDILLO, ET AL., )
individually and on behalf of all )
others similarly situated, )
                                 )
    Petitioners-Plaintiffs,      )
                                 )
        v.                       )   C.A. No. 18-10225-MLW
                                 )
CHAD WOLF, ET AL.,               )
                                 )
    Respondents-Defendants.      )

ORDER

WOLF, D.J.                                      December 26, 2019

The Court has received Respondents' Report Regarding December 24, 2019 Order (Docket No. 444). Although respondents did not as ordered on December 24, 2019 promptly, or otherwise, report to the court that Soeun Kim had been released on the conditions previously imposed, the media has reported that he was released. Nevertheless, respondents are being ordered to confirm or clarify this forthwith.

As respondents have agreed to an extension of the December 24, 2019 temporary restraining order to at least January 17, 2020, at 6:00 p.m., the December 27, 2019 hearing is being cancelled. If Kim is not to be removed from the United States the week of January 5, 2020 as respondents stated they had planned, or soon after, and respondents propose to detain him again pending removal, the court will address Kim's Motion for Immediate Interim Release

(the "Motion") as a request for a preliminary injunction, at a hearing on January 16, 2020, at 9:30 a.m. Repeated failures of Department of Homeland Security ("DHS") Immigration and Customs Enforcement ("ICE") to satisfy the legal obligations codified in DHS regulations have been revealed in this class action. See, e.g., Jiminez v. Calderon, 317 F. Supp. 3d 626 (D. Mass 2018); Oct 11, 2019 Tr. at 20, 22 (Docket No. 412); Dec. 24, 2019 Order (Docket No. 443). Therefore, the court may order that the Secretary of DHS and the Director of ICE testify at the hearing.[1]

Respondents report that they will reschedule Kim's removal for a date after January 17, 2020. The court notes that this is not required by its orders. The December 24, 2019 Order vacated paragraph 3 of the December 23, 2019 Order which, pursuant to 28 U.S.C. §1651(a), prohibited ICE from moving Kim outside of Massachusetts in order to preserve the court's jurisdiction and provide the parties an opportunity to brief properly issues relating to his detention. As the court explained in the December 24, 2019 Order, it:

> understands that Kim is contesting ICE's authority to remove him in another case, Kim v. Donelan, Civ. No. 19-12342-ADB, which is pending before Judge Allison Burroughs. While the court is concerned that the issues presented by Kim's unlawful detention are

---

[1] The court recognizes that the Secretary of DHS and Director of ICE each have many duties. If testifying on January 16, 2020 would create a serious scheduling conflict for either or both, the court will reschedule the hearing.

2

> capable of recurring concerning other aliens and of evading review, it concludes that it is most appropriate to allow Judge Burroughs to decide whether Kim's scheduled removal is legally required or appropriate.

Docket No. 443 at 6-7.  Therefore, the parties are being ordered to report whether the restraint on Kim's removal imposed by Judge Burroughs has been lifted and, if so, later report when Kim has been removed.  If Kim is removed, the parties shall propose a schedule for briefing whether the issues raised by the Motion are moot.

If Kim will not be removed prior to January 17, 2020, it will be necessary for the parties to confer to attempt to resolve the Motion by agreement and, if they do not, to identify the issues to be addressed at the January 16, 2020 hearing, and to propose a schedule to complete briefing of the disputed issues that will provide the court at least several days to study the submissions in preparation for the hearing.  If necessary or appropriate to do so, the court may postpone the hearing and extend the temporary restraining order.  See Fed. R. Civ. P. 65(b)(2).

Accordingly, it is hereby ORDERED that:

1.  Respondents shall report forthwith whether Kim has been released and, if so, the conditions of his release.

2.  The December 27, 2019 hearing is RESCHEDULED for January 16, 2020, at 9:30 a.m.

3. The parties shall report forthwith if the restraint on Kim's removal in Civ. No. 19-12342-ADB has been lifted and, if so, whether and when Kim has been removed.

4. The parties shall confer and, by January 6, 2020, report whether they have agreed to a resolution of the Motion and, if not, report concerning the matters discussed in this Order and any other matters they deem relevant.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE