# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## **RESPONDENTS' REPORT RESPONDING TO DECEMBER 26, 2019 ORDER**

In response to the Court's order that Respondents report whether Mr. Kim has been released and the conditions of any release (ECF Nos. 443, 445), Respondents report as follows:

1. On December 24, 2019, ICE released Mr. Kim pursuant to an Order of Supervision with the same terms and conditions of the Order of Supervision under which ICE previously released him on November 18, 2014. Pursuant to this Order of Supervision, Mr. Kim is not subject to an Alternatives to Detention ("ATD") Program, such as electronic monitoring, because he was not subject to an ATD program when released in 2014. Instead, consistent with the terms of his prior order of supervision, Mr. Kim will be required to regularly check in with ICE.

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

T. MONIQUE PEOPLES
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## CERTIFICATE OF SERVICE

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Mary L. Larakers
Mary L. Larakers
Trial Attorney

Dated: December 26, 2019