UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

**ASSENTED-TO MOTION TO EXTEND THE DEADLINE
TO FILE ANY AMENDED COMPLAINT**

Petitioners respectfully request that the Court extend the deadline for filing any amended complaint or any motion to file additional pleadings from January 3, 2020, to January 24, 2020, and the date to respond to the complaint from January 17, 2020, to February 24, 2020. If any amended complaint or motion to file additional pleadings would require the certification of a new or amended class definition, the parties agree that Respondents be allowed an additional thirty (30) days to respond. Respondents assent to this motion. In support of this motion, Petitioners state as follows:

On September 25, 2019, Petitioners served a set of requests for production pursuant to Rule 33 of the Federal Rules of Civil Procedure. Respondents are still in the process of responding to those requests. Accordingly, Petitioners request an additional twenty-one-day extension to file any amended complaint (and corresponding response), to allow Petitioners to determine whether to file any amended complaint or additional pleadings after assessing any

documents and responses provided by Respondents. The parties have agreed on the following deadlines:

|  | **Proposed Deadlines in Dkt. 436** | **Proposed Deadline** |
|---|---|---|
| Deadline to file any amended complaint or any motion to file additional pleadings | January 3, 2020 | January 24, 2020 |
| Deadline to respond to the complaint | January 17, 2020 | February 24, 2020 |
| Deadline to respond to the complaint, if any amendment to the complaint would require the certification of a new or amended class definition | N/A | March 24, 2020 |

Respectfully submitted this 3rd day of January, 2020.

| | /s/ Stephen Provazza |
|---|---|
| Matthew R. Segal (BBO # 654489) | |
| Adriana Lafaille (BBO # 680210) | Kevin S. Prussia (BBO # 666813) |
| AMERICAN CIVIL LIBERTIES UNION | Michaela P. Sewall (BBO # 683182) |
| FOUNDATION OF MASSACHUSETTS, | Shirley X. Li Cantin (BBO # 675377) |
| INC. | Jonathan Cox (BBO # 687810) |
| 211 Congress Street | Stephen Provazza (BBO # 691159) |
| Boston, MA 02110 | Colleen M. McCullough (BBO # 696455) |
| (617) 482-3170 | Matthew W. Costello (BBO # 696384) |
| | WILMER CUTLER PICKERING |
| Kathleen M. Gillespie (BBO # 661315) | HALE AND DORR LLP |
| Attorney at Law | 60 State Street |
| 6 White Pine Lane | Boston, MA 02109 |
| Lexington, MA 02421 | Telephone: (617) 526-6000 |
| (339) 970-9283 | Facsimile:  (617) 526-5000 |
| | kevin.prussia@wilmerhale.com |
| | michaela.sewall@wilmerhale.com |
| | shirley.cantin@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |
| | matthew.costello@wilmerhale.com |

*Attorneys for Petitioners*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on January 3, 2020 in an attempt to resolve the issues raised in this motion.  Respondents assent to this motion.

/s/ Stephen Provazza
Stephen Provazza