UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

## JANUARY 8, 2020 JOINT STATUS REPORT

On January 7, 2020, this Court ordered that the Parties confer and, by January 8, 2020, report whether they have agreed to a resolution of Mr. Kim's Motion for Immediate Interim Release or, if not, report concerning the matters discussed in the Court's Order. ECF No. 451. The Parties hereby report that they have agreed to resolve Mr. Kim's Motion for Immediate Interim Release without Court intervention. Therefore, the hearing on Mr. Kim's Motion for Immediate Interim Release set for January 16, 2020 is no longer necessary and the Parties request that the Court cancel the hearing.

Additionally, this Court previously ordered the Parties to confer and report whether any individuals have withdrawn their portions of the Motion for Order to Show Cause. ECF No. 423. The Parties have conferred and have reached an agreement with respect to the five remaining individuals at issue in Petitioners' Motion for Order to Show Cause: Ramon Justo Madeira; Kendall Leon; Sambu Sisse; Amadeu Semedo; and Seoun Kim. Accordingly,

Petitioners hereby withdraw their Motion for Order to Show Cause.  Thus, a hearing on that Motion is no longer necessary and the Parties request that the Court cancel the hearing.

Relatedly, the Parties agree that it is appropriate for the Court to lift its stay of removal as to these individuals.  *See* ECF No. 310-1.

Respectfully submitted this 8th day of January, 2020.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/   *Matthew W. Costello*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455) |
| LAUREN E. FASCETT<br>Senior Litigation Counsel | Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| /s/*Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | 60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com |
| | Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 |
| | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |