UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>　　Petitioners-Plaintiffs,<br><br>　　v.<br><br>CHAD WOLF, ET AL.,<br><br>　　Respondents-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.　　　　　　　　　　　　　　　　　　　　　　　　January 9, 2020

On January 8, 2020, the parties jointly reported that they have resolved the Motion for Immediate Release (Docket No. 437) and the Motion for Order to Show Cause (Docket No. 304) by agreement. See Docket No. 453. Accordingly, it is hereby ORDERED that:

　　1.　The Motion for Immediate Release (Docket No. 437) is MOOT.

　　2.　The Motion for Order to Show Cause (Docket No. 304) is MOOT.

　　3.　The stay of removal as to the remaining individuals at issue in the Motion for Order to Show Cause is LIFTED. See Docket No. 307.

　　4.　The hearing scheduled for January 16, 2020 is CANCELLED.

5. With regard to the status conference scheduled for January 22, 2020, see Docket No. 366-1, the parties shall confer and, by January 17, 2020, report regarding their positions on whether the status conference should be rescheduled and, if not, provide a proposed agenda for the status conference which states the parties' positions on the matters to be addressed and identifies the submissions relevant to each item.

```
                              /s/ Mark L. Wolf
                          _____
                          UNITED STATES DISTRICT JUDGE
```