# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KEVIN K. McALEENAN, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' RESPONSE TO OCTOBER 12, 2019 ORDER

On October 12, 2019, the Court ordered Respondents, by October 16, 2019, to "file any Immigration and Customs Enforcement manual or guidance on 8 C.F.R. § 241.4, including but not limited to subsection (i)(3) regarding the 180-day review personal interview requirement." ECF No. 398. After Respondents responded to this order, Immigrations and Customs Enforcement ("ICE") issued new guidance regarding the interview requirement in 8 C.F.R. § 241.4(i)(3). Respondents now submit this guidance, attached hereto as Exhibit A, pursuant to this Court's order. *See* ECF No. 398.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov
*Counsel for Respondents*

## CERTIFICATE OF SERVICE

    I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ Mary L. Larakers |
|  | Mary L. Larakers |
| Dated: January 10, 2020 | Trial Attorney |