**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ et al., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No.  18-cv-10225-MLW |
| ) | |
| CHAD WOLF, et al. ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF SUBSTITUTED PARTY UNDER RULE 25(d)

1. Pursuant to Federal Rule of Civil Procedure 25(d), and this Court's order that Respondents notify the Court if a new acting or permanent Field Office Director of ICE Boston is appointed (ECF No. 295), this Court should substitute Acting Field Office Director Todd Lyons as a party in this matter in lieu of former Acting Field Office Director Marcos Charles.

2. On December 28, 2019, Todd Lyons became the Acting Field Office Director, after Marcos Charles had served the maximum permissible time a non-Senior Executive Service member can serve in a Senior Executive Service position. *See* 8 C.F.R. § 317.903.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

**CERTIFICATE OF SERVICE**

      I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 13, 2020

/s/ Mary L. Larakers  
Mary L. Larakers  
Trial Attorney