# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JANUARY 17, 2020 JOINT STATUS REPORT

On January 9, 2020, this Court ordered that the parties confer and, by January 17, 2020, report regarding the parties' positions on whether the status conference should be rescheduled, and if not, provide a proposed agenda for the status conference stating the parties' positions on the matters to be addressed and identifying the submissions relevant to each item.  ECF No. 454.

The parties now report that they have agreed that the status conference is not necessary at this time.  However, the parties anticipate that a status conference may be helpful and will file a further report once they have identified a mutually agreeable proposed timeline along with an agenda of the matters to be addressed, the parties' respective positions, and any submissions relevant to each item.

Additionally, the parties anticipate that they will jointly move to extend the deadlines for the close of fact discovery, to file amended pleadings, and related items next week.

Respectfully submitted this 17th day of January, 2020.

| Counsel for the Respondents | Counsel for the Petitioners |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Stephen Provazza*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455) |
| LAUREN E. FASCETT<br>Senior Litigation Counsel | Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | 60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com |
| | Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 |
| | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |