UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>Plaintiffs-Petitioners, <br><br>v. <br><br>CHAD WOLF, et al., <br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## ASSENTED-TO MOTION TO EXTEND THE DEADLINE TO FILE ANY AMENDED COMPLAINT

Petitioners respectfully request that, pending the parties' forthcoming report on the case schedule (to be filed February 4, 2020), the Court: (1) extend the deadline for filing any amended complaint or any motion to file additional pleadings from January 24, 2020, to February 7, 2020; (2) extend the deadline to respond to any amended complaint from February 24, 2020, to March 9, 2020 or, if the amendment requires the certification of a new or amended class definition, from March 24, 2020, to April 7, 2020. In support of this motion, Petitioners state as follows:

The parties continue to negotiate a proposed case schedule, including proposed deadlines for filing any amended complaint (or any motion to file additional pleadings) and responding to any amended complaint. Per the Court's January 21, 2020 Order, Petitioners expect that the parties will report on that schedule, including the aforementioned deadlines, on February 4, 2020. Dkt. No. 463. As the parties continue to negotiate, Petitioners respectfully request that the Court extend the deadlines as outlined above in the interim.

*Allowed.*
*Wolf, DJ*
*Jan. 27, 2020*