UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>   Plaintiff-Petitioners,<br><br> v.<br><br>CHAD WOLF, et al.,<br><br>   Defendants-Respondents. | No. 1:18-cv-10225-MLW<br><br>**EMERGENCY RELIEF REQUESTED** |

## EMERGENCY MOTION TO ENJOIN
## THE REMOVAL OF TWO CLASS MEMBERS

For the reasons described in the accompanying memorandum, Petitioners respectfully request a temporary restraining order preserving this Court's jurisdiction and preventing the removal of Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera until a final remedy can be entered.

Petitioners further respectfully request that this Court issue a permanent injunction:

1. Enjoining Mr. Rodriguez-Aguasviva's removal; and

2. Staying the removal of Mr. Rodriguez-Oseguera unless ICE provides reasons for his removal that do not include the purported justification that he "was ordered removed in absentia on February 25, 2014 and therefore he may be unable to receive a Form I-601A waiver due to being inadmissible under Section 212(a)(6)(B) of the Immigration and Nationality Act for failure to attend his removal proceeding." McCullough Decl. Ex. B.

Respectfully submitted this 27th day of January, 2020.

|  | /s/ Shirley X. Li Cantin |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br><br>*Counsel for Petitioners* |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on January 27, 2020 in an attempt to resolve the issues raised in this motion. Respondents do not assent to this motion.

/s/ Colleen M. McCullough
Colleen M. McCullough