# EXHIBIT 1

## DECLARATION OF ANA RODRIGUEZ

1. My name is Ana Maria Rodriguez. I am a United States citizen and married to Salvador Bienvenido Rodriguez-Aguasviva.

2. My husband and I have known each other for almost three years. I met him through his family who lives near my apartment. We hit it off immediately. Salvador moved in with me in my apartment in Lawrence, Massachusetts on June 5, 2017. We got engaged in September 2018 and planned to get married. However, because Salvador was detained, we couldn't have the marriage and celebration we had dreamed of; instead, we got married while he was in detention on November 18, 2019.

3. Salvador has supported me emotionally and financially. I have been disabled since at least 2014. I suffer with major depression disorder, bipolar disorder, and serious anxiety. I was under so much distress and depression. I would cut my arms and hurt myself when I was upset. Because of these conditions, I cannot work. I see a therapist every two weeks.

4. Everything changed for me when I met Salvador. He made me happy, and I didn't want to cry anymore. Him being there helped my emotions. I felt no more sadness.

5. Salvador has such a calming presence; he's a great listener, he's loveable, and he's light-hearted. When I'm with him, I forget about all my worries; I feel like I'm a kid again. He's the type of person that, if someone else is hurting, he hurts too. He knows exactly how to cheer me up, and spending time with him, whether we are cooking together, watching tv, or just enjoying each other's company, I feel at ease. We also balance each other out. I can be loud and animated – but Salvador is calm, soft-spoken, and a peacemaker. He gets along with everyone.

6. I have three adult, United States citizen children: two sons (23 and 21 years old) and one daughter (19 years old).

7. My sons both serve their country in the army; my oldest son is stationed in Georgia and my younger son is stationed in Kentucky. My younger son is a combat engineer (SPC 12 Bravo) and he's responsible for deactivating bombs. My older son is an infantryman (SPC 11 Bravo).

8. My daughter also lives in Lawrence, but she lives on her own.

9. Salvador has good relationships with my children, especially my daughter.

10. My daughter moved in with me and Salvador for a few months when she was seven months pregnant with her daughter. We spent a lot of time together during that period as a family. Salvador always offered my daughter support, and they got along well. For example, Salvador always offered to buy her whatever she was craving; he was often running to buy her Dairy Queen, which is her favorite.

11. My granddaughter was born in July 2017. Unfortunately, she was born with many health complications. She spent 17 days under close medical supervision at Brigham and Women's Hospital in Boston until she was moved to hospice care. She passed away in hospice care, in our arms.

12. The loss of my beautiful granddaughter was devastating for my family. During this very difficult time, Salvador was always by my side. He was my rock. I don't know what I would have done without him. He called several times every day that I was in the hospital with my daughter and granddaughter. In one of the most difficult times of my life, hearing Salvador's voice telling me not to cry and that everything would be okay, was so comforting to me.

13. Since Salvador moved in with me, I have come to rely on him financially. He worked in construction, working as much as possible and giving me whatever he could to help with the rent and bills. Salvador is a very hard worker. At one time, Salvador was paying for about half of my rent. He was also very generous with his money. He gave me money to visit my mother in Virginia, which I can no longer afford to do.

14. Since Salvador was arrested by ICE, I've struggled to make ends meet: I receive a disability check, but it's not enough to cover all my bills. I've had to babysit for my daughter's friend's child to earn extra money, and I've also had to ask friends for loans to cover my bills and other expenses, including the many expenses tied to Salvador's immigration attorney bills. I've also had to adjust my expenses to get by, and I fear that I might not have enough money to keep my apartment.

15. On the day Salvador was detained, I was at the hair salon under a hair drying machine. Salvador and I had planned to go to the Red Sox game that night with my aunt and uncle, who live in Dracut. Since Salvador came to the United States, it was his dream to see the Red Sox play at Fenway Park. Salvador called me at the salon to ask what time my aunt and uncle planned to pick us up for the game. Nearly a minute later, while still at the salon, Salvador called me again. This time, he told me ICE was arresting him. While Salvador was leaving his construction site, ICE showed up with a paddy wagon and immediately arrested and processed over 20 people. He called me crying from the backseat of the truck, and while ICE began arresting his coworkers, I tried to calm him down and figure out what was happening. He was so scared and didn't know whether or when he would see me again. I immediately started having a panic attack and began vomiting.

16. After his arrest, I lost my appetite and lost weight, needed medication to help me sleep, and have suffered numerous severe anxiety attacks where I hyperventilate and feel like the world is collapsing in on me. When Salvador was by my side, I could fall asleep as soon as my head hit the pillow. He made me feel safe and relaxed.

17. I really miss my husband. He is such a great person—loveable, gentle, generous, and kind. He has no criminal history. I know he wouldn't hurt a fly. I know if released, he

would continue to work hard as he always has, support me emotionally, and contribute to society and our family.

18. With the loss of my granddaughter, my two children serving their country outside of Massachusetts, and the inability to visit my other family out of state, I have felt very alone without my husband. I would do whatever I can for him to be back with me in our home in Massachusetts.

Signed under pains and penalties of perjury,

*Ana Rodriguez*                                       1-26-2020

Ana Rodríguez                                             Date