# EXHIBIT 1-A

**Beth Israel Lahey Health
Behavioral Services**

Lawrence Clinic
12 Methuen St, 3rd Floor
Lawrence, MA 01841

January 15, 2020

Attorney Zoila Gomez
84 East Haverhill Street
Lawrence, MA 01841

Re: Ana Rodriguez

Dear Zoila,

I am a licensed mental health counselor treating Ana Rodriguez for a chronic psychiatric condition. Ana has been an active client with Beth Israel Lahey Health Behavioral Services since March 5, 2014 where she receives individual therapy. Her current diagnosis is Major Depressive Disorder (DSM-5 code F32.9).

This letter is to confirm that Ana attends regularly scheduled individual therapy appointments where her needs and strengths are addressed. Due to the nature of our relationship, I am intimately familiar with her history and how her current stressors negatively impact her mental health. Since reporting that her husband, Salvador Rodriguez Aguasviva, was detained by Immigration and Custom Enforcement awaiting a court hearing or deportation, my client has experienced a marked increase in severity of symptoms related to her diagnosis including difficulty sleeping, loss of appetite, chronic stress and worry, and increased anxiety. In addition, loss of income and expense of legal fees has created a financial hardship that could potentially result in my client's eviction from her home, further negatively impacting her mental health. It is my professional opinion that granting Salvador the opportunity to be released home on his own recognizance, bond, or other conditions will greatly increase Ana's ability to thrive.

I kindly request your assistance in helping Ana bring her husband home while he awaits his next court hearing. Ana and I would greatly appreciate any help you can provide in this case.

Sincerely,

*Nicole O'Connell, LMHC*

Nicole O'Connell, LMHC
Outpatient Clinician
Beth Israel Lahey Health Behavioral Services
12 Methuen Street, 3rd Floor
Lawrence, MA 01841

The information contained in this letter is intended for the exclusive use of the addressee and may contain confidential or privileged information. If you are not the intended recipient, you are hereby notified that any form of dissemination of this communication is strictly prohibited.