UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>Plaintiffs-Petitioners, <br><br>v. <br><br>CHAD WOLF, et al., <br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br>**DECLARATION OF COLLEEN M. MCCULLOUGH IN SUPPORT OF PETITIONERS' MOTION TO ENJOIN THE REMOVAL OF TWO CLASS MEMBERS** |

I, Colleen M. McCullough, declare as follows:

**1.**  I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Motion to Enjoin the Removal of Two Class Members.

**2.**  Attached hereto as Exhibit A is a true and correct redacted copy of the email sent from Respondents' counsel-of-record to Petitioners' counsel-of-record on January 22, 2020 regarding notice of ICE's intent to remove class member Salvador Bienvenido Rodriguez-Aguasviva. The individual's Alien Registration Number, which appears in the email, is Confidential pursuant to the parties' July 30, 2019 Stipulated Protective Order, Dkt. No. 316, and the Court's August 7, 2019 Order, Dkt. 338, and has been redacted.

3.     Attached hereto as Exhibit B is a true and correct redacted copy of the email sent from Respondents' counsel-of-record to Petitioners' counsel-of-record on January 22, 2020 regarding notice of ICE's intent to remove class member Erik Fabricio Rodriguez-Oseguera. The individual's Alien Registration Number, which appears in the email, is Confidential pursuant to the parties' July 30, 2019 Stipulated Protective Order, Dkt. No. 316, and the Court's August 7, 2019 Order, Dkt. 338, and has been redacted.

4.     Attached hereto as Exhibit C is a true and correct copy of *Provisional Unlawful Presence Waivers*, USCIS, (last updated Jan. 5, 2018), www.uscis.gov/family/family-us-citizens/provisional-unlawful-presence-waivers.

5.     Attached hereto as Exhibit D is a true and correct copy of *Questions and Answers: Provisional Waiver Engagement*, USCIS (Sept. 20, 2016), www.uscis.gov/sites/default/files/USCIS/Outreach/PED_QA_ProvisionalWaiverStakeholderEngagement09202016.pdf.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 27th day of January, 2020, in Boston, Massachusetts.

/s/ *Colleen M. McCullough*
Colleen M. McCullough (BBO # 696455)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:colleen.mccullough@wilmerhale.com