# EXHIBIT A

RE: Calderon: Notice Detained Class Member

**Larakers, Mary L. (CIV)** <Mary.L.Larakers@usdoj.gov>
To: WH ACLU MA Calderon Class Action; Adriana Lafaille; MSegal@aclum.org; Kathleen Gillespie
Cc: Piemonte, Eve (USAMA); Weiland, William H. (CIV)

Wed 1/22/2020 12:00 PM

Attachments:
- NOR Rodriguez-Aguasviva, Salvador Bienvenido [redacted].pdf — 237 KB
- CD letter - Rodriguez-Aguasviva, Salvador Bienvenido [redacted].pdf — 83 KB
- Notice of Interview - Rodriguez-Aguasviva, Salvador Bienvenido [redacted].pdf — 62 KB

**EXTERNAL SENDER**

Counsel,

See below information related to the intended removal of a class member. The POCR documents are attached.

The Field Office Director has considered Mr. Salvador Bienvenido RODRIGUEZ-Aguasviva's potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver. The Field Office Director has further considered the reasons for the Provisional Unlawful Presence Waiver and the facts of the alien's particular case before deciding to effectuate the alien's removal order. Specifically, the Field Office Director considered that Mr. RODRIGUEZ-Aguasviva was ordered removed in absentia on September 22, 2016, his motion to reopen was denied on October 29, 2019, and he did not appeal to the Board of Immigration Appeals. As such, the Field Office Director considered that he is likely unable to receive a Form I-601A waiver due being inadmissible under Section 212(a)(6)(B) of the Immigration and Nationality Act for failure to attend his removal proceeding. Based upon such considerations, the Field Office Director determined to effectuate the alien's order of removal from the United States.

| Detention Date | A-Number | Last Name | First Name | Country of Origin | U.S.C. Spouse (YES/NO) | Final Order & Date | I-130 (Approved, Pending, Denied, Unknown) | I-212 | I-601A | Attorney (G-28) (YES/NO) | Criminal | Stay of Removal (I-246) | Attorney Name, Phone and Email | OSUP Revocation Date | Date POCR Notice Issued | Date POCR Conducted and Decisions | Consideration of Potential Eligibility for a Form I-601A, Application for Provisional Unlawful Presence Waiver (YES/NO) | ERO Decision Maker FOD/DFOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/3/2019 | [redacted] | Rodriguez-Aguasviva | Salvador Bienvenido | Dominican Republic | Yes | Yes - 09/22/2016 | Pending | No | No | Yes | Yes | No | Attorney Zoila Marisol Gomez, Gomez and Palumbo LLC, 84 East Haverhill Street, Lawrence, MA 01841, 978-683-1460, zoila@gomezpalumbolaw.com | N/A | 10/18/2019 | 11/22/2019: POCR and CD conducted. 12/05/2019: continued detention letter served | Yes | FOD |

Mary L. Larakers
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 353 4419
F: (202) 305-7000
mary.l.larakers@usdoj.gov

**From:** Larakers, Mary L. (CIV)
**Sent:** Thursday, January 16, 2020 1:18 PM
**To:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>
**Cc:** Piemonte, Eve (USAMA) <epiemonte@usa.doj.gov>; Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>
**Subject:** Calderon: Notice Detained Class Member

Counsel,

See below information related to the detention of a Calderon class member.

- Rodriguez-Aguasviva, Salvador Bienvenido

- ▮▮▮▮▮▮

- Dominican Republic

- Class notice has been provided to the alien and mailed to his attorney.

Best,
Mary

**Mary L. Larakers**
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 353 4419
F: (202) 305-7000
mary.l.larakers@usdoj.gov