# EXHIBIT B

**Notice Detention/Removal Calderon Class Member**



**Larakers, Mary L. (CIV)** <Mary.L.Larakers@usdoj.gov>
To: WH ACLU MA Calderon Class Action; Adriana Lafaille; MSegal@aclum.org; Kathleen Gillespie
Cc: Weiland, William H. (CIV); Piemonte, Eve (USAMA)

Wed 1/22/2020 4:20 PM

Reply | Reply All | Forward

**EXTERNAL SENDER**

Counsel,

See below information related to the detention and intended removal of a Calderon class member. There are no POCR documents at this time.

- Erik Fabricio Rodriguez-Oseguera
- A[REDACTED]
- Honduras

ICE served the alien with the Calderon class notice on 1/21/2020 and mailed a copy to his attorney of record on this same date.

**Justification:**

The Field Office Director has considered RODRIGUEZ-Oseguera potential eligibility for a Form I-601A, Application for a Provisional Unlawful Presence Waiver. The Field Office Director has further considered the reasons for the Provisional Unlawful Presence Waiver and the facts of the alien's particular case before deciding to effectuate the alien's removal order. Specifically, the Field Office Director considered the alien's criminal history, including arrest history of operating under the influence of liquor, and pending charges for unlicensed operation of motor vehicle, leaving the scene of property damage, assault & battery on a police officer, disorderly conduct, and resisting arrest. Additionally, the Field Office Director considered that Mr. Rodriguez-Oseguera was ordered removed in absentia on February 25, 2014 and therefore he may be unable to receive a Form I-601A waiver due being inadmissible under Section 212(a)(6)(B) of the Immigration and Nationality Act for failure to attend his removal proceeding.

| Detention Date | A-Number | Last Name | First Name | Country of Origin | U.S.C. Spouse (YES/NO) | Final Order & Date | I-130 (Approved, Pending, Denied, Unknown) | I-212 | I-601A | Attorney (G-28) (YES/NO) | Criminal | Stay of Removal (I-246) | Attorney Name, Phone and Email | OSUP Revocation Date | Date POCR Notice Issued | Date POCR Conducted and Decisions | Consideration of Potential Eligibility for a Form I-601A, Application for Provisional Unlawful Presence Waiver (YES/NO) | ERO Decision Maker FOD/DFOD | Instructions to Alien |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/3/2020 | [REDACTED] | Rodriguez-Oseguera | Erik Fabricio | Honduras | Yes | Yes - 02/25/2014 | Pending | No | No | Yes | Yes | No | Marcela Ordonez, 401-722-9459 | N/A | N/A | N/A | Yes | FOD | |

Best,
Mary

**Mary L. Larakers**
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 353 4419
F: (202) 305-7000
mary.l.larakers@usdoj.gov