# EXHIBIT C



# Provisional Unlawful Presence Waivers

Since March 4, 2013, certain immigrant visa applicants who are immediate relatives (spouses, children and parents) of U.S. citizens can apply for provisional unlawful presence waivers before they leave the United States for their consular interview. On August 29, 2016, the provisional unlawful presence waiver process was expanded to all individuals statutorily eligible for an immigrant visa and a waiver of inadmissibility for unlawful presence in the United States.

Aliens who are not eligible to adjust their status in the United States must travel abroad and obtain an immigrant visa. Individuals who have accrued more than 180 days of unlawful presence while in the United States must obtain a waiver of inadmissibility to overcome the unlawful presence bars under section 212(a)(9)(B) of the Immigration and Nationality Act before they can return. Typically, these aliens cannot apply for a waiver until after they have appeared for their immigrant visa interview abroad, and a Department of State (DOS) consular officer has determined that they are inadmissible to the United States.

The provisional unlawful presence waiver process allows those individuals who are statutorily eligible for an immigrant visa (immediate relatives, family-sponsored or employment-based immigrants as well as Diversity Visa selectees); who only need a waiver of inadmissibility for unlawful presence to apply for that waiver in the United States before they depart for their immigrant visa interview.

This new process was developed to shorten the time that U.S. citizens and lawful permanent resident family members are separated from their relatives while those relatives are obtaining immigrant visas to become lawful permanent residents of the United States.

The expansion of the provisional unlawful presence waiver process does not affect the continued availability of the Form I-601 process: Individuals who do not wish to seek or do not qualify for a provisional unlawful presence waiver can still file [Form I-601, Application for Waiver of Grounds of Inadmissibility](), after a DOS consular officer determines that they are inadmissible to the United States.

- [What You Need to Know]()
- [Eligibility Requirements]()
- [How to Apply]()
- [Approval of Form I-601A]()
- [Reasons Your Provisional Unlawful Presence Waiver May Be Revoked]()
- [If Your Approved Provisional Unlawful Presence Waiver is Revoked]()
- [If You Are in Removal Proceedings]()
- [If You Have a Final Order of Removal, Exclusion, or Deportation Including an in Absentia Order of Removal Under INA 240(b)(5)]()

If you have a final order of removal, exclusion, or deportation (including an in absentia order of removal under INA 240(b)(5)), you can only obtain a provisional unlawful presence waiver if you have applied for, and we have already approved, [Form I-212, Application for Permission to Reapply for Admission into the United States After Deportation or Removal](), at the time you file Form I-601A.

Once we have approved your Form I-212, you can apply for a provisional unlawful presence waiver by filing Form I-601A. When you file Form I-601A, you must provide proof that we approved your Form I-212. Write the USCIS receipt number for your Form I-212 in **Part 1., Item Number 29.b.** on Form I-601A. You may also provide a copy of the Form I-212 approval notice.

**Denial of Form I-601A or Withdrawal of Form I-601A**

**Avoid Immigration Scams**

**Related Links**

Last Reviewed/Updated: 01/05/2018