# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, Acting Secretary of Homeland Security, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW ) ) ) ) ) ) ) ) ) |

## RESPONDENTS' JANUARY 27, 2020 REPORT

On January 27, 2020, the Court ordered the Parties to confer and, by 11:00 a.m. report regarding matters that relate to Petitioners' Emergency Motion to Enjoin the Removal of Two Class Members (ECF No. 466). ECF No. 469. In light of the Court's order scheduling a hearing for tomorrow, Respondents now report independently in order to inform the Court expeditiously of the most up-to-date information and request that the Court post-pone the January 28, 2020 hearing.

a. Respondents will be unable to remove Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera (the "Class Members") from the United States as originally scheduled due to the Court's January 27, 2020 order preventing Respondents from moving the Class Members outside of the District of Massachusetts until Petitioners' motion has been resolved. *See* ECF No. 469. As a result, Respondents now intend to remove the Class Members from the United States no earlier than February 24, 2020. Accordingly, Respondents respectfully

request until February 4, 2020, to respond to Petitioners' motion and that a hearing on Petitioners' motion be scheduled during the week of February 17, 2020.

Respectfully submitted this 27th day of January 2020.

*Counsel for the Respondents*

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

LAUREN E. FASCETT
Senior Litigation Counsel

/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Mary Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                              /s/ *Mary L. Larakers*
                                                              Mary L. Larakers
Dated: January 27, 2020                                Trial Attorney