# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, Acting Secretary of Homeland Security, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' UNOPPOSED MOTION FOR TELEPHONIC APPEARANCE

On January 27, 2020, the Court tentatively scheduled a hearing for January 28, 2020, at 2:30 p.m. ECF No. 470. As stated in Respondents' January 27, 2020 Report (ECF No. 471), Respondents do not believe the hearing on January 28, 2020, is necessary because ICE does not intend to remove Mr. Rodriguez-Aguasviva or Mr. Rodriguez-Oseguera until on or after February 24, 2020. Instead, Respondents requested the opportunity to respond to Petitioners' Motion (ECF No. 466) by February 4, 2020, and for any hearing to be scheduled for the week of February 17, 2020.[1]  ECF No. 471.

To the extent the Court does not vacate the January 28, 2020 hearing, the undersigned counsel respectfully requests to appear telephonically because the undersigned counsel's office is located in Washington, D.C. and she has not yet been able to make travel arrangements to Boston

---

[1] Assistant U.S. Attorney, Eve Piemonte, is unavailable February 20-21, 2020. February 17, 2020 is a federal holiday.

this evening in order to be physically present at tomorrow's hearing.  Petitioners do not oppose the

relief sought in this motion.

        Respectfully submitted this 27th day of January 2020.

*Counsel for the Respondents*

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

LAUREN E. FASCETT
Senior Litigation Counsel

/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

    Pursuant to Local Rule 7.1, counsel for Respondents conferred with counsel for Petitioners, who do not oppose the relief sought in this motion.

*/s/ Mary L. Larakers*  
Mary L. Larakers  
Trial Attorney

## CERTIFICATE OF SERVICE

    I, Mary Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Mary L. Larakers*  
Mary L. Larakers  
Trial Attorney

Dated: January 27, 2020