UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, Acting Secretary of Homeland Security, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' JANUARY 27, 2020 REPORT

On January 27, 2020, the Court ordered the Parties to confer and, by 11:00 a.m. report regarding matters that relate to Petitioners' Emergency Motion to Enjoin the Removal of Two Class Members (ECF No. 466). ECF No. 469. In light of the Court's order scheduling a hearing for tomorrow, Respondents now report independently in order to inform the Court expeditiously of the most up-to-date information and request that the Court post-pone the January 28, 2020 hearing.

a. Respondents will be unable to remove Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera (the "Class Members") from the United States as originally scheduled due to the Court's January 27, 2020 order preventing Respondents from moving the Class Members outside of the District of Massachusetts until Petitioners' motion has been resolved. *See* ECF No. 469. As a result, Respondents now intend to remove the Class Members from the United States no earlier than February 24, 2020. Accordingly, Respondents respectfully

*In view of this report, a hearing on January 28, 2020 will not be necessary. A further order will issue after petitioners respond to the January 27, 2020 order. MWB, DJ 1/27/20*