## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## CORRECTED JANUARY 28, 2020 REPORT

On January 27, 2020, this Court ordered that counsel confer and, by January 28, 2020 at 11:00 a.m., report on respective issues. Petitioners counsel was ordered to "state when they first learned that each petitioner's removal was imminent and that each is likely to be moved from Massachusetts on January 28, 2020." Dkt. No. 469. Accordingly, Petitioners' counsel state that they first learned that each Petitioner's removal was imminent on Wednesday, January 22, 2020[1] in notices from Respondents' counsel. *See* Dkt. No. 468-1, 468-2. Pursuant to this Court's Order, such notice must be provided five days before a class member's removal, unless respondents cannot reasonably do so. *See* June 27, 2019 Hr'g Tr. 67:3-9; Dkt. No. 301 (joint report summarizing the Court's oral orders); Dkt. No. 295. Therefore, Petitioners were aware that the individuals in question could be removed after five days, or as soon as Monday, January 27, 2020. Petitioners' counsel raised concerns about the removal to Respondents' counsel on Thursday, January 23, the day after receiving notice.

---

[1] Please note that Petitioners' initial report incorrectly stated "Wednesday, February 22." *See* Dkt. 474.

On Friday, January 24, Petitioners' counsel spoke with the immigration attorneys for the individuals and to one of the spouses of one of the individuals. In those conversations, Petitioners' counsel learned that the individuals had been informed that ICE was planning to move them from New England on Tuesday, January 28 for removal from the United States. On Friday and again on Monday, Petitioners' counsel alerted Respondents' counsel to their intent to file a motion. Respondents' counsel responded substantively for the first time on Monday stating that they did not assent to the motion.

Respectfully submitted this 28th day of January, 2020.

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

/s/ Stephen N. Provazza
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Shirley X. Li Cantin (BBO # 675377)
Jonathan A. Cox (BBO # 687810)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Counsel for Petitioners*