UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>    Petitioners-Plaintiffs,<br><br>        v.<br><br>CHAD WOLF, ET AL.,<br><br>    Respondents-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                January 30, 2020

In view of the parties' responses to the January 27, 2020 Order, it is hereby ORDERED that:

1. The parties shall confer and, by February 3, 2020, report whether they have reached an agreement to resolve petitioners' Emergency Motion to Enjoin the Removal of Two Class Members (Docket No. 466) (the "Motion") concerning either or both class members.

2. If the Motion is not fully resolved by agreement, respondents shall, by February 4, 2020, file their opposition.

3. Any reply shall be filed by February 10, 2020.

4. If necessary, a hearing on the Motion shall be held on February 20, 2020, at 1:30 p.m.

                                         /s/ Mark L. Wolf
                                         UNITED STATES DISTRICT JUDGE