# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION FOR EXTENSION OF TIME

On January 30, 2020, the Court ordered the parties to confer and, by February 3, 2020, report whether they have reached an agreement to resolve Petitioners' emergency motion to enjoin the removal of two class members (ECF No. 466) (the "motion") concerning either or both class members. ECF No. 477. If the parties could reach no agreement, the Court ordered Respondents to file their opposition to the motion by February 4, 2020 and for Petitioners to file their reply by February 10, 2020. *Id.* Petitioners and Respondents now jointly move to extend this briefing schedule. *See* ECF No. 477. The parties are continuing to meet and confer regarding a resolution of the motion as it relates to Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera and would like additional time to continue these discussions. As such, the parties request an extension to the briefing schedule set forth in the Court's January 30, 2020 order as follows:

1. By February 7, 2020, the parties will report whether they have agreed to resolve the motion.

2. If the parties have not reached an agreement, Respondents will file their opposition to the motion by February 14, 2020 and Petitioners will file their reply by February 21, 2020.

3. If necessary, a hearing will be held on the motion at the Court's convenience thereafter.[1]

---

[1] Assistant U.S. Attorney Eve Piemonte is not available for a hearing on March 12, 2020.

Respectfully submitted this 31st day of January, 2020.

| | |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 | /s/   *Colleen M. McCullough*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela Sewall (BBO # 683182)<br>Shirley X. Li Cantin (BBO # 675377)<br>Jonathan Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384) |
| Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com |
| JOSEPH H. HUNT<br>Assistant Attorney General | colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com |
| WILLIAM C. PEACHEY<br>Director,  Office of Immigration Litigation | *Counsel for Petitioners* |
| J. MAX WEINTRAUB<br>Senior Litigation Counsel | EVE A. PIEMONTE, BBO No. 628883<br>Assistant United States Attorney<br>United States Attorney's Office |
| /s/  *Mary L. Larakers*<br>MARY L. LARAKERS (Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | 1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Eve.Piemonte@usdoj.gov |

*Counsel for Respondents*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Mary Larakers, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents met and conferred in good faith to resolve the issues presented by this motion on January 31, 2020 and have agreed to file this motion jointly.

>*/s/   Mary L. Larakers*
>Mary L. Larakers