UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION FOR EXTENSION OF TIME

On January 30, 2020, the Court ordered the parties to confer and, by February 3, 2020, report whether they have reached an agreement to resolve Petitioners' emergency motion to enjoin the removal of two class members (ECF No. 466) (the "motion") concerning either or both class members. ECF No. 477. If the parties could reach no agreement, the Court ordered Respondents to file their opposition to the motion by February 4, 2020 and for Petitioners to file their reply by February 10, 2020. *Id.* Petitioners and Respondents now jointly move to extend this briefing schedule. *See* ECF No. 477. The parties are continuing to meet and confer regarding a resolution of the motion as it relates to Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera and would like additional time to continue these discussions. As such, the parties request an extension to the briefing schedule set forth in the Court's January 30, 2020 order as follows:

1. By February 7, 2020, the parties will report whether they have agreed to resolve the motion.

ALLOWED and SO ORDERED.

Wolf, DJ
Feb. 3, 2020