## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, Plaintiffs-Petitioners, v. CHAD WOLF, *et al.*, Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## FEBRUARY 7, 2020 JOINT STATUS REPORT

On February 6, 2020, this Court ordered that the parties shall, by February 7, 2020 at 3:30 p.m., file an updated status report proposing a timeline for a case schedule. ECF No. 481. Additionally, on February 3, 2020, this Court ordered the parties to confer and, by February 7, 2020, report whether they have reached an agreement to resolve Petitioners' emergency motion to enjoin the removal of two class members. ECF No. 479.

The parties now report that they have agreed on a case schedule and accordingly submit a Joint Motion to Extend Deadlines.

Regarding Petitioners' Emergency Motion to Enjoin the Removal of Two Class Members, ECF No. 466, the parties have not reached an agreement to resolve the motion. The parties will submit briefs in accordance with the schedule in ECF No. 479, as follows:

1. Respondents will file their opposition to the motion by February 14, 2020.

2. Petitioners will file their reply by February 21, 2020.

2

The parties respectfully request that this Court schedule a hearing on the motion at a time convenient for the Court.[1]  Petitioners' counsel note that they are unavailable on February 28, 2020.

---

[1] Assistant U.S. Attorney Eve Piemonte is not available for a hearing on March 12, 2020.

Respectfully submitted this 7th day of February, 2020.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Colleen M. McCullough*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159) |
| J. MAX WEINTRAUB<br>Senior Litigation Counsel | Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING HALE AND DORR LLP |
| /s/ *William H. Weiland*<br>WILLIAM H. WEILAND<br>(BBO #661433)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 305-0770<br>(202) 305-7000 (facsimile)<br>william.h.weiland@usdoj.gov | 60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com |
| | Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 |
| | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |