UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION TO EXTEND DEADLINES

The parties respectfully request that the Court extend the deadlines set forth in this Court's August 28, 2019 Scheduling Order, ECF No. 366-1, as follows:

|  | **Scheduling Order, ECF No. 366-1** | **Proposed Deadline** |
|---|---|---|
| Deadline to file amended pleadings | February 7, 2020[1] | May 1, 2020 |
| Deadline to respond to amended pleadings | March 9, 2020 or, if the amendment requires the certification of a new or amended class definition, from March 24, 2020 to April 7, 2020 | May 29, 2020 |
| Close of fact discovery | February 28, 2020 | June 5, 2020 |
| Joint report as to the prospects for settlement and summary judgment motions | March 13, 2020 | June (TBD) |

---

[1] This amended date was agreed to by the parties and allowed by the Court on January 27, 2020. *See* ECF No. 465.

**Error! Unknown document property name.**

| Settlement report and status conference regarding Rule 56 motions | March 24, 2020 | June (TBD) |

The parties do not believe that a status conference is necessary at this time.  Additionally, the parties have agreed to the following timeline with respect to fact discovery: (1) Respondents agree to begin document production on a rolling basis no later than February 28, 2020; (2) Respondents agree to substantially complete document production in response to Petitioners' First Set of Requests for Production by March 27, 2020; and (3) Petitioners agree to serve their Second Set of Requests for Production by April 10, 2020.

Respectfully submitted this 7th day of February, 2020.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br><br>J. MAX WEINTRAUB<br>Senior Litigation Counsel<br><br>/s/ *William H. Weiland*<br>WILLIAM H. WEILAND<br>(BBO #661433)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 305-0770<br>(202) 305-7000 (facsimile)<br>william.h.weiland@usdoj.gov | /s/  *Colleen M. McCullough*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Shirley X. Li Cantin (BBO # 675377)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>　HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br><br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on February 6, 2020 in an attempt to resolve the issues raised in this motion. Respondents assent to this motion.

                                                            */s/ Colleen M. McCullough*