# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, | ) ) ) ) | |
| Individually and on behalf of all others similarly situated, | ) ) ) | No. 1:18-cv-10225-MLW |
| Plaintiffs-Petitioners, | ) ) ) | |
| v. | ) ) | |
| CHAD WOLF, *et al.*, | ) ) ) | |
| Defendants-Respondents. | ) ) | |

## JOINT MOTION TO EXTEND DEADLINES

The parties respectfully request that the Court extend the deadlines set forth in this

Court's August 28, 2019 Scheduling Order, ECF No. 366-1, as follows:

| | Scheduling Order, ECF No. 366-1 | Proposed Deadline |
|---|---|---|
| Deadline to file amended pleadings | February 7, 2020[1] | May 1, 2020 |
| Deadline to respond to amended pleadings | March 9, 2020 or, if the amendment requires the certification of a new or amended class definition, from March 24, 2020 to April 7, 2020 | May 29, 2020 |
| Close of fact discovery | February 28, 2020 | June 5, 2020 |
| Joint report as to the prospects for settlement and summary judgment motions | March 13, 2020 | June (TBD) |

---

[1] This amended date was agreed to by the parties and allowed by the Court on January 27, 2020. *See* ECF No. 465.

ALLOWED and SO ORDERED
WOLF, D.J.
Feb. 7, 2020