# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., </br></br>Individually and on behalf of all others similarly situated, </br></br>          Plaintiffs-Petitioners, </br></br>v. </br></br>CHAD WOLF, et al., </br></br>          Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

On February 6, 2020, this Court ordered that the parties shall, by February 7, 2020, at 3:30 p.m., file an updated status report proposing a timeline for a case schedule. ECF No. 481. Additionally, on February 3, 2020, this Court ordered the parties to confer and, by February 7, 2020, report whether they have reached an agreement to resolve Petitioner's emergency motion to enjoin the removal of Mr. Rodriguez-Oseguera and Mr. Rodriguez Aguasviva (the "motion"). ECF No. 479. The parties met and conferred and proposed that Respondents file their opposition on February 14, 2020, and Petitioners file their reply brief on February 21, 2020. ECF No. 482.

Respondents now seek an extension of their February 14, 2020 deadline until February 20, 2020. In support thereof, Respondents state as follows:

1. The immigration court denied Mr. Rodriguez-Oseguera's motion to reopen his *in absentia* final order of removal on February 11, 2020 and notification of this denial was sent to ICE on February 13, 2020. He may appeal this denial of his motion to reopen

with the Board of Immigration Appeals and seek a stay of removal in conjunction with any appeal.

2. Due to this recent development in Mr. Rodriguez-Oseguera's case, Respondents would like more time to confer internally and with Petitioners regarding Mr. Rodriguez-Oseguera's motion to stay his removal (ECF No. 466).

3. Additionally, due to this development, Respondents require additional time to prepare a new declaration that adequately describes the new posture of Mr. Rodriguez-Oseguera's immigration case in support of their opposition.

4. Therefore, Respondents request that the Court enter an order granting an extension of the briefing deadlines (ECF No. 482) as follows:

   a. Respondents will file their opposition to the motion by February 20, 2020.

   b. Petitioners will file their reply by March 5, 2020.

   c. If necessary, a hearing on the motion at the Court's convenience thereafter.[1]

Respectfully submitted this 13th day of February, 2020.

---

[1] Assistant U.S. Attorney Eve Piemonte is not available for a hearing on March 12, 2020 and March 30, 2020 through April 3, 2020.

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ *Mary L. Larakers*
MARY L. LARAKERS (Texas Bar #
24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Mary Larakers, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents met and conferred in good faith to resolve the issues presented by this motion on February 13, 2020 and Petitioners agreed to the relief sought in this motion.

*/s/     Mary L. Larakers*
Mary L. Larakers


**CERTIFICATE OF SERVICE**

I, Mary Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Mary L. Larakers*
Mary L. Larakers
Dated: February 13, 2020          Trial Attorney