**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br>          Plaintiffs-Petitioners, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br>          Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION TO EXCEED 20-PAGE LIMIT

Respondents and Petitioners jointly request that they be permitted to exceed the twenty-page limit set forth in Local Rule 7.1(B)(4) for their opposition and reply to Petitioners' motion to enjoin the removal of two class members (ECF No. 466) due on February 20 and March 5 respectively. Because Petitioners' motion concerns two class members with different factual backgrounds, the parties require additional pages to fully address the issues present in each case. Therefore, they respectfully seek leave to file memoranda on February 20 and March 5 that do not exceed twenty-five pages.

Respectfully submitted this 20th day of February, 2020.

| | |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | /s/ *Stephen Provazza*<br>Kevin S. Prussia (BBO # 666813)<br>Shirley X. Li Cantin (BBO # 675377)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br><br>*Counsel for Petitioners* |

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/  *Mary L. Larakers*
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

     I, Mary Larakers, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents met and conferred in good faith to resolve the issues presented by this motion on February 20, 2020, and have agreed to file this motion jointly.

                                        */s/     Mary Larakers*
                                        Mary Larakers