UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**PETITIONERS' MOTION TO WITHDRAW THEIR EMERGENCY MOTION TO ENJOIN THE REMOVAL OF CLASS MEMBER MR. RODRIGUEZ-OSEGUERA AND TO LIFT THE STAY OF HIS REMOVAL**

Petitioners move to withdraw their Emergency Motion to Enjoin the Removal of Two Class Members with respect to Mr. Rodriguez-Oseguera, Dkt. 466, and to lift the stay of his removal, Dkt. 469 ¶ 3. Respondents assent to this motion.

On January 27, 2020, Petitioners filed an Emergency Motion to Enjoin the Removal of Two Class Members, Mr. Rodriguez-Oseguera and Mr. Rodriguez-Aguasviva. Dkt. 466. To preserve its jurisdiction over the issues raised in the motion, this Court ordered both class members not be moved outside the District of Massachusetts until the motion had been resolved. Dkt. 469. Respondents filed their brief in opposition to Petitioners' motion on February 20. Petitioners' reply brief is due March 5. Dkt. 487. The parties have conferred with regard to Mr. Rodriguez-Oseguera, and Petitioners now withdraw the portion of their Emergency Motion with respect to Mr. Rodriguez-Oseguera and respectfully request that this Court lift the stay of his removal.

*[Handwritten notation:]* This Motion is hereby ALLOWED and the stay of removal of Mr. Rodriguez-Oseguera is LIFTED. He may, therefore, be removed. W₆U. D.J. Feb. 25, 2020