# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **DECLARATION OF MATTHEW W. COSTELLO IN SUPPORT OF PETITIONERS' REPLY IN SUPPORT OF MOTION TO ENJOIN CLASS MEMBER'S REMOVAL** |

I, Matthew W. Costello, declare as follows:

1. I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Reply in Support of Petitioners' Motion to Enjoin Class Member's Removal.

2. Attached hereto as Exhibit A is a true and correct redacted copy of excerpts from the transcript of the July 16, 2019 deposition of Marcos Charles. Specifically, this copy includes all portions of that transcript that were cited in Petitioners' Reply in Support of Petitioners' Motion to Enjoin Class Member's Removal, but excludes other portions not cited in the Reply. Pursuant to the Protective Order (Dkt. No. 316), limited redactions have been made for material designated by Respondents as Protected Material.

3. Attached hereto as Exhibit B is a true and correct copy of the email sent from Respondents' counsel of record to Petitioners' counsel of record on January 27, 2020, confirming that Respondents would continue to pursue removal for Mr. Rodriguez-Aguasviva.

4. Attached hereto as Exhibit C is a true and correct copy of the email sent from Respondents' counsel ofrecord to Petitioners' counsel of record on March 3, 2020, confirming that Respondents would not produce documents consulted or relied upon in making the initial determination to remove Mr. Rodriguez-Aguasviva.

5. Attached hereto as Exhibit D is a true and correct copy of a declaration from Ms. Tania Palumbo, signed under the pains and penalties of perjury on March 5, 2020. Ms. Palumbo is immigration counsel for Mr. Rodriguez-Aguasviva.

6. Petitioners have obtained from Mr. Rodriguez-Aguasviva's counsel documents related to the post order custody review process, his motion to reopen, and the I-130 petition filed by his wife. Petitioners have not received any other materials referenced in Mr. Lyons's declaration.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 5th day of March, 2020, in Boston, Massachusetts.

/s/ *Matthew W. Costello*
Matthew W. Costello (BBO # 696384)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: matthew.costello@wilmerhale.com