# EXHIBIT C

# Luo, Christina

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> |
| **Sent:** | Tuesday, March 3, 2020 12:37 PM |
| **To:** | Costello, Matthew; McCullough, Colleen; Weiland, William H. (CIV); Piemonte, Eve (USAMA) |
| **Cc:** | WH ACLU MA Calderon Class Action; Adriana Lafaille; MSegal@aclum.org; kathleen.m.gillespie@outlook.com |
| **Subject:** | RE: Calderon - Documents relating to Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera |

**EXTERNAL SENDER**

Hi Matt,

ICE does not agree to produce any of the requested documents at this time. If any of these documents are responsive to your RFPs, they will be produced in the ordinary course.

Best,
Mary

**From:** Costello, Matthew <Matthew.Costello@wilmerhale.com>
**Sent:** Tuesday, March 03, 2020 10:44 AM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; McCullough, Colleen <Colleen.McCullough@wilmerhale.com>; Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>; Piemonte, Eve (USAMA) <epiemonte@usa.doj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; kathleen.m.gillespie@outlook.com
**Subject:** RE: Calderon - Documents relating to Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera

Mary,

Do you have an update on our below request for documents?

Thanks,
Matt

**Matthew W. Costello | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6313 (t)
+1 617 526 5000 (f)
matthew.costello@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Thursday, February 27, 2020 2:13 PM
**To:** McCullough, Colleen <Colleen.McCullough@wilmerhale.com>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; kathleen.m.gillespie@outlook.com
**Subject:** RE: Calderon - Documents relating to Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera

**EXTERNAL SENDER**

Colleen,

I've inquired with ICE and asked them to get me an answer by tomorrow.

Best,
Mary

**From:** McCullough, Colleen <Colleen.McCullough@wilmerhale.com>
**Sent:** Thursday, February 27, 2020 12:48 PM
**To:** Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>; Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>; Piemonte, Eve (USAMA) <epiemonte@usa.doj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; kathleen.m.gillespie@outlook.com
**Subject:** RE: Calderon - Documents relating to Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera

Mary,

I'm writing to follow up on the below email. Could you please send us the requested documents? Could you also please let us know which documents were relied on in making the initial determination to remove Mr. Rodriguez-Aguasviva, and which documents were consulted in conjunction with the drafting of the affidavit?

Thanks,
Colleen

**From:** McCullough, Colleen <Colleen.McCullough@wilmerhale.com>
**Sent:** Friday, February 21, 2020 5:09 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; kathleen.m.gillespie@outlook.com
**Subject:** Calderon - Documents relating to Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera

Mary,

The Lyons affidavits filed yesterday describe information in ICE's possession related to Mr. Rodriguez-Aguasviva and Mr. Rodriguez-Oseguera. Please send us any documents that Mr. Lyons consulted or relied on in preparing those affidavits, as well as any documents consulted or relied on in making the initial determination to remove those individuals, including printouts from the EARM or any other systems or databases viewed.

Thanks,
Colleen

**Colleen McCullough | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6348 (t)
+1 617 526 5000 (f)
<colleen.mccullough@wilmerhale.com>

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to <postmaster@wilmerhale.com>—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at <http://www.wilmerhale.com>.