# EXHIBIT D

# DECLARATION OF TANIA PALUMBO

1. My name is Tania Palumbo. I am an immigration attorney licensed to practice in Massachusetts. I am a partner at the law firm Gomez & Palumbo, LLC.

2. Our law firm was engaged to represent Salvador Rodriguez-Aguasviva after he was detained by immigration authorities on September 4, 2019.

3. Our firm does not have the documents underlying Mr. Rodriguez-Aguasviva's initial entry and removal order. We have records associated with post order custody reviews after Mr. Rodriguez-Aguasviva's detention, materials associated with the Petition for Alien Relative (I-130) filed by Mr. Rodriguez-Aguasviva's wife on his behalf in December 2019, and materials associated with our motion to reopen Mr. Rodriguez-Aguasviva's removal case. We do not have Mr. Rodriguez-Aguasviva's Notice to Appear, any records of his processing by Customs and Border Protection, any filings made on his behalf by a prior attorney, or his original removal order. We have not been provided by the immigration court with, and do not have, any written order explaining the immigration judge's reasons for denying Mr. Rodriguez-Aguasviva's motion to reopen. We have provided counsel for the Petitioners in *Calderon v. Nielsen*, 18-cv-10025, with the documents we have.

Signed under pains and penalties of perjury,

_____    03/05/2020
Tania Palumbo                 Date