## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., | ) ) ) ) ) | |
| Plaintiffs-Petitioners, | ) ) | No. 1:18-cv-10225-MLW |
| v. | ) ) | |
| CHAD WOLF, et al., | ) ) | |
| Defendants-Respondents. | ) ) ) ) | |

## NOTICE OF UNAVAILABILTY

On August 27, 2018, this Court ordered the parties to ensure that an individual with full settlement authority be present for all future hearings of the Court. ECF No. 152. On January 27, 2020, Petitioners filed an emergency motion to enjoin the removal of two class members. ECF No. 466. The Court ordered Respondents to respond to the motion by February 20, 2020, and for Petitioners to file their reply by March 5, 2020. The Court has not yet set a hearing on this motion.

Respondents now notify the Court that the individual with settlement authority, Acting Field Office Director Todd Lyons, is unavailable for a hearing from March 10th through 24th, 2020.[1] Therefore, Respondents respectfully request that the Court schedule a hearing on Petitioners' motion no earlier than March 25, 2020.

---

[1] Additionally, local counsel, Assistant U.S. Attorney Eve Piemonte, is unavailable on March 12, 2020, and will be in trial on March 30 through April 6, 2020.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

C. FRED SHEFFIELD
Senior Litigation Counsel

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

## **CERTIFICATE OF SERVICE**

      I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ Mary L. Larakers |
|  | Mary L. Larakers |
| Dated: March 5, 2020 | Trial Attorney |