# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, Acting Secretary of Homeland Security, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

## **RESPONDENTS' ASSENTED-TO MOTION FOR LEAVE TO FILE SURREPLY**

Pursuant to L.R. 7.1(b)(3), Respondents move this Court for leave to file a surreply in further support of their opposition to Petitioners' motion to enjoin the removal of two class members. *See* ECF No. 468. Petitioners include a number of arguments and cite to numerous cases, to which Respondents wish to respond. Respondents now request leave to file a surrreply to address these arguments and cases. Respondents have attached their surreply brief as an exhibit to this motion. Assuming this Court grants Respondents' motion, Respondents request this Court deem their surreply in support of the motion to dismiss as properly filed.

Respectfully submitted this 118h day of March, 2020.

                JOSEPH H. HUNT
                Assistant Attorney General

                WILLIAM C. PEACHEY
                Director
                Office of Immigration Litigation

                C. FRED SHEFFIELD
                Senior Litigation Counsel

                */s/ Mary L. Larakers*.
                MARY L. LARAKERS
                Trial Attorney
                U.S. Department of Justice, Civil Division
                Office of Immigration Litigation
                District Court Section
                P.O. Box 868, Ben Franklin Station
                Washington, DC 20044
                (202) 353-4419
                (202) 305-7000 (facsimile)
                mary.l.larakers@usdoj.gov

                *Counsel for Respondents*

## **LOCAL RULE 7.1 CERTIFICATION**

      Pursuant to Local Rule 7.1, counsel for Respondents conferred with counsel for Petitioners' who assented to the relief sought in this Motion.

/s/ Mary L. Larakers  
Mary L. Larakers  
Trial Attorney

## **CERTIFICATE OF SERVICE**

      I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 18, 2020

/s/ Mary L. Larakers  
Mary L. Larakers  
Trial Attorney