UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
DECLARATION

JOSE L. VELESACA and ABRAHAM CARLO UZATEGUI NAVARRO, on their own behalf and on behalf of others similarly situated,

Petitioners-Plaintiffs,

v.

THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; MATTHEW ALBENCE, in his official capacity as the Acting Director for U.S. Immigration and Customs Enforcement; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD WOLF, in his official capacity as Secretary of the U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CARL E. DUBOIS, in his official capacity as the Sheriff of Orange County

Respondents-Defendants.

Case No. 1:20-cv-1803

## DECLARATION OF CAPTAIN JENNIFER MOON

I, Captain Jennifer Moon, MPH, MSN, FNP-BC, make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), and currently serve as the Deputy Assistant Director for Healthcare Compliance with ICE Health Service Corps (IHSC). I have held this position since November 1, 2018.

2. In my current position, I provide oversight of the Medical Case Management Unit to which the Field Medical Coordinators (FMCs) report. The FMCs serve as medical consultants to the ICE field offices and oversee clinical services at Inter-Governmental Service Agreement (IGSA) facilities that house ICE detainees, including the Bergen County Jail, Essex County Correctional Center (Essex County Jail), Hudson County Corrections and Rehabilitation Center (Hudson County Jail), and Orange County Correctional Facility (Orange County Jail).

3. IHSC's FMCs ensure that the provision of medical care by contractors to the ICE detainees within the IGSA facilities meets detention standards, as required by the IGSA contract. The FMCs do not provide hands-on care or direct the care within the IGSAs but monitor the medical care and services provided by the contract facilities. Medical staff at the contract facilities are directly responsible for medical care at the facility.

4. IHSC comprises a multidisciplinary workforce that consists of U.S. Public Health Service Commissioned Corps (USPHS) officers, federal civil servants, and contract health professionals.

5. Since the onset of reports of Coronavirus Disease 2019 (COVID-19), ICE epidemiologists have been tracking the outbreak, regularly updating infection prevention and control protocols, and issuing guidance to field staff on screening and management of potential exposure among detainees.

6. In testing for COVID-19, IHSC is also following guidance issued by the Centers for Disease Control (CDC) to safeguard those in its custody and care.

7. Each detainee is screened for disabilities upon admission. Identified disabilities are further evaluated and reasonable accommodations are provided as medically appropriate.

8. At the Bergen County Jail, Essex County Jail, Hudson County Jail and Orange County Jail, during intake medical screenings, detainees are assessed for fever and respiratory illness, are asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days, and whether they have traveled from or through area(s) with sustained community transmission in the past two weeks.

9. The detainee's responses and the results of these assessments will dictate whether to monitor or isolate the detainee. Those detainees who present symptoms compatible with COVID-19 will be placed in isolation, where they will be tested. If testing is positive, they will remain isolated and treated. In case of any clinical deterioration, they will be referred to a local hospital.

10. In cases of known exposure to a person with confirmed COVID-19, asymptomatic detainees are placed in cohorts with restricted movement for the duration of the most recent incubation period (14 days after most recent exposure to an ill detainee) and are monitored daily for fever and symptoms of respiratory illness. Cohorting is an infection-prevention strategy which involves housing detainees together who were exposed to a person with an infectious organism but are asymptomatic. This practice lasts for the duration of the incubation period of 14 days, because individuals with these and other communicable diseases can be contagious before they develop symptoms and can serve as undetected source patients. Those that show onset of fever and/or respiratory illness are referred to a medical provider for evaluation. Cohorting is discontinued when the 14-day incubation period completes with no new cases. Per ICE policy, detainees diagnosed with any communicable disease who require isolation are place in an appropriate setting in accordance with CDC or state and local health department guidelines.

11. The Bergen, Essex, Hudson and Orange County Jails each has the following medical capabilities:

- The Bergen County Jail, which manages both males and females, provides daily access to sick calls in a clinical setting and has an onsite medical infirmary and mental health services with the ability to admit patients at the local hospital for mental health care.

- The Essex County Jail, which manages males only, provides daily access to sick calls in a clinical setting, has an onsite medical infirmary and provides onsite dental, podiatry, optometry, and hemodialysis services.

- The Hudson County Jail (Hudson), which manages both males and females, provides daily access to sick calls in a clinical setting, and has an onsite medical infirmary. Hudson manages stable chronic care patients but does not have hospital services for acute mental health patients. Hudson provides onsite dental, gynecological and optometry services.

- Orange County Jail, which manages both males and females, provides daily access to sick calls in a clinical setting, has a medical infirmary on site and provides mental health services by a separate county entity.

12. As of 5:00 p.m. on March 24, 2020, IHSC has the following information:

    a. There are two ICE detainee suspected cases of COVID-19 in the Bergen County Jail who are on medical observation per CDC guidelines. There are zero suspected cases at Essex County Jail and Hudson County Jail. There is one suspected case among the inmate population at the Orange County Jail. However, inmates and ICE detainees are housed separately and no ICE detainees are affected.

    b. There is one ICE detainee from Bergen County Jail at the hospital who tested positive for COVID 19 and is in isolation and receiving treatment per CDC guidelines. There are zero confirmed cases of COVID-19 in the Essex County Jail and Orange County Jails. There are two confirmed cases of COVID-19 at Hudson County Jail among the inmate population which are housed in units separately from ICE detainees. No Hudson County ICE detainees are affected. The two confirmed cases are isolated and receiving medical treatment consistent with CDC guidelines.

13. The Bergen County Jail, Hudson County Jail, Essex County Jail, and Orange County Jail all have populations within their approved capacities and are not overcrowded.

14. The four facilities have increased sanitation frequency and provide sanitation supplies as follows:

    - Bergen County Jail – provides disinfectant spray, hand sanitizer, and soap in every housing unit at the jail. The administration is encouraging both staff and the jail general population to use these tools often and liberally.

- Essex County Jail – provides disinfectants to staff and cleaning crews and CDC recommended cleaning and disinfection above and beyond normal activity have been implemented.

- Hudson County Jail – provides hand sanitizer to detainees and staff and cleans and disinfects each housing unit between shifts and entire cell blocks on a rotational schedule.

- Orange County Jail – provides every Housing Unit in the jail with disinfectant spray, soap, hot water and gloves. Jail staff and the jail general population are directed to use these cleaning tools often and liberally.

15. The Bergen County, Essex County, Hudson County, and Orange County Jails have limited professional visits to noncontact visits and suspended in person social visitation and facility tours.

16. The Bergen County, Essex County, Hudson County, and Orange County Jails are screening all staff and vendors when they enter the facilities including body temperatures.

17. The Bergen County, Essex County, Hudson County, and Orange County Jails are screening all detainee intakes when they enter the facilities including travel histories, medical histories and checking body temperatures and have procedures to continue monitoring the populations' health.

18. The Bergen County, Essex County, Hudson County, and Orange County Jails provide education on COVID-19 to staff and detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting to seek medical care if they feel ill. The facilities provide detainees daily access to sick call.

19. The Bergen County, Essex County, Hudson County, and Orange County Jails have identified housing units for the quarantine of patients who are suspected of or test positive for COVID-19 infection to be addressed as set forth in paragraphs 8, 9 and 10, *supra*.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and based on information obtained from other individuals employed by ICE.

DATED: March 24, 2020

Captain Jennifer Moon, MPH, MSN, FNP-BC
ICE Health Service Corps
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement