## AFFIDAVIT OF SHERIFF JOSEPH D. McDONALD, JR.

I, Joseph D. McDonald, Jr., depose and state the following of my own knowledge:

1. I am the Sheriff of Plymouth County. I have held that office since January of 2005. Prior to my election, I was an attorney in private practice and then an assistant district attorney. I have been an attorney since 1991.

2. The primary mission of the Sheriff's Department is the operation of the Plymouth County Correctional Facility. The safety of the persons committed to the Department's care and custody, the staff, and the public is of paramount importance.

3. The Department takes very seriously its obligation to provide proper medical care to the inmates at the Facility. The Department maintains a full-time medical staff which is on duty 24-7. The Department contracts with a vendor to provide an on-site physician. Additionally, the Department has contacts with hospitals throughout the greater Boston area to provide specialty or advanced care as needed. Beth Israel Deaconess Plymouth community hospital is located within one mile of the Facility.

4. The Department has taken special precautions to protect inmates and staff from exposure to the Coronavirus. These precautions include:

    a. Beginning in February, the Department enhanced its inmate intake procedure to obtain additional information about travel and exposure to illness.

    b. The Department has adopted treatment and detection practices consistent with guidelines from the Center for Disease Controls ("CDC") and Department of Public Health ("DPH"). The Department's health services administrator is in frequent contact with DPH and consults them on the challenges facing the Department.

    c. The Department suspended visits by friends, families, and volunteers. To assist with the transition, the Department arranged with its telephone vendors to provide two free calls per week.

    d. The Department restricted attorney visits to non-contact. The Department disabled monitoring and recording functions for visit phones.

    e. The Department has kept non-essential staff from entering the Facility, consistent with the governor's order for executive staff.

    f. The Department has ceased inmate assignments to the farm operation, community work crew, and other work details outside the Facility.

    g. The Department has eliminated unnecessary movement within the Facility.

    h. The Department established a housing unit for newly admitted inmates and inmates who leave and return to the Facility, to monitor for signs and symptoms of the virus. Inmates remain in the unit until they clear the incubation period.

    i. The Department has worked with Trial Court officials to limit travel outside the Facility by conducting hearings by videoconference and telephone. This greatly has reduced travel to and from the Facility and resulting potential exposure.

    j. The Department has changed recreation and meal schedules to provide more space in the dayrooms.

    k. The Department maintains an aggressive cleaning schedule for the housing units and conducts daily sanitation of transportation vans.

    l. The Department has educated staff and inmates on sanitation practices and proper social distancing.

5. Currently, the Facility is well below maximum capacity. This has afforded the Department flexibility in making housing assignments which provide more space for the inmates.

Signed under the pains and penalties of perjury this 25th Day of March, 2020,

_____
Joseph D. McDonald, Jr.
Sheriff