```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

LILIAN PAHOLA CALDERON JIMENEZ   )
AND LUIS GORDILLO, ET AL.,       )
individually and on behalf of all )
others similarly situated,       )
                                 )
    Petitioners-Plaintiffs,      )
                                 )
         v.                      )    C.A. No. 18-10225-MLW
                                 )
CHAD WOLF, ET AL.,               )
                                 )
    Respondents-Defendants.      )

                         MEMORANDUM AND ORDER

WOLF, D.J.                                          March 26, 2020

    Attached is a transcript of the decision, issued orally on March 25, 2020, granting the Motion for Immediate Interim Release of Class Member Salvador Rodriguez-Aguasviva (Docket No. 500).

                                        /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT JUDGE