# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> No. 1:18-cv-10225-MLW |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.5.2(c), Counsel for Petitioners hereby notifies the Court of the withdrawal of Shirley X. Li Cantin as counsel in the above-captioned matter. As of March 2020, Ms. Cantin is longer associated with Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Petitioners will continue to be represented by WilmerHale, along with co-counsel at the American Civil Liberties Union Foundation of Massachusetts, Inc. and attorney Kathleen M. Gillespie, who remain attorneys of record in this case.

Respectfully submitted,

*/s/ Matthew W. Costello*

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan Cox (BBO # 687810)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

1

Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorney for Petitioners*

Dated: March 26, 2020