UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br>Individually and on behalf of all others similarly situated, <br><br>    Plaintiffs-Petitioners, <br><br>  v. <br><br>CHAD WOLF, et al., <br><br>    Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' NOTICE OF COMPLIANCE WITH COURT ORDER

On March 25, 2020, the Court ordered that Respondents release Mr. Aguasviva from detention and notify the Court upon his release. ECF No. 507. Respondents now notify the Court that they released Mr. Aguasviva from detention on March 26, 2020.

Respectfully submitted, .

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Mary Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 26, 2020

/s/ *Mary L. Larakers*
Mary L. Larakers
Trial Attorney