UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>CHAD WOLF, *et al.*,<br><br>    Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.5.2(c), Counsel for Petitioners hereby notifies the Court of the withdrawal of Shirley X. Li Cantin as counsel in the above-captioned matter. As of March 2020, Ms. Cantin is longer associated with Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Petitioners will continue to be represented by WilmerHale, along with co-counsel at the American Civil Liberties Union Foundation of Massachusetts, Inc. and attorney Kathleen M. Gillespie, who remain attorneys of record in this case.

Respectfully submitted,

*/s/ Shirley X. Li Cantin*

Shirley X. Li Cantin[1] (BBO # 675377)

Dated: March 27, 2020

---

[1] Ms. Cantin currently does not have a business address but can provide the Court with her current personal address, email address, and phone number, if needed.

1