# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, et al., Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>    Defendants-Respondents. | )<br>)<br>)<br>)<br>)<br>)  No. 1:18-cv-10225-MLW<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

On March 25, 2020, the Court ordered the parties to confer and, by April 3, 2020, report whether they have agreed to a resolution of the Motion to Enjoin Removal of Mr. Salvador Rodriguez-Aguasviva (Dkt. 466), and, if not, suggest dates after April 12, 2020, for a hearing on the merits of that motion. Dkt. 506. The Court stated that, if necessary, the parties could request additional time to report. Mar. 25, 2020 Hr'g Tr. at 44:2-3. The parties report that they have not yet agreed to resolve Petitioners' Motion but request additional time to confer. To that end, the parties respectfully request an additional week, until April 10, 2020, to report to the Court whether they have reached an agreement or to suggest dates after April 12, 2020 for a hearing on the merits of that Motion.

Respectfully submitted this 3rd day of April, 2020.

2

| *Counsel for Respondents* | *Counsel for Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br><br>J. MAX WEINTRAUB<br>Senior Litigation Counsel<br><br>/s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | /s/ *Stephen N. Provazza*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br><br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane Lexington, MA 02421<br>(339) 970-9283 |