UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LILIAN PAHOLA CALDERON JIMENEZ     )
AND LUIS GORDILLO, ET AL.,         )
individually and on behalf of all  )
others similarly situated,         )
     Petitioners-Plaintiffs,       )
                                   )
          v.                       )    C.A. No. 18-10225-MLW
                                   )
CHAD WOLF, ET AL.,                 )
     Respondents-Defendants.       )
```

ORDER

WOLF, D.J.                                              April 7, 2020

On April 6, 2020, Franklin Gregorio Ayabar filed an Emergency Petition for Writ of Habeas Corpus and Stay of Deportation. See Ayablar v. McDonald et. al, Civ. No. 20-10677 (Dkt. No. 1). The case was randomly assigned to Judge Douglas Woodlock. The petition alleges that Ayabar was transferred from Massachusetts to Alexandria, Louisiana, and that he was scheduled to be removed from the United States on April 7, 2020. Recognizing that the District of Massachusetts did not have jurisdiction, Judge Woodlock transferred the case to the Western District of Louisiana. See Dkt No. 6. The court is informed that a judge of that court ordered a stay of Ayabar's removal.

The petition alleges that: Ayabar had been in custody in Massachusetts; he is married to a United States citizen, who works for a State Representative, see Dkt. No. 5; and she has filed a

Form I-130 on his behalf which has been approved. Therefore, it appears that Ayabar may be a member of the class certified in this case. If so, the alleged circumstances raise questions concerning whether Ayabar was notified by Immigration and Customs Enforcement ("ICE") that he is a member of the class, see Dkt Nos. 295, 340, and whether class counsel were given by ICE five business days notice that Ayabar would be removed or prompt notice if ICE could not reasonably provide five business days notice, see Dkt. No. 295.

In view of the foregoing, it is hereby ORDERED that class counsel and counsel for respondents shall confer and, by April 9, 2020, report jointly if possible concerning:

1. Whether Ayabar is a member of the class in this case.

2. Whether any of the orders in this case have been violated with regard to Ayabar and, if so, how and why.

3. Whether Ayabar should be ordered returned to Massachusetts.

4. Whether Ayabar's petition should be reassigned to this court. See L.R. 40.1 (g)&(i)(1).

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE