UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONSE TO APRIL 7, 2020 ORDER

On April 7, 2020, the Court alerted the parties to an individual, Franklin Gregorio Ayabar, who filed a habeas petition in the District of Massachusetts and who appeared to meet some of the qualifications for Calderon class membership. ECF No. 517. Due to his possible class membership, the Court ordered the parties to confer and report: (1) whether Ayabar is a member of the Calderon class; (2) whether any of the orders in this case have been violated with regard to Ayabar and, if so, how and why; (3) whether Ayabar should be ordered returned to Massachusetts; and (4) whether Ayabar's petition should be reassigned to this Court. *Id.* The parties have conferred and report as follows.

Respondents' Report:

Mr. Ayabar is not a class member. ICE reinstated his order of removal on March 5, 2020, because it determined that Mr. Ayabar returned to the United States after he was removed in 2011. Therefore, Mr. Ayabar fails to meet the part of the class definition requiring that the noncitizen must not have departed under their final order of removal. ECF No. 253. As a result, none of the

orders in this case have been violated with regard to Mr. Ayabar, the Court's prior orders do not require that he be returned to the District of Massachusetts, and his Petition should not be reassigned to this Court.

Additionally, ICE has informed undersigned Respondents' counsel that ICE Boston reviewed Mr. Ayabar's case prior to his arrest and determined that he was not a Calderon class member due to his prior executed removal order. ICE Boston also reviewed his case at the time of his arrest on March 5, 2020, and again determined that he was not a Calderon class member.

Petitioners' Report:

Petitioners' counsel have conferred with counsel for Respondents, and based on Respondents' representations and information they have provided, agree that Mr. Ayabar is not a class member. Therefore, it does not appear that any of the Court's orders have been violated with respect to Mr. Ayabar, that he should be ordered to return to Massachusetts on that basis, or that his petition should be reassigned to this Court on that basis.

Respectfully submitted,

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384) |
| J. MAX WEINTRAUB<br>Senior Litigation Counsel | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street |
| /s/ *Mary. L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>shirley.cantin@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com |
| | Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 |
| | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |

## **CERTIFICATE OF SERVICE**

    I, Mary Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                        /s/ *Mary L. Larakers*
                                                        Mary L. Larakers

Dated: April 9, 2020                                        Trial Attorney