UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ<br>AND LUIS GORDILLO, ET AL.,<br>individually and on behalf of all<br>others similarly situated,<br><br>    Petitioners-Plaintiffs,<br><br>        v.<br><br>CHAD WOLF, ET AL.,<br><br>    Respondents-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                     April 10, 2020

The court has reviewed the parties' April 9, 2020 Status Report (Docket No. 520). As the parties agree that Franklin Gregorio Ayabar is not a member of the class, the court will take no further action concerning him.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE