UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, et al., Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>CHAD WOLF, et al.,<br><br>　　　　Defendants-Respondents. | )<br>)<br>)<br>)<br>)<br>) No. 1:18-cv-10225-MLW<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

On April 6, 2020, the Court allowed the parties additional time to confer regarding the Motion to Enjoin Removal of Mr. Salvador Rodriguez-Aguasviva ("Motion") (Dkt. 466) and ordered the parties to further respond to the Court's March 25, 2020 Order by April 10, 2020. *See* Dkt. 515. To allow the parties to continue to meaningfully engage regarding a potential resolution to the Motion, the parties request an additional week, until April 17, 2020, to further update the Court.

Respectfully submitted this 10th day of April, 2020.

| *Counsel for Respondents* | *Counsel for Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br><br>J. MAX WEINTRAUB<br>Senior Litigation Counsel<br><br>/s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | /s/ *Matthew W. Costello*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br><br>Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane Lexington, MA 02421<br>(339) 970-9283 |