# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## MOTION FOR CLARIFICATION OF THE COURT'S APRIL 13, 2020 ORDER

On April 13, 2020, the Court ordered the parties to confer and, by April 15, 2020, submit to the Court a list of the names of class members "to the extent they are known." Dkt. No. 523. In the context of conferring with the government to meet the parties' reporting obligations, it became clear that the parties have varying interpretations about what, exactly, is required by the Court's Order. Petitioners accordingly seek clarification.

Respondents have informed Petitioners that they interpret the order to encompass class members who have been identified as such by Immigration and Customs Enforcement (ICE), but not all of those whose pending or approved applications before U.S. Citizenship and Immigration Services contain information sufficient to identify them as class members. Respondents have thus informed Petitioners that they intend to submit "a list of individuals ICE ERO Boston has identified as class members and provided to Petitioners' counsel." According to Respondents, "This list includes non-detained class members checking in with ICE and detained class members." Petitioners do not object to this interpretation, but considered that the Court may be

seeking a broader list of individuals, or, alternatively, a narrower list of detained class members

who may be particulary vulnerable to the COVID-19 pandemic.[1]  The parties agree that the list

should be filed under seal and will move accordingly.

Respectfully submitted this 14th day of April, 2020.

/s/ Matthew W. Costello

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170


Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan Cox (BBO # 687810)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

*Attorneys for Petitioners*

---

[1] Petitioners continue to seek Respondents' assistance in identifying class members who may safely be released in light of the spread of COVID-19, recognizing that the government may not have the ability to remove certain class members due to travel restrictions, that some class members may have pre-existing health conditions, that some detained class members likely pose no danger, and that significant steps to reduce the number of detained and incarcerated individuals is necessary to the health and safety of the affected individuals and society at large.

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)</u>

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on April 14, 2020 in an attempt to resolve the issues raised in this motion.  Respondents do not believe clarification is necessary.

*/s/ Matthew W. Costello*
Matthew W. Costello
