# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT TO MOTION TO FILE UNDER SEAL

On April 13, 2020, the Court ordered that the parties confer and file a list of class members, "to the extent they are known," and allowed the parties to move to have the list filed under seal. *See* April 13, 2020, Minute Order, ECF No. 523. Accordingly, the parties hereby move the Court, pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 7.2, and the July 30, 2019 Proposed Protective Order (ECF No. 316), for the Court to allow the parties to file the list of known class members (the "Class List") under seal. Pursuant to Local Rule 7.1, the parties conferred and decided to file this motion jointly.

The parties request to file the Class List under seal because it includes personally identifiable information about the class members that should be protected from public disclosure. *See* Proposed Protective Order, ECF No. 316. Accordingly, the parties request that the Court allow the parties to file the Class List under seal.

Respectfully submitted,

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT | /s/ *Matthew W. Costello* |
| Assistant Attorney General | Kevin S. Prussia (BBO # 666813) |
|  | Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY | Jonathan A. Cox (BBO # 687810) |
| Director | Stephen Provazza (BBO # 691159) |
| Office of Immigration Litigation | Colleen M. McCullough (BBO # 696455) |
|  | Matthew W. Costello (BBO # 696384) |
| J. MAX WEINTRAUB | WILMER CUTLER PICKERING |
| Senior Litigation Counsel |    HALE AND DORR LLP |
|  | 60 State Street |
| /s/ *Mary. L. Larakers* | Boston, MA 02109 |
| MARY L. LARAKERS | Telephone: (617) 526-6000 |
| (Texas Bar # 24093943) | Facsimile:  (617) 526-5000 |
| Trial Attorney | kevin.prussia@wilmerhale.com |
| U.S. Department of Justice, Civil Division | michaela.sewall@wilmerhale.com |
| Office of Immigration Litigation, | shirley.cantin@wilmerhale.com |
| District Court Section | jonathan.cox@wilmerhale.com |
| P.O. Box 868, Ben Franklin Station | stephen.provazza@wilmerhale.com |
| Washington, DC 20044 | colleen.mccullough@wilmerhale.com |
| (202) 353-4419 | matthew.costello@wilmerhale.com |
| (202) 305-7000 (facsimile) |  |
| mary.l.larakers@usdoj.gov | Matthew R. Segal (BBO # 654489) |
|  | Adriana Lafaille (BBO # 680210) |
|  | AMERICAN CIVIL LIBERTIES UNION |
|  | FOUNDATION OF MASSACHUSETTS, INC. |
|  | 211 Congress Street |
|  | Boston, MA 02110 |
|  | (617) 482-3170 |
|  |  |
|  | Kathleen M. Gillespie (BBO # 661315) |
|  | Attorney at Law |
|  | 6 White Pine Lane |
|  | Lexington, MA 02421 |
|  | (339) 970-9283 |

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, the parties conferred and decided to file this motion jointly.

*/s/ Mary L. Larakers*
Mary L. Larakers
Trial Attorney

**CERTIFICATE OF SERVICE**

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 15, 2020

/s/ Mary L. Larakers
Mary L. Larakers
Trial Attorney