UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT STATUS REPORT

On April 15, 2020, this Court ordered that the parties continue to confer regarding the Motion to Enjoin the Removal of Mr. Salvador Rodriguez-Aguasviva ("Motion") (Dkt. No. 466) and further respond to the Court's March 25, 2020 Order by April 17, 2020. Dkt. No. 526. The parties have conferred and report as follows:

The parties have reached an agreement with respect to Mr. Rodriguez-Aguasviva, and Petitioners have agreed to withdraw the Motion. The parties respectfully request that the Court lift its stay of removal as to Mr. Rodriguez-Aguasviva, *see* Dkt. No. 469, and lift its order requiring that Mr. Rodriguez-Aguasviva not leave his residence except for medical reasons, *see* Dkt. No. 506. Immigration and Customs Enforcement (ICE) will impose conditions of supervision pursuant to the parties' agreement.

Respectfully submitted this 16th day of April, 2020.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Matthew W. Costello*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Jonathan A. Cox (BBO # 687810)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384) |
| J. MAX WEINTRAUB<br>Senior Litigation Counsel | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street |
| /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division Office of Immigration<br>Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com |
| | Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 |
| | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |