UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LILIAN PAHOLA CALDERON JIMENEZ    )
AND LUIS GORDILLO, ET AL.,        )
individually and on behalf of all )
others similarly situated,        )
                                  )
     Petitioners-Plaintiffs,      )
                                  )
          v.                      )    C.A. No. 18-10225-MLW
                                  )
CHAD WOLF, ET AL.,                )
                                  )
     Respondents-Defendants.      )
```

ORDER

WOLF, D.J.                                              April 16, 2020

In view of the parties' April 16, 2020 Status Report (Dkt. No. 530), it is hereby ORDERED that:

1. The Motion to Enjoin the Removal of Mr. Salvador Rodriguez-Aguasviva (Dkt. No. 466) is MOOT.

2. The stay of removal as to Rodriguez-Aguasviva is LIFTED. See Dkt. No. 469.

3. The Order requiring that Rodriguez-Aguasviva not leave his residence except for medical reasons (Dkt. No. 506) is LIFTED.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE