# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## ASSENTED-TO MOTION TO EXTEND DEADLINES

Given the ongoing document productions, settlement discussions, and the health crisis due to COVID-19, the parties respectfully request that the Court extend the deadlines set forth in this Court's February 7, 2020 Scheduling Order, Dkt. No. 485, as follows:

|  | **Scheduling Order, Dkt. No. 485** | **Proposed Deadline** |
|---|---|---|
| Deadline to file amended pleadings | May 1, 2020 | June 30, 2020 |
| Deadline to respond to amended pleadings | May 29, 3030 | July 31, 2020 |
| Close of fact discovery | June 5, 2020 | August 7, 2020 |
| Joint report as to the prospects for settlement and summary judgment motions | June (TBD) | August (TBD) |
| Settlement report and status conference regarding Rule 56 motions | June (TBD) | August (TBD) |

The parties do not believe that a status conference is necessary at this time. In addition to the above deadlines, Petitioners agree to serve their Second Set of Request for Production by June 1, 2020.

Respectfully submitted this 1st day of May, 2020.

/s/ Matthew W. Costello

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Jonathan Cox (BBO # 687810) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| | Colleen M. McCullough (BBO # 696455) |
| 211 Congress Street | Matthew W. Costello (BBO # 696384) |
| Boston, MA 02110 | WILMER CUTLER PICKERING |
| (617) 482-3170 |    HALE AND DORR LLP |
| | 60 State Street |
| Kathleen M. Gillespie (BBO # 661315) | Boston, MA 02109 |
| Attorney at Law | Telephone: (617) 526-6000 |
| 6 White Pine Lane | Facsimile: (617) 526-5000 |
| Lexington, MA 02421 | kevin.prussia@wilmerhale.com |
| (339) 970-9283 | michaela.sewall@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |
| | matthew.costello@wilmerhale.com |

*Attorneys for Petitioners*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on May 1, 2020 in an attempt to resolve the issues raised in this motion. Respondents assent to this motion.

/s/ Matthew W. Costello