UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br>            Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br>            Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, fact discovery is currently scheduled to close on August 7, 2020, pursuant to this Court's Order on May 1, 2020, Dkt. Nos. 533 & 534 (extending Dkt. Nos. 366-1 & 485);

WHEREAS, during the fact discovery period, COVID-19 was declared a global pandemic by the World Health Organization, which, among other things, has impacted the availability of counsel and witnesses for depositions;

WHEREAS, the parties have continued to engage in fact discovery despite the pandemic, including through the depositions of Mirella Tiberi and Vance Ely on July 23, 2020 and July 31, 2020, respectively;

WHEREAS, the parties have scheduled the upcoming depositions of Denis Riordan and Tina Guarna-Armstrong on August 5, 2020 and August 12, 2020, respectively;

WHEREAS, the parties are in the process of scheduling at least six additional depositions, including depositions pursuant to Fed. R. Civ. P. 30(b)(6);

WHEREAS, the parties agree that it will not be possible to complete the remaining depositions by the current August 7, 2020 deadline;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Petitioners and for Defendants (collectively, the "Parties"), subject to the approval of the Court for good cause shown, that:

1. The dates set forth in the Scheduling Order, as modified by the Court's previous orders, shall be extended as follows:

|  | **Scheduling Order, Dkt. Nos. 533-534** | **Proposed Deadline** |
| --- | --- | --- |
| Close of fact discovery | August 7, 2020 | September 25, 2020[1] |
| Joint report concerning settlement and summary judgment motions | August 28, 2020 | October 16, 2020 |
| Status conference regarding Rule 56 motions | September 15, 2020, 2:00 PM | November 2020 (Date TBD) |

Respectfully submitted this 5th day of August, 2020.

IT IS SO ORDERED:

_____          _____
Date                                         The Honorable Mark L. Wolf

---

[1] The parties have agreed that Petitioners will serve no further Requests for Production or Interrogatories during this time period.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Stephen Provazza*<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO # 704545)<br>Stephen Provazza (BBO # 691159)<br>Colleen M. McCullough (BBO # 696455) |
| J. MAX WEINTRAUB<br>Senior Litigation Counsel | Matthew W. Costello (BBO # 696384)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| /s/ *William H. Weiland*<br>WILLIAM H. WEILAND<br>(MA BBO # 661433)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 305-0770<br>(202) 305-7000 (facsimile)<br>William.h.weiland@usdoj.gov | 60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>stephen.provazza@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com |
| | Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 |
| | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |