UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION FOR RELIEF FROM SEQUESTRATION ORDER IN SUPPORT OF DEPOSITIONS TAKEN UNDER FED. R. CIV. P. 30(b)(6)

**A. Nature of Motion**. The parties jointly file this motion seeking limited relief from this Court's sequestration order (ECF No. 69-1), so as to allow deponents designated by Respondents under Fed. R. Civ. P. 30(b)(6) to discuss this case with other potential witnesses as required to prepare for their testimony.

**B. Background**. On May 14, 2018, pursuant to Fed. R. Evid. 615, this Court issued a sequestration order that pertained to "each potential witness in this case." ECF No. 69-1. Paragraph 1 of that order specifically precludes each potential witness from discussing "this case, including but not limited to his or her prospective testimony, with any other witness[.]" The parties interpret that order as precluding designated 30(b)(6) deponents from discussing this case with other potential witnesses, some of whom may have knowledge of facts necessary to informing the designated deponent's testimony.

**C. Relief Requested**. The parties request that the Court lift or stay its sequestration order only to the extent required to allow the following individuals to discuss this case with other potential witnesses for the sole purpose of preparing for their depositions under Fed. R. Civ. P. 30(b)(6).

    a. Todd Lyons, ICE. Deposition remains to be scheduled.

    b. Corey Katz, ICE. Deposition scheduled for September 10, 2020.

    c. Timothy Gibney, ICE. Deposition scheduled for September 1, 2020.

    d. Michael McCleary, USCIS. Deposition scheduled for September 4, 2020.

    e. Any other 30(b)(6) designees, should further 30(b)(6) depositions be scheduled.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| | |

*Counsel for the Respondents*

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ *William H. Weiland*
WILLIAM H. WEILAND
(BBO #661433)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-0770
(202) 305-7000 (facsimile)
william.h.weiland@usdoj.gov

*Counsel for the Petitioners*

/s/ *Matthew W. Costello*_____
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Allyson Slater (BBO #704545)
Jonathan A. Cox (BBO # 687810)
Stephen Provazza (BBO # 691159)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
allyson.slater@wilmerhale.com
jonathan.cox@wilmerhale.com
stephen.provazza@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283