# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff-Petitioners, <br><br> v. <br><br> CHAD WOLF, et al., <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Christina Luo as counsel for Petitioners in the above-captioned matter.

Respectfully submitted,

Dated: August 26, 2020

/s/ *Christina Luo*
WILMER CUTLER PICKERING
HALE AND DORR LLP
Christina Luo, Esq. (BBO # 705590)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6921
Facsimile: (617) 526-5000
E-mail: Christina.Luo@wilmerhale.com

*Attorney for Petitioners*