# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Respondents respectfully request an extension of current deadlines in order to complete additional document production. As a result of depositions conducted thus far, Respondents have agreed to an expansion in document production. Respondents estimate they will need until at least November 15, 2020 in order to complete the review and production of these additional documents, and that Petitioners will need a commensurate amount of time to review these documents in preparation for the depositions remaining to be taken.

Accordingly, Respondents request that the court set the following case deadlines.

|  | **Scheduling Order, Dkt. No. 538** | **Proposed Deadline** |
|---|---|---|
| Close of document production | September 25, 2020 | November 15, 2020 |
| Close of fact discovery | September 25, 2020 | December 30, 2020 |
| Joint report concerning settlement and summary judgment motions | October 16 ,2020 | January 30, 2021 |

| Status conference regarding Rule 56 motions | November 2020 (Date TBD) | February 2021 (Date TBD) |

Petitioners do not oppose this request.

Respectfully submitted this 21st day of September, 2020.

*Counsel for the Respondents*

JEFFERY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director


/s/ *William H. Weiland*
WILLIAM H. WEILAND
(BBO #661433)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-0770
(202) 305-7000 (facsimile)
william.h.weiland@usdoj.gov

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Respondents conferred with counsel for Petitioners on September 14, 2020 in an attempt to resolve the issues raised in this motion. Petitioners assent to this motion.

*/s/ William H. Weiland*
William H. Weiland