DECLARATION OF DEPUTY FIELD OFFICE DIRECTOR

JAMES E. DOBSON

Pursuant to the authority of 28 U.S.C. § 1746, I, James E. Dobson, a Deputy Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am a Deputy Field Office Director ("DFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE").  I am stationed in Burlington, Massachusetts.

2. I have served as an DFOD for ERO Boston since August 30, 2020, although I did not begin my duties as DFOD for ERO Boston until September 22, 2020 after I arrived in Massachusetts and completed a period of quarantine.  Prior to holding my current position, I served in the following positions with ERO:  Officer in Charge for the Otay Mesa Detention Center (OMDC) in San Diego California from October 13, 2019 to August 29, 2020; Assistant Field Office Director at OMDC from November 25, 2018 to October 12, 2020; Supervisory Detention and Deportation Officer at OMDC from September 6, 2015 to November 24, 2018.

3. This declaration is based on personal knowledge and information made known to me in the course of my professional duties.  I am writing this declaration in response to the Court's June 28, 2019 order (ECF No. 295).  Further, I am writing this declaration to ensure the Court that I am aware of the ongoing litigation in this matter and have read the following orders, as directed by the Court:

   a. ECF No. 95, Memorandum and Order, June 11, 2018;

    b.   ECF No. 159, Memorandum and Order, September 21, 2018.

4.   Additionally, I write this declaration to state that, consistent with the Court's June 28, 2019 order, after reading the above orders concerning detention and removal, I discussed each with Todd Lyons, Field Office Director for the ERO Boston Field Office and counsel representing the government in this case.

5.   Finally, I write this declaration to convey my understanding of the possible consequences of any violation of the above orders, as conveyed in this Court's June 28, 2019 order.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 5th day of October, 2020

James E. Dobson

Deputy Field Office Director

U.S. Department of Homeland Security

United States Immigration and Customs Enforcement

Burlington, Massachusetts