UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:18-cv-10225-MLW |

**PETITIONERS' ASSENTED-TO MOTION TO SEAL**

Pursuant to Local Rule 7.1 and the July 19, 2018 Stipulated Protective Order (Dkt. No. 119), and contemporaneous with the filing of Petitioners' Opposition to Respondents' Motion for a Protective Order, Petitioners respectfully move for leave to file the below Exhibits under seal.

As grounds for this motion, Petitioners state as follows:

1. On October 19, 2020, contemporaneous with this filing, Petitioners filed their Opposition to Respondents' Motion for a Protective Order, the supporting October 19, 2020 Declaration of Stephen Provazza ("Provazza Decl."), and Exhibits E, F, G, I, and J thereto.

2. Exhibit E to the Provazza Decl. is an excerpted copy of the transcript of the deposition of Denis Riordan, taken on August 5, 2020 and is designated "Confidential" pursuant to the Stipulated Protective Order. Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

3.      Exhibit F to the Provazza Decl. is a copy of an August 17, 2018 email chain produced by Respondents at ICE-00028785 through ICE-00028786 and is designated "Confidential" pursuant to the Stipulated Protective Order.  Exhibit F was entered as Exhibit 12 to the August 5, 2020 Deposition of Denis Riordan.  Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

4.      Exhibit G to the Provazza Decl. is a true and correct copy of an October 10, 2019 email chain produced by Respondents at ICE-00049242 through ICE-00049244 and designated "Confidential" by Respondents' counsel pursuant to the Stipulated Protective Order.  Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

5.      Exhibit I to the Provazza Decl. is a copy of a November 6, 2017 email chain and its attachment produced by Respondents at ICE-00028880 and ICE-00028881, both of which are designated "Confidential" pursuant to the Stipulated Protective Order.  Exhibit I was entered as Exhibits 16 and 17 to the August 5, 2020 Deposition of Denis Riordan.  Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

6.      Exhibit J to the Provazza Decl. is an excerpted copy of the transcript of the deposition of Mirella Tiberi, taken on July 16, 2020 and is designated "Confidential" pursuant to the Stipulated Protective Order.  Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

7.      Exhibits E, F, G, I, and J to the Provazza Decl. contain Confidential Information as that term is defined under Section 2 of the July 19, 2018 Stipulated Protective Order.  Dkt. No. 119.  This information includes at least: (1) names of individuals (other than deponents), and

other personally identifiable information; (2) personally identifiable information related to third parties; and (3) names, phone numbers, and email addresses of federal employees.

8. To preserve the rights of the public, Petitioners shall file public versions of Exhibits E through J to the Provazza Decl., redacting any Confidential Information.

9. Petitioners conferred with Respondents' counsel, who assented to this motion to file an unredacted sealed copy with the Court and provide redacted copies for public filing.

WHEREFORE, pursuant to Local Rule 7.1 and the July 19, 2018 Stipulated Protective Order, Petitioners respectfully request that this Court enter an order granting it leave to file Exhibits E, F, G, I, and J to the Provazza Decl. under seal.

### RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel certifies that the parties have conferred with regard to this Motion and Respondents consented to the filing of this Motion to Seal.


Respectfully submitted this 19th day of October, 2020.

|  | *Counsel for the Petitioners* |
|---|---|
|  | /s/ *Stephen Provazza* |
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Jonathan A. Cox (BBO # 687810) |
| FOUNDATION OF MASSACHUSETTS, INC. | Allyson Slater (BBO # 704545) |
| 211 Congress Street | Stephen Provazza (BBO # 691159) |
| Boston, MA 02110 | Colleen M. McCullough (BBO # 696455) |
| (617) 482-3170 | Matthew W. Costello (BBO # 696384) |
|  | Christina Luo (BBO # 705590) |
| Kathleen M. Gillespie (BBO # 661315) | WILMER CUTLER PICKERING |
| Attorney at Law |   HALE AND DORR LLP |
| 6 White Pine Lane | 60 State Street |
| Lexington, MA 02421 | Boston, MA 02109 |
| (339) 970-9283 | Telephone: (617) 526-6000 |
|  | Facsimile: (617) 526-5000 |
|  | kevin.prussia@wilmerhale.com |
|  | michaela.sewall@wilmerhale.com |
|  | jonathan.cox@wilmerhale.com |
|  | allyson.slater@wilmerhale.com |
|  | stephen.provazza@wilmerhale.com |
|  | colleen.mccullough@wilmerhale.com |
|  | matthew.costello@wilmerhale.com |
|  | christina.luo@wilmerhale.com |