UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs-Petitioners,<br><br>v.<br><br>CHAD WOLF, *et al.*,<br><br>        Defendants-Respondents. | No. 1:18-cv-10225-MLW<br><br>**DECLARATION OF STEPHEN PROVAZZA IN SUPPORT OF PETITIONERS' RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION FOR A PROTECTIVE ORDER AND TO LIMIT THE SCOPE OF A DEPOSITION**<br><br>**EXHIBITS FILED UNDER SEAL** |

I, Stephen Provazza, declare as follows:

1. I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Response in Opposition to Respondents' Motion for a Protective Order and to Limit the Scope of a Deposition.

2. On January 22, 2020, the parties met and conferred by telephone to discuss discovery issues. During that conference, Respondents raised their objection to Petitioners' 30(b)(6) Topics 9 and 19.

3. On July 29, 2020, the parties met and conferred by telephone to discuss discovery issues, including Respondents' objection to Petitioners' 30(b)(6) Topic 23. During that

conference, Respondents' counsel stated their objection to Topic 23 was based on their belief that discovery from the Department of Homeland Security (DHS) is beyond the scope of discovery authorized by the Court.

4.  Attached hereto as Exhibit A is a true and correct excerpted copy of the transcript of the deposition of Christopher Cronen, taken on August 14, 2020 and is designated "Confidential" pursuant to the Stipulated Protective Order (Dkt. No. 119).

5.  Attached hereto as Exhibit B is a true and correct copy of an email chain sent by Stephen N. Provazza to Mary.L.Larakers@usdoj.gov and other counsel for Respondents on February 19, 2020.

6.  Attached hereto as Exhibit C is a true and correct copy of a redacted email chain sent by Stephen N. Provazza to William.H.Weiland@usdoj.gov and other counsel for Respondents on July 24, 2020. Non-pertinent portions of the email chain unrelated to the present discovery dispute have been redacted.

7.  Attached hereto as Exhibit D is a true and correct copy of an email received by Stephen N. Provazza from William.H.Weiland@usdoj.gov dated July 29, 2020.

8.  Attached hereto as Exhibit E is a true and correct excerpted copy of the transcript of the deposition of Denis Riordan, taken on August 5, 2020 and is designated "Confidential" pursuant to the Stipulated Protective Order. Pursuant to their Motion to Seal filed contemporaneously, Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

9.  Attached hereto as Exhibit F is a true and correct copy of an August 17, 2018 email chain produced by Respondents at ICE-00028785 through ICE-00028786 and is designated "Confidential" pursuant to the Stipulated Protective Order. Exhibit F was entered as

Exhibit 12 to the August 5, 2020 Deposition of Denis Riordan.  Pursuant to their Motion to Seal filed contemporaneously, Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

10. Attached hereto as Exhibit G is a true and correct copy of an October 10, 2019 email chain produced by Respondents at ICE-00049242 through ICE-00049244 and designated "Confidential" by Respondents' counsel pursuant to the Stipulated Protective Order.  Pursuant to their Motion to Seal filed contemporaneously, Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

11. Attached hereto as Exhibit H is a true and correct excerpted copy of the transcript of the deposition of Michael McCleary, taken on September 4, 2020 and is designated "Confidential" pursuant to the Stipulated Protective Order.

12. Attached hereto as Exhibit I is a true and correct copy of a November 6, 2017 email chain and its attachment produced by Respondents at ICE-00028880 and ICE-00028881 both of which are designated "Confidential" pursuant to the Stipulated Protective Order.  Exhibit I was entered as Exhibits 16 and 17 to the August 5, 2020 Deposition of Denis Riordan.  Pursuant to their Motion to Seal filed contemporaneously, Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

13. Attached hereto as Exhibit J is a true and correct excerpted copy of the transcript of the deposition of Mirella Tiberi, taken on July 16, 2020 and is designated "Confidential" pursuant to the Stipulated Protective Order.  Pursuant to their Motion to Seal filed contemporaneously, Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

14. Attached hereto as Exhibit K is a true and correct redacted copy of an October 30, 2018 email chain received by Stephen N. Provazza and sent by Adriana Lafaille to Mary.L.Larakers@usdoj.gov. Non-pertinent portions of the email chain unrelated to the present discovery dispute have been redacted.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 19th day of October, 2020, in Boston, Massachusetts.

/s/ *Stephen Provazza*
Stephen Provazza (BBO # 691159)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
stephen.provazza@wilmerhale.com