# Exhibit A

```
 1             UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3     ------------------------x
 4     LILIAN PAHOLA CALDERON   : Case No.
 5     JIMENEZ, and LUIS        : 1:18-cv-10225-MLW
 6     GORDILLO, et al.,        :
 7     Individually and on      :
 8     behalf of all others     :
 9     similarly situated,      :
10     Plaintiffs-Petitioners,  :
11              v.              :
12     CHAD WOLF, et al.,       :
13     Defendants-Respondents.  :
14
15       ** CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER **
16
17        Videotaped Deposition of CHRISTOPHER CRONEN
18                     Conducted Virtually
19                  Friday, August 14, 2020
20                         9:07 a.m.
21
22     Job No.: PB314762
23     Pages: 1 - 235
24     Reported by: Pamela L. Beck
```

```
1           Videotaped Deposition of CHRISTOPHER
2  CRONEN, Conducted Virtually:
3
4
5
6
7
8           Pursuant to Notice, before Pamela L. Beck,
9  Court Reporter and Notary Public in and for the
10 Commonwealth of Pennsylvania.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

|   |   |   |
|---|---|---|
| 1 | record.  The time on the video monitor is 12:29 p.m. | 12:29:48 |
| 2 | BY MR. PROVAZZA: | 12:29:51 |
| 3 |     Q    Prior to January 2017, did ICE Boston | 12:29:53 |
| 4 | receive information from USCIS about individuals | 12:29:59 |
| 5 | coming to USCIS offices? | 12:30:06 |
| 6 |     A    I don't recall that far back. | 12:30:16 |
| 7 |     Q    When is the first time you recall ICE | 12:30:20 |
| 8 | Boston receiving information from CIS about | 12:30:23 |
| 9 | individuals coming in to USCIS buildings? | 12:30:28 |
| 10 |     A    After meeting with -- there's a quarterly | 12:30:34 |
| 11 | meeting for the senior execs in DHS, and the | 12:30:40 |
| 12 | regional director from USCIS, I forget his first | 12:30:48 |
| 13 | name, Riordan is the last name, advised that per the | 12:30:53 |
| 14 | new executive orders, that he wanted to inform us | 12:31:00 |
| 15 | that final orders of removal were in their office | 12:31:03 |
| 16 | buildings doing whatever CIS paperwork they would | 12:31:13 |
| 17 | require. | 12:31:19 |
| 18 |     Q    So, he said that working with ICE | 12:31:25 |
| 19 | regarding those individuals would implement the new | 12:31:28 |
| 20 | executive order? | 12:31:34 |
| 21 |     A    No, he didn't say that. | 12:31:38 |
| 22 |     Q    He stated that per the new executive | 12:31:49 |
| 23 | order, he wanted to inform ICE about final orders | 12:31:52 |
| 24 | present at USCIS? | 12:31:55 |

```
1            ACKNOWLEDGMENT OF DEPONENT

2         I, CHRISTOPHER CRONEN, do hereby

3   acknowledge that I have read and examined the

4   foregoing testimony, and the same is a true, correct

5   and complete transcription of the testimony given by

6   me, and any corrections appear on the attached

7   Errata Sheet signed by me.

8

9

10   _____     _____

11       (DATE)                  (SIGNATURE)
```

```
 1    CERTIFICATE OF COURT REPORTER - E-NOTARY PUBLIC
 2
 3        I, Pamela L. Beck, the officer before whom the
 4    foregoing proceedings were taken, do hereby certify
 5    that the foregoing transcript is a true and correct
 6    record of the proceedings; that said proceedings
 7    were taken by me stenographically, and thereafter
 8    reduced to typewriting under my supervision; and
 9    that I am neither counsel for, related to, nor
10    employed by any of the parties to this case, and
11    have no interest, financial or otherwise, in its
12    outcome.
13        IN WITNESS WHEREOF, I have hereunto set my hand
14    and affixed my notarial seal this 26th day of
15    August.
16
17
18    My commission expires January 14, 2023.
19
20
21    [signature: Pamela L Beck]
22    _____
23    E-NOTARY PUBLIC IN AND FOR THE
24    COMMONWEALTH OF PENNSYLVANIA
```