# Exhibit C

| | |
|---|---|
| **From:** | Provazza, Stephen |
| **To:** | Weiland, William H. (CIV) |
| **Cc:** | Piemonte, Eve (USAMA); Larakers, Mary L. (CIV); WH ACLU MA Calderon Class Action; Adriana Lafaille; MSegal@aclum.org; Kathleen Gillespie |
| **Subject:** | RE: Calderon - Discovery Items |
| **Date:** | Friday, July 24, 2020 12:43:46 PM |

Hi Will,

Thanks you for your email.

Regarding the two questions regarding 30(b)(6) topics, our position is as follows:



2. Regarding 30(b)(6) Topics 20-23, the Topics are directed to DHS.  If Respondents elect to designate ICE to provide testimony on behalf of DHS, then Respondents must ensure that the designee is prepared to do so.   But we are not limiting the scope of the Topics to information possessed by ICE and ICE alone.

Regarding the other issues:

- 

- Regarding Topics 9 and 19, we will not relieve Respondents of their obligation to prepare and present a witness on those topics and will oppose a motion for protective order.





Best,

Steve

**Stephen Provazza | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6212 (t)
+1 617 526 5000 (f)
stephen.provazza@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Sent:** Wednesday, July 22, 2020 6:09 PM
**To:** Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; WH ACLU MA Calderon Class Action ███████████████████████████████ Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>
**Subject:** RE: Calderon - Discovery Items

**EXTERNAL SENDER**

Stephen,

Thanks for talking today. To summarize our conversation:

Here were our questions:



2.    30(b)(6) Topics 20 23. The notice specifically lists DHS, but seems oriented to decisions that are delegated by ICE. Will you revise your notice to direct the inquiry to ICE?

Other issues discussed:



4.    30(b)(6) topics 9&19. We appear to be at an impasse on the relevance of these topics, and Defendants will be seeking a protective order.

Please let me know if I missed anything discussed during today's phone call.

Best,
Will

202-305-0770

This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly

prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).

---

**From:** Provazza, Stephen <Stephen.Provazza@wilmerhale.com>
**Sent:** Monday, July 20, 2020 7:16 PM
**To:** Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>; Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>
**Cc:** Piemonte, Eve (USAMA) <epiemonte@usa.doj.gov>; WH ACLU MA Calderon Class Action ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Adriana Lafaille <ALafaille@aclum.org>; MSegal@aclum.org; Kathleen Gillespie <gilleska@hotmail.com>
**Subject:** Calderon - Discovery Items

Hi Will and Mary,

I am writing regarding a few outstanding discovery issues.

<u>Rule 30(b)(6) Notice:</u>
Petitioners still have not received any designations in response to their Rule 30(b)(6) Deposition Notice. The notice has been outstanding since December 13, 2019. Please provide complete designations, along with proposed deposition date(s), by close of business Wednesday.

Respondents previously represented that they would not designate an individual to testify in response to Topics Nos. 9 and 19. Topic 9 seeks testimony regarding "USCIS practices and policies relating to adjudicating the applications that comprise the Provisional Waiver Process." Topic 19 seeks testimony regarding "The reasons that Ms. Amy Chen's I-130 Petition for Alien Relative, filed for her husband, Deng Gao, on June 23, 2016, was not approved until October 30, 2018." On January 27, 2020, Respondents sent an email objecting to these topics as "beyond the scope of discovery authorized by the Court and Rule 26." 1/27/2020 Email from Larakers to Counsel. Respondents stated that they would seek a motion for protective order on these two topics. In response, we stated Petitioners view that any such motion would be premature. See 2/19/2020 Email from Provazza to Larakers. We took that position, in part, to see whether we could obtain the testimony through other means, including the deposition of Ms. Tiberi. Unfortunately, Ms. Tiberi was not able to provide testimony regarding these subject matters as she testified that she has no knowledge or recollection regarding these matters. In view of that, we do agree that it is important for the parties to resolve their dispute regarding Topic Nos. 9 and 19.

[redacted]

[redacted]

[redacted]



We are available on Wednesday, July 20, 2020 to meet and confer regarding the Topics 9 and 19 and the deposition schedule.  Please let us know if this works for you.

Best,

**Stephen Provazza | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6212 (t)
+1 617 526 5000 (f)
stephen.provazza@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.