| | |
|---|---|
| **From:** | Weiland, William H. (CIV) |
| **To:** | WH ACLU MA Calderon Class Action; Adriana Lafaille; MSegal@aclum.org; Kathleen Gillespie |
| **Cc:** | Larakers, Mary L. (CIV); Piemonte, Eve (USAMA); Perez, Elianis (CIV) |
| **Subject:** | CALDERON: 30(b)(6) designations |
| **Date:** | Wednesday, July 29, 2020 5:31:13 PM |

**EXTERNAL SENDER**

Counsel,

Consistent with our conversation today, here are Respondents' 30(b)(6) designations:

Todd Lyons – ICE - Topics 1-7, 11, 13-14 (Boston level), 15-18. Generally available in August / September.
Corey Katz – ICE - Topics 12, 13☐14 (HQ level).  Generally available in August / September.
Timothy Gibney ☐ICE – Topic 10. Generally available in August / September.
Michael McCleary – USCIS - Topics 6, 8.  Generally available in August/September, but for 8/31, 9/1, 9/2, 9/11, and 9/14.

With regards to scheduling, please look at your calendars and let us know what dates work for you.  I will then confirm with the deponents so you may finalize your notices.

Best,
Will


William H. Weiland
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – District Court Section
Post Office Box 868 | Ben Franklin Station | Washington, DC  20044
P: (202) 305-0770; F: (202) 353-7000
william.h.weiland@usdoj.gov

This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).