**Exhibit**

**Riordan 12**

08/05/2020 - SL

exhibitsticker.com

**From:** ▮▮▮▮▮▮▮▮
**Sent:** Friday, August 17, 2018 2:21 PM
**To:** ▮▮▮▮ ▮▮▮ Riordan, Denis C
**Subject:** RE: Arrests in Lawrence Field Office

Thx

▮▮▮▮▮▮▮▮ I Associate Counsel – Northeast Law Division | USCIS | Office of the Chief Counsel | Boston District One | ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ I ▮▮▮▮▮▮ | mobile: ▮▮▮▮▮▮ ▮▮▮▮▮▮ @uscis.dhs.gov

**This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain
confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately
to the sender and delete this message. Thank you**

---

**From:** ▮▮▮▮▮▮▮
**Sent:** Friday, August 17, 2018 2:05 PM
**To:** Riordan, Denis C
**Cc:** ▮▮▮▮▮▮▮
**Subject:** FW: Arrests in Lawrence Field Office

FYI

▮▮▮▮▮▮▮

Deputy District Director
District #1
U.S. Citizenship & Immigration Services
Boston, MA
▮▮▮▮▮▮▮

This communication, along with any attachments, may contain confidential information and is covered by federal laws governing electronic communications. Electronic
communications may also be monitored by the Department of Homeland Security, U.S. Citizenship and Immigration Services. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution, use, or copying of this message is strictly prohibited. If you have received this in error, please delete this message and all
attachments and immediately notify the sender.

---

**From:** Riordan, Denis C
**Sent:** Tuesday, April 04, 2017 3:33 PM
**To:** ▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Arrests in Lawrence Field Office

▮▮ ,

▮▮▮▮▮▮ message below generated some discussion with a field office director in D01 regarding the district's long-running practice of
notifying ERO of a scheduled or unscheduled visit by an applicant to a field office who is subject to an outstanding order of removal. The field
office director shares ▮▮▮▮ view as to how the Agency should handle warrant of deportation cases.

AILA New England understands that persons with WDs are subject to arrest and detention should they visit a field office. As noted in ▮▮▮▮
message, in a particular case, the attorney of record and the applicant were both aware that the applicant could be detained and arrested by
ERO. For a number of years, and as recently as two weeks ago, ERO did not often respond in-person to advisories from D01 field offices relative
to WD cases. Based on a conversation that I had this morning with the ERO field office director, we can expect ERO will be much more active in
the future in responding in-person to future advisories from USCIS regarding WD cases.

As you are aware, Secretary Kelly's February 20, 2017 memo entitled "Enforcement of the Immigration Laws to Serve the National Interest"
notes that Department personnel should prioritize removable aliens who are subject to a final order of removal but have not complied with
their legal obligation to depart the United States. Whether an applicant is taken into custody as the result of a USCIS referral is an ERO decision.
We are simply making a referral, an action that, I believe, we are obligated to take.

I pass this note to you in order to give context to my comments during our call this afternoon.

Thank you, ▮▮▮ .

Denis

---

Thank you for promoting this discussion.

USCIS' practice of alerting ERO regarding an individual who is present in a field office or is expected to visit a field office, is not a new, it is a

practice that dates back to March 1, 2003. And it was a long running practice when the INS was charged with administering the Immigration and Nationality Act.

We have an obligation to support ERO in situations involving an individual who is subject to a final order of removal. Of course, we must be just and fair to those who come before us, but we cannot simply ignore what is the valid order of the immigration court. Our role in these cases is to alert ERO. After doing so, we follow through with the adjudication of the case. We have no role in either detaining or inappropriately delaying an individual with a WD departure from the office. It is ERO's decision whether or not to respond to our notification.

Many individuals with WDs have criminal records, many have serious criminal records. It is a proper and common sense practice to alert ERO when a USCIS office encounters a case in which an outstanding order of removal exists.

Denis


Denis C. Riordan
Director, USCIS District 1
████████
████████


**From:** ████████
**Sent:** Friday, March 31, 2017 10:50 AM
**To:** ████████████████████
**Cc:** Riordan, Denis C; ████████████████████
**Subject:** Arrests in Lawrence Field Office

All:

Some of you may have heard that ICE arrested several individuals within the Lawrence Field Office on Wednesday. A link to the story is below.

All of the individuals had warrants of deportation / removal and were at the Lawrence Field Office in connection with an I-130 interview. The Lawrence Field Office correctly notified ERO that several individuals scheduled for interviews on Wednesday had warrants of deportation / removal. To be clear, field offices should notify ERO of such information. In this case, ERO decided to take the individuals into custody. As recently as two weeks ago, ERO chose not to take any enforcement action against similarly situated individuals appearing at the Lawrence Field Office for interviews. Instead, ERO chose to take down the last known address information on the individuals.

As the article referenced below notes, an attorney accompanying one of the individuals acknowledged that ERO was within its authority to arrest the individuals. The attorney admitted he and his client knew there was a chance it could happen.

I am passing this information along for you to be aware that ERO may choose to take similar enforcement actions within your offices. When you learn of ERO's intentions to make arrests at your offices, please notify Denis and me immediately, as Joann did on Wednesday.

Here is the link: http://www.wbur.org/news/2017/03/30/green-card-ice-arrests-lawrence

Thank you for your assistance.

████

████████
Deputy District Director
District #1
U.S. Citizenship & Immigration Services
Boston, MA
████████

This communication, along with any attachments, may contain confidential information and is covered by federal laws governing electronic communications. Electronic communications may also be monitored by the Department of Homeland Security, U.S. Citizenship and Immigration Services. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message is strictly prohibited. If you have received this in error, please delete this message and all attachments and immediately notify the sender.