# Exhibit G

**From:** ███ ███
**Sent:** Thursday, October 10, 2019 1:36 PM
**To:** ███ ███
**Subject:** RE: OSUP Revocation

Hi ███,

I will have the file pulled and scheduled for the next available date in November. I will make sure I flag the file as an expedite and I will notify you once we take action on the case.

███

**From:** ███ ███ ███@ice.dhs.gov>
**Sent:** Thursday, October 10, 2019 12:36 PM
**To:** ███ ███ ███@uscis.dhs.gov>
**Subject:** FW: OSUP Revocation

Hi ███,

I hope all is well. Is there someone I can reach out to down there to have this I-130 expedited? This subject is not complying with the conditions of her release. We are hoping to take her back into custody before her travel document expires in December. Due to recent court orders imposed on us in MA, we would rather not take her into custody with any pending applications, if we can help it. Any insight would be appreciated.

Thanks,

███

███
HARTFORD USCIS OFFICE
███
EXAMINATIONSI-130PEND INTERVIEW-2BSCHED

**From:** ███ ███ ███@ice.dhs.gov>
**Sent:** Wednesday, October 9, 2019 2:42 PM
**To:** ███ ███ ███@ice.dhs.gov>
**Subject:** RE: OSUP Revocation

# AC

███

███
Assistant Chief Counsel
Office of the Principal Legal Advisor, Boston
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
JFK Federal Building, ███
Boston, MA 02203
Office: ███
Cell: ███
FX: ███

**From:** ███ ███ ███@ice.dhs.gov>
**Sent:** Wednesday, October 09, 2019 2:30 PM
**To:** ███ ███ ███@ice.dhs.gov>
**Subject:** RE: OSUP Revocation

███,

**AC**

Thank you,

From: ▮▮▮ <@ice.dhs.gov>
Sent: Wednesday, October 9, 2019 2:13 PM
To: ▮▮▮ L ▮▮▮ <@ice.dhs.gov>
Subject: RE: OSUP Revocation

SDDO –

**AC**

Let me know if you have any questions –

▮▮▮

Assistant Chief Counsel

Office of the Principal Legal Advisor, Boston

U.S. Department of Homeland Security

U.S. Immigration and Customs Enforcement

JFK Federal Building, ▮▮▮

Boston, MA 02203

Office: ▮▮▮

Cell: ▮▮▮

FX: ▮▮▮

From: ▮▮▮ <@ice.dhs.gov>
Sent: Wednesday, October 09, 2019 1:32 PM
To: ▮▮▮ <@ice.dhs.gov>
Subject: FW: OSUP Revocation

**AC**

Thanks,

▮▮▮
**Supervisory Detention & Deportation Officer**
**U.S. Immigration and Customs Enforcement**
**Department of Homeland Security**
**450 Main Street**
**Hartford, CT**


(office)
(fax)



**Warning:** This document is **UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO)**. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. **No portion of this report should be furnished to the media, either in written or verbal form.**

**From:** ▮▮▮▮ @ice.dhs.gov>
**Sent:** Tuesday, October 8, 2019 1:54 PM
**To:** ▮▮▮▮ @ice.dhs.gov>
**Subject:** OSUP Revocation

▮,



I am requesting OSUP revocation for the above alien. Subject is a Calderon class member. ICE RIO has obtained a travel document for the subject that expires on December 31, 2019. The subject failed to provide an itinerary as instructed by October 7, 2019 to depart by November 22, 2019. She has been given a second chance to provide an itinerary by October 21, 2019 to depart by November 22, 2019. I do not believe that she will comply with my instructions as she continually failed to comply with instructions to obtain a travel document. Below is a timeline of her ISAP office visits for travel document process:

February 5, 2019: ISAP advised her of the travel document process and instructed her to apply.
March 3, 2019: Subject stated that she had not yet applied for a travel document.
April 2, 2019: Subject stated that she had an appointment with her consulate in April to apply for a travel document.
April 30, 2019: Subject provided documentation that she had an appointment on May 30, 2019.
June 18, 2019: Subject stated that she missed her May 30th appointment due to car trouble and that she had rescheduled for August 29, 2019.
September 10, 2019: Subject stated that she was unable to attend her August 29 appointment due to her husband being ill. Subject was at this visit instructed to provide an itinerary by October 7, 2019 to depart by November 22, 2019.
October 7, 2019: Subject did not provide itinerary, stating she was confused and thought she had until November to provide an itinerary. DO  personally met with her. She stated that she would need two weeks to save the money and that she would provide an itinerary on October 21, 2019 to depart no later than November 22, 2019.

I recommend that the subject be taken back into custody on October 21, 2019 if she fails to comply with the instructions. She has yet to show any compliance to instructions obtaining a travel document or an itinerary. Any further delay could result in the valid travel document expiring.

Thanks
▮