# Exhibit H

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4  LILIAN PAHOLA CALDERON JIMENEZ,
 5  and LUIS GORDILLO, et al.,
 6  individually and on behalf of all
 7  others similarly situated,
 8            Plaintiffs-Petitioners,
 9     vs.                    Case No. 1:18-cv-10225-MLW
10  CHAD WOLF, et al.,
11            Defendants-Respondents.
12  _____
13
14               CONFIDENTIAL SUBJECT TO
15                  PROTECTIVE ORDER
16
17       VIDEOTAPED 30(b)(6) DEPOSITION OF THE
18       DEPARTMENT OF HOMELAND SECURITY through
19           its representative MICHAEL McCLEARY
20                 Boston, Massachusetts
21         Friday, September 4, 2020, 9:07 a.m.
22  Job No.:  317700
23  Pages:  1 - 124
24  Stenographically Reported By:
25  Alison C. Webster, CSR-6266, RPR, RMR, CRR, RDR
```

```
1    THE 30(b)(6) DEPOSITION OF THE
2    DEPARTMENT OF HOMELAND SECURITY through
3    its representative MICHAEL McCLEARY
4
5                    via Zoom conference
6                    Boston, Massachusetts
7                    Friday, September 4, 2020
8
9
10
11
12
13        Pursuant to notice, before Alison C. Webster, Notary
14   Public in and for the County of Oakland, State of Michigan.
15
16
17
18
19
20
21
22
23
24
25
```

|    |    |                                                              |          |
|----|----|--------------------------------------------------------------|----------|
| 1  |    | rearranging times or we shouldn't be slow -- slow            | 10:46:55 |
| 2  |    | playing, for lack of better words.                           | 10:47:00 |
| 3  |    | An interview or delaying -- unnecessarily                    | 10:47:03 |
| 4  |    | delaying an interview just for the expense of, you           | 10:47:06 |
| 5  |    | know, ICE ERO to help facilitate their -- their              | 10:47:12 |
| 6  |    | apprehension.  And, of course, not -- we won't hold          | 10:47:16 |
| 7  |    | someone in an office that, if the interview is over,         | 10:47:20 |
| 8  |    | we'll -- the interview is over.  They should be able         | 10:47:23 |
| 9  |    | to leave the office.                                         | 10:47:26 |
| 10 | Q. | And in your experience as a field office director in         | 10:47:27 |
| 11 |    | Boston, does USCIS retain individuals against their          | 10:47:30 |
| 12 |    | will?                                                        | 10:47:34 |
| 13 | A. | No.                                                          | 10:47:35 |
| 14 | Q. | Does USCIS consider recommendations for arrest the           | 10:47:36 |
| 15 |    | same as detaining against one's will?                        | 10:47:41 |
| 16 | A. | Do you think you -- can you clarify that?  I'm a             | 10:47:47 |
| 17 |    | little -- I'm not sure what you mean by that.                | 10:47:49 |
| 18 | Q. | So a referral to ICE ERO, we discussed, often results        | 10:47:51 |
| 19 |    | in arrest of an individual with a final order.               | 10:47:59 |
| 20 |    | Correct?                                                     | 10:48:02 |
| 21 | A. | Yes.                                                         | 10:48:02 |
| 22 | Q. | And so I'm asking whether that referral, which is            | 10:48:02 |
| 23 |    | likely to result in arrest, is considered the same           | 10:48:04 |
| 24 |    | thing as detaining an individual against his or her          | 10:48:08 |
| 25 |    | will.                                                        | 10:48:11 |

| | | |
|---|---|---|
| 1 | A. | Oh, I don't -- I don't believe that's the same thing. | 10:48:11 |
| 2 | Q. | The CHAP also says that -- "Creating a specific | 10:48:14 |
| 3 | | appointment for a subject with the sole purpose of | 10:48:19 |
| 4 | | facilitating his or her arrest by ICE requires | 10:48:22 |
| 5 | | escalation to the field office director and district | 10:48:25 |
| 6 | | director for decision." | 10:48:28 |
| 7 | | Right? | 10:48:29 |
| 8 | A. | Yes. | 10:48:29 |
| 9 | Q. | It doesn't say it shouldn't happen.  Correct? | 10:48:30 |
| 10 | A. | "Creating a specific appointment for a subject with | 10:48:36 |
| 11 | | the sole purpose of facilitating his or her arrest by | 10:48:39 |
| 12 | | ICE requires the escalation to the FOD and DD for the | 10:48:42 |
| 13 | | decision." | 10:48:47 |
| 14 | | So your question was it doesn't say what? | 10:48:49 |
| 15 | Q. | It doesn't say that that should not happen. | 10:48:51 |
| 16 | A. | Yes.  I would agree with that statement. | 10:48:54 |
| 17 | Q. | The CHAP allows for USCIS to schedule an appointment | 10:49:02 |
| 18 | | for the sole purpose of facilitating an arrest as long | 10:49:09 |
| 19 | | as it is approved by the right people? | 10:49:12 |
| 20 | A. | The reading of that -- those -- that sentence, yes. | 10:49:14 |
| 21 | Q. | Has that ever happened in your experience? | 10:49:17 |
| 22 | A. | Yeah, I was -- I was going to say, I need to carefully | 10:49:20 |
| 23 | | read that because I have never had that in my | 10:49:23 |
| 24 | | experience. | 10:49:26 |
| 25 | Q. | But you would agree that the CHAP allows USCIS to take | 10:49:26 |

|   |   |   |   |
|---|---|---|---|
| 1 |    | ICE's desire to arrest someone into consideration when | 10:49:32 |
| 2 |    | deciding who -- whether to schedule an interview? | 10:49:35 |
| 3 | A. | I would say, by reading that sentence, it appears like | 10:49:39 |
| 4 |    | it allows on a -- on a case-by-case situation for -- | 10:49:43 |
| 5 |    | for us to -- to facilitate -- to coordinate with ICE | 10:49:48 |
| 6 |    | with that based on that sentence of the CHAP, yes. | 10:49:53 |
| 7 |    | And like I said, I've never had that experience. | 10:50:02 |
| 8 | Q. | But the CHAP allows for that to happen. | 10:50:04 |
| 9 | A. | Yes. | 10:50:15 |
| 10 | Q. | And I think we talked a little bit earlier that the | 10:50:19 |
| 11 |    | CHAP was updated in 2019; is that right? | 10:50:23 |
| 12 | A. | Yes. | 10:50:28 |
| 13 | Q. | And do you know what caused -- was there anything that | 10:50:29 |
| 14 |    | prompted the update to the CHAP in 2019? | 10:50:39 |
| 15 | A. | I don't know if anything prompted it. | 10:50:46 |
| 16 | Q. | Was there a lot of negative media attention around | 10:50:50 |
| 17 |    | arrests at USCIS in 2018? | 10:50:53 |
| 18 | A. | I know there was some media attention, yes.  I'm | 10:50:59 |
| 19 |    | thinking of some of the arrests that were made out of | 10:51:02 |
| 20 |    | the Lawrence field office.  Yes. | 10:51:05 |
| 21 | Q. | And USCIS had some negative press attention; is that | 10:51:07 |
| 22 |    | fair to say? | 10:51:12 |
| 23 | A. | I think that's fair to say, yes. | 10:51:14 |
| 24 | Q. | And this litigation was also filed in 2018.  Right? | 10:51:15 |
| 25 | A. | Yes. | 10:51:22 |

|    |    |                                                              |          |
|----|----|--------------------------------------------------------------|----------|
| 1  |    | to procedures; is that fair to say?                          | 11:20:33 |
| 2  | A. | That's fair.                                                 | 11:20:36 |
| 3  | Q. | And this 2019 includes instructions on how to schedule       | 11:20:40 |
| 4  |    | interviews for individuals seeking benefits with final       | 11:20:44 |
| 5  |    | orders; is that right?                                       | 11:20:49 |
| 6  | A. | Yes.  This looks like it's in Section 3 there.               | 11:20:52 |
| 7  | Q. | I'm just gonna scroll down and blow that up a little         | 11:20:55 |
| 8  |    | bit so you're able to read it a little bit easier.  Is       | 11:20:59 |
| 9  |    | that -- can you see read that?                               | 11:21:01 |
| 10 | A. | I can, yep.                                                  | 11:21:03 |
| 11 | Q. | And this new section on scheduling actually states           | 11:21:05 |
| 12 |    | that USCIS will not schedule an interview solely for         | 11:21:08 |
| 13 |    | the purposes of an arrest.  Do you see that?                 | 11:21:12 |
| 14 | A. | Yes.                                                         | 11:21:21 |
| 15 | Q. | And that's a change from the 2018 CHAP.  Right?              | 11:21:21 |
| 16 | A. | Yes.                                                         | 11:21:25 |
| 17 | Q. | Do you know the policy reason why USCIS made that            | 11:21:27 |
| 18 |    | change?                                                      | 11:21:32 |
| 19 | A. | I do not know the policy reason, no.                         | 11:21:34 |
| 20 | Q. | Who would know that policy reason?                           | 11:21:37 |
| 21 | A. | I would again refer to our headquarters, the people          | 11:21:41 |
| 22 |    | that have updated it and put together the CHAP.              | 11:21:44 |
| 23 | Q. | And what's the policy reason behind why USCIS should         | 11:21:47 |
| 24 |    | not schedule interviews solely for the purpose of an         | 11:21:52 |
| 25 |    | arrest?                                                      | 11:21:55 |

```
1                     CERTIFICATE OF NOTARY
2    STATE OF MICHIGAN  )
3                       ) SS
4    COUNTY OF OAKLAND  )
5
6              I, ALISON WEBSTER, certify that the
7        deposition of MICHAEL McCLEARY was taken before me
8        via videoconference on the date hereinbefore set
9        forth; that the foregoing questions and answers
10       were recorded by me stenographically and reduced
11       to computer transcription; that this is a true,
12       full and correct transcript of my stenographic
13       notes so taken; and that I am not related to, nor
14       of counsel to, either party nor interested in the
15       event of this cause.
16
17
18            [signature: Alison C. Webster]
19
20
21       _____
22       ALISON C. WEBSTER, CSR-6266, RPR, RMR, CRR, RDR
23       Notary Public,
24       Oakland County, Michigan.
25    My Commission expires:  May 1, 2023
```