# Exhibit I

**From:** ▮
**Sent:** Monday, November 6, 2017 5:21 PM
**To:** Riordan, Denis C
**Subject:** FW: Pending Stand-alone I-130's at LAW with beneficiaries with final orders of removal
**Attachments:** Copy of I-130-Ordered Removed - Current AR-11 Address.xlsx; Copy of #2 - Ordered Removed I-130.xlsx

Denis:

**DP**

▮

Deputy District Director
District #1
U.S. Citizenship & Immigration Services
Boston, MA

▮

This communication, along with any attachments, may contain confidential information and is covered by federal laws governing electronic communications. Electronic communications may also be monitored by the Department of Homeland Security, U.S. Citizenship and Immigration Services. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message is strictly prohibited. If you have received this in error, please delete this message and all attachments and immediately notify the sender.

---

**From:** ▮
**Sent:** Monday, November 06, 2017 1:15 PM
**To:** Riordan, Denis C
**Cc:** ▮ ; Tiberi, Mirella
**Subject:** Pending Stand-alone I-130's at LAW with beneficiaries with final orders of removal

Good morning Denis,

Last week I mentioned to you that we have 26 stand-alone I-130s pending at LAW for interview (lists attached). The first list was already sent to ERO—they are interested in 19 of the cases. We have not yet sent the second list to ERO.

**DP**

Thank you,

▮



| A - Number | Beneficiary's Name | Beneficiary's Address | I-130 filed on: | AR-11 Newest Filing Date | AR-11 Address | ERO Response |
|---|---|---|---|---|---|---|
| | | | 1/13/2017 | No Data Found | | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 1/30/2017 | No Data Found | | Final order with pending criminal case(s). Will arrest barring significant medical or childcare issues. |
| | | | 12/20/2016 | 11/1/2011 | older address | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 1/23/2017 | 2/8/2010 | older address | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 1/9/2017 | No Data Found | | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 7/31/2015 | 1/15/2016 | Same as petition | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 3/24/2016 | 1/4/2017 | | Case pending with EIOR. No ERO interest. |
| | | | 1/9/2017 | No Data Found | | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 12/28/2016 | No Data Found | | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 12/8/2016 | No Data Found | | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 10/17/2016 | No Data Found | | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 8/5/2016 | No Data Found | | No ERO Interest |
| | | | 11/7/2016 | No Data Found | | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 7/6/2015 | No Data Found | | No ERO Interest |
| | | | 2/16/2016 | No Data Found | | Criminal Final Order. ERO will arrest barring significant medical or childcare issues. |
| | | | 12/5/2016 | No Data Found | | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 2/13/2017 | No Data Found | | Criminal Re-Entry. ERO will arrest barring significant medical or childcare issues. |
| | | | 6/9/2017 | 7/25/2017 | | No ERO Interest |
| | | | 10/25/2016 | No Data Found | | Criminal Final Order. ERO will arrest barring significant medical or childcare issues. |
| | | | 1/5/2017 | No Data Found | | Case pending with EIOR. No ERO interest. |
| | | | 1/26/2017 | No Data Found | | Criminal Re-Entry. ERO will arrest barring significant medical or childcare issues. |
| | | | 10/3/2016 | 1/22/2015 | older, year 2015 | No ERO Interest |
| | | | 1/4/2017 | No Data Found | | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 10/4/2016 | No Data Found | | Non-Criminal Final Order.  Will arrest barring significant medical or childcare issues. |
| | | | 8/22/2016 | No Data Found | | Criminal Final Order. ERO will arrest barring significant medical or childcare issues. |
| | | | 6/5/2014 | 3/20/2006 | older address | No ERO Interest |

