# Exhibit J

```
 1        IN THE DISTRICT UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4                            x
 5    LILIAN PAHOLA CALDERON      :
 6    JIMENEZ, AND LUIS           :
 7    GORDILLO, et al.,           :
 8          Plaintiffs,           :   Case No.
 9      v.                        :   1:18 cv 10225 MLW
10    CHAD WOLF, et al,           :
11          Defendants.           :
12                            x
13
14     CONFIDENTIAL   SUBJECT TO PROTECTIVE ORDER
15            Remote Videotaped Deposition of
16                     MIRELLA TIBERI
17                 Thursday, July 16, 2020
18                        9:12 a.m.
19
20
21
22   Job No.: 307835
23   Pages: 1   298
24   Reported By: DEBRA BOLLMAN FARFAN, RMR, CRR, CRC,
25              CA CSR 11648
```

```
 1        Videoconference Deposition of MIRELLA TIBERI,
 2   held remotely:
 3
 4
 5        Witness Location:
 6        Stoneham, Massachusetts
 7
 8
 9
10
11      Pursuant to notice, before Debra Bollman,
12   Registered Merit Reporter, Certified Realtime
13   Reporter, CRC, and Certified Shorthand Reporter
14   No. 11648, in and for the State of California.
15
16
17
18
19
20
21
22
23
24
25
```

```
1              A P P E A R A N C E S
2       ON BEHALF OF THE PLAINTIFFS LILIAN PAHOLA
3    CALDERON JIMENEZ, and LUIS GORDILLO, et al:
4          ALLYSON SLATER, ESQUIRE
5          STEPHEN PROVAZZA, ESQUIRE
6          MATTHEW COSTELLO, ESQUIRE
7          KEVIN PRUSSIA, ESQUIRE
8          Wilmer Cutler Pickering Hale and  Dorr, LLP
9          60 State Street
10         Boston, MA 02109
11         Telephone: (617) 526 6000
12         Allison.slater@wilmerhale.com
13
14      ON BEHALF OF THE DEFENDANTS CHAD WOLF, ET
15   AL:
16         MARY LARAKERS, ESQUIRE
17         WILLIAM WEILAND, ESQUIRE
18         U.S. DEPARTMENT OF JUSTICE, OFFICE OF
19         IMMIGRATION LITIGATION
20         P.O. BOX 868
21         WASHINGTON, DC 20044
22         202 353 4419
23         MARY.LARAKERS@USDOJ.GOV
24
25
```

```
 1       A P P E A R A N C E S   C O N T I N U E D
 2   ON BEHALF OF PLAINTIFFS/PETITIONERS:
 3        ADRIANA LAFAILLE, ESQUIRE
 4        MATTHEW SEGAL, ESQUIRE                              08:59:26
 5        AMERICAN CIVIL LIBERTIES UNION
 6        FOUNDATION OF MASSACHUSETTS, INC.
 7        211 Congress Street
 8        Boston, MA 02110
 9        (617) 482 3170
10
11
12   ON BEHALF OF PLAINTIFFS/PETITIONERS:
13        KATHLEEN M. GILLESPIE, ESQUIRE
14        ATTORNEY AT LAW
15         6 White Pine Lane
16        Lexington, MA 02421
17         (339) 970 9283
18        Kathleen.m.gillespie@outlook.com
19
20   ALSO PRESENT:
21        FRANK CROWLEY, USCIS                                08:58:13
22        AJ FEBLES, SUMMER ASSOCIATE WILMERHALE
23        VIDEOTECH:   JULIE OUEDRAOGO
24        VIDEOGRAPHER:   JORDAN MUMMERT
25
```

| | | |
|---|---|---|
| 1 | A. Yes. | 04:54:31 |
| 2 | Q. Do you think that's in reference to final | 04:54:32 |
| 3 | order cases? | 04:54:34 |
| 4 | A. I think so, yes. | 04:54:35 |
| 5 | Q. And then she writes "not on their way to | 04:54:37 |
| 6 | residency," correct? | 04:54:41 |
| 7 | A. That's what she writes, yes. | 04:54:42 |
| 8 | Q. Okay. So [redacted] is saying that people | 04:54:45 |
| 9 | with final orders are not on their way to | 04:54:48 |
| 10 | residency, correct? | 04:54:50 |
| 11 | A. Yes. | 04:54:51 |
| 12 | Q. But that's not right, is it? | 04:54:54 |
| 13 | A. I don't know. | 04:54:57 |
| 14 | Q. Under the terms of the provisional waiver | 04:55:03 |
| 15 | process that we discussed earlier, people with | 04:55:05 |
| 16 | final orders of removal may be eligible to waive | 04:55:08 |
| 17 | that ground of admissibility and obtain legal | 04:55:15 |
| 18 | residency, correct? | 04:55:21 |
| 19 | A. Not   I mean, eligible to file, from what | 04:55:23 |
| 20 | I've read with you. | 04:55:27 |
| 21 | Q. Okay. And they're eligible to file. And | 04:55:30 |
| 22 | that's a step on the way to residency. Do you | 04:55:32 |
| 23 | agree with that? | 04:55:34 |
| 24 | A. Yes, I   I do. | 04:55:35 |
| 25 | Q. And do you agree, as part of the | 04:55:39 |

| | | |
|---|---|---|
| 1 | provisional waiver process, the applicant would | 04:55:51 |
| 2 | need an approved I 130? | 04:55:54 |
| 3 | A. I don't know because I do not know about | 04:55:56 |
| 4 | the provisional waiver. | 04:55:59 |
| 5 | Q. So ▉▉▉ replies to ▉▉▉ and | 04:56:02 |
| 6 | says:  It is ICE that would need to confirm the | 04:56:16 |
| 7 | specific circumstances of the arrest.  We would | 04:56:21 |
| 8 | not be able to confirm that someone was arrested | 04:56:22 |
| 9 | on a final order. | 04:56:24 |
| 10 | Do you see that? | 04:56:26 |
| 11 | A. I do. | 04:56:27 |
| 12 | Q. And she says:  It would have been ideal if | 04:56:28 |
| 13 | ICE was able to get back to them by their deadline | 04:56:34 |
| 14 | with the information. | 04:56:36 |
| 15 | Do you see that? | 04:56:37 |
| 16 | A. I do. | 04:56:42 |
| 17 | Q. The next paragraph starts:  When this | 04:56:44 |
| 18 | happened last spring in Lawrence, the question | 04:56:51 |
| 19 | reporters had for USCIS was why arrests were being | 04:56:54 |
| 20 | made at our office. | 04:56:57 |
| 21 | Do you see that? | 04:56:58 |
| 22 | A. Yes. | 04:56:59 |
| 23 | Q. Okay.  So ▉▉▉ is writing in her | 04:57:00 |
| 24 | email that, in the spring of 2017, reporters had | 04:57:04 |
| 25 | questions for USCIS, correct? | 04:57:09 |

REPORTER'S CERTIFICATION OF CERTIFIED COPY

I, Debra Bollman Farfan, C.S.R. No. 11648, in and for the State of California, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth; That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and the same is a true, correct, and complete transcript of said proceedings;

I further certify that I am not interested in the event of the action. Witness my hand this 25th day of July, 2020.

Debra Bollman Farfan.

CA CSR No. 11648, RMR, CRR, CRC