# Exhibit K

| | |
|---|---|
| **From:** | Adriana Lafaille |
| **To:** | Larakers, Mary L. (CIV); Weiland, William H. (CIV) |
| **Cc:** | MSegal@aclum.org; WH ACLU MA Calderon Class Action; Kathleen Gillespie |
| **Subject:** | RE: de Souza electronic monitoring / I-130 delays |
| **Date:** | Tuesday, October 30, 2018 4:34:32 PM |

That's great news, Mary. Thanks for following up on that.

Adriana

**From:** Larakers, Mary L. (CIV) [mailto:Mary.L.Larakers@usdoj.gov]
**Sent:** Tuesday, October 30, 2018 3:10 PM
**To:** Adriana Lafaille <ALafaille@aclum.org>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** Matthew Segal <MSegal@aclum.org>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <gilleska@hotmail.com>
**Subject:** RE: de Souza electronic monitoring / I-130 delays

Hi Adriana,

USCIS has informed me:

1. Deng Gao's I-130 was approved today.
2. Oscar Rivas has been scheduled for an interview on November 21, 2018 at 10:00 am. A notice has been sent to Mr. Rivas and his attorney of record.

Best,
Mary

**From:** Adriana Lafaille [mailto:ALafaille@aclum.org]
**Sent:** Tuesday, October 23, 2018 12:05 PM
**To:** Weiland, William H. (CIV) <wweiland@CIV.USDOJ.GOV>; Larakers, Mary L. (CIV) <mlaraker@CIV.USDOJ.GOV>
**Cc:** Matthew Segal <MSegal@aclum.org>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <gilleska@hotmail.com>
**Subject:** RE: de Souza electronic monitoring / I-130 delays

Will and Mary — [redacted] but there has still been no movement on Oscar Rivas and Deng Gao's I-130s. Mr. Gao's I-130 has been pending more than two years (since June 2016), and Mr. Rivas's I-130 has been pending more than 18 months, including more than one year since being upgraded to a USC petition in October 2017. Would you be able to inquire with USCIS about these delays and about getting these cases scheduled?

Best,
Adriana

**From:** Weiland, William H. (CIV) [mailto:William.H.Weiland@usdoj.gov]
**Sent:** Thursday, August 23, 2018 7:22 AM
**To:** Adriana Lafaille <ALafaille@aclum.org>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Matthew Segal <MSegal@aclum.org>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <gilleska@hotmail.com>
**Subject:** Re: de Souza electronic monitoring / I-130 delays

Adrianna,

Thank you.  We will certainly forward your request and see what we can do.

Best,
Will


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Adriana Lafaille <ALafaille@aclum.org>
Date: 8/23/18 00:29 (GMT-05:00)
To: "Larakers, Mary L. (CIV)" <mlaraker@CIV.USDOJ.GOV>, "Weiland, William H. (CIV)" <wweiland@CIV.USDOJ.GOV>
Cc: Matthew Segal <MSegal@aclum.org>, WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>, Kathleen Gillespie <gilleska@hotmail.com>
Subject: de Souza electronic monitoring / I-130 delays

Mary and Will,

I hope you are well. [redacted]

I also want to raise an additional issue about the delays our clients have been facing with regard to the processing of their applications. Oscar Rivas' I-130 has been pending about 16 months (10 months after being upgraded to a USC petition), and Deng Gao's I-130 has been pending for more than two years. Mr. Gao has repeatedly been told that he is in the queue for an interview in Boston, but no interview has been scheduled.  Both clients also have pending I-212s. Would you be able to inquire with CIS about getting these cases scheduled or otherwise adjudicated so that our clients can move on to the next steps?

Best,
Adriana