DECLARATION OF ACTING DEPUTY FIELD OFFICE DIRECTOR

ARTHUR J. WILSON JR.

Pursuant to the authority of 28 U.S.C. § 1746, I, Arthur J. Wilson Jr., an Acting Deputy Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am an Acting Deputy Field Office Director ("DFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE"). I am stationed in Burlington, Massachusetts.

2. I began serving as an Acting DFOD for ERO Boston on October 19, 2020. Prior to holding my current position, I served in the following positions with ERO: Assistant Field Office Director for ERO Boston beginning on May 10, 2020. Prior to serving in that role, I served as DFOD for ERO Los Angeles from November 7, 2017 to May 9, 2020. I have served in several other supervisory roles which include Supervisory Immigration Enforcement Agent, Supervisory Detention and Deportation Officer and Section Chief.

3. This declaration is based on personal knowledge and information made known to me in the course of my professional duties. I am writing this declaration in response to the Court's June 28, 2019 order (ECF No. 295). Further, I am writing this declaration to ensure the Court that I am aware of the ongoing litigation in this matter and have read the following orders, as directed by the Court:

    a. ECF No. 95, Memorandum and Order, June 11, 2018;

    b. ECF No. 159, Memorandum and Order, September 21, 2018.

4. Additionally, I write this declaration to state that, consistent with the Court's June 28, 2019 order, after reading the above orders concerning detention and removal, I discussed each with Todd Lyons, Field Office Director for the ERO Boston Field Office and counsel representing the government in this case.

5. Finally, I write this declaration to convey my understanding of the possible consequences of any violation of the above orders, as conveyed in this Court's June 28, 2019 order.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 21st day of October, 2020

ARTHUR J WILSON JR
Digitally signed by ARTHUR J WILSON JR
Date: 2020.10.21 15:10:03 -04'00'

Arthur J. Wilson, Jr.

Acting Deputy Field Office Director

U.S. Department of Homeland Security

United States Immigration and Customs Enforcement

Burlington, Massachusetts