UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, Acting Secretary of Homeland Security, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## RESPONDENTS' PARTIALLY ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY

Pursuant to L.R. 7.1(b)(3), Respondents move this Court for leave to file a reply in further support of their motion for a protective order under Rule 2(b) and to limit the scope of a deposition under Rule 30(d)(3)(B). ECF No. 548. Petitioners' 20-page opposition includes a number of arguments and references excerpts from recent depositions to which Respondents wish to respond. ECF No. 550 (filed October 19, 2020). Respondents now request leave to file a 15-page reply to address these arguments and cases by October 28, 2020.

Counsel for Respondents conferred with counsel for Petitioners via email on October 23, 2020. Counsel for Petitioners only assent to this motion to the extent Respondents' reply brief is limited to 10 pages. However, Respondents have good cause to file a 15-page reply. First, Petitioners' opposition was 20 pages and Respondents require additional pages to respond to Petitioners' arguments. *See* ECF No. 550. Second, Respondents intend to include excerpts from recent depositions that, due to formatting rules, require more space. Finally, due to the challenges

presented by and the limitations of telephonic hearings during the COVID-19 pandemic, detailed briefing will assist in the Court's administration of justice in this matter.

Respectfully submitted this 23rd day of October, 2020.

        JEFFERY BOSSERT CLARK
        Acting Assistant Attorney General

        WILLIAM C. PEACHEY
        Director
        Office of Immigration Litigation

        LAUREN E. FASCETT
        Senior Litigation Counsel

        */s/ Mary L. Larakers*.
        MARY L. LARAKERS
        Trial Attorney
        U.S. Department of Justice, Civil Division
        Office of Immigration Litigation
        District Court Section
        P.O. Box 868, Ben Franklin Station
        Washington, DC 20044
        (202) 353-4419
        (202) 305-7000 (facsimile)
        mary.l.larakers@usdoj.gov

        *Counsel for Respondents*

**LOCAL RULE 7.1 CERTIFICATION**

      Pursuant to Local Rule 7.1, counsel for Respondents conferred with counsel for Petitioners' who assented to Respondents filing a 10-page reply.

                                                  /s/ Mary L. Larakers
                                                  Mary L. Larakers
                                                  Trial Attorney

**CERTIFICATE OF SERVICE**

      I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  /s/ Mary L. Larakers
                                                  Mary L. Larakers
Dated: October 23, 2020                          Trial Attorney