# Exhibit A

| | | |
|---|---|---|
| 1 | All right, Ms. Tiberi, under subheading | 11:10:08 |
| 2 | (c), number (1), which is titled "Arrest of an | 11:10:11 |
| 3 | Alien During the Interview Process" -- do you see | 11:10:14 |
| 4 | that? | 11:10:17 |
| 5 | A. I do. | 11:10:18 |
| 6 | Q. Okay. And reading from that document, it | 11:10:20 |
| 7 | says: As a general rule, any alien who appears | 11:10:23 |
| 8 | for an interview before a USCIS officer in | 11:10:27 |
| 9 | connection with an application or petition seeking | 11:10:31 |
| 10 | benefits under the Act shall not be arrested | 11:10:34 |
| 11 | during the course of the interview, even though | 11:10:38 |
| 12 | the alien may be in the United States illegally. | 11:10:41 |
| 13 | Do you see that? | 11:10:44 |
| 14 | A. Yes. | 11:10:45 |
| 15 | Q. Okay. And did I read that correctly? | 11:10:46 |
| 16 | A. Yes. | 11:10:50 |
| 17 | Q. So USCIS policy is that an alien who | 11:10:52 |
| 18 | appears for an I-130 interview shall not be | 11:10:57 |
| 19 | arrested during the course of the interview, | 11:11:01 |
| 20 | correct? | 11:11:03 |
| 21 | MS. LARAKERS: Objection. | 11:11:03 |
| 22 | THE WITNESS: Yes. | 11:11:03 |
| 23 | BY MS. SLATER: | 11:11:09 |
| 24 | Q. So if an alien was arrested in connection | 11:11:12 |
| 25 | with an I-130 interview, that would be a violation | 11:11:14 |

Case 1:18-cv-10225-MLW   Document 556-1   Filed 10/28/20   Page 3 of 5
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Transcript of Mirella Tiberi
Conducted on July 16, 2020

107

| | | |
|---|---|---|
| 1 | A. I can't -- you know, I don't know. I | 11:49:17 |
| 2 | don't remember. That's my answer. | 11:49:22 |
| 3 | Q. Okay. Do you think you've been doing that | 11:49:24 |
| 4 | since you started at the Lawrence field office? | 11:49:28 |
| 5 | A. The emails? | 11:49:32 |
| 6 | Q. Yes. | 11:49:34 |
| 7 | A. Again, every time there's a final order of | 11:49:35 |
| 8 | removal, we've always notified ICE. So I don't | 11:49:42 |
| 9 | remember if I did before 2016. I could have. I | 11:49:51 |
| 10 | might have. But I don't recall when -- when I | 11:49:55 |
| 11 | did. | 11:49:59 |
| 12 | Q. Okay. So when you started at the Lawrence | 11:49:59 |
| 13 | field office in 2009, do you recall sending emails | 11:50:01 |
| 14 | to ICE in 2009 saying: Here are the upcoming | 11:50:06 |
| 15 | I-130 interviews with final orders? | 11:50:10 |
| 16 | A. No, I do not. | 11:50:12 |
| 17 | Q. Do you recall doing that in 2010? | 11:50:14 |
| 18 | A. I do not remember. | 11:50:16 |
| 19 | Q. Do you recall doing that in 2011? | 11:50:21 |
| 20 | A. I don't remember. | 11:50:26 |
| 21 | Q. Do you recall doing that in 2012? | 11:50:27 |
| 22 | A. I don't remember the -- when I -- when I | 11:50:29 |
| 23 | sent an email. | 11:50:33 |
| 24 | Q. Okay. So you do not remember when you | 11:50:34 |
| 25 | started the practice of notifying ICE of I-130 | 11:50:37 |

| | | |
|---|---|---|
| 1  | A. No. | 02:32:57 |
| 2  | Q. Do you know if individuals with final | 02:33:03 |
| 3  | orders of removal who applied for stand-alone | 02:33:06 |
| 4  | I-130 petitions always had interviews in | 02:33:10 |
| 5  | connection with their petition? | 02:33:12 |
| 6  | A. As I said to you already, I don't | 02:33:14 |
| 7  | remember.  I think they did, but I do not | 02:33:17 |
| 8  | remember. | 02:33:19 |
| 9  | Q. Was it your practice at the Lawrence | 02:33:20 |
| 10 | office when you were there to always interview | 02:33:23 |
| 11 | individuals who had a final order who were | 02:33:26 |
| 12 | applying for a stand-alone I-130? | 02:33:31 |
| 13 | A. I don't remember, to be honest.  I don't | 02:33:34 |
| 14 | remember. | 02:33:40 |
| 15 | Q. Would you -- in scheduling the interview, | 02:33:45 |
| 16 | would you consider whether ICE had an interest in | 02:33:47 |
| 17 | detaining the individual? | 02:33:50 |
| 18 | A. No. | 02:33:51 |
| 19 | Q. Would you talk with other agencies like | 02:33:54 |
| 20 | ICE in scheduling the interviews? | 02:33:59 |
| 21 | A. We would tell them about the -- the final | 02:34:02 |
| 22 | order, yes. | 02:34:04 |
| 23 | Q. Okay.  So you'd tell them about the final | 02:34:07 |
| 24 | order.  Was there always a scheduled interview at | 02:34:09 |
| 25 | the time you informed ICE? | 02:34:13 |

| | | |
|---|---|---|
| 1 | A. I don't know. | 02:34:15 |
| 2 | Q. Would you talk with ICE about when to | 02:34:20 |
| 3 | schedule the interview? | 02:34:23 |
| 4 | A. No. | 02:34:24 |
| 5 | Q. Would you ever talk to ICE about whether | 02:34:26 |
| 6 | to schedule interview? | 02:34:28 |
| 7 | A. No. | 02:34:29 |
| 8 | Q. Okay.  So your testimony, as you sit here | 02:34:30 |
| 9 | today, is that you've never talked to ICE about | 02:34:34 |
| 10 | when or whether to schedule an interview? | 02:34:37 |
| 11 | MS. LARAKERS:  I can see her lips moving. | 02:34:54 |
| 12 | MS. SLATER:  Yeah, I can't hear her | 02:34:56 |
| 13 | either. | 02:34:57 |
| 14 | MS. LARAKERS:  Yeah, Mirella, we can't | 02:34:58 |
| 15 | hear anything you're saying. | 02:35:04 |
| 16 | THE WITNESS:  Oh, I can hear you.  Can you | 02:35:05 |
| 17 | hear me? | 02:35:07 |
| 18 | MS. LARAKERS:  We just now can hear you. | 02:35:08 |
| 19 | THE WITNESS:  Okay.  I couldn't hear | 02:35:10 |
| 20 | Allyson. | 02:35:11 |
| 21 | BY MS. SLATER: | 02:35:12 |
| 22 | Q. Okay.  Let me run through that again. | 02:35:12 |
| 23 | Where was the last -- so I think -- I'm just going | 02:35:14 |
| 24 | to scroll up to see the last question that you | 02:35:22 |
| 25 | answered. | 02:35:24 |