# Exhibit D

| | | |
|---|---|---|
| 1 | A     That sounds a little closer to what he | 12:32:02 |
| 2 | may have said. | 12:32:05 |
| 3 | Q     Under the 2014 policy, did ICE target | 12:32:06 |
| 4 | individuals for arrests at USCIS offices? | 12:32:10 |
| 5 | A     Yes. | 12:32:19 |
| 6 | Q     Do you recall any of those arrests taking | 12:32:24 |
| 7 | place while you were the field office director in | 12:32:25 |
| 8 | Boston prior to January 2017? | 12:32:28 |
| 9 | A     I don't recall Boston.  I recall Atlanta. | 12:32:33 |
| 10 | Q     And what were the circumstances of those | 12:32:40 |
| 11 | arrests? | 12:32:42 |
| 12 | A     In which location? | 12:32:45 |
| 13 | Q     In Atlanta. | 12:32:46 |
| 14 | A     Typically it would be receipt of the -- | 12:32:53 |
| 15 | the ERO field office would receive a call from a | 12:32:57 |
| 16 | supervisory-type person over at USCIS that somebody | 12:33:00 |
| 17 | has -- they could have a warrant out, they could | 12:33:06 |
| 18 | have a criminal history or a criminal record, | 12:33:12 |
| 19 | something along those lines. | 12:33:17 |
| 20 | Q     But you don't recall any arrests taking | 12:33:26 |
| 21 | place at New England USCIS offices prior to | 12:33:29 |
| 22 | January 2017? | 12:33:36 |
| 23 | A     I don't recall. | 12:33:38 |
| 24 | MR. PROVAZZA:  Can we pull up tab 10, | 12:33:44 |