DECLARATION OF ACTING DEPUTY FIELD OFFICE DIRECTOR
ALAN GREENBAUM.

Pursuant to the authority of 28 U.S.C. § 1746, I, Alan Greenbaum, an Acting Deputy Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am an Acting Deputy Field Office Director ("DFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE"). I am stationed in Burlington, Massachusetts.

2. I began serving as an Acting DFOD for ERO Boston on October 19, 2020. Prior to holding my current position, I served as the Assistant Field Office Director for ERO Boston since 2017. Prior to serving in that role, I served as an Supervisory Detention and Deportation Officer for ERO Boston beginning in May 2009.

3. This declaration is based on personal knowledge and information made known to me in the course of my professional duties. I am writing this declaration in response to the Court's June 28, 2019 order (ECF No. 295). Further, I am writing this declaration to ensure the Court that I am aware of the ongoing litigation in this matter and have read the following orders, as directed by the Court:

    a. ECF No. 95, Memorandum and Order, June 11, 2018;

    b. ECF No. 159, Memorandum and Order, September 21, 2018.

4. Additionally, I write this declaration to state that, consistent with the Court's June 28, 2019 order, after reading the above orders concerning detention and removal, I discussed

2

each with Todd Lyons, Field Office Director for the ERO Boston Field Office and counsel representing the government in this case.

5. Finally, I write this declaration to convey my understanding of the possible consequences of any violation of the above orders, as conveyed in this Court's June 28, 2019 order.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the Fifth day of November, 2020

Alan Greenbaum
Acting Deputy Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts