# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Respondents respectfully request an extension of current deadlines in order to complete additional document production. As a result of depositions conducted thus far in this case, Respondents have agreed to an expansion in document production. Respondents have conducted a responsiveness review of approximately 16,000 of 58,000 potentially responsive documents, and estimate they an additional 30 days to complete the responsiveness confirmation / privilege review of these documents. As these documents have not yet been produced by Respondents, Petitioners will need a commensurate extension of time to review the documents ultimately produced in preparation for the depositions remaining to be taken in this case.

Accordingly, Respondents request that the court set the following case milestones.

|  | **Scheduling Order, Dkt. No. 538** | **Proposed Deadline** |
|---|---|---|
| Close of document production | November 15, 2020 | December 15, 2020 |

| Close of fact discovery | December 30, 2020 | January 30, 2021 |
| --- | --- | --- |
| Joint report concerning settlement and summary judgment motions | January 30, 2021 | February 28, 2021 |
| Status conference regarding Rule 56 motions | February 2021 (Date TBD) | March 2021 (Date TBD) |

Petitioners do not oppose this request.

Respectfully submitted this 13th day of November, 2020.

*Counsel for the Respondents*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/ *William H. Weiland*
WILLIAM H. WEILAND
(BBO #661433)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-0770
(202) 305-7000 (facsimile)
william.h.weiland@usdoj.gov

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Respondents conferred with counsel for Petitioners on November 13, 2020 in an attempt to resolve the issues raised in this motion. Petitioners assent to this motion.


                                        */s/ William H. Weiland*
                                        William H. Weiland