# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs-Petitioners,<br><br>   v.<br><br>CHAD WOLF, *et al.*,<br><br>       Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## <u>NOTICE OF WITHDRAWAL AS COUNSEL</u>

Pursuant to Local Rule 83.5.2(c), Counsel for Petitioners hereby notifies the Court of the withdrawal of Stephen N. Provazza as counsel in the above-captioned matter.  As of November 20, 2020 Mr. Provazza is no longer associated with Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale").  Petitioners will continue to be represented by WilmerHale, along with co-counsel at the American Civil Liberties Union Foundation of Massachusetts, Inc. and attorney Kathleen M. Gillespie, who remain attorneys of record in this case.

1

*Counsel for the Petitioners*

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

/s/  Christina Luo
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Allyson Slater (BBO # 704545)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
allyson.slater@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com
christina.luo@wilmerhale.com

Dated: November 23, 2020