UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO RESPONDENTS' RENEWED MOTION TO DISMISS**

Petitioners respectfully move for an extension of time to file a response in opposition to Respondents' Renewed Motion to Dismiss and Rule 12(c) Motion for Judgment on the Pleadings ("Motion"). Dkt. No. 560. Petitioners seek an additional 14-day extension to file an opposition. Respondents assent to this motion. In support of this motion, Petitioners state as follows:

Respondents filed their Motion on November 18, 2020 seeking to dismiss Petitioners' complaint for lack of subject matter jurisdiction and for judgment in favor of Respondents on Petitioners' equal protection claim. *See* Dkt. No. 560. Due to the Thanksgiving holiday, as well as other commitments, Petitioners require additional time to respond to the Motion. Petitioners therefore respectfully request that the Court enter an order granting an extension to file an opposition to the Motion by December 16, 2020.

Respectfully submitted this 24th day of November, 2020.

*Counsel for the Petitioners*

| | |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | /s/  Christina Luo<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO # 704545)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br>christina.luo@wilmerhale.com |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on November 24, 2020 in an attempt to resolve the issues raised in this motion. Respondents assent to this motion.

*/s/ Christina Luo*
Christina Luo
