UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 1:18-cv-10225-MLW |

**PETITIONERS' ASSENTED-TO MOTION TO SEAL**

Pursuant to Local Rule 7.1 and the July 30, 2019 Stipulated Protective Order (Dkt. No. 316), and contemporaneous with the filing of Petitioners' Motion to Compel, Petitioners respectfully request leave to file the below Exhibits under seal.

As grounds for this motion, Petitioners state as follows:

1. On November 30, 2020, contemporaneous with this filing, Petitioners filed their Motion to Compel, the supporting November 30, 2020 Declaration of Colleen McCullough ("McCullough Decl."), and Exhibits K, L, R, T, and U thereto.

2. Attached hereto as Exhibit K is a true and correct copy of an e-mail sent by Mr. William Weiland (William.H.Weiland@usdoj.gov) to Petitioners' counsel and other counsel for Respondents on August 24, 2020. Petitioners have redacted certain information protected from disclosure by the Federal Rules of Evidence.

3.      Attached hereto as Exhibit L is a true and correct copy of a November 22, 2017 e-mail chain produced by Respondents at GOV002892 through GOV002895 and is designated "Confidential" by Respondents' counsel pursuant to the Stipulated Protective Order. Exhibit L was entered as Exhibit 6 to the October 21, 2020 Deposition of Andrew Graham. Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

4.      Attached hereto as Exhibit R is a true and correct excerpted copy of the transcript of the deposition of Michael McCleary, taken on September 4, 2020, portions of which have been designated "Confidential" pursuant to the Stipulated Protective Order. Petitioners have redacted certain confidential information for public filing.

5.      Attached hereto as Exhibit T is a true and correct copy of a February 5, 2018 email chain produced by Respondents at ICE-00011535 through ICE-00011536 and is designated "Confidential" pursuant to the Stipulated Protective Order. Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

6.      Attached hereto as Exhibit U is a true and correct copy of a February 15, 2018 email chain produced by Respondents at ICE-0001470 through ICE-0001485 and is designated "Confidential" pursuant to the Stipulated Protective Order. Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

7.      Exhibits K, L, R, T, and U to the McCullough Decl. contain Confidential Information as that term is defined under Section A.2 of the July 30, 2019 Stipulated Protective Order. Dkt. No. 316. This information includes at least: (1) names of individuals (other than deponents), and other personally identifiable information; (2) personally identifiable information

related to third parties; and (3) names, phone numbers, and email addresses of federal employees.

8.  To preserve the rights of the public, Petitioners shall file public versions of Exhibits K, L, R, T, and U to the McCullough Decl., redacting any Confidential Information.

9.  Petitioners conferred with Respondents' counsel, who assented to this motion to file an unredacted sealed copy with the Court and provide redacted copies for public filing.

WHEREFORE, pursuant to Local Rule 7.1 and the July 30, 2019 Stipulated Protective Order, Petitioners respectfully request that this Court enter an order granting it leave to file Exhibits K, L, R, T, and U to the McCullough Decl. under seal.

## **RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel certifies that the parties have conferred with regard to this Motion and Respondents consented to the filing of this Motion to Seal.

Respectfully submitted this 30th day of November, 2020.

<div style="display: flex;">

<div>

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

</div>

<div>

*Counsel for the Petitioners*

/s/ *Colleen McCullough*
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Allyson Slater (BBO # 704545)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
allyson.slater@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com
christina.luo@wilmerhale.com

</div>

</div>