UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>          Plaintiffs-Petitioners,<br><br>      v.<br><br>CHAD WOLF, *et al.*,<br><br>          Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## PETITIONERS' MOTION TO COMPEL DISCOVERY

For the reasons set for in Petitioners' Memorandum in Support of Their Motion to Compel Discovery, Petitioners respectfully request this Court order Respondents to produce the following responsive documents:

1. **USCIS Documents Regarding the Scheduling of I-130 Interviews**: Documents and communications reflecting the USCIS policies and practices that influenced or influence whether and when a class member would be scheduled for an I-130 interview from August 29, 2016 to the present.

2. **Materials Related to Executive Order 13768**: Documents and communications in the possession of the Office of the Secretary of Homeland Security, including but not limited to the Secretary, Deputy Secretary, DHS Chief of Staff, and Executive, from January 20, 2017 to February 20, 2017 regarding the purpose for, and motivations behind Executive Order 13768 and Secretary Kelly's February 20, 2017 memorandum implementing that Executive Order.

3. **Materials from the ICE Office of Public Affairs and USCIS External Affairs Directorate (responsive to RFP Nos. 47 and 48)**: Documents and communications in the custody of the local or headquarters-based ICE Office of Public Affairs or the USCIS External Affairs Directorate discussing arrests at USCIS offices in the jurisdiction of ICE Boston ERO.

Respectfully submitted this 30th day of November, 2020.

*Counsel for the Petitioners*

| | |
|---|---|
| Matthew R. Segal (BBO # 654489)<br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | /s/  Colleen McCullough<br>Kevin S. Prussia (BBO # 666813)<br>Michaela P. Sewall (BBO # 683182)<br>Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO # 704545)<br>Colleen M. McCullough (BBO # 696455)<br>Matthew W. Costello (BBO # 696384)<br>Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>matthew.costello@wilmerhale.com<br>christina.luo@wilmerhale.com |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on November 30, 2020 in an attempt to resolve the issues raised in this motion. Respondents assent to this motion.

/s/ Colleen McCullough
Colleen McCullough