UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW <br><br> **DECLARATION OF COLLEEN MCCULLOUGH IN SUPPORT OF PETITIONERS' MOTION TO COMPEL DISCOVERY** <br><br> **EXHIBITS FILED UNDER SEAL** |

I, Colleen McCullough, declare as follows:

1. I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Motion to Compel Discovery.

2. Attached hereto as Exhibit A is a true and correct excerpted copy of Petitioners' First Set of Requests for Production, served on September 25, 2019.

3. Attached hereto as Exhibit B is a true and correct excerpted copy of Respondents' Responses and Objections to Petitioners' First Set of Requests for Production (Revised), served on November 8, 2019.

4. Attached hereto as Exhibit C is a true and correct copy of a letter sent from Mr. Stephen N. Provazza to Ms. Mary Larakers by e-mail on February 26, 2020.

5. Attached hereto as Exhibit D is a true and correct copy of a letter sent from Ms. Colleen McCullough to Ms. Mary Larakers by e-mail on November 26, 2019.

6. Attached hereto as Exhibit E is a true and correct copy of a letter sent from Mr. Stephen N. Provazza to Ms. Mary Larakers by e-mail on December 19, 2019.

7. Attached hereto as Exhibit F is a true and correct copy of a letter sent from Mr. Stephen N. Provazza to Ms. Mary Larakers by e-mail on October 2, 2020.

8. Attached hereto as Exhibit G is a true and correct excerpted copy of Petitioners' Second Set of Requests for Production, served on June 1, 2020.

9. Attached hereto as Exhibit H is a true and correct excerpted copy of Respondents' Responses and Objections to Petitioners' Second Set of Requests for Production (Corrected), served on June 30, 2020.

10. Attached hereto as Exhibit I is a true and correct copy of a letter sent from Mr. Stephen N. Provazza to Ms. Mary Larakers by e-mail on July 23, 2020.

11. Attached hereto as Exhibit J is a true and correct copy of a letter sent from Mr. Stephen N. Provazza to Ms. Mary Larakers by e-mail on August 10, 2020.

12. Attached hereto as Exhibit K is a true and correct copy of an e-mail sent by Mr. William Weiland (William.H.Weiland@usdoj.gov) to Petitioners' counsel and other counsel for Respondents on August 24, 2020. Pursuant to their Motion to Seal filed contemporaneously, Petitioners have redacted certain information protected from disclosure by the Federal Rules of Evidence.

13. Attached hereto as Exhibit L is a true and correct copy of a November 22, 2017 e-mail chain produced by Respondents at GOV002892 through GOV002895 and is designated "Confidential" by Respondents' counsel pursuant to the Stipulated Protective Order. Exhibit L was entered as Exhibit 6 to the October 21, 2020 Deposition of Andrew Graham. Pursuant to their Motion to Seal filed contemporaneously, Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

14. Attached hereto as Exhibit M is a true and correct copy of a portion of the USCIS Consolidated Handbook of Adjudication Procedures, Volume 13, Part B, Chapter 2, from October 4, 2017. Exhibit M was entered as Exhibit 3 to the September 4, 2020 Deposition of Michael McCleary.

15. Attached hereto as Exhibit N is a true and correct copy of a portion of the USCIS Consolidated Handbook of Adjudication Procedures, Volume 13, Part B, Chapter 2, from December 17, 2019. Exhibit N was entered as Exhibit 4 to the September 4, 2020 Deposition of Michael McCleary.

16. Attached hereto as Exhibit O is a true and correct copy of a Memorandum from Matthew T. Albence, Executive Associate Director of ICE, dated February 21, 2017, produced by Respondents at ICE-00011400 through ICE-00011403. Exhibit O was entered as Exhibit 9 to the August 14, 2020 Deposition of Christopher Cronen.

17. Attached hereto as Exhibit P is a true and correct excerpted copy of Respondents' [ICE's] Responses and Objections to Petitioners' First Set of Requests for Interrogatories (Revised), served on November 8, 2019.

18. Attached hereto as Exhibit Q is a true and correct excerpted copy of the transcript of the deposition of Christopher Cronen, taken on August 14, 2020.

19. Attached hereto as Exhibit R is a true and correct excerpted copy of the transcript of the deposition of Michael McCleary, taken on September 4, 2020, portions of which have been designated "Confidential" pursuant to the Stipulated Protective Order. Pursuant to their Motion to Seal filed contemporaneously, Petitioners have redacted certain confidential information for public filing.

20. Attached hereto as Exhibit S is a true and correct excerpted copy of the transcript of the deposition of Denis Riordan, taken on August 5, 2020.

21. Attached hereto as Exhibit T is a true and correct copy of a February 5, 2018 email chain produced by Respondents at ICE-00011535 through ICE-00011536 and is designated "Confidential" pursuant to the Stipulated Protective Order. Pursuant to their Motion to Seal filed contemporaneously, Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

22. Attached hereto as Exhibit U is a true and correct copy of a February 15, 2018 email chain produced by Respondents at ICE-0001470 through ICE-0001485 and is designated "Confidential" pursuant to the Stipulated Protective Order. Pursuant to their Motion to Seal filed contemporaneously, Petitioners have redacted certain identifying or sensitive personal information from the document for public filing.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 30th day of November, 2020, in Boston, Massachusetts.

/s/ *Colleen McCullough*
Colleen McCullough (BBO # 696455)
W<small>ILMER</small> C<small>UTLER</small> P<small>ICKERING</small>
  H<small>ALE AND</small> D<small>ORR</small> LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Colleen.McCullough@wilmerhale.com
