# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al.,<br><br>Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff-Petitioners,<br><br>　　　　　v.<br><br>KEVIN K. McALEENAN, et al.,<br><br>　　　　　Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**PETITIONERS' FIRST SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS AND THINGS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Petitioners request that Respondents Kevin K. McAleenan, Matthew T. Albence, Marcos Charles, Yolanda Smith, Stephen W. Tompkins, and Donald J. Trump (collectively, "Respondents"), produce the following documents and things within their possession, custody, or control within thirty (30) days of the service at the offices of undersigned counsel, or at such time and place as may be agreed upon between the parties.

**DEFINITIONS**

　　　　1.　　"Respondents," "you," or "your" means Kevin K. McAleenan, Matthew T. Albence, Marcos Charles, Yolanda Smith, Stephen W. Tompkins, and Donald J. Trump, in their official capacities; the United States Department of Homeland Security ("DHS") and its subdivisions, including United States Immigration and Customs Enforcement ("ICE"), United

1

**REQUEST FOR PRODUCTION NO. 24**

All Documents and Things, including all Communications, relating to any I-130 interview scheduled for any Petitioner, Class Member, or Class Qualifier since August 29, 2016.

**REQUEST FOR PRODUCTION NO. 25**

All Documents and Things relating to the scheduling of "stand-alone" I-130 interviews by USCIS for individuals within the jurisdiction of the Boston ICE ERO since August 29, 2016.

**REQUEST FOR PRODUCTION NO. 26**

All Documents and Things relating to the RCA, including the algorithm, the inputs, the contract, any changes to how it is used, and the policies about its use.

**REQUEST FOR PRODUCTION NO. 27**

All Documents and Things, including all non-final drafts, relating to Executive Order 13768 and its implementation memorandum, "Enforcement of the Immigration Laws to Serve the National Interest" (Feb. 20, 2017), issued by John Kelly.

**REQUEST FOR PRODUCTION NO. 28**

All Documents and Things relied upon by any person in connection with the drafting of Executive Order 13768 and its implementation memorandum, "Enforcement of the Immigration Laws to Serve the National Interest" (Feb. 20, 2017), issued by John Kelly.

**REQUEST FOR PRODUCTION NO. 29**

All Documents and Things constituting, summarizing, reflecting, or evidencing Communications from, to, between, or among any of the individual Respondents between January 20, 2017 and the present concerning any of Respondent Donald J. Trump's statements listed in Paragraph 111 of the Amended Class Action Complaint (Dkt. No. 27).

Dated:  September 25, 2019

*Counsel for the Petitioners*

/s/ *Jonathan A. Cox*

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Shirley X. Li Cantin (BBO # 675377) |
|   FOUNDATION OF MASSACHUSETTS, INC. | Jonathan A. Cox (BBO # 687810) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |
| Attorney at Law | Boston, MA 02109 |
| 6 White Pine Lane | Telephone: (617) 526-6000 |
| Lexington, MA 02421 | Facsimile:  (617) 526-5000 |
| (339) 970-9283 | kevin.prussia@wilmerhale.com |
| | michaela.sewall@wilmerhale.com |
| | shirley.cantin@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |
| | matthew.costello@wilmerhale.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on September 25, 2019 to counsel for Respondents via electronic mail.

/s/ *Jonathan A. Cox*