# Exhibit G

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>CHAD WOLF, *et al.*,<br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**PETITIONERS' SECOND SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS AND THINGS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Petitioners request that Respondents Chad Wolf, Matthew T. Albence, Todd Lyons, Yolanda Smith, Stephen W. Tompkins, and Donald J. Trump (collectively, "Respondents"), produce the following documents and things within their possession, custody, or control within thirty (30) days of the service at the offices of undersigned counsel, or at such time and place as may be agreed upon between the parties.

**DEFINITIONS**

1.      "Respondents," "you," or "your" means Chad Wolf, Matthew T. Albence, Todd Lyons, Yolanda Smith, Stephen W. Tompkins, and Donald J. Trump, in their official capacities; the United States Department of Homeland Security ("DHS") and its subdivisions, including United States Immigration and Customs Enforcement ("ICE"), United States Citizens and

1

## REQUESTS FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 41

All Documents and Things, including all Communications, between January 20, 2017 and the present in the possession of ICE Headquarters regarding Policy Directives that could have, did, or will affect ICE Boston ERO's policies or practices related to the arrest, detention, or removal of any Class Qualifier. This request includes, but is not limited to, materials related to the formulation, implementation, alteration, or rescission of any such Policy Directives.

### REQUEST FOR PRODUCTION NO. 42

All Documents and Things, including all Communications, between January 20, 2017 and the present in the possession of ICE Headquarters regarding Policy Directives that could have, did, or will affect ICE Boston ERO's policies or practices related to the arrest of individuals at USCIS facilities. This request includes, but is not limited to, materials related to the formulation, implementation, alteration, or rescission of any such Policy Directives.

### REQUEST FOR PRODUCTION NO. 43

All Documents and Things, including all Communications, between January 20, 2017 and the present in the possession of ICE Headquarters regarding Executive Order 13768. This request includes, but is not limited to, materials related to the formulation, drafting, implementation, or alteration of Executive Order 13768.

### REQUEST FOR PRODUCTION NO. 44

All Documents and Things, including all Communications, between January 20, 2017 and March 20, 2017 in the possession of the Office of the Secretary of Homeland Security, including but not limited to the Secretary, Deputy Secretary, DHS Chief of Staff, and Executive Secretary, regarding Executive Order 13768. This request includes, but is not limited to,

materials related to the formulation, drafting, implementation, or alteration of Executive Order 13768.

**REQUEST FOR PRODUCTION NO. 45**

All Documents and Things, including all Communications, between January 20, 2017 and the present in the possession of ICE Headquarters regarding the memorandum titled "Enforcement of the Immigration Laws to Serve the National Interest," issued by John Kelly on February 20, 2017. This request includes all responsive materials created since January 20, 2017. This request also includes, but is not limited to, materials related to the formulation, drafting, implementation, or alteration of the memorandum.

**REQUEST FOR PRODUCTION NO. 46**

All Documents and Things, including all Communications, between January 20, 2017 and April 20, 2017 in the possession of the Office of the Secretary of Homeland Security, including but not limited to the Secretary, Deputy Secretary, DHS Chief of Staff, and Executive Secretary, regarding the memorandum titled "Enforcement of the Immigration Laws to Serve the National Interest," issued by John Kelly on February 20, 2017. This request also includes, but is not limited to, materials related to the formulation, drafting, implementation, or alteration of the memorandum.

**REQUEST FOR PRODUCTION NO. 47**

All Documents and Things, including all Communications, between January 20, 2017 and the present involving the ICE Office of Public Affairs (including Documents and Things sent to or received from the Press Secretary in Washington, D.C.) discussing arrests at USCIS facilities.

**REQUEST FOR PRODUCTION NO. 48**

All Documents and Things, including all Communications, between January 20, 2017 and the present involving the USCIS External Affairs Directorate, discussing arrests at USCIS facilities.

**REQUEST FOR PRODUCTION NO. 49**

All Documents and Things, including all Communications, between USCIS and ICE (including ICE Headquarters) discussing Significant Incident Reports (SIR) that involve facilitated apprehensions at USCIS offices from January 20, 2017 to the present.

Dated: June 1, 2020

*Counsel for the Petitioners*

/s/ *Matthew W. Costello*

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Jonathan A. Cox (BBO # 687810) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |
| Attorney at Law | Boston, MA 02109 |
| 6 White Pine Lane | Telephone: (617) 526-6000 |
| Lexington, MA 02421 | Facsimile: (617) 526-5000 |
| (339) 970-9283 | kevin.prussia@wilmerhale.com |
| | michaela.sewall@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |
| | matthew.costello@wilmerhale.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on June 1, 2020 to counsel for Respondents via electronic mail.

/s/ *Matthew W. Costello*
Matthew W. Costello