# Exhibit M

 

Search USCIS Connect... 🔍   People Search

LE

LE

Exhibit #
**McCleary 3**
9/4/20 - AC

USCIS CONNECT (/PAGES/DEFAULT.ASPX)    DHS CONNECT (HTTP://DHSCONNECT.DHS.GOV)    NEWS (/NEWS/PAGES/DEFAULT.ASPX)

UPDATES (CHAP-Updates.aspx)   2018-06-29 - New Content: Vol 12, Part K in Chapter 5 (CHAP-Updates.aspx#update-3)

(CHAP.aspx)

LE

| CHAP (CHAP.aspx) | Table of Contents (CHAP-TableOfContents.aspx) | Volume 13 (CHAP-Volume13.aspx) | Part B (CHAP-Volume13-PartB.aspx) | ⬆ (CHAP-Volume13-PartB.aspx) |

⬅ (CHAP-Volume13-PartB-Chapter1.aspx) ⬅ (CHAP-Volume13-PartB-Chapter1.aspx) [ Chapter 2 of 2 ] ➡ (CHAP-Volume13-PartC.aspx) | 🖨 Printer Friendly Version (CHAP-Volume13-PartB-Chapter2.aspx)

Volume 13: FRAUD AND NATIONAL SECURITY (CHAP-Volume13.aspx), Part B: INTER-AGENCY COORDINATION (CHAP-Volume13-PartB.aspx)

## Chapter 2: Inter-Agency Coordination on Arrests and Detention

The following guidance is issued to all field offices for immediate implementation in assisting our law enforcement agency (LEA) partners in the apprehension and arrest of criminal aliens and immigration status violators.

**1. Background**
During daily operations, USCIS officers routinely encounter individuals with active criminal wants and warrants, civil and judicial warrants, and final orders of removal issued by an Immigration Judge. USCIS shares a responsibility in enforcing the immigration laws of the United States and actively participates with other DHS entities as well as our Federal, State, and Local LEAs to enhance the safety and security of our nation.

USCIS is also recognized as the public face of our immigration laws and strives to maintain a balance in the perception of our enforcement responsibilities and customer service. To that end, field offices must have a standard approach to dealing with customers that treats all applicants/beneficiaries with dignity and respect and ensures that the interests of USCIS and its stakeholders are considered.

**2. Implementation**
This guidance is divided into two parts: assisted apprehension of criminal wants and warrants; and operational assistance to our DHS partners regarding immigration status violators with removal orders.

*Criminal Wants and Warrants*

Whenever a criminal want or warrant is identified, during a file review, the interview process, etc., the officer should immediately contact their supervisor. The supervisor, with support from a local FDNS officer if necessary, will evaluate the want/warrant and contact the originating agency for instructions per National Crime Information Center (NCIC) policy and procedures.

If the originating agency expresses an interest in detaining the subject, the supervisor must notify and obtain the informed consent of the Field Office Director or District Director (DD). When the Field Office Director or DD concurs with the detainment for pickup of the individual in order to be apprehended, the supervisor or local FDNS officer will inform the originating agency that they must contact locally present law enforcement resources of the want or warrant and that USCIS does not have the authority to detain individuals.  When the originating agency or locally present law enforcement representatives arrive at the office, the supervisor or local FDNS officer will notify the Field Office Director/DD that the originating agency or locally present law enforcement representatives are ready to take the subject into custody. The field office will execute a Significant Incident Report (SIR)  LE  ) to document the assisted apprehension after the subject has been apprehended by the originating agency or locally present law enforcement representative. The SIR must include in the narrative that the arrest occurred with the full concurrence of the Field Office Director or DD.

If the originating agency declines to act on the want or warrant, the supervisor will alert the Field Office Director/DD that the originating agency has declined. The officer will then proceed with adjudicating the case or proceeding with routine processing, bearing in mind the implications of the want or warrant in establishing eligibility for the benefit sought.

In all cases involving a want or warrant, the officer, in conjunction with their supervisor, should attempt to render a decision on any pending application prior to the subject's removal by the originating agency. The officer and supervisor must coordinate with local FDNS to record and document the public safety case in FDNS-DS  LE  for record.

*Administrative Actions (Final Order of Removal)*

Upon discovering that a Final Order of Removal exists in an A-file or in the system, the officer must immediately report the finding to a supervisor. The officer will review the order to ensure that it is still valid and examine any pending applications in the A-file. The officer will then report these findings to a supervisor.

The supervisor and officer must review the case to determine the nature of the final order. If the subject was ordered removed as an aggravated felon, egregious public safety threa  LE  ), or nexus to National Security, the supervisor must obtain concurrence from the Field Office Director or DD before ICE ERO is contacted. Once the Field Office Director or DD concurs, the field office must immediately contact ICE ERO and inform them of the applicant's presence.

The supervisor must evaluate any pending applications in the A-file and have the officer attempt to adjudicate them if possible. If further action is not possible based on existing policies, the supervisor must prepare a memorandum outlining the review of the case and the recommended follow-up action(s). **Note:** If ICE ERO declines to take the subject into custody, the supervisor must document the declination on the memorandum. See Table 1.

---

**Chapter 2 Outline**
**Resources**
Support Materials

Policy Manual - Volume 13: FRAUD AND NATIONAL SECURITY

LE

**Table 1**

**Subjects with Final Orders of Removal Who Have Pending Applications**

| If | Then |
|---|---|
| Existing policy permits adjudication of pending application(s) | Officer will adjudicate the application(s). |
| Existing policy does not permit adjudication of pending application(s) | Supervisor must prepare a memorandum outlining the review of the case and recommended actions.<br><br>**Note:** If ICE ERO declines to take the subject into custody, the SISO must document the declination on the memorandum. |

Once the adjudication is completed, the supervisor must first obtain the informed consent of the Field Office Director or DD before ICE ERO is apprised that all actions are completed on the subject's file, and that ICE ERO may question or detain the subject at their discretion. USCIS does not have authority to detain anyone after their USCIS related business is completed. Offices must inform applicable LEAs or ICE ERO that USCIS does not have the authority to detain individuals so that they can make proper and timely arrangements as necessary.

**Under no circumstances will a field office detain subjects against their will.** Creating a specific appointment for a subject with the sole purpose of facilitating his or her arrest by ICE requires escalation to the Field Office Director and DD for decision.

In all circumstances discussed above, the supervisor and local FDNS officer assigned to the case will work together and communicate any ongoing action or contact with ICE to the Field Office Director/DD. FDNS will record and document any activities they supported in FDNS-DS                LE

◀ Chapter 1 (CHAP-Volume13-PartB-Chapter1.aspx)      Top of Page      Part C ▶ (CHAP-Volume13-PartC.aspx)

## Resources

| Support Materials |
|---|
| FDNS-DS                                                      LE |
| Posada Carriles                                                 LE |

## Updates

| Date | Details |
|---|---|
| August 17, 2018<br>CHAP UPDATE ALERT | **New Content: Vol 13, Part I - Withholding of Adjudication**<br>Guidance regarding Withholding of Adjudication (Abeyance) is a tool available to facilitate adjudication of immigration benefits based on all available information, including information stemming from an ongoing investigation. |
| October 04, 2017<br>CHAP UPDATE ALERT | **New Content: Vol 13, Part B: Inter-Agency Coordination**<br>Guidance for USCIS officers on how to handle and respond to Law Enforcement Agencies (LEAs) requests to coordinate with USCIS during the adjudication process has been added to Volume 13, Part B of CHAP. |
| March 29, 2017<br>CHAP UPDATE ALERT | **Revised Volume 13 Content: CPMS-IVT**<br>CHAP Volume 13, Part C Chapter 8, has been revised and explanded. It now includes sections about accessing and using the CPMS-IVT tool; procedures for conducting identity verification; addressing possible outcomes; handling conflicting information and dealing with different types of encounters. This chapter also includes related resources and FAQs. |
| March 05, 2014<br>CHAP UPDATE ALERT | **New Content: Just in time (JIT) Checks**<br>Procedural guidance regarding Just in time (JIT) Checks has been added to CHAP in Volume 13: Fraud and National Security. |

◀ Chapter 1 (CHAP-Volume13-PartB-Chapter1.aspx)      Top of Page      Part C ▶ (CHAP-Volume13-PartC.aspx)

Current as of **August 17, 2018**

U.S. Citizenship and Immigration Services