# Exhibit Q

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3      ------------------------x
 4      LILIAN PAHOLA CALDERON   : Case No.
 5      JIMENEZ, and LUIS        : 1:18-cv-10225-MLW
 6      GORDILLO, et al.,        :
 7      Individually and on      :
 8      behalf of all others     :
 9      similarly situated,      :
10      Plaintiffs-Petitioners,  :
11              v.               :
12      CHAD WOLF, et al.,       :
13      Defendants-Respondents.  :
14
15        ** CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER **
16
17         Videotaped Deposition of CHRISTOPHER CRONEN
18                     Conducted Virtually
19                   Friday, August 14, 2020
20                         9:07 a.m.
21
22      Job No.: PB314762
23      Pages: 1 - 235
24      Reported by: Pamela L. Beck
```

| | | |
|---|---|---|
| 1 | it states: Effective immediately, ERO officers will | 11:58:41 |
| 2 | take enforcement actions against all removable | 11:58:45 |
| 3 | aliens encountered in the course of their duties, | 11:58:50 |
| 4 | correct? | 11:58:54 |
| 5 |     A   Yes. | 11:58:54 |
| 6 |     Q   Do you understand the term enforcement | 11:58:55 |
| 7 | action here to refer to removing someone from the | 11:58:58 |
| 8 | United States? | 11:59:01 |
| 9 |     A   I understand it to be those that are | 11:59:01 |
| 10 | encountered could be arrested, detained, and after | 11:59:05 |
| 11 | seeing an immigration judge with a final order, then | 11:59:13 |
| 12 | removed. | 11:59:16 |
| 13 |     Q   So, Mr. Albence here is mandating that | 11:59:21 |
| 14 | ICE remove any removable individual they encounter | 11:59:25 |
| 15 | in the course of their duties, correct? | 11:59:28 |
| 16 |     A   Yes. | 11:59:39 |
| 17 |     Q   And this limits ICE officer's discretion | 11:59:39 |
| 18 | when they encounter a final order individual, | 11:59:41 |
| 19 | correct? | 11:59:44 |
| 20 |     A   No. | 11:59:50 |
| 21 |     Q   Why do you say no? | 11:59:58 |
| 22 |     A   Could you repeat the very first question | 12:00:00 |
| 23 | again. | 12:00:02 |
| 24 |     Q   This instruction limits ICE officer's | 12:00:06 |

```
 1    CERTIFICATE OF COURT REPORTER - E-NOTARY PUBLIC

 2

 3         I, Pamela L. Beck, the officer before whom the

 4    foregoing proceedings were taken, do hereby certify

 5    that the foregoing transcript is a true and correct

 6    record of the proceedings; that said proceedings

 7    were taken by me stenographically, and thereafter

 8    reduced to typewriting under my supervision; and

 9    that I am neither counsel for, related to, nor

10    employed by any of the parties to this case, and

11    have no interest, financial or otherwise, in its

12    outcome.

13         IN WITNESS WHEREOF, I have hereunto set my hand

14    and affixed my notarial seal this 26th day of

15    August.

16

17

18    My commission expires January 14, 2023.

19

20    [signature: Pamela L Beck]

21

22    _____

23    E-NOTARY PUBLIC IN AND FOR THE

24    COMMONWEALTH OF PENNSYLVANIA
```