# Exhibit R

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4   LILIAN PAHOLA CALDERON JIMENEZ,
 5   and LUIS GORDILLO, et al.,
 6   individually and on behalf of all
 7   others similarly situated,
 8            Plaintiffs Petitioners,
 9      vs.                     Case No. 1:18 cv 10225 MLW
10   CHAD WOLF, et al.,
11            Defendants Respondents.
12
13
14              CONFIDENTIAL SUBJECT TO
15                 PROTECTIVE ORDER
16
17        VIDEOTAPED 30(b)(6) DEPOSITION OF THE
18        DEPARTMENT OF HOMELAND SECURITY through
19          its representative MICHAEL McCLEARY
20                Boston, Massachusetts
21          Friday, September 4, 2020, 9:07 a.m.
22   Job No.:  317700
23   Pages:  1   124
24   Stenographically Reported By:
25   Alison C. Webster, CSR 6266, RPR, RMR, CRR, RDR
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Transcript of Michael McCleary, Corporate Designee
Conducted on September 4, 2020                93

|    |    |                                                                              |          |
|----|----|------------------------------------------------------------------------------|----------|
| 1  |    | was made, I would let my chain of command know, who                          | 11:48:57 |
| 2  |    | was the deputy district director, and then he would                          | 11:48:59 |
| 3  |    | let Mr. Reardon know, and automatically, if there's an                       | 11:49:02 |
| 4  |    | apprehension, a SIR should be done, and then that                            | 11:49:05 |
| 5  |    | notifies all the chain of command.                                           | 11:49:07 |
| 6  | Q. | And this -- this section of the CHAP actually provides                       | 11:49:10 |
| 7  |    | instructions about things like how an arrest should be                       | 11:49:21 |
| 8  |    | made and where an arrest should be made.  Right?                             | 11:49:23 |
| 9  | A. | Yes.                                                                         | 11:49:32 |
| 10 | Q. | And this -- was this document shared with ICE?                               | 11:49:32 |
| 11 | A. | I don't know if this was shared with ICE.                                    | 11:49:36 |
| 12 | Q. | The CHAP is a USCIS policy.  Correct?  Or a                                  | 11:49:39 |
| 13 |    | compilation of policies?                                                     | 11:49:45 |
| 14 | A. | Yes.  And I believe it's available --                                        | 11:49:47 |
| 15 | Q. | So --                                                                        | 11:49:50 |
| 16 | A. | I believe part of it, if not most of it, is available                        | 11:49:50 |
| 17 |    | to the public as well.                                                       | 11:49:55 |
| 18 | Q. | How -- how were ICE officers instructed about the                            | 11:49:57 |
| 19 |    | expectations of USCIS during the effectuation of an                          | 11:50:04 |
| 20 |    | arrest?                                                                      | 11:50:11 |
| 21 | A. | ███████████████████████████████████████████████████                          | 11:50:15 |
| 22 |    | ███████████████████████████████████████████████                              | 11:50:19 |
| 23 |    | ████████████████████████████████████████                                     | 11:50:25 |
| 24 |    | ███████████████████████████████████████████████████                          | 11:50:29 |
| 25 |    | ██████████████████████████████████████████████                               | 11:50:33 |

Case 1:18-cv-10225-MLW   Document 568-18   Filed 11/30/20   Page 4 of 6

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Transcript of Michael McCleary, Corporate Designee
Conducted on September 4, 2020                               94

|   |   |   |
|---|---|---|
| 1 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:50:36 |
| 2 | ▮▮▮▮▮ | 11:50:42 |
| 3 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:50:42 |
| 4 | ▮▮▮▮▮▮▮ | 11:50:45 |
| 5 | A. That is my understanding the way it happened in | 11:50:46 |
| 6 | Lawrence, yes. | 11:50:48 |
| 7 | Q. And looking at   how did USCIS convey their | 11:50:49 |
| 8 | expectations of how ICE was to do this?  What   was | 11:51:01 |
| 9 | ICE made aware of the CHAP?  Were there meetings or | 11:51:07 |
| 10 | trainings? | 11:51:10 |
| 11 | A. I'm not sure if ICE was made aware of the CHAP, but | 11:51:14 |
| 12 | I   I know that, you know, for Boston, the Boston | 11:51:17 |
| 13 | field office, the section manager here, or the | 11:51:22 |
| 14 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:51:30 |
| 15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:51:37 |
| 16 | ▮▮▮▮▮▮▮▮▮▮ | 11:51:39 |
| 17 | Q. And the 2018 version of the CHAP didn't include any of | 11:51:42 |
| 18 | these procedures about where and how to effectuate | 11:51:48 |
| 19 | arrests.  Right? | 11:51:50 |
| 20 | A. If I recall, it did not, yes. | 11:51:52 |
| 21 | Q. Why was that included in the 2019 version? | 11:51:57 |
| 22 | A. I don't know.  And, again, I would point you to the | 11:51:59 |
| 23 | people that made the additions to this, to the 2019 | 11:52:02 |
| 24 | CHAP. | 11:52:05 |
| 25 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:52:07 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Transcript of Michael McCleary, Corporate Designee
Conducted on September 4, 2020

95

```
 1                ████████████                               11:52:11
 2   A.   I mean, in my -- in my opinion, it's important because  11:52:19
 3        people could become a distraction, you know, to -- if   11:52:23
 4        ████████████████████████████████████████████            11:52:25
 5        ████████████████████████████████████████████            11:52:27
 6        ████████████████████████████████████████████            11:52:30
 7        ████████████████████████████████████████                11:52:36
 8        ████████████████████████████████████████████            11:52:38
 9        ██████████████████████████                              11:52:42
10   █    █████████████████████████████████████                   11:52:43
11        ████████████████████████████████████████████            11:52:49
12        ██████████████████████                                  11:52:53
13   A.   I don't know.  I don't -- I have -- no one has -- I     11:52:57
14        haven't read anything to that, so I would -- I would    11:53:05
15        say no.                                                 11:53:05
16   Q.   Why are there different standards listed in the CHAP    11:53:05
17        for when custody is taken inside a USCIS building       11:53:18
18        versus outside a USCIS building?                        11:53:23
19   A.   I don't -- I don't know why that is.  I could -- I      11:53:25
20        again would probably say the people that -- out of our  11:53:31
21        headquarters would give you a better answer to that.    11:53:35
22   Q.   Looking at Section 6, the Significant Incident Report,  11:53:37
23        or the SIR for ICE apprehension, the CHAP note that     11:53:48
24        the basis for the final order must be included in the   11:53:56
25        SIR when an individual is arrested at USCIS.  Right?    11:53:59
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Transcript of Michael McCleary, Corporate Designee
Conducted on September 4, 2020                                    123

CERTIFICATE OF NOTARY

STATE OF MICHIGAN   )
                    ) SS
COUNTY OF OAKLAND   )

        I, ALISON WEBSTER, certify that the deposition of MICHAEL McCLEARY was taken before me via videoconference on the date hereinbefore set forth; that the foregoing questions and answers were recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to, either party nor interested in the event of this cause.

*Alison C. Webster*

ALISON C. WEBSTER, CSR 6266, RPR, RMR, CRR, RDR

Notary Public,

Oakland County, Michigan.

My Commission expires:  May 1, 2023