# Exhibit S

```
 1              UNITED STATES DISTRICT COURT
 2               DISTRICT OF MASSACHUSETTS
 3    - - - - - - - - - - - - - - - - - x
 4    LILIAN PAHOLA CALDERON JIMINEZ,    :
 5    and LUIS GORDILLO, et al.,         :
 6           Plaintiff-Petitioners,      :
 7       vs.                             : Case No.
 8    CHAD WOLF, et al.,                 : 1:18-cv-10225-MLW
 9           Defendant-Respondents.      :
10    - - - - - - - - - - - - - - - - - x
11
12         VIDEOTAPED DEPOSITION OF DENIS RIORDAN
13     (Reported Remotely via Video & Web Videoconference)
14         Boston, Massachusetts (Deponent's location)
15               Wednesday, August 5th, 2020
16                       9:05 a.m.
17
18
19
20
21
22    Reported Remotely Stenographically By:
23    Amy A. Brauser, RPR, RMR, CRR
24    Job No.: 312760
25    Pages: 1 - 288
```

| | | |
|---|---|---|
| 1 | A. Yes. But in terms of the number of | 14:27:09 |
| 2 | advisories that were made, that would depend on the | 14:27:12 |
| 3 | number of cases that came to our attention with | 14:27:14 |
| 4 | final orders. | 14:27:16 |
| 5 | Q. Understood. | 14:27:17 |
| 6 | And all I'm saying is that the USCIS | 14:27:19 |
| 7 | alerts were going to result in additional in-person | 14:27:21 |
| 8 | visits from ERO, correct? | 14:27:25 |
| 9 | A. In -- in all probability seemed to be | 14:27:28 |
| 10 | the case. | 14:27:30 |
| 11 | Q. And the ERO visits would most likely | 14:27:34 |
| 12 | result in arrests, correct? | 14:27:37 |
| 13 | A. To date, during the period, it did. And | 14:27:46 |
| 14 | I -- probably it would continue on -- on that -- | 14:27:50 |
| 15 | that trend would continue, yes. | 14:27:53 |
| 16 | Q. When you spoke with Mr. Cronen or the | 14:27:59 |
| 17 | ERO field office director who was in that position | 14:28:02 |
| 18 | on April 4th, 2017, what were you hoping to achieve | 14:28:04 |
| 19 | with that conversation? | 14:28:08 |
| 20 | A. I would probably -- and I don't remember | 14:28:13 |
| 21 | the conversation on that day, so this is speculation | 14:28:16 |
| 22 | on my part. I probably wanted to make sure that the | 14:28:21 |
| 23 | visits that -- if ERO was going to respond to our | 14:28:27 |
| 24 | advisory or our alert, that it be done in an orderly | 14:28:31 |
| 25 | way. | 14:28:37 |

```
1   STATE OF NORTH CAROLINA
2   COUNTY OF DAVIDSON
3
4              C E R T I F I C A T E
5         I, Amy A. Brauser, RPR RMR CRR, the officer
6   before whom the foregoing deposition was taken, do
7   hereby certify that the witness gave testimony under
8   the penalty of perjury; that the testimony of said
9   witness was taken by me remotely to the best of my
10  ability and thereafter reduced to typewriting under
11  my direction; that reading and signing was requested;
12  that I am neither counsel for, related to, nor
13  employed by any of the parties to the action in which
14  this deposition was taken, and further that I am not
15  a relative or employee of any attorney or counsel
16  employed by the parties thereto, nor financially or
17  otherwise interest in the outcome of the action.
18
19        This is the 17th day of August, 2020.
20
21                   _____
22                   Amy A. Brauser, RPR RMR CRR
                     Notary Public # 20023030055
23
24
25
```