Exhibit T

Message

**From:** █████████████████████████████████████

**Sent:** 2/5/2018 4:40:42 PM

**To:** ██████████████████████████████████████████

██████████████████████████████; Guarna-Armstrong, Tina

██████████████████████████████Lyons, Todd M ██████████████████████

███████████████████████████████████████████████

██████████████████████████Ely, Vance ██████████████████████████████████

**Subject:** FW: ICE arrests at CIS interviews

Just a heads up on my reply to AILA.

████████

----------------------------------------------------------------

**From:** ████████████████████

**Sent:** Monday, February 5, 2018 11:40 AM

**To:** ████████████████████████

**Cc:**

**Subject:** RE: ICE arrests at CIS interviews

████████/all—

In general, past discretionary action doesn't guarantee any particular future action, as we have all seen. There are no classes of removable aliens off the table, and that would include a removable alien attempting to gain a benefit from CIS. While I don't know of any concerted effort to specifically target these cases, as long as they are amenable to arrest they are subject to arrest. And I assume that having any past criminal action would significantly influence the decision.

Having said that, we have piles and piles of files downstairs on people who are in proceedings and are in non-detained status. I believe those are a better representation of our current practice.

████████

**From:** ████████████████████████████████████████

**Sent:** Saturday, February 3, 2018 11:44 AM

**To:** ████████████████████

**Cc:** █████████████████████████

**Subject:** ICE arrests at CIS interviews

████████

There have been some shock waves in the immigration community in light of the arrest in Lawrence of the immigrant who did not have a final removal order, was married to a US Citizen and had an I-130 pending. I understand that he may have had an old criminal offense on his record (albeit something that did not make him deportable). I also understand that DHS had previously approved PD for this man, which is why his proceedings had been admin closed.

The concern with this arrest is that it opens up the question as to whether ICE will be arresting any immigrant who is in removal proceedings and appears at CIS for an appointment. This would be a huge expansion of what ICE has been doing up to this point. It would raise questions about immigrants who were previously released on bond by the IJ, as well as respecting prior acts of discretion (PD, admin closure) by DHS.

So we are trying to understand if this arrest was an anamoly, or maybe even a misunderstanding by CIS or ERO about this particular immigrant's removal proceedings. Was he arrested because of his (relatively minor, old) criminal history? Or are we actually seeing a more systemic change in ICE enforcement operations?

Confidential - Subject to Protective Order

We would appreciate any information you can provide.

Best,



ICE-00011536