Exhibit U

Message

**From:** █████████

**Sent:** 2/15/2018 6:39:31 PM

**To:** Lyons, Todd M █████████ Rutherford, James L █████████ Brophy, Thomas P █████████ Riordan, Denis C █████████

**CC:** █████████

**Subject:** RE: CIS-referred cases questiion from NYTImes

Todd/ team:



**From:** Lyons, Todd M
**Sent:** Thursday, February 15, 2018 1:20 PM
**To:** ███████ Rutherford, James L; Brophy, Thomas P; Riordan, Denis C
**Cc:** ███████
**Subject:** RE: CIS-referred cases questiion from NYTImes

███

We worked it down to this basic statement. Please use this:

*ICE works with a variety of agencies to gather information and develop investigative leads. Any individual determined to be in violation of U.S. immigration laws may be subject to arrest, detention and, removal from the United States.*

Thanks!

Todd Michael Lyons
*Deputy Field Office Director*
ICE – Enforcement and Removal Operations

Department of Homeland Security
Boston Field Office
▮ Desk
▮ Mobile

---

**From:** ▮
**Sent:** Thursday, February 15, 2018 12:53 PM
**To:** Rutherford, James L; Brophy, Thomas P; Riordan, Denis C
**Cc:** ▮ Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

James:

> **DP**

Thanks

---

**From:** Rutherford, James L
**Sent:** Thursday, February 15, 2018 12:51 PM
**To:** ▮ Brophy, Thomas P; Riordan, Denis C
**Cc:** ▮ Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

▮

> **DP**

Thanks.

Regards,

James L. Rutherford
*Deputy Field Office Director*
*ICE/ERO – Boston Field Office*
▮ – Desk

"A leader is one who knows the way, goes the way, and shows the way." ~ John C. Maxwell

---

**From:** ▮
**Sent:** Thursday, February 15, 2018 12:47 PM
**To:** Brophy, Thomas P; Riordan, Denis C
**Cc:** Rutherford, James L; ▮ Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

Tom and team:

> **DP**



**From:** Brophy, Thomas P
**Sent:** Thursday, February 15, 2018 11:18 AM
**To:**
**Cc:** Rutherford, James L; Riordan, Denis C; Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

Thomas P. Brophy
(Acting) Field Office Director
DHS ICE/ERO
Boston Field Office

---

**From:**
**Sent:** Thursday, February 15, 2018 11:17 AM
**To:** Brophy, Thomas P
**Cc:** Rutherford, James L; Riordan, Denis C; Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

Thanks

---

**From:** Brophy, Thomas P
**Sent:** Thursday, February 15, 2018 11:14 AM
**To:**
**Cc:** Rutherford, James L; Riordan, Denis C; Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes
**Importance:** High

John,

**DP**

Thomas P. Brophy
(Acting) Field Office Director
DHS ICE/ERO
Boston Field Office

---

**From:** Lyons, Todd M
**Sent:** Thursday, February 15, 2018 10:43 AM
**To:** Brophy, Thomas P
**Cc:** Rutherford, James L
**Subject:** RE: CIS-referred cases questiion from NYTImes

Hey

**DP**

Todd M. Lyons
Deputy Field Office Director
DHS ICE-ERO
Boston Field Office

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:**
**Date:** Thursday, Feb 15, 2018, 10:37 AM
**To:** Brophy, Thomas P
**Cc:** Lyons, Todd M ; Rutherford, James L
**Subject:** CIS-referred cases questiion from NYTImes

**DP**

Let me know what you think.
thanks

███

Public Affairs Officer, New England Region
U.S. Immigration and Customs Enforcement (ICE)
U.S. Department of Homeland Security
Desk: ███
███

Message



**From:**
**Sent:** 2/15/2018 7:02:45 PM
**To:** Brophy, Thomas P
Lyons, Todd M
Rutherford, James L
Riordan, Denis C
**Subject:** RE: CIS-referred cases questiion from NYTImes

**DP, AWP ACC**

Thanks,

DHS-ICE-OPLA-OCC Boston
(office) | (mobile)

--- ATTORNEY/CLIENT PRIVILEGE --- ATTORNEY WORK PRODUCT ---
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** Brophy, Thomas P
**Sent:** Thursday, February 15, 2018 1:57 PM
**To:** Lyons, Todd M; Rutherford, James L; Riordan, Denis C
**Cc:**
**Subject:** RE: CIS-referred cases questiion from NYTImes
**Importance:** High



# DP

Thomas P. Brophy
(Acting) Field Office Director
DHS ICE/ERO
Boston Field Office

**From:**
**Sent:** Thursday, February 15, 2018 1:40 PM
**To:** Lyons, Todd M; Rutherford, James L; Brophy, Thomas P; Riordan, Denis C

**Cc:** [redacted]
**Subject:** RE: CIS-referred cases questiion from NYTImes

**DP**

---

**From:** Lyons, Todd M
**Sent:** Thursday, February 15, 2018 1:20 PM
**To:** [redacted] Rutherford, James L; Brophy, Thomas P; Riordan, Denis C
**Cc:** [redacted]
**Subject:** RE: CIS-referred cases questiion from NYTImes

**DP**

Thanks!

Todd Michael Lyons
*Deputy Field Office Director*
ICE – Enforcement and Removal Operations
Department of Homeland Security
Boston Field Office
[redacted] Desk
[redacted] Mobile

**From:** [redacted]
**Sent:** Thursday, February 15, 2018 12:53 PM
**To:** Rutherford, James L; Brophy, Thomas P; Riordan, Denis C
**Cc:** [redacted] Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

James:

**DP**

Thanks

**From:** Rutherford, James L
**Sent:** Thursday, February 15, 2018 12:51 PM
**To:** ▮▮▮▮ Brophy, Thomas P; Riordan, Denis C
**Cc:** ▮▮▮▮ Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

▮▮

**DP**

Thanks.

Regards,

*James L. Rutherford*
*Deputy Field Office Director*
*ICE/ERO – Boston Field Office*
▮▮▮▮ *Desk*

*"A leader is one who knows the way, goes the way, and shows the way." ~ John C. Maxwell*

**From:** ▮▮▮▮
**Sent:** Thursday, February 15, 2018 12:47 PM
**To:** Brophy, Thomas P; Riordan, Denis C
**Cc:** Rutherford, James L; ▮▮▮▮ Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

Tom and team:

**DP**

**DP**

Thanks a lot!

---

**From:** Brophy, Thomas P
**Sent:** Thursday, February 15, 2018 11:18 AM
**To:**
**Cc:** Rutherford, James L; Riordan, Denis C; Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

**DP**

Thomas P. Brophy
(Acting) Field Office Director
DHS ICE/ERO
Boston Field Office

---

**From:**
**Sent:** Thursday, February 15, 2018 11:17 AM
**To:** Brophy, Thomas P
**Cc:** Rutherford, James L; Riordan, Denis C; Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

**DP**

Thanks

---

**From:** Brophy, Thomas P
**Sent:** Thursday, February 15, 2018 11:14 AM
**To:**
**Cc:** Rutherford, James L; Riordan, Denis C; Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes
**Importance:** High

**DP**

Thomas P. Brophy
(Acting) Field Office Director
DHS ICE/ERO
Boston Field Office

---

**From:** Lyons, Todd M
**Sent:** Thursday, February 15, 2018 10:43 AM

**To:** ▓▓▓▓ Brophy, Thomas P
**Cc:** Rutherford, James L
**Subject:** RE: CIS-referred cases questiion from NYTImes

Hey ▓▓▓

**DP**

Todd M. Lyons
Deputy Field Office Director
DHS ICE-ERO
Boston Field Office
▓▓▓▓

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Date:** Thursday, Feb 15, 2018, 10:37 AM
**To:** Brophy, Thomas P ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Lyons, Todd M ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Rutherford, James L ▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** CIS-referred cases questiion from NYTImes

Tom:

**DP**

thanks

▓▓▓▓▓▓
Public Affairs Officer, New England Region
U.S. Immigration and Customs Enforcement (ICE)
U.S. Department of Homeland Security
Desk: ▓▓▓▓▓▓▓▓▓

ICE - 0001480

Message

**From:**
**Sent:** 2/15/2018 7:03:33 PM
**To:** Brophy, Thomas P; Lyons, Todd M; Rutherford, James L; Riordan, Denis C
**CC:**
**Subject:** RE: CIS-referred cases questiion from NYTImes

Got it, all clear.

Using this.

**From:** Brophy, Thomas P
**Sent:** Thursday, February 15, 2018 1:57 PM
**To:** Lyons, Todd M; Rutherford, James L; Riordan, Denis C
**Cc:**
**Subject:** RE: CIS-referred cases questiion from NYTImes
**Importance:** High



ral
shift the

p
n laws

DHS ICE/ERO
Boston Field Office

**From:**
**Sent:** Thursday, February 15, 2018 1:40 PM
**To:** Lyons, Todd M; Rutherford, James L; Brophy, Thomas P; Riordan, Denis C
**Cc:**
**Subject:** RE: CIS-referred cases questiion from NYTImes

*Todd/ team:*

**DP/ACC**

ICE - 0001481

# DP/ACC

---

**From:** Lyons, Todd M
**Sent:** Thursday, February 15, 2018 1:20 PM
**To:** [redacted] Rutherford, James L; Brophy, Thomas P; Riordan, Denis C
**Cc:** [redacted]
**Subject:** RE: CIS-referred cases questiion from NYTImes

[redacted]

We worked it down to this basic statement. Please use this:

*ICE works with a variety of agencies to gather information and develop investigative leads. Any individual determined to be in violation of U.S. immigration laws may be subject to arrest, detention and, removal from the United States.*

Thanks!

Todd Michael Lyons
*Deputy Field Office Director*
ICE – Enforcement and Removal Operations
Department of Homeland Security
Boston Field Office
[redacted] Desk
[redacted] Mobile

---

**From:** [redacted]
**Sent:** Thursday, February 15, 2018 12:53 PM
**To:** Rutherford, James L; Brophy, Thomas P; Riordan, Denis C
**Cc:** [redacted] Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

James:
OK, got it.
Appreciate that edit, makes sense.
Thanks

---

**From:** Rutherford, James L
**Sent:** Thursday, February 15, 2018 12:51 PM
**To:** [redacted] Brophy, Thomas P; Riordan, Denis C

**Cc:** ▮▮▮▮ Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

▮

**DP**

Thanks.

Regards,

*James L. Rutherford*
*Deputy Field Office Director*
*ICE/ERO – Boston Field Office*
▮▮▮▮ – *Desk*

*"A leader is one who knows the way, goes the way, and shows the way." ~ John C. Maxwell*

**From:** ▮▮▮▮
**Sent:** Thursday, February 15, 2018 12:47 PM
**To:** Brophy, Thomas P; Riordan, Denis C
**Cc:** Rutherford, James L; ▮▮▮▮ Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

Tom and team:

**DP**

**Thanks a lot!**

**From:** Brophy, Thomas P
**Sent:** Thursday, February 15, 2018 11:18 AM
**To:** ▮
**Cc:** Rutherford, James L; ▮ Riordan, Denis C; Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

**DP**

Thomas P. Brophy
(Acting) Field Office Director
DHS ICE/ERO
Boston Field Office
▮

---

**From:** ▮
**Sent:** Thursday, February 15, 2018 11:17 AM
**To:** Brophy, Thomas P
**Cc:** Rutherford, James L; ▮ Riordan, Denis C; Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes

**DP**

Thanks

---

**From:** Brophy, Thomas P
**Sent:** Thursday, February 15, 2018 11:14 AM
**To:** ▮
**Cc:** Rutherford, James L; ▮ Riordan, Denis C; Lyons, Todd M
**Subject:** RE: CIS-referred cases questiion from NYTImes
**Importance:** High

▮

**DP**

Thomas P. Brophy
(Acting) Field Office Director
DHS ICE/ERO
Boston Field Office
▮

---

**From:** Lyons, Todd M
**Sent:** Thursday, February 15, 2018 10:43 AM
**To:** ▮ Brophy, Thomas P
**Cc:** Rutherford, James L
**Subject:** RE: CIS-referred cases questiion from NYTImes

Hey ▮

**DP**

Todd M. Lyons
Deputy Field Office Director
DHS ICE-ERO
Boston Field Office

Sent with BlackBerry Work
(www.blackberry.com)

**From:**
**Date:** Thursday, Feb 15, 2018, 10:37 AM
**To:** Brophy, Thomas P
**Cc:** Lyons, Todd M                              Rutherford, James L
**Subject:** CIS-referred cases questiion from NYTImes

Tom:

**DP**

thanks

Public Affairs Officer, New England Region
U.S. Immigration and Customs Enforcement (ICE)
U.S. Department of Homeland Security
Desk:

ICE - 0001485