UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION TO EXTEND DEADLINES

The parties respectfully request that the Court extend the deadlines set forth in this Court's November 13, 2020 Order, Dkt. No. 558, to allow additional time for Respondents to complete their ongoing document production and for Petitioners to review those documents. The parties accordingly request the Court extend the case deadlines, as follows:

|  | **Scheduling Order, Dkt. No. 558** | **Proposed Deadline** |
|---|---|---|
| Close of document production | December 15, 2020 | January 1, 2021 |
| Close of fact discovery | January 30, 2020 | March 15, 2021 |
| Joint report concerning settlement and summary judgment motions | February 28, 2021 | April 30, 2021 |
| Status conference regarding Rule 56 motions | March 2021 (Date TBD) | May 2021 (Date TBD) |

                                      Respectfully submitted this 11th day of December, 2020.

IT IS SO ORDERED:

____________________
Date

____________________________________
The Honorable Mark L. Wolf

*Counsel for the Respondents*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/ *William H. Weiland*
WILLIAM H. WEILAND
(BBO #661433)
Trial Attorney
U.S. Department of Justice,
Civil Division Office of Immigration
Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-0770
(202) 305-7000 (facsimile)
william.h.weiland@usdoj.gov

*Counsel for the Petitioners*

/s/ *Allyson Slater*
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Allyson Slater (BBO # 704545)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
allyson.slater@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com
christina.luo@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
                                      Attorney at Law
                                      6 White Pine Lane
                                      Lexington, MA 02421
                                      (339) 970-9283

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Allyson Slater, certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for Respondents conferred in good faith on December 10, 2020 in an attempt to resolve the issues raised in this motion.  The parties have agreed to file this motion jointly.

                                      */s/  Allyson Slater*
                                      Allyson Slater