UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION TO EXTEND DEADLINES TO RESPOND

The parties respectfully request that the Court extend the deadlines to respond to motions now pending before the court, as indicated below. In support of this motion, the parties state that other commitments, combined with the impact of the holiday season upon the availability of resources and personnel, leads both parties to need an additional week (8) days to fully respond.

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Respondents' Response to Petitioners' Motion to Compel Discovery (ECF No. 566) | December 14, 2020 | December 22, 2020 |
| Petitioners' Response to Respondents' Renewed Motion to Dismiss (ECF No. 560) | December 16, 2020 | December 23, 2020 |

By way of this joint motion, the parties also respectfully request leave of this Court to file short reply briefs, if necessary. Such briefs would be limited to ten (10) pages. The parties request a briefing schedule as follows:

|  | **Proposed Deadline** |
|---|---|
| Petitioners' Reply in Support of Its Motion to Compel (ECF No. 566) | January 12, 2021 |
| Respondents' Reply in Support of Renewed Motion to Dismiss (ECF No. 560) | January 15, 2021 |

Respectfully submitted this 11th day of December, 2020.

IT IS SO ORDERED:

_____    _____
Date                                                    The Honorable Mark L. Wolf

*Counsel for the Respondents*                *Counsel for the Petitioners*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney
General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/ *William H. Weiland*
WILLIAM H. WEILAND
(BBO #661433)
Trial Attorney
U.S. Department of Justice,
Civil Division Office of
Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin
Station
Washington, DC 20044
(202) 305-0770
(202) 305-7000 (facsimile)
william.h.weiland@usdoj.gov

/s/ *Allyson T. Slater*
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Allyson Slater (BBO # 704545)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
allyson.slater@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com
christina.luo@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)

2

ActiveUS 183475462v.1

                    AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Respondents and counsel for Petitioners conferred in good faith on December 11, 2020 in an attempt to resolve the issues raised in this motion. The parties have agreed to file this motion jointly.

*/s/ William H. Weiland*
William H. Weiland

ActiveUS 183475462v.1