UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION TO EXTEND DEADLINES

The parties respectfully request that the Court extend the deadlines set forth in this Court's November 13, 2020 Order, Dkt. No. 558, to allow additional time for Respondents to complete their ongoing document production and for Petitioners to review those documents. The parties accordingly request the Court extend the case deadlines, as follows:

| | **Scheduling Order, Dkt. No. 558** | **Proposed Deadline** |
|---|---|---|
| Close of document production | December 15, 2020 | January 1, 2021 |
| Close of fact discovery | January 30, 2020 | March 15, 2021 |
| Joint report concerning settlement and summary judgment motions | February 28, 2021 | April 30, 2021 |
| Status conference regarding Rule 56 motions | March 2021 (Date TBD) | May 2021 (Date TBD) |

Allowed and So Ordered.

WGY, DJ
Dec. 11, 2020