DECLARATION OF INTERIM DEPUTY FIELD OFFICE DIRECTOR

<u>RUBEN PEREZ.</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Ruben Perez, an Interim Deputy Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am an Interim Deputy Field Office Director ("DFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE"). I am stationed in Burlington, Massachusetts.

2. I began serving as an Interim DFOD for ERO Boston on December 1, 2020. Prior to holding my current position, I served as DFOD for ERO New Jersey beginning in February 13, 2013.

3. This declaration is based on personal knowledge and information made known to me in the course of my professional duties. I am writing this declaration in response to the Court's June 28, 2019 order (ECF No. 295). Further, I am writing this declaration to ensure the Court that I am aware of the ongoing litigation in this matter and have read the following orders, as directed by the Court:

    a. ECF No. 95, Memorandum and Order, June 11, 2018;

    b. ECF No. 159, Memorandum and Order, September 21, 2018.

4. Additionally, I write this declaration to state that, consistent with the Court's June 28, 2019 order, after reading the above orders concerning detention and removal, I discussed each with Todd Lyons, Field Office Director for the ERO Boston Field Office and counsel representing the government in this case.

1

5. Finally, I write this declaration to convey my understanding of the possible consequences of any violation of the above orders, as conveyed in this Court's June 28, 2019 order.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 18th day of December, 2020

*[signature]*

Ruben Perez

Interim Deputy Field Office Director

U.S. Department of Homeland Security

United States Immigration and Customs Enforcement

Burlington, Massachusetts