# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>       Plaintiff-Petitioners,<br><br>       v.<br><br>CHAD WOLF, *et al.*,<br><br>       Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**PETITIONERS' SECOND SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS AND THINGS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Petitioners request that Respondents Chad Wolf, Matthew T. Albence, Todd Lyons, Yolanda Smith, Stephen W. Tompkins, and Donald J. Trump (collectively, "Respondents"), produce the following documents and things within their possession, custody, or control within thirty (30) days of the service at the offices of undersigned counsel, or at such time and place as may be agreed upon between the parties.

**DEFINITIONS**

1.      "Respondents," "you," or "your" means Chad Wolf, Matthew T. Albence, Todd Lyons, Yolanda Smith, Stephen W. Tompkins, and Donald J. Trump, in their official capacities; the United States Department of Homeland Security ("DHS") and its subdivisions, including United States Immigration and Customs Enforcement ("ICE"), United States Citizens and

1

Immigration Services ("USCIS"), and the Boston Field Office for ICE Enforcement and Removal Operations ("ERO"); and the Suffolk County House of Corrections.

2.  "Original Named Petitioners" means Lilian Calderon and Luis Gordillo, Lucimar De Souza and Sergio Francisco, Oscar Rivas and Celina Rivera Rivas, Sandro de Souza and Carmen Sanchez, and Deng Gao and Amy Chen.

3.  "Class Member" means any individual who is a member of the class certified by the Court in the May 17, 2019 Order (ECF No. 253), namely:

> [A]ny United States citizen and his or her noncitizen spouse who (1) has a final order of removal and has not departed the United States under that order; (2) is the beneficiary of a pending or approved 1-130, Petition for Alien Relative, filed by the United States citizen spouse; (3) is not "ineligible" for a provisional waiver under 8 C.F.R. § 212.7(e)(4)(i) or (vi); and (4) is within the jurisdiction of Boston Immigration and Customs Enforcement-Enforcement and Removal Operations("ICE-ERG") field office (comprising Massachusetts, Rhode Island, Connecticut, Vermont, New Hampshire, and Maine).

For avoidance of doubt, the term "Class Members" includes any individuals in the sub-class certified by the Court for purposes of Count 2. *See* May 17, 2019 Order (ECF No. 253) at 2-3.

4.  "Class Qualifier" means any individual who would have satisfied the definition of "Class Member" at any point during the time period specified in a Request for Production.

5.  "Document" is defined broadly to be given the full scope of that term and includes all tangible things, all originals (or, if originals are not available, identical copies thereof), all nonidentical copies of a document, all drafts of final documents, e-mails, all other written, printed, electronic, or recorded matter of any kind, and all other data compilations from which information can be obtained and translated if necessary, regardless of the medium on which they are produced, reproduced, or stored (including, without limitation, electronically

stored information), and any recording or writing, as these terms are defined in Rule 1001 of the Federal Rules of Evidence.  Any Document bearing marks, including, without limitation, initials, stamped initials, comments, or notations not a part of the original text or photographic reproduction thereof, is a separate Document.

      6.     "Communication" means any contact, oral or written, whereby information of any nature is transmitted or transferred, including, without limitation, persons seeing or hearing any information by any means and any Document memorializing or referring to the contact.

      7.     "Relate to," "related to," "relating to," and "regarding" mean in whole or in part concerning, reflecting, alluding to, mentioning, regarding, discussing, bearing upon, commenting on, constituting, pertaining to, demonstrating, describing, depicting, directly or indirectly relating to, summarizing, containing, embodying, showing, comprising, evidencing, refuting, contradicting, analyzing, identifying, stating, dealing with, and/or supporting.

      8.     "Provisional Waiver Process" means the five-part process described in Petitioners' Amended Complaint, ECF No. 27 at ¶¶ 30-35, consisting of: (a) filing a Form I-130, Petition for Alien Relative; (b) filing a Form I-212, Permission to Reapply for Admission into the United States After Deportation or Removal; (c) filing a Form I-601A, Application for Provisional Unlawful Presence Waiver; (d) traveling abroad to appear for an immigrant visa interview at a U.S. consulate; (e) returning to the United States with an immigrant visa.

      9.     "Participation in the Provisional Waiver Process" means having taken the first or any subsequent steps in the Provisional Waiver Process.

      10.     "Enforcement Action" means arrest, detention, removal, request or order to depart the United States, or increase in the amount or burden of a person's conditions of supervision.

**REQUEST FOR PRODUCTION NO. 48**

All Documents and Things, including all Communications, between January 20, 2017 and the present involving the USCIS External Affairs Directorate, discussing arrests at USCIS facilities.

**REQUEST FOR PRODUCTION NO. 49**

All Documents and Things, including all Communications, between USCIS and ICE (including ICE Headquarters) discussing Significant Incident Reports (SIR) that involve facilitated apprehensions at USCIS offices from January 20, 2017 to the present.

Dated: June 1, 2020

*Counsel for the Petitioners*

/s/ *Matthew W. Costello*

| | |
|---|---|
| Matthew R. Segal (BBO # 654489) | Kevin S. Prussia (BBO # 666813) |
| Adriana Lafaille (BBO # 680210) | Michaela P. Sewall (BBO # 683182) |
| AMERICAN CIVIL LIBERTIES UNION | Jonathan A. Cox (BBO # 687810) |
| FOUNDATION OF MASSACHUSETTS, INC. | Stephen Provazza (BBO # 691159) |
| 211 Congress Street | Colleen M. McCullough (BBO # 696455) |
| Boston, MA 02110 | Matthew W. Costello (BBO # 696384) |
| (617) 482-3170 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| Kathleen M. Gillespie (BBO # 661315) | 60 State Street |
| Attorney at Law | Boston, MA 02109 |
| 6 White Pine Lane | Telephone: (617) 526-6000 |
| Lexington, MA 02421 | Facsimile: (617) 526-5000 |
| (339) 970-9283 | kevin.prussia@wilmerhale.com |
| | michaela.sewall@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | stephen.provazza@wilmerhale.com |
| | colleen.mccullough@wilmerhale.com |
| | matthew.costello@wilmerhale.com |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on June 1, 2020 to counsel for Respondents via electronic mail.

/s/ *Matthew W. Costello*
Matthew W. Costello