# EXHIBIT D

| | | |
|---|---|---|
| 1 | BY MS. SLATER: | 11:27:35 |
| 2 | Q.   Do you agree that ERO and USCIS colluded | 11:27:37 |
| 3 | to arrange the arrest of individuals at USCIS? | 11:27:38 |
| 4 | MR. WEILAND:  Objection. | 11:27:44 |
| 5 | THE WITNESS:  I should ask you, does | 11:27:46 |
| 6 | "collude" mean communicate? | 11:27:47 |
| 7 | BY MS. SLATER: | 11:27:57 |
| 8 | Q.   I believe the "collusion" term was used | 11:27:59 |
| 9 | by you in your testimony earlier.  So what does | 11:28:00 |
| 10 | collusion mean to you I would say? | 11:28:04 |
| 11 | A.   I would say in the way it's been | 11:28:07 |
| 12 | expressed is -- is by design, we're actively working | 11:28:08 |
| 13 | for the sole purpose of making people available to | 11:28:12 |
| 14 | ERO to arrest, and that is not true at all.  If | 11:28:18 |
| 15 | you're talking about communicating and -- and making | 11:28:24 |
| 16 | some logistical -- taking some logistical steps, | 11:28:31 |
| 17 | that we do.  But collude has a very negative | 11:28:35 |
| 18 | connotation. | 11:28:39 |
| 19 | Q.   Mr. Riordan, what logistical steps do | 11:29:25 |
| 20 | you believe USCIS took to arrange for arrests at | 11:29:28 |
| 21 | USCIS's offices by ERO? | 11:29:34 |
| 22 | A.   In terms of cases that were ERO-reported | 11:29:39 |
| 23 | or arrived at -- at the USCIS office in Lawrence, | 11:29:50 |
| 24 | for instance, we had a number of I-130 stand-alones | 11:29:56 |
| 25 | that had final orders of removal.  And we | 11:29:59 |

| | | |
|---|---|---|
| 1 | communicated with ERO to tell them that and, if they | 11:30:04 |
| 2 | were interested, give -- give them the times of the | 11:30:07 |
| 3 | appointments and made arrangements when they arrived | 11:30:14 |
| 4 | to enter into the parking lot, be escorted in the | 11:30:19 |
| 5 | building.  That is the sort of support, logistical | 11:30:23 |
| 6 | support we provided. | 11:30:27 |
| 7 | Q.   And USCIS actually worked with ERO to | 11:30:31 |
| 8 | schedule the interviews, right? | 11:30:35 |
| 9 | A.   If there were ten people or -- or nine | 11:30:46 |
| 10 | people with final orders of removal, ERO had to work | 11:30:49 |
| 11 | with us.  We didn't work with ERO.  We set up a | 11:30:55 |
| 12 | schedule where nine people -- if they were | 11:30:59 |
| 13 | interested in responding to the nine people, they | 11:31:02 |
| 14 | wouldn't do so in a single day or a single morning. | 11:31:05 |
| 15 | We wanted to have -- if they were interested in | 11:31:09 |
| 16 | responding -- to space those interviews for the | 11:31:12 |
| 17 | benefit of USCIS, not of ERO. | 11:31:17 |
| 18 | MS. SLATER:  Could we take this document | 11:31:22 |
| 19 | down, please?  Thanks. | 11:31:24 |
| 20 | BY MS. SLATER: | 11:31:25 |
| 21 | Q.   How was that a benefit to USCIS to | 11:31:26 |
| 22 | spread the interviews out if ERO was interested? | 11:31:28 |
| 23 | A.   It takes personnel.  It takes time. | 11:31:33 |
| 24 | It -- it can be disruptive if the -- an entire day | 11:31:37 |
| 25 | is taken up with referrals to ERO.  So for -- for | 11:31:44 |

| | | |
|---|---|---|
| 1 | the efficient operation of a USCIS office, it did | 11:31:48 |
| 2 | not make good sense in -- in managing an office that | 11:31:54 |
| 3 | their responses to these cases occur during a finite | 11:32:03 |
| 4 | period of time. | 11:32:11 |
| 5 | So we -- we want to dictate the | 11:32:11 |
| 6 | schedule.  We want to dictate the times and the days | 11:32:15 |
| 7 | that ERO comes into our office. | 11:32:18 |
| 8 | Q.   So is it correct that depending on the | 11:32:34 |
| 9 | level of interest from ERO, an individual interview | 11:32:38 |
| 10 | could be scheduled at a different time that was | 11:32:42 |
| 11 | convenient for USCIS and for ERO? | 11:32:47 |
| 12 | A.   According to the CHAP, yes, that is | 11:32:52 |
| 13 | provided for. | 11:32:55 |
| 14 | MS. SLATER:  Can we go to Tab 36, | 11:32:57 |
| 15 | please? | 11:33:10 |
| 16 | THE TECHNICIAN:  I don't have a Tab 36. | 11:33:19 |
| 17 | I have up to Tab 35. | 11:33:21 |
| 18 | MS. SLATER:  I believe Tab 36 should | 11:33:28 |
| 19 | have been provided last night. | 11:33:30 |
| 20 | Well, we can come back to that. | 11:33:39 |
| 21 | BY MS. SLATER: | 11:33:43 |
| 22 | Q.   Mr. Riordan, where in the CHAP does it | 11:33:43 |
| 23 | actually specify that interviews are to be scheduled | 11:33:46 |
| 24 | in the way you just testified? | 11:33:50 |
| 25 | A.   I think it's Chapter 2, part B. | 11:33:54 |

| | | |
|---|---|---|
| 1 | status situation, not an I-130 stand-alone | 14:12:32 |
| 2 | situation. | 14:12:35 |
| 3 | Q.   Mr. Riordan, why is it important that an | 14:12:43 |
| 4 | individual not be arrested during the course of an | 14:12:44 |
| 5 | interview? | 14:12:46 |
| 6 | A.   It would be important to -- to allow the | 14:12:51 |
| 7 | person, the petitioner to be interviewed and the | 14:12:57 |
| 8 | beneficiary to be interviewed and for the agency, | 14:13:00 |
| 9 | the immigration service officer handling the case to | 14:13:05 |
| 10 | make a correct decision.  It's important that -- | 14:13:10 |
| 11 | that that happen, that occur, and we don't want that | 14:13:15 |
| 12 | to be interrupted. | 14:13:19 |
| 13 | Q.   So if the arrest occurs while the | 14:13:20 |
| 14 | immigration services officer is saying goodbye to | 14:13:24 |
| 15 | the petitioner or thanking them for their time, is | 14:13:28 |
| 16 | that different in kind than if the individual steps | 14:13:31 |
| 17 | outside the room seconds later and is arrested? | 14:13:34 |
| 18 | A.   I -- I think that a -- if ERO were to | 14:13:40 |
| 19 | respond to -- to our advisory, that a person with | 14:13:44 |
| 20 | a -- a final order of removal was scheduled for an | 14:13:49 |
| 21 | interview, I think that that arrest should happen | 14:13:53 |
| 22 | away from the interview area and for -- for reasons | 14:13:57 |
| 23 | of it should be -- it should be in an area that's -- | 14:14:02 |
| 24 | that's secure for -- for safety reasons and good | 14:14:10 |
| 25 | order.  It should not happen in an office, or it | 14:14:13 |

| | |
|---|---|
| 1    Q.   Why does it matter if it's disruptive? | 14:17:06 |
| 2    A.   To me, as -- as the director responsible | 14:17:11 |
| 3  for operations in N11, I -- I believe it would be | 14:17:13 |
| 4  disruptive.  I don't think there's a need to do it | 14:17:20 |
| 5  in a -- in an area, in an -- in an interview office | 14:17:23 |
| 6  or in a hallway or in public.  That is -- is, in my | 14:17:26 |
| 7  opinion, not the place to carry out an arrest, | 14:17:31 |
| 8  and -- and I would not want ERO to carry out an | 14:17:36 |
| 9  arrest in -- in places that I just referenced. | 14:17:40 |
| 10   Q.   So you were okay instructing field | 14:17:45 |
| 11 office personnel to notify ERO, knowing that they | 14:17:48 |
| 12 were going to come and arrest them, but you didn't | 14:17:53 |
| 13 want them to actually view those arrests; is that | 14:17:57 |
| 14 right? | 14:18:02 |
| 15        MR. WEILAND:  Objection. | 14:18:02 |
| 16        THE WITNESS:  We have always notified | 14:18:07 |
| 17    ERO, and knowing -- predicting that they're | 14:18:08 |
| 18    going to come on a particular day and predict | 14:18:15 |
| 19    that they're going to come, maybe there's -- | 14:18:17 |
| 20    and you're -- you're going to refer to the | 14:18:19 |
| 21    Kelly memo, and -- and I know that and I | 14:18:21 |
| 22    respect that, but that doesn't mean they are | 14:18:23 |
| 23    going to come.  But the important thing for | 14:18:28 |
| 24    USCIS is to relay the information. | 14:18:30 |
| 25        Now, USCIS has never and I have never | 14:18:37 |

|  |  |  |
|---|---|---|
| 1 | tried to hide or attempt to hide the fact that | 14:18:40 |
| 2 | we contact ERO regarding cases that the | 14:18:46 |
| 3 | petitioner or -- or the beneficiary is the | 14:18:51 |
| 4 | subject of a removal order. | 14:18:54 |
| 5 | For the safety and order of the office, | 14:18:57 |
| 6 | it should not be done in an open area. There | 14:19:01 |
| 7 | are private areas where arrests can be | 14:19:04 |
| 8 | accomplished, and it's much better to do so in | 14:19:09 |
| 9 | a private area than a public area with | 14:19:13 |
| 10 | passing -- passing pedestrian traffic. | 14:19:15 |
| 11 | BY MS. SLATER: | 14:19:18 |
| 12 | Q. So by the orderly operations of your | 14:19:20 |
| 13 | field offices, do you mean to allow the orderly | 14:19:22 |
| 14 | arrest of people seeking immigration benefits from | 14:19:25 |
| 15 | USCIS? | 14:19:30 |
| 16 | A. No. My focus would be on the -- the | 14:19:31 |
| 17 | order -- the good order of the field office -- field | 14:19:32 |
| 18 | office operations, and I would not want to increase | 14:19:37 |
| 19 | the chances of that good -- good order being | 14:19:43 |
| 20 | disturbed, impacted in a negative way. | 14:19:49 |
| 21 | Q. So it was more -- it was more orderly | 14:19:53 |
| 22 | for ICE to make arrests in a certain way; is that | 14:19:55 |
| 23 | right? | 14:19:59 |
| 24 | A. In a certain place, not -- not in a | 14:20:00 |
| 25 | public area, not in an interview office, not in the | 14:20:03 |

| | | |
|---|---|---|
| 1 | their response to what our expectations were and | 16:40:48 |
| 2 | are.  I -- I certainly would rather speak -- | 16:40:55 |
| 3 | Q.    But again -- | 16:40:59 |
| 4 | A.    -- with them. | 16:40:59 |
| 5 | Q.    I apologize.  I thought you had | 16:40:59 |
| 6 | finished.  Go ahead. | 16:41:03 |
| 7 | A.    It's okay. | 16:41:06 |
| 8 | Q.    You've testified that ERO has no role in | 16:41:11 |
| 9 | the adjudication of applications, correct? | 16:41:15 |
| 10 | A.    That's correct. | 16:41:19 |
| 11 | Q.    So why would they need to have a voice | 16:41:21 |
| 12 | in the scheduling of the interviews necessary to | 16:41:23 |
| 13 | complete those adjudications? | 16:41:26 |
| 14 | A.    In terms of -- of, we were -- we were | 16:41:32 |
| 15 | about to begin, commence a project that would | 16:41:36 |
| 16 | involve the adjudication of -- of a large number of | 16:41:44 |
| 17 | I-130 stand-alones, which hadn't been done for a | 16:41:48 |
| 18 | long period of time or for some period of time, and | 16:41:51 |
| 19 | yes, a conversation to say that there are going to | 16:41:56 |
| 20 | be cases that have final orders.  We've identified | 16:41:59 |
| 21 | these cases in terms of ideas about scheduling. | 16:42:04 |
| 22 | But whether they responded or not, we | 16:42:08 |
| 23 | were going to do the I-130 interviews, as I note | 16:42:11 |
| 24 | there.  We were going to strike out on our own | 16:42:13 |
| 25 | whether they respond or -- or not, whether we have | 16:42:16 |

| | | |
|---|---|---|
| 1 | the benefit of their voice or not. | 16:42:17 |
| 2 |     Our focus and what was important to us | 16:42:20 |
| 3 | was to make decisions on those long-pending I-130s. | 16:42:23 |
| 4 |     Q.   And it's true, isn't it, that many | 16:42:29 |
| 5 | stand-alone I-130s involve an individual with a | 16:42:33 |
| 6 | final order of removal? | 16:42:36 |
| 7 |     A.   A significant number do, yes. | 16:42:43 |
| 8 |     Q.   And so you knew a significant number of | 16:42:45 |
| 9 | petitions that were about to be adjudicated would | 16:42:49 |
| 10 | involve notifications to ERO, correct? | 16:42:51 |
| 11 |     A.   I -- I wouldn't be able to -- to gauge | 16:42:56 |
| 12 | the percentage, but a number of cases are not | 16:42:58 |
| 13 | involving final orders.  They're not. | 16:43:04 |
| 14 |     Some of the cases are in proceedings, | 16:43:07 |
| 15 | 204(g), where -- where a person marries in | 16:43:09 |
| 16 | proceedings and -- and there's a different standard | 16:43:12 |
| 17 | of adjudication.  It's not preponderance of the | 16:43:16 |
| 18 | evidence.  It's clear and convincing. | 16:43:18 |
| 19 |     Many of those cases -- there are other | 16:43:23 |
| 20 | cases that are referred that have fraud indicators, | 16:43:24 |
| 21 | have nothing to do with final orders of removal.  So | 16:43:25 |
| 22 | it -- it's not true to say -- for me to say that the | 16:43:30 |
| 23 | majority of cases have final orders.  That's not | 16:43:36 |
| 24 | necessarily true at all. | 16:43:39 |
| 25 |     Q.   Speaking back to that list that we saw | 16:43:43 |