# EXHIBIT E

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Transcript of Michael McCleary, Corporate Designee
Conducted on September 4, 2020                                81

| | | | |
|---|---|---|---|
| 1 | Q. | So if there was an individual with a final order of | 11:30:43 |
| 2 | | removal who had a standalone I-130 application, you -- | 11:30:49 |
| 3 | | USCIS would schedule that interview to help facilitate | 11:30:54 |
| 4 | | their apprehension by a law enforcement agency. | 11:30:58 |
| 5 | A. | We would schedule the interview to provide them with a | 11:31:01 |
| 6 | | decision on their pending case.  Not necessarily -- we | 11:31:08 |
| 7 | | wouldn't schedule it for the sole purpose of helping a | 11:31:10 |
| 8 | | law enforcement agency with an apprehension.  There | 11:31:13 |
| 9 | | has to be the underlying active benefit request with | 11:31:16 |
| 10 | | each case. | 11:31:19 |
| 11 | Q. | But you do have an obligation to help that law | 11:31:21 |
| 12 | | enforcement agency?  That was your testimony.  Right? | 11:31:25 |
| 13 | A. | We have an obligation to inform them if there is a | 11:31:28 |
| 14 | | final order of removal in the case, yes. | 11:31:31 |
| 15 | Q. | And so by scheduling the interview and letting the law | 11:31:33 |
| 16 | | enforcement agency know when the interview is | 11:31:38 |
| 17 | | scheduled, you are assisting that law enforcement | 11:31:40 |
| 18 | | agency in facilitating the arrest.  Is that fair? | 11:31:43 |
| 19 | A. | I mean, by telling them of the date and time of the | 11:31:50 |
| 20 | | interview and -- that they'll be at our -- at our | 11:31:52 |
| 21 | | office, yes. | 11:31:56 |
| 22 | Q. | So I'm gonna scroll down to page 3 of this document | 11:31:57 |
| 23 | | which discusses the steps that need to be taken for | 11:32:08 |
| 24 | | individuals with final orders of removal.  It's under | 11:32:11 |
| 25 | | Section D.  Do you see that? | 11:32:15 |