UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>    Petitioners-Plaintiffs,<br><br>    v.<br><br>CHAD WOLF, ET AL.,<br><br>    Respondents-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                                                       December 28, 2020

This case arises from a change in the Department of Homeland Security ("DHS") policies and practices concerning aliens who were previously ordered deported, are now married to United States citizens, and may be eligible for "provisional waivers" that would allow them to remain in the United States while seeking Permanent Resident status in order to prevent extreme hardship to the alien's citizen spouse and often citizen children. See, e.g., Docket No. 95 at 24-25; Jimenez v. Cronen, 317 F. Supp. 3d 626, 642 (D. Mass. 2018). The change in policy occurred shortly after the inauguration of Donald J. Trump as President on January 20, 2016.

This case, which is now a class action, has been intensely litigated. In 2018 and 2019, the court repeatedly found that DHS had violated the law in detaining some of the alien petitioners. See, e.g. Docket No. 95 at 61-62; Jimenez, 317 F. Supp. 3d at 657-

658; Docket No. 443 at 5-6; Jimenez v. Wolf, 2019 WL 7169414 at **2-3 (D. Mass. Dec. 24, 2019). More recently, the parties have resolved many disputes by agreement. However, there are now pending motions to dismiss based on recent Supreme Court decisions, defendants' motion for a protective order concerning discovery, and plaintiffs' motion to compel discovery.

It is foreseeable that the DHS policies and practices at issue in this case may be reversed or revised after President-Elect Joseph Biden takes office on January 20, 2021. If that occurs, this case may become moot, in whole or in part, or the parties may be able to settle it. Therefore, it may serve the interest of conserving the limited resources of the parties and of the court to stay this case for a reasonable period of time.

Accordingly, it is hereby ORDERED that the parties confer and, by January 12, 2021, report concerning their views on whether this case should be stayed for some period of time and any related issues.

                                                                  */s/ Mark L. Wolf*
                                                 UNITED STATES DISTRICT JUDGE