# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br>Individually and on behalf of all others similarly situated, <br><br>　　　　Plaintiffs-Petitioners, <br><br>　　v. <br><br>PETE GAYNOR,[1] *et al.*, <br><br>　　　　Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT STATUS REPORT

On December 28, 2020, this Court ordered that the parties confer and, by January 12, 2021, report concerning their views on whether this case should be stayed for some period of time and any related issues (ECF No. 570). The parties have conferred and report as follows:

### A. Petitioners' Position:

Petitioners support a stay in this case for at least 120 days to allow Respondents to assess whether their litigation positions will change in light of the incoming Biden Administration's shift in priorities with respect to immigration. The Biden Administration has been clear that it plans to take swift action to reverse or change the immigration policies enacted by the Trump Administration. Indeed, President-Elect Biden has proposed "urgent action to end the Trump

---

[1] On January 11, 2021, Acting Secretary of the Department of Homeland Security Chad Wolf resigned. Pete Gaynor is now the Acting Secretary.

Administration's draconian policies, grounded in fear and racism rather than fact . . . ." *The Biden Plan for Securing Our Values as a Nation of Immigrations*, joebiden.com/immigration (last visited Jan. 11, 2021). This includes a change in the enforcement priorities pursued by the Department of Homeland Security within the first 100 days of the incoming Administration:

> **Restore sensible enforcement priorities**. Targeting people who have never been convicted of a serious criminal offense and who have lived, worked, and contributed to our economy and our communities for decades is the definition of counterproductive. Biden will direct enforcement efforts toward threats to public safety and national security, while ensuring that individuals are treated with the due process to which they are entitled and their human rights are protected. […]

*Id*. Acknowledging this upcoming transition in administrations, former Acting Secretary of the Department of Homeland Security Chad Wolf resigned on January 11, 2021. Given the potentially significant impact of the Biden Administration's shift in enforcement priorities on Respondents' positions in this case, and in turn, the parties' ability to potentially resolve this case, a stay is appropriate.

### B. Respondents' Position:

Currently, DHS's enforcement practices remain in place. Accordingly, Respondents request that the Court proceed with this case and rule on the live outstanding motions, particularly Respondents' Renewed Motion to Dismiss and Rule 12(c) Motion for Judgment on the Pleadings (ECF Nos. 560); Respondents' Motion for a Protective Order under Rule 26(b)(2)(C)(iii) and Motion to Limit the Scope of a Deposition under Rule 30(d)(3)(B) (ECF No. 548); and Petitioners' Motion to Compel (ECF. No. 566). However, Respondents will promptly inform the Court of any material changes in DHS's enforcement practices.

Respondents' Renewed Motion to Dismiss and Rule 12(c) Motion for Judgment on the Pleadings attack all of the claims in Petitioners' complaint. *See* ECF No. 560. These outstanding

motions address purely legal issues, which have been affected by recent Supreme Court decisions. Therefore, future events will not affect the resolution of these questions. Further, resolution of this motion necessarily affects the possibility of settlement and the parties' outstanding discovery motions and could result in dismissal of Petitioners entire complaint. For these reasons, Respondents request that the Court proceed with this case and rule on the live, outstanding motions.

Respectfully submitted this 12th day of January, 2021.

*Counsel for the Respondents*

ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/ *Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice,
Civil Division Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for the Petitioners*

/s/ *Allyson Slater*
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Allyson Slater (BBO # 704545)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
allyson.slater@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com
christina.luo@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283