UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>PETE GAYNOR, *et al.*,<br><br>Defendants-Respondents. | No. 1:18-cv-10225-MLW<br><br>**DECLARATION OF ALLYSON SLATER IN SUPPORT OF PETITIONERS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY** |

I, Allyson Slater, declare as follows:

1. I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Reply in Support of their Motion to Compel Discovery.

2. Attached hereto as Exhibit A is a true and correct excerpted copy of Respondents' [ICE's] Responses and Objections to Petitioners' First Set of Requests for Interrogatories (Revised), served on November 8, 2019.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 12th day of January, 2021, in Boston, Massachusetts.

/s/ *Allyson Slater*
Allyson Slater (BBO # 704545)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Allyson.Slater@wilmerhale.com
