## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | No. 18-cv-10225-MLW |
| ) | |
| PETE GAYNOR, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### JOINT MOTION TO EXCEED PAGE LIMIT AND TO FILE SUR-REPLY

The parties jointly move the Court to exceed the 10-page limit previously agreed by the parties and adopted by the court. ECF Nos. 571, 572. The parties request the Court to allow Respondents to file a twenty (20) page reply brief in support of Respondents' Renewed Motion to Dismiss and Rule 12(c) Motion for Judgment on the Pleadings (ECF No. 560). In addition, the parties also request the Court to grant Petitioners an opportunity to file a sur-reply in support of their opposition to Respondents' motion.

The legal arguments relevant to Respondents' motion to dismiss and motion for judgment on the pleadings are numerous, varied, and complex. While Respondents will make every effort to condense and streamline the arguments in their reply brief, in order to adequately address the counter-allegations and arguments raised Petitioners' opposition (ECF No. 576), Respondents require more than the ten (10) pages permitted for a reply brief under the Court's order, ECF No. 572. Similarly, because Petitioners must address complex jurisdictional and other legal arguments that may be raised by Respondents' reply, Petitioners request the opportunity to file a sur-reply brief.

Accordingly, in order to fully and adequately brief the motion before this court (ECF No. 560), the parties request this Court order the following:

1. Extend the page limit of Respondents' reply brief to 20 pages; and

2. Allow Petitioners to file a sur-reply no later than January 29, 2021, if Petitioners deem necessary. Petitioners will inform the Court of whether they intend to file a sur-reply by January, 21, 2020.

*Counsel for the Respondents*

JENNIFER B. DICKEY
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/ *Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice,
Civil Division Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for the Petitioners*

/s/ *Allyson Slater*
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Allyson Slater (BBO # 704545)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
allyson.slater@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com
christina.luo@wilmerhale.com

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

                                                Kathleen M. Gillespie  (BBO # 661315)  
                                                Attorney at Law  
                                                6 White Pine Lane  
                                                Lexington, MA 02421  
                                                (339) 970-9283

## **CERTIFICATE OF SERVICE**

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  /s/ *Mary L. Larakers*
                                                  Mary L. Larakers
Dated: January 15, 2021                    Trial Attorney