UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> PETE GAYNOR, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.5.2(c), Counsel for Petitioners hereby notifies the Court of the withdrawal of Matthew W. Costello as counsel in the above-captioned matter. After January 15, 2021, I will no longer be associated with Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Petitioners will continue to be represented by WilmerHale, along with co-counsel at the American Civil Liberties Union Foundation of Massachusetts, Inc. and attorney Kathleen M. Gillespie, who remain attorneys of record in this case.

1

*Counsel for the Petitioners*

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

/s/ Matthew W. Costello
Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Allyson Slater (BBO # 704545)
Colleen M. McCullough (BBO # 696455)
Matthew W. Costello (BBO # 696384)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
allyson.slater@wilmerhale.com
colleen.mccullough@wilmerhale.com
matthew.costello@wilmerhale.com
christina.luo@wilmerhale.com

Dated: January 15, 2021