UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, Individually and on behalf of all others similarly situated, Plaintiffs-Petitioners, v. PETE GAYNOR, *et al.*, Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:18-cv-10225-MLW |

## PETITIONERS' ASSENTED-TO MOTION TO EXTEND DEADLINE

Pursuant to the Parties' Joint Motion to Exceed Page Limit and to File Sur-Reply (Dkt. No. 581), Petitioners intend to file a sur-reply in response to Respondents' Reply in Support of Their Renewed Motion to Dismiss and Rule 12(c) Motion for Judgment on the Pleadings (Dkt. No. 583). Petitioners respectfully request that the Court extend the deadline to file a sur-reply from January 29, 2021 to February 12, 2021. *See* Dkt. No. 581.

Should the Court stay the matter before February 12, 2021, which Petitioners continue to believe is appropriate given the transitions at the Department of Homeland Security, Petitioners would reserve any sur-reply for such time as the stay has been lifted. Respondents have informed Petitioners that their position on a stay remains unchanged as of this date, but that they will provide an update to the Petitioners and the Court if that position changes.

Respectfully submitted this 21st day of January, 2021.

Counsel for the Petitioners

/s/  Allyson Slater

Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283

Kevin S. Prussia (BBO # 666813)
Michaela P. Sewall (BBO # 683182)
Jonathan A. Cox (BBO # 687810)
Allyson Slater (BBO # 704545)
Colleen M. McCullough (BBO # 696455)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
michaela.sewall@wilmerhale.com
jonathan.cox@wilmerhale.com
allyson.slater@wilmerhale.com
colleen.mccullough@wilmerhale.com
christina.luo@wilmerhale.com

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I certify that, in accordance with Local Rule 7.1(a)(2), counsel for Petitioners conferred with counsel for Respondents on January 21, 2021 in an attempt to resolve the issues raised in this motion. Respondents assent to this motion.

/s/  *Allyson Slater*
Allyson Slater