UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> ALEJANDRO MAYORKAS,[1] Secretary of Homeland Security, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

### RESPONDENTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Respondents respectfully notify the Court of a recent decision in *Camarena v. Dir., Immigration & Customs En'f.* – F.3d --, No. 19-13446, 2021 WL 627411 (11th Cir. Feb. 18, 2021). The Eleventh Circuit affirmed the decision of the district court and held that 8 U.S.C. § 1252(g) strips courts of subject-matter jurisdiction over plaintiffs' claims that sought to stay their removal while they pursued provisional unlawful presence waivers under 8 C.F.R. § 212.7(e). *Camarena*, 2021 WL 62711 at *3. The Court rejected the plaintiffs' argument that the Court retained jurisdiction because they challenged "the government's underlying authority to execute those orders, rather than its discretion to do so." *Id*. The Court highlighted that regardless of the characterization and merits of plaintiffs' allegation that the government was violating the provisional waiver regulations, their claim "runs headlong into § 1252(g)" and the "statute does

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary of Homeland Security, Alejandro Mayorkas, is automatically substituted as a party in lieu of former Acting Secretary of Homeland Security, Pete Gaynor.

1

not offer any discretion-vs-authority distinction of the sort they claim." *Id*. This holding is consistent with this Court's prior finding that 8 U.S.C. § 1252(g) bars Petitioners' claims in the instant case, notwithstanding their argument that they are challenging the government's legal authority to remove them as opposed to the government's discretion to execute removal orders. ECF No. 159 at 22 ("Nevertheless, this court finds that § 1252(g) applies to the legal question raised by petitioners' claims.").

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS N. PEREZ
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 25, 2021

/s/ Mary L. Larakers  
Mary L. Larakers  
Trial Attorney