UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> PETE GAYNOR, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT STATUS REPORT

On January 27, 2021, this Court ordered the parties to confer and report by May 22, 2021 on whether this case is settled or should be dismissed as moot, and further ordered that this case is otherwise stayed. Dkt. No. 586. The parties have conferred, and report as follows:

1. The parties are continuing to engage in settlement discussions.

2. The parties respectfully request that the case remain stayed while settlement discussions are ongoing. The parties jointly request the case remain stayed for 60 days, until **July 21, 2021**, by which time the parties will file a subsequent report on the parties' progress regarding settlement.

*In view of this report, it is hereby ORDERED that the parties report further by July 21, 2021. The case otherwise remains stayed.*

*Wolf, D.J.*
*May 24, 2021*