BRYANUNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT STATUS REPORT

On May 24, 2021, this Court ordered the parties to confer and report by July 21, 2021 on the status of settlement negotiations, and further ordered that this case is otherwise stayed. Dkt. No. 589. The parties have conferred, and report as follows:

1. The parties are continuing to engage in settlement discussions.

2. The parties respectfully request that the case remain stayed while settlement discussions are ongoing. The parties jointly request the case remain stayed for 60 days, until **September 20, 2021,** by which time the parties will file a subsequent report on the parties' progress regarding settlement.

Respectfully submitted this 16th day of July, 2021.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| BRYAN M. BOYTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br>District Court Section<br><br>ELIANIS N. PEREZ<br>Assistant Director<br><br>/s/ *William H. Weiland*<br>WILLIAM H. WEILAND (BBO #661433)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 305-0770<br>(202) 305-7000 (facsimile)<br>william.h.weiland@usdoj.gov | /s/ *Allyson Slater*<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO #704545)<br>Colleen M. McCullough (BBO # 696455)<br>Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>christina.luo@wilmerhale.com<br><br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |