UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT STATUS REPORT

On July 16, 2021, this Court ordered the parties to confer and report by September 20, 2021 on the status of settlement negotiations, and further ordered that this case is otherwise stayed. ECF. No. 591. The parties have conferred, and report as follows:

1. The parties are continuing to engage in settlement discussions.

2. The parties respectfully request that the case remain stayed to provide the opportunity for further settlement discussions. The parties jointly request the case remain stayed for 60 days, until **November 19, 2021** by which time the parties will file a subsequent report on the parties' progress regarding settlement.

Respectfully submitted this 20th day of September, 2021.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| MERRICK B. GARLAND<br>Attorney General | /s/ *Allyson Slater*<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Allyson Slater (BBO #704545)<br>Colleen M. McCullough (BBO # 696455)<br>Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| ELIANIS N. PEREZ<br>Assistant Director | 60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000 |
| /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division Office of Immigration<br>Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>christina.luo@wilmerhale.com<br><br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 |
| | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |