UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br>       Plaintiffs-Petitioners, <br><br> v. <br><br> CHAD WOLF, *et al.*, <br><br>       Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that Matthew R. Segal and Adriana Lafaille of the American Civil Liberties Union Foundation of Massachusetts, Inc., as counsel of record for Petitioners in the above-captioned matter, have a new mailing address. Effective immediately, the office is now located at One Center Plaza, Suite 850, Boston, MA 02108.

Respectfully submitted this 11th day of February 2022.

*Counsel for the Petitioners*

/s/ Adriana Lafaille
Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
msegal@aclum.org
alafaille@aclum.org