UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs-Petitioners,<br><br>v.<br><br>Alejandro Mayorkas, Secretary, Department of Homeland Security, *et al.*,<br><br>      Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## NOTICE OF APPOINTMENT OF DEPUTY FIELD OFFICE DIRECTOR

On June 28, 2019, the Court ordered Respondents to inform the Court if ICE Boston appoints a new acting or permanent Field Office Director or Deputy Field Office Director. ECF No. 295. The Court further ordered that any new appointee shall: (1) read the court's orders concerning detention and removal; (2) discuss them with the Field Office Director for ICE Boston, and Respondents' counsel; and (3) file a declaration stating that they have read such orders, conferred as directed, and understand that any violation of such orders could constitute civil and/or criminal contempt. *Id*. Ladeon Francis is a new Deputy Field Office Director for ICE Boston. The declaration required by this Court's order is attached to this filing.

Respectfully submitted,

MERRICK GARLAND
Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS N. PEREZ
Assistant Director

/s/ *Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Mary L. Larakers*
Mary L. Larakers
Trial Attorney

Dated: March 11, 2022