## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br>Individually and on behalf of all others similarly situated, <br><br>    Plaintiffs-Petitioners, <br><br>v. <br><br>ALEJANDRO MAYORKAS, *et al.*, <br><br>    Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT STATUS REPORT

On September 13, 2022, this Court ordered the parties to confer and report by November 11, 2022 on the status of settlement negotiations, and further ordered that this case is otherwise stayed. Dkt. No. 609. The parties have conferred, and report as follows:

1. The parties are continuing to engage in settlement discussions.

2. The parties respectfully request that the case remain stayed to provide the opportunity for further settlement discussions. The parties jointly request the case remain stayed for 60 days, until **January 10, 2023,** by which time the parties will file a subsequent report on the parties' progress regarding settlement.

*Allowed*
*WCW, DJ*
*11/10/22*