**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants-Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 1:18-cv-10225-MLW |

**JOINT STATUS REPORT**

On November 10, 2022, this Court ordered the parties to confer and report by January 10, 2023 on the status of settlement negotiations, and further ordered that this case is otherwise stayed.  Dkt. No. 611.  The parties have conferred, and report as follows:

1.      The parties are continuing to engage in settlement discussions.

2.      The parties respectfully request that the case remain stayed to provide the opportunity for further settlement discussions.  The parties jointly request the case remain stayed for 60 days, until **March 13, 2023,** by which time the parties will file a subsequent report on the parties' progress regarding settlement.

Respectfully submitted this 9th day of January, 2023.

*Counsel for the Respondents*

MERRICK B. GARLAND
Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/  *Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice,
Civil Division Office of Immigration
Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for the Petitioners*

/s/  *Allyson Slater*
Kevin S. Prussia (BBO # 666813)
Jonathan A. Cox (BBO # 687810)
Allyson Slater (BBO #704545)
Colleen M. McCullough (BBO # 696455)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
allyson.slater@wilmerhale.com
colleen.mccullough@wilmerhale.com
christina.luo@wilmerhale.com

Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283