UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants-Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-10225-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Petitioners and certified class. The Petitioners and class are still represented by other counsel in this matter.

Dated: March 22, 2023

Respectfully submitted,

/s/ *Matthew R. Segal*
Matthew R. Segal (BBO # 654489)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
msegal@aclum.org

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

| | |
|---|---|
| March 22, 2023 | /s/ *Matthew R. Segal*<br>Matthew R. Segal |