# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br>Individually and on behalf of all others similarly situated, <br><br>        Plaintiffs-Petitioners, <br><br>v. <br><br>ALEJANDRO MAYORKAS, *et al.*, <br><br>        Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT MOTION TO MODIFY THE COURT'S AUGUST 7, 2019 ORDER

On August 7, 2019, this Court entered an order requiring Defendants to, *inter alia*, provide a list of the class members who checked in with Immigration and Customs Enforcement ("ICE") each month to Petitioners' counsel and distribute the class notice to class members who "appear[] at an ICE office for their next in-person check in." ECF No. 340 at ¶¶ 1, 6 (the "Order"). Due to changes in ICE's check-in practices for non-detained noncitizens, the Parties respectfully and jointly move to modify the Order to reflect the Parties' agreement regarding reporting and class notice.

ICE now allows non-detained class members to update their address—and provide other information normally requested by ICE during an in-person check-in—via email. ICE has agreed to include class members who check in via email at ICE's instruction on the monthly check-in report it provides to Petitioners' counsel. *See* ECF No. 340 at ¶ 1. ICE has also agreed to serve the class notice to class members checking in with ICE via email at ICE's instruction by sending an email with the class notice as an attachment to the same email address used by the class member

to check-in. *See* ECF No. 340 at ¶ 6. ICE will serve the class notice in the same language the class member used in their email communication to ICE, provided that the language used is either English, Spanish, Portuguese, Haitian Creole, or Mandarin. If the class member's email communicates to ICE in a language other than the aforementioned, ICE will serve the class notice in English. Petitioners have agreed that service of the class notice pursuant to this process should satisfy the Court's Order. *See* ECF No. 340 at ¶ 6. Consistent with the Parties agreement, the Parties now respectfully request that the Court's Order be modified as follows:

1. The first sentence of paragraph one of ECF No. 340 should be modified to read: "Within the first seven days of each month, respondents shall provide to class counsel a spreadsheet of class members checking in, ***either in person or over email***, with the Boston office of U.S. Immigration and Customs Enforcement ("ICE-Boston") during the prior month."

2. Paragraph six of ECF No. 340 should be modified to read: "ICE-Boston shall distribute the Class Notice attached as Exhibit A to (a) class members checking in with ICE-Boston, ***either in person or over email***; (b) class members currently detained by ICE-Boston; (c) class members who are subsequently arrested or detained by ICE after the issuance of this order; and (d) class members whose application for a stay of removal (Form I-246) has been adjudicated, if the official adjudicating the request knows that the individual is a class member based on the information submitted in the application. ***ICE Boston shall only be required to distribute this class notice one time to each class member, unless class members or their counsel request an additional copy or copies of the class notice.***

Respectfully submitted,

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS N. PEREZ
Assistant Director

/s/ Mary L. Larakers
MARY L. LARAKERS (Texas Bar # 24093943)
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for Respondents*

| | |
|---|---|
| Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283<br><br>*Counsel for Petitioners* | /s/ *Jonathan A. Cox*<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO #704545)<br>Colleen M. McCullough (BBO # 696455)<br>Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>christina.luo@wilmerhale.com |

## **CERTIFICATE OF SERVICE**

      I, Mary L. Larakers, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ Mary L. Larakers |
|  | Mary L. Larakers |
| Dated: October 30, 2023 | Trial Attorney |