UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT STATUS REPORT

　　On September 20, 2023, this Court ordered the parties to confer and report by November 10, 2023 on the status of settlement negotiations, and further ordered that this case is otherwise stayed. Dkt. No. 623. The parties have conferred, and report as follows:

　　1.　　The parties are continuing to engage in settlement discussions. The parties have recently exchanged new drafts of their respective settlement proposals and held a meet and confer on October 16, 2023.

　　2.　　The parties respectfully request that the case remain stayed to provide the opportunity for further settlement discussions. The parties jointly request the case remain stayed for 30 days, until **December 11, 2023,** by which time the parties will file a subsequent report on the parties' progress regarding settlement. If material progress has not been made by the next status report, one or both parties may request that the Court schedule a status conference, at the Court's earliest convenience, to discuss appropriate steps to conclude the litigation.

Respectfully submitted this 9th day of November, 2023.

*Counsel for the Respondents*

MERRICK B. GARLAND
Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

ELIANIS N. PEREZ
Assistant Director

/s/  Mary L. Larakers
MARY L. LARAKERS
(Texas Bar # 24093943)
Trial Attorney
U.S. Department of Justice,
Civil Division Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

*Counsel for the Petitioners*

/s/  Allyson Slater
Kevin S. Prussia (BBO # 666813)
Jonathan A. Cox (BBO # 687810)
Allyson Slater (BBO #704545)
Colleen M. McCullough (BBO # 696455)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
allyson.slater@wilmerhale.com
colleen.mccullough@wilmerhale.com
christina.luo@wilmerhale.com

Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283