UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　Defendants-Respondents. | No. 1:18-cv-10225-MLW |

## JOINT STATUS REPORT

On November 22, 2023, this Court ordered the parties to confer and report by December 11, 2023, on the status of settlement negotiations, and further ordered that this case is otherwise stayed. Dkt. No. 627. The parties have conferred, and report as follows:

1. The parties continue to engage in settlement discussions, in that Petitioners submitted their most recent settlement proposal to Respondents on October 12, and Respondents submitted their counter-proposal to Petitioners on December 8.

2. The parties respectfully request that the case remain stayed to provide the opportunity for further settlement discussions. The parties jointly request the case remain stayed until **January 26, 2024**, by which time the parties will file a subsequent report on the parties' progress regarding settlement. If material progress has not been made by the next status report, one or both parties may request that the Court schedule a status conference, at the Court's earliest convenience, to discuss appropriate steps to conclude the litigation.

Respectfully submitted this 11th day of December, 2023.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| MERRICK B. GARLAND<br>Attorney General | /s/ *Allyson Slater*<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | Allyson Slater (BBO #704545)<br>Colleen M. McCullough (BBO # 696455)<br>Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>　HALE AND DORR LLP |
| ELIANIS N. PEREZ<br>Assistant Director | 60 State Street<br>Boston, MA 02109 |
| /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>(Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>christina.luo@wilmerhale.com<br><br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 |