UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br>Individually and on behalf of all others similarly situated, <br><br>      Plaintiffs-Petitioners, <br><br>v. <br><br>ALEJANDRO MAYORKAS, *et al.*, <br><br>      Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**JOINT STATUS REPORT**

On April 26, 2024, this Court ordered the parties to confer and report by May 24, 2024, on the status of settlement negotiations, and further ordered that this case is otherwise stayed. Dkt. No. 637. The parties have conferred, and report as follows:

    1.    The parties have reached an agreement in principle, subject to final approval by both sides, including approval from the Department of Justice.

    2.    The parties respectfully request that the case remain stayed to provide the opportunity to finalize the agreement for court review. The parties jointly request the case remain stayed until **June 28, 2024**, by which time the parties will file a subsequent report on the parties' progress regarding settlement. If material progress has not been made by the next status report, one or both parties may request that the Court schedule a status conference, at the Court's earliest convenience, to discuss appropriate steps to conclude the litigation.

Respectfully submitted this 24th day of May 2024.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| MERRICK B. GARLAND<br>Attorney General | /s/ Jonathan A. Cox<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO #704545)<br>Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>christina.luo@wilmerhale.com |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | |
| ELIANIS N. PEREZ<br>Assistant Director | |
| /s/ Mary L. Larakers<br>Mary L. Larakers (Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza<br>Suite 850<br>Boston, MA 02108<br>(617) 482-3170<br>alafaille@aclum.org<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283<br>kathleenmgillespieesq@gmail.com |