UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ AND LUIS GORDILLO, ET AL., individually and on behalf of all others similarly situated,<br><br>    Petitioners-Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>    Respondents-Defendants. | C.A. No. 18-10225-MLW |

ORDER

WOLF, D.J.                                                                                May 29, 2024

In view of the May 24, 2024 Joint Status Report (Dkt. No. 636), it is hereby ORDERED that the parties shall, by June 20, 2024, report whether they have finalized their settlement agreement for court review. If they have not, they may request additional time to do so. If a status conference is requested, it will probably be held in early August 2024.

                                                /s/ Mark L. Wolf
                                                UNITED STATES DISTRICT JUDGE