UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> ALEJANDRO MAYORAKS, *et al.*, <br><br> Defendants-Respondents. | No. 1:18-cv-10225-MLW |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.5.2(c), Counsel for Petitioners hereby notifies the Court of the withdrawal of Colleen M. McCullough as counsel in the above-captioned matter. As of June 6, 2024 Ms. McCullough is no longer associated with Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Petitioners will continue to be represented by WilmerHale, along with co-counsel at the American Civil Liberties Union Foundation of Massachusetts, Inc. and attorney Kathleen M. Gillespie, who remain attorneys of record in this case.

1

|  | *Counsel for the Petitioners* |
|---|---|
| Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283 | /s/ *Colleen M. McCullough*<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO # 704545)<br>Colleen M. McCullough (BBO # 696455)<br>Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>colleen.mccullough@wilmerhale.com<br>christina.luo@wilmerhale.com |

Dated: June 3, 2024