UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants-Respondents. | C.A. No. 18-10225-MLW |

## JOINT STATUS REPORT

On May 29, 2024, this Court ordered the parties to report by June 20, 2024, on whether they have finalized their settlement agreement for court review. Dkt. No. 639. The parties report the following:

1. As previously submitted, the parties have reached an agreement in principle, but continue to work toward finalizing the settlement agreement for court review, including seeking approval from the Department of Justice.

2. The parties respectfully request additional time to finalize the agreement for court review. The parties jointly request the case remain stayed until **August 1, 2024**, by which time the parties will file a subsequent report on the parties' progress regarding settlement. If material progress has not been made by the next status report, one or both parties may request that the Court schedule a status conference, at the Court's earliest convenience, to discuss appropriate steps to conclude the litigation.

*Handwritten order:* ALLOWED. The parties shall continue to confer and report further by August 1, 2024. /s/ W.M.W. U.S.D.J. 6/24/24

Respectfully submitted this 20th day of June 2024.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| MERRICK B. GARLAND<br>Attorney General | /s/ *Jonathan A. Cox*<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO #704545)<br>Christina Luo (BBO # 705590) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street |
| ELIANIS N. PEREZ<br>Assistant Director | Boston, MA 02109<br>Telephone: (617) 526-6000 |
| /s/ *Mary L. Larakers*<br>Mary L. Larakers (Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division Office of Immigration<br>Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>christina.luo@wilmerhale.com<br><br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza<br>Suite 850<br>Boston, MA 02108<br>(617) 482-3170<br>alafaille@aclum.org<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283<br>kathleenmgillespieesq@gmail.com |