UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants-Respondents. | C.A. No. 18-10225-MLW |

## JOINT STATUS REPORT

On August 5, 2024, this Court ordered the parties to report by August 30, 2024, on whether they have finalized their settlement agreement for court review. Dkt. No. 644. The parties report the following:

1. As previously submitted, the parties have reached an agreement in principle. As of August 26, 2024, the agreement has received approval from the Department of Justice.

2. In view of the approval from the Department of Justice, the parties are preparing a proposed schedule for submission of the settlement agreement, along with a motion for preliminary approval, for court review. The parties jointly request a brief continuation of the stay, until **September 6, 2024**, by which date the parties anticipate proposing a schedule for submission of materials for approval of the settlement agreement.

*It is hereby ORDERED that the parties shall file their proposed schedule by Sept. 6, 2024, at 12:00 noon, and ~~sooner~~ if possible ~~sooner~~.*

*/s/ Wolf, DJ*
*9/3/24*

Respectfully submitted this 30th day of August 2024.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| MERRICK B. GARLAND<br>Attorney General | /s/ Jonathan A. Cox<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO #704545)<br>Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>christina.luo@wilmerhale.com |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | |
| ELIANIS N. PEREZ<br>Assistant Director | |
| /s/ Mary L. Larakers<br>Mary L. Larakers (Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza<br>Suite 850<br>Boston, MA 02108<br>(617) 482-3170<br>alafaille@aclum.org<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283<br>kathleenmgillespieesq@gmail.com |