# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br>   Plaintiffs-Petitioners, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br>   Defendants-Respondents. | C.A. No. 18-10225-MLW |

## JOINT MOTION TO ENTER SCHEDULING ORDER
## FOR APPROVAL OF SETTLEMENT AGREEMENT

The parties hereby submit this Joint Motion to Enter Scheduling Order for Approval of Settlement Agreement. In support of this motion, the parties jointly state as follows:

1. On September 3, 2024, the Court ordered the parties to propose a schedule for submission of materials for approval of the parties' class settlement agreement by September 6, 2024. Dkt. No. 646.

2. Pursuant to the Court's order, the parties propose **Tuesday, October 15, 2024** as the deadline for submission of their joint motion for settlement approval, including proposed class notice.

3.  The parties further request that the Court schedule a preliminary approval hearing to occur after October 30, 2024.[1] At that hearing, if the Court grants preliminary approval, the parties will be prepared to discuss scheduling of a final approval hearing after reasonable notice has been given to the class.

---

[1] Undersigned counsel for Defendants has previously scheduled commitments beginning on October 16, which will have counsel away from the office until October 21. Undersigned counsel for Defendants also has several significant filing deadlines over the last two weeks of October, including a motion for summary judgment in the nationwide class action *Mansor et al., v. Mayorkas,* No. 2:23-cv-00347-JLR (W.D. Wash.) due on October 29, 2024, by agreement of counsel. Therefore, Defendants respectfully request that the Court schedule the hearing to occur after October 30, 2024. Plaintiffs consent to this request.

Respectfully submitted this 6th day of September 2024

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| MERRICK B. GARLAND<br>Attorney General | */s/ Jonathan A. Cox*<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO #704545)<br>Christina Luo (BBO # 705590) |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| ELIANIS N. PEREZ<br>Assistant Director | kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>christina.luo@wilmerhale.com |
| */s/ Mary L. Larakers*<br>Mary L. Larakers (Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza<br>Suite 850<br>Boston, MA 02108<br>(617) 482-3170<br>alafaille@aclum.org |
|  | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283<br>kathleenmgillespieesq@gmail.com |