UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants-Respondents. | C.A. No. 18-10225-MLW |

### JOINT MOTION FOR EXTENSION OF TIME
### TO FILE JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

Pursuant to Local Rule 7.1, Petitioners and Respondents (together, "Parties") jointly and respectfully move for an extension of time to file the Joint Motion for Preliminary Approval Of Settlement Agreement and Notice of Settlement and Fairness Hearing, Memorandum in Support, and Proposed Class Notice, currently due on October 15, 2024. On September 9, 2024, this Court ordered the Parties to submit a joint motion for preliminary approval of the parties' settlement agreement, supporting memorandum, and proposed class notice by October 15, 2024. ECF No. 648. The Parties have diligently worked to draft a joint filing per the Court's order and, as of the time of this filing, the Parties are in agreement on all but a small number of outstanding edits to the joint memorandum in support of the motion. Although the Parties worked diligently to resolve those remaining edits by October 15, additional time is required for final revisions and approval. Neither Party anticipates the two-day extension will impact their ability to prepare for the November hearing and the short extension will not otherwise interfere with resolution of the

*ALLOWED and SO ORDERED*
*W²⁴. D.J.*
*Oct. 16, 2024*