UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br>     Plaintiffs-Petitioners, <br><br>     v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br>     Defendants-Respondents. | C.A. No. 18-10225-MLW |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND NOTICE OF SETTLEMENT AND FAIRNESS HEARING**

    For the reasons set forth in the accompanying Memorandum of Law, Petitioners and Respondents jointly and respectfully move that this Court review and preliminarily approve the Settlement Agreement and Proposed Notice of Settlement and Fairness Hearing, filed with this motion, pursuant to Federal Rule of Civil Procedure 23. The parties also respectfully request that the Court schedule a Fairness Hearing for review and approval of the Settlement Agreement on a date convenient for the Court.

    In support of this motion, the parties state that the Settlement Agreement is fair, adequate, reasonable, and in the best interests of the class. Further, the parties believe that the notice of settlement provides valid, due, and sufficient notice to the class and the best notice practicable under the circumstances, complying fully with the requirements of the Federal Rules of Civil Procedure, the Constitution of the United States, and any other applicable law.

Respectfully submitted this 17th day of October 2024.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| MERRICK B. GARLAND<br>Attorney General | /s/ Jonathan A. Cox<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810)<br>Allyson Slater (BBO #704545) |
| ELIANIS N. PEREZ<br>Assistant Director | Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| /s/ Mary L. Larakers<br>Mary L. Larakers (Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division,<br>Office of Immigration Litigation,<br>General Litigation and Appeals Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | 60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>allyson.slater@wilmerhale.com<br>christina.luo@wilmerhale.com |
| | Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza<br>Suite 850<br>Boston, MA 02108<br>(617) 482-3170<br>alafaille@aclum.org |
| | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283<br>kathleenmgillespieesq@gmail.com |