# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants-Respondents. | C.A. No. 18-10225-MLW<br><br>**DECLARATION OF ALLYSON SLATER IN SUPPORT OF THE PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND NOTICE OF SETTLEMENT AND FAIRNESS HEARING** |

I, Allyson Slater, declare as follows:

1.  I am an attorney with the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), co-counsel for Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of the Parties' Joint Motion for Preliminary Approval of Settlement Agreement and Notice of Settlement and Fairness Hearing.

2.  Attached as **Exhibit A** is a true and correct copy of the proposed Settlement Agreement reached by both parties in this case.

3.  Attached as **Exhibit B** is a true and correct copy of the proposed Class Notice agreed upon by both parties for the provision of notice to the class regarding the proposed Settlement Agreement and the Fairness Hearing.

4.  The parties engaged in significant fact discovery between 2019 to 2020. Petitioners served 49 Requests for Production and twelve Interrogatories between September 2019 and June 2020. In response, Respondents produced thousands of documents. Petitioners also noticed and took several depositions that totaled more than 60 hours during formal fact discovery, which occurred between July and August 2020.

5.  The Court entered a stay of litigation on January 27, 2021 for the parties to continue the settlement discussions that they had already begun. The parties exchanged dozens of rounds of draft settlement terms and participated in numerous meetings between the spring of 2021 and spring of 2024.

6.  On May 9, 2024, Petitioners accepted the terms of Respondents' May 7, 2024 settlement proposal, subject to approval from both the Named Petitioners and DHS. On August 26, 2024, Ms. Mary Larakers, counsel for Respondents, wrote in an e-mail to class counsel that the Department of Justice ("DOJ") gave its final approval to the settlement proposal.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 17th day of October, 2024 in Boston, Massachusetts.

                                                    */s/ Allyson Slater*

                                                    Allyson Slater (BBO #704545)
                                                    WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP
                                                    60 State Street
                                                    Boston, MA 02109
                                                    Telephone: (617) 526-6000
                                                    Facsimile: (617) 526-5000
                                                    allyson.slater@wilmerhale.com