UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　Defendants-Respondents. | No. 18-cv-10225-MLW |

ORDER

WOLF, D.J.　　　　　　　　　　　　　　　　　　　　　October 25, 2024

　　For the reasons described in detail at the October 25, 2024 hearing, it is hereby ORDERED that:

　　1. The Joint Motion for Preliminary Approval of Settlement Agreement (Dkt. No. 652) is ALLOWED.

　　2. The parties shall confer and, by October 31, 2024, file a proposed order of preliminary approval, and a proposed notice to class members that includes the terms and dates ordered by the court. The proposed order and notice shall also be provided to the Deputy Clerk in a form that can, if necessary, by edited by the court.

3. The parties shall order a transcript of the October 25, 2024 hearing on an expedited basis.

                                                                                           UNITED STATES DISTRICT JUDGE