# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　Defendants-Respondents. | C.A. No. 18-10225-MLW |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

For the reasons set forth in the accompanying Memorandum of Law, Petitioners and Respondents jointly and respectfully move that this Court review and grant final approval to the Settlement Agreement, and likewise enter the proposed order attached to this motion.

In support of this motion, the parties state that the Settlement Agreement was conducted at arms-length and is fair, reasonable, and adequate, satisfying Federal Rule of Civil Procedure 23(e).  Further, the parties believe that the notice of the Settlement Agreement was provided in a reasonable manner to class members and as directed by this Court, complying fully with the requirements of the Federal Rules of Civil Procedure, the Constitution of the United States, and any other applicable law.

Respectfully submitted this 8th day of January, 2025.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| MERRICK B. GARLAND<br>Attorney General | */s/ Kevin S. Prussia*<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810) |
| ELIANIS N. PEREZ<br>Assistant Director | Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| */s/ Mary L. Larakers*<br>Mary L. Larakers (Texas Bar # 24093943)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division Office of Immigration Litigation,<br>General Litigation and Appeals Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | 60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>christina.luo@wilmerhale.com<br><br>Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza<br>Suite 850<br>Boston, MA 02108<br>(617) 482-3170<br>alafaille@aclum.org<br><br>Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283<br>kathleenmgillespieesq@gmail.com |

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Petitioners conferred with counsel for Respondents and attempted in good faith to narrow or resolve the issues that are the subject of this motion for final approval.

<u>Dated</u>: January 8th, 2025                        <u>/s/ Kevin S. Prussia</u>
                                                                           Kevin S. Prussia (BBO # 666813)