UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others similarly situated,

        Plaintiffs-Petitioners,

   v.

ALEJANDRO MAYORKAS, *et al.*,

        Defendants-Respondents.

C.A. No. 18-10225-MLW

## DECLARATION OF ACTING DEPUTY FIELD OFFICE DIRECTOR DAVID T. WESLING

Pursuant to the authority of 28 U.S.C. § 1746, I, David T. Wesling, the acting Deputy Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

    1.    I am the Acting Deputy Field Office Director ("DFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, for the Boston Area of Responsibility ("ERO Boston"). Among my official duties as Acting DFOD, is the responsibility for assisting in managing, monitoring, scheduling and executionof removal orders for noncitizens in ICE custody or otherwise encountered by ERO Boston.

    2.    This declaration is based on personal knowledge and information made known to

me in the course of my professional duties.  I am writing this declaration to inform the Court of ERO Boston's compliance with this Court's November 4, 2024, Order (ECF No. 664).

3.	Pursuant to this Court's order of November 4, 2024, ERO Boston provided the fairness hearing notice attached to ECF No. 664, as translated by class counsel, to class members who had checked in with ERO Boston and who ERO Boston reported to class counsel during the months of October 2022 through November 2024.  This was completed prior to December 5, 2024.

4.	Additionally, prior to December 5, 2024, ERO Boston provided the fairness hearing notice to detained class members in the custody of ICE ERO Boston.

5.	ERO Boston provided the fairness hearing notice to class members who either checked in or were in the custody of ERO Boston beginning on November 13, 2024 (one day after class counsel provided translations of the fairness hearing notice) through December 27, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 8th day of January 2025.

DAVID T WESLING
Digitally signed by DAVID T WESLING
Date: 2025.01.08 08:57:02 -05'00'

David T Wesling
Acting Deputy Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts