UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON
JIMENEZ and LUIS GORDILLO, )
et al., Individually and on )
Behalf of All Others )
Similarly Situated, )
                                )
    Plaintiffs-Petitioners,      No.  18-cv-10225-MLW
                                )
        v.                       )
                                )
ALEJANDRO MAYORKAS, et al.,      )
                                )
    Defendants-Respondents.      )

ORDER

WOLF, D.J.                                    January 13, 2025

    It is hereby ORDERED that petitioners shall, by
January 14, 2025 at 4:00 p.m.:

    1. File, pursuant to Federal Rule of Civil Procedure 41(a)(2),
a motion to dismiss with prejudice that provides that the court
will retain jurisdiction to enforce the parties' settlement
agreement, and a related proposed order that the court can issue
if it approves their jointly proposed settlement at the January
16, 2025 hearing.

    2. File their Proposed Order approving the proposed
settlement (Dkt. No. 670-1) in a form that can be edited by the
court.

                                    _____
                                    UNITED STATES DISTRICT JUDGE