**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LILIAN PAHOLA **CALDERON JIMENEZ**,
and LUIS **GORDILLO**, *et al.*,
*individually and on behalf of all those similarly situated,*

      *Plaintiffs-Petitioners,*

    v.

ALEJANDRO **MAYORKAS**, *et al.*,
*in their official capacities,*

      *Defendants-Respondents.*

Civil Action No.
18-cv-10225-MLW

## MOTION OF JOHN A. HAWKINSON TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING LOBBY CONFERENCE TRANSCRIPTS

John A. Hawkinson, a freelance news reporter writing for *Cambridge Day*, respectfully moves to intervene in this action for the limited purpose of filing a motion seeking to unseal the currently sealed lobby conference transcripts in this case.

"Third parties, like the media entities, 'have standing to assert their claim of access to documents in a judicial proceeding.' The proper procedural method for asserting access . . . is a motion to intervene pursuant to Fed. R. Civ. P. 24."' *United States ex rel. Franklin v. Parke-Davis*, 210 F.R.D. 257, 258 (D. Mass 2002) (Saris, J.) (citing *Public Citizen v. Liggett Group, Inc.*, 858 F.2d 775, 783, 787 (1st Cir. 1988)). *See also In re Globe Newspaper Co.*, 729 F.2d 47, 50 n.2 (1st Cir. 1984) ("Some courts have held that media representatives may challenge closure orders by appeal if they first intervene in the underlying action.").

**Pursuant to Local Rule 7.1(a)(2),** Hawkinson conferred with Plaintiff-Petitioners counsels, who do not object to this intervention. Counsel for the Government did not respond

to multiple inquiries regarding this motion beginning on April 30, 2025 (however, the
Government had objected to the underlying relief requested).

**(putative) INTERVENOR,
JOHN A. HAWKINSON**, pro se

John A. Hawkinson
Box 397103
Cambridge, MA 02139-7103
617-797-0250
*jhawk@alum.MIT.EDU*

Dated: May 30, 2025

## CERTIFICATE OF SERVICE

I, John A. Hawkinson, do hereby certify that a true copy of the above document was
served May 30, 2025, by electronic mail, having previously received written consent for
electronic service pursuant to FRCP 5(b)(2)(E), to:

Jonathan A. Cox
*jonathan.cox@wilmerhale.com*

Kathleen M. Gillespie
*kathleenmgillespieesq@gmail.com*

Adriana Lafaille
*alafaille@aclum.org*

Mary Larakers
*mary.l.larakers@usdoj.gov*

Christina Luo
*christina.luo@wilmerhale.com*

Eve A. Piemonte
*eve.piemonte@usdoj.gov*

Kevin S. Prussia
*kevin.prussia@wilmerhale.com*

Michaela P. Sewall
*michaela.sewall@wilmerhale.com*

William Weiland
*william.h.weiland@usdoj.gov*

J. Max Weintraub
*jacob.weintraub@usdoj.gov*

John A. Hawkinson
May 30, 2025

2