# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ,
and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others
similarly situated,

        Plaintiffs-Petitioners,

      v.

KRISTI NOEM[1], *et al.*,

        Defendants-Respondents.

No. 18-cv-10225-MLW

## <u>PETITIONERS' MOTION TO ENFORCE SETTLEMENT AGREEMENT</u>

Petitioners, on behalf of class member Guilherme Batista Armondes, respectfully move

that this Court enforce the Settlement Agreement in this case (ECF No. 654-1) as to Mr. Batista,

including by (a) ordering his release from custody; and (b) enjoining further enforcement action

against him unless it is based on new evidence that he poses a threat to public safety or national

security. Petitioners additionally move that, to aid in its resolution of this dispute and preserve

its jurisdiction, this Court order that Mr. Batista not be moved from Massachusetts pending

adjudication of this motion. Further, given Mr. Batista's continued detention, Petitioners request

that the Court order an expedited briefing schedule for this motion, with Respondents' opposition

due on July 29, 2025 and Petitioners' reply memorandum due on August 5, 2025.

Proposed orders are attached hereto as Exhibits A and B.

---

[1] Secretary of Homeland Security Kristi Noem is automatically substituted for the former
officeholder, Alejandro Mayorkas, Fed. R. Civ. P. 25(d).

Respectfully submitted this 22nd day of July, 2025.

*Counsel for the Petitioners*

/s/ Kevin S. Prussia
Kevin S. Prussia (BBO # 666813)
Jonathan A. Cox (BBO # 687810)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
christina.luo@wilmerhale.com

Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza
Suite 850
Boston, MA 02108
(617) 482-3170
alafaille@aclum.org

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283
kathleenmgillespieesq@gmail.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Petitioners conferred with counsel for Respondents and attempted in good faith to narrow or resolve the issues that are the subject of this motion to enforce the Settlement Agreement. Specifically, the Parties have followed the Conflict Resolution Procedures outlined by Section VI(C) of the Settlement Agreement but have been unable to resolve their disputes with respect to Mr. Batista.

Dated: July 22, 2025                    */s/ Kevin S. Prussia*
                                         Kevin S. Prussia (BBO # 666813)