# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　Defendants-Respondents. | No. 18-cv-10225-MLW |

### [PROPOSED] ORDER GRANTING PETITIONERS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

This matter is before the Court on the Petitioners' Motion to Enforce the Settlement Agreement ("Motion") on behalf of Guilherme Batista Armondes. The Court, having considered the arguments and evidence submitted in support, hereby GRANTS Petitioners' Motion.

Accordingly, **IT IS HEREBY ORDERED** as follows:

　　1.　　Respondents shall release Guilherme Batista Armondes from the custody of Immigration and Customs Enforcement no later than four (4) hours from the issuance of this Order.

　　2.　　Respondents are enjoined from taking further Enforcement Actions, as defined by Section I(E) of the Settlement Agreement (ECF No. 654-1), against Guilherme Batista Armondes absent renewed consideration pursuant to Section III of the Settlement Agreement based on new evidence that he poses a threat to public safety or national security that was unavailable to the Government as of the date of this Order (*e.g.*, the subsequent commission of a new criminal offense).

**IT IS SO ORDERED.**

Dated: _____

Hon. Mark L. Wolf
United States District Judge

2