# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LILIAN PAHOLA CALDERON JIMENEZ,
and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others
similarly situated,

        Plaintiffs-Petitioners,

     v.

KRISTI NOEM, *et al.*,

        Defendants-Respondents.

No. 18-cv-10225-MLW

**[PROPOSED] ORDER PRESERVING THE COURT'S JURISDICTION
TO CONSIDER PETITIONERS' MOTION TO ENFORCE**

This matter is before the Court on the Petitioners' Motion to Enforce the Settlement

Agreement ("Motion") on behalf of Guilherme Batista Armondes.

     **IT IS HEREBY ORDERED** that:

     1.     In order to preserve the Court's jurisdiction, and to provide the parties an

opportunity to attempt to resolve this dispute and complete briefing on disputed issues, class

member Guilherme Batista Armondes shall not be moved outside the District of Massachusetts,

temporarily or permanently, during the pendency of the Motion. *See* 28 U.S.C. § 1651(a) ("[A]ll

courts established by Act of Congress may issue all writs necessary or appropriate in aid of their

respective jurisdictions and agreeable to the usages and principles of law.").  This requirement

may be reconsidered by the court *sua sponte* or upon motion by either party.

     2.     A further order concerning a schedule for conferring and briefing shall issue.

2

**IT IS SO ORDERED.**


Dated: _____          _____
                                       Hon. Mark L. Wolf
                                       United States District Judge