UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants-Respondents. | No. 18-cv-10225-MLW<br><br>**DECLARATION OF JONATHAN A. COX IN SUPPORT OF PETITIONERS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

I, Jonathan A. Cox, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), co-counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Motion to Enforce the Settlement Agreement.

2. Attached as **Exhibit A** is a true and correct copy of an email chain between class counsel and counsel for the Government, dated April 25, 2025 through July 10, 2025, regarding the detention of another class member.

3. Attached as **Exhibit B** is a true and correct copy of an email chain between class counsel and counsel for the Government, dated July 15, 2025 through July 18, 2025, regarding the parties' efforts to resolve their disputes concerning Guilherme Batista Armondes and another class member.

2

4. Attached as **Exhibit C** is a true and correct copy of an email chain between class counsel and counsel for the Government, dated April 22, 2025 through July 7, 2025, regarding the detention and intended removal of class member Guilherme Batista Armondes.

5. Attached as **Exhibit D** is a true and correct copy of Mr. Batista's renewed request for release from ICE custody and supporting documentation. Exhibit D was prepared and sent by Mr. Batista's individual counsel, Timothy Caron, to the ICE Field Office in Burlington, Massachusetts on May 16, 2025, and subsequently sent by class counsel to counsel for the Government on June 25, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 22nd day of July, 2025 in Boston, Massachusetts.

/s/ Jonathan A. Cox
Jonathan A. Cox (BBO # 687810)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
jonathan.cox@wilmerhale.com