# EXHIBIT A

Redacted Public Version

Motion to Seal Pending
(Filed July 22, 2025)

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) |
| **To:** | Cox, Jonathan |
| **Cc:** | Piemonte, Eve (USAMA); Weiland, William H. (CIV); Sauter, Mark (USAMA); Kathleen Gillespie; Adriana Lafaille; WH ACLU MA Calderon Class Action; Alina Voronov |
| **Subject:** | RE: [EXTERNAL] Calderon - detention of class member |
| **Date:** | Thursday, July 10, 2025 8:44:43 AM |

**EXTERNAL SENDER**

Hi Jonathan,

ICE has informed us that they intend to keep Mr. Nguyen in detention, and of course, continue to comply with the settlement agreement.

Best,
Mary

**From:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Sent:** Monday, June 30, 2025 10:47 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Alina Voronov <avoronov@joyceassociates.com>
**Subject:** RE: [EXTERNAL] Calderon - detention of class member

Mary,

Further to the below, and to ensure that these materials receive the appropriate government attention, I am forwarding you a packet that Mr. Thien Nguyen's counsel sent to the ICE field office in Burlington, MA, concerning Mr. Nguyen's detention. I understand, based on UPS tracking information, that this packet was delivered earlier this morning. I have also copied on this email Mr. Nguyen's counsel, Alina Voronov, who has requested a meet and confer under the Calderon settlement; class counsel can also be available to participate in such a meet and confer.

Best,

Jonathan

**Jonathan A. Cox | WilmerHale**
+1 617 526 6609
jonathan.cox@wilmerhale.com

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>

2

**Sent:** Tuesday, April 29, 2025 4:29 PM
**To:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Cc:** Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>
**Subject:** RE: [EXTERNAL] Calderon - detention of class member

**EXTERNAL SENDER**

Hi Jonathan,

I have confirmed with ICE that Mr. Nguyen is in detention and ICE has determined, consistent with the settlement agreement, to continue to detain him. His information is below:

- Nguyen, Thien Huu
- [redacted]
- Vietnam
- G-28 on file: Patrick Long Law Firm, Patrick Long, 617-297-7502, patrick@patricklonglong.com

While the settlement agreement doesn't require that ICE provide more information at this time, as a courtesy, I have been authorized to share with you that he has a drug trafficking crime on his record.

Best,
Mary

---

**From:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Sent:** Tuesday, April 29, 2025 10:18 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>
**Subject:** RE: [EXTERNAL] Calderon - detention of class member

Hi Mary – just checking to see if you have any further information on Mr. Nguyen. Thanks again.

**Jonathan A. Cox | WilmerHale**
+1 617 526 6609
jonathan.cox@wilmerhale.com

---

**From:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Sent:** Friday, April 25, 2025 10:41 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>

**Cc:** Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>
**Subject:** RE: [EXTERNAL] Calderon - detention of class member

Thanks, Mary – much appreciated.

**Jonathan A. Cox | WilmerHale**
+1 617 526 6609
jonathan.cox@wilmerhale.com

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Friday, April 25, 2025 10:35 PM
**To:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Cc:** Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>
**Subject:** Re: [EXTERNAL] Calderon - detention of class member

**EXTERNAL SENDER**

Hi Jonathan,

I'll look into it.

Thanks,
Mary

> On Apr 25, 2025, at 10:31 PM, Cox, Jonathan <Jonathan.Cox@wilmerhale.com> wrote:
>
> Hi Mary,
>
> Earlier this evening, it was brought to our attention that today ICE arrested Thien Huu Nguyen [redacted], a class member with a pending I-130. We understand that he was arrested after being asked to come in to remove an ankle monitor and that he is now being detained in Plymouth. Can you let us know the basis for ICE's detention of Mr. Nguyen in view of the requirements laid out in our settlement agreement?
>
> Jonathan

4

**Jonathan A. Cox | WilmerHale**

60 State Street

Boston, MA 02109 USA

+1 617 526 6609 (t)

+1 617 526 5000 (f)

jonathan.cox@wilmerhale.com

<image001.jpg>

**One Firm. One Legacy.**

WilmerHale celebrates the twentieth anniversary since the merger.

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.