# EXHIBIT B

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) |
| **To:** | Cox, Jonathan; Piemonte, Eve (USAMA); Weiland, William H. (CIV); Sauter, Mark (USAMA) |
| **Cc:** | WH ACLU MA Calderon Class Action; Adriana Lafaille (ALafaille@aclum.org); Kathleen Gillespie; Tim Caron; Alina Voronov |
| **Subject:** | RE: Calderon - Motion to Enforce - Nguyen / Batista |
| **Date:** | Friday, July 18, 2025 3:34:48 PM |

**EXTERNAL SENDER**

Hi Jonathan,

ICE has decided to release Mr. Nguyen on an OSUP. ICE has decided to proceed with the removal of Mr. Batista. Mr. Batista will not be removed any sooner than five business days from today.

Thank you for allowing us the time to discuss the issue further with ICE.

Best,
Mary

**From:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Sent:** Friday, July 18, 2025 2:19 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille (ALafaille@aclum.org) <ALafaille@aclum.org>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Tim Caron <tim.caron@celedonlaw.com>; Alina Voronov <avoronov@joyceassociates.com>
**Subject:** [EXTERNAL] RE: Calderon - Motion to Enforce - Nguyen / Batista

Mary, per our agreement, can you please provide an update on ICE's consideration of Mr. Nguyen's and Mr. Batista's cases?

**Jonathan A. Cox | WilmerHale**
+1 617 526 6609
jonathan.cox@wilmerhale.com

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Thursday, July 17, 2025 2:58 PM
**To:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille (ALafaille@aclum.org) <ALafaille@aclum.org>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Tim Caron <tim.caron@celedonlaw.com>; Alina Voronov <avoronov@joyceassociates.com>

**Subject:** Re: Calderon - Motion to Enforce - Nguyen / Batista

**EXTERNAL SENDER**

Thank you, Jonathan. This will help in our conversations with ICE.

Best,
Mary

---

**From:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Sent:** Thursday, July 17, 2025 1:06:13 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille (ALafaille@aclum.org) <ALafaille@aclum.org>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Tim Caron <tim.caron@celedonlaw.com>; Alina Voronov <avoronov@joyceassociates.com>
**Subject:** [EXTERNAL] RE: Calderon - Motion to Enforce - Nguyen / Batista

Mary,

Thank you for your email. We look forward to your update tomorrow and are hopeful that your discussions with ICE will be fruitful—and that ICE will agree without court intervention to revisit its decisions and to release and not remove these class members, who do not pose a threat to public safety.

I believe we have previously covered this ground in our discussions, but as you know, each enforcement action (not only removal) requires a good-faith determination that a class member currently *poses* a threat to public safety. Although ICE has not conveyed any decision to remove Mr. Nguyen to us, ICE has decided to detain him, and the same requirement of individual good-faith and fact-based decisionmaking applies. As you point out, we do not have the benefit of a full write-up about Mr. Nguyen. But based on the facts available to us and our prior exchanges with the government about Mr. Nguyen's case, ICE has based its detention decision on an offense from twelve years ago, for which he was sentenced to probation.

In both of these cases, ICE presumably contends that people who for years have done nothing other than build their businesses, support their families, and live their lives are *current* threats to public safety. Although the settlement allows ICE to make determinations, these determinations must still be made in good faith and based on the available facts.

3

That has not happened here, and—unless we can resolve the dispute with you in the coming days—we will be asking the Court to order the release of both class members and enjoin future enforcement action against them unless it is based on new criminal conduct. We look forward to your response and to any further conversation you would like to have about these class members. It continues to be our hope that you will work with ICE to release them and bring relief to their families, including, in particular, their young children.

Best,

Jonathan

**Jonathan A. Cox | WilmerHale**
+1 617 526 6609
jonathan.cox@wilmerhale.com

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Wednesday, July 16, 2025 6:24 PM
**To:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille (ALafaille@aclum.org) <ALafaille@aclum.org>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Tim Caron <tim.caron@celedonlaw.com>; Alina Voronov <avoronov@joyceassociates.com>
**Subject:** Re: Calderon - Motion to Enforce - Nguyen / Batista

**EXTERNAL SENDER**

Hi Jonathan,

This timeline is agreeable to us. I will endeavor to have a substantive update on Friday for you all.

Regarding the motions to enforce, what grounds do you believe there now are to enforce the settlement agreement? With regard to Mr. Batista, ICE has ensured consideration of all the information he has provided ICE. And, with regard to Mr. Nguyen, ICE has not yet provided its explanation under the agreement because they have not made a final decision regarding his removal.

Thanks,
Mary

**From:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Sent:** Wednesday, July 16, 2025 4:10 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille (ALafaille@aclum.org) <ALafaille@aclum.org>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Tim Caron <tim.caron@celedonlaw.com>; Alina Voronov <avoronov@joyceassociates.com>
**Subject:** [EXTERNAL] RE: Calderon - Motion to Enforce - Nguyen / Batista

Mary,

Further to the below, we can agree to provide DOJ with a limited amount of additional time to discuss Mr. Nguyen's and Mr. Batista's cases again with ICE, and we acknowledge ICE's commitment not to remove either individual during this period and its agreement to provide at least five business days' notice prior to removal.  However, we ask that DOJ provide us with an update regarding these cases by this Friday, July 18 at 1:00 p.m. ET.  At that time, and based on that update, class counsel will consider whether it is appropriate to wait the full requested seven business days (*i.e.*, until Thursday, July 24) to file the motion to enforce.  Please let us know if the government agrees to that timeline.

Best,

Jonathan

**Jonathan A. Cox | WilmerHale**
+1 617 526 6609
jonathan.cox@wilmerhale.com

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Tuesday, July 15, 2025 8:20 PM
**To:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille (ALafaille@aclum.org) <ALafaille@aclum.org>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Tim Caron <tim.caron@celedonlaw.com>; Alina Voronov <avoronov@joyceassociates.com>
**Subject:** RE: Calderon - Motion to Enforce - Nguyen / Batista

5

**EXTERNAL SENDER**

We agree.

---

**From:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Sent:** Tuesday, July 15, 2025 8:16 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille (ALafaille@aclum.org) <ALafaille@aclum.org>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Tim Caron <tim.caron@celedonlaw.com>; Alina Voronov <avoronov@joyceassociates.com>
**Subject:** [EXTERNAL] Re: Calderon - Motion to Enforce - Nguyen / Batista

Mary,

Our team is discussing your proposal and will provide an answer by tomorrow.   We will refrain from filing a motion to enforce until then, with the understanding that ICE will not remove either individual in the interim.   Please confirm that the government agrees.

Best,

Jonathan

### Jonathan A. Cox | WilmerHale

+1 617 526 6609

jonathan.cox@wilmerhale.com

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Tuesday, July 15, 2025 5:48:03 PM
**To:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille (ALafaille@aclum.org) <ALafaille@aclum.org>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Tim Caron <tim.caron@celedonlaw.com>; Alina Voronov <avoronov@joyceassociates.com>
**Subject:** RE: Calderon - Motion to Enforce - Nguyen / Batista

**EXTERNAL SENDER**

Hi Jonathan,

Neither class member is currently scheduled for removal. DOJ would like some time, 7 business days, to discuss these cases one more time with ICE without a pending motion to enforce. While we do that, ICE will agree not to remove either individual and will give at least 5 business days notice prior to removal. Are plaintiffs agreeable to that?

---

**From:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Sent:** Tuesday, July 15, 2025 11:35 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Adriana Lafaille (ALafaille@aclum.org) <ALafaille@aclum.org>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Tim Caron <tim.caron@celedonlaw.com>; Alina Voronov <avoronov@joyceassociates.com>
**Subject:** [EXTERNAL] Calderon - Motion to Enforce - Nguyen / Batista

Mary and government team,

I write to follow up on a voicemail I left for Mary yesterday, concerning class counsel's intention of filing a motion to enforce the settlement agreement with respect to both Mr. Nguyen and Mr. Batista. In view of the government's representation by email on July 7, 2025 that "ICE intends to remove Mr. Batista no sooner than July 15," and having apparently exhausted our efforts at meeting and conferring regarding both class members, we intend to file our motion later today. Given the urgency of our motion, we intend to ask for expedited briefing and to request that Mr. Batista not be removed while the motion to enforce is pending. Alternatively, if the government will agree to hold off on removing Mr. Batista until the motion before the Court is resolved, we will represent that to the Court and will not include any express request to the Court to take action to preserve its jurisdiction.

Relatedly, we intend to file a motion to seal certain of the materials supporting the motion to enforce, based on the confidential personal information suffusing the record materials available to ICE as part of its determinations for Mr. Nguyen and Mr. Batista. By 3:00 p.m. ET today, please let us know whether the government will oppose our motion to seal.

Best,

Jonathan

**Jonathan A. Cox | WilmerHale**
60 State Street

Boston, MA 02109 USA
+1 617 526 6609 (t)
+1 617 526 5000 (f)
jonathan.cox@wilmerhale.com

 **One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.