# EXHIBIT C

Redacted Public Version

Motion to Seal Pending
(Filed July 22, 2025)

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) |
| **To:** | Cox, Jonathan |
| **Cc:** | WH ACLU MA Calderon Class Action; Kathleen Gillespie; Adriana Lafaille; Piemonte, Eve (USAMA); Weiland, William H. (CIV); Sauter, Mark (USAMA); Tim Caron |
| **Subject:** | RE: [EXTERNAL] RE: Notice Detained Calderon Class Member: Guilherme Batista Armondes |
| **Date:** | Monday, July 7, 2025 11:52:56 AM |

**EXTERNAL SENDER**

Hi Jonathan,

ICE has confirmed that, prior to providing the explanation on June 30th, the DFOD level officer who made the decision to remove Mr. Batista and provided the explanation considered both Mr. Batista's I-246 application and the Renewed Request for Release packet. ICE intends to remove Mr. Batista no sooner than July 15.

Best,
Mary

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Thursday, July 03, 2025 3:18 PM
**To:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <gilleska@hotmail.com>; Adriana Lafaille <ALafaille@aclum.org>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>; Tim Caron <tim.caron@celedonlaw.com>
**Subject:** Re: [EXTERNAL] RE: Notice Detained Calderon Class Member: Guilherme Batista Armondes

Hi Jonathan,

Thank you for your patience. We are still confirming with ERO that they reviewed all of the relevant documents including the request for release packet you sent us. Once that has been completed, ICE, via counsel, will notify class counsel at least five days prior to removal.

Thanks,
Mary

---

**From:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Sent:** Monday, June 30, 2025 4:37 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <gilleska@hotmail.com>; Adriana Lafaille <ALafaille@aclum.org>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>; Tim Caron <tim.caron@celedonlaw.com>
**Subject:** RE: [EXTERNAL] RE: Notice Detained Calderon Class Member: Guilherme Batista

Armondes

Mary,

Thank you for the update. Your email does not indicate that the DFOD determination encompassed all of the materials that Mr. Batista filed in support of his Renewed Request for Release (May 16, 2025), including the letters of support. Can you clarify what was included in the record under consideration as part of the new DFOD review? And can you confirm that ICE will not effectuate Mr. Batista's removal while the parties continue to engage in the conflict-resolution process under Section VI(C) of the Settlement Agreement—and that, if a Motion to Enforce is filed by Thursday, July 3, ICE will not remove Mr. Batista until the motion has been ruled upon?

Best,

Jonathan

**Jonathan A. Cox | WilmerHale**
+1 617 526 6609
jonathan.cox@wilmerhale.com

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Monday, June 30, 2025 10:11 AM
**To:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <gilleska@hotmail.com>; Adriana Lafaille <ALafaille@aclum.org>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>; Tim Caron <tim.caron@celedonlaw.com>
**Subject:** Re: [EXTERNAL] RE: Notice Detained Calderon Class Member: Guilherme Batista Armondes

**EXTERNAL SENDER**

Counsel,

Below is a summary of the DFOD level officer's new decision regarding the removal of Mr. Batista.

The Deputy Field Office Director (DFOD) has fully considered Mr. Guilherme BATISTA Armondes, ▮▮▮▮▮▮▮▮, immigration and criminal histories and has also considered the I-130 visa petition filed by his USC spouse, and his eligibility to file a Form I-601A and an I-212 waiver. The DFOD has further considered the reasons for the Provisional Unlawful Presence Waiver before deciding to effectuate BATISTA's removal order. Specifically, the DFOD has considered BATISTA's criminal history for the following:

- On December 5, 2019, the Milford Police Department, MA, arrested BATISTA for the offenses of possession to distribute Class A drug, to wit: morphine; possession to distribute Class A drug, to wit: oxycodone; unlicensed operation of a motor vehicle; failure to stop for police; negligent operation of a motor vehicle; and speeding. The arrest report indicates that BATISTA was driving 54 mph in a 30 mph zone. Additionally, Milford police officers seized approximately 50-60 unidentified pills during this arrest, which based on the officer's training and experience, were consistent with packaging used in the distribution of narcotics. The pills were inventoried by the Milford police officers and determined to be 4 Morphine Sulfate 15MG (AGB15), 1 Oxycodone 10MG (OP10), and 54 Oxycodone 5MG (K18) pills. The arrest report also indicated that during questioning, BATISTA stated he was en route to his mother's house on ███████████. ███████████ is known to the Milford Police Department for narcotics use and sales. Upon questioning by police, BATISTA could not provide a plausible explanation as to why the pills were in his car. On March 15, 2021, in the Milford District Court, MA, BATISTA was convicted of these charges and sentenced to 1-year and 6-months supervised probation. On May 8, 2025, BATISTA's motion to vacate his plea was granted. The motion was based on a procedural defect and was unrelated to the underlying facts of his arrest. The charges are now pending.

- On October 5, 2020, the Marlborough District Court, MA, arraigned BATISTA for the offense of assault and battery on a family/household member. The charges were dismissed.

- On August 4, 2022, the Milford Police Department, MA, arrested BATISTA for the offenses of operating a motor vehicle with license suspended and failure to drive in right lane. The arrest report indicates that BATISTA was driving at a high rate of speed and sparks were observed coming from the bottom of his vehicle. On November 3, 2022, the Milford District Court, MA, amended these charges against BATISTA to a civil penalty and imposed a $100 fine.

The DFOD has also considered that on April 16, 2025, BATISTA was ordered removed to Brazil via the issuance of an Order of Expedited Removal. Therefore, BATISTA is subject to an administratively final order of removal. The DFOD has further considered the factors contained in BATISTA's I-246 stay of removal request.

Based upon, but not limited to such considerations, the DFOD determined that BATISTA poses a threat to public safety and has decided to effectuate BATISTA's order of removal from the United States.

Best,
Mary

On Jun 27, 2025, at 1:20 PM, Larakers, Mary L. (CIV)
<Mary.L.Larakers@usdoj.gov> wrote:

Hi Jonathan,

Yes, it will. I sent the attachment you sent me to ICE.

Thanks,
Mary

> On Jun 27, 2025, at 12:46 PM, Cox, Jonathan
> <Jonathan.Cox@wilmerhale.com> wrote:
>
> Mary,
>
> Although we do not agree with all of your characterizations (including
> with respect to the government's obligations), we appreciate the
> prompt response and the government's agreement to undertake a
> new review of Mr. Batista's case.  Please confirm that ICE's
> consideration of Mr. Batista's case will encompass the information
> submitted in Mr. Batista's Renewed Request for Release (attached),
> which includes letters of support and his allowed motion to vacate
> the December 5, 2019 conviction.
>
> Best,
>
> Jonathan
>
> Jonathan A. Cox | WilmerHale
> +1 617 526 6609
> jonathan.cox@wilmerhale.com<mailto:jonathan.cox@wilmerhale.com>
>
> From: Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
> Sent: Friday, June 27, 2025 9:15 AM

To: Cox, Jonathan <Jonathan.Cox@wilmerhale.com>; WH ACLU MA
Calderon Class Action
<WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen
Gillespie <gilleska@hotmail.com>; Adriana Lafaille
<ALafaille@aclum.org>

Cc: Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland,
William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark
(USAMA) <Mark.Sauter@usdoj.gov>; Tim Caron
<tim.caron@celedonlaw.com>

Subject: RE: Notice Detained Calderon Class Member: Guilherme
Batista Armondes


EXTERNAL SENDER


Counsel,


A DFOD level officer made the decision to remove Mr. Batista in April.
That decision to remove him was made prior to any plans to transfer
from the District of Massachusetts pursuant to Section III(G). At the
time ICE decided to transfer Mr. Batista, ICE had complied with the
terms of the settlement to include determining in good faith that he is
a public safety risk. ICE does not agree that there has been any
violation of the settlement agreement here.




Your email states that ICE has made several decisions "regarding his
removal" from the United States that you believe were not made by a
DFOD level officer. But the settlement agreement does not require
ICE to conduct a new round of consideration under Section III(A) for
decisions "regarding removal." The settlement agreement provides
that a DFOD level officer must conduct the consideration in Section
III(A) before, as relevant here, "the removal of an individual" as
provided in Section I(E)(4). Because that consideration was
completed back in April, ICE was free to transfer him under Section

III(G).

To the extent that Mr. Batista had objections to the DFOD's determination, based on his conviction being vacated, that objection could have been raised with counsel for Defendants and counsel could have brought that to the attention of a DFOD level officer at ICE much earlier.

Instead, counsel filed a Form I-246 and the settlement agreement does not require the Form I-246 to be considered by a DFOD level officer. Nor is the denial of a Form I-246 defined as an "Enforcement Action" requiring consideration under Section III(A) by a DFOD level officer. Additionally, while the I-246 packet includes a copy of a Form I-130, I did not see anywhere mentioned that he is a class member. In fact, the packet makes it appear as though Mr. Batista is not a class member because he does not have a final order of removal stating "he will attend all future hearings."

Finally, counsel for Mr. Batista has filed a TRO which is improper under the Settlement Agreement's meet and confer provisions particularly because objections regarding Mr. Batista's removal could have been made earlier to Defendants' counsel.

All of this being said, as a courtesy, and without conceding that Mr. Batista is entitled to a new round of consideration under Section III(A) of the settlement agreement, ICE is willing to conduct a new consideration of Mr. Batista's case based on the information in his

Form I-246 packet and will do so imminently. I will email this chain with a new explanation of that decision when I receive it.


Best,


Mary


Mary L. Larakers

Senior Litigation Counsel

United States Department of Justice

Office of Immigration Litigation

P.O. Box 868

Ben Franklin Station

Washington, DC 20044

T: (202) 353 4419

F: (202) 305-7000

mary.l.larakers@usdoj.gov<mailto:mary.l.larakers@usdoj.gov>


[Description: cid:image001.jpg@01CA8936.0709C300]


This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.

From: Cox, Jonathan
<Jonathan.Cox@wilmerhale.com<mailto:Jonathan.Cox@wilmerhale.com>>

Sent: Wednesday, June 25, 2025 8:00 PM

To: Larakers, Mary L. (CIV)
<Mary.L.Larakers@usdoj.gov<mailto:Mary.L.Larakers@usdoj.gov>>;
WH ACLU MA Calderon Class Action
<WHACLUMACalderonClassAction@wilmerhale.com<mailto:WHACLUMACalderonClassAction@wilmerhale.com>>; Kathleen Gillespie
<gilleska@hotmail.com<mailto:gilleska@hotmail.com>>; Adriana
Lafaille <ALafaille@aclum.org<mailto:ALafaille@aclum.org>>

Cc: Piemonte, Eve (USAMA)
<Eve.Piemonte@usdoj.gov<mailto:Eve.Piemonte@usdoj.gov>>;
Weiland, William H. (CIV)
<William.H.Weiland@usdoj.gov<mailto:William.H.Weiland@usdoj.gov>>; Sauter, Mark (USAMA)
<Mark.Sauter@usdoj.gov<mailto:Mark.Sauter@usdoj.gov>>; Tim
Caron
<tim.caron@celedonlaw.com<mailto:tim.caron@celedonlaw.com>>

Subject: [EXTERNAL] RE: Notice Detained Calderon Class Member:
Guilherme Batista Armondes


Mary,

Following up on my message, I am copying Tim Caron, who
represents Mr. Batista in the habeas proceedings referenced below.

Best,

Jonathan

Jonathan A. Cox | WilmerHale

+1 617 526 6609

jonathan.cox@wilmerhale.com<mailto:jonathan.cox@wilmerhale.com>

From: Cox, Jonathan
<Jonathan.Cox@wilmerhale.com<mailto:Jonathan.Cox@wilmerhale.com>>

Sent: Wednesday, June 25, 2025 7:34 PM

To: Larakers, Mary L. (CIV)
<Mary.L.Larakers@usdoj.gov<mailto:Mary.L.Larakers@usdoj.gov>>;
WH ACLU MA Calderon Class Action
<WHACLUMACalderonClassAction@wilmerhale.com<mailto:WHACLUMACalderonClassAction@wilmerhale.com>>; Kathleen Gillespie
<gilleska@hotmail.com<mailto:gilleska@hotmail.com>>; Adriana
Lafaille <ALafaille@aclum.org<mailto:ALafaille@aclum.org>>

Cc: Piemonte, Eve (USAMA)
<Eve.Piemonte@usdoj.gov<mailto:Eve.Piemonte@usdoj.gov>>;
Weiland, William H. (CIV)
<William.H.Weiland@usdoj.gov<mailto:William.H.Weiland@usdoj.gov>>; Sauter, Mark (USAMA)
<Mark.Sauter@usdoj.gov<mailto:Mark.Sauter@usdoj.gov>>

Subject: RE: Notice Detained Calderon Class Member: Guilherme
Batista Armondes

Mary,

We write to invoke the Calderon Settlement Agreement's Conflict
Resolution procedures (Section VI.C) on behalf of Guilherme Batista
Armondes, ███████.  We are in receipt of your April 23, 2025
email regarding the intended removal of Mr. Batista and the Deputy
Field Office Director (DFOD)'s determination that Mr. Batista poses a
threat to public safety.  We understand that there have been material
changes to the facts since that determination, including the vacatur of
Mr. Batista's December 5, 2019 conviction on May 8, 2025.

We understand that the government arrested Mr. Batista on March
18, 2025 "[b]ecause of his criminal record and lack of admission to

the United States," following which Mr. Batista brought a habeas petition challenging his detention.  Batista Armondes v. Moniz, 1:25-cv-10763-DJC, Dkt. 12 (Gov. Opp. to Habeas Petition) at 6 (D. Mass). That petition is currently pending before Judge Casper.  I have copied on this email Tim Caron, who represents Mr. Batista in those proceedings.

I have also attached the materials that Mr. Batista filed in support of his Renewed Request for Release (May 16, 2025), which include letters of support and his allowed motion to vacate the December 5, 2019 conviction (p. 12 of the PDF).  Mr. Batista separately filed a Form I-246 on May 22, 2025, which we understand to have been denied by Assistant Field Office Director Keith Chan on June 20, 2025.  We understand that, on June 24, 2025, the government notified Mr. Batista of its decision to transfer him for the purpose of removal.

Sections III.A, III.C, and III.G of the Settlement Agreement require a DFOD-level Officer to consider and determine, "in good faith and based on the facts," that a noncitizen class member poses a threat to public safety or national security upon each enforcement action, including prior to transfer and removal.  Since its initial determination was communicated to class counsel on April 23, ICE has made further decisions regarding Mr. Batista's removal, including the decision to move to transfer Mr. Batista outside of the District of Massachusetts and ultimately remove Mr. Batista.  However, we are not aware that any such determinations have been made by a DFOD-level Officer, based on the standards set forth in the Settlement Agreement and based on the complete factual record, which has changed materially since your April 23, 2025 email.  For that reason, it appears that the Government has violated its obligation under the Settlement Agreement.

Please provide your availability to meet and confer and confirm that the Government will not remove Mr. Batista pending the conclusion of the Conflict Resolution Procedures.

Best,

Jonathan

Jonathan A. Cox | WilmerHale

+1 617 526 6609

jonathan.cox@wilmerhale.com<mailto:jonathan.cox@wilmerhale.com>

From: Larakers, Mary L. (CIV)
<Mary.L.Larakers@usdoj.gov<mailto:Mary.L.Larakers@usdoj.gov>>

Sent: Wednesday, April 23, 2025 3:58 PM

To: WH ACLU MA Calderon Class Action
<WHACLUMACalderonClassAction@wilmerhale.com<mailto:WHACLUMACalderonClassAction@wilmerhale.com>>; Kathleen Gillespie
<gilleska@hotmail.com<mailto:gilleska@hotmail.com>>; Adriana
Lafaille <ALafaille@aclum.org<mailto:ALafaille@aclum.org>>

Cc: Piemonte, Eve (USAMA)
<Eve.Piemonte@usdoj.gov<mailto:Eve.Piemonte@usdoj.gov>>;
Weiland, William H. (CIV)
<William.H.Weiland@usdoj.gov<mailto:William.H.Weiland@usdoj.gov>>; Sauter, Mark (USAMA)
<Mark.Sauter@usdoj.gov<mailto:Mark.Sauter@usdoj.gov>>

Subject: RE: Notice Detained Calderon Class Member: Guilherme
Batista Armondes

EXTERNAL SENDER

Counsel,

See below information related to the intended removal of Mr.
Armondes.

The Deputy Field Office Director (DFOD) has fully considered Mr.
Guilherme BATISTA Armondes, ███████, immigration and

criminal histories and has also considered the I-130 visa petition filed by his USC spouse, and his eligibility to file a Form I-601A and an I-212 waiver. The DFOD has further considered the reasons for the Provisional Unlawful Presence Waiver before deciding to effectuate BATISTA's removal order. Specifically, the DFOD has considered BATISTA's arrests/convictions for the following:

*  On December 5, 2019, the Milford Police Department, MA, arrested BATISTA for the offenses of possession to distribute Class A drug, to wit: morphine; possession to distribute Class A drug, to wit: oxycodone; unlicensed operation of a motor vehicle; failure to stop for police; negligent operation of a motor vehicle; and speeding. The arrest report indicates that Milford police officers seized approximately 50-60 unidentified pills during this arrest, which based on the officer's training and experience, were consistent with packaging used in the distribution of narcotics. The pills were inventoried by the Milford police officers and determined to be 4 Morphine Sulfate 15MG (AGB15), 1 Oxycodone 10MG (OP10), and 54 Oxycodone 5MG (K18) pills. The arrest report also indicated that during questioning, BATISTA stated he was en route to his mother's house on ███████████. ███████████ is known to the Milford Police Department for narcotics use and sales. Upon questioning by police, BATISTA could not provide a plausible explanation as to why the pills were in his car. On March 15, 2021, in the Milford District Court, MA, BATISTA was convicted of these charges and sentenced to 1-year and 6-months supervised probation.

*  On October 5, 2020, the Marlborough District Court, MA, arraigned BATISTA for the offense of assault and battery on a family/household member. The charges were dismissed.

*  On August 4, 2022, the Milford Police Department, MA, arrested BATISTA for the offenses of operating a motor vehicle with license suspended and failure to drive in right lane. On November 3, 2022, the Milford District Court, MA, amended these charges against BATISTA to a civil penalty and imposed a $100 fine.

The DFOD has also considered that on April 16, 2025, BATISTA was ordered removed to Brazil via the issuance of an Order of Expedited Removal. Therefore, BATISTA is subject to an administratively final order of removal.

Based upon, but not limited to such considerations, the DFOD determined that BATISTA poses a threat to public safety and has decided to effectuate BATISTA's order of removal from the United States.

From: Larakers, Mary L. (CIV)

Sent: Tuesday, April 22, 2025 11:01 AM

To: WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com<mailto:WHACLUMACalderonClassAction@wilmerhale.com>>; Kathleen Gillespie <gilleska@hotmail.com<mailto:gilleska@hotmail.com>>; Adriana Lafaille <ALafaille@aclum.org<mailto:ALafaille@aclum.org>>

Cc: Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov<mailto:Eve.Piemonte@usdoj.gov>>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov<mailto:William.H.Weiland@usdoj.gov>>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov<mailto:Mark.Sauter@usdoj.gov>>

Subject: Notice Detained Calderon Class Member: Guilherme Batista Armondes

Counsel,

See below information related to the detention of a Calderon class member.

Batista Armondes, Guilherme

14

███████

Brazil

No G-28 on file

Thanks,

Mary

Mary L. Larakers

Senior Litigation Counsel

United States Department of Justice

Office of Immigration Litigation

P.O. Box 868

Ben Franklin Station

Washington, DC 20044

T: (202) 353 4419

F: (202) 305-7000

mary.l.larakers@usdoj.gov<mailto:mary.l.larakers@usdoj.gov>

[Description: cid:image001.jpg@01CA8936.0709C300]

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.