# EXHIBIT D

Redacted Public Version

Motion to Seal Pending
(Filed July 22, 2025)



**Eloa J. Celedon**, *esq.*
*Principal Attorney*

**Vinicius S. Damasceno**, *esq.*          **Timothy G. Caron**, *esq.*          **Daniel E. Phair**, *esq.*
*Associate Attorney*          *Associate Attorney*          *Senior Associate Attorney*

May 16, 2025

ICE/ERO Boston Field Office
1000 District Ave
Burlington, MA 01803

## Attn: Supervisor                    **URGENT**

**PRIORITY MAIL**
**E-mail: icebostonreporting@ice.dhs.go**
**Boston.Outreach@ice.dhs.gov**

**Re:**          ***Renewed* Request for Release Upon Posting of Bond as Humanitarian Factors
                 Exist**
**Respondent:  Guilherme Batista Armondes,**          **DETAINED**

Our office currently represents Mr. Guilherme Batista Armondes ("Guilherme"), who is

presently detained at the Plymouth County Correctional Facility in Plymouth, Massachusetts. He

has been detained since March 18, 2025. Guilherme, through his attorney, hereby requests that he

be released upon the posting of a $1,500 bond. The following documents are included in support

of his release:

      A. G-28, Notice of Entry of Appearance as Attorney

      B. Criminal History Documentation

          i. Copy of Amended Criminal Docket for #1966CR002201

          ii. Copy of Allowed Motion to Vacate Admission to Sufficient Facts and
              to Restore Case to the Trial List

      C. Copy of Guilherme's Parole Document

      D. Copy of Receipt Notice for I-130 filed by Guilherme's Spouse, Vanessa
         Firmino

      E. Letter from Guilherme's Sponsor, Marlon Fialho

          i. Copy of Sponsor's Passport Biographic Page

          ii. Copy of Sponsor's 2024 Income Tax Return

      F. Marriage Certificate for Guilherme and his Spouse

      G. Birth Certificates for Guilherme's Children

**Eloa J. Celedon**, *esq.*
*Principal Attorney*

| | | |
|---|---|---|
| **Vinicius S. Damasceno**, *esq.* | **Timothy G. Caron**, *esq.* | **Daniel E. Phair**, *esq.* |
| *Associate Attorney* | *Associate Attorney* | *Senior Associate Attorney* |

## Celedon Law

~~H.~~ Letters of Support

    i.  Vanessa Firmino, Guilherme's Spouse

    ii.  Elizete Batista da Silva, Guilherme's Mother

    iii.  Mark Ennis, Guilherme's Stepfather

    iv.  Tiago Flores

    v.  Lucas Magnus Franca Cruz

    vi.  Lucas Kayky Rodrigues David

    vii.  Heloyza Goncalves Martins

    viii.  Carlos Alves Da Cruz

    I.  Photographs of Guilherme with Family

## I.   FACTUAL BACKGROUND

Guilherme was born in ▮▮▮▮▮▮, Brazil on ▮▮▮▮ 2001. He was paroled into the United States on or about February 1, 2016, and he has been living in the U.S. since then. Before detention, Guilherme was residing at ▮▮▮▮▮▮▮▮▮▮, MA ▮▮▮▮ with his wife and children.

## II.   DISCUSSION

ICE has the discretion to release detainees who can demonstrate that their release "will not pose a danger to the community or to the safety of other persons or to property or a significant risk of flight pending such alien's [*sic*] removal from the United States." INA § 241(a)(6).

### A.   Guilherme does not pose a threat to the community

Guilherme is not a danger to the community, and he has no criminal convictions or any history of violence either in the United States or Brazil. Furthermore, there is no indication that he would be a threat to anyone in the future. **As is detailed in the provided Criminal History Documentation, the Milford District Court has vacated Guilherme's admission to sufficient facts and restored his case to its trial list**.

There is no basis on which to conclude that Guilherme would be a threat to national security or a danger to the community. He has a wife and children who need him. If released, he wishes only to continue caring for his family while he attends his immigration hearings.

277 Main Street  •  Suite 304 & 305  •  Marlborough, MA 01752  •  508.573.3170
info@celedonlaw.com  •  celedonlaw.com



**Eloa J. Celedon**, *esq.*
*Principal Attorney*

| | | |
|---|---|---|
| **Vinicius S. Damasceno**, *esq.* | **Timothy G. Caron**, *esq.* | **Daniel E. Phair**, *esq.* |
| *Associate Attorney* | *Associate Attorney* | *Senior Associate Attorney* |

B.    **Guilherme is not a flight risk**

Guilherme has no incentive to flee, and instead every incentive to comply with the terms of release. He has family here in the U.S., and he will comply with his removal proceedings. There is no indication that Guilherme would evade ICE. As Guilherme is demonstrably not a flight risk, ICE should order him release as soon as possible. **Guilherme's Sponsor has ensured that he will attend all future hearings.**

Furthermore, there are other ways to monitor Guilherme, such as orders of supervision and the ISAP ADT Program, which would be less prejudicial to Guilherme and his family than incarceration. Furthermore, Guilherme has a sponsor, Marlon Menderson Fialho, who will ensure Guilherme attends his hearings.

C.    **Humanitarian factors weigh in favor of releasing Guilherme**

Urgent humanitarian reasons compel Guilherme to be released from custody. Guilherme has a family that desperately needs him. He has USC children and a wife who need him. Guilherme family needs him to support them financially and emotionally. Guilherme is a person of good moral character, not a threat to society, and not a flight risk.

**III.    CONCLUSION**

Based on all the above, we ***urge*** you to give this request serious consideration and respectfully request that ICE release Guilherme from custody.

Should you have any questions, please contact our office on (508) 615-9194.

Very Respectfully,

Timothy Caron, Esq.
Encl.
/mr



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

### Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)
   ▶

#### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name)  Caron
2.b. Given Name (First Name)  Timothy
2.c. Middle Name  Gerald

#### Address of Attorney or Accredited Representative

3.a. Street Number and Name  277 Main Street
3.b. ☐ Apt. ☒ Ste. ☐ Flr.  305
3.c. City or Town  Marlborough
3.d. State  MA ▼  3.e. ZIP Code  01752
3.f. Province  N/A
3.g. Postal Code  N/A
3.h. Country  United State

#### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number
   508-373-3170
5. Mobile Telephone Number (if any)
   ▋▋▋▋
6. Email Address (if any)
   tim, Caron@Celedonlaw, com
7. Fax Number (if any)
   978-293-1712

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority
Massachusetts

1.b. Bar Number (if applicable)
764356

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)
Celedon Law

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization
N/A

2.c. Date of Accreditation (mm/dd/yyyy)
N/A

3. ☐ I am associated with
   N/A ,
   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate
N/A

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☐ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

N/A

**2.a.** ☒ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

Request for Release

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

N/A

**4.** Receipt Number (if any)

▶ N/A

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☒ Applicant   ☐ Petitioner   ☐ Requestor

☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   Batista Armendes

**6.b.** Given Name (First Name)   Guilherme

**6.c.** Middle Name   N/A

**7.a.** Name of Entity (if applicable)

N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable)

N/A

**8.** Client's USCIS Online Account Number (if any)

▶ N/A

**9.** Client's Alien Registration Number (A-Number) (if any)

▶

## Client's Contact Information

**10.** Daytime Telephone Number

N/A

**11.** Mobile Telephone Number (if any)

N/A

**12.** Email Address (if any)

N/A

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   26 Long Pond Road

**13.b.** ☐ Apt. ☐ Ste. ☐ Flr.   N/A

**13.c.** City or Town   Plymouth

**13.d.** State   MA   **13.e.** ZIP Code   02360

**13.f.** Province   N/A

**13.g.** Postal Code   N/A

**13.h.** Country

United States

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.**  ☒  I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.**  ☒  I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

> **NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.**  ☐  I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.**  Signature of Client or Authorized Signatory for an Entity



**2.b.**  Date of Signature (mm/dd/yyyy)    03/28/2025

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.**  Signature of Attorney or Accredited Representative

**1.b.**  Date of Signature (mm/dd/yyyy)    05/16/2025

**2.a.**  Signature of Law Student or Law Graduate

**2.b.**  Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)

**1.b.** Given Name (First Name)

**1.c.** Middle Name

**2.a.** Page Number  **2.b.** Part Number  **2.c.** Item Number

**2.d.**

**3.a.** Page Number  **3.b.** Part Number  **3.c.** Item Number

**3.d.**

**4.a.** Page Number  **4.b.** Part Number  **4.c.** Item Number

**4.d.**

**5.a.** Page Number  **5.b.** Part Number  **5.c.** Item Number

**5.d.**

**6.a.** Page Number  **6.b.** Part Number  **6.c.** Item Number

**6.d.**

| CRIMINAL DOCKET | DOCKET NUMBER 1966CR002201 | NO. OF COUNTS 5 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

| DEFENDANT NAME AND ADDRESS | DOB | GENDER | COURT NAME & ADDRESS |
|---|---|---|---|
| Guilherme Armondes<br>, MA | 2001<br>DATE COMPLAINT ISSUED<br>12/06/2019 | Male | Milford District Court<br>161 West Street<br>Milford, MA 01757 |

Guilherme Batista Aemondes

| | PRECOMPLAINT ARREST DATE 12/05/2019 | ARR/held | INTERPRETER REQUIRED |
|---|---|---|---|

**FIRST FIVE OFFENSE COUNTS**

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 94C/32/C | DRUG, POSSESS TO DISTRIB CLASS A c94C §32(a) | 12/05/2019 |
| 2 | 94C/32/C | DRUG, POSSESS TO DISTRIB CLASS A c94C §32(a) | 12/05/2019 |
| 3 | 90/10/A | UNLICENSED OPERATION OF MV c90 §10 | 12/05/2019 |
| 4 | 90/25/D | STOP FOR POLICE, FAIL c90 §25 | 12/05/2019 |
| 5 | 90/17/A | SPEEDING RATE OF SPEED EXCEEDING POSTED LIMIT c90 §17 | 12/05/2019 |

| DEFENSE ATTORNEY Doyle | OFFENSE CITY/TOWN Milford | POLICE DEPARTMENT Milford PD |
|---|---|---|

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| CALAGIONE, J<br><br>12-6-19 | ☑ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy | CALAGIONE, J<br>12-6-19 | Counsel Fee (211D § 2½) $ — ☐ WAIVED |
| | | | Counsel Contribution (211D § 2) $ ☐ WAIVED |
| | Terms of release set: ☐ PR ☐ Bail<br>☐ See Docket for special condition<br>☐ Held (276 §58A) | | Default Warrant Fee (276 § 30½1) $ ☐ WAIVED |
| | | Eust S.<br>3-15-41 | Default Warrant Arrest Fee (276 § 30 ½2) $ ☐ WAIVED |
| | Arraigned and advised:<br>☑ Potential of bail revocation (276 §58B)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10)<br>☐ Inquiry made by Court under 276 § 58A | | Probation Supervision Fee (276 § 87A) $ 150 ☐ WAIVED |
| | | | Bail Order Forfeited |
| | Abuse Allegation:<br>☐ C276 § 58A form filed by Commonwealth<br>☐ Allegation of abuse under C276 § 58A found<br>☐ No allegation of abuse under C276 § 58A found | Eust S<br>3-15-41 | Advised of right to jury trial:<br>☑ Waiver of jury found after colloquy INTERPRETER PRESENT<br>☐ Does not waive |
| | | | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) |
| | | | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) |

**SCHEDULING HISTORY**

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 12/06/2019 | Arraignment | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 2 | 1-8-20 | PT | ☑ Held ☐ Not Held but Event Resolved ☐ Cont'd | WAIVE | 30 days |
| 3 | 3-27-20 | P/E | ☐ Held ☐ Not Held but Event Resolved ☑ Cont'd | | |
| 4 | 6-5-20 | C/F | ☐ Held ☐ Not Held but Event Resolved ☑ Cont'd | COVID-H | |
| 5 | 7-3-20 | C/F | ☐ Held ☐ Not Held but Event Resolved ☑ Cont'd | | |
| 6 | 9-14-20 | C/E | ☐ Held ☐ Not Held but Event Resolved ☑ Cont'd | | |
| 7 | 11-5-20 | P/E | ☐ Held ☐ Not Held but Event Resolved ☑ Cont'd | | |
| 8 | 12-10-20 | C/E | ☐ Held ☐ Not Held but Event Resolved ☑ Cont'd | CBF w/ mot | |
| 9 | 1-14-20 | C/E | ☐ Held ☐ Not Held but Event Resolved ☑ Cont'd | | |
| 10 | 3-15-21 | C/E | ☐ Held ☐ Not Held but Event Resolved ☑ Cont'd | In person | |
| | 3-17-22 | prob/arr | SPH | | |

PH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
Probation scheduled to terminate
DF1 ...was defaulted   WAR = Warrant issued   WARD = Default warrant issued   bation revocation hearing

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK DEPUTY | TOTAL NO. OF PAGES 3 | ON (DATE) 5-15-25 |
|---|---|---|---|

Date/Time Printed: 12-06-2019 08:58:50     1966CR002201     Revised: 07/16

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Guilherme Armondes | DOCKET NUMBER 1966CR002201 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 1·30·20 | PTC Report Filed |
| 11·2·20 | Defendant's motion to continue filed and allowed per ACM |
| 12·4·20 | CBF by Atty to Cont CASE to 1·14·20 Allowed.     LoCoto |
| 3·15·21 | order of Probation Conditions filed |
| 3·25·21 | Defendants motion to revise and revoke sentence filed. |
| 3·11·24 | Motion to place Revise + Revok on calendar filed and allowed ACM Bonvino     Motion → 4·4·2024 |
| 4·4·24 | motion to Revise allowed new END DATE on counts 1-2-3-4 (6 mos. 9-17-21 PROB     EUSTIS, J |
| 4·11·25 | Motion to vacate admission to sufficient Facts and to Place Case back on the Docket filed by defendant |
| 4·16·25 | Per Judge Eustis, schedule for hearing |
| 4·15·25 | Motion for New Trial — 4·24·25     Motion for Habe filed |
| 4·24·25 | C → 5·8·25 in person or zoom NOT |
| 5·8·25 | motion Revised motion to vacate Admission motion Allowed to Restore / CASE Arested to Trial list. C → 5·15·25 PT     Habe to Karon Plymouth     EUSTIS, J |
| 5·15·25 | C → 7·17·25 PT Habe in person (Plymouth     EUSTIS, J |

APPROVED ABBREVIATIONS
ARR = Arraignment    PTH = Pretrial hearing    DCE = Discovery compliance & jury selection    BTR = Bench trial    JTR = Jury trial    PCH = Probable cause hearing    MOT = Motion hearing    SRE = Status review
SRP = Status review of payments    FAT = First appearance in jury session    SEN = Sentencing    CWF = Continuance-without-finding scheduled to terminate    PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted    WAR = Warrant issued    WARD = Default warrant issued    WR = Warrant or default warrant recalled    PVH = probation revocation hearing.

Date/Time Printed:  12-06-2019 08:58:50





Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME | DOCKET NUMBER |
|---|---|---|
| | Guilherme Armondes | 1966CR002201 |

**COUNT / OFFENSE**

**1   DRUG, POSSESS TO DISTRIB CLASS A c94C §32(a)**

DISPOSITION DATE AND JUDGE: 3-15-21 *Costs*

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☑ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER *DRUG ANLY* *150* |
| ☐ Jury Trial | | | *90* | | |

SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:
☑ Defendant placed on probation until: *14L  3-17-22*
   ☐ w/Need or OUI   ☑ Administrative Supervision   INTERPRETER PRESENT

☐ Dismissed upon:
☐ Request of Commonwealth  ☐ Request of Victim
☐ Request of Defendant  ☐ Failure to prosecute

☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by: *CASE END DATE Revised to 6 mos 9-17-21*

☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☑ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | EUSTIS, J | 3-17-22 |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

**2   DRUG, POSSESS TO DISTRIB CLASS A c94C §32(a)**

DISPOSITION DATE AND JUDGE: 3-15-21 *Costs*

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☑ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

SENTENCE OR OTHER DISPOSITION

☑ Sufficient facts found but continued without a finding until:
☑ Defendant placed on probation until: *14L  3-17-22*
   i   ☐ w/Need or OUI   ☐ Administrative Supervision   INTERPRETER PRESENT

☐ Dismissed upon:
☐ Request of Commonwealth  ☐ Request of Victim
☐ Request of Defendant  ☐ Failure to prosecute

☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by: *CASE END DATE Revised to 6 mos 9-17-21*
*Concurrent w#1*

☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☑ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | EUSTIS, J | 3-17-22 |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

**3   UNLICENSED OPERATION OF MV c90 §10**

DISPOSITION DATE AND JUDGE: 3-15-21 *Costs*

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until: *14L   3-17-22*
   ☐ w/Need or OUI   ☐ Administrative Supervision   INTERPRETER PRESENT

☐ Dismissed upon:
☐ Request of Commonwealth  ☐ Request of Victim
☐ Request of Defendant  ☐ Failure to prosecute

☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by: *CASE END DATE Revised to 6 mos 9-17-21*
*Concurrent w#1*

Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☑ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | EUSTIS, J | 3-17-22 |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

Date/Time Printed:  12-06-2019 08:56:50

 1966CR002201


TRUE COPY ATTEST
DEPUTY/ASST CLERK MAGISTRATE
Revised: 07/18

## CRIMINAL DOCKET - OFFENSES

| DEFENDANT NAME | DOCKET NUMBER |
|---|---|
| **Guilherme Armondes** | **1966CR002201** |

**COUNT / OFFENSE**

**4   STOP FOR POLICE, FAIL c90 §25**

**DISPOSITION DATE AND JUDGE**  3-15-21   Eustis

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 ☐ Bench Trial ☐ Jury Trial | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Dismissed upon:
  ☐ Request of Commonwealth  ☐ Request of Victim
  ☐ Request of Defendant  ☐ Failure to prosecute
  ☐ Other:
  ☐ Filed with Defendant's consent
  ☐ Nolle Prosequi
  ☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:  14th  3-17-21  INTERPRETER PRESENT
  ☐ Risk/Need or OUI    ☑ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:  6mo  9-17-21
case end date Revised to  concurrent w/H

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty    ☐ Not Guilty | ☑ Dismissed on recommendation of Probation Dept. | EUSTIS, J | 3-17-21 |
| ☐ Responsible   ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause   ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

**5   SPEEDING RATE OF SPEED EXCEEDING POSTED LIMIT c90 §17**

**DISPOSITION DATE AND JUDGE**  3-15-21   Eustis

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 ☐ Bench Trial ☐ Jury Trial | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Dismissed upon:
  ☐ Request of Commonwealth  ☐ Request of Victim
  ☐ Request of Defendant  ☐ Failure to prosecute
  ☐ Other:
  ☑ Filed with Defendant's consent
  ☐ Nolle Prosequi
  ☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
  ☐ Risk/Need or OUI    ☐ Administrative Supervision    INTERPRETER PRESENT
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty    ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☑ Responsible   ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause   ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

**DISPOSITION DATE AND JUDGE**

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 ☐ Bench Trial ☐ Jury Trial | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Dismissed upon:
  ☐ Request of Commonwealth  ☐ Request of Victim
  ☐ Request of Defendant  ☐ Failure to prosecute
  Other:
  ☐ Filed with Defendant's consent
  ☐ Nolle Prosequi
  ☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
  ☐ Risk/Need or OUI    ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty    ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible   ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause   ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

Date/Time Printed:  12-06-2019 08:56:50


1966CR002201


TRUE COPY ATTEST
DEPUTY ASST CLERK MAGISTRATE

Revised: 07/16

**COMMONWEALTH OF MASSACHUSETTS**

FILED IN COURT
Date: 5-9-25

**WORCESTER, SS**

**MILFORD DISTRICT COURT**
**TRIAL COURT DEPARTMENT**
**DOCKET NO.: 1966CR002201**

**COMMONWEALTH**

**OF MASSACHUSETTS**
Plaintiff

V.

**GUILHERME BATISTA ARMONDES**

Defendant

**MOTION TO VACATE**
**ADMISSION TO SUFFICIENT**
**FACTS AND TO RESTORE**
**CASE TO THE TRIAL LIST**

*(Pursuant to Mass. R. Crim. P. 30(b), Sixth Amendment to the U.S. Constitution, and Article XII of the Massachusetts Declaration of Rights)*

Now comes the Defendant, **Guilherme Batista Armondes**, by and through his undersigned counsel, and respectfully moves this Honorable Court to vacate the admission to sufficient facts entered on March 15, 2021, and to restore the matter to the trial list.

As grounds for this motion, the Defendant states:

1. Although a certified Portuguese interpreter was present via Zoom at the time of the plea hearing, and the immigration consequences were read from the back of the green sheet both by the interpreter and the judge, these warnings came **after** the critical pre-plea conference between defense counsel and the Defendant.

2. During this pre-plea conference, Mr. Armondes did **not** have access to a certified interpreter and instead relied on the Defendant's wife, **Vanessa Firmino**, who is not a certified interpreter and was emotionally invested in the case.

3. Mr. Armondes was therefore not provided clear, independent, and accurate legal guidance in his native language before making the decision to admit to sufficient facts.

4. Mr. Armondes states in his affidavit that although his wife was supportive, her emotional involvement and lack of training as an interpreter interfered with his ability to fully comprehend the legal terms and to feel comfortable asking questions.

*[Handwritten annotations in right margin, rotated:]* Allowed. The Court adopts defense Counsel's representation that the immigration potential Consequences were not adequately threshed to the Defendant during a Heleny-clict meetings prior to the Court held the plea took Case via Zoom. Moreover the fact that the tender of plea occurred while the Court Convenes that a language version of the Court Convenes that Courts took this in-person Contributes to the Court Convenes that a language version of.

*[Handwritten at bottom:]* 5-9-25 Supplemental Clarification: The court does not find that trial counsel erred in any way in his original representation of client. Rather, the fault finds the circumstances surrounding the plea hearing which took place (via interpreter via Zoom), and the Judges were the responsibility of the Court to conduct, which in some faith. The same idea also included the plea held this find

*[Stamp at left:]* TRUE COPY ATTEST / DEPUTY ASST CLERK MAGISTRATE

*[Handwritten, bottom left:]* Page 1 of 2

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

OMB No. 1651-011

**Welcome to the United States**
**I-94 Arrival/Departure Record**
**Instructions**

This form must be completed by all persons except U.S. Citizens, returning resident aliens aliens with immigrant visas, and Canadian Citizens visiting or in transit.

Type or print legibly with pen in ALL CAPITAL LETTERS. Use English. Do not write on the back of this form.

This form is in two parts. Please complete both the Arrival Record (Items 1 through 17) and the Departure Record (Items 18 through 21).

When all items are completed, present this form to the CBP Officer.

Item 9 – If you are entering the United States by land, enter LAND in this space. If you are entering the United States by ship, enter SEA in this space.

5 U.S.C. § 552a(e)(3) Privacy Act Notice: Information collected on this form is required by Title 8 of the U.S. Code including the INA (8 U.S.C. 1103, 1187), and 8 CFR 235.1, 264, and 1235.1. The purposes for this collection are to give the terms of admission and document the arrival and departure of nonimmigrant aliens to the U.S. The information solicited on this form may be made available to other government agencies for law enforcement purposes or to assist DHS in determining your admissibility. All nonimmigrant aliens seeking admission to the U.S., unless otherwise exempted, must provide this information. Failure to provide this information may deny you entry to the United States and result in your removal.

CBP Form I-94 (05/08
OMB No. 1651-0111

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

U.S. DEPARTMENT OF HOMELAND SECURITY
PAROLED
Until MAY 1, 2016
Purpose: Humanitarian Parole
212(d)(5)(A)INA
2/1/16

**Departure Record**

Admission Number

18. Family Name Batista Armondes

19. First (Given) Name Guilherme

20. Birth 2001

21. Country of Citizenship BRAZIL

**NOT A ENTRY DOCUMEN**

CBP Form I-94 (05/0

STAPLE HE

See Other Side

| Receipt Number | | Case Type I130 - PETITION FOR ALIEN RELATIVE | |
|---|---|---|---|
| Received Date 03/25/2025 | Priority Date 03/25/2025 | Petitioner FIRMINO, VANESSA CARVALHO | |
| Notice Date 03/25/2025 | Page 1 of 1 | Beneficiary BATISTA ARMONDES, GUILHERME | |

FIRMINO, VANESSA CARVALHO
c/o CARON, TIMOTHY GERALD
Celedon Law
277 MAIN STREET 304
MARLBOROUGH MA 01752

**Notice Type:** Receipt Notice
Amount received: $625.00 U.S.
Section: Husband or wife of U.S Citizen, 201(b)
INA

This notice confirms that USCIS received your application or petition ("this case") as shown above.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.

**Processing time** - Processing times vary by form type.
- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process I-130 forms until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes I-130 forms in time not to delay relatives' ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your mother's father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter

# MARLON MENDERSON FIALHO

██████████████████████ MA ████

Dear Officer,

My name is Marlon Fialho , and I reside at ████████████ ████████ MA ████ I am an United States Citizen. I am sponsoring Guilherme Batista Armondes while he resides in the United States. Guilherme is my friend and stepfather to my child, and he is known his hard work and his honesty. I am a member of a good standing, and I believe that Guilherme will be a good addition to our community. I look forward to helping him.

Attached to this letter is a copy of my United Citizen Passport and copy of my Tax Return. I will be providing room and board for Mr.Armondes and will ensure that Guilherme will appear at his hearings with the Immigration Court and his ICE check-ins.

Thank you for your consideration. Please contact me at ████████████ with any questions and concerns.

Sincerely,

Marlon Fialho



# Form 1040 — U.S. Individual Income Tax Return 2024

**Department of the Treasury-Internal Revenue Service**

OMB No. 1545-0074    IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____

See separate instructions.

Your first name and middle initial: **Marlon M**
Last name: **Fialho**
Your social security number: [redacted]

If joint return, spouse's first name and middle initial: _____
Last name: _____
Spouse's social security number: _____

Home address (number and street). If you have a P.O. box, see instructions. [redacted]   Apt. no. _____

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

City, town, or post office. If you have a foreign address, also complete spaces below. [redacted]   State: **MA**   ZIP code: [redacted]

Foreign country name: _____   Foreign province/state/county: _____   Foreign postal code: _____

## Filing Status
Check only one box.

- ☑ Single
- ☐ Married filing jointly (even if only one had income)
- ☐ Married filing separately (MFS)
- ☐ Head of household (HOH)
- ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

## Digital Assets
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  ☐ Yes  ☑ No

## Standard Deduction
Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

## Age/Blindness
You:  ☐ Were born before January 2, 1960  ☐ Are blind
Spouse:  ☐ Was born before January 2, 1960  ☐ Is blind

## Dependents (see instructions):
If more than four dependents, see instructions and check here .. ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| [redacted] | [redacted] | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

## Income
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a |
| b | Household employee wages not reported on Form(s) W-2 | 1b |
| c | Tip income not reported on line 1a (see instructions) | 1c |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f |
| g | Wages from Form 8919, line 6 | 1g |
| h | Other earned income (see instructions) | 1h |
| i | Nontaxable combat pay election (see instructions) … 1i | |
| z | Add lines 1a through 1h | 1z |

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | b | Taxable interest | 2b |
| 3a | Qualified dividends | 3a | b | Ordinary dividends | 3b |
| 4a | IRA distributions | 4a | b | Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | b | Taxable amount | 5b |
| 6a | Social security benefits | 6a | b | Taxable amount | 6b |
| c | If you elect to use the lump-sum election method, check here (see instructions) … ☐ | | | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here … ☐ | | | | 7 |

Standard Deduction for—
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

| | | |
|---|---|---|
| 8 | Additional income from Schedule 1, line 10 | 8 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income | 9 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 |
| 11 | Subtract line 10 from line 9. This is your adjusted gross income | 11 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 |
| 14 | Add lines 12 and 13 | 14 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your taxable income | 15 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2024)

EEA

Form 1040 (2024)    **Marlon M Fialho** ■ ▬▬▬▬    Page **2**

| Tax and Credits | 16 | Tax (see instructions). Check if any from Form(s):1 ☐ 8814  2 ☐ 4972  3 ☐ _____ · · · | 16 | |
| | 17 | Amount from Schedule 2, line 3 · · · · · · · · · · · · · · · · · · · · · | 17 | |
| | 18 | Add lines 16 and 17 · · · · · · · · · · · · · · · · · · · · · · · · · · | 18 | |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 · · · · · · · · · · | 19 | |
| | 20 | Amount from Schedule 3, line 8 · · · · · · · · · · · · · · · · · · · · · · | 20 | |
| | 21 | Add lines 19 and 20 · · · · · · · · · · · · · · · · · · · · · · · · · · · | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- · · · · · · · · · · · · · · | 22 | |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 · · · · · · · · · | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** · · · · · · · · · · · · · · · · · · · | 24 | |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 · · · · · · · · · · · · · · · · · · · · | 25a | |
| | b | Form(s) 1099 · · · · · · · · · · · · · · · · · · · · | 25b | |
| | c | Other forms (see instructions) · · · · · · · · · · · · | 25c | |
| | d | Add lines 25a through 25c · · · · · · · · · · · · · · · · · · · · · · · · · | 25d | |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return · · · · · · · · · | 26 | |
| | 27 | Earned income credit (EIC) · · · · · · · · · · · · | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 · · · · · · · · · | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 · · · · · · · · · | 29 | |
| | 30 | Reserved for future use · · · · · · · · · · · · · · | 30 | |
| | 31 | Amount from Schedule 3, line 15 · · · · · · · · · · · · | 31 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your total other payments and refundable credits · · · · · | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** · · · · · · · · · · · · · · · | 33 | |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** · · · · | 34 | |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here · · · · · · · · ☐ | 35a | |
| Direct deposit? See instructions. | b | Routing number _____    c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number _____ | | |
| | 36 | Amount of line 34 you want applied to your **2025 estimated tax** · · · · · | 36 | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions · · · · · · · · · · | 37 | |
| | 38 | Estimated tax penalty (see instructions) · · · · · · · · · · · · · · · · · | 38 | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions · · · · · · · · · · · · · · · · · · · · · · · · · ■ **Yes. Complete below.** ■ **No** |
| | Designee's name _____    Phone no. _____    Personal identification number (PIN) ☐☐☐☐☐ |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |

| Joint return? See instructions. Keep a copy for your records. | Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ☐☐☐☐☐☐ |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ☐☐☐☐☐☐ |
| | Phone no. ▬▬▬ | Email address ▬▬▬ | | |

| **Paid Preparer Use Only** | Preparer's signature | | Date | PTIN | Check if: ☐ Self-employed |
| | Preparer's name | | Phone no. ▬▬ | |
| | Firm's name ▬▬▬ | | | |
| | Firm's address ▬▬▬ | | Firm's EIN | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.    Form **1040** (2024)

EEA

19

**CERTIFICATE OF VITAL RECORD**

VERIFY PRESENCE OF WATERMARK     HOLD TO LIGHT TO VIEW

# The Commonwealth of Massachusetts



# *City of Marlborough*   CT 5106781
# *Certificate of Marriage*

*Record Number:* I-23-0026

*Date of Marriage:* MARCH 1, 2023

*Place of Marriage:* MARLBOROUGH, MA

## Party A

*Name:* GUILHERME BATISTA ARMONDES

*Surname after Marriage:* ARMONDES

*Residence:* ▮▮▮▮▮▮▮, MA

*Age:* ——    *Date of Birth:* ▮▮▮ 2001

*Occupation:* CARPENTRY

*Place of Birth:* ▮▮▮, BRAZIL

*Name of Father/Parent:* JOSE ARMONDES DA SILVA

*Name of Mother/Parent:* ELIZETE BATISTA DA SILVA (DA SILVA)

*Number of Marriage:* FIRST    *Widowed or Divorced:* ——

## Party B

*Name:* VANESSA CARVALHO FIRMINO

*Surname after Marriage:* ARMONDES

*Residence:* ▮▮▮▮▮▮▮, MA

*Age:* ——    *Date of Birth:* ▮▮▮ 1997

*Occupation:* MEDICAL ASSISTANT

*Place of Birth:* ▮▮▮, BRAZIL

*Name of Father/Parent:* JOSE FIRMINO NETO

*Name of Mother/Parent:* VALDIRENE CARVALHO OLIVEIRA (DIAS DE CARVALHO)

*Number of Marriage:* SECOND    *Widowed or Divorced:* DIVORCED

*Marriage solemnized by (Name, Official Station and Residence):* FERNANDO C. SOARES, JUSTICE OF THE PEACE

▮▮▮▮▮▮, MA

*Date of Record:* MARCH 6, 2023

*Witness my hand and the SEAL of the CITY of MARLBOROUGH:* March 21, 2025



I, the undersigned, hereby certify that I am the Clerk of the City of Marlborough; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records in said City, as certified by me.

City Clerk
City of Marlborough

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

20

CERTIFICATE OF VITAL RECORD

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

# The Commonwealth of Massachusetts
## City of Framingham
## Office of the City Clerk

117276



Commonwealth of Massachusetts
Registry of Vital Records and Statistics
CERTIFICATE OF LIVE BIRTH

State File #    2021 010454
Registered #    97

07012019

| | | | |
|---|---|---|---|
| **BIRTHPLACE** | METROWEST MED CTR - FRAMINGHAM UNION HOSPITAL | *Date of Birth* ███ , 2021 | *Sex* FEMALE |
| | 115 LINCOLN STREET | *Time of Birth* ███ | |
| | FRAMINGHAM, MASSACHUSETTS 01701-6327 | *Plurality* SINGLE | |
| | | *Birth Order* --- | |

| | | |
|---|---|---|
| **CHILD** | *First Name* | ███ |
| | *Middle* | |
| | *Surname* | ███ |

| | | |
|---|---|---|
| **PARENT** | *First Name* VANESSA | |
| | *Middle* CARVALHO | |
| | *Surname* FIRMINO | |
| | *Surname at Birth or Adoption* FIRMINO | |
| | *Birthplace* ███ , BRAZIL | *Date of Birth* ███ 1997 |

| | | |
|---|---|---|
| **PARENT** | *First Name* GUILHERME | |
| | *Middle* BATISTA | |
| | *Surname* ARMONDES | |
| | *Surname at Birth or Adoption* ARMONDES | |
| | *Birthplace* ███ , BRAZIL | *Date of Birth* ███ , 2001 |

| | |
|---|---|
| *Residence* | ███ , MASSACHUSETTS ███ |

| | | |
|---|---|---|
| *Certifier Name/Title* | *Type* AT-BIRTH | |
| MARY C. BETHONEY | | *Lisa A. Ferguson* |
| MD | *Lic.#* 155687 | |
| *Date of Record* ███ | | |
| *Amendment Date* | | CLERK, CITY OF FRAMINGHAM |

DATE ISSUED:    MARCH 11, 2021

*Lisa A. Ferguson*

I, Lisa A. Ferguson, hereby certify that I am the City Clerk of the City of Framingham; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records.

IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

## CERTIFICATE OF VITAL RECORD

**VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW**

# The Commonwealth of Massachusetts

CT 5106777



07012019

Commonwealth of Massachusetts
Registry of Vital Records and Statistics

### RECORD OF BIRTH

REGISTERED NUMBER: **407**
STATE FILE NUMBER: **001830**

CHILD

NAME: ▓▓▓ **MALE** ▓▓▓
SEX: **MALE**    PLURALITY: **SINGLE**
DATE OF BIRTH: ▓▓▓, 2025    TIME: ▓▓▓
PLACE OF BIRTH: **BOSTON, MASSACHUSETTS**

PARENT

NAME: **VANESSA CARVALHO FIRMINO**
SURNAME AT BIRTH OR ADOPTION: **FIRMINO**
BIRTHPLACE: ▓▓▓, **BRAZIL**
DATE OF BIRTH: ▓▓▓, 1997

PARENT

NAME: **GUILHERME BATISTA ARMONDES**
SURNAME AT BIRTH OR ADOPTION: **ARMONDES**
BIRTHPLACE: ▓▓▓, **BRAZIL**
DATE OF BIRTH: ▓▓▓, 2001

AT-BIRTH RESIDENCE: ▓▓▓, **MASSACHUSETTS**

DATE OF RECORD: ▓▓▓

DATE ISSUED:    **MARCH 21, 2025**

*I, the undersigned, hereby certify that I am the Clerk of the City of Marlborough, that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records, as held in the Commonwealth's central vital records information repository.*

*Clerk*
City of Marlborough



**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

22

## DECLARATION OF SPOUSE VANESSA CARVALHO ARMONDES

I, Vanessa Carvalho Armondes, swear under penalty of perjury that the following statement is true and accurate to the best of my knowledge and belief:

1. My name is Vanessa Carvalho Armondes, born on ███████ 1997. I am a United States Citizen.

2. I currently reside with our children at ████████████████████, MA ███

3. I am married to Guilherme Batista Armondes, and together we have two children: ████ ███████████ born on ██████████ 2021, and ███████████, born on ██████ 2025. Guilherme is also a step-father to my daughter, ██████████████.

4. In the past, ████████████████████, which were a very sad experience for us. But as they say, God knows what is best for us. That is why we are so blessed to have two children of our own, and with my daughter, our family is complete.

5. In July 2020, we discovered I was pregnant again. ████████████████████ ████████, and we were overjoyed. Our daughter █████ was born in ██████ 2021. We cherished every moment with her.

6. We traveled as a family—myself, Guilherme, ████████████— to Florida in 2021, 2022, and in 2023, we visited Las Vegas twice. We love traveling together. ████████ ████████████████████████████████ ████████████████████████████████ ████████████.

7. In June 2024, I found out I was pregnant once more and ████████████████ ████████████████████████████████ ████████████████████████████████.

8. Guilherme is a wonderful person overall. He has taught us a lot. He is kind, gentle, and has a big heart.

9. He is always hardworking, the provider of our household, and an amazing father. He treats ███ as his own daughter, even though he is her stepfather. They get along very well. He has never failed to support our family while I stay home taking care of the children.

10. I am absolutely certain that I married an incredible person. Words cannot fully describe our relationship. I am deeply happy and grateful to have him in my life as my husband and the father of ███████, as well as ██████ stepfather.

11. Our children is suffering from his abrupt absence because of the detention. It has affected me as well since our children are very young. I pray that you reconsider having him return home.

12. Please, I beg for my husband to be released and be able to come home to be with his family.

13. Thank you and please contact me with any questions at ████████.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *Declaro sob a pena de perjúrio nos termos das leis dos Estados Unidos da América que o que precede é verdadeiro e correto.* This declaration has been read to me in a language that I understand, and I understood it before signing. *Esta declaração foi lida em um idioma que eu entendo e entendi antes de assinar.*



_____
**Signature**

03|28|2025
**Date**





I am Elizete Batista da Silva, mother of Guilherme Batista Armondes, He is always a son who made me very proud, he was always available to help me with housework and today he is a very loving, responsible and hardworking family man. I feel honored that he is who he is, he has a kind heart, and is held in high regard wherever he arrives.  Guilherme is an excellent father and husband with wonderful children.  He is always with his family, we spend holidays and vacations together to make the best memories. I feel honored that he is who he is, with a kind heart. Guilherme and Vanessa are a cheerful and fun couple, always positive respecting each other with a lot of love. In life we all make mistakes, often for lack of wisdom, and we ask for forgiveness, and valuable lessons learned.

Respectfully and most sincerely,
Elizete Batista da Silva





To whom it may concern,

My name is Mark Ennis, I am the stepfather for
Guilherme Batista Armondes. I have known him for
3 years, 2 of which I have been his stepfather. In the
time I have come to know him and give him some
small parental advice on life, he has been the most
respectful person to receive it. We have spent much
of our time together visiting during the holidays,
family vacations, spending time with his children and
just being apart of his life. Whenever we are
together, he cooks (mans the grill) and takes care of
everyone around him. I have always looked forward
to our vacations and getting our households together
for quality time. I know from experience, and what
he has shown me, that he is very family oriented, a
hard worker and our relationship only gets better the
more time we spend with each other. I love sharing
my wisdom with him and partake in life experiences
with him and his family, this is reciprocal and not one
sided as there are several things I have learned from
him as well. I would thoroughly enjoy more time to
further our relationship and watch him continue to
excel in his ability to care for and grow with our
family. I will always be there to support him when he
needs and I, without asking for reciprocity know that
it will come back 10 fold. To close, I know he is a
great young man with a heck of a future here in the
US, and I know given the opportunity to remain here
he will do so, lawfully, and with regard to being an
upstanding person I know him to be.

Sincerely,
Mark Ennis
                    (personal)

Best Regards,

Mark Ennis I Network Engineer II -
Disconnects

Spectrum



03/23/2025

Re: Guilherme Armondes

To Whom it may concern:

My name is Tiago Flores, I've been Guilherme Armondes friend
and also uncle since 2018. I have lived with him for about 2
years and since the beginning when I met him he was always a
good person, a good friend, a hard worker and a funny person.
Almost every family meeting where he was present, he was the
one bringing laugh to all of us just by his way to be and jokes.
Since I met him I don't remember a time when he was not
working, trying to provide for his family, trying to give the best
for them. Also I saw him go through a lot with people trying go
over him, people trying to put him behind take advantage of him
in work, jobsites, but I never seen him trying to payback in the
same way or get a revenge, he was always moving on with a
good heart and still with that good heart. Guilherme has a
brilliant future in the US and he always fought hard for his
family and for the country. Giving the opportunity to stay here,
lawfully, he's gonna be able to participate on his newborn's life
that only has 2 months and his daughter of 4 years old.

Sincerely
Tiago Flores
 (Phone number)



03/21/2025

Dear Officer,

My name is Lucas Magnus França cruz, and I reside at ███████████ █ █████████
██████ MA ). I have been friends with Guilherme Batista Armondes since 2016. I met him when
he had just arrived in the USA. He was a young boy who knew no English and had no idea
about life. I witnessed his growth from a child to a responsible father. We spent a lot of time
together back then. We went to the beach, lakes, and small gatherings. He has always been
friendly and made everyone laugh wherever he went.

I saw him build his construction company and achieve success in life. I was present when he
became a father to two children and witnessed his transformation into a better person. He has
always been honest and hardworking. He has always wanted the best for his family and has
always done everything right. He deserves to be close to his family and see his children grow
up. His family relies on him, and his family is everything to him. He is a great man and deserves
another chance to prove that he will only do good for this community.

Sincerely,





To whom it may concern:

My name is Lucas Kaiky Rodrigues David and I reside in ███████ Massachusetts. I have known Guilherme for one year now and have been working for him for the past 9 months. Initially, he was my boss, but he has since become my friend. He has consistently treated me and all other employees with respect and fairness, providing guidance and mentorship. He has always prioritized our professional development and well-being. Guilherme is an honest and hardworking man who is always seeking for new opportunities to ensure the success of his team. He is the primary provider for his household, supporting his wife and three children. He is well-liked and respected by everyone he encounters. He is committed to contributing to his community and the nation as a whole. He deserves to stay in this country and be given a new chance.

Sincerely,

███████████████████████

My name is Helloyza Gonçalves Martins, I'm a friend of Guilherme Armondes and his family.

I've known Guilherme for 2 and a half years. He is a hardworking person, a family man, a great husband and a great father. He has 2 children and a stepdaughter that he takes care of and considers as a daughter. He is the father to a 4 year-old girl and a newborn, which all of them depend on him.

Guilherme is the main provider of the house. He also has a construction company that depends on him to lead. Guilherme is a socializable person, has many friends and where ever he goes he gets along with everybody.

Guilherme is a person who's been going to church , and hasn't been going to parties. He's had his mistakes in the past but he learned from it , and today he is a responsible man, and a better person overall .



Helloyza Martins    08/02/25



To Whom It May Concern,

My name is Carlos Junior Alves Da Cruz. I was born in Brazil, and I currently reside in ███
Massachusetts. My contact information is (███████

I have known Guilheme for a little more than 6 years. We met in high school and have been
friends ever since. My Fiance is very close friends with his wife which made us become a lot
closer after high school.

During my relationship with Guilherme, I was happy to see his growth. I was there on the most
important events of his life. Him getting married, having kids, working hard to provide for his
family, and seeing the love he has for his kids and wife. I have found Guilherme to be a very
kind and upstanding individual. He's very responsible at his job, hard worker, and an excellent
friend.

Please do not hesitate to get in touch if you require any further information.

Sincerely,

CARLOS JUNIOR ALVES DA CRUZ



Signature:_____    Date: 03/23/2024













**Winthrop**
August 28, 2022  7:17 PM



Orlando Kart Center
December 28, 2022 3:58 PM



November 12, 2023
1:58 PM

**Disney Springs**
February 29, 2024  10:58 PM



**Home**

August 29, 2024  6:14 PM









Case 1:18-cv-10225-MLW    Document 602-4    Filed 07/22/25    Page 56 of 61

 **elizasilvausa**    • • •





# Somerville - Ten Hills
June 4, 2020  4:05 PM

◎ LIVE ∨







Case 1:18-cv-10225-MLW    Document 692-4    Filed 07/22/25    Page 59 of 61



February 27, 2021

12:13 AM





