UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others similarly situated,

        Plaintiffs-Petitioners,

   v.

KRISTI NOEM, *et al.*,

        Defendants-Respondents.

No. 18-cv-10225-MLW

## PETITIONERS' UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 7.1 and the July 30, 2019 Stipulated Protective Order (ECF No. 316), and contemporaneous with the filing of Petitioners' Motion to Enforce the Settlement Agreement, Petitioners respectfully request leave to file Exhibits A, C, and D to the Declaration of Jonathan A. Cox under seal.

As grounds for this motion, Petitioners state as follows:

1.    On July 22, 2025, accompanying the instant Motion, Petitioners filed their Motion to Enforce the Settlement Agreement, their Memorandum in Support of the Motion to Enforce, the supporting July 22, 2025 Declaration of Jonathan A. Cox, and Exhibits A, B, C, and D to the Cox Declaration.

2.    **Exhibit A** to the Cox Declaration is a true and correct copy of an email chain between class counsel and counsel for the Government, dated April 25, 2025 through July 10, 2025, regarding the detention of another class member.

3.      **Exhibit C** to the Cox Declaration is a true and correct copy of an email chain between class counsel and counsel for the Government, dated April 22, 2025 through July 7, 2025, regarding the detention and intended removal of class member Guilherme Batista Armondes.

4.      **Exhibit D** to the Cox Declaration is a true and correct copy of Mr. Batista's renewed request for release from ICE custody and supporting documentation. Exhibit D was prepared and sent by Mr. Batista's individual counsel, Timothy Caron, to the ICE Field Office in Burlington, Massachusetts on May 16, 2025, and subsequently sent by class counsel to counsel for the Government on June 25, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

5.      Exhibits A, C, and D to the Cox Declaration contain Confidential Information as that term is defined under Section A.2 of the July 30, 2019 Stipulated Protective Order. ECF No. 316. This information includes at least: (1) the addresses, birth dates, contact information, alien registration numbers, and financial records for individuals, as well as other personally identifiable information; and (2) personally identifiable information related to third parties, including minors.

6.      Respondents do not oppose this Motion to Seal.

7.      WHEREFORE, pursuant to Local Rule 7.1 and the July 30, 2019 Stipulated Protective Order (ECF No. 316), Petitioners respectfully request that this Court enter an order granting Petitioners leave to file Exhibits A, C, and D to the Cox Declaration under seal.

Respectfully submitted this 22nd day of July, 2025.

*Counsel for the Petitioners*

/s/ Kevin S. Prussia
Kevin S. Prussia (BBO # 666813)
Jonathan A. Cox (BBO # 687810)
Christina Luo (BBO # 705590)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
christina.luo@wilmerhale.com

Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza
Suite 850
Boston, MA 02108
(617) 482-3170
alafaille@aclum.org

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283
kathleenmgillespieesq@gmail.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Petitioners conferred with counsel for Respondents regarding this Motion to Seal, which Respondents do not oppose.

<u>Dated:</u>  July 22, 2025                          <u>*/s/ Kevin S. Prussia*</u>
                                                                                Kevin S. Prussia (BBO # 666813)