UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>    Defendants-Respondents. | No. 18-cv-10225-MLW |

## ORDER

This matter is before the Court on the Petitioners' Motion to Enforce the Settlement Agreement ("Motion") on behalf of Guilherme Batista Armondes.

IT IS HEREBY ORDERED that:

1. In order to provide the parties an opportunity to attempt to resolve this dispute and complete briefing on disputed issues, class member Guilherme Batista Armondes shall not be moved outside the District of Massachusetts, temporarily or permanently, during the pendency of the Motion. *See* 28 U.S.C. § 1651(a) ("[A]ll courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."). Cf. April 13, 2018 Order (Dkt. No. 32). This requirement may be reconsidered by the court *sua sponte* or upon motion by either party.

2. A further order concerning a schedule for conferring and briefing shall issue.

Dated: July 23, 2025                         /s/ Mark L. Wolf
                                              UNITED STATES DISTRICT COURT