UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, <u>et al.</u>,<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs-Petitioners,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>    Defendants-Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 18-cv-10225-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

<u>ORDER</u>

WOLF, D.J.                                                July 23, 2025

    With regard to petitioner Guilherme Batista Armondes' Motion to Enforce Settlement Agreement (Dkt. No. 690) (the "Motion") it is hereby ORDERED that:

    1. The parties shall confer and, by July 31, 2025, report whether they have reached an agreement to resolve this dispute or request additional time to do so.

    2. If necessary, the parties shall propose, jointly if possible, a scheduled for any requested discovery, briefing, and a hearing on the Motion. The parties' submission(s) shall identify the Deputy Field Officer Director who made the decisions at issue, each person with whom he or she discussed the decisions before

each was made, and each other potential witness either party proposes testify at the hearing.

          /s/ Mark L. Wolf
          UNITED STATES DISTRICT JUDGE

2