UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs-Petitioners,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>      Defendants-Respondents. | No. 18-cv-10225-MLW |

## JOINT STATUS REPORT

On July 23, 2025, this Court ordered the parties to confer and report by July 31, 2025, on whether they had resolved their dispute concerning the pending Motion to Enforce Settlement Agreement (ECF No. 690) or, alternatively, request additional time to do so. ECF No. 696. The parties have conferred and report that they have not reached an agreement to resolve this dispute.

The parties jointly and respectfully request a one-day extension of time to continue their conferral and to prepare the necessary materials and proposals requested in the Court's July 23, 2025 order. Neither party anticipates the one-day extension will interfere with resolution of Petitioners' Motion to Enforce. To ensure that the parties can present the Court with a joint submission reflecting as much agreement as possible, the parties therefore respectfully request an extension until August 1, 2025 to file the joint status report.

Respectfully submitted this 31st day of July, 2025.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General | /s/ *Jonathan A. Cox*<br>Kevin S. Prussia (BBO # 666813)<br>Jonathan A. Cox (BBO # 687810) |
| ELIANIS N. PEREZ<br>Assistant Director | Christina Luo (BBO # 705590)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| /s/ *Mary L. Larakers*<br>Mary L. Larakers (Texas Bar # 24093943)<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov | 60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>kevin.prussia@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br>christina.luo@wilmerhale.com |
|  | Adriana Lafaille (BBO # 680210)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza<br>Suite 850<br>Boston, MA 02108<br>(617) 482-3170<br>alafaille@aclum.org |
|  | Kathleen M. Gillespie (BBO # 661315)<br>Attorney at Law<br>6 White Pine Lane<br>Lexington, MA 02421<br>(339) 970-9283<br>kathleenmgillespieesq@gmail.com |