UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON )
JIMENEZ and LUIS GORDILLO, )
et al., )
 )
Individually and on Behalf )
of All Others Similarly )
Situated, )
 )  No. 18-cv-10225-MLW
     Plaintiffs-Petitioners, )
 )
          v. )
Kristi Noem )
~~ALEJANDRO MAYORKAS~~, et al., )
 )
     Defendants-Respondents. )

ORDER

WOLF, D.J.                                                August 6, 2025

It is hereby ORDERED that except for petitioner Guilherme Batista Armondes and the designated representative of defendants-respondents, each witness in this case:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom when other witnesses are testifying; and

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege or some other

applicable privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                                                                         /s/ Mark L. Wolf
                                                           UNITED STATES DISTRICT JUDGE