UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ,
and LUIS GORDILLO, et al.,

Individually and on behalf of all others similarly situated,

Plaintiffs-Petitioners,

v.

KRISTI NOEM, et al.,

Defendants-Respondents.

C.A. No. 18-10225-MLW

**RESPONDENTS' UNOPPOSED MOTION TO SEAL**

Respondents hereby move the Court, pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.2 to seal the records and other information that Mr. Chan and Mr. Charpentier considered in April, June, and August 2025, and the corresponding sensitive portions of Mr. Charpentier's declaration and Respondents' opposition. See ECF No. 706. These records contain a variety of sensitive information qualifying as confidential information under the protective order previously entered in this case. See ECF No. 316. Additionally, Respondents request to seal the names of the lower-level ICE officials mentioned in the declarations of Mr. Chan and Mr. Charpentier as such information also falls within the definition of confidential information under the protective order previously entered in this case. See id.

Undersigned counsel for Respondents certifies pursuant to L.R. 7.1 that she contacted counsel for Petitioners who indicated, via email, that they consent to this motion. Additionally, counsel for Respondents agree to confer with counsel for Petitioners regarding the need to continue

*ALLOWED without prejudice to possible reconsideration. Unredacted submissions shall be filed, under seal, forthwith.*
*Wolf, D.J*
*August 18, 2025*

to seal the aforementioned information before any hearing on Petitioners' motion. Accordingly, Respondents respectfully request that this Court grant their motion to seal.

Dated: August 15, 2025

BRETT A. SHUMATE
Acting Assistant Attorney General

LAUREN E. FASCETT
Senior Litigation Counsel

Respectfully submitted,

/s/ *Mary L. Larakers*
MARY L. LARAKERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
Mary.l.larakers@usdoj.gov

## CERTIFICATE OF SERVICE

I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document is filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and further that paper copies will be sent to those indicated as non-registered participants.

Dated: August 15, 2025

/s/ *Mary L. Larakers*
Mary L. Larakers
Senior Litigation Counsel