# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants-Respondents. | No. 18-cv-10225-MLW<br><br>**DECLARATION OF JONATHAN A. COX IN SUPPORT OF PETITIONERS' REPLY MEMORANDUM** |

I, Jonathan A. Cox, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), co-counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Reply Memorandum in support of Petitioners' Motion to Enforce the Settlement Agreement.

2. Attached as **Exhibit A** is a true and correct copy of Guilherme Batista Armondes's Form I-213, Record of Deportable/Inadmissible Alien, as filed in Mr. Batista's habeas proceedings. *Guilherme Batista Armondes v. Anton Moniz*, 1:25-cv-10763-DJC, ECF No. 18-1 (D. Mass).

3. Attached as **Exhibit B** is a true and correct copy of the email communications of Assistant Field Office Director Keith Chan related to Mr. Batista's immigration proceedings that were produced to class counsel by counsel for the Government on August 15, 2025. Redactions

for privilege were made by counsel for the Government; class counsel have not been provided with unredacted copies of Mr. Chan's email communications.

4.      Attached as **Exhibit C** is a true and correct copy of Mr. Batista's Form I-860, Record of Determination/Credible Fear Worksheet as filed in Mr. Batista's habeas proceedings. *Guilherme Batista Armondes v. Anton Moniz*, 1:25-cv-10763-DJC, ECF No. 18-2. To facilitate review and citation of this document, continuous page numbers have been added to the document.

5.      Attached as **Exhibit D** is a true and correct copy of a news article published by Asher Klein of *NBC Boston* on February 23, 2025, entitled "'Bringing Hell': Trump's Border Czar Takes Aim at Sanctuary City Boston, Its Top Cop." The article is available online at https://www.nbcboston.com/news/local/trump-border-czar-homan-boston-hell-speech/3639294/. Class counsel last accessed the article on August 22, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

6.      Attached as **Exhibit E** is a true and correct copy of a post made by Thomas D. Homan (@RealTomHoman) on March 24, 2025, on social media platform X. The post is available at https://x.com/RealTomHoman/status/1904197639446712717. Class counsel last accessed the post on August 22, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

7.      Attached as **Exhibit F** is a true and correct copy of a press release issued by U.S. Immigration & Customs Enforcement on March 24, 2025, entitled "ICE, Law Enforcement Partners Arrest 370 Alien Offenders During Enhanced Operation in Massachusetts." The press release is available online at https://www.ice.gov/news/releases/ice-law-enforcement-partners-arrest-370-alien-offenders-during-enhanced-operation. Class counsel last accessed the press

release on August 22, 2025.  To facilitate review and citation of this document, continuous page numbers have been added to the document.

8. Attached as **Exhibit G** is a true and correct copy of the declaration submitted by Assistant Field Office Director Keith Chan in *Batista Armondes v. Moniz*, No. 1:25-cv-10763-DJC, ECF No. 12-1 (D. Mass Apr. 14, 2025).

9. Attached as **Exhibit H** is a true and correct copy of the I-200 warrant issued against Mr. Batista on March 18, 2025, as filed by counsel for the Government in *Batista Armondes v. Moniz*, No. 1:25-cv-10763-DJC, ECF No. 12-2 (D. Mass Apr. 14, 2025).

10. Attached as **Exhibit I** is a true and accurate copy of a news article published by Dan Glaun and Yoohyun Jung of the *Boston Globe* on June 10 2025, entitled "ICE Mandate to Arrest 3,000 Immigrants Per Day Fuels Raids in Massachusetts Communities."  The article is available online at https://www.bostonglobe.com/2025/06/10/metro/ice-arrests-interior-enforcement-quota-massachusetts/.  Class counsel last accessed the article on August 22, 2025.  To facilitate review and citation of this document, continuous page numbers have been added to the document.

11. Attached as **Exhibit J** is a true and correct copy of the tab "Facilities FY25" from an Excel spreadsheet entitled "Detention FY 2025 YTD, Alternatives to Detention FY 2025 YTD and Facilities FY 2025 YTD," published by U.S. Immigration & Customs Enforcement on August 14, 2025.  To facilitate review and citation of this document, continuous page numbers have been added to the document.  The spreadsheet is available online at https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Fwww.ice.gov%2Fdoclib%2Fdetention%2FFY25_detentionStats08142025.xlsx&wdOrigin=BROWSELINK.  Class counsel

last accessed the online spreadsheet on August 22, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

12. Attached as **Exhibit K** is a true and correct copy of the email communications of Deputy Field Office Director John Charpentier related to Mr. Batista's immigration proceedings that were produced to class counsel by counsel for the Government on August 15, 2025. Redactions for privilege were made by counsel for the Government; class counsel have not been provided with unredacted copies of Mr. Charpentier's email communications.

13. Attached as **Exhibit L** is a true and correct copy of a webpage entitled "Learn About Your Probation Sentence," published by the Commonwealth of Massachusetts. The webpage is available online at https://www.mass.gov/info-details/learn-about-your-probation-sentence. Class counsel last accessed the webpage on August 22, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

14. Attached as **Exhibit M** is a true and correct copy of a report published by Nick Miroff and Maria Sacchetti of the *Washington Post* on January 26, 2025, entitled "Trump Officials Issue Quotas to ICE Officials to Ramp Up Arrests." The article is available online at https://www.washingtonpost.com/immigration/2025/01/26/ice-arrests-raids-trump-quota/. Class counsel last accessed the article on August 22, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

15. Attached as **Exhibit N** is a true and correct copy of a news article published by Danielle Wallace of *Fox News* on January 27, 2025, entitled "Trump Officials Give ICE Goal on Number of Arrests Per Day: Report." The article is available online at https://www.foxnews.com/politics/trump-officials-give-ice-goal-number-arrests-per-day-report.

Class counsel last accessed the article on August 22, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

16. Attached as **Exhibit O** is a true and correct copy of a report published by Brittany Gibson and Stef W. Kight of *Axios* on May 28, 2025, entitled "Scoop: Stephen Miller, Noem Tell ICE to Supercharge Immigrant Arrests." The article is available online at https://www.axios.com/2025/05/28/immigration-ice-deportations-stephen-miller. Class counsel last accessed the article on August 22, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

17. Attached as **Exhibit P** is a true and correct copy of a webpage published by *Fox News* on May 28, 2025 entitled "Stephen Miller Says the Admin Wants to Create the Strongest Immigration System in US History." The webpage hosts a video interview between Sean Hannity and Stephen Miller that was conducted on May 28, 2025. The video interview is available at https://www.foxnews.com/video/6373591405112. Class counsel last accessed the webpage on August 22, 2025.

18. Attached as **Exhibit Q** is a true and correct copy of a transcript published by *Roll Call* on July 7, 2025, of a press conference given by Tom Homan that day. The transcript is available online at https://rollcall.com/factbase/trump/transcript/donald-trump-press-briefing-tom-homan-the-white-house-july-7-2025/. A video of the press conference is available at https://www.c-span.org/program/white-house-event/border-czar-tom-homan-speaks-to-reporters/662151. Class counsel last accessed the transcript and the video on August 22, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

19. Attached as **Exhibit R** is a true and correct copy of an article published by the American Immigration Lawyers Association on July 8, 2025, entitled "ICE Memo: Interim Guidance Regarding Detention Authority for Applications for Admission." The article purports to show a copy of a memorandum published by ICE on July 8, 2025, entitled "Interim Guidance Regarding Detention Authority for Applicants for Admission." The article is available online at https://www.aila.org/library/ice-memo-interim-guidance-regarding-detention-authority-for-applications-for-admission. Class counsel last accessed the article on August 22, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

20. Attached as **Exhibit S** is a true and correct copy of an article published by the American Immigration Lawyers Association on July 24, 2025, entitled "Policy Brief: ICE Plan to Detain Most Undocumented Noncitizens Would Deprive Millions of Liberty and Undermine Immigration Courts' Authority." The article is available online at https://www.aila.org/library/policy-brief-ice-plan-to-detain-most-undocumented-noncitizens-would-deprive-millions-of-liberty-and-undermine-immigration-courts-authority. Class counsel last accessed the article on August 22, 2025. To facilitate review and citation of this document, continuous page numbers have been added to the document.

21. Attached as **Exhibit T** is a true and correct copy of a news article published by Jose Olivares of the *Guardian* on June 4, 2025, entitled "US Immigration Officers Ordered to Arrest More People Even Without Warrants." The article is available online at https://www.theguardian.com/us-news/2025/jun/04/immigration-officials-increased-detentions-collateral-arrests. Class counsel last accessed the article on August 22, 2025. To facilitate

review and citation of this document, continuous page numbers have been added to the document.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 22nd day of August, 2025 in Boston, Massachusetts.

/s/ Jonathan A. Cox
Jonathan A. Cox (BBO # 687810)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
jonathan.cox@wilmerhale.com