# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others similarly situated,

    Plaintiffs-Petitioners,

  v.

KRISTI NOEM, *et al.*,

    Defendants-Respondents.

No. 18-cv-10225-MLW

## PETITIONERS' UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 7.1 and the July 30, 2019 Stipulated Protective Order (ECF No. 316), and contemporaneous with the filing of Petitioners' Motion to Enforce the Settlement Agreement, Petitioners respectfully request leave to file their Reply Memorandum and Exhibits A, B, C, and K to the Declaration of Jonathan A. Cox under seal.

As grounds for this motion, Petitioners state as follows:

1.    On August 22, 2025, contemporaneously with the instant Motion to Seal, Petitioners are filing their Reply Memorandum in support of their Motion to Enforce the Settlement Agreement, the supporting August 22, 2025 Declaration of Jonathan A. Cox, and Exhibits A-T to the Cox Declaration.

2.    **Exhibit A** to the Cox Declaration is a true and correct copy of Guilherme Batista Armondes's Form I-213, Record of Deportable/Inadmissible Alien, as filed in Mr. Batista's habeas proceedings. *Guilherme Batista Armondes v. Anton Moniz*, 1:25-cv-10763-DJC, ECF No. 18-1 (D. Mass).

3. **Exhibit B** to the Cox Declaration is a true and correct copy of email communications sent and received by Assistant Field Office Director Keith M. Chan regarding Mr. Batista, sent to class counsel by counsel for the Government on August 15, 2025.

4. **Exhibit C** to the Cox Declaration is a true and correct copy of Mr. Batista's Form I-860, Record of Determination/Credible Fear Worksheet as filed in Mr. Batista's habeas proceedings. *Batista Armondes v. Anton Moniz*, 1:25-cv-10763-DJC, ECF No. 18-2. To facilitate review and citation of this document, continuous page numbers have been added to the document.

5. **Exhibit K** to the Cox Declaration is a true and correct copy of email communications sent and received by acting Deputy Field Office Director John P. Charpentier regarding Mr. Batista, sent to class counsel by counsel for the Government on August 15, 2025.

6. Petitioners' Reply Memorandum and Exhibits A, B, C, and K to the Cox Declaration contain Confidential Information as that term is defined under Section A.2 of the July 30, 2019 Stipulated Protective Order. ECF No. 316. This information includes at least: (1) the addresses, birth dates, contact information, alien registration numbers, and medical information for individuals, as well as other personally identifiable information; (2) personally identifiable information related to third parties, including minors; and (3) the names of the lower-level ICE officials and other federal employees.

7. Respondents do not oppose this Motion to Seal.

8. WHEREFORE, pursuant to Local Rule 7.1 and the July 30, 2019 Stipulated Protective Order (ECF No. 316), Petitioners respectfully request that this Court enter an order granting Petitioners leave to file their Reply Memorandum and Exhibits A, B, C, and K to the Cox Declaration under seal.

Respectfully submitted this 22nd day of August, 2025.

*Counsel for the Petitioners*

/s/ Kevin S. Prussia
Kevin S. Prussia (BBO # 666813)
Jonathan A. Cox (BBO # 687810)
Christina Luo (BBO # 705590)
Caitlyn N. Galvin (BBO # 715167)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
christina.luo@wilmerhale.com
caitlyn.galvin@wilmerhale.com

Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza
Suite 850
Boston, MA 02108
(617) 482-3170
alafaille@aclum.org

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283
kathleenmgillespieesq@gmail.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Petitioners conferred with counsel for Respondents regarding this Motion to Seal, which Respondents do not oppose.

<u>Dated:</u>  August 22, 2025            /s/ *Kevin S. Prussia*
                                          Kevin S. Prussia (BBO # 666813)

4