UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants-Respondents. | C.A. No. 18-10225-MLW |

### RESPONDENTS' OBJECTION TO THE ADMISSION OF EVIDENCE AND MEMORANDUM IN SUPPORT THEREOF

Respondents object to the admission of the news articles Petitioners seek to admit because they are hearsay. *See* Fed. R. Evid. 801; ECF No. 714. Petitioners *do* seek to offer them for the truth of the matters asserted therein. *See id.* Petitioners' argument regarding these news articles is a two-step argument. At the first step, Petitioners will argue that the quotas and mandates as alleged in these news articles are true. At the second step, Petitioners will argue that ICE Boston considered those alleged quotas when it decided to remove Mr. Batista. The first step requires Petitioners to offer the statements in the articles as true. Put another way, Petitioners intend to offer the quotas mentioned in the news articles as **facts** that they allege ICE Boston considered. The first step of their argument—arguing that the quotas exist based on the news articles—therefore unquestionably qualifies as hearsay. *See* Fed. R. Evid. 801; *Horta v. Sullivan,* 4 F.3d 2, 8-9 (1st Cir. 1993).

Deputy Field Office Director Charpentier and Assistant Field Office Director Chan have both disclaimed that any such quota exists (ECF No. 710-1, 710-2), and Petitioners intend to submit the news articles to prove otherwise and then prove that ICE considered them. Therefore, Petitioners do intend to offer these articles for the truth of the matters asserted therein and the articles are hearsay. Accordingly, this Court should exclude them. Alternatively, the Court should defer ruling on the issue until during the hearing if Petitioners seek to admit them into evidence.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Acting Assistant Attorney General<br><br>MATTHEW P. SEAMON<br>Senior Litigation Counsel | /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>Mary.l.larakers@usdoj.gov |

**CERTIFICATE OF SERVICE**

I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 28, 2025

/s/ *Mary L. Larakers*
Mary L. Larakers
Senior Litigation Counsel