## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br>       Plaintiffs-Petitioners, <br><br>      v. <br><br> KRISTI NOEM, *et al.*, <br><br>       Defendants-Respondents. | No. 18-cv-10225-MLW |

### JOINT STIPULATION AND NOTICE OF WITHDRAWAL REGARDING PETITIONERS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Petitioners and Respondents hereby jointly submit this stipulation and request to the Court regarding Petitioners' pending Motion to Enforce the parties' settlement agreement as to class member Guilherme Batista Armondes (ECF No. 690, "Motion").

The parties have agreed on a resolution of the pending Motion.  Petitioners, through this filing, agree to withdraw the pending Motion.  Petitioners withdraw the Motion based on Respondents' agreement that Immigration and Customs Enforcement ("ICE") will release[1] Mr. Batista promptly, subject to an ordinary Order of Supervision, and that ICE will not re-arrest, detain, or attempt to remove Mr. Batista unless he is charged with a new criminal offense, filed after August 28, 2025, relating to alleged criminal conduct not previously known to ICE that reflects a threat to public safety or national security.  Respondents have further agreed that this restraint from re-arrest, detention, and removal will apply irrespective of Mr. Batista's class

---

[1] ICE has already released Mr. Batista.

membership, the status of his expedited removal order, or any other immigration proceeding. Petitioners reserve all rights to renew the Motion if Respondents fail to comply with the terms of their agreement with respect to Mr. Batista's release and protection from future re-arrest, detention, and removal.  This stipulation does not constitute any admission by Respondents of any wrongdoing or violation of the Settlement Agreement and shall not be construed as a concession by Respondents as to any of Petitioners' arguments in their Motion.

In light of this stipulation resolving all matters in dispute with respect to Mr. Batista, Petitioners and Respondents jointly and respectfully request that the Court: (1) deem the pending Motion withdrawn or otherwise deny it as moot; (2) vacate the hearing scheduled for September 3-5, 2025 regarding Petitioners' Motion; and (3) vacate the Parties' deadlines associated with the Motion.

Respectfully submitted this 28th day of August, 2025.

| *Counsel for the Respondents* | *Counsel for the Petitioners* |
|---|---|
| | */s/ Jonathan A. Cox* |
| BRETT A. SHUMATE | Kevin S. Prussia (BBO # 666813) |
| Acting Assistant Attorney General | Jonathan A. Cox (BBO # 687810) |
| | Christina Luo (BBO # 705590) |
| MATTHEW P. SEAMON | Peter H. Merritt (BBO # 711435) |
| Senior Litigation Counsel | Caitlyn N. Galvin (BBO # 715167) |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| */s/ Mary L. Larakers* | 60 State Street |
| Mary L. Larakers (Texas Bar # 24093943) | Boston, MA 02109 |
| Senior Litigation Counsel | Telephone: (617) 526-6000 |
| U.S. Department of Justice, Civil Division | Facsimile: (617) 526-5000 |
| Office of Immigration Litigation | kevin.prussia@wilmerhale.com |
| P.O. Box 868, Ben Franklin Station | jonathan.cox@wilmerhale.com |
| Washington, DC 20044 | christina.luo@wilmerhale.com |
| (202) 353-4419 | peter.merritt@wilmerhale.com |
| (202) 305-7000 (facsimile) | caitlyn.galvin@wilmerhale.com |
| mary.l.larakers@usdoj.gov | |
| | Adriana Lafaille (BBO # 680210) |
| | AMERICAN CIVIL LIBERTIES UNION |
| | FOUNDATION OF MASSACHUSETTS, INC. |
| | One Center Plaza |
| | Suite 850 |
| | Boston, MA 02108 |
| | (617) 482-3170 |
| | alafaille@aclum.org |
| | |
| | Kathleen M. Gillespie (BBO # 661315) |
| | Attorney at Law |
| | 6 White Pine Lane |
| | Lexington, MA 02421 |
| | (339) 970-9283 |
| | kathleenmgillespieesq@gmail.com |