UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants-Respondents. | C.A. No. 18-10225-MLW |

**RESPONDENTS' NOTICE OF FILING OF SUPPLEMENTAL DECLARATION BY DEPUTY FIELD OFFICE DIRECTOR CHARPENTIER**

Respondents hereby notify the Court of the Supplemental Declaration of Deputy Field Office Director (DFOD) Charpentier. This declaration is filed only to clarify the information provided in DFOD Charpentier's August 15, 2025, declaration regarding the dates on which DFOD Charpentier considered particular facts in Mr. Batista's case. Ex. A. ¶ 4. At the time DFOD. Charpentier filed his declaration on August 15, 2025, he believed he considered all the facts in Mr. Batista's case (except for the police report related to Mr. Batista's domestic violence charges) on June 27, 2025. *Id.* On August 26, 2025, while preparing for the hearing in this matter, DFOD Charpentier recalled that he considered some facts in Mr. Batista's case on June 27, 2025, and other facts on or around July 5, 2025. *Id.* DFOD Charpentier now files this supplemental declaration to clarify the dates on which he considered particular facts in Mr. Batista's case. *Id.* Defendants likewise file this notice to inform the Court that their opposition relied on Mr. Charpentier's declaration to state that Mr. Charpentier considered all the facts in Mr. Batista's case

(with the exception of the domestic violence police report) in June. *See generally* ECF No. 710. Undersigned counsel did not learn until August 26, 2025, that DFOD Charpentier considered some of those facts on June 27, 2025 and others at the beginning of July. Regardless, Mr. Charpentier had considered all the facts in Mr. Batista's case detailed in Mr. Charpentier's August 15, 2025 declaration (except for the police report connected to Mr. Batista's domestic violence charges obtained by ICE at the end of July) before the parties concluded their meet and confer process with regard to Mr. Batista. Further, Petitioners have now withdrawn their motion because the parties reached an agreement to resolve this motion without further litigation. ECF No. 725.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Acting Assistant Attorney General<br><br>MATTHEW P. SEAMON<br>Senior Litigation Counsel | /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>Mary.l.larakers@usdoj.gov |