# Exhibit A

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

LILIAN PAHOLA CALDERON JIMENEZ,
and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others similarly
situated,

Plaintiffs-Petitioners,

v.

KRISTI NOEM, *et al.*,

Defendants-Respondents.

C.A. No. 18-10225-MLW

**SUPPLEMENTAL DECLARATION OF ACTING DEPUTY FIELD OFFICE
DIRECTOR JOHN CHARPENTIER**

Pursuant to the authority of 28 U.S.C. § 1746, I, John Charpentier, acting Deputy

Field Office Director for U.S. Department of Homeland Security, United States

Immigration and Customs Enforcement, Enforcement and Removal Operations,

Burlington, Massachusetts declare as follows:

1. I am a currently serving as an acting Deputy Field Office Director ("(a)DFOD")

   for U.S. Department of Homeland Security, United States Immigration and

   Customs Enforcement, ("ICE") Enforcement and Removal Operations ("ERO").

   I have been in this position since February 24, 2025.

2. As part of my official duties, I am the primary DFOD assigned to making

   enforcement decisions regarding *Calderon* class members under the Settlement

   Agreement in this case.

1

3. On August 15, 2025, I signed a declaration to be filed with this Court in the above captioned case.

4. On August 26, 2025, in preparation for the hearing scheduled to occur in this case, I recalled that I considered some facts in Mr. Batista's case on June 27, 2025, and other facts on or around July 5, 2025. I then realized in reviewing my August 15, 2025, declaration that I need to clarify what dates I considered particular facts in Mr. Batista's case. I now write this supplemental declaration only to clarify the dates on which I reviewed particular facts in Mr. Batista's case and to ensure this Court has the most accurate information. When drafting my August 15, 2025 declaration, I did not recall that I considered some facts in Mr. Batista's case on June 27, 2025, and other facts on or around July 5, 2025.

5. On June 27, 2025, I received an email from AFOD Keith Chan regarding my review of Mr. Batista's case under the Settlement Agreement. That day, I reviewed the documents Mr. Chan attached which included the packet his counsel had most recently submitted to ERO on May 27, 2025, titled "Request for Stay of Removal." I also reviewed the criminal and immigration information referenced in my original declaration including that his conviction for possession with intent to distribute a Class A controlled substance was vacated. This review did not take me long to conduct because I was already aware of many of the documents included in the 24-page "Request for Stay of Removal" packet that Mr. Chan attached for my review and I was already aware that his conviction had been vacated.

6. On June 27, 2025, I did not review the packet Mr. Batista's counsel submitted on May 16, 2025, entitled "Renewed Request for Release Upon Posting of a Bond as

2

Humanitarian Factors Exist" as my August 15, 2025 declaration indicates. I did not review it because it was not presented to me on June 27, 2025.

7.  On July 5, 2025, I was presented with Mr. Batista's May 16, 2025 packet of information entitled "Renewed Request for Release Upon Posting of a Bond as Humanitarian Factors Exist." I considered the information in this packet on or around July 5, 2025.

8.  Collectively, by July 7, 2025, I had considered all the facts in Mr. Batista's case as detailed in my August 15, 2025 declaration other than the police reported related to Mr. Batista's domestic violence charges.

9.  As explained in my August 15, 2025, declaration, I considered all of the facts in Mr. Batista's case again in August of 2025, along with the police report related to Mr. Batista's domestic violence charges, and determined again that Mr. Batista is a current threat to public safety.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on the 27th of August 2025.

Digitally signed by J 7484
J 7484  Charpentier        Charpentier
(A)Deputy Field Office Director - DFOD    Date: 2025.08.27 16:28:33
                          -04'00'

John Charpentier
Acting Deputy Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts

3