AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Calderon Jimenez et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-10225-PBS |
| Cronen et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL RESPONDENTS  .

Date:   11/12/2025

/s/ Susan Ansari
*Attorney's signature*

Susan Ansari (Maryland Bar 2012170258)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
*Address*

Susan.ansari2@usdoj.gov
*E-mail address*

(202) 532-5537
*Telephone number*

(202) 305-1890
*FAX number*