UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tauland Deshati , <br><br> *Petitioner*, <br><br> v. <br><br> KRISTI NOEM, *in her capacity as Secretary for the United States Department of Homeland Security*; PATRICIA H. HYDE, *Acting Field Office Director of Boston, Immigration and Customs Enforcement, in his official capacity*, PAMELA BONDI, *in her official capacity as the Attorney General of the United States*, <br><br> *Defendants-Respondents*. | Case No. 18-cv-10225-PBS |

## MOTION FOR LEAVE FOR PAUL B. GROTAS TO APPEAR *PRO HAC VICE*

Pursuant to Civil Local Rule 83.5.3, I, Kevin S. Prussia, a member of this court, move that Paul B. Grotas, Esq. be granted leave to appear *pro hac vice* to represent Petitioner and *Calderon* class member Tauland Deshati in the above referenced matter.

Dated: November 20, 2025

Respectfully submitted,

/s/ Kevin S. Prussia
Kevin S. Prussia (BBO # 666813)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com

*Attorney for Petitioners*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Kevin S. Prussia, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Petitioners and counsel for respondents met and conferred in good faith on November 19, 2025, and counsel for Respondents assent to this motion.

*/s/ Kevin S. Prussia*
Kevin S. Prussia