UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tauland Deshati,<br><br>*Petitioner*,<br><br>-against-<br><br>KRISTI NOEM, in her capacity as Secretary for the United States Department of Homeland Security; PATRICIA H. HYDE, Field Office Director of Boston, Immigration and Customs Enforcement, in her official capacity, PAMELA BONDI, in her official capacity as the Attorney General of the United States,<br><br>*Respondents*. | Case No. 18-cv-10225-PBS |

**MEMORANDUM IN SUPPORT OF PETITIONER'S
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

  Petitioner Tauland Deshati, a Calderon Class Member, respectfully requests that this Honorable Court enforce the Calderon Settlement Agreement against Respondents because, as demonstrated in the attached memorandum of law and other supporting documents, ICE is ignoring the basic terms of Section III(A), Section III(C), and Section III(E) of the Settlement Agreement. ICE indicated to the Petitioner that they intend to remove him. Opposing Counsel failed to provide a substantive response to undersigned counsel's repeated email inquiries regarding whether they intend to remove the Petitioner. Exhibit D and E.

  Petitioner therefore requests the Court immediately stay the Petitioner's removal, during the pendency of the instant action, and order his release. Petitioner also requests the Court to order a stay of removal pending the adjudication of the Motion to Enforce. Pursuant to the Settlement

1

Agreement, ICE is required to make these determinations and communicate with counsel regarding what they are. The Petitioner presents a simple case for relief as ICE is clearly failing to comply with the Settlement Agreement.

| | | |
|---|---|---|
| Dated: | November 20, 2025 | Respectfully submitted, |
| | New York, NY | By: /s/ *Paul Grotas* |

Paul B. Grotas, Esq
THE GROTAS FIRM, P.C.
499 Seventh Avenue, Suite 23N
New York, NY 10018
917-436-4444

*Seeking Pro Hac Vice Admission*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing document, supporting memorandum, and proposed order with the Clerk of the Court using the CM/ECF system.

Respectfully submitted,

By: /s/ *Paul Grotas*
Paul B. Grotas, Esq
THE GROTAS FIRM, P.C.
499 Seventh Avenue, Suite 23N
New York, NY 10018
917-436-4444

*Seeking Pro Hac Vice Admission*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Petitioner conferred with counsel for Respondents and attempted in good faith to narrow or resolve the issues that are the subject of this motion to enforce the Settlement Agreement.  Specifically, the Parties have followed the Conflict Resolution Procedures outlined by Section VI(C) of the Settlement Agreement but have been unable to resolve their disputes.  Further, counsel for Petitioner has e-mailed counsel for Respondents several times in an attempt to resolve the dispute.  Respondents stated they oppose Petitioner's motion.

By: /s/ *Paul Grotas*
Paul B. Grotas, Esq
THE GROTAS FIRM, P.C.
499 Seventh Avenue, Suite 23N
New York, NY 10018
917-436-4444

*Seeking Pro Hac Vice Admission*