UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tauland Deshati,<br><br>*Petitioner*,<br><br>-against-<br><br>KRISTI NOEM, in her capacity as Secretary for the United States Department of Homeland Security; PATRICIA H. HYDE, Field Office Director of Boston, Immigration and Customs Enforcement, in her official capacity, PAMELA BONDI, in her official capacity as the Attorney General of the United States,<br><br>*Respondents*. | Case No. 18-cv-10225-PBS |

I, Paul B. Grotas, declare as follows:

1. I am an attorney with The Grotas Firm P.C. ("GrotasFirm"). I am an attorney awaiting pro hac vice admission to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Motion to Enforce the Settlement Agreement.

2. Attached as **Exhibit A** is a true and correct copy of the Joint Motion to Reopen, dated October 17, 2025.

3. Attached as **Exhibit B** is a true and correct copy of Tauland Deshati's declaration.

4. Attached as **Exhibit C** is a true and correct copy of an email chain between Petitioner's counsel and counsel for the Government, dated October 3, 2025 through November 18, 2025, regarding Opposing Counsel's Confirmation that class member Tauland Deshati was a class member.

5. Attached as **Exhibit D** is a true and correct copy of an email chain between Petitioner's counsel and counsel for the Government, dated October 16, 2025 through November 18, 2025, regarding whether ICE would release Deshati.

6. Attached as **Exhibit E** is a true and correct copy of an email chain between class counsel and counsel for the Government, dated October 3, 2025 through November 18, 2025, regarding whether ICE would release Deshati.

7. Attached as **Exhibit F** is a true and correct copy of Mr. Deshati's renewed request for release from ICE custody and supporting documentation. Exhibit F was prepared and sent by Mr. Deshati's individual counsel, Paul Grotas, to the ICE Field Office in Boston, Massachusetts on October 23, 2025, and subsequently sent by class counsel to counsel for the Government on October 23, 2025.

8. Attached as **Exhibit G** is a true and correct copy of an email chain between Petitioner's counsel and counsel for the Government on a Petition for Writ of Habeas Corpus filed in the District of New Jersey *Deshati v. Noem* et al, 1:25-cv-15940-ESK (D.N.J).

9. Attached as **Exhibit H** is a true and correct copy of the Petition for Writ of Habeas Corpus and Amended Petition for Writ of Habeas Corpus filed in the District of New Jersey *Deshati v. Noem* et al, 1:25-cv-15940-ESK (D.N.J) dated September 24, 2025 and November 3, 2025.

10. Attached as **Exhibit I** is a true and correct copy of the Government's Opposition to Deshati's Amended Petition for Writ of Habeas Corpus filed in the District of New Jersey *Deshati v. Noem* et al, 1:25-cv-15940-ESK (D.N.J).

11. Attached as **Exhibit J** is a true and correct copy of the District Court decision in

*Deshati v. Noem* et al, 1:25-cv-15940-ESK (D.N.J).

12. Attached as **Exhibit K** is a true and correct copy of the News Reporting Articles. Ricardo Kaulessar, *Before Recent Delaney Hall Uprising Detainees Frequently Complained About Conditions*, New Jersey Media Group, June 18, 2025.

https://www.northjersey.com/story/news/2025/06/18/delaney-hall-history-conditions-newark-nj-ice-facility/84149059007/?gnt-cfr=1&gca-cat=p&gca-uir=true&gca-epti=z114001p000750n11----c11----d00----v114001b0040xxd004065&gca-ft=207&gca-ds=sophi And Steve Janoksi, *Newark Detention Center Under Fire Again For Abuse and Neglect Claims*, The Jersey Vindicator, October 29, 2025,

https://jerseyvindicator.org/2025/10/29/newark-detention-center-under-fire-again-for-abuse-and-neglect-claims/

13. I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 20th day of November, 2025 in New York, New York.

By: /s/ Paul Grotas
Paul B. Grotas, Esq
The Grotas Firm, P.C.
499 Seventh Avenue, Suite 23N
New York, NY 10018
917-436-4444

*Awaiting pro hac vice admission*