# EXHIBIT A

*Office of the Principal Legal Advisor*

**U.S. Department of
Homeland Security**
26 Federal Plaza, Room 1130
New York, NY 10278
(212) 264-5916

U.S. Immigration and
Customs Enforcement

October 17, 2025

Paul Grotas
The Grotas Firm P.C.
499 7th Avenue Suite 23N
New York, NY 10018

Re: Tauland Deshati (A 098 772 323)

Dear Mr. Grotas:

The Department of Homeland Security (Department) is in receipt of a request for a joint motion to reopen and dismiss the removal proceedings of Tauland Deshati, an individual who is purportedly planning to move Connecticut following his release from custody. Please countersign the attached motion on page two, where your signature is required. Please then file the signed joint motion with the Board of Immigration Appeals (Board) within **5 DAYS** of the date of this letter. Thank you for your cooperation in this matter.

Very truly yours,

ANDREA L CERRITO
Digitally signed by ANDREA L CERRITO
Date: 2025.10.17 11:02:07 -04'00'

Andrea Cerrito
Senior Attorney

1

DETAINED

Wen-Ting Cheng
Chief Counsel
Andrea Cerrito
Senior Attorney
U.S. Immigration and
Customs Enforcement
U.S. Department of
Homeland Security
26 Federal Plaza
New York, NY 10278
(212) 264-5916

## UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### BOARD OF IMMIGRATION APPEALS
### FALLS CHURCH, VIRGINIA

| | |
|---|---|
| **In the Matter of:** <br><br> **Tauland Deshati** <br><br> **In removal proceedings** | **File No. A 098 772 323** |

## JOINT MOTION TO REOPEN AND DISMISS REMOVAL PROCEEDINGS

The U.S. Department of Homeland Security, Immigration and Customs Enforcement ("DHS") and the respondent jointly move the Board of Immigration Appeals ("Board") to reopen and dismiss removal proceedings.

2

The respondent is currently in the United States with a final order of removal. The respondent has requested that DHS join in a motion to reopen and dismiss. DHS agrees to join the request **solely** in the exercise of its prosecutorial discretion.

DHS **does not agree** to waive any regulatory or statutory bar, other than the applicability, if any, of 8 C.F.R. § 1003.23(b)(1) and 8 C.F.R. § 1003.2(c)(2), including bars to inadmissibility, removability/deportability, or relief/protection. Additionally, DHS **does not adopt** any factual representations or legal arguments advanced by the respondent in the request to reopen proceedings.

Accordingly, DHS and the respondent's counsel jointly move the Board to reopen and dismiss the removal proceedings.

Dated: 10/17/2025

Respectfully Submitted,

_[signature]_

Paul Grotas
The Grotas Firm P.C.
499 7th Avenue Suite 23N
New York, NY 10018

ANDREA L CERRITO
Digitally signed by ANDREA L CERRITO
Date: 2025.10.17 11:02:58 -04'00'

Andrea Cerrito
Senior Attorney
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
26 Federal Plaza, Room 1130
New York, New York 10278
andrea.l.cerrito@ice.dhs.gov