# EXHIBIT B

## STATEMENT OF TAULAND DESHATI

I, **Tauland Deshati**, declare under penalty of perjury that the following is true and correct:

1. On or about September 21, 2025 I was detained by ICE. Since entering ICE custody, I have been visited by ICE officers three times. The first visit occurred approximately two weeks after I was detained. The second happened the day after I received the good news that my motion was approved. The third visit occurred last Tuesday, during Veterans Day week-November 11, 2025, after I had spoken with my attorney Paul B. Grotas. For each visit, officers called me from the second floor down to the first floor. The first two visits were held in a private room, and the third visit took place in the hallway, where three detained individuals and another officer could hear parts of what was said.

2. Officer Soto conducted the first two visits and Officer Williams conducted the final visit. None of the officers ever wore uniforms, badges, or any form of identification. They were always in plain clothes. During the third visit, Officer Williams was accompanied by two or three other individuals.

3. During the first visit, Officer Soto immediately told me that he needed my passport. When I asked for the reason, he said it was to send me home. He stated that my ID says Albania and that is where I would be deported. I told him that my home is here in the United States, that I have my USC wife and three children here. He ignored this and pressured me to sign papers, repeating several times that I needed to sign. I refused.

4. **Second visit:** During the second visit, Officer Soto again asked me if I brought my passport. I told him that my lawyer has my passport and if they want to get it they can contact my attorney. Soto responded that he did not want to talk to my lawyer. I offered

to give him my lawyer's number so they could communicate, but he refused and kept saying he needed the passport. He again pushed me to sign documents, and I again refused.

5. **Third visit:** Officer Williams conducted the third visit in the hallway. He told me he had my file and said he had spoken to my lawyer, claiming my lawyer sent him two files to review. He said that he had not reviewed him and that I would not be released. He said that people are only getting released in an emergency. He also said he needed to take my picture against a wall to send to the Albanian consulate.

6. He kept pressuring me. He told me I was not getting released and that I was going to be deported. He claimed he had my passport and ID license. I also believe ICE may have accessed or searched my property, including my wallet and my phone that is stored downstairs. Someone tried to login to my instagram account. My phone is in possession of the jail and the only people with access to my phone are the jail or ICE. My wife received a notification that someone tried to login to my account.

7. During the third visit, Officer Williams showed me a passport in front of me and said it was mine but expired. I saw that it was an Albanian passport but he did not open it. I could not verify whether it was actually my passport. I definitely saw my driver license. It was mine. He again tried to get me to sign something. I refused.

8. Throughout all three visits, I felt pressured, intimidated, and mentally abused. Soto raised his voice when I said my home is here. Officer Williams made statements that made me feel scared and hopeless. Each time ICE officers called me down, I felt unsafe and extremely anxious. I often did not know who exactly was speaking to me or whether I had the right to refuse answering them.

9. Each time, I told the officers to speak to my lawyer. I consistently said that I did not want to be deported. I never signed anything. From the day of my arrest until now, ICE has repeatedly tried to get me to sign papers either by telling me it would be "easy," or by calling it "voluntary." I refused every time.

This declaration was orally dictated to Arjola Shabaj, paralegal at The Grotas Firm, P.C through the telephone. Mr. Deshati is detained and thus, after the contents herein were confirmed with him his digital signature was affixed below.

*/s/ Tauland Deshati*
Tauland Deshati

11:04

sage

A new login was detected from an Apple iPhone in Newark, NJ. If this was not you, secure your account from a previously used device.

Found in Gmail Inbox

 Instagram     10/10/25
To: larrydeshati@gmail.com
Reply To: Instagram

# New login to Instagram from Instagram on Apple iPhone

 Instagram     

### We noticed a new login, sleek_c63
We noticed a login from a device you don't usually use.



**Apple iPhone · Instagram · Newark, NJ, United States**
October 10 at 7:59 AM (PDT)

If this was you, you won't be able to access certain security and account settings for a few days. You can still access these settings from a device you've logged in with in the past.

u can secure your accour logged in with in the pas
Learn more