# EXHIBIT C

11/18/25, 9:22 PM								Paul Grotas Immigration Law Mail - Fwd: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-3    Filed 11/20/25    Page 2 of 10



Amira Kenaan <amira@grotaslaw.com>

## Fwd: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

5 messages

---

**Paul Grotas** <paul@grotaslaw.com>   Tue, Nov 18, 2025 at 8:42 PM
To: Arisha a <arisha@grotaslaw.com>, Amira Kenaan <amira@grotaslaw.com>


---------- Forwarded message ---------
From: **Larakers, Mary L. (CIV)** <Mary.L.Larakers@usdoj.gov>
Date: Tue, Oct 14, 2025 at 3:32 PM
Subject: RE: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
To: Paul Grotas <paul@grotaslaw.com>
Cc: Adriana Lafaille <ALafaille@aclum.org>, WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>, Kathleen Gillespie <kathleenmgillespieesq@gmail.com>, Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>, Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>, Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>


Paul,


I've been informed OPLA NY intends to join the JMTR. I have raised the issue of release but it is a little complicated because he is detained in New Jersey, so I do not have any information on the release front yet.


Thanks,
Mary

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Tuesday, October 14, 2025 2:15 PM
**To:** Paul Grotas <paul@grotaslaw.com>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon


Hi Paul,


I hope soon. I know the issue has been appropriately flagged.

11/18/25, 9:22 PM     Paul Grotas Immigration Law Mail - [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-3    Filed 11/20/25    Page 3 of 10

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Tuesday, October 14, 2025 12:31:38 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

AUSA Larakers,

I wanted to get on the same page regarding the timing of the ADR. When you believe that you will have an answer from DHS?

On Fri, Oct 10, 2025 at 3:32 PM Paul Grotas <paul@grotaslaw.com> wrote:

> Thank you. We are unclear as to whether his removal is imminent. ICE has visited him in the prison multiple times and talked to him in an aggressive fashion and it is a holiday weekend coming up. I don't want to bother anyone.
>
> On Fri, Oct 10, 2025 at 3:15 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>
>> Hi Paul,
>>
>> I am trying to get you an answer. In the meantime, do you have any reason to believe his removal is imminent? For example, does he have a valid travel document?
>>
>> ---
>>
>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Friday, October 10, 2025 2:50:18 PM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
>> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>>
>> AUSA Larakers,
>>
>> I just wanted to bring up this issue again.
>>
>> On Fri, Oct 10, 2025 at 9:58 AM Paul Grotas <paul@grotaslaw.com> wrote:
>>
>>> AUSA Larakers,
>>>
>>> Please let me know if there is a stay in place during the ADR process.

On Thu, Oct 9, 2025 at 4:21 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:

> Received. Thank you. I will also send to ICE separately.
>
> **From:** Paul Grotas <paul@grotaslaw.com>
> **Sent:** Thursday, October 9, 2025 3:15:19 PM
> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
> **Subject:** [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>
> AUSA Larakers,
>
> Please find attached a supplement JMTR which was filed today with DHS.
>
> On Wed, Oct 8, 2025 at 6:27 PM Paul Grotas <paul@grotaslaw.com> wrote:
>
>> AUSA Larakers,
>>
>> Mr. Deshati is my client. We will provide additional evidence tomorrow morning.
>>
>> On Tue, Oct 7, 2025 at 4:20 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>>
>>> Hi Adriana,
>>>
>>> I am trying to get confirmation from ICE in New York but do not have it yet.
>>>
>>> Do you have any evidence that this individual is a class member? All of the documents he has filed with the government do not indicate he resides in the Boston AOR. To my knowledge, the only document he submitted showing that he lives in the Boston AOR is a lease that was not signed until after he was detained. I'm happy to pass along any additional information he wants ICE to consider showing residency in the Boston AOR.
>>>
>>> Thanks,
>>>
>>> Mary
>>>
>>> **From:** Adriana Lafaille <ALafaille@aclum.org>
>>> **Sent:** Tuesday, October 7, 2025 1:35:25 PM
>>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; WH ACLU MA Calderon Class Action

11/18/25, 9:22 PM	Paul Grotas Immigration Law Mail - [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-3    Filed 11/20/25    Page 5 of 10

<whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Paul Grotas <paul@grotaslaw.com>
**Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** [EXTERNAL] RE: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Hi Mary,

I'm writing to follow up on our correspondence regarding Mr. Deshati and to put the government in contact with Mr. Deshati's attorney, Paul Grotas, for the purpose of initiating conflict resolution under the settlement. Mr. Grotas is copied here. I understand he has had some further communication with OPLA and been unable to obtain a resolution of this issue, and that ICE has been giving indications that removal is imminent. Please confirm that Mr. Deshati will not be removed pending resolution of this dispute.

Best,

Adriana

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Friday, October 3, 2025 5:20 PM
**To:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>
**Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** RE: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Hi Adriana,

I'll reach out to ICE.

Best,
Mary

---

**From:** Adriana Lafaille <ALafaille@aclum.org>
**Sent:** Friday, October 3, 2025 4:57 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>
**Subject:** [EXTERNAL] denial of JTMR for Tauland Deshati (089772323) / facing removal soon
**Importance:** High

Hi Mary, I'm writing regarding the attached denial of a joint motion to reopen request made under the settlement for Tauland Deshati (089772323). Mr. Deshati is detained outside New England, and it is our understanding from his counsel that ICE may be intending to remove him soon. His counsel

11/18/25, 9:22 PM    Paul Gooras Immigration Law Mail - EXCLEXTERNAL] Re: denial of JMTR for Zaurano Deshati (A# 076 203 L...

Case 1:18-cv-10225-PBS    Document 737-3    Filed 11/20/25    Page 6 of 10

received the attached denial of his JMTR request which states that DHS "will not exercise its discretion in this matter" and does not reference Calderon or explain a basis under the settlement for denying the JMTR request. It is not clear to us whether it was considered under the settlement. Would you be able to clarify this matter, and ensure that Mr. Deshati is not removed until it is clarified?

[redacted information relating to different class member]

Best,

Adriana

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

11/18/25, 9:22 PM        Paul Grotas Immigration Law Mail - [EXTERNAL] Re: denial of I-240R for Zaula25 Deshat, facing removal soon

Case 1:18-cv-10225-PBS    Document 737-3    Filed 11/20/25    Page 7 of 10

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

11/18/25, 9:22 PM                    Paul Grotas Immigration Law Mail - Re: [EXTERNAL] Re: Denial of I-601R for Zaura26 Deshat, facing removal soon

Case 1:18-cv-10225-PBS    Document 737-3    Filed 11/20/25    Page 9 of 10

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

11/18/25, 9:22 PM
Paul Grotas-Immigration Law Mail - Doc. [EXTERNAL] Re: denial of MR for Haulano Deshan (089-172-323) facing removal soon

Case 1:18-cv-10225-PBS Document 737-3 Filed 11/20/25 Page 10 of 10

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--
Very Truly Yours,

The Grotas Firm, P.C.
Paul B. Grotas, Esq.
499 Fashion Avenue, Suite 23N
New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.