# EXHIBIT D

11/18/25, 9:39 PM  Paul Grotas Immigration Law Mail - Fwd: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 2 of 16



Amira Kenaan <amira@grotaslaw.com>

# Fwd: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

**Paul Grotas** <paul@grotaslaw.com>    Tue, Nov 18, 2025 at 8:44 PM
To: Amira Kenaan <amira@grotaslaw.com>, Arisha a <arisha@grotaslaw.com>

---------- Forwarded message ---------
From: **Paul Grotas** <paul@grotaslaw.com>
Date: Wed, Oct 15, 2025 at 2:06 PM
Subject: Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
To: Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
Cc: Adriana Lafaille <ALafaille@aclum.org>, WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>, Kathleen Gillespie <kathleenmgillespieesq@gmail.com>, Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>, Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>, Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>

AUSA Larakers,

Please let me know if there is any update regarding release? Thank you

On Tue, Oct 14, 2025 at 4:54 PM Paul Grotas <paul@grotaslaw.com> wrote:
> AUSA Larakers,
>
> Thank you for the update.
>
> On Tue, Oct 14, 2025 at 3:32 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>> Paul,
>>
>> I've been informed OPLA NY intends to join the JMTR. I have raised the issue of release but it is a little complicated because he is detained in New Jersey, so I do not have any information on the release front yet.
>>
>> Thanks,
>> Mary
>>
>> **From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Sent:** Tuesday, October 14, 2025 2:15 PM
>> **To:** Paul Grotas <paul@grotaslaw.com>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
>> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>>
>> Hi Paul,

11/18/25, 9:39 PM	Paul Grotas Immigration Law Mail - Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 3 of 16

I hope soon. I know the issue has been appropriately flagged.

---

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Tuesday, October 14, 2025 12:31:38 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

AUSA Larakers,

I wanted to get on the same page regarding the timing of the ADR. When you believe that you will have an answer from DHS?

On Fri, Oct 10, 2025 at 3:32 PM Paul Grotas <paul@grotaslaw.com> wrote:

> Thank you. We are unclear as to whether his removal is imminent. ICE has visited him in the prison multiple times and talked to him in an aggressive fashion and it is a holiday weekend coming up. I don't want to bother anyone.
>
> On Fri, Oct 10, 2025 at 3:15 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>
>> Hi Paul,
>>
>> I am trying to get you an answer. In the meantime, do you have any reason to believe his removal is imminent? For example, does he have a valid travel document?
>>
>> ---
>>
>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Friday, October 10, 2025 2:50:18 PM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
>> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>>
>> AUSA Larakers,
>>
>> I just wanted to bring up this issue again.

11/18/25, 9:39 PM  Paul Grotas Immigration Law Mail - [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS   Document 737-4   Filed 11/20/25   Page 4 of 16

On Fri, Oct 10, 2025 at 9:58 AM Paul Grotas <paul@grotaslaw.com> wrote:

> AUSA Larakers,
>
> Please let me know if there is a stay in place during the ADR process.
>
> On Thu, Oct 9, 2025 at 4:21 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>
>> Received. Thank you. I will also send to ICE separately.
>>
>> ---
>>
>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Thursday, October 9, 2025 3:15:19 PM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
>> **Subject:** [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>>
>> AUSA Larakers,
>>
>> Please find attached a supplement JMTR which was filed today with DHS.
>>
>> On Wed, Oct 8, 2025 at 6:27 PM Paul Grotas <paul@grotaslaw.com> wrote:
>>
>>> AUSA Larakers,
>>>
>>> Mr. Deshati is my client. We will provide additional evidence tomorrow morning.
>>>
>>> On Tue, Oct 7, 2025 at 4:20 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>>>
>>>> Hi Adriana,
>>>>
>>>> I am trying to get confirmation from ICE in New York but do not have it yet.
>>>>
>>>> Do you have any evidence that this individual is a class member? All of the documents he has filed with the government do not indicate he resides in the Boston AOR. To my knowledge, the only document he submitted showing that he lives in the Boston AOR is a lease that was not signed until after he was detained. I'm happy to pass along any additional information he wants ICE to consider showing residency in the Boston AOR.
>>>>
>>>> Thanks,

11/18/25, 9:39 PM  Paul Grotas Immigration Law Mail - [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 5 of 16

Mary

**From:** Adriana Lafaille <ALafaille@aclum.org>
**Sent:** Tuesday, October 7, 2025 1:35:25 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Paul Grotas <paul@grotaslaw.com>
**Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** [EXTERNAL] RE: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Hi Mary,

I'm writing to follow up on our correspondence regarding Mr. Deshati and to put the government in contact with Mr. Deshati's attorney, Paul Grotas, for the purpose of initiating conflict resolution under the settlement. Mr. Grotas is copied here. I understand he has had some further communication with OPLA and been unable to obtain a resolution of this issue, and that ICE has been giving indications that removal is imminent. Please confirm that Mr. Deshati will not be removed pending resolution of this dispute.

Best,

Adriana

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Friday, October 3, 2025 5:20 PM
**To:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>
**Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** RE: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Hi Adriana,

I'll reach out to ICE.

Best,
Mary

**From:** Adriana Lafaille <ALafaille@aclum.org>
**Sent:** Friday, October 3, 2025 4:57 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>

11/18/25, 9:39 PM — Paul Cotas Immigration Law Mail - [EXTERNAL] Re: denial of JMTR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 6 of 16

**Subject:** [EXTERNAL] denial of JTMR for Tauland Deshati (089772323) / facing removal soon
**Importance:** High

Hi Mary, I'm writing regarding the attached denial of a joint motion to reopen request made under the settlement for Tauland Deshati (089772323). Mr. Deshati is detained outside New England, and it is our understanding from his counsel that ICE may be intending to remove him soon. His counsel received the attached denial of his JMTR request which states that DHS "will not exercise its discretion in this matter" and does not reference Calderon or explain a basis under the settlement for denying the JMTR request. It is not clear to us whether it was considered under the settlement. Would you be able to clarify this matter, and ensure that Mr. Deshati is not removed until it is clarified?

[redacted information relating to different class member]

Best,

Adriana

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

**Disclaimer**

11/18/25, 9:39 PM                                Paul Grotas Immigration Law Mail - Fwd: [EXTERNAL] Re: denial of I-90R for Zacarias Deshatu (A 097720231), facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 7 of 16

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

11/18/25, 9:39 PM  Paul Grotas Immigration Law Mail - Fwd: [EXTERNAL] Re: denial of I-360 for Laura20 Deshata 099752023JLG facing removal soon

Case 1:18-cv-10225-PBS   Document 737-4   Filed 11/20/25   Page 8 of 16

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

11/18/25, 9:39 PM  Paul Grotas Immigration Law Mail - EXT [EXTERNAL] Re: denial of I-CIR for Laura S Deshatus ,placing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 9 of 16

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as

11/18/25, 9:39 PM                    Paul Grotas - Immigration Law Mail - Doc. [EXTERNAL] Re: denial of I-612 for Mutasim Deshan (089172323) facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 10 of 16

such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--
Very Truly Yours,

The Grotas Firm, P.C.
Paul B. Grotas, Esq.
499 Fashion Avenue, Suite 23N
New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

11/18/25, 9:39 PM                     Paul Grotas-Immigration Law Mail - Fwd: [EXTERNAL] Re: denial of I-612 for Roland Deshan (089172328) facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 11 of 16

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--
Very Truly Yours,

The Grotas Firm, P.C.
Paul B. Grotas, Esq.
499 Fashion Avenue, Suite 23N
New York, NY 10018


(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--
Very Truly Yours,

The Grotas Firm, P.C.
Paul B. Grotas, Esq.
499 Fashion Avenue, Suite 23N
New York, NY 10018


(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not

the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

11/18/25, 9:40 PM			Paul Grotas - Immigration Law Mail - Fwd: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 13 of 16



Amira Kenaan <amira@grotaslaw.com>

# Fwd: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

**Paul Grotas** <paul@grotaslaw.com>  Tue, Nov 18, 2025 at 8:45 PM
To: Arisha a <arisha@grotaslaw.com>, Amira Kenaan <amira@grotaslaw.com>

---------- Forwarded message ---------
From: **Larakers, Mary L. (CIV)** <Mary.L.Larakers@usdoj.gov>
Date: Wed, Oct 29, 2025 at 11:02 AM
Subject: RE: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
To: Paul Grotas <paul@grotaslaw.com>
Cc: Adriana Lafaille <ALafaille@aclum.org>, WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>, Kathleen Gillespie <kathleenmgillespieesq@gmail.com>, Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>, Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>, Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>

Hi Paul,

I'll share that. I've also been working on making sure his status in the EOIR system is correctly noted.

---

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Wednesday, October 29, 2025 10:38 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

AUSA Larakers,

How are you? It might be helpful to pass the following along to ICE in considering his release. I understand that they are hesitant to act without a signed BIA order, but the BIA must terminate, there is no discretion.

The Executive Office for Immigration Review (EOIR) "mandatory termination"

provisions describe when an Immigration Judge or the Board of Immigration
Appeals can terminate proceedings. It creates two separate types of termination:
"mandatory termination" and "discretionary" termination. 8 C.F.R. Section 1003.18;
1003.1(m); see also 8 C.F.R. Section 1239.2(b).
Under the "mandatory termination" category which applies to this case, the
Immigration Judges and the Board of Immigration Appeals are "required" to terminate
proceedings if any of the following circumstances are present:
• The removal charges cannot be sustained;
• Termination is otherwise required by law;

11/18/25, 9:40 PM                Paul Grotas - Immigration Law Mail - Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 14 of 16

- Fundamentally fair proceedings are not possible because of mental illness;
- The noncitizen obtained US citizenship after removal proceedings started;
- The noncitizen has obtained statute, LPR status, refugee status, U status, T status, S status;
- The noncitizen meets the termination standard under NACARA;
- **(G) "The parties jointly filed a motion to terminate, or one party filed a motion to terminate and the other party affirmatively indicated its non-opposition, unless the immigration judge articulates unusual, clearly identified, and supported reasons for denying the motion."**

See 8 CFR Section 1003.18(d))(1)(i)(G)(Docket Management, Mandatory Termination)(emphasis added).

On Mon, Oct 27, 2025 at 1:59 PM Paul Grotas <paul@grotaslaw.com> wrote:
> AUSA Larakers
>
> We called the BIA in an effort to expedite ajudication of the motion for stay of removal and they informed us that they have it in their system that Mr. Deshati is not detained. I think this will lead to a lengthy delay in adjudication of the JMTR. We informed him that he was detained, but I don't know how this system is updated
>
> On Mon, Oct 27, 2025 at 8:39 AM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>> Hi Paul,
>>
>> Thanks for that information. I'll look into it.
>>
>> Thanks,
>> Mary
>>
>> ---
>>
>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Monday, October 27, 2025 11:36 AM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
>> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>>
>> AUSA Larakers

11/18/25, 9:40 PM                    Paul Grotas - Immigration Law Mail - Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 15 of 16

Please let me know if there are any updates or anything else I can do to assist with moving this case along. In prior matters when we have filed joint motions with the BIA and there has been corresponding federal litigation, the US Attorney's office has a point of contact with the BIA and were able to expedite a pending joint motion.

On Thu, Oct 23, 2025 at 2:47 PM Paul Grotas <paul@grotaslaw.com> wrote:

> Unfortunately, the BIA has not ruled yet.
>
> We have been in contact with Deputy Civil Chief, NJ  John Stinson
>
> On Thu, Oct 23, 2025 at 2:33 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>
>> Hi Paul,
>>
>> Has the BIA ruled yet? I haven't received notice that it has.
>>
>> Can you also let me know the name of the AUSA you spoke to regarding the habeas petition?
>>
>> Thanks,
>> Mary
>>
>> ---
>>
>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Thursday, October 23, 2025 11:04 AM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
>> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>>
>> AUSA Larakers,
>>
>> Thank you for all of your help. We are going to submit a release request to Boston ERO. In the event you can provide any assistance, we appreciate it.
>>
>> On Mon, Oct 20, 2025 at 5:01 PM Paul Grotas <paul@grotaslaw.com> wrote:
>>
>>> AUSA Larakers,
>>>
>>> We have reached out to the US Attorney's Office in the habeas matter and they informed us that ICE does not want to release Mr. Deshati until there has been an adjudication of the JMTR. We filed the JMTR with the BIA and it is attached.
>>>
>>> Please let us know  that you have a POC at the BIA and are able to request expedited adjudication.

11/18/25, 9:40 PM                                Paul Grotas - Immigration Law Mail - [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-4    Filed 11/20/25    Page 16 of 16

> On Thu, Oct 16, 2025 at 2:34 PM Paul Grotas <paul@grotaslaw.com> wrote:
>
>> Thank you for your diligence. As a heads up, we filed a habeas for him when he was first detained in the Dist of NJ  No. 25-15940-ESK. We are amending the habeas now to include a claim regarding the failure to adjudicate the Calderon release request.
>>
>> On Thu, Oct 16, 2025 at 2:00 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>>
>>> Hi Paul,
>>>
>>> I'm still working on it on my end also. I'm sorry I don't have an update for you.
>>>
>>> ---
>>>
>>> **From:** Paul Grotas <paul@grotaslaw.com>
>>> **Sent:** Thursday, October 16, 2025 1:41:52 PM
>>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
>>> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>>>
>>> AUSA Larakers,
>>>
>>> Thank you for your help so far. I have reached out to DHS and it appears that they are in no rush to complete the joint order. ICE visited the Respondent yesterday and aggressively asked him for his passport to pursue removal. Please let me know if there is anything I can do on my end regarding expediting this process.
>>>
>>> [Quoted text hidden]
>>
>> [Quoted text hidden]
>
> [Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]