# EXHIBIT E



**Amira Kenaan <amira@grotaslaw.com>**

---

## Fwd: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

---

**Paul Grotas** <paul@grotaslaw.com>                                      Tue, Nov 18, 2025 at 8:47 PM
To: Amira Kenaan <amira@grotaslaw.com>, Arisha a <arisha@grotaslaw.com>

---------- Forwarded message ---------
From: **Paul Grotas** <paul@grotaslaw.com>
Date: Thu, Nov 13, 2025 at 2:08 PM
Subject: Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
To: Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>
Cc: Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>, Adriana Lafaille <ALafaille@aclum.org>, WH ACLU MA
Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>, Kathleen Gillespie
<kathleenmgillespieesq@gmail.com>, Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>, Weiland, William H. (CIV)
<William.H.Weiland@usdoj.gov>, Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>, Luiza Logan
<lkrkuti@grotaslaw.com>, Arisha a <arisha@grotaslaw.com>

Susan

Thank you for responding. We are also unclear whether ICE is pursuing removal. Please let me know whether you
receive an answer in response to this issue

On Thu, Nov 13, 2025 at 12:53 PM Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov> wrote:

> Hi Paul,
>
> We have reached out to ICE again and will let you know as soon as we hear back from them.
>
> Best,
>
> Susan

---

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Thursday, November 13, 2025 11:14 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action
<whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>;
Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV)
<William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>; Luiza Logan
<lkrkuti@grotaslaw.com>; Arisha a <arisha@grotaslaw.com>; Ansari, Susan (CIV)
<Susan.Ansari2@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Hi AUSA Larakers

Are there any updates? Did DHS adjudicate the release request pursuant to the Settlement Agreement?

On Wed, Nov 12, 2025 at 10:49 AM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:

> Hi Paul,
>
> Just acknowledging receipt of your email and cc'ing my co-counsel Susan Ansari.
>
> Thanks,
> Mary
>
> ---
>
> **From:** Paul Grotas <paul@grotaslaw.com>
> **Sent:** Tuesday, November 11, 2025 11:30 AM
> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>; Luiza Logan <lkrkuti@grotaslaw.com>; Arisha a <arisha@grotaslaw.com>
> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>
> AUSA Larakers,
>
> I would like to begin the ADR process in relation to my client's release request. As detailed by the US Attorney in the NJ action, the only venue for this argument is before the District Court Judge in Boston.
>
> Additionally, I would like to reinstate the process regarding the JMTR issue. ICE is actively seeking to remove my client. My client informed me that ICE has taken his photo to send to his consulate in order to procure his travel document. I don't understand why DHS would agree to the JMTR and then actively seek to remove Mr. Deshati. I hope you can clear up this confusion as I am incredibly worried. ICE informed my client that they have received the release request that we filed weeks ago, but have not reviewed it.
>
> On Wed, Oct 29, 2025 at 11:02 AM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>
>> Hi Paul,
>>
>> I'll share that. I've also been working on making sure his status in the EOIR system is correctly noted.
>>
>> ---
>>
>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Wednesday, October 29, 2025 10:38 AM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV)

<William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>

**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

AUSA Larakers,

How are you? It might be helpful to pass the following along to ICE in considering his release. I understand that they are hesitant to act without a signed BIA order, but the BIA must terminate, there is no discretion.

The Executive Office for Immigration Review (EOIR) "mandatory termination"

provisions describe when an Immigration Judge or the Board of Immigration
Appeals can terminate proceedings. It creates two separate types of termination:
"mandatory termination" and "discretionary" termination. 8 C.F.R. Section 1003.18;
1003.1(m); see also 8 C.F.R. Section 1239.2(b).
Under the "mandatory termination" category which applies to this case, the
Immigration Judges and the Board of Immigration Appeals are "required" to terminate
proceedings if any of the following circumstances are present:
• The removal charges cannot be sustained;
• Termination is otherwise required by law;
• Fundamentally fair proceedings are not possible because of mental illness;
• The noncitizen obtained US citizenship after removal proceedings started;
• The noncitizen has obtained statute, LPR status, refugee status, U status, T status,
S status;
• The noncitizen meets the termination standard under NACARA;
• **(G) "The parties jointly filed a motion to terminate, or one party filed a**

**motion to terminate and the other party affirmatively indicated its non-
opposition, unless the immigration judge articulates unusual, clearly**

**identified, and supported reasons for denying the motion."**

See 8 CFR Section 1003.18(d))(1)(i)(G)(Docket Management, Mandatory
Termination)(emphasis added).

On Mon, Oct 27, 2025 at 1:59 PM Paul Grotas <paul@grotaslaw.com> wrote:

AUSA Larakers

We called the BIA in an effort to expedite ajudication of the motion for stay of removal and they informed us that they have it in their system that Mr. Deshati is not detained. I think this will lead to a lengthy delay in adjudication of the JMTR. We informed him that he was detained, but I don't know how this system is updated

On Mon, Oct 27, 2025 at 8:39 AM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:

Hi Paul,

Thanks for that information. I'll look into it.

Thanks,
Mary

---

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Monday, October 27, 2025 11:36 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action
<whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie
<kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>;
Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA)
<Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon


AUSA Larakers


Please let me know if there are any updates or anything else I can do to assist with moving this case along.
In prior matters when we have filed joint motions with the BIA and there has been corresponding federal
litigation, the US Attorney's office has a point of contact with the BIA and were able to expedite a pending
joint motion.


On Thu, Oct 23, 2025 at 2:47 PM Paul Grotas <paul@grotaslaw.com> wrote:

Unfortunately, the BIA has not ruled yet.

We have been in contact with Deputy Civil Chief, NJ  John Stinson


On Thu, Oct 23, 2025 at 2:33 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:

Hi Paul,


Has the BIA ruled yet? I haven't received notice that it has.


Can you also let me know the name of the AUSA you spoke to regarding the habeas petition?


Thanks,
Mary

---

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Thursday, October 23, 2025 11:04 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action
<whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie

11/18/25, 9:40 PM     Gmail - Immigration Law Mail - Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS   Document 237-5   Filed 11/20/25   Page 6 of 50

<kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>;
Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA)
<Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon


AUSA Larakers,


Thank you for all of your help. We are going to submit a release request to Boston ERO. In the event
you can provide any assistance, we appreciate it.


On Mon, Oct 20, 2025 at 5:01 PM Paul Grotas <paul@grotaslaw.com> wrote:

> AUSA Larakers,
>
>
> We have reached out to the US Attorney's Office in the habeas matter and they informed us that ICE
> does not want to release Mr. Deshati until there has been an adjudication of the JMTR. We filed the
> JMTR with the BIA and it is attached.
>
> Please let us know that you have a POC at the BIA and are able to request expedited adjudication.
>
>
> On Thu, Oct 16, 2025 at 2:34 PM Paul Grotas <paul@grotaslaw.com> wrote:
>
>> Thank you for your diligence. As a heads up, we filed a habeas for him when he was first
>> detained in the Dist of NJ No. 25-15940-ESK. We are amending the habeas now to include a claim
>> regarding the failure to adjudicate the Calderon release request.
>>
>>
>> On Thu, Oct 16, 2025 at 2:00 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>>
>>> Hi Paul,
>>>
>>>
>>> I'm still working on it on my end also. I'm sorry I don't have an update for you.
>>>
>>> _____
>>>
>>> **From:** Paul Grotas <paul@grotaslaw.com>
>>> **Sent:** Thursday, October 16, 2025 1:41:52 PM
>>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action
>>> <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie
>>> <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA)
>>> <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV)
>>> <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
>>> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing
>>> removal soon
>>>
>>>
>>> AUSA Larakers,

Thank you for your help so far. I have reached out to DHS and it appears that they are in no rush to complete the joint order. ICE visited the Respondent yesterday and aggressively asked him for his passport to pursue removal. Please let me know if there is anything I can do on my end regarding expediting this process.

On Wed, Oct 15, 2025 at 2:06 PM Paul Grotas <paul@grotaslaw.com> wrote:

> AUSA Larakers,
>
> Please let me know if there is any update regarding release?  Thank you

On Tue, Oct 14, 2025 at 4:54 PM Paul Grotas <paul@grotaslaw.com> wrote:

> AUSA Larakers,
>
> Thank you for the update.

On Tue, Oct 14, 2025 at 3:32 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:

>> Paul,
>>
>> I've been informed OPLA NY intends to join the JMTR. I have raised the issue of release but it is a little complicated because he is detained in New Jersey, so I do not have any information on the release front yet.
>>
>> Thanks,
>> Mary
>>
>> ―――――――――――――――――――――――――――――――――――――――――――
>>
>> **From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Sent:** Tuesday, October 14, 2025 2:15 PM
>> **To:** Paul Grotas <paul@grotaslaw.com>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
>> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>>
>> Hi Paul,
>>
>> I hope soon. I know the issue has been appropriately flagged.

11/18/25, 9:40 PM                    Immigration Law Mail - RE: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-5    Filed 11/20/25    Page 8 of 50

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Tuesday, October 14, 2025 12:31:38 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

AUSA Larakers,

I wanted to get on the same page regarding the timing of the ADR. When you believe that you will have an answer from DHS?

On Fri, Oct 10, 2025 at 3:32 PM Paul Grotas <paul@grotaslaw.com> wrote:

> Thank you. We are unclear as to whether his removal is imminent. ICE has visited him in the prison multiple times and talked to him in an aggressive fashion and it is a holiday weekend coming up. I don't want to bother anyone.

> On Fri, Oct 10, 2025 at 3:15 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:

>> Hi Paul,

>> I am trying to get you an answer. In the meantime, do you have any reason to believe his removal is imminent? For example, does he have a valid travel document?

>> ---

>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Friday, October 10, 2025 2:50:18 PM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
>> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

>> AUSA Larakers,

I just wanted to bring up this issue again.

On Fri, Oct 10, 2025 at 9:58 AM Paul Grotas <paul@grotaslaw.com> wrote:

> AUSA Larakers,
>
> Please let me know if there is a stay in place during the ADR process.
>
> On Thu, Oct 9, 2025 at 4:21 PM Larakers, Mary L. (CIV)
> <Mary.L.Larakers@usdoj.gov> wrote:
>
>> Received. Thank you. I will also send to ICE separately.
>>
>> ---
>>
>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Thursday, October 9, 2025 3:15:19 PM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon
>> Class Action <whaclumacalderonclassaction@wilmerhale.com>;
>> Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte,
>> Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV)
>> <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA)
>> <Mark.Sauter@usdoj.gov>
>> **Subject:** [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323)
>> / facing removal soon
>>
>> AUSA Larakers,
>>
>> Please find attached a supplement JMTR which was filed today with DHS.
>>
>> On Wed, Oct 8, 2025 at 6:27 PM Paul Grotas <paul@grotaslaw.com> wrote:
>>
>>> AUSA Larakers,
>>>
>>> Mr. Deshati is my client. We will provide additional evidence tomorrow
>>> morning.
>>>
>>> On Tue, Oct 7, 2025 at 4:20 PM Larakers, Mary L. (CIV)
>>> <Mary.L.Larakers@usdoj.gov> wrote:
>>>
>>>> Hi Adriana,
>>>>
>>>> I am trying to get confirmation from ICE in New York but do not have it
>>>> yet.

Do you have any evidence that this individual is a class member? All of the documents he has filed with the government do not indicate he resides in the Boston AOR. To my knowledge, the only document he submitted showing that he lives in the Boston AOR is a lease that was not signed until after he was detained. I'm happy to pass along any additional information he wants ICE to consider showing residency in the Boston AOR.

Thanks,

Mary

---

**From:** Adriana Lafaille <ALafaille@aclum.org>
**Sent:** Tuesday, October 7, 2025 1:35:25 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Paul Grotas <paul@grotaslaw.com>
**Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** [EXTERNAL] RE: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Hi Mary,

I'm writing to follow up on our correspondence regarding Mr. Deshati and to put the government in contact with Mr. Deshati's attorney, Paul Grotas, for the purpose of initiating conflict resolution under the settlement. Mr. Grotas is copied here. I understand he has had some further communication with OPLA and been unable to obtain a resolution of this issue, and that ICE has been giving indications that removal is imminent. Please confirm that Mr. Deshati will not be removed pending resolution of this dispute.

Best,

Adriana

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Friday, October 3, 2025 5:20 PM
**To:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>
**Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>

**Subject:** RE: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Hi Adriana,

I'll reach out to ICE.

Best,
Mary

---

**From:** Adriana Lafaille <ALafaille@aclum.org>
**Sent:** Friday, October 3, 2025 4:57 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>
**Subject:** [EXTERNAL] denial of JTMR for Tauland Deshati (089772323) / facing removal soon
**Importance:** High

Hi Mary, I'm writing regarding the attached denial of a joint motion to reopen request made under the settlement for Tauland Deshati (089772323). Mr. Deshati is detained outside New England, and it is our understanding from his counsel that ICE may be intending to remove him soon. His counsel received the attached denial of his JMTR request which states that DHS "will not exercise its discretion in this matter" and does not reference Calderon or explain a basis under the settlement for denying the JMTR request. It is not clear to us whether it was considered under the settlement. Would you be able to clarify this matter, and ensure that Mr. Deshati is not removed until it is clarified?

[redacted information relating to different class member]

Best,

Adriana

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain

11/18/25, 9:40 PM
Case 1:18-cv-10225-PBS Document 737-5 Filed 11/20/25 Page 12 of 50
Mail - Grotas- Immigration Law - INTERNAL Re Zdenial davidov (a/k/a Desriano 09-17-328) facing removal soon

information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

--

Very Truly Yours,

The Grotas Firm, P.C.

11/18/25, 9:40 PM    Paul Grotas - Immigration Law - Mail - [EXTERNAL] Re: denial of i485 for Julian Deshaug (8912328) facing removal soon

Case 1:18-cv-10225-PBS    Document 737-5    Filed 11/20/25    Page 13 of 50

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑

www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

11/18/25, 9:40 PM   Paul Grotas-Immigration Law-Mail - Document 737-5 (EXTERNAL) Residential CMB 1ond/20d25 Desrang (8915 328)52 facing removal soon

Case 1:18-cv-10225-PBS   Document 737-5   Filed 11/20/25   Page 15 of 50

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have
received this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for

11/18/25, 9:40 PM                         Bail Grotas-Immigration Law Mail - DOC (INTERNAL) Residential DMB for Vladislav Deshan... / Placing removal soon

Case 1:18-cv-10325-PBS  Document 737-5  Filed 11/20/25  Page 16 of 50

the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.


--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018



(917) 436-4444 Tel
(888)-505-1513 Fax



┌─────────────────┐
│                 │
└─────────────────┘

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.


--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

11/18/25, 9:40 PM
Paul Grotas Immigration Law Mail - Document [EXTERNAL] Re: denial of Maria Lorduna Deshago (3917-328) facing removal soon

Case 1:18-cv-10225-PBS Document 737-5 Filed 11/20/25 Page 17 of 50

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not

11/18/25, 9:40 PM    Paul Grotas Immigration Law - Mail - [DOC][EXTERNAL] Re: denial of MB.5 for you and Desha (J891233128) facing removal soon

Case 1:18-cv-10225-PBS   Document 737-5   Filed 11/20/25   Page 18 of 50

the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

11/18/25, 9:40 PM    Bail Grotas-Immigration Law Mail - DOC (EXTERNAL) Re: denial of Bond for Juan Desharnais (89172-328) facing removal soon

Case 1:18-cv-10325-PBS    Document 737-5    Filed 11/20/25    Page 19 of 50

(917) 436-4444 Tel
(888)-505-1513 Fax



[www.grotaslaw.com](http://www.grotaslaw.com)

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

[www.grotaslaw.com](http://www.grotaslaw.com)

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,

dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents



is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

11/18/25, 9:40 PM
Case 1:18-cv-10225-PBS Document 737-5 Filed 11/20/25 Page 23 of 50
Mail - Grotas Immigration Law Mail - [DOC (EXTERNAL) Re: denial of Mr. Jose Deshain 8992 329355 facing removal soon

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents



is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--
Very Truly Yours,

The Grotas Firm, P.C.
Paul B. Grotas, Esq.
499 Fashion Avenue, Suite 23N
New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

11/18/25, 9:40 PM          Paul Grotas Immigration Law Mail - Doc (EXTERNAL) Re: denial of Mr. Jean Gadou Deshart (892-528-51)...acing removal soon

Case 1:18-cv-10225-PBS    Document 737-5    Filed 11/20/25    Page 25 of 50

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--
Very Truly Yours,

The Grotas Firm, P.C.
Paul B. Grotas, Esq.
499 Fashion Avenue, Suite 23N
New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.



Amira Kenaan <amira@grotaslaw.com>

## Fwd: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

**Paul Grotas** <paul@grotaslaw.com>                                     Tue, Nov 18, 2025 at 8:54 PM
To: Amira Kenaan <amira@grotaslaw.com>, Arisha a <arisha@grotaslaw.com>

---------- Forwarded message ---------
From: **Paul Grotas** <paul@grotaslaw.com>
Date: Mon, Nov 17, 2025 at 2:03 PM
Subject: Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
To: Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>
Cc: Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>, Adriana Lafaille <ALafaille@aclum.org>, WH ACLU MA
Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>, Kathleen Gillespie
<kathleenmgillespieesq@gmail.com>, Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>, Weiland, William H. (CIV)
<William.H.Weiland@usdoj.gov>, Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>, Luiza Logan
<lkrkuti@grotaslaw.com>, Arisha a <arisha@grotaslaw.com>

AUSA Ansari and AUSA Larakers,

Please note we are preparing a motion to enforce the settlement agreement and intend on filing this motion today or
tomorrow.

On Thu, Nov 13, 2025 at 2:08 PM Paul Grotas <paul@grotaslaw.com> wrote:
> Susan
>
> Thank you for responding. We are also unclear whether ICE is pursuing removal. Please let me know whether you
> receive an answer in response to this issue
>
> On Thu, Nov 13, 2025 at 12:53 PM Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov> wrote:
>> Hi Paul,
>>
>>
>> We have reached out to ICE again and will let you know as soon as we hear back from them.
>>
>>
>> Best,
>>
>> Susan
>>
>> ─────────────────────────────
>>
>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Thursday, November 13, 2025 11:14 AM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action
>> <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.
>> com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV)
>> <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>; Luiza Logan
>> <lkrkuti@grotaslaw.com>; Arisha a <arisha@grotaslaw.com>; Ansari, Susan (CIV)

<Susan.Ansari2@usdoj.gov>

**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon


Hi AUSA Larakers


Are there any updates? Did DHS adjudicate the release request pursuant to the Settlement Agreement?


On Wed, Nov 12, 2025 at 10:49 AM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:

> Hi Paul,
>
>
> Just acknowledging receipt of your email and cc'ing my co-counsel Susan Ansari.
>
>
> Thanks,
> Mary
>
> ───────────────────────
>
> **From:** Paul Grotas <paul@grotaslaw.com>
> **Sent:** Tuesday, November 11, 2025 11:30 AM
> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action
> <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.
> com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV)
> <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>; Luiza Logan
> <lkrkuti@grotaslaw.com>; Arisha a <arisha@grotaslaw.com>
> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>
>
> AUSA Larakers,
>
>
> I would like to begin the ADR process in relation to my client's release request. As detailed by the US Attorney in
> the NJ action, the only venue for this argument is before the District Court Judge in Boston.
>
> Additionally, I would like to reinstate the process regarding the JMTR issue. ICE is actively seeking to remove my
> client. My client informed me that ICE has taken his photo to send to his consulate in order to procure his travel
> document. I don't understand why DHS would agree to the JMTR and then actively seek to remove Mr. Deshati. I
> hope you can clear up this confusion as I am incredibly worried. ICE informed my client that they have received
> the release request that we filed weeks ago, but have not reviewed it.
>
>
> On Wed, Oct 29, 2025 at 11:02 AM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>
>> Hi Paul,
>>
>>
>> I'll share that. I've also been working on making sure his status in the EOIR system is correctly noted.

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Wednesday, October 29, 2025 10:38 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action
<whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie
<kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland,
William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon


AUSA Larakers,


How are you? It might be helpful to pass the following along to ICE in considering his release. I understand that
they are hesitant to act without a signed BIA order, but the BIA must terminate, there is no discretion.

The Executive Office for Immigration Review (EOIR) "mandatory termination"

provisions describe when an Immigration Judge or the Board of Immigration
Appeals can terminate proceedings. It creates two separate types of termination:
"mandatory termination" and "discretionary" termination. 8 C.F.R. Section 1003.18;
1003.1(m); see also 8 C.F.R. Section 1239.2(b).
Under the "mandatory termination" category which applies to this case, the
Immigration Judges and the Board of Immigration Appeals are "required" to terminate
proceedings if any of the following circumstances are present:
• The removal charges cannot be sustained;
• Termination is otherwise required by law;
• Fundamentally fair proceedings are not possible because of mental illness;
• The noncitizen obtained US citizenship after removal proceedings started;
• The noncitizen has obtained statute, LPR status, refugee status, U status, T status,
S status;
• The noncitizen meets the termination standard under NACARA;
• **(G) "The parties jointly filed a motion to terminate, or one party filed a**


**motion to terminate and the other party affirmatively indicated its non-**
**opposition, unless the immigration judge articulates unusual, clearly**


**identified, and supported reasons for denying the motion."**


See 8 CFR Section 1003.18(d))(1)(i)(G)(Docket Management, Mandatory
Termination)(emphasis added).



On Mon, Oct 27, 2025 at 1:59 PM Paul Grotas <paul@grotaslaw.com> wrote:

> AUSA Larakers
>
>
> We called the BIA in an effort to expedite ajudication of the motion for stay of removal and they informed us
> that they have it in their system that Mr. Deshati is not detained. I think this will lead to a lengthy delay in
> adjudication of the JMTR. We informed him that he was detained, but I don't know how this system is
> updated

11/18/25, 9:41 PM    Paul Grotas - Immigration Law Mail - [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS    Document 737-5    Filed 11/20/25    Page 29 of 50

On Mon, Oct 27, 2025 at 8:39 AM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:

> Hi Paul,
>
> Thanks for that information. I'll look into it.
>
> Thanks,
> Mary
>
> ---
>
> **From:** Paul Grotas <paul@grotaslaw.com>
> **Sent:** Monday, October 27, 2025 11:36 AM
> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
> **Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>
> AUSA Larakers
>
> Please let me know if there are any updates or anything else I can do to assist with moving this case along. In prior matters when we have filed joint motions with the BIA and there has been corresponding federal litigation, the US Attorney's office has a point of contact with the BIA and were able to expedite a pending joint motion.
>
> On Thu, Oct 23, 2025 at 2:47 PM Paul Grotas <paul@grotaslaw.com> wrote:
>
>> Unfortunately, the BIA has not ruled yet.
>>
>> We have been in contact with Deputy Civil Chief, NJ  John Stinson
>>
>> On Thu, Oct 23, 2025 at 2:33 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>>
>>> Hi Paul,
>>>
>>> Has the BIA ruled yet? I haven't received notice that it has.
>>>
>>> Can you also let me know the name of the AUSA you spoke to regarding the habeas petition?
>>>
>>> Thanks,
>>> Mary

11/18/25, 9:41 PM                    Paul Grotas - Immigration Law - Mail - [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS   Document 737-5   Filed 11/20/25   Page 30 of 50

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Thursday, October 23, 2025 11:04 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action
<whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie
<kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>;
Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA)
<Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal
soon

AUSA Larakers,

Thank you for all of your help. We are going to submit a release request to Boston ERO. In the event
you can provide any assistance, we appreciate it.

On Mon, Oct 20, 2025 at 5:01 PM Paul Grotas <paul@grotaslaw.com> wrote:

> AUSA Larakers,
>
> We have reached out to the US Attorney's Office in the habeas matter and they informed us that
> ICE does not want to release Mr. Deshati until there has been an adjudication of the JMTR. We
> filed the JMTR with the BIA and it is attached.
>
> Please let us know that you have a POC at the BIA and are able to request expedited
> adjudication.
>
> On Thu, Oct 16, 2025 at 2:34 PM Paul Grotas <paul@grotaslaw.com> wrote:
>
>> Thank you for your diligence. As a heads up, we filed a habeas for him when he was first
>> detained in the Dist of NJ  No. 25-15940-ESK. We are amending the habeas now to include a claim
>> regarding the failure to adjudicate the Calderon release request.
>>
>> On Thu, Oct 16, 2025 at 2:00 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>>
>>> Hi Paul,
>>>
>>> I'm still working on it on my end also. I'm sorry I don't have an update for you.
>>>
>>> ---
>>>
>>> **From:** Paul Grotas <paul@grotaslaw.com>
>>> **Sent:** Thursday, October 16, 2025 1:41:52 PM
>>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action
>>> <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie

11/18/25, 9:41 PM                                    Paul Grotas - Immigration Law - Mail - Re: [EXTERNAL] Re: denial of JMTR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS   Document 737-5   Filed 11/20/25   Page 31 of 50

&lt;kathleenmgillespieesq@gmail.com&gt;; Piemonte, Eve (USAMA)
&lt;Eve.Piemonte@usdoj.gov&gt;; Weiland, William H. (CIV)
&lt;William.H.Weiland@usdoj.gov&gt;; Sauter, Mark (USAMA) &lt;Mark.Sauter@usdoj.gov&gt;
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing
removal soon

AUSA Larakers,

Thank you for your help so far. I have reached out to DHS and it appears that they are in no
rush to complete the joint order. ICE visited the Respondent yesterday and
aggressively asked him for his passport to pursue removal. Please let me know if there is
anything I can do on my end regarding expediting this process.

On Wed, Oct 15, 2025 at 2:06 PM Paul Grotas &lt;paul@grotaslaw.com&gt; wrote:

> AUSA Larakers,
>
> Please let me know if there is any update regarding release?  Thank you
>
>
> On Tue, Oct 14, 2025 at 4:54 PM Paul Grotas &lt;paul@grotas.com&gt; wrote:
>
>> AUSA Larakers,
>>
>> Thank you for the update.
>>
>>
>> On Tue, Oct 14, 2025 at 3:32 PM Larakers, Mary L. (CIV)
>> &lt;Mary.L.Larakers@usdoj.gov&gt; wrote:
>>
>>> Paul,
>>>
>>> I've been informed OPLA NY intends to join the JMTR. I have raised the issue of release but
>>> it is a little complicated because he is detained in New Jersey, so I do not have any
>>> information on the release front yet.
>>>
>>>
>>> Thanks,
>>> Mary
>>>
>>> ---
>>>
>>> **From:** Larakers, Mary L. (CIV) &lt;Mary.L.Larakers@usdoj.gov&gt;
>>> **Sent:** Tuesday, October 14, 2025 2:15 PM
>>> **To:** Paul Grotas &lt;paul@grotaslaw.com&gt;
>>> **Cc:** Adriana Lafaille &lt;ALafaille@aclum.org&gt;; WH ACLU MA Calderon Class Action
>>> &lt;whaclumacalderonclassaction@wilmerhale.com&gt;; Kathleen Gillespie
>>> &lt;kathleenmgillespieesq@gmail.com&gt;; Piemonte, Eve (USAMA)
>>> &lt;Eve.Piemonte@usdoj.gov&gt;; Weiland, William H. (CIV)
>>> &lt;William.H.Weiland@usdoj.gov&gt;; Sauter, Mark (USAMA)
>>> &lt;Mark.Sauter@usdoj.gov&gt;

11/18/25, 9:41 PM    Paul Grotas - immigration Law - Mail - Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS   Document 737-5   Filed 11/20/25   Page 32 of 50

**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Hi Paul,

I hope soon. I know the issue has been appropriately flagged.

---

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Tuesday, October 14, 2025 12:31:38 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

AUSA Larakers,

I wanted to get on the same page regarding the timing of the ADR. When you believe that you will have an answer from DHS?

On Fri, Oct 10, 2025 at 3:32 PM Paul Grotas <paul@grotaslaw.com> wrote:

> Thank you. We are unclear as to whether his removal is imminent. ICE has visited him in the prison multiple times and talked to him in an aggressive fashion and it is a holiday weekend coming up. I don't want to bother anyone.
>
> On Fri, Oct 10, 2025 at 3:15 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:
>
>> Hi Paul,
>>
>> I am trying to get you an answer. In the meantime, do you have any reason to believe his removal is imminent? For example, does he have a valid travel document?
>>
>> ---
>>
>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Friday, October 10, 2025 2:50:18 PM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen

Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte, Eve (USAMA)
<Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV)
<William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA)
<Mark.Sauter@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323)
/ facing removal soon


AUSA Larakers,


I just wanted to bring up this issue again.


On Fri, Oct 10, 2025 at 9:58 AM Paul Grotas <paul@grotaslaw.com> wrote:

> AUSA Larakers,
>
>
> Please let me know if there is a stay in place during the ADR process.
>
>
> On Thu, Oct 9, 2025 at 4:21 PM Larakers, Mary L. (CIV)
> <Mary.L.Larakers@usdoj.gov> wrote:
>
>> Received. Thank you. I will also send to ICE separately.
>>
>> _____
>>
>> **From:** Paul Grotas <paul@grotaslaw.com>
>> **Sent:** Thursday, October 9, 2025 3:15:19 PM
>> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
>> **Cc:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon
>> Class Action <whaclumacalderonclassaction@wilmerhale.com>;
>> Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Piemonte,
>> Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV)
>> <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA)
>> <Mark.Sauter@usdoj.gov>
>> **Subject:** [EXTERNAL] Re: denial of JTMR for Tauland Deshati
>> (089772323) / facing removal soon
>>
>>
>> AUSA Larakers,
>>
>>
>> Please find attached a supplement JMTR which was filed today with
>> DHS.
>>
>>
>> On Wed, Oct 8, 2025 at 6:27 PM Paul Grotas <paul@grotaslaw.com>
>> wrote:
>>
>>> AUSA Larakers,

Mr. Deshati is my client. We will provide additional evidence tomorrow morning.

On Tue, Oct 7, 2025 at 4:20 PM Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov> wrote:

> Hi Adriana,
>
> I am trying to get confirmation from ICE in New York but do not have it yet.
>
> Do you have any evidence that this individual is a class member? All of the documents he has filed with the government do not indicate he resides in the Boston AOR. To my knowledge, the only document he submitted showing that he lives in the Boston AOR is a lease that was not signed until after he was detained. I'm happy to pass along any additional information he wants ICE to consider showing residency in the Boston AOR.
>
> Thanks,
>
> Mary
>
> ---
>
> **From:** Adriana Lafaille <ALafaille@aclum.org>
> **Sent:** Tuesday, October 7, 2025 1:35:25 PM
> **To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Paul Grotas <paul@grotaslaw.com>
> **Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
> **Subject:** [EXTERNAL] RE: denial of JTMR for Tauland Deshati (089772323) / facing removal soon
>
> Hi Mary,
>
> I'm writing to follow up on our correspondence regarding Mr. Deshati and to put the government in contact with Mr. Deshati's attorney, Paul Grotas, for the purpose of initiating conflict resolution under the settlement. Mr. Grotas is copied here. I understand he has had some further communication with OPLA and been unable to obtain a resolution of this issue, and that ICE has been giving indications that removal is imminent. Please confirm that Mr. Deshati will not be removed pending resolution of this dispute.
>
> Best,
>
> Adriana

11/18/25, 9:41 PM                    Mail - Immigration Law Mail - [EXTERNAL] Re: denial of JTMR for Tauland Deshati (089772323) / facing removal soon

Case 1:18-cv-10225-PBS   Document 737-5   Filed 11/20/25   Page 35 of 50

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Friday, October 3, 2025 5:20 PM
**To:** Adriana Lafaille <ALafaille@aclum.org>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>
**Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** RE: denial of JTMR for Tauland Deshati (089772323) / facing removal soon


Hi Adriana,


I'll reach out to ICE.


Best,
Mary


---

**From:** Adriana Lafaille <ALafaille@aclum.org>
**Sent:** Friday, October 3, 2025 4:57 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; WH ACLU MA Calderon Class Action <whaclumacalderonclassaction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>
**Subject:** [EXTERNAL] denial of JTMR for Tauland Deshati (089772323) / facing removal soon
**Importance:** High


Hi Mary, I'm writing regarding the attached denial of a joint motion to reopen request made under the settlement for Tauland Deshati (089772323). Mr. Deshati is detained outside New England, and it is our understanding from his counsel that ICE may be intending to remove him soon. His counsel received the attached denial of his JMTR request which states that DHS "will not exercise its discretion in this matter" and does not reference Calderon or explain a basis under the settlement for denying the JMTR request. It is not clear to us whether it was considered under the settlement. Would you be able to clarify this matter, and ensure that Mr. Deshati is not removed until it is clarified?


[redacted information relating to different class member]

11/18/25, 9:41 PM
Case 1:18-cv-10225-PBS Document 737-5 Filed 11/20/25 Page 36 of 50
Mail - Greater Boston Legal Mail - [EXTERNAL] Re: denial of IJ for 1/21/20(Oscar Deshautels) 896-322-524 facing removal soon

Best,

Adriana

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and

11/18/25, 9:41 PM                    Mail - Grotas Immigration Law Mail - Doc [EXTERNAL] Re: denial of Travel Ban for Deshaun (989-372-126) facing removal soon

Case 1:18-cv-10225-PBS   Document 737-5   Filed 11/20/25   Page 37 of 50

other essential capabilities. Mimecast helps protect large and small
organizations from malicious activity, human error and technology
failure; and to lead the movement toward building a more resilient world.
To find out more, visit our website.

\-\-

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

\-\-

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018



(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.


--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents

11/18/25, 9:41 PM  Paul Grotas - Immigration Law - Mail - DOCUMENT FINAL Re: denial FELONY & for Jackson Desra... 09-052-328 facing removal soon

Case 1:18-cv-10225-PBS   Document 737-5   Filed 11/20/25   Page 39 of 50

is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

11/18/25, 9:41 PM          Mail - Grotas Immigration Law Mail - Document (INTERNAL) Re: denial of I-130 to/to ... Deshauteur (A096 423 556) facing removal soon

Case 1:18-cv-10225-PBS   Document 737-5   Filed 11/20/25   Page 40 of 50

(917) 436-4444 Tel
(888)-505-1513 Fax

[www.grotaslaw.com](http://www.grotaslaw.com)

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at 917-436-4444 and delete it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

[www.grotaslaw.com](http://www.grotaslaw.com)

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents

11/18/25, 9:41 PM  Gmail - Grotas Immigration Law Mail - Doc (EXTERNAL) Re: denial of Mr. Joanido Desiravil (089-472-328) facing removal soon

Case 1:18-cv-10325-PBS  Document 737-5  Filed 11/20/25  Page 41 of 50

is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

11/18/25, 9:41 PM    Grotas Immigration Law Mail - (EXTERNAL) Re: denial of MB for Jaquan Deshaune Sergeant facing removal soon

Case 1:18-cv-10225-PBS    Document 737-5    Filed 11/20/25    Page 42 of 50

(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents

11/18/25, 9:41 PM    The Grotas Firm - Immigration Law Mail - Fw: [EXTERNAL] Re: Denial of OMB for Devadas Deshpande (89-823-328) facing removal soon

Case 1:18-cv-10225-PBS    Document 737-5    Filed 11/20/25    Page 43 of 50

is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.


--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018


(917) 436-4444 Tel
(888)-505-1513 Fax


www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.


--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

11/18/25, 9:41 PM                Gmail - Grotas Immigration Law Mail - Fwd: [EXTERNAL] Re: denial of MB to landbe Deshaun (#9471328) facing removal soon

Case 1:18-cv-10325-PBS   Document 737-5   Filed 11/20/25   Page 44 of 50

(917) 436-4444 Tel
(888)-505-1513 Fax

[www.grotaslaw.com](http://www.grotaslaw.com)

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

[www.grotaslaw.com](http://www.grotaslaw.com)

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents

is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

11/18/25, 9:41 PM    Paul Grotas Immigration Law Mail - Doc [EXTERNAL] Re: denial of Mr. Ichlawdar Deshalkul (A# 228-253-50)cing removal soon

Case 1:18-cv-10225-PBS   Document 737-5   Filed 11/20/25   Page 46 of 50

(917) 436-4444 Tel
(888)-505-1513 Fax



[www.grotaslaw.com](www.grotaslaw.com)

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

[www.grotaslaw.com](www.grotaslaw.com)

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents

is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

11/18/25, 9:41 PM    Paul Grotas-Immigration Law Mail - Fwd: [EXTERNAL] Re: denial of Dovid Deshad's (894823258) Pacing removal soon

Case 1:18-cv-10225-PBS    Document 737-5    Filed 11/20/25    Page 48 of 50

(917) 436-4444 Tel
(888)-505-1513 Fax



[www.grotaslaw.com](http://www.grotaslaw.com)

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--

Very Truly Yours,

The Grotas Firm, P.C.

Paul B. Grotas, Esq.

499 Fashion Avenue, Suite 23N

New York, NY 10018

(917) 436-4444 Tel
(888)-505-1513 Fax

[www.grotaslaw.com](http://www.grotaslaw.com)

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents

11/18/25, 9:41 PM    Mail - Grotas Immigration Law - Mail - [INTERNAL] Re: denial for Mr. Joliton Deshaude894.3.28.50 acing removal soon

Case 1:18-cv-10325-PBS   Document 737-5   Filed 11/20/25   Page 49 of 50

is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.


--
Very Truly Yours,

The Grotas Firm, P.C.
Paul B. Grotas, Esq.
499 Fashion Avenue, Suite 23N
New York, NY 10018


(917) 436-4444 Tel
(888)-505-1513 Fax




www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.


--
Very Truly Yours,

The Grotas Firm, P.C.
Paul B. Grotas, Esq.
499 Fashion Avenue, Suite 23N
New York, NY 10018


(917) 436-4444 Tel
(888)-505-1513 Fax




www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.

--
Very Truly Yours,

The Grotas Firm, P.C.
Paul B. Grotas, Esq.
499 Fashion Avenue, Suite 23N
New York, NY 10018


(917) 436-4444 Tel
(888)-505-1513 Fax



www.grotaslaw.com

The information contained in this e-mail message is intended only for
the personal and confidential use of the designated recipient named
above. This message may be an attorney-client communication and as
such privileged and confidential. If the reader of this message is not
the intended recipient, you are hereby notified that you have received
this message and any attached documents in error, that any review,
dissemination, distribution, or copying of the message and documents
is strictly prohibited. If you have received this message in error,
please notify us by telephone immediately at 917-436-4444 and delete
it and any accompanying documents.