# EXHIBIT F

**Motion to Seal Pending**