# EXHIBIT G

**From:** Stinson, John (USANJ) 1
**Sent:** Monday, October 20, 2025 12:09 PM
**To:** 'Paul Grotas' <paul@grotaslaw.com>
**Subject:** RE: [EXTERNAL] Re: Deshati v. Noem, et al., / Civil Action No. 25-15940-ESK

My understanding is that ICE-ERO will release him if ordered to do so by the BIA.

Thanks,

John

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Monday, October 20, 2025 12:05 PM
**To:** Stinson, John (USANJ) 1 <John.Stinson@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Deshati v. Noem, et al., / Civil Action No. 25-15940-ESK

Chief Stinson

Thank you for the quick reply. I want to make sure I understand, ICE-ERO will release him once the JMTR is approved?

---------- Forwarded message ---------
From: **Stinson, John (USANJ) 1** <John.Stinson@usdoj.gov>
Date: Mon, Oct 20, 2025 at 11:52 AM
Subject: RE: [EXTERNAL] Re: Deshati v. Noem, et al., / Civil Action No. 25-15940-ESK
To: Paul Grotas <paul@grotaslaw.com>

Paul, ICE-ERO's position is that Mr. Deshati has the motion before the BIA to reopen, and they will continue to detain him until that body grants relief. I plan to file an answer to Mr. Deshati's petition by the October 22, 2025 deadline and will address the motion to reopen there.

Thanks,

John

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Monday, October 20, 2025 11:42 AM
**To:** Stinson, John (USANJ) 1 <John.Stinson@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Deshati v. Noem, et al., / Civil Action No. 25-15940-ESK

Chief Stinson,

I hope things are well. I'm  circling back around. Is there any word from ICE?

On Fri, Oct 17, 2025 at 2:37 PM Paul Grotas <paul@grotaslaw.com> wrote:

Chief Stinson

Please find the JMTR attached signed by OCC and a release request.

On Thu, Oct 16, 2025 at 6:01 PM Stinson, John (USANJ) 1 <John.Stinson@usdoj.gov> wrote:

Paul I just tried your cell. I have reached out to ICE about the issues you raised and will report back.

Thanks,

John Stinson

**From:** Paul Grotas <paul@grotaslaw.com>
**Sent:** Thursday, October 16, 2025 4:56:35 PM
**To:** Stinson, John (USANJ) 1 <John.Stinson@usdoj.gov>
**Cc:** Basiak, John (USANJ) <John.Basiak@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Deshati v. Noem, et al., / Civil Action No. 25-15940-ESK

Thank you for following up. My cell is 516 987 7846. I just tried you. ACC Cerrito and AUSA Larakers indicated DHS intends to join in a MTR.   Mary.L.Larakers@usdoj.gov  and

Andrea.L.Cerrito@ice.dhs.gov

This fundamentally alters the basis for detention and the Petitioner should be released by ICE.

On Thu, Oct 16, 2025 at 3:20 PM Stinson, John (USANJ) 1 <John.Stinson@usdoj.gov> wrote:

 Mr. Grotas, we spoke briefly last week about this case.  I will try you again by telephone shortly.  My contact information is below in case we do not connect.

 Thanks,

 John Stinson

 **John T. Stinson**

Deputy Chief, Civil Division

U.S. Attorney's Office
401 Market Street, 4th Floor
Camden, NJ 08101

856-757-5139

John.Stinson@usdoj.gov