# EXHIBIT K

11/20/25, 12:36 AM
Case 1:18-cv-10225-PBS   Document 737-11   Filed 11/20/25   Page 2 of 17
Newark detention center under fire again for abuse and neglect claims • The Jersey Vindicator

# THE JERSEY VINDICATOR

❤️ Donate     ☰

**Bold reporting for a brighter New Jersey. Stay informed and connected. Sign up for our free weekly newsletter ➔**

Immigration

# Newark detention center under fire again for abuse and neglect claims

By Steve Janoski     Photography by Andres Kudacki     October 29, 2025



STORY. JOIN OUR FREE NEWSLETTER.     EMAIL ADDRESS     SIGN

A daughter of a detainee cries outside the Delaney Hall Detention Facility on June 13 in Newark, New Jersey.
*Photo by Andres Kudacki for The Jersey Vindicator.*



### Why it matters:
Delaney Hall, a privately run immigration detention center in Newark, is drawing new outrage from advocates who say basic human needs are going unmet. Their claims echo complaints that led to unrest earlier this year.

### Driving the news:

- Detainees report being served meals at random hours and sometimes going long stretches without food.
- Water still tastes metallic and undrinkable, and commissary shelves are bare.
- Hygiene items like toothpaste, shampoo and toilet paper have run out.
- GEO Group guards in riot gear were seen patrolling the perimeter last weekend, alarming advocates.

### The big picture:
The reported deterioration highlights ongoing scrutiny of ICE's partnership with private prison firms like GEO Group

Conditions inside Newark's notorious immigration detention center have deteriorated again, The Jersey Vindicator has learned, with new reports of inhumane treatment surfacing four months after detainees rioted over similar conditions.

Immigrant advocates have long decried the sorry state of Delaney Hall, which they say includes food that's unfit to eat, water that's unfit to drink, and guards who goad detainees into fights and retaliate against whoever complains.

STORY. JOIN OUR FREE NEWSLETTER.

11/20/25, 12:36 AM
Case 1:18-cv-10225-PBS    Document 737-11    Filed 11/20/25    Page 4 of 17
Newark Detention Center under fire again for abuse and neglect claims • The Jersey Vindicator

Kathy O'Leary of Pax Christi, an international Catholic peace organization, said advocates grew hopeful after the 1,000-bed facility on Doremus Avenue got a new assistant director, a retired warden from the Federal Bureau of Prisons named Sekou Ma'at.

"We have sort of a relationship with Ma'at. He was making noise about how he was going to do this and that," O'Leary told The Vindicator.

But she said things never really got better at Delaney Hall, a hulking fortress that reopened in May after U.S. Immigration and Customs Enforcement officials signed a 15-year, $60 million contract with the private prison firm GEO Group to run the facility.

O'Leary and other advocates have received disturbing reports that GEO Group guards are again feeding detainees, many of whom were swept up in the Trump administration's controversial immigration raids, at random and inconsistent times.

"The meals are getting further and further apart," she said. "They're serving people breakfast at 4 a.m., and then maybe they get lunch at 11 a.m. But sometimes it won't come until 1 p.m., and then [dinner] is coming really late at night."

When the food arrives, it's not always edible.

STORY. JOIN OUR FREE NEWSLETTER.

11/20/25, 12:36 AM
Newark Detention Center under fire again for abuse and neglect claims • The Jersey Vindicator
Case 1:18-cv-10225-PBS    Document 737-11    Filed 11/20/25    Page 5 of 17



Families of detainees leave Delaney Hall after visiting their relatives on Sunday, Aug. 31, in Newark. *Photo by Andres Kudacki for The Jersey Vindicator.*

One detainee told advocates he abandoned his lunch because it "smelled like it was spoiled and was unrecognizable to everybody."

"No one ate it," O'Leary said.

That's worrisome, she said, because that sort of neglect is what sparked the violence back in June.

Some prison units have also run out of toilet paper, she said, and detainees have no toothpaste, toothbrushes, or shampoo.

And the jailed can't even buy their necessities from the commissary because the

STORY. JOIN OUR FREE NEWSLETTER.

The water still tastes metallic and somewhat "off," she said, echoing complaints made throughout the year about horrid drinking water.

And the inmates have no long-sleeved shirts, even as the chilly New Jersey fall sets in.

"They were told they could order the shirts, but [the commissary] is out of those too," she said.

The GEO Group did not directly respond to questions about the alleged mistreatment.

**We uncover stories no one else is telling. Help us keep digging. For a limited time, your donation is TRIPLE-matched, thanks to the national NewsMatch program. →**

Instead, Christopher Ferreira, the company's director of corporate relations, responded with the same lengthy emailed statement he has sent whenever The Jersey Vindicator inquires about Delaney Hall. The statement claims the GEO Group complies with ICE's detention standards.

An ICE spokesperson did not respond to inquiries.

But O'Leary is worried things might get even worse.

Two weekends ago, advocates gathered outside Delaney's chain-link fences as they usually do to protest ICE and support detainee families who line up outside on visiting days in the hope of getting to see their loved ones.

But this time, an unnerving sight greeted them: masked, handcuff-toting GEO Group guards wearing shirts that said "Delaney Hall CERT" as they walked the jail's perimeter.

The letters stand for "Corrections Emergency Response Team," or the jail equivalent of

STORY. JOIN OUR FREE NEWSLETTER.

11/20/25, 12:36 AM
Case 1:18-cv-10225-PBS    Document 737-11    Filed 11/20/25    Page 7 of 17
Newark Detention Center under fire again for abuse and neglect claims • The Jersey Vindicator

"We were like, 'What are you doing? And, you know, what's with the masks?'" O'Leary said. "They just wouldn't talk to us."

Their unnerving presence has made O'Leary fearful that Delaney Hall officials have moved past trying to fix the facility's problems — and are instead preparing to bust up more riots.

"My concern is that … they're not going to try and prevent an uprising from happening," she said. "They're just going to have these guys put it down violently."



People line up outside the Delaney Hall Detention Center to visit their relatives and friends on Thursday, Sept. 11, in Newark. *Photo by Andres Kudacki for The Jersey Vindicator.*

**Before you go, I have an urgent request**

STORY. JOIN OUR FREE NEWSLETTER.

11/20/25, 12:36 AM
Case 1:18-cv-10225-PBS    Document 737-11    Filed 11/20/25    Page 8 of 17
Newark Detention Center under fire again for abuse and neglect claims • The Jersey Vindicator

Every story we publish aims to make life in the Garden State more transparent, fair, and accountable. The Jersey Vindicator is a nonprofit newsroom powered by readers — not advertisers or political interests.

When you understand what's happening in your state and your community, you can ask better questions, make informed choices, and help build a stronger New Jersey. Hundreds of readers like you who still believe in truth and accountability are getting behind The Jersey Vindicator.

**Join them now and for a limited time, your gift will be TRIPLED thanks to the national NewsMatch program.**

-Krystal Knapp, Executive Director

Contribute Now →



### Steve Janoski

Steve Janoski is a multi-award-winning journalist whose work has appeared in the New York Post, USA Today, the Associated Press, The Bergen Record and the Asbury Park Press. His reporting has exposed corruption, government malfeasance and police misconduct

← PREVIOUS

Five minutes with the man behind the handmade 'Zombie House' in Hawthorne, New Jersey

NEXT →

George Norcross threatens lawsuit over New Jersey racketeering case, seeks reporters' records

STORY. JOIN OUR FREE NEWSLETTER.

Case 1:18-cv-10225-PBS    Document 737-11    Filed 11/20/25    Page 9 of 17

**The Jersey Vindicator is a proud member of the following organizations:**











| | |
|---|---|
| Republishing our stories | How to contact us |
| Conflicts of interest | Our mission |
| Donor transparency | Contributors |
| Editorial independence | How we're funded |
| Journalistic ethics | How to support our work |
| Collaborations | |
| Donor transparency | |



© 2025 The New Jersey Center for Nonprofit Journalism



**STORY. JOIN OUR FREE NEWSLETTER.**

MARKETPLACE
Search For & Place Classifieds

northjersey.com

SUBSCRIBE NOW
Get 6 months free

[ News ]  Bergen  Sports  HS Sports  Real Estate  Advertise  Obituaries  eNewspaper  Legals    47°F    Subscribe    Sign In

Advertisement

# News

Election    New Jersey    Environment    Transportation    Education    Health    Coronavirus    More

## Here are Thanksgiving, Black Friday hours for NJ malls, stores

BUSINESS  12:00 p.m. ET Nov. 19

**Send out your mail and packages by these dates for the holidays**
NEWS  9:04 a.m. ET Nov. 19

**When is the Rockefeller Center Christmas tree lighting?**
NEW YORK  7:58 a.m. ET Nov. 19

**Bus company tries to blame NJ teen struck on busy road**
TRANSPORTATION  4:31 a.m. ET Nov. 19

**With shutdown over, what's next for Gateway tunnel project?**
TRANSPORTATION  8:57 a.m. ET Nov. 19

Advertisement

Advertisement

# More Stories

### Gov.-elect Mikie Sherrill will resign her seat in Congress on Nov. 20

New Jersey Gov.-elect Mikie Sherrill will resign her 11th Congressional District seat at 11:59 p.m. on Nov. 20.

GOVERNOR  8:13 a.m. ET Nov. 19

### Thanksgiving winter storm forecast 2025: When will New Jersey get snow

Thanksgiving winter storm forecast snow; Here's what to expect for holiday travel and the Farmer's Almanac winter weather 2025-26 predictions

NEWS  5:05 p.m. ET Nov. 19

### Former Dumont mayor charged with sexual assault of juvenile

A former Dumont mayor and current Jersey City police sergeant was arrested on Nov. 17 and charged with sexual assault of a juvenile, officials said.

CRIME  2:59 p.m. ET Nov. 18

### Flying or driving in NJ this Thanksgiving? Here's what to know

Nearly 82 million Americans are expected to travel for Thanksgiving next week, most of them by car and some by air.

TRANSPORTATION  4:37 p.m. ET Nov. 19

### See photos of trout stocking in the Rockaway River

See our best photos of trout stocking in the Rockaway River in Boonton on Oct. 16, 2025.

ENVIRONMENT  Nov. 13, 2025

### What grocery stores are open on Thanksgiving? See holiday hours in NJ

Are Shoprite, ACME, Stop & Shop and Walmart open on Thanksgiving Day 2025? Here's the holiday hours.

NEWS  4:39 p.m. ET Nov. 19



### How New Jersey residents can get their homes ready for winter

Preparing a home for winter doesn't have to be complicated. New Jersey residents have a choice.

Story from PSE&G

### When is the cold moon 2025? What to know about December's supermoon

The next full moon will be the last supermoon of 2025, set to shine for days. Here's when to watch and what to know about December's cold moon.

NEWS  4:25 p.m. ET Nov. 19

### Where can I watch the CMA Awards 2025? Time, host, red carpet, stream

The 59th annual CMA Awards return tonight! Here's how to watch it live, stream, channel, nominees, performers, and more.

NEWS  2:27 p.m. ET Nov. 19

### Will Chestnut Praline come out at Starbucks? Eggnog Latte available?

Is Starbucks bringing back Chestnut Praline this year? What about Eggnog Latte? Here's what we know, and how to find the new Starbucks menu near you.

NEWS  12:14 p.m. ET Nov. 19

### NASA to livestream new Comet 3I/ATLAS images today; watch, track

NASA will go live today to share long-awaited images of the mysterious interstellar object 3I/ATLAS. Is it nearing Earth? How to watch, what to know.

NEWS  10:34 a.m. ET Nov. 19

### What teams made the 2026 FIFA World Cup, how many more will make it?

The global tournament already counts with 42 national teams. Here's what to know.

NEWS  9:30 a.m. ET Nov. 19

### When is 2025 Spotify Wrapped? Annual drop coming soon

Here's when to expect the most shared musical time of the year - Spotify Wrapped

NEWS  1:03 a.m. ET Nov. 19

### Mega Millions winning numbers for Tuesday, Nov. 18, 2025

The Mega Millions lottery jackpot was an estimated $50 million the Tuesday, Nov. 18 drawing.

NATION  11:05 p.m. ET Nov. 18

### Rain, snow showers could impact morning commute in parts of state

There is a chance of snow showers into the Wednesday morning commute in the northwest part of New Jersey prompting a warning from the NJDOT.

WEATHER  8:48 p.m. ET Nov. 18

### What is 'Trade Anything Day' at GameStop in NJ? List, rules, values

GameStop 'Trade Anything Day' has an extensive list of items you can trade in on one day only. Are phones OK? Taxidermy? PS5? See list, stores in NJ.

NEWS  4:19 p.m. ET Nov. 18

Advertisement

### What stores have the best Black Friday deals 2025? See list

Looking for clothing, computers or tech gifts on Black Friday? Here's the list of best stores to shop for each in 2025. Good luck!

NEWS  3:36 p.m. ET Nov. 18

### Court blocks Texas from using new GOP-friendly maps in 2026 midterms

The decision comes after a push from President Trump to revise Texas voters' district maps spurred other states to pursue mid-decade redistricting.

POLITICS  9:23 a.m. ET Nov. 19

Advertisement

### NFL on Thanksgiving; how to watch, stream Packers - Lions NFC clash

The Detroit Lions will host the Green Bay Packers in a NFC North divisional game on Thanksgiving. The game is one of three NFL Thanksgiving Day games.

NEWS  10:32 a.m. ET Nov. 18

### What is Cloudflare block, error? NJ Transit, Twitter-X down right now

What is Cloudflare? Why is NJ Transit, X (Twitter) and other major apps down? See the latest, what's going on.

NEWS  9:31 a.m. ET Nov. 18

### House, Senate overwhelmingly agree to release Epstein files

Congress overwhelmingly agreed to pass a bill to compel the Trump administration to release as much information as possible about Jeffrey Epstein.

POLITICS  1:53 a.m. ET Nov. 19

### NJ community colleges hit as Hispanic-serving grants being cut

The Trump administration has declined to defend a funding program for Hispanic-serving colleges, affecting PCCC and other NJ schools.

EDUCATION  5:42 a.m. ET Nov. 18

### 23 people won big playing Mega Millions, Powerball, NJ Lottery

Twenty-three players in New Jersey won $10,000 or more last week playing Powerball, Mega Millions and New Jersey Lottery games.

NEW JERSEY  4:03 a.m. ET Nov. 18

### Powerball winning numbers for Monday, Nov. 17, 2025

The Powerball lottery jackpot was an estimated $570 million with a cash option of $266.9 million for the Monday, Nov. 17 drawing.

NATION  11:03 p.m. ET Nov. 17

### NJ couple wins $3M on scratch-off ticket, after winning $1M in April

A lucky New Jersey couple just won $3 million on a scratch-off ticket after already winning $1 million on a scratch-off back on April 1.

NEW JERSEY  9:06 p.m. ET Nov. 17

# Watch Now

#### How to cook Thanksgiving dinner with one oven
Join host Kristopher Juniel in his Phoenix, Ariz. kitchen as he cooks an entire Thanksgiving feast in one oven.

## Featured Gallery

7 Photos                                                                                       VIEW GALLERY

#### Check out Tacoria Mexican Street Kitchen, offering Mexican-themed food
Tacoria Mexican Street Kitchen in Paramus is a Mexican-themed fast casual venue offering tacos, burrito boxes, Mexican street corn and nachos.

#### Embark on a journey in Hero Wars!
Find your new addiction with Hero Wars - a free to play experience! Embark on a journey in Hero Wars!

Hero Wars | Ad                                                                                 Play Now

#### Hero Wars: Join Thousands Gamers Online [Play Now]
Hero Wars has a huge active player base. Simple login or sign-up process. Join the fun.

Hero Wars | Ad                                                                                 Play Now

#### Adam Lambert, 43, Takes off His Makeup, Leaves Fans in Awe
The Noodle Box | Ad

**Crossout 2.0: Supercharged**
Check out the new Crossout 2.0 for free. Discover PvP and PvE in our upgraded Action MMO. Countless unique Vehicles, PvE and PvP, Trading. Are you ready? Destroy vehicles your opponent took hours to craft and enjoy. Join now for Free

Crossout | Ad                                                                                          Play Now

**Adam Lambert, 43, Takes off His Makeup and Leaves Us Speechless**
The Noodle Box | Ad

**War Thunder - Register now for free and play against over 75 Million real Players**
Fight in over 2000 unique and authentic Vehicles. Fight on Land, on Water and in the Air. Join the most comprehensive vehicular combat game. Over 2000 tanks, ships and aircraft.
War Thunder | Ad

**Cosmic Action in Helldivers 2**
Kinguin.net | Ad                                                                                       Shop Now

**Things Just Aren't The Same Between William And Kate And Now We Know Why**
Plays Star | Ad

**Coast Guard Intercepts Strange Blue Boat. Then They Take A Look Inside!**
Cleverst | Ad

**I stumbled upon some kittens in my barn. When the vet arrived, he turned pale.**
Student Sea | Ad

Advertisement

© 2025 www.northjersey.com. All rights reserved.