# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAULAND DESHATI<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants-Respondents. | No. 18-cv-10225-PBS |

## PETITIONER'S UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 7.1 and the July 30, 2019 Stipulated Protective Order (ECF No. 316), and contemporaneous with the filing of Petitioner Tauland Deshati's Motion to Enforce the Settlement Agreement, Petitioner respectfully requests leave to file Exhibit F to the Declaration of Paul B. Grotas under seal.

As grounds for this motion, Petitioner states as follows:

1. On November 20, 2025, accompanying the instant Motion, Petitioner Tauland Deshati filed a Motion to Enforce the Settlement Agreement, the supporting November 20, 2025 Declaration of Paul B. Grotas, and Exhibits A-K to the Grotas Declaration.

2. **Exhibit F** to the Grotas Declaration is a true and correct copy of Mr. Deshati's renewed request for release from ICE custody and supporting documentation. Exhibit F was prepared and sent by Mr. Deshati's individual counsel, Paul Grotas, to the ICE Field Office in Boston, Massachusetts on October 23, 2025, and subsequently sent by class counsel to counsel for the Government on October 23, 2025.

3. Exhibit F to the Grotas Declaration contain Confidential Information as that term is defined under Section A.2 of the July 30, 2019 Stipulated Protective Order. ECF No. 316. This information includes at least: (1) the addresses, contact information, tax returns, and financial records for individuals, as well as other personally identifiable information; and (2) personally identifiable information related to third parties, including minors.

4. Respondents do not oppose this Motion to Seal.

5. WHEREFORE, pursuant to Local Rule 7.1 and the July 30, 2019 Stipulated Protective Order (ECF No. 316), Petitioner respectfully requests that this Court enter an order granting Petitioner leave to file Exhibit F to the Grotas Declaration under seal.

Respectfully submitted this 20th day of November, 2025.

*Counsel for the Petitioner*

/s/ Paul B. Grotas
Paul B. Grotas, Esq.
THE GROTAS FIRM, P.C.
499 Seventh Avenue, Suite 23N
New York, NY 10018
Telephone: (917) 436-4444

*Seeking Pro Hac Vice Admission*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Petitioners conferred with counsel for Respondents regarding this Motion to Seal, which Respondents do not oppose.

Dated:  November 20, 2025               /s/ Paul B. Grotas
                                        Paul B. Grotas, Esq.