## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others similarly situated,

        Plaintiffs-Petitioners,

        v.

KRISTI NOEM, *et al.*,

        Defendants-Respondents.

No. 18-cv-10225-PBS

## PETITIONERS' MOTION TO PRESERVE THE COURT'S JURISDICTION TO CONSIDER PETITIONERS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

On November 20, 2025, class member Mr. Tauland Deshati brought a motion to enforce the Settlement Agreement in this case. *See* ECF No. 735. The undersigned class counsel respectfully request that they be permitted one (1) business day to file a supporting motion to enforce on behalf of Mr. Tauland Deshati, as well as Mr. Fernando Fagner Costa, a similarly situated class member, regarding ICE's intention to remove both class members in violation of the Settlement Agreement.

Additionally, Petitioners respectfully move that, to aid in its resolution of this dispute and preserve its jurisdiction, this Court order that Mr. Deshati and Mr. Costa not be removed from the United States or transferred from their current locations of detention pending adjudication of Mr. Deshati's and class counsel's motions. *See, e.g.*, ECF No. 695 (granting similar relief to a class member during pendency of motion to enforce the *Calderon* settlement agreement); ECF No. 32 (preserving court's jurisdiction by ordering that petitioner not be moved during pendency

of case); *see also* Conf. Tr. (Aug. 6, 2025) at 14:19-15:4 ("But this is not a habeas case. [The Court] retained jurisdiction to enforce the settlement agreement…. [I]f he had been moved out of Massachusetts, that would not have deprived [the Court] of jurisdiction in this case.").

A proposed order is attached hereto as Exhibit A.

Respectfully submitted this 20th day of November, 2025.

*Counsel for the Petitioners*

*/s/ Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
Jonathan A. Cox (BBO # 687810)
Christina Luo (BBO # 705590)
Peter H. Merritt (BBO # 711435)
Caitlyn N. Galvin (BBO # 715167)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
christina.luo@wilmerhale.com
peter.merritt@wilmerhale.com
caitlyn.galvin@wilmerhale.com

Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza
Suite 850
Boston, MA 02108
(617) 482-3170
alafaille@aclum.org

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283
kathleenmgillespieesq@gmail.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Petitioners conferred with counsel for Respondents and attempted in good faith to narrow or resolve the issues that are the subject of Mr. Deshati's and class counsel's motions to enforce the Settlement Agreement. Specifically, the Parties have followed the Conflict Resolution Procedures outlined by Section VI(C) of the Settlement Agreement but have been unable to resolve their disputes with respect to Mr. Deshati or Mr. Costa.

Dated: November 20, 2025                    */s/ Kevin S. Prussia*
                                             Kevin S. Prussia (BBO # 666813)