UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ and LUIS GORDILLO, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Respondents-Respondents | No. 1:18-cv-10225-PBS |

## ASSENTED TO NOTICE AND REQUEST TO WITHDRAW APPEARANCE

Pursuant to LCvR 83.5.2, undersigned counsel William H. Weiland respectfully provides notice of his transfer to another component within the Department of Justice and requests leave of the Court to withdraw his appearance as counsel for Defendants in this case. Good cause supports this withdrawal, as counsel is transferring from the Office of Immigration Litigation in the Civil Division to the U.S. Attorney's Office for the Southern District of West Virginia. The undersigned conferred via e-mail with class counsel for Plaintiffs-Petitioners, who stated that they assent to this withdrawal of appearance. Other counsel from the U.S. Department of Justice continue to represent Defendants in this matter.

DATED: November 21, 2025       Respectfully Submitted,

                                                         BRETT A. SHUMATE
                                                         Assistant Attorney General

                                                         DREW C. ENSIGN
                                                         Deputy Assistant Attorney General

                                                         GLENN M. GIRDHARRY
                                                         Deputy Director

/s/ *William H. Weiland*
Acting Assistant Director
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 598-5622
william.h.weiland@usdoj.gov
