UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>   Plaintiffs-Petitioners,<br><br> v.<br><br>KRISTI NOEM, *et al.*,<br><br>   Defendants-Respondents. | No. 18-cv-10225-PBS |

**JOINT MOTION TO ENTER SCHEDULING ORDER FOR
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

  The parties hereby submit this Joint Motion to Enter Scheduling Order for consideration of Petitioners' Motion to Enforce the Settlement Agreement.

  1. The parties propose Wednesday, November 26, 2025, as the deadline for class counsel's submission of their motion to enforce the Settlement Agreement and supporting memorandum. Because class counsel plan to file a motion to enforce on behalf of multiple class members and provide an overview of the Settlement Agreement, class counsel request leave to file a supporting memorandum of no more than 25 pages in length. The Government does not oppose this request.

  2. The parties further propose Friday, December 12, 2025, as the deadline for the Government's submission of their memorandum in opposition to Mr. Deshati's motion (ECF No. 736) and class counsel's motion. The Government requests leave to file a commensurate 25-

page combined opposition memorandum to class counsel's motion and Mr. Deshati's motion. Class counsel and counsel for Mr. Deshati do not oppose this request.

      3.      Pursuant to Local Rule 7.1(b)(3), class counsel request leave to file a reply brief of no more than 20 pages in length. The Government does not oppose this request. The parties propose Friday, December 19, 2025, as the deadline for class counsel to submit a reply to the Government's opposition.

      A proposed order is attached hereto as Exhibit A.

Respectfully submitted this 24th day of November, 2025.

| *Counsel for the Petitioners* | *Counsel for the Respondents* |
|---|---|
| /s/ *Kevin S. Prussia* | BRETT A. SHUMATE |
| Kevin S. Prussia (BBO # 666813) | Assistant Attorney General |
| Jonathan A. Cox (BBO # 687810) | |
| Christina Luo (BBO # 705590) | ELIANIS N. PEREZ |
| Peter H. Merritt (BBO # 711435) | Assistant Director |
| Caitlyn N. Galvin (BBO # 715167) | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | /s/ *Mary L. Larakers* |
| 60 State Street | Mary L. Larakers (Texas Bar # 24093943) |
| Boston, MA 02109 | Senior Litigation Counsel |
| Telephone: (617) 526-6000 | Susan Ansari (Maryland Bar # 2012170258) |
| Facsimile: (617) 526-5000 | Trial Attorney |
| kevin.prussia@wilmerhale.com | U.S. Department of Justice, Civil Division |
| jonathan.cox@wilmerhale.com | Office of Immigration Litigation |
| christina.luo@wilmerhale.com | P.O. Box 868, Ben Franklin Station |
| peter.merritt@wilmerhale.com | Washington, DC 20044 |
| caitlyn.galvin@wilmerhale.com | (202) 353-0396 |
| | (202) 305-7000 (facsimile) |
| Adriana Lafaille (BBO # 680210) | mary.l.larakers@usdoj.gov |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC. | susan.ansari2@usdoj.gov |
| One Center Plaza | |
| Suite 850 | |
| Boston, MA 02108 | |
| (617) 482-3170 | |
| alafaille@aclum.org | |

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283
kathleenmgillespieesq@gmail.com

*Counsel for Mr. Deshati*

/s/ *Paul B. Grotas*
Paul B. Grotas, Esq
The Grotas Firm, P.C.
499 Seventh Avenue, Suite 23N
New York, NY 10018
917-436-4444

3

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Petitioners conferred with counsel for Respondents and agreed upon the proposed schedule that is the subject of this motion.

Dated:  November 24, 2025                            /s/ *Kevin S. Prussia*
                                                     Kevin S. Prussia (BBO # 666813)