5

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs-Petitioners,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>       Defendants-Respondents. | No. 18-cv-10225-PBS |

**[PROPOSED] SCHEDULING ORDER FOR
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

This matter is before the Court on the parties' Joint Motion to Enter Scheduling Order for consideration of Petitioners' Motion to Enforce the Settlement Agreement.

**IT IS HEREBY ORDERED** that:

1. The deadline for class counsel to submit a motion to enforce the Settlement Agreement and supporting memorandum is Wednesday, November 26, 2025. Class counsel's supporting memorandum may not exceed 25 pages in length.

2. The deadline for the Government to submit its combined memorandum in opposition to class counsel's and Mr. Deshati's motions to enforce the Settlement Agreement is Friday, December 12, 2025. The Government's memorandum may not exceed 25 pages in length.

3. The deadline for class counsel to submit a reply brief is Friday, December 19, 2025. Class counsel's submission may not exceed 20 pages in length.

2

**IT IS SO ORDERED.**

Dated: _____       _____
                                                                           Hon. Patti B. Saris
                                                                           United States District Judge