# EXHIBIT A

## MOTION TO SEAL PENDING