UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
LILIAN PAHOLA CALDERON JIMENEZ and  )
LUIS GORDILLO, et al.,              )
individually and on behalf of all   )
others similarly situated,          )
                                    )   Civil Action
        Plaintiffs-Petitioners,     )   No. 18-cv-10225-PBS
                                    )
v.                                  )
                                    )
KRISTI NOEM, et al.,                )
                                    )
        Defendants-Respondents.     )
_____)

**ORDER**

November 25, 2025

Saris, J.

Miguel Angel Coello Farfan has filed a motion to enforce the settlement agreement. It is hereby **ORDERED** that:

1.  In order to preserve the Court's jurisdiction, and to provide the parties an opportunity to attempt to resolve this dispute and complete briefing on disputed issues, class member Miguel Angel Coello Farfan shall not be moved outside the District of Massachusetts or the coverage of Boston ERO, temporarily or permanently, during the pendency of the motion. See 28 U.S.C. § 1651(a) ("[A]ll courts established by Act of Congress may issue all writs necessary or appropriate in aid of

1

      their respective jurisdictions and agreeable to the usages and principles of law."). This requirement may be reconsidered by the court sua sponte or upon motion by either party.

2. A further order concerning a schedule for conferring and briefing shall issue.

SO ORDERED.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge