UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs-Petitioners,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>       Defendants-Respondents. | No. 18-cv-10225-PBS |

**PETITIONERS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**

    Petitioners, on behalf of class members Mr. Fernando Fagner Costa and Mr. Tauland Deshati, respectfully move that this Court enforce the Settlement Agreement in this case (ECF No. 654-1) as to Mr. Costa and Mr. Deshati, including by (a) enjoining further enforcement action—including removal—against Mr. Costa and Mr. Deshati unless it is based on new evidence that they pose a threat to public safety or national security; (b) ordering that U.S. Immigrations and Customs Enforcement ("ICE") release Mr. Costa and Mr. Deshati from detention and enjoining further detention unless it is based on new evidence that they pose a threat to public safety or national security; and (c) ordering that ICE has violated Section V of the Settlement Agreement and instructing ICE to comply with the notice and reporting requirements of that provision.

    A proposed order is attached hereto as Exhibit A.

Respectfully submitted this 26th day of November, 2025.

*Counsel for the Petitioners*

*/s/ Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
Jonathan A. Cox (BBO # 687810)
Christina Luo (BBO # 705590)
Peter H. Merritt (BBO # 711435)
Caitlyn N. Galvin (BBO # 715167)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
christina.luo@wilmerhale.com
peter.merritt@wilmerhale.com
caitlyn.galvin@wilmerhale.com

Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza
Suite 850
Boston, MA 02108
(617) 482-3170
alafaille@aclum.org

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283
kathleenmgillespieesq@gmail.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Petitioners conferred with counsel for Respondents and attempted in good faith to narrow or resolve the issues that are the subject of this motion to enforce the Settlement Agreement. Specifically, the Parties have followed the Conflict Resolution Procedures outlined by Section VI(C) of the Settlement Agreement but have been unable to resolve their disputes with respect to Mr. Costa and Mr. Deshati.

Dated:  November 26, 2025        */s/ Kevin S. Prussia*
                                 Kevin S. Prussia (BBO # 666813)