# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others similarly situated,

      Plaintiffs-Petitioners,

      v.

KRISTI NOEM, *et al.*,

      Defendants-Respondents.

No. 18-cv-10225-PBS

## [PROPOSED] ORDER GRANTING PETITIONERS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

This matter is before the Court on the Petitioners' Motion to Enforce the Settlement Agreement ("Motion") on behalf of Mr. Fernando Fagner Costa and Mr. Tauland Deshati. The Court, having considered the arguments and evidence submitted in support, hereby GRANTS Petitioners' Motion.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1.     Respondents are enjoined from taking any further Enforcement Action, as defined by Section I(E) of the Settlement Agreement (ECF No. 654-1), against either Mr. Fernando Fagner Costa or Mr. Tauland Deshati, unless (a) such Enforcement Action is based on new evidence that Mr. Costa or Mr. Deshati pose a threat to public safety or national security and (b) Respondents have complied fully with the reporting requirements of Section V of the Settlement Agreement with respect to such Enforcement Action.

2.     Respondents shall release Mr. Fernando Fagner Costa and Mr. Tauland Deshati from the custody of Immigration and Customs Enforcement no later than four (4) hours from the

issuance of this Order.  Respondents are enjoined from detaining Mr. Costa and Mr. Deshati again unless (a) such Enforcement Action is based on new evidence that Mr. Costa or Mr. Deshati pose a threat to public safety or national security and (b) Respondents comply fully with the reporting requirements of Section V of the Settlement Agreement with respect to such detention.

3.     The Court finds that Respondents have violated Section V of the Settlement Agreement by failing to notify class counsel of Enforcement Actions against Mr. Fernando Fagner Costa and Mr. Tauland Deshati.  Respondents are ordered to comply with the notice and reporting obligations of Section V.

**IT IS SO ORDERED.**

Dated: _____          _____
                                      Hon. Patti B. Saris
                                      United States District Judge