UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs-Petitioners,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>    Defendants-Respondents. | No. 18-cv-10225-PBS<br><br>**DECLARATION OF JONATHAN A. COX IN SUPPORT OF PETITIONERS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

I, Jonathan A. Cox, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), co-counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Motion to Enforce the Settlement Agreement.

2. Attached as **Exhibit A** is a true and correct copy of an email chain between class counsel, counsel for the Government, and Mr. Fernando Fagner Costa's attorney, dated October 28, 2025 through November 7, 2025, regarding Mr. Costa's pending request that ICE join in moving to reopen and dismiss his final order of removal ("JMTR request").

3. Attached as **Exhibit B** is a true and correct copy of a letter from ICE OPLA New York, dated October 3, 2025, regarding ICE OPLA's initial denial of Mr. Tauland Deshati's JMTR request.

4. Attached as **Exhibit C** is a true and correct copy of an email chain between class counsel and counsel for the Government, dated November 13, 2025 through November 14, 2025, regarding conflict resolution on behalf of Mr. Costa, Mr. Deshati, and a third class member.

5. I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 26th day of November, 2025 in Boston, Massachusetts.

>  */s/ Jonathan A. Cox*
> Jonathan A. Cox (BBO # 687810)
> WILMER CUTLER PICKERING
>    HALE AND DORR LLP
> 60 State Street
> Boston, MA 02109
> Telephone: (617) 526-6000
> Facsimile: (617) 526-5000
> jonathan.cox@wilmerhale.com