# EXHIBIT A

**Motion to Seal Pending**

| | |
|---|---|
| **From:** | Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov> |
| **Sent:** | Friday, November 7, 2025 3:19 PM |
| **To:** | Jamie Gorton; Larakers, Mary L. (CIV); Adriana Lafaille; Weiland, William H. (CIV) |
| **Cc:** | WH ACLU MA Calderon Class Action; Kathleen Gillespie |
| **Subject:** | RE: Calderon - dispute process - Fernando Fagner Costa (A███████) - detained in Miami / risk of removal |

**EXTERNAL SENDER**

Hi Jamie,

Regarding your questions below, yes, the government intend to continue detaining Mr. Costa as the *Calderon* settlement agreement does not require release or for ICE to stay removal while a JMTR is pending. Given that it is within the IJ's sole discretion whether to grant the JMTR or not, until a decision is issued reopening the case, removal is reasonably foreseeable.

Best,
Susan

---

**From:** Jamie Gorton <jgorton@gorton.law>
**Sent:** Wednesday, November 5, 2025 4:09 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Adriana Lafaille <ALafaille@aclum.org>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>
**Subject:** [EXTERNAL] Re: Calderon - dispute process - Fernando Fagner Costa (A███████) - detained in Miami / risk of removal

Hello Susan et all,

ICE OPLA in Boston has agreed to reopen and terminate this removal order, but they have declined to assent to a motion for emergency stay of removal while the BIA has the joint motion. Does the government intend to continue his detention notwithstanding A) its assent in terminating the removal order and B) that his removal is no longer "reasonably foreseeable?"

~ Jamie Gorton

---

**From:** Jamie Gorton <jgorton@gorton.law>
**Sent:** Friday, October 31, 2025 4:11 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Adriana Lafaille <ALafaille@aclum.org>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>

**Subject:** Re: Calderon - dispute process - Fernando Fagner Costa (A████████) - detained in Miami / risk of removal

Thank you Mary & Susan, he did not have a travel document on him when he was apprehended and I don't believe ICE has given him information about providing one. ~J

Get [Outlook for iOS](#)

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Friday, October 31, 2025 4:07:17 PM
**To:** Jamie Gorton <jgorton@gorton.law>; Adriana Lafaille <ALafaille@aclum.org>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>
**Subject:** Re: Calderon - dispute process - Fernando Fagner Costa (A████████) - detained in Miami / risk of removal

Hi Jamie,

ICE still hasn't gotten back to me but I was hoping to get a nuotate today. Do you have any reason to believe his removal is imminent? Does he have a travel document?

I'm cc'ing my co-counsel Susan Ansari who will be handling this matter in my absence next week.

Best,
Mary

---

**From:** Jamie Gorton <jgorton@gorton.law>
**Sent:** Friday, October 31, 2025 3:50:01 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Adriana Lafaille <ALafaille@aclum.org>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>
**Subject:** [EXTERNAL] Re: Calderon - dispute process - Fernando Fagner Costa (A████████) - detained in Miami / risk of removal

Hi Mary and William,

I wanted to inquire as to any updates on Mr. Costa before the end of the week. My understanding is that he remains in the "South Florida Detention Facility."

~ Jamie Gorton

---

**From:** Jamie Gorton <jgorton@gorton.law>
**Sent:** Wednesday, October 29, 2025 11:15 AM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Adriana Lafaille <ALafaille@aclum.org>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen

Gillespie <kathleenmgillespiesq@gmail.com>
**Subject:** Re: Calderon - dispute process - Fernando Fagner Costa (A███████) - detained in Miami / risk of removal

Hi Mary, thanks for your attention to this. He has not been given an interview date.

~ Jamie Gorton

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Wednesday, October 29, 2025 10:58 AM
**To:** Adriana Lafaille <ALafaille@aclum.org>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespiesq@gmail.com>; Jamie Gorton <jgorton@gorton.law>
**Subject:** RE: Calderon - dispute process - Fernando Fagner Costa (A███████) - detained in Miami / risk of removal

Adriana,

ICE is still reviewing. But, our records show that this individual has an approved I-212 and I-601A and his visa has been forwarded to the NVC. Has he been scheduled for a visa interview yet?

Thanks,
Mary

---

**From:** Adriana Lafaille <ALafaille@aclum.org>
**Sent:** Tuesday, October 28, 2025 6:37 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespiesq@gmail.com>; jgorton@gorton.law
**Subject:** [EXTERNAL] Calderon - dispute process - Fernando Fagner Costa (A███████) - detained in Miami / risk of removal
**Importance:** High

Hi Mary, I hope you are doing as well as possible. I'm writing regarding class member Fernando Fagner Costa (A███████) who has had a JMTR request pending with Boston since June 4, 2025. I understand he was detained at an airport in Miami, and now faces a risk of removal in the short term. Can you please confirm that the government will not remove Mr. Fagner Costa while the JMTR process is playing out? I am gathering additional information but wanted to reach out right away given the possibility of removal. His immigration lawyer, Jamie Gorton, is copied here.

3

Best,

Adriana

**Adriana Lafaille**

Pronouns: she, her

Managing Attorney

American Civil Liberties Union of Massachusetts

617.482.3170 x 308 | alafaille@aclum.org

aclum.org

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.