# EXHIBIT B

## Motion to Seal Pending

*Office of the Principal Legal Advisor*

**U.S. Department of Homeland Security**
26 Federal Plaza, Room 1130
New York, NY 10278
(212) 264-5916

U.S. Immigration and Customs Enforcement

October 3, 2025

Paul Grotas
The Grotas Firm P.C.
499 7th Avenue Suite 23N
New York, NY 10018

Re: Tauland Deshati (A 098 772 323)

Dear Mr. Grotas:

    The Department of Homeland Security ("Department") is in receipt of a request to join a motion to reopen the removal proceedings of Tauland Deshati, an individual currently in custody in Newark, New Jersey. After a careful review of the motion, the Department will not exercise its discretion in this matter and is unable to join in the motion to reopen at this time. Thank you for your cooperation.

Very truly yours,

