# EXHIBIT C

**Motion to Seal Pending**

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) |
| **To:** | Cox, Jonathan; Ansari, Susan (CIV) |
| **Cc:** | Piemonte, Eve (USAMA); Weiland, William H. (CIV); Sauter, Mark (USAMA); WH ACLU MA Calderon Class Action; ALafaille@aclum.org; gilleska@hotmail.com |
| **Subject:** | RE: Calderon - violations of settlement agreement |
| **Date:** | Friday, November 14, 2025 1:07:17 PM |

**EXTERNAL SENDER**

Jonathan,

Defendants disagree that either of the issues you raise are a violation of the Settlement Agreement.

With regard to ▇▇▇▇▇▇▇▇, ICE has already communicated that it has denied his JMTR request.

With regard to Mr. Costa and Mr. Deshati, we are still discussing their cases with ICE. Do you have any reason to believe that either Mr. Costa or Mr. Deshati face imminent removal? Additionally, both Mr. Deshati and Mr. Costa may move for a stay of removal in connection with their JMTRs with the BIA. Understanding your position that that they should not have to do so, have either of them moved for a stay?

Best,
Mary

---

**From:** Cox, Jonathan <Jonathan.Cox@wilmerhale.com>
**Sent:** Thursday, November 13, 2025 8:02 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>
**Cc:** Piemonte, Eve (USAMA) <Eve.Piemonte@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>; Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>; WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; ALafaille@aclum.org; gilleska@hotmail.com
**Subject:** [EXTERNAL] Calderon - violations of settlement agreement

Mary and Susan,

We write as class counsel to initiate dispute resolution regarding two issues raised by the cases of several class members, including but not limited to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Mr. Fernando Fagner Costa, and Mr. Tauland Deshati.

First, ICE has violated the Calderon Settlement Agreement by refusing to stay removal of class

1

members with pending or accepted requests to join motions to reopen ("JMTR requests"). Under Section II, ICE OPLA is required to "review each [JMTR] request" and "will presumptively join motions to reopen and dismiss filed by Noncitizen Class Members" as long as they meet certain requirements (Section II.A). ICE cannot circumvent these obligations by removing class members before ICE OPLA issues a decision, particularly given that ICE OPLA has been slow to adjudicate many requests. For example, Mr. Costa's request was pending for nearly five months when he was detained. ICE similarly cannot attempt to vitiate class members' rights under Section II by granting their JMTR request, only to remove them before the BIA or an immigration judge adjudicates the motion—the situation that Mr. Costa faces now.

Second, ICE has violated Section V of the Calderon Settlement Agreement by failing to report the detention and removal of class members outside of New England. Section V requires that "**Defendants** shall notify class counsel" of any enforcement action taken against class members, further defining Defendants as the President of the U.S. and senior-level officials at ICE (Section I.P). When these individuals and their subordinates take an enforcement action against a class member, it must be reported to class counsel—the Settlement Agreement contains no geographical restriction confining ICE's reporting obligations only to class members situated in New England.

Given the urgency of the situation many class members are currently facing, please provide your availability to meet and confer as soon as possible. Class counsel can be available tomorrow. Please note that, if we do not hear from you by tomorrow, we expect to proceed with filing a motion to enforce.

Best,

Jonathan

**Jonathan A. Cox | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6609 (t)
+1 617 526 5000 (f)
jonathan.cox@wilmerhale.com

  One Firm. One Legacy.

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.