**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LILIAN PAHOLA CALDERON JIMENEZ,
and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others
similarly situated,

   Plaintiffs-Petitioners,

  v.

KRISTI NOEM, *et al.*,

   Defendants-Respondents.

No. 18-cv-10225-PBS

**PETITIONERS' UNOPPOSED MOTION TO SEAL**

Pursuant to Local Rule 7.1 and the July 30, 2019 Stipulated Protective Order (ECF No.

316), and contemporaneous with the filing of Petitioners' Motion to Enforce the Settlement

Agreement, Petitioners respectfully request leave to file Exhibits A, B, and C to the Declaration

of Jonathan A. Cox under seal.

As grounds for this motion, Petitioners state as follows:

1.  On November 26, 2025, accompanying the instant Motion, Petitioners filed their

Motion to Enforce the Settlement Agreement, their Memorandum in Support of the Motion to

Enforce, the supporting November 26, 2025 Declaration of Jonathan A. Cox, and Exhibits A, B,

and C to the Cox Declaration.

2.  **Exhibit A** to the Cox Declaration is a true and correct copy of an email chain

between class counsel, counsel for the Government, and Mr. Fernando Fagner Costa's attorney,

dated October 28, 2025 through November 7, 2025, regarding Mr. Costa's pending request that

ICE join in moving to reopen and dismiss his final order of removal ("JMTR request").

3.      **Exhibit B** to the Cox Declaration is a true and correct copy of a letter from ICE OPLA New York, dated October 3, 2025, regarding ICE OPLA's initial denial of Mr. Tauland Deshati's JMTR request.

4.      **Exhibit C** to the Cox Declaration is a true and correct copy of an email chain between class counsel and counsel for the Government, dated November 13, 2025 through November 14, 2025, regarding conflict resolution on behalf of Mr. Costa, Mr. Deshati, and a third class member.

5.      Exhibits A, B, and C to the Cox Declaration contain Confidential Information as that term is defined under Section A.2 of the July 30, 2019 Stipulated Protective Order.  ECF No. 316.  This information includes at least: (1) the alien registration numbers of noncitizens; (2) the names of third-party class members whose cases are not currently in dispute before the Court; and (3) the names of government employees involved in adjudicating class members' cases.

6.      Respondents do not oppose this Motion to Seal.

7.      WHEREFORE, pursuant to Local Rule 7.1 and the July 30, 2019 Stipulated Protective Order (ECF No. 316), Petitioners respectfully request that this Court enter an order granting Petitioners leave to file Exhibits A, B, and C to the Cox Declaration under seal.

Respectfully submitted this 26th day of November, 2025.

*Counsel for the Petitioners*

/s/ Kevin S. Prussia
Kevin S. Prussia (BBO # 666813)
Jonathan A. Cox (BBO # 687810)
Christina Luo (BBO # 705590)
Peter H. Merritt (BBO # 711435)
Caitlyn N. Galvin (BBO # 715167)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
christina.luo@wilmerhale.com
peter.merritt@wilmerhale.com
caitlyn.galvin@wilmerhale.com

Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza
Suite 850
Boston, MA 02108
(617) 482-3170
alafaille@aclum.org

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283
kathleenmgillespieesq@gmail.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Petitioners conferred with counsel for Respondents regarding this Motion to Seal, which Respondents do not oppose.

Dated:  November 26, 2025                                  /s/ Kevin S. Prussia
                                                          Kevin S. Prussia (BBO # 666813)