

U.S. Department of Justice

Executive Office for Immigration Review

Board of Immigration Appeals
Office of the Clerk

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041



Gorton, Jamie
Gorton Law LLC
PO Box 469
Malden MA 02148

DHS/ICE Office of Chief Counsel - BOS
P.O. Box 8728
Boston MA 02114

Name: FAGNER COSTA, FERNANDO      A

Date of this Notice:   12/3/2025

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

John Seiler
Acting Chief Clerk

Enclosure

Userteam: Docket



## U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

FAGNER COSTA, FERNANDO
A 200060883
54575 TAMIAMI TRL E
OCHOPEE FL 34141

DHS/ICE Office of Chief Counsel - BOS
**P.O. Box 8728**
**Boston MA 02114**

Name: FAGNER COSTA, FERNANDO       A ▮▮▮▮▮▮▮

Date of this Notice:   12/3/2025

Enclosed is a copy of the Board's decision in the above-referenced case. This copy is being provided to you as a courtesy. Your attorney or representative has been served with this decision pursuant to 8 C.F.R. § 1292.5(a). If the attached decision orders that you be removed from the United States or affirms an Immigration Judge's decision ordering that you be removed, any petition for review of the attached decision must be filed with and received by the appropriate court of appeals within 30 days of the date of the decision.

Sincerely,

*John Seiler*
John Seiler
Acting Chief Clerk

Enclosure

Userteam:   Docket

NOT FOR PUBLICATION

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

---

MATTER OF:

Fernando FAGNER COSTA, A███████

Respondent

**FILED**
Dec 03, 2025

---

ON BEHALF OF RESPONDENT: Jamie H. Gorton, Esquire

ON BEHALF OF DHS: ███████████, Assistant Chief Counsel

IN REMOVAL PROCEEDINGS
On Motion from a Decision of the Board of Immigration Appeals

Before: Mahtabfar, Appellate Immigration Judge

MAHTABFAR, Appellate Immigration Judge

ORDER:

    This matter was last before the Board on May 15, 2019, when we denied the respondent's motion to reconsider. On November 12, 2025, the respondent and the Department of Homeland Security ("DHS") filed a joint motion to reopen and dismiss these proceedings without prejudice based upon DHS' determination that this case is no longer in the best interest of the government to continue as circumstances have changed since the issuance of the notice to appear. *See* 8 C.F.R. §§ 239.2(a)(7), (c), 1239.2(c). The parties indicate in their motion that the respondent is eligible to pursue adjustment of status through consular processing. The joint motion is granted, and these proceedings are reopened and dismissed without prejudice. *See* 8 C.F.R. § 1003.1(m).