**One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Tuesday, December 9, 2025 11:01 AM
**To:** Merritt, Peter H. <Peter.Merritt@wilmerhale.com>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>; Jamie Gorton <jgorton@gorton.law>; Adriana Lafaille <ALafaille@aclum.org>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; kathleenmgillespieesq <kathleenmgillespieesq@gmail.com>
**Subject:** RE: Calderon - dispute process - Fernando Fagner Costa (A███████) - detained in Miami / risk of removal

**EXTERNAL SENDER**



**From:** Merritt, Peter H. <Peter.Merritt@wilmerhale.com>
**Sent:** Tuesday, December 9, 2025 10:47 AM
**To:** Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>; Jamie Gorton <jgorton@gorton.law>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Adriana Lafaille <ALafaille@aclum.org>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; kathleenmgillespieesq <kathleenmgillespieesq@gmail.com>
**Subject:** [EXTERNAL] RE: Calderon - dispute process - Fernando Fagner Costa (A███████) - detained in Miami / risk of removal

Hi Susan,

Thank you for your email.  We are pleased that Mr. Costa has finally been released from detention.  Does the government agree that it will not redetain him or attempt to remove him unless it obtains new, previously unavailable, evidence that he poses a threat to public safety?

We would be happy to work with you to resolve Mr. Costa's claims, but at this time need further clarification of the government's view of the impact of his release.  Please let us know if the government is willing to agree not to redetain or attempt to remove him again along the lines of the language above.

Best,
Peter

**Peter H. Merritt | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6381 (t)
+1 617 526 5000 (f)
peter.merritt@wilmerhale.com

 **One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com— and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

**From:** Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>
**Sent:** Monday, December 8, 2025 11:28 AM
**To:** Jamie Gorton <jgorton@gorton.law>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Adriana Lafaille <ALafaille@aclum.org>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; kathleenmgillespieesq <kathleenmgillespieesq@gmail.com>
**Subject:** RE: Calderon - dispute process - Fernando Fagner Costa (A███████) - detained in Miami / risk of removal

**EXTERNAL SENDER**

Good morning Counsel,

As you are aware, the BIA granted Mr. Costa's JMTR and terminated proceedings. ICE has informed us that Mr. Costa was released on Friday night. The Government's position is that this moots his motion to enforce the settlement agreement and his request for relief. Will you advise whether you plan to withdraw your motion?

Best,
Susan

**From:** Jamie Gorton <jgorton@gorton.law>
**Sent:** Thursday, December 4, 2025 12:36 PM
**To:** Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Adriana Lafaille <ALafaille@aclum.org>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** WH ACLU MA Calderon Class Action <WHACLUMACalderonClassAction@wilmerhale.com>; Kathleen Gillespie <kathleenmgillespieesq@gmail.com>
**Subject:** [EXTERNAL] Re: Calderon - dispute process - Fernando Fagner Costa (A███████) - detained in Miami / risk of removal