UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br>     Plaintiffs-Petitioners, <br><br>    v. <br><br> KRISTI NOEM, *et al.*, <br><br>     Defendants-Respondents. | No. 18-cv-10225-PBS |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c), Counsel for Petitioners hereby move to withdraw Caitlyn N. Galvin as counsel in the above-captioned matter. As of February 6, 2026, Ms. Galvin is no longer associated with Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Petitioners will continue to be represented by WilmerHale, along with co-counsel at the American Civil Liberties Union Foundation of Massachusetts, Inc. and attorney Kathleen M. Gillespie, who remain attorneys of record in this case.

Respectfully submitted this 6th day of February, 2026.

*Counsel for the Petitioners*

/s/ Christina Luo
Kevin S. Prussia (BBO # 666813)
Jonathan A. Cox (BBO # 687810)
Christina Luo (BBO # 705590)
Peter H. Merritt (BBO # 711435)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com
christina.luo@wilmerhale.com
peter.merritt@wilmerhale.com

Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza
Suite 850
Boston, MA 02108
(617) 482-3170
alafaille@aclum.org

Kathleen M. Gillespie (BBO # 661315)
Attorney at Law
6 White Pine Lane
Lexington, MA 02421
(339) 970-9283
kathleenmgillespieesq@gmail.com