**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| YTZHAK AMAR | ) |
| Plaintiff-Petitioner, | ) |
| | )    No. 18-cv-10225-PBS |
| | ) |
| v. | ) |
| MARKWAYNE MULLIN, et al., | ) |
| Defendants-Respondents. | ) |

I, Matthew Gonnella, declare as follows:

1.      I am an attorney at Gonnella Law, PC. in Medford, Massachusetts.. I am an attorney admitted to practice in the United States District Court for the District of Massachusetts and the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioner Ytzhak Amar's Motion to Enforce the Settlement Agreement.

2.      Attached as Exhibit A is a true and correct copy of an email chain between Petitioner's counsel and counsel for the Government, dated March 20, 2026 through April 2, 2026 regarding whether ICE would release Mr. Ytzhak Amar.

3.      Attached as Exhibit B is a true and correct copy of the additional documentation submitted to ICE during the conflict resolution process. Exhibit B was prepared and sent by Mr.

Ytzhak Amar's individual counsel, Matthew Gonnella, to counsel for the Government on March 30, 2026.

4.      I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 12th of April, 2026 in Medford, Massachusetts.

*/s/ Matthew Gonnella*

Matthew Gonnella, Esq. BBO # 703448
Gonnella Law, P.C.
200 Rivers Edge Dr, Suite 320
Medford, MA 02155
Telephone: (617) 256-1914
Email: matthew@gonnellalaw.com