# United States Court of Appeals
## For the First Circuit

No. 26-1296

GILBERTO ALVES DA SILVA; MIGUEL ANGEL COELLO FARFAN; LILIAN PAHOLA CALDERON JIMENEZ; LUIS GORDILLO; SANDRO DE SOUZA; CARMEN SANCHEZ; OSCAR RIVAS; CELINA RIVERA RIVAS; LUCIMAR DE SOUZA; SERGIO FRANCISCO; DENG GAO; AMY CHEN,

Petitioners - Appellees,

v.

CHRISTOPHER CRONEN, Boston Field Office Director, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; MICHAEL LALLY, Superintendent of Suffolk County Correctional Facility; STEVEN W. TOMPKINS, Sheriff of Suffolk County; DAVID J. VENTURELLA, Acting Director of United States Immigration and Customs Enforcement; PATRICIA HYDE, Immigration and Customs Enforcement, Boston Field Office Director; DONALD J. TRUMP,

Respondents - Appellants.

**MANDATE**

Entered: August 17, 2026

In accordance with the judgment of August 17, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Susan Ansari, Jonathan Andrew Cox, Rayford A. Farquhar, Abraham R. George, Kathleen Marie Gillespie, Paul Grotas, John A. Hawkinson, Adriana Lafaille, Mary Larakers, Rachel Amelia Lerman, Donald Campbell Lockhart, Christina Luo, Peter Merritt, Eve A. Piemonte, Stephen Nicholas Provazza, Kevin Scott Prussia, J. Max Weintraub