**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, Department of Homeland Security *et al.*,<br><br>Defendants-Respondents. | ) | No. 1:18-cv-10225-PBS |

**<u>DEFENDANTS' ASSENTED TO MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND NOTICE OF AVAILABILITY FOR HEARING</u>**

Defendants respectfully move for a short extension of time, until 11:59PM on September 9, 2026, to respond to Class Members Nathalya Alves da Silva and Victor Alexander Granda Jimenez's motion to enforce the Settlement Agreement. ECF Nos. 841, 842. Defendants, after conferring with Plaintiffs, also hereby notify the Court of the parties' availability for a hearing on this matter.

A. Request for an Extension

On August 17, 2026, Nathalya Alves da Silva and Victor Alexander Granda Jimenez, *Calderon* Class Members, moved to enforce the Settlement Agreement in the above captioned matter. *Id.* Defendants' response is currently due September 8, 2026. Good cause exists for this extension as follows:

1. Undersigned counsel for Defendants is co-lead counsel on *Catholic Legal Immigration Network, INC., et al., v. Marco Rubio*, et al., 1:26-cv-00858-JAV (S.D.N.Y.)

("*CLINIC*"), which has consumed much of her time and resources over the past few weeks. Specifically, the Court in *CLINIC* issued a decision on August 21, 2026, on the Parties' motions for partial summary judgement and vacated the underlying agency action requiring undersigned counsel's immediate attention. The Court's decision also precipitated an emergency motion to enforce to which undersigned counsel had to respond. Undersigned counsel's co-counsel in *CLINIC* is now on leave making undersigned counsel responsible for the case in his absence.

2. In addition, undersigned counsel was on leave from August 26-September 3 and was unable to effectively work on *CLINIC* or the response to the present motion to enforce due to limited internet connection. Upon her return, undersigned counsel was unable, as she had originally hoped, to timely complete work in *CLINIC* and finish drafting a response to the instant motion to enforce.
3. Undersigned counsel's reviewer and co-counsel in the above captioned matter was likewise inundated with her other class action work and unable to assist with the initial draft of Defendants' response to Plaintiffs' motion.
4. Plaintiffs have assented to this motion.

Accordingly, for the foregoing reasons, Defendants respectfully request an extension of time, up to 11:59PM on September 9, 2026, to respond to Plaintiffs' motion to enforce.

B. Notice of Availability

Additionally, Defendants have conferred with Plaintiffs regarding a hearing on the instant motion to enforce. The parties advise the Court that they are available for an in-person[1] hearing during the weeks of September 28, 2026, and October 12, 2026.

BRETT A. SHUMATE
Assistant Attorney General

MATTHEW P. SEAMON
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

/s/ *Susan Ansari*
SUSAN ANSARI
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-5537
Susan.ansari2@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Susan Ansari, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Susan Ansari*
Susan Ansari
Trial Attorney

Dated: September 8, 2026

[1] Defendants recognize and appreciate that the Court usually schedules hearings for remote appearance. However, undersigned counsel would appreciate an opportunity to appear for an in-person hearing on Plaintiffs' motion to enforce to further develop her advocacy skills.