**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LILIAN PAHOLA CALDERON JIMENEZ, and LUIS GORDILLO, *et al.*,

Individually and on behalf of all others similarly situated,

Plaintiffs-Petitioners,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants-Respondents.

No. 18-cv-10225-PBS

**DECLARATION OF JONATHAN COX IN SUPPORT OF PETITIONERS' REPLY IN SUPPORT OF THE MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

I, Jonathan Cox, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), co-counsel for the Petitioners in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioners' Motion to Enforce the Settlement Agreement.

2. Attached as **Exhibit 1** is a true and correct copy of an excerpt of the Settlement Agreement in *Ms. L. v. U.S. Immigration & Customs Enforcement*, No. 18-cv-00428, ECF No.721-1 (S.D. Cal. Dec. 1, 2023), under which DHS agreed that class members with "[f]inal expedited removal orders" could request that DHS "rescind the removal order[s]" and that DHS would grant such requests where appropriate as a matter of discretion following an individualized review. The entire Settlement Agreement can be found at the following URL: https://perma.cc/A64Z-YK68.

3. Attached as **Exhibit 2** is a true and correct copy of a Declaration of Joanna Delfunt filed as ECF No. 50-22 in *Make the Road v. Noem*, No. 1:25-cv-00190-JMC, in which the declarant, an immigration attorney in Georgia, states that she successfully obtained reopening and dismissal of an expedited order of removal in May 2018. *See* Ex. 2 ¶ 13.

4. Attached as **Exhibit 3** is a true and correct copy of the Government's Status Report and Assented-To Motion to Continue Hearing, ECF No. 15, filed in *Orellana Juarez v. Moniz*, No. 25-cv-11266-MJJ (D. Mass. May 12, 2025), informing the court that U.S. Immigration and Customs Enforcement had "determined that it will remove Petitioner from Expedited Removal proceedings under 8 U.S.C. § 1225 and place him into removal proceedings in accordance with 8 U.S.C. § 1229a."

5. Attached as **Exhibit 4** is a true and correct copy of a cancelled Notice and Order of Expedited Removal filed as ECF No. 36-1 in *Lopes Ramiro v. Moniz*, No. 1:25-cv-11851-BEM (D. Mass. July 22, 2025), reflecting that U.S. Immigration and Customs Enforcement cancelled the order after its issuance by marking the Notice and Order of Expedited Removal "cancelled 07/22/2025 [sic] SDDO Milano."

6. I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 25th day of September, 2026 in Boston, Massachusetts.

*/s/ Jonathan A. Cox*
Jonathan A. Cox (BBO # 687810)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
jonathan.cox@wilmerhale.com