# EXHIBIT 4

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# NOTICE AND ORDER OF EXPEDITED REMOVAL

DETERMINATION OF INADMISSIBILITY

Event No: [redacted]
File No: [redacted] 039
Date: June 16, 2025

In the Matter of: VITOR LOPES RAMIRO

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II); of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;
2. You are a native of BRAZIL and a citizen of BRAZIL;
3. You entered the United States at or near El Paso, TX, on or about August 12, 2024;
4. You were not then admitted or paroled after inspection by an Immigration Officer.
5. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act; and/or See I-831

cancelled 07/22/225 SDDO Milano

DANIEL SHEPHERD
DEPORTATION OFFICER
Name and title of immigration officer (Print)

Signature of immigration officer (Sign in ink)

## ORDER OF REMOVAL UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

DANIEL SHEPHERD
DEPORTATION OFFICER
Name and title of immigration officer (Print)

Signature of immigration officer (Sign in ink)

I 8720 SHNIDER
SDDO
Name and title of supervisor (Print)

Signature of supervisor, if available (Sign in ink)

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty)

## CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on 6/16/25
(Date)

Signature of immigration officer (Sign in ink)

Refused
Signature of alien (Sign in ink)

6/16/25
(Date)

EXHIBIT
1
7-22-25
25cv11851-BEM

U.S. Department of Homeland Security

Continuation Page for Form I-860

| Alien's Name | File Number | Date |
|---|---|---|
| LOPES RAMIRO, VITOR | [redacted]039<br>Event No: [redacted] | 06/16/2025 |

NARRATIVE

6. You are an immigrant not in possession of a valid unexpired passport, or other suitable travel document, or document of identity and nationality.

7. ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

| Signature | Title |
|---|---|
| I 8720 SHNIDER | SDDO |

2 of 2 Pages